# EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>KARI LAKE, et al.,<br><br>　　　　　Defendants. | No. 25 Civ. 2390 |

**DECLARATION OF THIBAUT BRUTTIN**

I, Thibaut Bruttin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Director General of Reporters Sans Frontières ("RSF"). I have worked for RSF for 10 years.

3. RSF is an international non-profit, non-governmental organization dedicated to protecting the freedom, pluralism and independence of journalism, and to defending those who embody these ideals. Our mission spans from reporting on censorship and attacks on journalists, to advocating for press freedom and the right of the public to access reliable information through government engagement, to directly supporting journalists with physical security and legal assistance.

4. RSF's correspondents around the globe rely on reporting from Voice of America ("VOA") and the United States Agency for Global Media ("USAGM") grantee networks to perform essential functions.

5. The shutdown of USAGM, and VOA in particular, has caused and will continue to cause irreparable harm to RSF as an advocacy organization, to the correspondents they represent and who affiliate with them, and to the individuals throughout the world who depend on that work and whose interests RSF champions.

6. Those irreparable harms include depriving correspondents of a trustworthy source of news and information in countries and landlocked or remote regions where VOA is one of the few, if not the only, sources of independent and reliable news; stopping RSF from receiving then disseminating vital public interest information for journalists and public safety; reducing the opportunities for persecuted correspondents' stories to be highlighted and potentially protected; and significantly interfering with the organization's ability to advocate for a free press. The silencing of VOA also impedes RSF's ability to function and forces the organization to lose and waste material resources it otherwise would not have spent and upon which it relies. These harms are not abstract or speculative — they are tangible, ongoing, and in many cases, life-threatening.

7. RSF has over 150 correspondents who are media workers around the world. In many of the threatened and at-risk countries where RSF and its correspondents operate, VOA is among the most authoritative and indispensable sources of information or provides unique coverage otherwise unavailable. Those countries of operation include Afghanistan, Armenia, Azerbaijan, Bangladesh, Burundi, Cambodia, China (including Hong Kong and Tibet), Colombia, Democratic Republic of Congo, Myanmar, Ukraine, Pakistan, Venezuela, El Salvador, Vietnam, and Zimbabwe.

8. The destruction of VOA is causing and will continue to cause immediate irreparable damage to RSF. For RSF and its correspondents, VOA is a critical reliable source for monitoring press freedom and political developments.

9. RSF correspondents rely on VOA and USAGM grantees networks as listeners in places where the local media is unreliable. These correspondents — many of whom operate in hostile environments with limited access to credible local media — are now deprived of a trusted source that shaped their reporting, informed RSF's advocacy, and protected their safety. In regions where media is tightly controlled, including parts of Central Europe, Central Asia, Sub-Saharan Africa, Latin America, and Southeast Asia, VOA broadcasts in local languages and provides coverage that cannot be replicated by domestic outlets. Losing VOA erases a critical flow of information for our correspondents.

10. In Vietnam, an RSF correspondent relies on VOA for many of their news and analytical reports. Without VOA, their work will be severely curtailed, and they will have to expend further energy and resources to gather the information they need — costs that will be billed to RSF, causing further irreparable loss to the organization — and potentially expose themselves to greater danger. That danger stems from having to cultivate additional sources which, in an authoritarian regime, can be perilous, as Vietnam's continuous policy of mass imprisonment of media personnel and the high number of journalistic fatalities around the world attest. In Vietnam alone, VOA journalist Pham Chi Dung is serving a 15-year sentence and three freelance journalists with USAGM grantee Radio Free Asia are also arbitrarily detained because of performing their journalistic activity (Truong Duy Nhat, sentenced to 10 years in prison in 2020; Nguyen Tuong Thuy, sentenced to 11 years in prison in 2021; and Nguyen Lan Thang, sentenced to 6 years in custody in 2023). It is also the case in Myanmar where VOA journalist Sithu Aung Myint was arrested in 2021 on charges of inciting crime, defaming the military and sedition.

11. For a Tibetan RSF correspondent, one of their main sources of information on the coverage of Tibetan Media organizations comes from two major organizations with the resources

to get accurate information out of Tibet to the wider world: Radio Free Asia (which is a USAGM grantee) and VOA Tibetan Services. Defendants' actions will eradicate this essential stream of information that people around the world are entitled to receive, stifle the expression of Tibetans, and irreparably damage the RSF's correspondent's ability to fulfill their journalistic obligations.

12.     RSF's Kenyan correspondent also relies on VOA reporting, especially for information from other African countries. They said that they used VOA "a lot as a source of [their] news and understanding what was happening elsewhere in the continent." That knowledge is an important resource that informs their work.

