UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATSY WIDAKUSWARA, *et al.*,
                Plaintiffs,

-v-

KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, *et al.*,
                Defendants.

25-CV-2390 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for the parties are directed to appear for a hearing on Plaintiffs' motion for a temporary restraining order on March 28, 2025, at 10:00 a.m. in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    Any responsive submission on behalf of Defendants shall be filed by March 27, 2025, at **5:00 p.m.**, notwithstanding the deadline discussed during the March 24, 2025 telephone conference.

    SO ORDERED.

Dated: March 24, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge