AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Widakuswara et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1015 |
| Lake et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Federation of State, County and Municipal Employees (AFSCME)                         .

Date:  04/07/2025

/s/ Matthew Stark Blumin
*Attorney's signature*

Matthew Stark Blumin 1007008
*Printed name and bar number*

1625 L Street, NW, Washington, DC 20036

*Address*

mblumin@afscme.org
*E-mail address*

(202) 775-5900
*Telephone number*

*FAX number*