AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Widakuswara et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-1015 |
| Lake et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA.

Date: 04/07/2025

/s/ Daniel Marc Eisenberg
*Attorney's signature*

Daniel Marc Eisenberg, 90017823
*Printed name and bar number*
One Rockefeller Plaza, 8th Floor
New York, New York 10020

*Address*

deisenberg@ecbawm.
*E-mail address*

(516) 770-5431
*Telephone number*

(212) 763-5001
*FAX number*