Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA et al

        Plaintiff

vs.

KARI LAKE et al

        Defendant

Civil No. 25-1015 (RCL)

Category E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __4/8/2025__ from __Judge Carl J. Nichols__ to __Judge Royce C. Lamberth__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:	Judge Carl J. Nichols	& Courtroom Deputy
	Judge Royce C. Lamberth	& Courtroom Deputy
	Liaison, Calendar and Case Management Committee