**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PATSY WIDAKUSWARA**, *et al.*,

*Plaintiffs*,

v.

**KARI LAKE**, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, *et al.*,

*Defendants*.

**Case No. 1:25-cv-1015-RCL**

## ORDER

On March 28, 2025, Judge Oetken granted a temporary restraining order ("TRO") temporarily enjoining the defendants from taking any further actions to implement or effectuate the March 14, 2025 Executive Order entitled "Continuing the Reduction of the Federal Bureaucracy" as to USAGM, among other actions. *See* March 28 TRO, ECF No. 54. One week later, on April 4, the case was transferred from the Southern District of New York to the District of Columbia, and on April 8, the case was assigned to this Court. The TRO currently in place will expire on Friday, April 18, 2025. The plaintiffs' preliminary injunction ("PI") motion remains pending. *See* ECF No. 17. The Court would like to set an expedited briefing schedule to rule on the plaintiffs' PI motion before the expiration of the TRO. To that end, it is hereby

**ORDERED** that by Wednesday, April 9, the parties file a proposed briefing schedule for the government's opposition, the plaintiffs' reply, and a hearing on the PI motion.

**IT IS SO ORDERED.**

Date: April 8, 2025

Royce C. Lamberth
United States District Judge