AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Widakuswara et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1015-RCL |
| Kari Lake, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patsy Widakuswara, Jessica Herreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4.

Date:   April 9, 2025

/s/ David Z. Seide
*Attorney's signature*

David Z. Seide, 421899
*Printed name and bar number*

Government Accountability Project
1612 K Street NW
Washington DC 20006
*Address*

davids@whistleblower.org
*E-mail address*

213-804-4700
*Telephone number*

*FAX number*