AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| PATSY WIDAKUSWARA et. al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01015 |
| KARI LAKE et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., AFSCME, and AFGE.

Date: 04/09/2025

*Attorney's signature*

Norman Eisen D.C. Bar #435051
*Printed name and bar number*

State Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
*Address*

Norman@statedemocracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*