UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KARI LAKE, Senior Advisor to the Acting<br>CEO of U.S. Agency for Global Media, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1015 (RCL) |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's April 8, 2025, Order (ECF No. 70), Defendants submit this Proposed Briefing Schedule. The parties have met and conferred and despite the parties' good faith efforts to generate a joint position, they were not able to agree on a proposed schedule for further proceedings. Defendants sincerely regret that they were unable to make this a joint filing with Plaintiffs. Despite a request that the parties file a joint briefing schedule with competing positions, Plaintiffs indicated that they wished to submit their own filing to include argument on their position as to why they challenge a temporal limitation to the the Temporary Restraining Order granted by the Southern District of New York.[1] Defendants will respond to Plaintiffs'

---

[1] On April 9, 2025, counsel for Defendants informed Plaintiffs that temporary restraining orders under Rule 65 are typically entered for fourteen days, unless extended for good cause, and that Defendants would not agree to an extension of the temporary restraining order in this case but acknowledged that the Court could grant an extension over the Government's objection if it found "good cause." *See* Fed. R. Civ. P. 65(b)(2). Plaintiffs contend that this position is inconsistent with the Government's previous position while the case was pending in the Southern District of New York. At present, the Government has moved to dissolve the broad and extraordinary relief afforded to Plaintiffs by the Southern District of New York and does not consent to any such extension.

position on that issue when they have an opportunity to review the substance of Plaintiffs' filing, which as of the time of this filing, has not yet occurred.

Nevertheless, in light of this matter recently being transferred to this district, Defendants propose a schedule that provides the Government an opportunity to prepare an appropriate response to Plaintiffs' preliminary injunction motion. Defendants propose the following: (1) Plaintiffs file their opposition to Defendants' motion to dissolve the March 28, 2025, Temporary Restraining Order (ECF No. 54) by April 14, 2025. (2) Defendants will file their opposition to Plaintiffs' preliminary injunction motion by April 15, 2025. (3) Defendants will file their reply in further support of their motion to dissolve by April 17, 2025. (4) Local Civil Rule 65 does not contemplate a reply memorandum and thus, the Court should decline to order a date for Plaintiffs to file a reply brief in further support of their preliminary injunction motion. Should the Court wish to afford Plaintiffs an opportunity to file a reply, Defendants propose April 17, 2025. Lastly, (5) should the Court wish to schedule the matter for a hearing, counsel for Defendants are available on April 18, 2025.

Dated: April 9, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:      */s/Stephanie R. Johnson*
    STEPHANIE R. JOHNSON,
       D.C. Bar # 1632338
    BRENDA GONZÁLEZ HOROWITZ,
       D.C. Bar # 1017243
    Assistant United States Attorneys
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    Main: (202) 252-2500

*Attorneys for the United States of America*