# Exhibit A

**From:** Marryshow, Danielle (USANYS)
**To:** Debbie Greenberger; Onozawa, Tomoko (USANYS); Nick Bourland; Andrew G. Celli
**Cc:** Dan Eisenberg; David Seide; Georgina Yeomans; Matt Blumin; Rushab Sanghvi; Matthew Holder; Raeka Safai; Norman Eisen; Kristin Bateman
**Subject:** Re: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI
**Date:** Wednesday, April 2, 2025 7:11:46 PM

The time limitation in Rule 65(b) only applies to TROs that are issued without notice. TROs issued with notice fall outside the scope of the rule. By its terms, Judge Oetken has ordered that the TRO stay in place until your PI motion is ruled on. See Order at 21.

Teeing the briefing schedule off of the transfer motion is a practical point—the briefing schedule itself comes from the Local Rules.

**Danielle J. Marryshow**
Assistant U.S. Attorney
Southern District of New York
Phone: [redacted]
Cell: [redacted]

---

**From:** Debbie Greenberger <dgreenberger@ecbawm.com>
**Sent:** Wednesday, April 2, 2025 6:32:20 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Danielle,

I'm not quite following. We filed our TRO/PI on March 23, so 2 weeks is Monday April 7. Do you calculate it otherwise? I see no basis in the local rules for the clock to start to run when Judge Oetken denies your motion, but if you think that has a basis in the rules, please share the cite. Moreover, under your proposal, what would happen to the TRO after the 14-day period in FRCP 65?

---

**From:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>
**Sent:** Wednesday, April 2, 2025 5:55 PM
**To:** Debbie Greenberger <dgreenberger@ecbawm.com>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi

<Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Debbie,

As you saw, we just filed a letter supplementing our motion to transfer. We expect that Judge Oetken will act on the motion to transfer promptly—likely within the next day or so—especially given that there are now five virtually identical lawsuits about these issues in DDC.

If Judge Oetken keeps the case, we do plan to file an opposition to your motion for a PI. We intend to marshal additional evidence in support of our opposition but need time to consult with the agency to do so.

Accordingly, to avoid the duplication of efforts across DOJ components, and because a TRO is already in place here, we would propose the normal briefing schedule under the Local Rules—14 days for us to oppose, and 7 days for you to reply, with a hearing as soon as possible thereafter at a time that is convenient for the Court, with the clock beginning to run the day that Judge Oetken enters an order denying our transfer motion. Of course, if the transfer motion is granted the briefing schedule would be moot at that point, and it would be up to whoever gets the case in DDC (likely Judge Lamberth).

Thanks,
Danielle

**Danielle J. Marryshow**
Assistant U.S. Attorney
Southern District of New York
Phone: [redacted]
Cell: [redacted]

---

**From:** Debbie Greenberger <dgreenberger@ecbawm.com>
**Sent:** Wednesday, April 2, 2025 5:18 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Danielle

This case has not been transferred so we believe the briefing schedule should be set accordingly. We think it would be reasonable for your TRO response to be construed as a response to our PI as well, and we would then reply accordingly. If your position is you want to file papers in opposition to our PI, we would not oppose that and would then propose your PI response by Monday at noon, our reply by Thursday at noon, with the court to hold a hearing on April 11 (14 days after the TRO was entered).

---

**From:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>
**Sent:** Wednesday, April 2, 2025 4:38 PM
**To:** Debbie Greenberger <dgreenberger@ecbawm.com>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Hi Debbie,

Apologies for the delay. Because of the potential that this case will be transferred to DDC, we're trying to figure out what makes sense because if the case is transferred, Tomoko and I will no longer be involved in this case. Are you planning on submitting an additional memorandum of law in support of your PI, or are we filing an opposition to the memorandum of law you have already filed?

Thanks,
Danielle

**Danielle J. Marryshow**
Assistant U.S. Attorney
Southern District of New York
Phone: [redacted]
Cell: [redacted]

---

**From:** Debbie Greenberger <dgreenberger@ecbawm.com>
**Sent:** Wednesday, April 2, 2025 4:31 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>;

Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Tomoko,

If we continue not to hear from you on a schedule, we will write to the court later today to set a schedule and indicate you have not responded to our repeated requests.

Debbie

---

**From:** Debbie Greenberger
**Sent:** Wednesday, April 2, 2025 1:54 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Tomoko

Checking in on your thoughts on a briefing schedule.

Thanks
Debbie

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Tuesday, April 1, 2025 5:24 PM
**To:** Debbie Greenberger <dgreenberger@ecbawm.com>; Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Debbie, thanks for reaching out. We are discussing internally and will follow up as soon as we can tomorrow.

---

**From:** Debbie Greenberger <dgreenberger@ecbawm.com>
**Sent:** Tuesday, April 1, 2025 1:49 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- next steps re PI

Danielle and Tomoko

I'm checking in because we thought the parties should propose (ideally jointly) a schedule for any further PI briefing to the Court. Please let me know if you want to propose one over email or get on a call to discuss.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 8:59 PM
**To:** Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Will do. Thanks for getting back to me.

---

**From:** Nick Bourland <NBourland@ecbawm.com>
**Sent:** Wednesday, March 26, 2025 8:58 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>

**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Hi Tomoko,

Understood. Plaintiffs do not consent to Defendants' extension request.

