UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PATSY WIDAKUSWARA**, *et al.*,

    *Plaintiffs*,

v.

**KARI LAKE,** *in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.*,

    *Defendants.*

Case No. 1:25-cv-1015-RCL

## ORDER

The Temporary Restraining Order (TRO) issued on March 28, 2025 [ECF No. 54] was ordered to be in place until today, Friday, April 18, 2025. *See* Order re: Mot. to Clarify, ECF No. 86. The Court enters the instant order to **EXTEND** the TRO until Tuesday, April 22, 2025.

As noted in this Court's Order on the Motion to Clarify, and per the government's earlier representation, the 14-day time limit on TROs as contemplated by Federal Rule of Civil Procedure 65 only applies to TROs issued without notice. *See* Order re: Mot. to Clarify, ECF No. 86.

But even applying the 14-day time limit applied here, there is "good cause" to extend it for a "like period," as contemplated by Federal Rule of Civil Procedure 65(b)(2). As of today, April 18, 2025, this TRO has been in place for 21 days, one week longer than the 14-day period, in large part due to the transfer from the Southern District of New York and the parties' scheduling proposals. On April 27, 2025, the Court held a hearing on the pending preliminary injunction (PI) motion, consolidated with the PI motion hearing in the related case, *Abramowitz v. Lake*, 25-cv-887. Over the course of several hours, the parties provided extensive argument to assist the Court in ruling on the PI motions. At the conclusion of the hearing, the Court held status conferences in

1

the related cases *RFE/RL v. Lake*, 25-cv-887 (RCL), *Radio Free Asia v. United States*, 25-cv-907 (RCL), and *Middle East Broadcast Networks v. United States*, 25-cv-966 (RCL), and the posture of all of these cases may be impacted by the Court's ultimate decision on the PI motion in the instant case. The Court finds, therefore, that there is good cause to extend the TRO for an additional four days, of which two are business days, to give the Court sufficient time to thoroughly and comprehensively address all of the issues raised in this case.

At that point, the TRO will have been in place for 25 days. As stated *supra*, Federal Rule of Civil Procedure 65(b)(2) provides for an extension beyond 14 days for a "like period," so an additional 14 days for a total of 28 days. Thus, the TRO's length of 25 days remains within the window contemplated by the Federal Rules. For all of these reasons, it is hereby

**ORDERED** that the Temporary Restraining Order, ECF No. 54, will remain in place until April 22, 2025, when the Court rules on the outstanding motion for a preliminary injunction.

**IT IS SO ORDERED.**

Date: 4-18-25
12:30 pm

Royce C. Lamberth
United States District Judge