UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0887 (RCL) |

**DECLARATION OF ROMAN NAPOLI**

　　1.　　My name is Roman Napoli. I have been the Chief Financial Officer for the U.S. Agency for Global Media ("USAGM") since 2024. I base this declaration on my personal knowledge and information I have gained in the course of performing my official duties.

　　2.　　In that capacity, I have personal knowledge of, and direct involvement, in the process relating to making payments to Grantees of USAGM.

3. The Grantees generally submit their financial plans to USAGM on a quarterly basis. The financial plan is the Grantee's proposed monthly expenditures for a range of budget line items, broken down by domestic and overseas costs. While appropriations levels are established in a full year appropriation (or a continuing resolution), USAGM must review proposed financial plans in light of funding currently available to the Agency while balancing budgetary resources across the entire Agency, including Federal and Grantee requirements. For example, under a continuing resolution, USAGM may provide a full monthly payment to a Grantee while Voice of America may need to delay certain activities until more funds are available.

4. Generally, USAGM receives funding requests on a monthly basis from the Grantees. Once USAGM completes its review of the monthly funding request to ensure that it is in line with the approved financial plan, USAGM submits an apportionment request to the Office of Management and Budget ("OMB") for funds for the Grantees. OMB must approve the apportionment request to make funding available to the Agency. This OMB process takes anywhere between three and ten days. Once OMB approves an apportionment, the Office of the Chief Financial Officer ("OCFO") allots funding for the grantees within our financial system.[1]

5. Concurrent to the OMB apportionment process, the Office of the Chief Financial Officer will review the payment request in greater detail. OCFO staff review a range of financial information, and OCFO staff will recommend approval of the payment request if certain criteria are met. This process takes about two days. The recommendation is reviewed by the Chief Financial Officer. This takes no more than one additional day. If approved by the CFO, the

---

[1] For the Open Technology Fund, funds must be transferred from the one-year account to the no-year account via a Central Accounting Reporting System transfer through the Department of Treasury, which can take one to two days to process.

payment request is submitted to the Chief Executive Officer or their designee. The CEO or their designee reviews and approves the payment. This takes between two and five days.

6. The OCFO staff submit all appropriate documentation to the OCFO Financial Division ("FD") to process the payment. The OCFO FD then ensures that the payment information is accurate in the Agency's financial system. This is completed within one day. Once entered, it is reviewed by four different Agency reviewers. This takes between one and three days.

7. OCFO then submits the payment for an initial review at the Department of Treasury. If the payment clears, it is returned to the Agency and then submitted as part of a grouping of USAGM payments to the Department of Treasury for disbursement. This takes between one and two days. The Department of Treasury reviews the payments, undertakes its clearances processes, and then disburses the payments. This takes between one and three days. The Grantee is notified electronically that a payment is being made before it arrives at their bank account. OCFO staff then verify how the funding was used as part of the next month's payment review process.

8. I am aware of the Court's preliminary injunction orders in the above-captioned cases, including the order to "restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks." In light of the preliminary injunction order, the Office of the CFO has started the process described above to process April payments for Radio Free Asia and Middle East Broadcasting Networks, Inc. I estimate that the Agency will complete all the steps to process the payment between 6 to 8 business days and the Department of Treasury will disburse the payment within an additional 2 days. If the Court does not grant a stay by May

2, 2025, then the money for the month of April will be disbursed to Radio Free Asia and Middle East Broadcasting Networks under their restored grant agreements.

9. Under Radio Free Asia's two restored grants, the Agency will have to pay Radio Free Asia $5,933,489 for the month of April. And the Agency will have to pay Radio Free Asia approximately $25 million from May to the end of the fiscal year (September 30, 2025). Under Middle East Broadcasting Networks' restored grant, the Agency will have to pay Middle East Broadcasting Networks $9,087,653 for the month of April. And the Agency will have to pay Middle East Broadcasting Networks approximately $44 million from May to the end of the fiscal year (September 30, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025
Washington, District of Columbia

---

ROMAN NAPOLI
*Chief Financial Officer for USAGM*