UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,<br><br>       Defendants. | Civil Action No. 25-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,<br><br>       Defendants. | Civil Action No. 25-0887 (RCL) |

**DECLARATION OF CRYSTAL THOMAS**

1.  My name is Crystal Thomas. I have been the Director of Human Resources for the U.S. Agency for Global Media ("USAGM") since 2024. I base this declaration on my personal knowledge and information I have gained in the course of performing my official duties.

2.  In that capacity, I have personal knowledge of, and direct involvement, in personnel matters for USAGM.

3.  In light of the district court's preliminary injunction orders in the above-captioned cases, the agency is taking the following steps to comply with the court's order "to return USAGM employees and contractors to their status prior to the March 14, 2025 Executive Order 14238,

1

'Continuing the Reduction of the Federal Bureaucracy,' including by restoring all USAGM employees and personal service contractors, who were placed on leave or terminated to their status prior to March 14, 2025."

4. The agency's information technology ("IT") department is taking steps to reactivate user accounts and system credentials.

5. The agency is taking steps to distribute official return to duty notifications to affected employees, via both their personal and agency email addresses.

6. The agency is considering a phased reintegration approach, with groups returning to duty on a periodic basis, prioritizing groups based on agency needs.

7. Given the agency's current physical space considerations, employees may be instructed to work remotely initially, with a specified return-to-office date included in the communication.

8. The agency is taking steps to update payroll records to reflect each employee's return to duty status.

9. The agency is taking steps to disseminate an Employee Assistance Program and other support resources to assist with their reintegration.

10. The agency has security concerns about returning employees to the Cohen Building in a manner that does not follow the above process (or one similar to it). Following the placement of employees on administrative leave on March 14, 2025, our Office of Human Resources received a series of threatening emails from unknown email addresses. Our office received a similar uptick in such emails following the issuances of the temporary restraining order (on March 28, 2025) and the preliminary injunction (on April 23, 2025). While I do not have personal knowledge whether these emails originated from employees or non-employees, I believe that it is important that we have an orderly process that allows the agency to return employees to the office in a secure manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025
Washington, District of Columbia

_____
CRYSTAL THOMAS
*Director of Human Resources for USAGM*