UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-01015-RCL |

**PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING ON DEFENDANTS' MOTION TO STAY PENDING APPEAL**

Plaintiffs hereby request that the Court expedite briefing on Defendants' motion for a stay pending appeal. Plaintiffs request an opportunity to respond to Defendants' motion and propose to file their response on Monday, April 28, by noon. Giving the Plaintiffs slightly more than one business day to respond to the stay request is more than reasonable, given the requirements of Federal Rule of Appellate Procedure 8 and the alleged harm Defendants articulate in their motion. The reasons for this motion are as follows:

1

1) Defendants filed their motion for a stay pending appeal at 8:25 p.m. yesterday, April 24, more than two business days after this Court issued its preliminary injunction order.

2) In their motion, Defendants state their intent to file a stay request with the U.S. Court of Appeals for the D.C. Circuit today, April 25. *See* Dkt. 102 at 4.

3) "A stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009) (cleaned up).

4) Federal Rule of Appellate Procedure 8 requires that a party move first in the district court for a stay pending appeal, and allows parties to move in the Court of Appeals initially only when it would be impracticable to move first in the district court.

5) While the Government has technically filed a motion in the district court, it has stated its intention to move in the DC Circuit nearly simultaneously, bypassing Plaintiffs' opportunity to respond and providing the Court less than one business day to exercise its discretion—and necessarily requiring that the Court do so without the benefit of Plaintiffs' position.

6) The government cites May 2 as the first day it will be required to disburse money to any statutory grantee. *See* Dkt. 102-1 at 3-4 ¶ 8.

7) Plaintiffs do not concede that paying Congressionally appropriated money to its intended recipient and for its intended use amounts to irreparable harm to the government. Plaintiffs also do not concede that doing so outweighs the significant irreparable harm to the plaintiffs that a stay would impose. But even assuming that it does, it would not be impracticable to provide Plaintiffs with just over one business day to respond to Defendants' motion and give the Court an opportunity to rule on the motion once it is ripe.

8) Plaintiffs asked the Defendants to allow us a chance to respond to their motion on Monday, April 28, and Defendants declined.

Plaintiffs therefore move this Court for an expedited briefing schedule on Defendants' motion for a stay, requiring Plaintiffs to file their response by Monday, April 28 at noon.

Dated:  April 25, 2025  
        New York, New York

Respectfully Submitted,

GOVERNMENT ACCOUNTABILITY PROJECT

_____/s/_____  
David Z. Seide (D.C. Bar # 421899)  
1612 K Street, NW  
Washington, DC 20006  
(202) 457-0034  
davids@whistleblower.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____  
Teague Paterson (D.C. Bar # 144528)  
Matthew Blumin (D.C. Bar # 1007008)  
Georgina Yeomans (D.C. Bar # 1510777)  
1625 L Street, N.W.  
Washington, D.C. 20036  
(202) 775-5900  
TPaterson@afscme.org  
MBlumin@afscme.org  
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

_____/s/_____  
Andrew G. Celli, Jr.**  
Debra L. Greenberger**  
Daniel M. Eisenberg (D.C. Bar # 90017823)  
Nick Bourland**  
One Rockefeller Plaza, 8th Floor  
New York, New York 10020  
(212) 763-5000  
acelli@ecbawm.com  
dgreenberger@ecbawm.com  
deisenberg@ecbawm.com  
nbourland@ecbawm.com

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION<br><br>_____/s/_____<br>Sharon Papp (D.C. Bar # 107992)<br>Raeka Safai (D.C. Bar # 977301)<br>2101 E Street, N.W.<br>Washington, D.C. 20037<br>(202) 338-4045<br>papp@afsa.org<br>safai@afsa.org<br><br>*Counsel for Plaintiff American Foreign Service Association (AFSA)*<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO<br><br>_____/s/_____<br>Rushab Sanghvi (DC Bar # 1012814)<br>80 F. Street, NW<br>Washington, DC 20001<br>(202) 639-6424<br>SanghR@afge.org<br><br>*Counsel for American Federation of Government Employees, AFL-CIO (AFGE).*<br><br>MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL[1]<br><br>_____/s/_____<br>David A. Schulz (D.C. Bar # 459197)<br>127 Wall Street<br>New Haven, CT 06520<br>(212) 663-6162<br>David.schulz@YLSClinics.org<br><br>*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4* | DEMOCRACY FORWARD FOUNDATION<br><br>_____/s/_____<br>Kristin Bateman (admitted only in California; practice supervised by members of the D.C. bar)**<br>Robin F. Thurston (D.C. Bar # 1531399)<br>Skye L. Perryman (D.C. Bar # 984573)<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>kbateman@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org<br><br>*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*<br><br>STATE DEMOCRACY DEFENDERS FUND<br><br>_____/s/_____<br>Norman L. Eisen (D.C. Bar # 435051)<br>Joshua Kolb*<br>600 Pennsylvania Avenue SE #15180<br>Washington, DC 20003<br>Norman@statedemocracydefenders.org<br>Joshua@statedemocracydefenders.org<br><br>*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)*<br><br>\* *Pro hac vice* application forthcoming<br>\*\* *Pro hac vice* application pending |

---

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.