UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KARI LAKE,<br>Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,<br><br>      Defendants. | Civil Action No. 25-1015 (RCL) |

### DEFENDANTS' NOTICE OF FILING

Defendants, by and through their undersigned counsel, file this notice to apprise the Court of Defendants' filings today in *Radio Free Asia v. United States*, Civ. A. No. 25-0907 (RCL) (Defs.' Stat. Rep., ECF No. 28) and *Middle East Broadcasting Networks v. United States*, Civ. A. No. 25-0966 (RCL) (Defs.' Stat. Rep., ECF No. 26). The Court's April 22, 2025 memorandum opinion and order in this action granting Plaintiffs' motion for a preliminary injunction required Defendants to "restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks such that international USAGM outlets can "provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive," 22 U.S.C. § 6202(a), (b), and to that end, provide monthly status reports on the first day of each month apprising the Court of the status of the defendants' compliance with this Order, including documentation sufficient to show the disbursement to RFA and MBN of the funds Congress appropriated[.]" Mem. Op. at 36 (ECF No. 98); Order (ECF No. 99). Defendants have apprised the Court of the status of Defendants' compliance with this provision of the Court's Order.

| | |
|---|---|
| Dated: May 1, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By: /s/ *Brenda González Horowitz*<br>　　BRENDA GONZÁLEZ HOROWITZ,<br>　　　D.C. Bar # 1017243<br>　　Assistant United States Attorney<br>　　Civil Division<br>　　601 D Street, NW<br>　　Washington, DC 20530<br><br>*Attorneys for the United States of America* |

2