AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>      Plaintiffs,<br><br> -against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>      Defendants. | **RIDER TO SUMMONS**<br><br>Case No. 1:25-cv-01015-RCL |

**Plaintiffs' Attorneys' Firm Name, Address and Telephone Number**

GOVERNMENT ACCOUNTABILITY PROJECT- David Z. Seide, 1612 K Street, NW Washington, DC 20006, (202) 457-0034. *Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4.*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP- Andrew G. Celli, Jr., Debra L. Greenberger, Daniel M. Eisenberg, Nick Bourland, One Rockefeller Plaza, 8th Floor, New York, New York 10020, (212) 763-5000. *Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA.*

1

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)- Teague Paterson, Matthew Blumin, Georgina Yeomans, 1625 L Street, N.W., Washington, D.C. 20036 (202) 775-5900. *Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME).*

AMERICAN FOREIGN SERVICE ASSOCIATION- Sharon Papp, Raeka Safai, 2101 E Street, N.W., Washington, D.C. 20037, (202) 338-4045. *Counsel for Plaintiff American Foreign Service Association (AFSA).*

STATE DEMOCRACY DEFENDERS FUND- Norman L. Eisen, Joshua Kolb, 600 Pennsylvania Avenue SE #15180, Washington, DC 20003. *Counsel for Reporters Sans Frontières; Reporters Without Borders, Inc.; American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE).*

DEMOCRACY FORWARD FOUNDATION- Kristin Bateman, Robin F. Thurston, Skye L. Perryman, P.O. Box 34553, Washington, DC 20043, (202) 448-9090. *Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA.*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO- Rushab Sanghvi, 80 F. Street, NW, Washington, DC 20001, (202) 639-6424. *Counsel for American Federation of Government Employees, AFL-CIO (AFGE).*

MEDIA FREEDOM & INFORMATION ACCESS CLINIC- YALE LAW SCHOOL- David A. Schulz, 127 Wall Street, New Haven, CT 06520. *Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4.*