## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>Plaintiffs,<br><br>-against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>Defendants. | **AFFIDAVIT OF SERVICE**<br><br>Case No. 1:25-cv-01015-RCL |

I, Maria Velez, a legal assistant with Emery Celli Brinckerhoff Abady Ward & Maazel LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in Queens County, New York.

On May 19, 2025, I caused a Summons, Dkt. 109, Rider to Summons, Dkt. 108 and Complaint, Dkt. No. 1, in the above- captioned matter to be served by Certified Mail, return receipt request upon the addresses listed below:

Kari Lake
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue SW Washington, DC 20237

1

Victor Morales
United States Agency for Global Media
Wilbur J. Cohen Federal Building
330 Independence Avenue SW
Washington, DC 20237

United States Agency for Global Media
Wilbur J. Cohen Federal Building,
330 Independence Avenue SW
Washington, DC 20237

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW Washington, DC 20530-0001

Dated: New York, New York
May 19th, 2025

Maria Velez

Sworn to before me this
19th day of May, 2025

NOTARY PUBLIC

**Toby Shore**
**Notary Public State of New York**
**No. 01SH6442385**
**Qualified in Kings County**
**Commission Expires October 11, 2026**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.87

Total Postage and Fees
$ 11.82

Postmark Here
ROCKEFELLER CENTER PO
MAY 19 2025
NEW YORK, NY 10020-9991

Sent To
Kari Lake
Street and Apt. No., or PO Box No.
330 Independence Ave. SW
City, State, ZIP+4®
Washington, D.C. 20237

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kari Lake
   330 Independence Ave. SW
   Washington, D.C. 20237

   9590 9402 9525 5069 5916 48

2. Article Number (Transfer from service label)

   9589 0710 5270 3128 4876 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 2.87

Total Postage and Fees
$ 11.82

Postmark Here — ROCKEFELLER CENTER P.O., NEW YORK, NY 10020-9351, MAY 19 2025

Sent To: Victor Morales
Street and Apt. No., or PO Box No.: 330 Independence Ave. SW
City, State, ZIP+4®: Washington, D.C. 20237

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 7359 2092 7000 0542 0202

Case 1:25-cv-05315-DLC Document 110 Filed 09/19/25 Page 6 of 10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Victor Morales
330 Independence Ave. SW
Washington, D.C. 20237

|||||| 9590 9402 9525 5069 5916 62

2. Article Number *(Transfer from service label)*

7020 2450 0001 2602 6531

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $ 4.10
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 2.87

Total Postage and Fees
$ 11.82

Postmark Here — ROCKEFELLER CENTER PO, NEW YORK, NY 10020-9651, MAY 19 2025

Sent To: U.S. Agency for Global Media
Street and Apt. No. or PO Box No.: 330 Independence Ave. SW
City, State, ZIP+4®: Washington, D.C. 20237

7020 2450 0001 2092 4259

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Agency for Global Media
330 Independence Ave. SW
Washington, D.C. 20237

9590 9402 9525 5069 5916 55

2. Article Number (Transfer from service label)

7020 2450 0001 2602 6524

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $ 4.10
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.87

Total Postage and Fees
$ 11.82

Postmark: ROCKEFELLER CENTER PO, NEW YORK, NY 10020-9991, MAY 19 2025

Sent To: U.S. Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4®: Washington, D.C. 20530

Tracking: 7020 2450 0001 2602 6517

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, D.C., 20530

9590 9402 9525 5069 5916 31

2. Article Number (Transfer from service label)

7020 2450 0001 2602 6517

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt