AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. Attorney for the District of Columbia

was received by me on *(date)*    05/19/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent via email to USADC.ServiceCivil@usdoj.gov, which responded that the documents were received and accepted with a service date of May 19, 2025, on behalf of the U.S. Attorney's Office for the District of Columbia. See attached.

My fees are $   0   for travel and $   0   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/29/2025

*Server's signature*

Maria Velez, Legal Assistant at ECBAWM LLP
*Printed name and title*

One Rockefeller Plaza, 8th Floor, New York, NY 10020
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., et al., <br> *Plaintiff(s)* <br><br> v. <br><br> KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S.; et al., <br> *Defendant(s)* | Civil Action No. 1:25-cv-01015 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney for the District of Columbia
United States Attorney's Office
601 D St NW, Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See the attached rider.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 5/16/2025

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Maria Velez |
| **Subject:** | RE: Summons and Complaint, Widakuswara v. Lake, No. 23-cv-1015 (RCL) |
| **Date:** | Saturday, May 24, 2025 1:28:15 PM |

Your service package has been received and accepted with a service date of May 19, 2025. Thank you.

**From:** Maria Velez <mvelez@ecbawm.com>
**Sent:** Monday, May 19, 2025 11:39 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Nick Bourland <NBourland@ecbawm.com>
**Subject:** [EXTERNAL] Summons and Complaint, Widakuswara v. Lake, No. 23-cv-1015 (RCL)

Good morning,

Please find a summons and complaint attached from *Widakuswara v. Lake*, No. 23-cv-1015 (RCL). Please confirm receipt.

Best,

***We have moved. Please note our new address.***

Maria P. Puentes Velez | Legal Assistant
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
mvelez@ecbawm.com
T: 212-763-5000
F: 212-763-5001