NITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>                  Plaintiffs,<br><br>-against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>                  Defendants. | Case No. 1:25-cv-01015-RCL |

## DECLARATION OF NICK BOURLAND

**NICK BOURLAND** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am associated with the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, counsel for Plaintiffs in the above-captioned action. I am personally familiar with the facts set forth in this Declaration and, if called, could testify competently thereto.

2. Attached here as Exhibit A is a true and correct copy of the May 23-30, 2025 email exchange between counsel for the parties.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York on May 30, 2025.

_____
Nick Bourland