# EXHIBIT A

 Outlook

**RE: Noncompliance with PI in Widakuswara v. Lake, 25-1015**

**From** Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>
**Date** Fri 5/30/2025 6:31 AM
**To** Debbie Greenberger <dgreenberger@ecbawm.com>; David Seide <davids@whistleblower.org>; Nick Bourland <NBourland@ecbawm.com>; Georgina Yeomans <GYeomans@afscme.org>; Andrew G. Celli <acelli@ecbawm.com>
**Cc** VOA ALL PL counsel <voaallplcounsel@ecbawm.com>; Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>; Stout, Abigail (CIV) <Abigail.Stout@usdoj.gov>

Good Morning,

Defendants are in compliance with provision 3 of the court's preliminary injunction order. Since the entry of the court's preliminary injunction order, Voice of America has, through its employees, been programming, including: (1) posting daily news on its website and social media, including, but not limited to, YouTube, Facebook, X, WhatsApp, and Telegram; (2) producing on a daily basis, including creating daily broadcasting packages in four different languages as required by statute (i.e. Farsi, Mandarin, Pashto, and Dari); and (3) broadcasting via short wave and medium wave radio. Also, three new radio stations are carrying Voice of America's programming, including Radio Mehran in Jawzjan province, Radio Sada-E-Sar-E-Pul 88.5 in Sar E Pul province, and Radio Raihan in Takhar province.

Further, in terms of plaintiffs' claim that Voice of America has not produced or broadcast any radio content since March 15, the Agency's position is that the statute does not require Voice of America to broadcast radio; nonetheless, the Voice of America is broadcasting by radio, beginning May 27, 2025, as a part of its programming.

With respect to the Cohen Building, contrary to plaintiffs' assertions, Congress—under the last Administration and not under USAGM's leadership—made the decision to sell the building, and then, in March, General Services Administration notified USAGM that it would be terminating the Agency's occupancy. See, e.g., Pub. Law No. 118-272, Sec. 2312; https://www.bizjournals.com/washington/news/2025/01/10/wilbur-cohen-federal-building-gsa-voa-sale.html. Regardless, neither the statute nor the preliminary injunction order requires the Agency to occupy that particular building or use it as Voice of America's headquarters, and any plans with respect to the building will not interfere with Voice of America's ability to produce programming as required by the statute.

Sincerely,

**Stephanie R. Johnson**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Office Phone: (202) 252-7874
Work Cell Phone: ▮

Email: Stephanie.Johnson5@usdoj.gov

---

**From:** Debbie Greenberger <dgreenberger@ecbawm.com>
**Sent:** Friday, May 23, 2025 8:14 PM
**To:** Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>; David Seide <davids@whistleblower.org>; Nick Bourland <NBourland@ecbawm.com>; Georgina Yeomans <GYeomans@afscme.org>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** VOA ALL PL counsel <voaallplcounsel@ecbawm.com>; Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>; Stout, Abigail (CIV) <Abigail.Stout@usdoj.gov>
**Subject:** [EXTERNAL] Noncompliance with PI in Widakuswara v. Lake, 25-1015

Counsel:

We write to notify you regarding Defendants' noncompliance with part (3) of Judge Lamberth's April 22 preliminary injunction.

Part (3) of the injunction requires Defendants to "restore VOA programming such that USAGM fulfills its statutory mandate that VOA 'serve as a consistently reliable and authoritative source of news,' 22 U.S.C. § 6202(c)." Despite the injunction's entry over a month ago, it is our understanding that Voice of America has not produced or broadcast any radio content since March 15. The only original content VOA has produced is a limited number of articles written by a small skeleton crew for four news services.

Defendants are plainly not in compliance with part (3) of Judge Lamberth's injunction. Moreover, it appears Defendants do not intend to come into compliance with part (3) of the injunction, as they have proposed to sell the Cohen Building, VOA's headquarters, where nearly all VOA programming was produced prior to March 15, with no alternative plan in place to secure space and equipment necessary to produce VOA programming.

Please advise us of the steps you are taking to come into compliance. Absent swift action on Defendants' part, we will be seeking remedies from the district court.

Have a good weekend,
Debbie