UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-01015-RCL |
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00887-RCL |

**CONSENT MOTION FOR A BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTIONS FOR AN ORDER TO SHOW CAUSE**

Plaintiffs in the above-referenced actions hereby move for a briefing schedule with respect to Plaintiffs' respective motions for an order to show cause pending in each case. *See Widakuswara* Dkt. 112; *Abramowitz* Dkt. 37. Defendants consent to the briefing schedule sought in this motion.

With respect to the motion pending in the *Widakuswara* case, the *Widakuswara* Plaintiffs respectfully request that Defendants' opposition to Plaintiff motion be filed by **Friday, June 13, 2025**, and Plaintiffs' reply brief be filed by **Friday, June 20, 2025.**

Consistent with the Court's May 30, 2025 Order, *see Abramowitz* Dkt. 41, Defendants have already filed their opposition brief in the *Abramowitz* case. The *Abramowitz* Plaintiffs respectfully request that **Friday, June 20, 2025** be set as the deadline for their reply brief.

1

Scheduling the replies in the two cases for the same date will allow for streamlining consideration of the motions, as well as avoiding potentially duplicative briefing. We thank the Court for its consideration of this motion.

Dated: June 10, 2025                                              Respectfully submitted,

ZUCKERMAN SPAEDER LLP                              EMERY CELLI BRINCKERHOFF
                                                                          ABADY WARD & MAAZEL LLP

     /s/                                                                       /s/
William B. Schultz (D.C. Bar No. 218990)          Andrew G. Celli, Jr.*
Margaret M. Dotzel (D.C. Bar No. 425431)       Debra L. Greenberger*
Brian J. Beaton, Jr. (D.C. Bar No. 90020963)   Daniel M. Eisenberg (D.C. Bar # 90017823)
2100 L Street NW, Suite 400                             Nick Bourland*
Washington, DC 20037                                      One Rockefeller Plaza, 8th Floor
Tel: (202) 778-1800                                            New York, New York 10020
Fax: (202) 822-8136                                           (212) 763-5000
wschultz@zuckerman.com                              acelli@ecbawm.com
mdotzel@zuckerman.com                               dgreenberger@ecbawm.com
bbeaton@zuckerman.com                               deisenberg@ecbawm.com
                                                                          nbourland@ecbawm.com
*Counsel for the* Abramowitz *Plaintiffs*

                                                                          *Counsel for the* Widakuswara *Plaintiffs*

                                                                          **Pro hac vice* motion pending*