UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

Plaintiffs,

v.

KARI LAKE, Senior Advisor to the Acting CEO of U.S. Agency for Global Media, et al.,

Defendants.

Civil Action No. 25-1015 (RCL)

DECLARATION OF TERRY BALAZS

I, TERRY BALAZS, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I have been serving in the role of Director of the Office of Technology, Services, and Innovation at the U.S. Agency for Global Media (USAGM) since April 2018. Among my responsibilities is the oversight of agency facilities and real estate. I base this declaration on knowledge and information I have gained in the course of performing my official duties.

2. In that capacity, I have personal knowledge of and direct involvement in the current agency facilities portfolio.

3. Tiffany N. Simon, National Customer Planning Manager, Public Buildings Service, U.S. General Services Administration (GSA), informed USAGM by email on March 27, 2025, that GSA understands that the Wilbur J. Cohen Building, managed by GSA, is no longer needed by our agency. The email stated: "This email is notice that GSA is terminating your occupancy" (in the Wilbur J. Cohen Building). "Your agency will have a minimum of 120

days to vacate the space and our personnel are prepared to assist you in finding alternative space that meets your needs."

4. James Russell, Senior Planning Manager, Public Buildings Service, U.S. General Services Administration (GSA), informed the agency that he was the Planning Manager who will work with USAGM to gather high-level requirements to right size the agency's real estate portfolio and to begin the relocation process. In a June 10 meeting with Mr. Russell and GSA representatives, USAGM representatives informed GSA that our agency required occupancy of the Cohen Building beyond September 30, 2025, in order to continue meeting all statutorily mandated broadcasting requirements.  GSA representatives expressed their understanding of our broadcasting mission requirements and the complexity involved in relocating agency functions and the supporting technical infrastructure to another space and agreed to work with the agency as we take steps to vacate the Cohen Building.

5. Michael P. Peters, Commissioner of GSA, also discussed these issues in a June 11, 2025, letter to Ms. Kari Lake, USAGM Senior Advisor.  Commissioner Peters said that the Thomas R. Carver Water Resources Development Act of 2024 directed GSA to sell the Cohen Building as part of a broader initiative to dispose of underutilized real estate assets. He said that GSA is working closely with each tenant to assist in vacating the building.  He noted that USAGM and VOA have shared their intention to vacate Cohen and have inquired about the possibility of remaining beyond the end of the Fiscal Year on September 30, 2025, to gain timeline flexibility due to the repositioning of personal property and radio and television equipment.  Commissioner Peters said that GSA is flexible to collaborating with USAGM and VOA on an extension if necessary, including the possibility of a leaseback after any sale.  He

said that GSA remains dedicated to working with USAGM and VOA to support their efforts to vacate the building as efficiently and as soon as possible.

6. USAGM will continue to work with GSA on decreasing occupancy of the Cohen Building while simultaneously pursuing relocation of USAGM broadcasting mission activities to a suitable location. The agency is committed to working with GSA to ensure that it has adequate physical facilities to continue all statutorily mandated activities.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025
Washington, District Columbia

_____
TERRY BALAZS