UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA, <br><br>                 Plaintiffs, <br><br>  -against- <br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA, <br><br>                 Defendants. | Case No. 1:25-cv-01015-RCL |

## DECLARATION OF GEORGINA YEOMANS

I, Georgina Yeomans, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Associate General Counsel at the American Federation of State, County, and Municipal Employees, AFL-CIO. I am personally familiar with the facts set forth in this Declaration and, if called, could testify competently thereto.

2. Attached to this declaration are documents all obtained by way of public records.

1

3. Exhibit A is a true and correct copy of a letter and its enclosure that Kari Lake sent to Congress on June 3, 2025, as reported by the Washington Post and obtained from https://www.washingtonpost.com/documents/eb4f89e2-d74e-4fdc-af05-4bc96d190cfb.pdf?itid=lk_inline_manual_7.

4. Exhibit B is the 2025 Budget Justification USAGM submitted to Congress, obtained from https://www.usagm.gov/wp-content/uploads/2024/03/USAGMBudget_FY25_CBJ_03-08-24-1.pdf.

5. Exhibit C is the 2022 USAGM Annual Report to Congress, obtained from https://www.usagm.gov/wp-content/uploads/2023/04/USAGM_AR2022_04-12-23.pdf.

6. Exhibit D is the 2024 Budget Justification USAGM submitted to Congress, obtained from https://www.usagm.gov/wp-content/uploads/2023/03/FY2024_CBJ_Final_3-14-23.pdf.

7. Exhibit E is a letter members of Congress sent to Defendants Kari Lake and Victor Morales on March 27, 2025, obtained from https://www.schatz.senate.gov/imo/media/doc/sfops_dems_to_usagm.pdf.

8. Exhibit F is the 2020 USAGM Annual Report to Congress, obtained from https://www.usagm.gov/wp-content/uploads/2022/09/USAGM-AR2020-FINAL-lowres.pdf.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Washington, D.C. on June 19, 2025.

Georgina Yeomans