13.     At a basic level, reporters depend on each other to do their jobs and removing VOA journalists from the equation interferes with that. Shutting off access to trustworthy journalism irreparably prevents journalists and RSF correspondents from performing a crucial function: collaborating to identify reliable information. RSF's Burundian correspondent, for instance, exchanged information with VOA journalists on an ongoing regular basis. He says, "Now I find myself somewhat orphaned, it's as if I've lost friends who encouraged me, who pushed me to improve, to dare to dig for good information."

14.     Every story that doesn't appear, or that is hampered, by the lack of VOA is itself an injury that can never be repaired.

15.     Those irreparable injuries are compounded for RSF correspondents and journalists working in dangerous regions. They don't just rely on VOA to do their jobs but for their own personal safety.

16.     For example, in Ethiopia, VOA is one of the key sources of regular and objective news on Ethiopian affairs and is broadcast in three languages to reach the majority of Ethiopians. VOA's services have been essential sources of information for RSF during critical elections and

episodes of political, ethnic and other forms of violence. Our media worker reports, "As a correspondent, I have multiple times used VOA reporting to verify information received from sources on the arrest, prosecution, disappearance and court proceedings of journalists persecuted by all kinds of interest groups in Ethiopia…The loss of VOA services would lead to a closure of a crucial source of information on all press freedom issues and encourage those engaged in the persecution of journalists." In a nation where journalists have been arrested in large numbers, beaten, and even killed, that constitutes a substantial and irreparable harm.

17.  In the Democratic Republic of Congo ("DRC"), journalists must operate in a highly perilous environment, where organized and violent rebels endanger the lives of journalists — including RSF's correspondent — and the populace. Accordingly, since January 2025 RSF was called to provide life-saving support for more than 30 journalists and documented over 50 attacks on newsrooms and journalists in North Kivu in less than a year. VOA's reporting is essential for the people of the country to understand the circumstances in which they find themselves and to respond accordingly. While the people in DRC are under constant threat from M23 Rebels, and local media is prevented from independently reporting on the ongoing conflict via explicit orders and under threat of physical harm, VOA broadcasts honest and indispensable information that would otherwise be censored. Its journalists uncover stories others are unable to report — VOA reporters are famous in DRC for establishing contacts, specifically in Swahili, with the general population and with the average civilian facing danger. Our correspondent journalist in turns relies upon VOA to inform their reporting. With the absence of VOA, both the journalists and the public they serve are deprived of critical information. That is by itself an irreparable injury, and also exposes them to other grave harms and even mortal peril.

18. The dismantling of VOA impedes RSF's ability to function and forces our organization to waste material resources it otherwise would not have spent and upon which it relies. Because of USAGM's actions, RSF will incur substantial costs through its assistance programs. We have already provided material support for VOA journalists and anticipate spending more for journalists impacted by VOA's shutdown. These expenses include travel and relocation grants, IT, and other financial and material support. Total spending on assistance to individual journalists in 2024 was around one million Euros, or $1,087,725.02 U.S. dollars. Of that, support to VOA was about 25,000 Euros, or $27,193.13 U.S. dollars. We anticipate spending roughly 125,000 Euros, or $135,965.63 U.S. dollars, on future VOA related cases in the upcoming weeks/months — notwithstanding specific needs-assessment based calculation.

19. VOA frequently covers RSF's reports and advocacy efforts, ensuring that threats to journalists and media independence receive international attention; the loss of VOA weakens our ability to amplify press freedom concerns throughout the world. Owing to its foundational mission to expand press freedom around the world, VOA is perhaps the only American media outlet with a dedicated "press freedom desk" that regularly investigates and covers stories concerning press freedom in the United States and around the world. Moreover, there is no media outlet comparable to VOA — its mission, language diversity, reach, and reliability are sui generis. Without VOA, we lose a critical channel for our work. Our operations have already been irreparably frustrated. Because of this, the visibility of press freedom violations has also been reduced, rendering advocacy efforts — including RSF's — less effective and more cost- and labor-intensive, to the detriment of our organization.

20. RSF correspondents worldwide also rely on VOA to amplify independent journalism and reporting to remote audiences. VOA is one of the few, if not the only, sources of

independent and reliable news in remote regions that have limited access to independent media and journalism. Our correspondents in Bangladesh, Ethiopia, Kenya, Pakistan, South Africa, and Zimbabwe report that rural regions in these nations remain mostly or entirely reliant on radio for news coverage. Consequently, VOA is often the only source of independent, reliable information in these areas, providing programming across multiple languages, including minority languages.