We ask that you please insert our position in your extension request letter as follows:

**"In light of the irreparable harms faced by Plaintiffs, made more immediate by Defendants' mass termination-related notices sent last night, *see* Dkt. 33, Plaintiffs do not consent to Defendants' proposed extension but renew our offer to agree to an extended briefing schedule for a preliminary injunction if Defendants agree to stipulate to Plaintiffs' proposed TRO to preserve the immediate status quo pending the Court's determination."**

Thank you,
Nick

**(We have moved. Please note the new address.)**

**Nick Bourland**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
nbourland@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (nbourland@ecbawm.com) immediately.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 5:32 PM
**To:** Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Thanks, Nick. I will wait to hear from you by 9:00 p.m. I also wanted to let you know that

given the delays (not your fault) in getting the transfer motion and the extension motion cleared to file, we will be filing both together at this point.

---

**From:** Nick Bourland <NBourland@ecbawm.com>
**Sent:** Wednesday, March 26, 2025 8:28 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Hi Tomoko,

We will get back to you by 9:00 p.m. Thank you,

Nick

**(We have moved. Please note the new address.)**

**Nick Bourland**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
nbourland@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (nbourland@ecbawm.com) immediately.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 3:41 PM
**To:** Nick Bourland <NBourland@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Nick, thank you for letting us know. We have decided to hold off on filing the transfer motion immediately, as I am now reaching out to solicit plaintiffs' position on a request that we will be filing imminently to extend our TRO opposition to midnight on Friday and have the TRO hearing as early as practicable Monday morning. SDNY simply needs more time to prepare its papers. I anticipate what your response will be, but I am obligated under Judge Oetken's rules to ask you.

Many thanks,
Tomoko

---

**From:** Nick Bourland <NBourland@ecbawm.com>
**Sent:** Wednesday, March 26, 2025 4:39 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Hi Danielle and Tomoko,

Plaintiffs do not agree to Defendants' requested transfer of venue.

Thank you,
Nick

**(We have moved. Please note the new address.)**

**Nick Bourland**
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-763-5000
nbourland@ecbawm.com
www.ecbawm.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (nbourland@ecbawm.com) immediately.

---

**From:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 12:37 PM
**To:** Andrew G. Celli <acelli@ecbawm.com>; Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Nick Bourland <NBourland@ecbawm.com>; Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Hi Andy,

Please see attached the stipulation that we would propose to enter into in the even that Plaintiffs agree to the transfer. If we don't hear from you by 5:00 p.m., we intend to file our letter motion to transfer given the timing here.

Thanks,
Danielle

**Danielle J. Marryshow**
Assistant U.S. Attorney
Southern District of New York
Phone: [redacted]
Cell: [redacted]

---

**From:** Andrew G. Celli <acelli@ecbawm.com>
**Sent:** Wednesday, March 26, 2025 2:33 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Nick Bourland <NBourland@ecbawm.com>; Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] Re: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

I'm thinking by 5pm. Hope that helps.

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff Abady

Ward & Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020
[redacted]
*pronouns: he/him/his*

*Please note our new office address*

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 11:41:30 AM
**To:** Andrew G. Celli <acelli@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Nick Bourland <NBourland@ecbawm.com>; Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** RE: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Will do, and thanks for considering this. It would also be helpful if you could give us a rough estimate of when you anticipate getting back to us, so we can plan accordingly.

Many thanks,
Tomoko

---

**From:** Andrew G. Celli <acelli@ecbawm.com>
**Sent:** Wednesday, March 26, 2025 11:39 AM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Nick Bourland <NBourland@ecbawm.com>; Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>; Kristin Bateman <kbateman@democracyforward.org>
**Subject:** [EXTERNAL] Re: Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Tomoko --

We will confer on this and get back to you later today. Also, please add Kristin Bateman of Democracy Forward to future emails. I've copied her here.

Thanks,
Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff Abady
Ward & Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020
[redacted]
*pronouns: he/him/his*

*Please note our new office address*

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 10:56:18 AM
**To:** Andrew G. Celli <acelli@ecbawm.com>; Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>; Debbie Greenberger <dgreenberger@ecbawm.com>
**Cc:** Nick Bourland <NBourland@ecbawm.com>; Dan Eisenberg <deisenberg@ecbawm.com>; David Seide <davids@whistleblower.org>; Georgina Yeomans <GYeomans@afscme.org>; Matt Blumin <MBlumin@afscme.org>; Rushab Sanghvi <Sanghr@afge.org>; Matthew Holder <mholder@cwa-union.org>; Raeka Safai <safai@afsa.org>; Norman Eisen <norman.eisen@gmail.com>
**Subject:** Widakuswara et al. v. Lake et al., 25 CV 2390 -- transfer to DDC

Counsel:

As you are likely aware, there have been two developments in these matters—(1) Judge Lamberth in the DDC entered a TRO in the *Radio Free Europe* case, and (2) a new lawsuit was filed yesterday in DDC on behalf of other VOA employees seeking similar relief to the one sought by plaintiffs in the SDNY lawsuit, *Abramowitz v. Lake*, 25 Civ. 887. It appears the *Abramowitz* plaintiffs have already filed a notice that their new case is related to the Radio Free Europe case before Judge Lamberth, in addition to a PI/TRO motion.

USAGM has asked us to discuss whether your clients will agree to transfer the SDNY matter to DDC on the grounds that DDC is the more convenient forum. Only two of the 13 plaintiffs in this case are situated in New York, while the remaining plaintiffs are in or around D.C., and the government defendants and other agency officials are in D.C. The agency has also expressed concern about inconsistent orders and believes that having all three cases in the same forum

will be most efficient. If plaintiffs will not consent, we intend to write a letter to Judge Oetken requesting the transfer.

Happy to jump on a call at 11 or after to discuss.

Thanks,

Tomoko

**Tomoko Onozawa**
Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: [redacted]
Email: tomoko.onozawa@usdoj.gov