21. Indeed, where our correspondents rely on VOA to spread stories and protect the free flow of information in regions that don't have access to government and other radio services, the silencing of VOA has already caused significant and irreplaceable loss. Our Zimbabwe correspondent stated that the withdrawal has "brought an end to 23 years of radio services to marginalized areas in remote parts of the country that had become accustomed to Studio 7," VOA's Zimbabwe program, with no practical alternative. Due to its long-standing presence in these regions, communities have become reliant on VOA for critical information. Our Bangladeshi RSF correspondent highlighted that VOA was a source of information during its government transition and continues to help safeguard democracy because it has been a trusted outlet in Bangladesh for so long (he noted that he has listened to "VOA broadcasts since he was a school student").

22. In China, Hong Kong, and Tibet, VOA provides information that is inaccessible elsewhere and serves a vital role to expose the dangers journalists face, including our RSF Press Freedom laureates Zhang Zhan and Huang Qi. In addition to breaking news of human rights violations, VOA's services disseminate reporting on detained journalists and their families and updates from jails that would otherwise be unavailable without their coverage.

23. These types of irreparable injuries to the interests of RSF, and to journalism and democracy itself, are precisely why the dismantling of VOA has been cheered by authoritarian regimes, including China, that are notorious for media repression. USAGM's actions will

undoubtedly encourage harsher crackdowns against journalists and press freedom. Actions taken by repressive governments will put RSF staff, their correspondents, their volunteers, and their supporters in grave danger and ultimately cause them further irreparable harm. As part of its work, RSF combats censorship, propaganda, disinformation and rumor. Without VOA, those efforts have been damaged, forcing us to exhaust the organization's resources to replace the lost functionality of VOA.

24.     VOA frequently covers RSF's reports and advocacy efforts, ensuring that threats to journalists and media independence receive international attention. The eradication of VOA immediately damages our ability to advocate and operate in the most sensitive global hotspots where information warfare dominates and our work is especially important. In Ukraine, VOA reaches audiences in Russian-occupied territories, which has allowed RSF's message — including exposing threats to the free press, journalists, and affected populations — to reach critical populations and offering an alternative to Kremlin-controlled narratives. That vital medium has been destroyed. Losing this source will create an information vacuum that will be exploited by pro-Russian media, further limiting the availability of fact-based reporting in areas where it could be a matter of life and death.

25.     RSF's mission is to advocate for the right of every individual, regardless of where they live, to access reliable and independent information. In many regions, VOA has been among the only outlets providing this invaluable resource. For example, VOA was one of the few media outlets that was still able to report on Laos despite its continued repression of journalists, providing Laotian audiences with news in their local languages. Without VOA, Laos will truly become a black hole of information. That is because VOA information from outside and inside of Laos will

vanish — depriving both Laotians and the rest of the world of valuable information and hampering RSF's mission of tracking press freedoms and the security of journalists.

26. The same is true in Afghanistan. The Taliban has severely restricted local media, and our RSF correspondent reports that VOA's absence will make challenging the Taliban's crackdown on the press increasingly difficult. Both VOA and Radio Free Europe/Azadi Radio have been major sources of information for Afghani journalists and the public, attracting large audiences by covering the country's situation more comprehensively and freely. These two media outlets have a long history of providing information during Afghanistan's tumultuous and war-torn conditions and have become vital information sources. Their absence is an immediate loss that will harm local media and journalists, who will no longer have a reliable source of information. It will take considerable time for any new media organization to build an audience and reach a similar level of credibility and influence with Persian/Dari and Pashto speakers, assuming that a media with such a will exists or could exist given the tremendous pressure exerted by the regime on journalistic work.

27. USAGM's actions have already and will continue to make RSF's work more difficult, causing irreparable damage. The sudden elimination of VOA has harmed journalists who it is our mission to protect, both in the United States and throughout the world. Many have lost their jobs and livelihoods. Our organization tracks attacks on press freedom, the struggles of journalists, and advocates for free exchange of information globally. Defendants have catalyzed a crisis in all three areas, forcing us to strain resources at a moment when our work is more essential than ever. Without VOA, a domino effect of second-order harms in media ecosystems worldwide has begun. For example, our Latin American correspondents report that, since the shutdown of

VOA, many local media outlets no longer carry international news in their programming. As nations' information spaces silo, RSF's work has been hamstrung.

28.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Paris, France on the 23rd day of March, 2025.

*[signature]*

Thibaut Bruttin