# Exhibit D



U.S. AGENCY FOR
GLOBAL MEDIA




# FY 2024 CONGRESSIONAL BUDGET JUSTIFICATION












(page left intentionally blank)

# Table of Contents

Executive Summary ........................................................................................ 1

Summary Charts ........................................................................................... 4

Legislative Proposals ................................................................................... 7

Voice of America (VOA) ............................................................................ 11

Office of Cuba Broadcasting (OCB) ........................................................ 31

International Broadcasting Bureau (IBB) ................................................ 39

Technology, Services, and Innovation (TSI) ............................................ 49

Radio Free Europe/Radio Liberty (RFE/RL) ......................................... 63

Radio Free Asia (RFA) ............................................................................... 75

Middle East Broadcasting Networks, Inc. (MBN) ................................. 91

Open Technology Fund (OTF) ................................................................. 105

Broadcasting Capital Improvements (BCI) ............................................ 115

Performance Budget Information ............................................................. 119

Appendix A: Budget Charts ....................................................................... 177

Appendix B: Broadcast Hours .................................................................. 193

Appendix C: Broadcast Metrics ................................................................ 199

Appendix D: Evidence and Evaluation ................................................... 219

Appendix E: Good Accounting Obligation in Government Act ........... 223

Appendix F: Administration Cybersecurity Priorities .......................... 227

Appendix G: 21st Century Integrated Digital Experience Act ............. 229

Cover images from USAGM coverage, clockwise from top left: RFA Korean on set; VOA's Africa 54; Alhurra reporter covers U.S. mid-term elections; RFE/RL Ukrainian reporter; OCB reporter.

(page left intentionally blank)

# Executive Summary

America's response to the rising deluge of global disinformation emanating from foreign authoritarian governments must be bold if the existence of objective truth is to survive in many media markets worldwide. This budget request outlines the United States Agency for Global Media (USAGM) priority investments needed to tackle many of these challenges head-on through USAGM's two federal networks—the Voice of America (VOA) and the Office of Cuba Broadcasting (OCB)—and four non-federal entities—Radio Free Europe/Radio Liberty (RFE/RL), Radio Free Asia (RFA), the Middle East Broadcasting Networks (MBN), and the Open Technology Fund (OTF).

USAGM is committed to combatting the malign influence of People's Republic of China (PRC), Russia, Iran, other authoritarian regimes, and non-state actors like extremist groups, who strive to undermine American values and  incite political, economic, and humanitarian crises around the world. USAGM media operations play a critical role in this effort, both in directly targeting programming in the languages of these adversaries and in leveraging the Agency's global reach to push back on false narratives about American policies and values that these adversaries are spreading in other key markets, such as Sub-Saharan Africa and Latin America.

USAGM's greatest strengths lie in the dedication, credibility, and expertise of its diverse journalists and technical experts, as well as its global reach, delivering fact-based, professional journalism to a weekly audience of 410 million people in 63 different languages, an increase of 19 percent over the past four years. USAGM journalism gives voice to issues affecting under-represented and under-served communities worldwide, including refugees and displaced people, women, youth, and marginalized populations of all kinds. Audiences see the examples of openness and candor in exercising press freedom in a democratic society as proof of USAGM's credibility.

## USAGM Audience Reach



AUDIENCE GROWTH 2018–2022

410

- Unduplicated Weekly Audience
- Target



MEASURED WEEKLY AUDIENCE
PERCENT GROWTH 2018–2022

VOA
326M ↑18%

RFE/RL
40.6M ↑20%

RFA
58.3M ↑15%

MBN
27.4M ↑11%

OCB
(NA)   No new survey
since 2017

WEEKLY UNDUPLICATED AUDIENCE
*Adults who listen/view/use programming at least
once a week, based on FY 2018–2022 survey data*

| In millions | |
| --- | --- |
| China | 65.4 |
| Indonesia | 39.1 |
| Nigeria | 37.4 |
| Mexico | 36.1 |
| India | 29.4 |
| Iraq | 13.3 |
| Iran | 12.2 |
| Peru | 11.9 |
| Russia | 11.7 |
| Burma | 10.9 |

USAGM not only has audience reach, but also credibility, which has been built through years of objective, fact-based reporting. The value of that reporting has never been more evident than in the last year, when USAGM's networks have reported on Russia's war in Ukraine for large and growing audiences in the region and the world, breaking important stories with on-the-ground coverage, and explaining the meaning of the conflict for audiences in every region. As PRC spreads misinformation on global events from the COVID-19 pandemic, to the crackdown in Hong Kong, to the status of Taiwan, USAGM networks have provided the facts and the context that audiences need to understand the truth, in dozens of languages all over the world. USAGM has also quickly pivoted resources to cover emerging political, economic, and humanitarian crises, including the war in Ukraine, the recent protests in Cuba and Iran, and the earthquakes in Turkey and Syria.

There is a global information war going on right now, authoritarian regimes like Russia and PRC are making massive investments in many media markets including Indonesia, Pakistan, Africa, and Latin American in order to expand their spheres of influence. The governments of PRC and Russia are vastly outspending any other public service broadcasters and are expanding their state-sponsored propaganda all around the world. USAGM has an opportunity to catch up to the investments Russia and PRC are making, it is not too late to secure the competitive advantage. With over four thousand media partners around the world, USAGM is well-positioned to counter this authoritarian influence offensive.

With a global, long-term vision, and in response to growing threats to the freedom of information, USAGM is requesting a total of $944.0 million for Fiscal Year (FY) 2024, which represents an increase of $59.3 million or 6.7 percent above the FY 2023 Enacted level. Per Office of Management and Budget guidance, this request fully funds the 5.2 percent federal pay increase in calendar year 2024.

This funding level supports investments that are critical to modernizing USAGM operations and remaining competitive in markets that are awash in misinformation, disinformation, and propaganda emanating from foreign authoritarian governments. Resources will support markets impacted by ongoing conflict and repression, and will also allow the Agency to enhance content in markets increasingly targeted by PRC's and Russia's influence by extending and deepening coverage in key regions, including Sub-Saharan Africa, Latin America, and the broader Pacific.

U.S. AGENCY FOR GLOBAL MEDIA
## Summary of Appropriations
### FY 2022–FY 2024

*($ in thousands)*

| INTERNATIONAL BROADCASTING OPERATIONS<br>*Program, Project, and Activity* | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **FEDERAL ENTITIES** | | | |
| Voice of America | $ 258,196 | $ 267,476 | $ 286,705 |
| Office of Cuba Broadcasting | $ 13,259 | $ 12,973 | $ 15,016 |
| International Broadcasting Bureau | $ 55,363 | $ 55,508 | $ 61,291 |
| Office of Technology, Services, and Innovation | $ 176,291 | $ 182,851 | $ 188,869 |
| **TOTAL, FEDERAL ENTITIES** | **$ 503,109** | **$ 518,808** | **$ 551,881** |
| | | | |
| **NON-FEDERAL ENTITIES** | | | |
| Radio Free Europe/Radio Liberty | $ 145,730 | $ 146,602 | $ 155,358 |
| Radio Free Asia | $ 62,256 | $ 63,000 | $ 68,783 |
| Middle East Broadcasting Networks | $ 107,642 | $ 106,590 | $ 110,764 |
| Open Technology Fund | $ 27,000 | $ 40,000 | $ 47,514 |
| **TOTAL, NON-FEDERAL ENTITIES** | **$ 342,628** | **$ 356,192** | **$ 382,419** |
| | | | |
| **TOTAL, INTERNATIONAL BROADCASTING OPERATIONS** | **$ 845,737** | **$ 875,000** | **$ 934,300** |
| | | | |
| **BROADCASTING CAPITAL IMPROVEMENTS**<br>*Program, Project, and Activity* | | | |
| Broadcasting Capital Improvements | $ 8,412 | $ 9,700 | $ 9,700 |
| **TOTAL, BROADCASTING CAPITAL IMPROVEMENTS** | **$ 8,412** | **$ 9,700** | **$ 9,700** |
| | | | |
| **USAGM GRAND TOTAL – Appropriation/Request** | **$ 854,149** | **$ 884,700** | **$ 944,000** |

U.S. AGENCY FOR GLOBAL MEDIA
## Summary of Positions and FTEs
### FY 2022–FY 2024

| | FY 2022 ACTUALS | | FY 2023 ENACTED | | FY 2024 CBJ | |
|---|---|---|---|---|---|---|
| | ON-BOARD POSITIONS | FULL-TIME EQUIVALENT | FUNDED POSITIONS | FULL-TIME EQUIVALENT | FUNDED POSITIONS | FULL-TIME EQUIVALENT |
| **INTERNATIONAL BROADCASTING OPERATIONS** | | | | | | |
| **FEDERAL EMPLOYEES** | | | | | | |
| **Voice of America** | **934** | **932** | **988** | **985** | **991** | **989** |
| *American/Domestic Employees* | 917 | 918 | 971 | 971 | 974 | 974 |
| *Foreign Nationals DH/ Personnel Service Agreements* | 17 | 14 | 17 | 14 | 17 | 15 |
| **Office of Cuba Broadcasting** | **101** | **82** | **99** | **60** | **75** | **50** |
| *American/Domestic Employees* | 82 | 82 | 80 | 60 | 50 | 50 |
| *Foreign Nationals DH/ Personnel Service Agreements* | 19 | | 19 | | 25 | |
| **International Broadcasting Bureau** | **156** | **154** | **194** | **192** | **194** | **192** |
| *American/Domestic Employees* | 156 | 154 | 194 | 192 | 194 | 192 |
| **Office of Technology, Services, and Innovation** | **341** | **337** | **439** | **419** | **447** | **422** |
| *American/Domestic Employees* | 145 | 140 | 186 | 182 | 194 | 186 |
| *Foreign Nationals DH/ Personnel Service Agreements* | 196 | 197 | 253 | 237 | 253 | 237 |
| **SUBTOTAL, FEDERAL EMPLOYEES** | **1,532** | **1,505** | **1,720** | **1,656** | **1,707** | **1,653** |
| **NON-FEDERAL ENTITY EMPLOYEES** | | | | | | |
| **Radio Free Europe/Radio Liberty** | **856** | | **825** | | **825** | |
| *American/Domestic Employees* | 435 | | 385 | | 385 | |
| *Foreign Nationals DH/ Personnel Service Agreements* | 421 | | 440 | | 440 | |
| **Radio Free Asia** | **323** | | **323** | | **400** | |
| *American/Domestic Employees* | 287 | | 287 | | 353 | |
| *Foreign Nationals DH/ Personnel Service Agreements* | 36 | | 36 | | 47 | |
| **Middle East Broadcasting Networks** | **757** | | **916** | | **916** | |
| *American/Domestic Employees* | 465 | | 579 | | 579 | |
| *Foreign Nationals DH/ Personnel Service Agreements* | 292 | | 337 | | 337 | |
| **Open Technology Fund** | **25** | | **33** | | **40** | |
| *American/Domestic Employees* | 19 | | 24 | | 28 | |
| *Foreign Nationals DH/ Personnel Service Agreements* | 6 | | 9 | | 12 | |
| **SUBTOTAL, NON-FEDERAL ENTITY EMPLOYEES** | **1,961** | | **2,097** | | **2,181** | |
| **USAGM TOTALS** | **3,493** | **1,505** | **3,817** | **1,656** | **3,888** | **1,653** |

(page left intentionally blank)

# Legislative Proposal Requests

USAGM is requesting the following two legislative proposals. USAGM's proposed appropriations language is also included after the description of each legislative proposal.

- Surge Capacity Fund Transfer Authority
- Merging USAGM's Transmission Distribution Accounts

Each of these proposals will allow USAGM to achieve greater administrative efficiency in its operations. As the Agency confronts fast-evolving circumstances on the ground, such as those in Afghanistan, Ukraine, Iran, and Cuba, the Surge Capacity Fund Transfer Authority will allow USAGM greater flexibility to respond quickly or to reposition funds to assist with emergent needs.

## 1. Surge Capacity Fund Transfer Authority

The United States International Broadcasting Surge Capacity Fund, already authorized by current law (22 USC 6216), allows the President to provide financial and technical resources for up to six months to USAGM for carrying out international broadcasting activities in a geographical area during a crisis abroad. This provision would permit transfers of unobligated balances from expired USAGM accounts into the Surge Capacity Fund. As recent events in Afghanistan have illustrated, USAGM operates, by the nature of its mission, in highly uncertain locations and requires the financial flexibility to agilely address emerging requirements.

## 2. Merging USAGM's Transmission Distribution Accounts

USAGM proposes to merge the Agency's two global distribution funding authorities: 0206 (annual) for the Global Networks Division, and X0206 (no-year) for satellite transmission into a single, no-year account. USAGM's legacy content distribution system was developed over many years in response to emerging technologies. As new technologies emerged, the Agency sought authority and funding to utilize them. As a result, USAGM's global distribution budget is split between these two funding authorities. With a cap level of $20.708 million for

the satellite budget (X0206), USAGM leased large amounts of raw bandwidth on a handful of major satellites to get content from USAGM headquarters in Washington, D.C. to audiences and affiliates around the world. Meanwhile, with a cap level of $11.500 million global networks budget (0206) provided for expensive terrestrial distribution options to send content between headquarters and its uplink sites in the Czech Republic, Kuwait, and the Philippines.

Today, modernization and media industry standards for satellite distribution combine a stack of previously individual services into signal services platforms: from content creators' master control directly to the satellite. There is no longer a need for content creators like USAGM's networks to operate global fiber optic networks, teleports, and lease satellite space segments. Satellite Operators are providing global network solutions with increased reliability and lower costs. This enables the Agency to address new markets and expand its footprint without additional investment. USAGM's split distribution budget and authorities make it more challenging and more expensive to take advantage of these opportunities, as different services from the providers need to be authorized and budgeted separately.

By merging the Global Networks Division and Satellite Transmission budgets into a single no-year authorization, USAGM will have greater agility and be able to stand up and distribute new programming to intended audiences on their preferred platforms and channels more quickly. USAGM will also be able to realize further potential cost-saving opportunities, terminating or changing services quickly as its audiences' media habits continue to evolve.

## Proposed International Broadcasting Operations Appropriations Language

For necessary expenses to enable the United States Agency for Global Media (USAGM), as authorized, to carry out international communication activities, and to make and supervise grants for radio, Internet, and television broadcasting to the Middle East, *$934,300,000 of which $46,715,000 shall remain available until September 30, 2025:*

Provided, That in addition to amounts otherwise available for such purposes, up to *$79,722,000* of the amount appropriated under this heading may remain available until expended for satellite transmissions, *global network distribution,* and Internet freedom programs, of which not less than *$47,514,000* shall be for Internet freedom programs:

Provided further, That of the total amount appropriated under this heading, not to exceed $35,000 may be used for representation expenses, of which $10,000 may be used for such expenses within the United States as authorized, and not to exceed $30,000 may be used for representation expenses of Radio Free Europe/ Radio Liberty:

Provided further, That funds appropriated under this heading shall be allocated in accordance with the table included under this heading in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act):

Provided further, That notwithstanding the previous proviso, funds may be reprogrammed within and between amounts designated in such table, subject to the regular notification procedures of the Committees on Appropriations, except that no such reprogramming may reduce a designated amount by more than 5 percent:

Provided further, That funds appropriated under this heading shall be made available in accordance with the principles and standards set forth in section 303(a) and (b) of the United States International Broadcasting Act of 1994 (22 U.S.C. 6202) and section 305(b) of such Act (22 U.S.C 6204):

Provided further, That the USAGM Chief Executive Officer shall notify the Committees on Appropriations within 15 days of any determination by the USAGM that any of its broadcast entities, including its non-federal entity organizations, provides an open platform for international terrorists or those who support international terrorism, or is in violation of the principles and standards set forth in section 303(a) and (b) of such Act or the entity's journalistic code of ethics:

Provided further, That in addition to funds made available under this heading, and notwithstanding any other provision of law, up to $5,000,000 in receipts from advertising and revenue from business ventures, up to $500,000 in receipts from cooperating international organizations, and up to $1,000,000 in receipts from privatization efforts of the Voice of America and the International Broadcasting Bureau, shall remain available until expended for carrying out authorized purposes:

Provided further, That significant modifications to USAGM broadcast hours previously justified to Congress, including changes to transmission platforms (shortwave, medium wave, satellite, Internet, and television), for all USAGM language services shall be subject to the regular notification procedures of the Committees on Appropriations:

Provided further, That up to $5,000,000 from the USAGM Buying Power Maintenance account may be transferred to, and merged with, funds appropriated by this Act under the heading "International Broadcasting Operations", which shall remain available until expended:

Provided further, That such transfer authority is in addition to any transfer authority otherwise available under any other provision of law and shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations:

*Provided further, That the USAGM may transfer to, and merge with, funds in the "United States International Broadcasting Surge Capacity Fund", authorized in section 316 of the United States International Broadcasting Act of 1994 (22 United States C. 6216), for obligation or expenditure by the USAGM for surge capacity, any of the following: (1) unobligated balances of expired funds appropriated under the heading "International Broadcasting Operations" for fiscal year 2024 at no later than the end of the fifth fiscal year after the last fiscal year for which such funds are available for their stated purposes; and (2) funds made available for surge capacity under this heading.*

# Voice of America (VOA)

## Funding *($ in thousands)*

| FY2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $ 258,196 | $ 267,476 | $ 286,705 |

## Overview

VOA continues to demonstrate its unparalleled ability to deliver critical news to underserved audiences worldwide. VOA now broadcasts in 48 languages in nearly 100 countries, and its reach has continued to grow; the network now boasts a record-high global audience of more than 326 million people on a weekly basis. In regions bereft of free and fair reporting, VOA leverages its trusted brand to deliver urgently needed information.

VOA provides audiences in closed societies with consistently accurate and compelling journalism that opens minds and stimulates debate. VOA supports societies that are free, open, and democratic, because they enjoy greater stability and prosperity, live in peace with their neighbors, and reject terrorism and extremism.

Understanding and leveraging market opportunities, original storytelling, explanatory journalism in a mix of journalistic formats, and collaborative multimedia projects have contributed to the success of the VOA model. VOA content is produced so it can be consumed by whatever tools consumers use, including social media, websites, mobile streaming, audio and video podcasts, direct-to-home TV satellite, cable, Over the Top (OTT), shortwave and medium wave (AM) radio, and targeted FM streams. Much of VOA's growth has come through successful targeting of younger audiences, often in crowded and competitive markets, through innovative programming and diverse delivery platforms, and through opportunistically expanding to super-serve its target audiences when market conditions warrant.

This past fiscal year, VOA took a unified approach to programming, shifting resources to the most urgent stories and constantly seeking opportunities for collaboration between its regional divisions to highlight the interconnected nature of events with worldwide implications. That strategy enabled VOA to better cover emerging crises, to evade censorship and counter disinformation, to serve as a stronger champion of free press, and to provide increased representation and media access to historically marginalized groups.

VOA also continued its 80-year tradition of telling America's story to the world, featuring stories of culture and politics that were tailored to target audiences' interests. The real stories told through VOA's coverage of America countered the demonization propagated by authoritarian regimes. By providing critical and objective analysis of the United States, VOA offered a model for free press diametrically opposed to the self-aggrandizing propaganda pushed by state media in countries like Russia and PRC.

## FY 2022 Highlights and Accomplishments

### Telling America's Story

Audiences around the world have continued to show great interest in America's culture and domestic politics. Critically, VOA remains the broadcaster best equipped to explain United States foreign policy to the world from an American perspective, providing essential coverage of Congress, the White House, the Department of State, and the Pentagon. On a daily basis, VOA's coverage has featured interviews with lawmakers, key government officials, and experts, complemented by simultaneous translation of critical speeches. Across all platforms, VOA has provided audiences with direct understanding of the United States policies that have affected them the most.

Foreign state media routinely distort American life, and VOA rebuts their falsehoods directly. PRC falsely claimed that the United States destroyed COVID-19 vaccines in order to deny them to Mexico. Meanwhile, VOA has been accurately reported the struggles and successes of the United States as it has come to be the world's largest vaccine donor. Russia falsely claimed that the United States bulldozes its own culture like ISIS. On the contrary, VOA regularly features a weekly roundup of Native American news, including original reporting

ranging from the return of Wounded Knee artifacts, to the history of indigenous communities around Yellowstone National Park.

Coverage of significant political events, like the State of the Union, attracted attention in the countries whose governments are the most anti-American. VOA carried live simultaneous translation of both the President's speech as well as the Republican response by Iowa Governor Kim Reynolds, broadcasting in Spanish, Creole, Burmese, Mandarin, Korean, Farsi, Russian, and Ukrainian. Other VOA language services livestreamed coverage of the event across digital platforms from Azerbaijan to Zimbabwe. Going beyond translation, Language Services provided the local context and analysis that audiences demand—from a Persian analysis of Joint Comprehensive Plan of Action (JCPOA) talks to a Spanish interview with the President's Senior Advisor on Latin America. This tailored approach has attracted millions of views across broadcast and digital platforms.

This coverage has laid the groundwork for increasing amounts of live translation, as exemplified by the President's more recent remarks explaining his decision to provide Ukraine with tanks. VOA Ukrainian coverage was picked up by 15 television channels and more than 20 Ukrainian news sites. A Russian livestream of the speech garnered more than half a million views in under a week.

Examples of regular coverage includes a new youth-focused weekly show from VOA's Latin America entitled *Panorama*. The digital program targets Spanish-speaking millennials, with topics and a format specifically designed with younger audiences in mind. Topics have ranged from the significance and history of the Memorial Day holiday to the interests of young Republicans and Democrats around election time.

VOA has also told the stories of refugees who have fled authoritarian regimes and found a new home in America. VOA Afghan launched *Afghan Families Begin a New Chapter*, a webpage featuring the stories of Afghan evacuees who have relocated to America, and the challenges they face in their new lives. VOA Korean produced the documentary *Three Days in a Lifetime*, depicting the anguish and determination of Korean-American families fighting to reunite with loved ones who remain in North Korea. The story tracks grassroots activism that leads to the introduction of bipartisan legislation in Congress, exposing Korean audiences to how American political process functions. In a year when authoritarian regimes acted with increasing aggression and impunity, VOA reacted strategically to

continue providing essential coverage to audiences in urgent need of objective news. When autocrats and extremist groups have challenged democratic principles throughout the current events in Russia, Ukraine, PRC, Iran, and Afghanistan, VOA has always responded.

**Countering Anti-Democratic Regimes in Strategic Markets**

VOA's coverage also showed the common tactics and technologies employed by repressive governments around the world—and even exposed cases of direct collaboration. In one instance, VOA Bambara confirmed that Malian soldiers and Russian paramilitaries committed human rights abuses against civilians in Mali in September 2022. Malian soldiers and Russian paramilitaries assaulted women of the small town of Nia-Ouro. The radio segment included interviews with eyewitnesses and community leaders who had direct knowledge of the abuses. Villagers reported that Russian soldiers and Malian troops had seized their village, stolen their livestock and belongings, and arrested several men.

VOA Africa Division was on the scene of the coup in Sudan on September 29, 2021. English-to-Africa Khartoum stringer Michael Atit delivered real-time reporting on the arrest of transitional leaders and demonstrations against the takeover. "I'm speaking from Khartoum south, where thousands of young people, men and women, are currently on the streets, are gathering in every junction, and some of them are moving towards the town," he reported. Regional reaction, comments from the White House and the United Nations, and a denunciation of the coup by the United States ambassador to Sudan led multimedia reporting of the coup and its aftermath across languages. This comprehensive coverage documented the power of the people as they strive to create democratic changes in their society.

In Nicaragua, VOA Spanish tracked President Daniel Ortega's ruthless efforts to remain in power, subverting democratic processes with the arrest of several competing presidential candidates and denying accreditation to journalists attempting to cover the election. The VOA team followed the Ortega government's attacks on the Catholic Church[1], which intensified to the point of "creating a terror state," according to one priest. Correspondent Jorge Agobian

---

[1]   https://www.vozdeamerica.com/a/relacion-iglesia-catolica-gobierno-nicaragua-registra-peor-momento/6272056.html

filed an exclusive report about United States officials' planning to block imports from Nicaragua[2] because of Ortega's human rights violations, which would deal a serious blow[3] to the country's economy. The story was used by VOA's English-language news center[4] and widely shared by media partners across the Latin America region.

## Coverage in Key Strategic Markets

**Russia and Ukraine**

Russia's invasion of Ukraine in February 2022 has not only caused chaos and carnage within the country, it has also upended regional politics and had destructive second- and third-order impacts worldwide. The invasion was also accompanied by major disruption of media ecosystems, with Russian repression of press coverage in its borders, torrents of misinformation and disinformation, and major challenges to Ukrainian media infrastructure.

VOA's Ukrainian and Russian services responded with new initiatives and a surge in programming, primarily focusing on original content from the region, breaking news, in-depth analysis, and storytelling. That coverage was complemented by official and expert perspectives from the United States. VOA Ukrainian added five hours of weekly Ukrainian-language video and TV content and will further expand and enhance programming on the Agency's new 24/7 satellite channel for Ukraine which was launched in March 2022. VOA Ukrainian is a critical news source for media outlets—in a 12 month span, the service's content was quoted or used more than 4,100 times, including more than 220,140 instances of other Ukrainian outlets using live VOA broadcasts with simultaneous translation.

More broadly, audiences around the world turned to VOA to follow the ongoing crisis in Ukraine and to better understand how the events relate to their own lives. In the year since Russia invaded Ukraine, VOA's coverage of the war

---

2    https://www.vozdeamerica.com/a/eeuu-considera-frenar-exportaciones-de-nicaragua-para-presionar-a-ortega/6723033.html?nocache=1

3    https://www.voanews.com/a/us-considers-stopping-nicaraguan-imports-over-governance-concerns/6723701.html

4    https://www.voanews.com/a/us-considers-stopping-nicaraguan-imports-over-governance-concerns/6723701.html

attracted more than 2.4 billion video views on social media and 144.4 million engagement actions across social media platforms, as well as nearly 83.5 million visits to VOA websites. It is a testament to VOA's global reach that most of this traffic came from countries outside the region, including tens of millions of video views from countries as diverse as Afghanistan, PRC, Indonesia, Myanmar, and Vietnam. No other media outlet can so effectively leverage local and regional reporting to gain traction with audiences worldwide.

VOA's swift and impactful response to Russia's invasion was enabled by the timely establishment of an Eastern Europe bureau in early FY 2022, headed by veteran journalist Myroslava Gongadze. In addition to high-level interviews and on-the-ground reporting, the bureau helps produce a daily, comprehensive English-language podcast, Flashpoint Ukraine, anchored from Washington and available to media partners for streaming and radio broadcast. The News Center's fact-checking *Polygraph* website pivoted to focus on debunking a stream of disinformation about the war emanating from Moscow.

In reporting on the invasion of Ukraine, VOA has also leveraged its unique competitive advantage—pairing American perspectives with fluency in local languages, cultures, and politics. Through media partner distribution, VOA has established itself as a de facto "United States Bureau" for the entire national television market in Ukraine.

Stories showcasing United States support for Ukrainian and Russian refugees also resonated with audiences, garnering more than 4.5 million views and tens of thousands of interactions on digital platforms. These included stories about an American family hosting a Ukrainian refugee with disabilities, a couple of young Russian attorneys who fled Moscow for New York City after voicing their opposition to the war in Ukraine, a group of Ukrainian soldiers who lost their limbs but received prosthetics in Maryland, a Ukrainian soldier who received reconstructive surgery in St. Louis, volunteers helping Ukrainians cross the United States-Mexican border, a Ukrainian medic who testified in front of the United States Helsinki Commission about her imprisonment by Russian forces in Mariupol, and an exclusive interview with two Ukrainian pilots visiting the United States directly from the frontline of the war.

VOA Russian's story of Tamara Borisenko, a Russian woman who escaped from Bucha and sought refuge in California with her son, went viral on digital platforms and attracted over 5.8 million views.

**PRC and its Global Influence**

VOA's coverage provided a global lens on PRC's expanding role in the world, shedding light on disinformation and soft power campaigns, exploitative and corrupt investments, and the degradation of natural environments worldwide. Reporting and analysis ranged from economic efforts like the infrastructure development agreements promulgated through PRC's Belt and Road Initiative, to cultural influence programs like those conducted through Confucius Institutes to the exercise of raw power in PRC's persecution of Uyghurs around the world. When PRC signed a new security pact with the Solomon Islands, VOA was the first foreign media organization to visit Honiara and provide a series of in-depth reports from the frontlines of this new geopolitical fault line in the Pacific.

The VOA News Center continued its "China Abroad" initiative, illuminating PRC's aggressive social and economic activities around the world. The News Center teamed with VOA language services and reporters to produce more than 240 web articles, television packages, and radio pieces from five continents, looking at the many forms of PRC's influence. Several of these examined how PRC's lending to finance its "Belt and Road Initiative" is leaving countries in Africa, Asia, and Latin America with unsustainable debt and beholden to PRC.

VOA also illustrated how PRC's influence manifests at the local level. For example, VOA Mandarin and VOA News Center collaborated on stories on the impact on daily life of the abrupt lifting of COVID-19 pandemic restrictions, reaching deep into rural China.

VOA has told the stories of the many disillusioned Chinese citizens who are planning to leave PRC, or who have already left. VOA Mandarin spent six months interviewing those who have sought refuge in the United States and elsewhere. The videos of the service's Run Project generated nearly 4 million views and 586,000 engagement actions on Twitter alone. VOA will soon release an English version of a selection of these compelling stories.

VOA's China coverage has done more than resonate with target audiences—it has also captured the attention of government elites. PRC's Foreign Ministry and state media, for instance, watched VOA Mandarin's coverage closely and frequently noted VOA reports in critical statements. The Global Times, the Chinese Communist Party's most influential media outlet on international affairs, frequently reacts to VOA content, quoting it more than 30 times throughout FY 2022.

VOA has also shown PRC's increasingly aggressive influence around the world. The Africa Division in particular has shown incursions into Rwandan mining operations, lithium extraction in East Africa, and a Chinese firm's violation of labor and human rights laws in Zimbabwe.

**Iran**

VOA Persian grew dramatically in FY 2022, showing how the ruling regime both suppresses rights domestically and violates international standards in its dealings outside the country. Amidst widespread censorship and firewalls implemented by the regime, audiences clamoring for objective news in Iran have turned to VOA in increasing numbers. Earlier coverage ranging from the first-ever Iran Atrocities Tribunal to live coverage of Iranian women's sports attracted millions of views and established VOA Persian as an authoritative alternative to regime propaganda.

In September 2022, anger following the death of Mahsa Amini while in the custody of Iran's "morality police" fueled anti-government protests that continue to challenge the regime's authority, legitimacy, and control. VOA Persian dedicated prime-time programming blocks to coverage of protests, launched special morning and live after-hours newscasts, and analytical shows. A total of over 190 extra broadcast hours were added to the regular broadcast grid to facilitate daily coverage of the protests inside Iran and reporting on the ongoing international campaign of solidarity with the Iranian protesters in over 60 cities around the world. During the same period, VOA Persian's website traffic has shown a 35.7 percent increase, with website article views increasing 81.0 percent and website video views increasing 135.6 percent.

Amid Iranian authorities' crackdown on media organizations and journalists, user-generated content—primarily short, verified eyewitness videos sent to VOA from smartphones—became one of the most effective means of penetrating the media blockade. VOA Persian distributed over 1,500 eyewitness videos from inside Iran. On Instagram alone, several of these videos garnered close to two million views each.

VOA's profound impact has been recognized by both audience members and the ruling regime. The office of Iran's supreme leader, Ali Khamenei, released a poster including the claim that "security is the foundation of all aspects of the life of a society," depicting VOA as a blade penetrating the circle of the Islamic Republic's message.

**Afghanistan under Taliban Rule**

VOA Afghan continues to find ways to reach the Afghan audience despite Taliban efforts to curb or cut access. Since its implementation, VOA's circumvention campaign has proven successful, allowing millions of people to watch video reports and engage on the Dari and Pashto web and social media platforms despite restrictions. As a result, VOA Digital estimates some 1.7 billion video views on VOA Afghan platforms since September 2021. The Afghan service is making every effort to grow an audience for its 24/7 satellite channel, by adding new programs every month and sharing its popular shows on the well-known streaming platform, Faza. Near the end of FY 2022, USAGM moved VOA's 24-hour Dari and Pashto radio stream to medium wave towers in regions not under Taliban control after the Taliban removed VOA programming from radio transmitters operated by Radio Television Afghanistan (RTA). VOA Deewa's radio stream was also moved to an alternative transmitter.

In September 2022, the service had wall-to-wall coverage of the one-year anniversary of the Taliban's takeover, focusing on the issues most important to those living under Taliban rule. These topics included human rights, women's rights, youth, and minorities within the country, Afghan refugees, social and political groups, freedom of expression, and more. During the past year, VOA has become a platform for diverse voices, including a voice for media freedom, even as the Taliban has imposed strict restrictions on freedom of expression.

## Fighting Malign Foreign Influence

Recent years have seen autocrats pairing censorship with floods of misinformation and disinformation to muddy information ecosystems and enflame internecine divisions. Addressing PRC and Russia's respective global disinformation and misinformation campaigns was a top priority for VOA's services throughout FY 2022.

VOA Mandarin *Polygraph's* Jiehuang Pingdao provided direct rebuttals to PRC's disinformation by tracking Chinese officials' false claims and exposing the rampant distortion of facts in Chinese state media. Over the past year, VOA Mandarin's *Polygraph* has refuted false Chinese claims related to the Ukraine war, United States-PRC relations, Western and Chinese vaccines' efficacy, COVID-19 pandemic origins, the human rights situations in Xinjiang, Hong Kong and Tibet, PRC's behavior in the South China Sea, and more. Throughout Russia's war in Ukraine, *Polygraph* has published approximately 260 in-depth fact checks. *Polygraph* fact checks frequently rank among the most-read content on VOA's English web sites, and digestible video versions posted to YouTube expand their reach.

As Russia's devastating invasion of Ukraine continues, Russia has launched a parallel all-out campaign to shape perceptions of the war. VOA's Eurasia Division services responded by expanding their cross-platform programming aimed at countering Russian disinformation and the Kremlin's false narratives. For instance, VOA Russian and VOA Ukrainian coverage of the sinking of Moskva, the flagship of Russia's Black Sea fleet, directly countered the Kremlin's campaign to suppress negative news about the major naval loss for Russia, with VOA Russian's report being viewed more than 1.3 million times just on Facebook in a single day.

VOA Ukrainian challenged Russia's narratives by highlighting atrocities in its war coverage. As an illustration, VOA Ukrainian's exclusive footage from the recently freed village of Knyazivka in the Kherson region was viewed 1.5 million times, a documentary from Irpin in the Kyiv region garnered 745,000 views, and a story about the liberation of the town of Balakliya in the Kharkiv region, which was produced by a VOA stringer who was one of the first journalists on the scene, received over a million views across VOA Ukrainian's digital platforms.

VOA's successful countering of disinformation and misinformation extended beyond Russia and PRC.

Iran has misled the public regarding Russia's invasion of Ukraine, blaming the war on "NATO provocations." The government has likewise obfuscated about its own role in supporting the Kremlin both politically and materially, disseminating lies through government-controlled Iranian media outlets. VOA has challenged those narratives, for example, in late 2022, VOA Persian aired the special one-hour investigative report entitled *Putin and Khamenei's War in Ukraine*. The program exposed the Islamic Republic government's false claims that Iran was not supplying to Russia with Iranian-made military drones, which are being deployed in Ukraine by the Russian army to attack civilian targets—including residential buildings, power grids, and energy facilities. On Instagram, YouTube and Facebook, the show that was broadcast live in primetime has garnered over 250,000 views.

In Latin America, VOA Spanish partnered with local media in a vigorous fact-checking website, *Verificado*, to refute anti-American allegations put forth by Venezuela and other hostile governments.

In South and Central Asia, VOA Deewa held "street theaters" providing information on polio vaccination, countering misinformation in a region marked by strong anti-vaccination sentiments. Deewa produced a series of video public service announcements featuring top artists and influencers, airing them on local TV to reinforce vaccine awareness. The service also arranged trainings in Islamabad for local journalists to enhance awareness of polio and vaccination campaigns. Community leaders, UNICEF representatives, and Pakistani health officials commended Deewa's street theater and anti-polio campaign.

**VOA as the Voice of the Underrepresented and Disempowered**

VOA's mission involves covering traditionally disenfranchised groups, as well as increasing their representation across radio, television, and digital platforms. VOA continues to move beyond seeing women's representation as a consideration limited to dedicated shows or special segments; the critical goal is to integrate these concerns throughout global coverage. VOA has paid increased attention to the experiences and voices of refugees and internally displaced persons, maintains its priority to reach underserved audiences in their vernacular languages.

**Telling Women's Stories**

In FY 2022 and beyond, VOA Persian Division has delivered programming that implicitly and explicitly challenges the Iranian regime's marginalization of women and repression of its democratic opposition. Those themes run through the daily coverage of the "Woman! Life! Freedom!" protests in Iran and are reflected in the solidarity campaigns that have surged worldwide. A 12 second video showed a young Iranian woman defying morality police, walking in protest without a hijab, wearing a miniskirt and making a victory sign in Tehran traffic received 1.5 million views on Instagram alone; a video of young German women and men publicly cutting their hair in a show of solidarity has garnered more than 1.3 million views.

Other divisions and services were at the forefront of this story as well, tailoring stories to their respective target audiences. For example, VOA Azerbaijani has focused on the stories of women in the Azerbaijani-populated areas of Iran, with deep coverage of Azeri women who have been arrested or killed during the anti-government protests.

In South and Central Asia, VOA Deewa's coverage of a local Islamist leader who was threatening women's sports in the region prompted governmental action, with local authorities in northwestern Pakistan registering a case against the leader. The story was also redistributed widely by Pakistani media the day after VOA Deewa's reporting.

**Refugees' Stories**

VOA continues its efforts to not only tell refugees' stories, but also to ensure that the world's more than 100 million forcibly displaced persons can access its content. Beyond the daily news coverage on displacement found on its websites, VOA leverages documentaries as a key medium for sharing refugee stories worldwide. The FY 2022 documentary *Terror in Tigray*, for example, innovatively combines original animation with on-the-ground news video to paint an intimate portrait of the struggles that Ethiopians experience as they settle into camp life in Sudan. Another documentary airing on VOA broadcasts, *Wings of Hope*, follows a young Ukrainian woman on her quest for a better life in Italy. "

**Award-Winning Content**

VOA journalists were honored by several national awards in FY 2022. VOA Horn of Africa received a Gracie Award for *Breast Cancer Awareness: The Story of Mahlet Girma* [5]. VOA documentaries, including *Shelter on the Line* [6], *Terror in Tigray* [7], and *VOA Life Unpacked: Life as a Refugee* [8], won six awards at the New York Festivals for TV and Film. VOA Spanish won a first place CMA Gabriel Award for *Climate Change: Impact on Regional Survival* [9] and VOA took the top spot in three categories at this year's Clarion Awards.

## FY 2023 and FY 2024 Initiatives

In FY 2024, VOA will further hone its ability to shift attention and resources to the stories that have the most dramatic impacts regionally and the most significant implications globally. Some of the target markets are predictable—PRC's actions will continue to play an outsized role in world events, for example. Other markets, however, will be driven by the unpredictable events that can realign priorities in an instant—an unforeseen natural disaster, a collapsed market, a political assassination, or the sudden emergence of a major democratic movement. Maintaining a global presence and investing in operational flexibility are two necessary components for preserving and further improving VOA's ability to pivot and explain the most important events of the day.

In FY 2024, VOA will maintain its focus on the threats that both PRC and Russia pose to individual liberties, democracy, and an accurate and balanced press. PRC and Russia have increased influence through a combination of deceit, intimidation, and misinformation. VOA will provide balanced and critical coverage of these two countries to their own citizens, and to the other countries around the world experiencing increasing contact with Chinese and Russian media, business, and state power. With its worldwide focus, VOA has an unmatched ability to produce global impact through its expanded coverage of the malign activities of authoritarian regimes.

5   https://amharic.voanews.com/a/mahlet-girma-breast-cancer-awareness-month-voa-Amharic-/6413670.html

6   https://www.youtube.com/watch?v=elV1W_s6QAM

7   https://www.youtube.com/watch?v=HguY8yFAqxw

8   https://www.voanews.com/a/episode_voa-unpacked-life-refugee-4758136/6117810.html

9   https://www.vozdeamerica.com/a/especial-radio-impacto-cambio-clim%C3%A1tico-en-la-sobrevivencia-regional/6358923.html

In FY 2024, VOA will continue a multi-year effort that will be proportional in scope, complexity, and resources to the mounting challenges that face democracy and freedom around the world. This effort will focus its initiatives around two major themes: countering disinformation and pushing back on aggression. In addition, VOA is leveraging Ukrainian supplemental appropriation funds to enhance efforts to provide unbiased reporting and to counter disinformation amidst Russia's war in Ukraine.

Finally, in FY 2024 VOA will continue to invest in telling America's story, maintaining deep political coverage while expanding cultural programming that shows the reality of American society and the global significance of American art.

**Countering Disinformation**

From the moment of VOA's inception and through its 81-year history, the network has contended with censorship and state propaganda. The twin threats of misinformation and disinformation in recent years, however, have been catalyzed by digital distribution and pose a real threat to VOA's mission to find receptive audiences for fair and balanced journalism. Simply providing accurate information is no longer sufficient to cut through the distrust and discontent sown by states seeking to stifle dissent.

Beginning in FY 2023, VOA will undertake a systematic, data-driven effort to counter disinformation, centered on investments in the VOA News Center. The initiative will concentrate on exposing and dissecting Russia's and PRC's presence in developing countries. VOA will endeavor to expose the true costs of Russian and Chinese activities in the developing world, showing the negative impacts on lives, livelihoods, and societies more broadly. This effort will consist of three linked initiatives.

First, VOA will hire investigative reporters, visual journalists, data analysts, and skilled editors for its News Center and will place freelance reporters in countries where Russia and PRC are active; the additional staff will generate stories that will be translated into all VOA languages for worldwide distribution.

Second, VOA will expand the successful *Polygraph* fact-checking unit to include the languages of the countries where Russia and PRC are operating, to expose the misinformation propagated by these two countries to local audiences in real time.

Third, VOA will create a series of long-form documentaries for television, podcast, radio, web, and social media, translated into each of VOA's 48 languages, focusing on Russia's and PRC's damaging activities and their human costs. The VOA documentary *Dragon Breath*, for example, will document PRC's rapacious environmental exploitation around the world and the dangers it poses to all countries and their ways of life. Filmmakers will travel to every continent, including Antarctica, to tell this important story. Another VOA documentary, *No Bargains*, will expose the tactics that Russia and PRC use to expand their influence in developing countries, and what happens once they gain footholds. Though their offers of development assistance are tempting, they are often exploitative deals with no exit, ultimately leading to the destruction of the livelihoods of many citizens.

**Supporting Communities under Threat**

The second focus area, supporting communities under threat, will use technology to reach audiences under likely or active threat from Russia or PRC. Like the efforts to counter disinformation, this program will consist of three different initiatives. First, it will produce additional content on USAGM's 24/7 direct-to-home TV channel for Ukraine, building on what VOA has begun in FY 2023. Second, VOA will reorient its TV products for PRC to focus on the PRC's threat to Southeast Asia and, most directly, to Taiwan. Responding to the constant and escalating threats to Taiwan from PRC, VOA will create new programing should PRC move to seize control of Taiwan and silence free media on the island, including the launch of a 24/7 direct-to-home TV channel for the region.

**Expanded Ukraine Coverage**

As part of USAGM's enhanced coverage of Ukraine, VOA identified four specific areas for investment.

The first initiative is Ukraine regional reporting, centers on the deployment of seasoned journalist Myroslava Gongadze to the region. Myroslava Gongadze, a broadly known and well-respected figure in the Ukrainian news market, will continue to coordinate a network of stringers in neighboring countries to produce timely, engaging, and insightful content that connects the ground-shaking events in Ukraine with VOA's global audience.

The second initiative, producing content for the new Ukrainian TV channel, provides for additional programming for VOA's 24/7 Ukrainian-language TV channel. The new channel continually requires content with high production quality, and establishing a full complement of programming demands additional daily shows, such as a morning TV news program and content from the Current Time network translated from Russian, to provide Ukrainian viewers with perspectives from within Russia and neighboring countries. The plan also provides for marketing, program support, and 24/7 web and social media coverage for the channel.

The third initiative will continue to devote additional resources for VOA's Washington coverage to enhance United States based reporting on the White House, State Department, Pentagon, and Congress, as well as the United Nations, European Union, and the institutions of other influential capitals. This allows VOA to file around-the-clock briefs and analysis for global audiences in markets worldwide, countering Russia's, PRC's, and other misinformation/disinformation.

The fourth initiative will expand VOA coverage of disinformation with centralized coordination, direction, and collaboration across its language services and sister networks. This plan, *Expanded Polygraph: Fighting Disinformation*, will provide for additional fact checkers, editors, and producers to enable the *Polygraph* team to aggressively counter Russia's propaganda around the world.

### Establishment of VOA Fulani Language Service

In FY 2024, VOA will invest $1.647 million to establish a full-fledged Fulani language service. Approximately 60 million individuals speak at least one dialect of Fulani across the Sahara region, the Sahel, and West Africa. This includes many semi-nomadic populations, primarily the Fula, or Fulani, people—one of the largest ethnic groups in the Sahel and West Africa. There are millions more in other ethnic groups who speak Fulani as a second language.

There are major shortcomings in the Fula-language media that are currently available, which frequently only translate content originally produced for other audiences. Furthermore, none of the outlets have audiences across all Fulani-speaking groups.

VOA will fill those gaps by providing original, Fula-focused content, paired with a broader view of the world and American perspectives.

Fulani-speaking groups lie at the intersection of many of VOA's focus areas—including issues tied to resource-related conflicts, environmental degradation and displacement, both ethnic and religious divisions, and malign influence efforts by Russia and PRC, both of which have a large and disruptive presence in the Fulani-speaking regions of West Africa. Critically, Fulani-speaking groups have been recruitment targets by both organized criminal groups and by Islamic extremists (including some linked to Boko Haram). VOA Fulani can potentially preempt and counter the appeal of extremism among the Fula youth across the region.

This investment will provide for the editorial and journalistic staff required, as well as covering the costs of travel, equipment, and overseas stringer reporting.

### Countering PRC's Malign Influence in Africa, Latin America, and the Pacific Islands

In FY 2024, VOA will make a targeted investment of $6.73 million to counter PRC's malign influence in the Pacific Islands, Africa, and Latin America. VOA will expand its high-impact investigative work around the world, showing the local effects of PRC's activities while weaving together a global narrative. The initiative will also incorporate expanded coverage of PRC's global influence from Taiwan. In March 2023, VOA is launching a new online platform presenting an international view of PRC's influence, with an interactive world map displaying the infrastructure projects and investments that PRC has made, as well as markers linking to related VOA stories.

This investment will build on prior VOA reporting that has shown how PRC's increasing economic, political, and military power has translated to malign influence well beyond the country's borders. In 2019, the expansive VOA multimedia project *The Dragon's Reach*[10] showed how PRC's $1 trillion "Belt and Road Initiative" paved the way for major PRC's presence in targeted countries. As infrastructure projects failed, high-interest investment loans have left countries like Djibouti [11] strapped with debt, even as it struggles with water scarcity, food

---

10   http://silkroadregained.com/voa/

11   https://www.voanews.com/a/china-s-belt-and-road-initiative-is-about-profit-not-development-study-finds/6252992.html

insecurity, and surging inflation. As VOA reporting [12] has shown, similar Chinese loans have been made across Latin America, tied to PRC-driven infrastructure projects and linked to countries' assets or natural resources.

VOA has also exposed more covert instances of pernicious PRC influence campaigns. As VOA's original reporting [13] has shown, PRC-affiliated Confucius Institutes have spread to 23 countries in Latin America and the Caribbean alone. Investigations have found that the institutes suppress academic freedoms and propagate PRC's foreign policy perspectives. VOA Zimbabwe has also connected PRC's donation of a $200 million parliamentary building to Zimbabwe [14] to the southern African nation's alignment with PRC's policies and messaging. When then-United States House Speaker Nancy Pelosi led a delegation to Taipei, representatives of Zimbabwe's ruling party seized the opportunity to aggressively praise the "One China" principle in the face of the "intrusive, imprudent and provocative visit." Those proclamations echoed the trend of Pacific Island nations downgrading ties with Taiwan in favor of stronger diplomatic relations with Beijing, including the Solomon Islands and Kiribati.

With its FY 2024 investment, VOA will commit $4.5 million to an investigative unit housed across VOA's Africa, Latin America, and East Asia and Pacific Divisions. Investigative journalists will produce reports and documentaries to be used across radio, television, and digital platforms, including social media. Engaging overseas stringers will provide direct access to local stories. A significantly increased on-the-ground presence in Taipei will both act as a reporting hub for coverage of PRC's activities and will enable stronger coverage of PRC's ongoing efforts to throttle Taiwanese independence. Having journalists close to ongoing events is a critical complement to VOA journalists based elsewhere in the region and Washington-based staff. China is too large and too complex to be covered remotely—journalists in close proximity will provide the nuance and information essential for presenting a complete picture to a global audience.

---

[12] https://www.vozdeamerica.com/a/prestamos-chinos-gobiernos-latinoamerica-/6517942.html

[13] https://www.voanews.com/a/china-s-educational-influence-expected-to-grow-in-latin-america-/6524956.html

[14] https://www.voazimbabwe.com/a/6688117.html

The material will be used by VOA language services as well as by affiliates, who have demonstrated interest in such content. The original reporting will focus on multiple aspects of PRC's efforts to expand its influence through infrastructure projects, military bases, loans, educational and cultural institutes, resource extraction, and information campaigns.

VOA will commit $1 million to funding a targeted fellowship program. VOA will sponsor a nine-month paid training program at its Washington headquarters, hosting six early-career journalists from Latin America, Africa, and the Pacific Islands. They will be chosen from major media outlets in the regions, in a project modeled on a successful fellowship program within VOA Indonesian. The structured training program will be designed to nurture the development of a free press in the fellows' countries. They will learn VOA standards and contribute content to VOA broadcasts under the direction of a coordinator. Exposing early-career journalists—future news executives—will ensure that they see through PRC's propaganda tactics aimed at media outlets.

VOA will dedicate $683,000 to increased reporting from the Pacific Islands to directly track PRC's ongoing influence campaign in the strategically significant region. VOA will deploy journalists to the region and employ locally based stringers, with particular attention paid to the Solomon Islands, Fiji, and Vanuatu—fragile countries that have found themselves targeted by PRC. Other journalists will focus on the Philippines, a critical anchor for the region.

Finally, VOA will commit $500,000 to market research exploring attitudes towards PRC and the United States in the targeted regions, both before the start of VOA's new endeavors and repeated on an annual basis.

(page left intentionally blank)

# Office of Cuba Broadcasting (OCB)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $      13,259 | $      12,973 | $      15,016 |

## Overview

OCB serves a crucial, dual role in its transmission to the island of Cuba. OCB promotes freedom and democracy by offering unbiased, objective news and information programming while functioning as a surrogate media alternative for the harsh communist state-run media endured by the people of Cuba. OCB also provides, through its multiple platforms, clear, concise and objective information that has served the Cuban people as an information lifeline and a protective shield from its government's onslaught of disinformation regarding the conditions on the island and the strategic, regional aims of Cuba's allies such as Russia and PRC.

The mass demonstrations in Cuba on July 11, 2021, marked an unprecedented phenomenon of social activism. For the first time under Cuba's dictatorship, citizens took to the streets to demand basic freedoms. In the summer of 2022, Cubans took to the streets yet again, this time denouncing the energy crisis. These "blackout" protests, as they were called, highlighted the inequities of the government's production and distribution of resources.

These social outcries gave way to another year marked by beatings, threats, imprisonments, show trials, increased censorship and a heightened disregard for the fundamental human rights of the Cuban people, further validating the critical mission that OCB serves and ever growing need to expand democratic principles to audiences on the island.

From its headquarters in Miami, Florida, OCB administers 24 hours per day Radio Martí, audiovisual streaming services, martinoticias.com, and multiple

social media platforms, to deliver a service of professional, accurate, and unbiased news and credible information to the people of Cuba through programs that focus on human rights, individual freedoms, and entrepreneurship.

Overcoming the ever-present obstacles of newsgathering inside Cuba, OCB is establishing a network of trained correspondents and diligently working in conjunction with independent and citizen journalists to compile and create original, contemporary and relevant content. OCB persistently assimilates program materials to most appropriate mediums to achieve the highest impact for the Cuban audience.

As Cubans are subjected to the constant onslaught of PRC's and Russia's disinformation and propaganda though official Cuban state-run news outlets, OCB has taken the lead in fighting these untruths with fact.

## FY 2022 Highlights and Accomplishments

**Reform and Modernization**

OCB's FY 2024 request reflects its steadfast efforts and commitment to curtail operating costs through a continuing concentration on efficiency while continuing to expand and improve productivity and content quality. Though having to rely on statutory transfer authorities to meet its FY 2022 and FY 2023 operating requirements, this FY 2024 baseline justification exemplifies OCB's efforts in achieving a maximum level of fiscal responsibility.

In January of 2022, OCB onboarded a new Standards and Best Practices Editor position to the editorial staff to assume responsibility for the journalistic veracity of all content created and distributed by OCB.  In addition, all OCB staff were briefed on mandatory agency guidelines and journalistic practices to enhance the reliability and authenticity of programming material.

OCB leadership, in coordination with the USAGM Office of the Chief Financial Officer (OCFO), was heavily engaged in reform activities to assess and redefine mission direction and support requirements into the future. Assessments were broad and addressed virtually every resource to include program formatting, organization, staffing and potential adjustments, delivery and transmission

mediums, workflow processes, building and support requirements, and other facets to ensure the most efficient and qualitative product is presented to all audiences.

**A Digital First Strategy**

According to data from the International Communications Union (an agency of the United Nations), there is estimated to be 8.75 million internet users in Cuba by 2025. That is over 75 percent of the population. Mobile internet users will grow to over six million users. Given this exponential rise, OCB needs to develop a robust digital driven audience-first strategy. This trend has been evidenced by the observed social media presence on OCB social media platforms.

> *"Since its foundation, Radio Martí has been a space of hope and freedom that has broken the information blockade and the intellectual indoctrination of the Cuban population."*
>
> **Oscar Elias Biscet**,
> 2022 David Burke Award. December 22, 2022

Recognizing that the media environment is ever evolving in Cuba, it is anticipated that enhancements to the digital media market will have a larger effect on younger audience markets and not impact the current radio listenership significantly. OCB will continue to perform audience assessments to ascertain market trends and adjust distribution platforms to provide the most efficient methodologies to meet the mission.

OCB has targeted the digitally connected population through multiple venues and has experienced substantial success in the circumvention of the Cuban regime's censorship.

OCB, in coordination with USAGM entities, will continue to implement strategic and data-driven decisions around OCB broadcasting hours, operations, and programming to best serve the organization's vital mission of providing quality, effective, and unbiased information and news to the Cuban people.

**In-Country Journalism**

OCB continues to refine and restructure its content and infrastructure guided by topical relevance and fiscal efficiency.  To this end, OCB took measures to:

- Expand availability to foreign journalist resources through international hiring venues for specific topical issues and articles pertinent to the OCB mission.

- Provide training and resources to in-country journalists to ensure that submitted content complies with OCB directives, formats, and standards and that journalists are provided the necessary tools and resources to fulfill objectives.

- Revise traditional methodologies related to the collection and directing of content from outside entities by enhanced engagement with sources and assuming all responsibility for the direction and production elements.

## FY 2022 Notable Accomplishments

In the wake of the unprecedented protests on July 11, 2021, followed by the Cuban government's oppressive response, Cuban civil society has continued to demand their personal freedoms including free expression. On November 15, 2021, OCB covered the wave of repression unleashed by the Cuban government in anticipation of a planned, non-violent march. OCB enhanced its coverage by tapping into more first-hand, on-the-ground accounts of the events. The non-violent march led to arrests, imprisonments, and forced exile of the organizers as well as some participants in the march. The information gathered through the in-country reports proved to be accurate, precise, and unbiased.

To mark the one-year anniversary of these demonstrations, OCB developed and produced a variety of multiplatform audiovisual features to include:

1. A distinctive landing page on the martinoticias.com website to illustrate the onset, escalations and sweeping progression of the July 11, 2021 protests. [15]

2. A three-part web series entitled *Puestos y Conectados*, providing vivid and unfiltered information on what led to the historic, nationwide

---

[15] https://www.radiotelevisionmarti.com/a/levantamiento-popular-en-cuba/299126.html

demonstrations in the summer of 2021 and delivering the Cuban audience with historical build up, reaction, and ramifications associated with the protests. [16]

3. A five-part web series entitled *Madres del 11 de Julio*, offering a unique and compelling look at the impact of the crackdown after the July 11, 2021 protests. The series included the testimony of mothers and family members of some minors that were arrested, sentenced, and jailed by the Cuban regime. [17]

4. *Patria y Vida (Anatomía de una Canción)*, a special episode within the continuing series *Subterraneo* (about the history of the underground Cuban hip hop movement and the censorship it has endured), was produced to highlight the impact of the Grammy award winning song, *Patria y Vida* — the battle cry and symbol of hope during the July 11, 2021 demonstrations. [18]

## FY 2023 and FY 2024 Initiatives

**Enhance and Intensify Digital Infrastructure**

To meet the rapidly changing media environment and associated technologies, OCB must enhance/realign its personnel complement with individuals that have the working knowledge and skills sets within the digital media production and delivery disciplines.  Meeting efficient production requirements in the newer technologies demand that personnel have broad skillsets that supersede the conventional "specialized" roles typically employed in the traditional production environment.  OCB shall embark on major organizational assessments, realignments, training, and workflow processes to enhance the internal infrastructure to meet and sustain a relevant presence and role in the digital marketplace.

Throughout FY 2023 and FY 2024, OCB will continue to work to ensure that its content production, workforce structure, and skillsets align with ongoing

---

16    https://www.radiotelevisionmarti.com/p/685.html

17    https://www.radiotelevisionmarti.com/p/603.html

18    https://www.radiotelevisionmarti.com/a/programa-subterraneo-anatom%C3%ADa-de-una-canci%C3%B3n/311765.html

reforms aimed at improving content quality, strengthening journalistic integrity, and effectively reaching Cuban audiences, including younger and more diverse audiences, through new media campaigns. OCB will continue its modernization efforts to enhance its digital presence online using the internet, Facebook, YouTube, Instagram, and Twitter platforms to increase its reach in Cuba. OCB will layer this digital content on top of vital streaming audio-visual and radio programming, which will be restructured to better meet audience demands.

Through enhanced analytics gleaned through a robust digital team, OCB will leverage OTF's expertise on breaking censorship barriers using circumvention technologies and alternative methods for content distribution to reach a larger audience more effectively in Cuba.

**Establish a Research Team**

To be effective in today's marketplace, it is imperative that news and content are relevant to the intended audience. OCB has long held a special niche in the Cuban society without substantial competition in the market, however, with the advent of the digital marketplace, transitions in culture with newer generations, substantial rise in marketplace competitors, and technological shifts to the delivery platforms, OCB must focus and revise to a competitive challenge.

Sustaining engagement, expanding audience, and increasing influence in the Cuban society can only be achieved with a continual and dedicated market research activity to assess and determine those issues and intrinsic audience needs.

OCB shall establish a dedicated Market Research Team to continually assess relevant topical content needs of the Cuban audience, assess the effectiveness of the various delivery systems employed by OCB, and coordinate with internal news gathering and production resources to sustain the highest effectiveness to the audience. Armed with detailed intelligence, OCB will more effectively explore alternative content strategies as an added tool to reach a wider audience.

OCB will continue to work with the USAGM Office of Policy and Research (OPR) to formulate a strategy that continually assesses the Cuban marketplace affording OCB important insight into audience trends and needs. These efforts will guide OCB's decision-making for programming to Cuban audiences in FY 2023 and FY 2024 and provide measurable impact.

**Combatting Disinformation to the Cuban People**

OCB will adopt a formal and aggressive approach to countering the increased disinformation emerging from PRC, Russia, Venezuela, and North Korea as it relates to Cuba. With the strengthening partnerships between these Governments, affecting both the Cuban economy and technology infrastructures, the propensity for the continued barrage of disinformation to the Cuban society is ever increasing.

OCB proposes establishing a new organizational element to focus on the rising PRC's and Russia's influence in Cuban society. Through the research and analysis performed by this element, OCB will be able to create appropriate content targeting the disinformation influx.

In addition, OCB, by authority of the Office of Foreign Assets Controls (OFAC), will increase the number of on-island contractors that will be able to provide new perspectives on topics such as the disinformation being disseminated by the Cuban government.

**New Delivery Technologies**

In FY 2022, OCB embarked on initial testing of new shortwave transmission methodologies to include "Radiogram," a technology that provides audio, text, and graphics delivery over the conventional radio medium, and a more enhanced "digital radio" platform (Digital Radio Mondiale, DRM) that delivers the mixed formats at significant cost-effectiveness. In FY 2023 and FY 2024, OCB will introduce and market these two technologies to the Cuban audiences. Both technologies will dovetail with OCB's program strategies and afford additional capabilities for censorship circumvention of the digitally connected market. As this newer technology has the potential for internet circumvention applications, OCB will coordinate this initiative with OTF resources.

(page left intentionally blank)

# International Broadcasting Bureau (IBB)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $        55,363 | $        55,508 | $        61,291 |

## Overview

IBB provides support services, including facilitating background investigations, workforce development, human resources, financial services, records management, travel services, non-federal entity management compliance, oversight of internet freedom programs, and leading the research and other data collection that drives Agency strategy and decision-making. Compliance with new laws and regulations, the Office of Inspector General findings, and other requirements continuously put upward pressure on IBB's costs, even as it develops ways to efficiently and effectively improve support for the journalists, technicians, data analysts, and other staff across the Agency.

## FY 2022 Accomplishments

Leading participation and agency-wide improvements to morale and engagement, including the quality, competence, and morale of the USAGM workforce is critical to mission achievement. As such, the Agency has made the development and motivation of its workforce a key component of its Strategic Plan for meeting future challenges. Consistently low Federal Employee Viewpoint Survey (FEVS) scores and, specifically, issues of employee morale and satisfaction, made apparent in the results of these surveys, are being addressed through comprehensive communications initiatives and integrated intra-agency communications platforms. In FY 2022, the Partnership for Public Service recognized USAGM as the most-improved mid-sized Government Agency in their 2021 Best Places to Work in the Federal Government Rankings, which are based on the most recent FEVS data.

**Research and Digital Analytics**

In FY 2022, OPR published the Agency's 2022 – 2026 Strategic Plan, "Truth over Disinformation: Supporting Freedom and Democracy." The plan leverages the Agency's existing strengths and unique capabilities, including its scale and diversity of languages, local and technical expertise, and public service mission, as well as prioritizing access to trusted, compelling, and impactful content, in order to create a robust response to censorship and disinformation. To ensure each language service understands and is prepared to implement the new Strategic Plan, OPR worked with all services during the annual Language Service Review process to write detailed annual strategies that tie to the Plan and the Agency's Impact Model, and led a series of regional discussions on strategic audiences and lessons-learned on impactful reporting. In March 2022 OPR acquired data that tracks Russian public opinion on multiple topics including: the war in Ukraine, current leadership, effect of economic sanctions on personal lives, emotional state, trust in news media, and interest in new media sources. The results from continued monthly opinion polling (ten waves of surveys so far) have been requested by multiple partners in the interagency, including the National Security Council, State Department, and NATO. The exchange of this Russian public opinion data for other vital information collected by other research partners helps the Agency stay abreast of rapidly changing media environments.

OPR also used the Program Review oversight process to assess USAGM networks' annual reviews of programming for compliance with Congressional mandates and CEO guidance on best practices. In FY 2022, network program reviews involved over eighty reviewers evaluating nearly 400 hours of television and radio content while also reviewing digital content from their language services. Meetings each spring between network leadership and the CEO, organized and facilitated by OPR, provide an important opportunity for high-level oversight and to discuss any problematic findings that could merit further review.

In FY 2022, OPR also made great strides in developing a central data management system, which effectively modernizes the acquisition, management and storage of Agency's digital and survey data, reducing the time and effort required to track performance of digital platforms. In addition to these technical innovations, OPR completed an Agency-level digital governance policy, which standardizes digital

metrics tracking practices across the networks and enables real-time digital metrics reporting.

**Afghanistan**

In FY 2022, USAGM worked with the Department of State on the ongoing process of evacuating staff from Afghanistan and ensuring their successful resettlement in the United States. Many of these staff members have been in the United States for approximately a year at this point, and USAGM continues to work to finalize the paperwork and administrative processes needed to obtain permanent residency for them and their families. USAGM is committed to continuing to work on this issue until all staff members who wish to leave Afghanistan and resettle in the United States are able to do so.

**State-USAGM Cooperation**

In the summer of 2022, OPR worked with the Department of State to send a cable to all Embassies outlining areas of State-USAGM cooperation on key issues of mutual interest, including research and information sharing, responding to crises, protecting journalists at risk, and expanding the reach and impact of the USAGM networks. USAGM continues to work closely with the Department of State, always respecting the journalistic firewall, to advance shared interests in media that supports free, open, democratic societies.

**Streamlining Subscription Service**

With VOA Media Asset Management's help, the Agency established an interagency agreement with FEDLINK to consolidate the process of ordering subscriptions, research database access, and news aggregation services. USAGM achieved cost savings through FEDLINK's volume discounts and achieved efficiencies by streamlining the ordering process. The long-term benefit of centralizing and streamlining the ordering process allows USAGM to see overlaps, duplications, and gaps in the Agency's information resource needs. The five-year agreement with FEDLINK will permit expanding the subscription service to the rest of the Agency.

**Funding Diversity and Inclusion**

In FY 2022, USAGM's Office of Civil Rights (OCR) aligned their budgetary plans with the President's Management Agenda, in part by funding a vacancy for a Chief Diversity, Equity, Inclusion, and Accessibility Manager who would be tasked to bring a focus on inclusion to further strengthen the workforce through trainings for current staff and ensuring equity and inclusion in the process for new recruits. OCR has organized regular trainings for both managers/supervisors and employees on the topics of harassment and crucial conversations about cultural, gender, age, and disability diversity and equity. Additionally, OCR procured an EEO complaints tracking system to increase data integrity and improve the reporting capabilities of the OCR. Implementation of the EEO complaints tracker is anticipated in the third quarter of FY 2023.

**OHR Delegating Examining Audit**

The Office of Personnel Management (OPM) noted the USAGM Office of Human Resources (OHR) recruitment and outreach program as an area of strength for the Agency. USAGM participated in over 15 recruitment and career fairs and outreach/partnership events which significantly expanded the Agency's recruitment in populations that are underrepresented in the demographics of the Federal workforce. The expanded outreach and partnership efforts resulted in USAGM's ability to better engage applicants that draws from the full diversity of Nation.

**OGC Investment in Productivity Software (eDiscovery)**

The USAGM Office of the General Counsel (OGC) worked with the USAGM Office of Contracts (CON) to procure a commercial off-the-shelf (COTS) software product that provides an end-to-end e-discovery management system solution for the Agency's legal requirements. The software will facilitate effective data collection, data analysis, data sharing, electronic discovery, litigation support, project collaboration and document review. Having this software product available will allow OGC personnel to focus on case strategy, including drafting litigation reports and briefs, and will minimize the risk of sanctions against the Agency for discovery-related issues. OGC is also procuring installation, implementation, configuration, and enhancement services to ensure reliable operation year over year, as a part of end-to end e-discovery management system solution.

**Records Management**

In FY 2022, USAGM adequately resourced electronic records management investments as a part of the OMB M-19-21, Transition to Electronic Records, which established several requirements to move federal agencies to a fully electronic environment. Recognizing the adverse impact of the COVID-19 pandemic on federal agencies to fully implement the transition, OMB and NARA issued directive M-23-07, update to Transition to Electronic Records. This memorandum reinforces the requirements established in M-19-21, reaffirms the underlying goal of the transition to electronic records, and updates the previous target date of December 2022 to June 2024. As a result, funding was procured for Active Navigation's Discovery Center, a records and information management system for the next three fiscal years. USAGM began implementing Active Navigation in December 2021 in the pilot environment, migrated into the production environment in March 2022, and will be implementing it throughout the Agency in 2023. Foregoing another pandemic, government shut down, or other national catastrophes, USAGM is on track to meet its requirement to have all its records managed electronically by June 30, 2024.

**Acquisition and Procurement**

In FY 2022, CON led a rapid acquisition of additional satellite bandwidth for a dedicated Ukrainian television channel. CON's efforts allowed for VOA to launch the channel during the first weeks after Russia's invasion of Ukraine. CON's swift actions allowed VOA programming to scale and quickly respond to this evolving international crisis. CON's partnership again proved essential for the VOA Persian service. CON collaborated with VOA to develop the first iterations of a statement of work for news commentators. This effort resulted in a contract with an exiled and dissident Iranian journalist for news commentator services within the Persian service broadcast portfolio.

CON has also issued a new Content Delivery Network (CDN) contract. This contract is estimated to realize a 40 percent cost savings from the previous CDN contract.

CON is pleased to report the recent Government Purchase Card (GPC) audit shows very minimal risk and the Agency's GPC program functioning exceptionally. There were no recommendations from the auditors regarding the program. For

closeouts, CON processed an estimate of 300 actions, de-obligating an estimated $2.8 million in Agency funds. For CON's Federal Procurement Data System (FPDS) annual report to OMB, CON had an accuracy rating of 98 percent out of the 432 sampled actions.

## FY 2023 and FY 2024 Initiatives

### Background Investigations

Following the OPM/ODNI SNAP inspection in 2018, the USAGM Office of Security (SEC) has discontinued performing both background investigative work, investigative adjudications. Both functions have been transferred to OPM and the Defense Counterintelligence and Security Agency (DCSA). OPM and DCSA's involvement in USAGM's personnel security program are estimated to cost roughly $2.8 million in FY 2024.

### FPS Guard Force Contract

Beginning in FY 2023, USAGM will continue its effort to consolidate security expenses by transferring the costs associated with the Federal Protective Service (FPS) Guard Force contract from TSI to SEC. This contract ensures the presence of a security guard force at the USAGM Headquarters building in Washington, DC. The contract provides for policing, securing, and ensuring a safe environment in which federal agencies can conduct business. FPS's services are partitioned into three categories: Basic Security which are the protection services, risk mitigation, and threat management, Building-Specific which are the countermeasures benefiting all building occupants, and Agency-Specific which are the countermeasures benefiting the individual agency. The total contract cost is estimated at $3.675 million in FY 2023 and estimated to cost $3.86 million in FY 2024.

### Federal Employee Enhancement Efforts

In FY 2024, USAGM will continue its plan to align with the President's Management Agenda by strengthening workforce development efforts. Training programs that expand and enhance skill sets, as well as professional development programs that address specific program areas including mentoring, journalism,

and technology, will allow employees to remain industry-relevant, and broadcasters to remain competitive globally.

Agency senior leaders are identifying updated mission needs and offering appropriate training opportunities for the workforce. With the conversion of over 500 purchase order vendors to personal services contractors, best practices training for the blended workforce will remain a priority. USAGM is also prioritizing continual journalism and newsroom management training for all staff responsible for news operations. For customer support staff and those responsible for information technology and cyber-security, USAGM will provide opportunities for certification and continual learning credits. These will include both classroom and online learning. For managers and supervisors specifically, USAGM will continue to offer coaching opportunities and leadership support. The Agency will continue its formal mentoring program and add opportunities for situational mentoring.

USAGM also will continue its focus on statutorily required training by implementing a mandatory training dashboard. The areas of focus in the mandatory training program include foundations of leadership, ethics, equal employment opportunities, and diversity and inclusion. These changes will strengthen USAGM's workforce by ensuring that employees have the fundamentals they need to succeed in their areas of expertise, while at the same time meet federal training standards and goals.

### Diversity and Inclusion Initiative

In FY 2024, OCR will continue its plan to align with the President's Management Agenda by strengthening its workforce that advances equal employment opportunities. The Agency will enhance Diversity, Equity, Inclusion, and Accessibility (DEIA) training programs for both managers/supervisors and employees, to include harassment, crucial conversations, cultural, gender, age, and disability training, develop programs that address specific areas including anti-harassment and administrative inquiries, and purchase and establish an EEO complaints tracking system to increase data integrity and improve the reporting capabilities of the OCR.

**Research**

USAGM will continue to enhance Research and Digital Analytics capabilities. The FY 2024 budget request will enable the Agency and its networks to commission proprietary audience research in 160 markets around the world, employing an array of methodologies, including media panels, nationally representative surveys, focus groups, and data modeling. USAGM Research generates audience reach estimates, public opinion research, media usage statistics, and increasingly proprietary research on defector, refugee, and diaspora populations. Digital Analytics obtains, tracks, and reports on engagement metrics for all digital platforms operated by the Agency's networks. The USAGM Research and Analytics modernization effort is focusing on several key initiatives, which include increasing the number of surveys USAGM conducts, investigating perceptions of internet censorship and news bias, probing for new target audience in diaspora communities, building a centralized data management system that will enable analysts to draw more insights from the Agency's vast array of information sources, and continuously developing novel research methods to assess the increasing range of digital devices and platforms that audiences use to consume media today.

**Internet Freedom**

The USAGM Office of Internet Freedom (OIF) will continue to coordinate with OTF Corporation to manage and execute internet freedom projects and/or contracts in FY2024. OIF will continue to perform critical oversight to ensure OTF compliance with relevant rules and regulations in the execution of congressionally mandated use of internet freedom funds for technology projects and ensure USAGM entities are provided the critical services they require to provide content and programming in challenging environments. OTF is demonstrably successful and an industry leader in identifying, soliciting, vetting, and fostering projects from Proof of Concept to a Minimal Viable Product and beyond.

**Grants Management**

Over the last seven years, USAGM has had audit, GAO, and OIG findings requiring the Agency to develop proper oversight and monitoring to include grant close out of the USAGM grant programs. The Agency has made progress over the last few years by developing a standard operating procedure, credentialing the Agency's analysts overseeing the grant programs, and most recently developing the policy for grants oversight, monitoring, and closeout in accordance with 2 CFR 200 (Uniform Guidance). To be able to implement the policy and satisfy all requirements as laid out in the uniform guidance, USAGM will work with subject matter experts to conduct site visits, cost allowability, and compensation comparability studies for each of the four non-federal entities that receives grant funds from USAGM.

(page left intentionally blank)

# Technology, Services, and Innovation (TSI)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|:---:|:---:|:---:|
| $      176,291 | $      182,851 | $      188,869 |

## Overview

TSI, including the USAGM Office of the Chief Information Officer (OCIO), oversees and manages technical services and infrastructure that deliver program content for all USAGM broadcast networks. TSI's experts manage content distribution via direct-to-home satellites and seek content placement arrangements with thousands of TV, radio, and multimedia affiliates around the world, while its broadcast engineers operate a global distribution network of FM, shortwave, and medium wave radio transmissions.

OCIO's Information Technology (IT) professionals oversee and maintain USAGM's federal IT systems, as well as content production and media management tools for VOA and the other USAGM networks. OCIO also provides wide-ranging IT support to most parts of the Agency. Altogether, TSI and OCIO initiatives further implement USAGM's Strategic Plan and the Agency's mission by supporting USAGM's objectives to "manage a nimble, resilient, sustainable, efficient, and modern media enterprise" and "optimize program delivery."

By FY 2022, USAGM had already begun engaging cloud-based IT platforms and services, such as voice-over-IP (VOIP) telephony. Throughout FY 2023 and into FY 2024, TSI will continue to move the Agency's technology in this direction, supporting not only the Agency's telework and remote work efforts, but also USAGM's planned move to a new headquarters building by FY 2028. Implementation of these technologies will also contribute directly to the achievement of the President's sustainability objectives, namely "to lead the Nation's effort to combat the climate crisis by example" as cloud-based systems reduce the Agency's physical space and power consumption requirements.

Improved redundancy and diversification of IT systems will also make USAGM less vulnerable to ransomware and other forms of cyberattacks.

USAGM's cloud-based systems are also more easily shared. Looking to VOA, OCB and the non-federal networks, TSI and OCIO will encourage more shared IT services among them as a way to reduce costs and streamline inter-network communications and content collaboration. In alignment with the Federal Information Technology Acquisition Reform Act (FITARA), USAGM will review all proposed Agency IT system investments in the FY 2024 budget under its Capital Planning and Investment Control (CPIC) process. TSI will work with OCFO and others to ensure that proposed IT systems are adequately funded, and that any proposed investments factor in planned upgrades, security patches, and other considerations into the planning.

Beyond CPIC, TSI will help improve oversight and coordination of the USAGM networks' IT projects by expanding the USAGM-wide CIO Council, IRB, and Change Advisory Board (CAB). Together, these bodies and their review processes will help ensure that the USAGM networks' new IT proposals will be compatible with existing systems and allow for scalability, as appropriate.

TSI will also continue to review the Agency's use of and spending on legacy content distribution platforms, such as shortwave radio, and advise and guide VOA and the other USAGM networks on potential new platforms. TSI will continue to migrate its delivery technologies, relying increasingly on secure public internet over legacy satellite and multiprotocol label switching (MPLS) networks, in an effort to reduce costs and ensure high reliability.

In FY 2023 TSI has transferred $4.378 million to SEC to pay for and oversee the Agency's coordination of FPS role in protecting USAGM buildings, grounds and property. FPS is a law enforcement and security agency under the Department of Homeland Security (DHS) that provides services to USAGM's approximately 1,500 employees at its headquarters in Washington, DC and other federal spaces across the United States. FPS charges to USAGM cover three aforementioned security-related guidance and support.

## FY 2022 Accomplishments

**Consolidation and Modernization of IT Infrastructure and Management**

In FY 2022, OCIO continued to migrate away from less effective legacy technologies, strategize for the future and beef up the Agency's IT management and oversight capabilities. Among these priorities was a focus on cybersecurity, ensuring that future investments will be reliable and hardening existing IT systems against attack.

Traditional IT systems operate on the assumption that everything inside an organization's network can be trusted. This means that threats that manage to get inside the network may be left unchecked. With USAGM and other agencies moving increasingly to geographically-diverse and distributed workforces and IT systems, organizations must adopt a new approach to protect the modern network infrastructure. The new approach is Zero Trust Architecture (ZTA), whereby access is denied unless explicitly granted and the right to access is continuously verified. In FY 2022, USAGM completed its ZTA deployment plan, as required by the President's Executive Order 14028 and OMB circular 22-09, "Zero Trust Architecture Plan." Implementation of USAGM's ZTA plan is slated to begin in FY 2023, with full implementation to follow in future years, depending on the availability of resources.

As a prerequisite of ZTA, USAGM worked throughout FY 2022 to implement Agency-wide Personal Identity Verification (PIV) multifactor authentication (MFA), which requires all normal IT users to login to their workstations and other systems using their official ID badges plus a personal identification number (PIN). Implementation should be completed in FY 2023, along with a transition to passwordless authentication, a way to log in that is not only safer and more secure, but also faster and reduces or eliminates the need to remember complex passwords.

Strengthening USAGM's IT security posture is required not only to protect the Federal Government, but also the non-federal networks' assets, data and intellectual property. OCIO will support the USAGM networks in their efforts to bolster their own IT security by providing advice and making USAGM toolsets and other resources available.

OCIO has begun applying the new distributed workforce and systems model to other areas of IT operations. For example, by the end of FY 2022, most Agency personnel were working on laptops instead of desktops. Laptops require less power, are inherently portable, and are more secure, as they make it easier for workers to access IT systems from the Agency device instead of a personal device.

At USAGM headquarters, with more users accessing the internet and most IT services from Agency laptops, the Agency's wireless (Wi-Fi) system will need to be especially robust. TSI has procured and is currently installing a next-generation wireless network solution to consolidate two legacy Wi-Fi systems. Wireless access points will be replaced across the enterprise, transitioning all Agency facilities to the new Wi-Fi solution. This effort is projected to be complete by the end of FY 2024.

As USAGM's video programming is now shot in HD and social media drives the proliferation of more video and photo content production, the Agency's media storage requirements continue to grow substantially. As such, USAGM will invest in additional storage capacity for on-site use and more cloud storage with Microsoft Azure and other services. Additional on-premises storage upgrades allow the Agency's journalists to share and post content quickly, while cloud-based storage provides more reliability and scalability.

New hardware and IT systems often require that users be trained or assisted to adapt their workflows appropriately. As the Agency migrates old paper-based systems to electronic ones, TSI works with users to develop more efficient online processes. For example, OCIO helped OCFO to digitize its paper-based contract payment procedures, which allows for better reporting and accountability for the Agency and more timely payments to vendors. OCIO also helped SEC to revamp the PIV card issuance process to electronic workflows, which better protects employees' personally identifiable information.

In FY 2022, OCIO researched, secured, and built out a new cloud-based IT service management (ITSM) solution. This ITSM tool will initially be used primarily to track IT service requests in FY 2023, but beginning in FY 2024 will help OCIO design, build, deliver, operate and control IT services more broadly, integrating government and industry best practices. ITSM will help OCIO consolidate the IT Help Desk and other services into an integrated, multi-tiered technology support

organization, and eventually assist other technology managers in USAGM deploy and operate their IT systems in the most timely, cost-effective, and secure manner.

Following the success of remote work during the COVID-19 pandemic and the continuation of telework and remote work options for the Agency workforce, USAGM began to seek ways to reduce USAGM's footprint in its Wilbur J. Cohen headquarters building. Employees who telework six or more days per pay period may be required to give up their permanent workspace and instead reserve space in designated areas of the building set aside as "hotel" space. TSI's Facilities Management Division is managing the space conversions and the automated system that employees will use to reserve these workspaces. It is envisioned that hoteling will lead not only to reductions in building lease costs, but also reductions of the Agency's carbon footprint.

### Content Delivery and Distribution

TSI continued to build out capabilities at its off-site data center and Wide Area Network (WAN) hub in Virginia, growing a faster and more reliable third-party distribution network that delivers content to audiences and affiliates better, more consistently, and more economically. The team continued to transition content delivery from satellite and fiber to secure public internet, an effort that was largely complete by the end of FY 2022.

USAGM leverages redundant, geographically diverse network connections between its headquarters building and the data center, from which content is delivered onward to various service providers. While the systems are extremely reliable, the two physical routers between the Cohen Building and the data center and the single router servicing external services introduce single points of failure, meaning that the loss of any one of these routers would stop content delivery. TSI has procured additional router systems to mitigate this risk and will deploy them by the end of FY 2023.

The USAGM Office of Business Development (OBD) continues its critical role in delivering USAGM's content to global audiences by establishing, sustaining, and developing business relationships with affiliate TV and radio stations. USAGM's research indicates that nearly half of its total weekly audience accesses content

through one or more of the Agency's 4,284 TV, radio, or digital affiliates and partners. In FY 2022, USAGM continued to grow its affiliate network, with a particular focus on affiliates that have national reach or serve multiple markets.

Russia's invasion of Ukraine drove demand for USAGM's 24/7 Russian-language Current Time TV channel, as cable operators in Europe dropped Russia Today (RT) and sought out sources of fact-based Russian-language news. Having placed Current Time on nearly 300 media outlets so far, in FY 2022 OBD focused on placing the channel with large-scale cable and IPTV outlets, for example Channelbox in the United Kingdom, which has 13 million subscribers and an estimated 300,000 Russian speakers in London alone. USAGM also boosted its direct programming into Ukraine, which had previously been largely affiliate-based. With Ukrainian affiliates at risk of being shut down or disrupted by the invasion, in March 2022 USAGM established a 24/7 direct-to-home satellite TV channel on Ukraine's most popular satellite. The Agency is also pursuing cross-border radio options to the eastern part of Ukraine.

USAGM's relationships with affiliates are about much more than content delivery. By developing media partners and connecting affiliates with one another, USAGM helps foster richer, more open media ecosystems. USAGM leads by example in its journalistic practices and also seeks partnerships with affiliates to co-create content, sometimes even participating in affiliates' daily editorial meetings.

TSI's file-based content distribution system also enabled an upgrade to USAGM Direct, USAGM's content delivery portal for affiliate TV and radio stations, a system program managed by OBD. This valuable platform allows affiliates to download USAGM's content, ranging from interviews and short segments to full-length programs. The upgraded platform, Direct 3.0, rolled out in FY 2022 and allows partner stations to download broadcast quality content faster than ever without needing to set up and maintain a satellite receiver.

File-based content also supports USAGM's video-on-demand, or OTT platform efforts. With well over one billion internet-connected televisions and devices in the hands of consumers around the world, many audiences can consume on-demand content almost as easily as live content. To meet this market, the OBD-managed OTT platform launched as four apps, branded by the respective broadcast networks: VOA's VOA+, RFA's RFA+, MBN's Alhurra Connect, and OCB's

TV Martí+. When launched at the end of FY 2021, the apps were available on 15 different platforms or operating systems, such as Apple TV and Samsung, with programming available in 15 languages, including English, Arabic, and Spanish. Content in additional languages was added in FY 2022, with more additions to come in FY 2023.

USAGM's FM radio network was not expanded in FY 2022, but existing FM sites were improved. For example, the FM in Accra, Ghana was relocated to an area that will expand coverage and improve reliability of the transmission system. Lingering COVID-19 pandemic-related travel restrictions and health concerns of Africa-based contractors delayed similar projects in other countries, such as South Sudan and the Central Africa Republic.

**Keeping USAGM Radio on the Air in Afghanistan**

According to a 2018 national survey, USAGM's audiences in Afghanistan are overwhelmingly dependent on local broadcasts, with approximately 90 percent of the large weekly audience using only radio, TV, or a combination of the two in order to consume news from VOA and/or RFE/RL. Overall, USAGM networks have reached just over half of adult Afghans (51.1 percent) each week on radio, and just under half (47.1 percent) on TV.

In the summer of 2021, Afghanistan's democratically elected government was deposed by the Taliban. The resulting censoring and closure of many local Afghan broadcasters prompted TSI to take extraordinary measures to ensure Afghans' continued access to VOA and RFE/RL television and radio programming. While USAGM consistently broadcasted on shortwave to Afghanistan from outside the country, Afghans had relied mostly on USAGM's in-country network of 15 FM and two MW radio transmission sites, all but one of which were located at facilities belonging to Radio Television Afghanistan (RTA).

During the Taliban's resurgence in 2021, TSI had worked closely with a fearless, dedicated local contractor and team to keep the Agency's FM and MW radio sites on air throughout the country. Contractor staff were occasionally forced to flee as the sites came under mortar shelling and occasional small arms fire, and in a handful of occasions even sustained minor injuries. Despite this, when it was safe to return to the sites, TSI contractors did so and made repairs as necessary. Thanks to their collective efforts, USAGM's local radio transmission capability

sustained only brief, temporary outages during the fighting and remained on the air until December 1, 2022, when the Taliban-led Afghan government decreed that USAGM was no longer allowed to broadcast on FM or MW inside the country.

TSI had anticipated that the Taliban resurgence would gain ground, and therefore during the summer of 2021 began negotiating with the state broadcaster of neighboring Tajikistan to reprogram a powerful MW transmitter in Tajikistan for VOA and RFE/RL Afghan programming. Thus, one MW broadcast out of Tajikistan had already been on the air for over a year when the Taliban halted USAGM broadcasts out of the Agency's in-country assets. TSI then worked with the Tajiks to add two more MW transmissions, for a total of three. The two newer transmissions are broadcast on the same frequencies USAGM had from inside Afghanistan, making it easy for audiences to stay connected.

**Global Network Realignment**

TSI continued its participation in the Agency-wide review of shortwave and medium wave broadcast needs. Over time, the review process will identify media markets where audiences would be better served by investments in other platforms. Other fundamental changes to USAGM's legacy content distribution system continue to be made at USAGM headquarters in Washington, DC. After decades of delivering content globally via C-band satellite, then high-speed fiber, by early FY 2022, virtually all content delivery was handled via secure public internet. This move has helped USAGM discontinue operating its own costly global fiber optic network, teleports, and leased satellite space segments, instead, integrating highly targeted platform solutions that offer increased reliability at a lower cost.

Meanwhile in FY 2022, MBN's Radio Sawa transitioned more of its audio programming on terrestrial FM radio to digital platforms. In FY 2022, Radio Sawa discontinued its FM broadcasting in Lebanon and did the same in the Levant in FY 2023. Iraq FM operations are expected to stop later in FY 2023. Radio Sawa will end its FM broadcasting in Sudan in FY 2024.

## FY 2023 and FY 2024 Initiatives

As OCIO looks ahead to FY 2024, the IT focus will continue to be on modernization, particularly in areas that enhance cybersecurity. OCIO will concentrate its efforts on procuring and enhancing systems that minimize the operational footprint and maximize opportunities to transition to cloud-based and virtualized system environments in order to optimize support for a geographically-dispersed workforce. Challenges presented during the COVID-19 pandemic helped crystalize areas of operations that require more focused IT system lifecycle management. IT spending through FY 2024 will be concentrated on continuing the evolution of the entire USAGM's IT ecosystem into one that is more secure, scalable, and manageable remotely. Even after the COVID-19 pandemic and the workforce is able to return to the office at pre-pandemic levels, these modernization efforts will make the Agency's technology more secure, flexible, and recoverable in the event of future disasters.

In FY 2023 and FY 2024, the Agency will further develop the ITSM system it acquired and deployed in FY 2022, as well as IT system monitoring tools, and professional services to capture and share system designs, functionalities, and configurations. These tools will help track the costs of IT investments and system life cycle management, as well as improve USAGM's cyber-situational awareness by standardizing and integrating all security testing, evaluations, monitoring, and certifications of Agency systems.

In FY 2023 USAGM will begin the process of digital transformation of its Media Asset Management (MAM) system and its integration into the larger USAGM data delivery network. Systems analysis and design of the Agency's current infrastructure will also be completed. This information will be used to plan the next generation MAM and Content Management System (CMS) for Agency-wide deployment. Key objectives for the new system include achieving greater efficiencies in workflow, enhanced cross-agency collaboration, and faster content creation.

OCIO will coordinate and streamline information resource management across the Agency, a process well supported by USAGM's Federal Information Security Management Act (FISMA) compliant IT management policies and procedures. Bolstering USAGM oversight bodies like the CIO Council will provide a forum for technology leaders at the broadcast networks to discuss their needs and

plans, as well as seek assistance from TSI, particularly in regard to ensuring that all USAGM IT investments conform to CPIC processes. Managing USAGM's IT Governance program, TSI held routine Investment Review Board (IRB) meetings that adhere to CPIC best practices for the Agency's federal entities in FY 2022. In FY 2023 and beyond, TSI envisions that IRB and CPIC will include all USAGM elements, including the non-federal networks. Where appropriate and to an extent that is technically feasible, TSI will encourage non-federal networks to seek shared solutions and piggyback on existing IT systems already operating successfully in another part of the Agency.

For example, TSI seeks to consolidate critical IT infrastructure. This includes the standardization of IT platforms and data centers, consolidation of network operations centers (NOC) and help desks, and enhancement of both enterprise networks and content distribution platforms. This initiative will facilitate seamless collaboration between USAGM's networks by supporting the development of new content sharing and co-creation capabilities.

In alignment with the FITARA requirement that federal agency CFOs and CIOs certify that all their IT systems are adequately funded, for the FY 2024 budget and beyond USAGM will prepare a cost analysis of all its information technology systems. This will establish a baseline for the FY 2025 budget cycle. OCIO will provide the required training and assistance to all USAGM offices to help them complete this data call and enable them to comply with CPIC reporting requirements for the FY 2025 budget. Additionally, a Data and Communication Security report on improving the cyber resilience of Agency IT systems will be developed in accordance with the Congressional mandate by mid-FY 2023.

TSI will complete the Agency's Unified Communications rollout in FY 2023, meaning that all traditional telephonic requirements will be served by Microsoft Teams or other VOIP tools provided by TSI's Unified Communications service offerings. Beyond cost savings, these tools also provide employees with flexible and portable official communication tools, boosting their and the Agency's productivity and security.

As noted earlier, IT modernization will facilitate an eventual move to a new, more functional, economical, and energy-efficient headquarters building. In the meantime, TSI's Facilities Management Division has been setting up hoteling space to support teleworking staff when on site, in a way that reduces USAGM's

footprint in the Cohen Building. This effort will not only lead to reductions in building lease costs, but also reduce the Agency's carbon footprint.

Cybersecurity will be a critical element of all IT-related efforts in FY 2023 and FY 2024. The plan for USAGM's Zero Trust Architecture (ZTA) has already been developed, and the FY 2023 completion of the PIV MFA program rollout will be part of the first important pillar (Identity) of executing that plan. Operationally, OCIO will use new ITSM tools to track and handle cybersecurity incidents. Hostile state actors—particularly Russia, PRC, and North Korea—often target RFE/RL and RFA, so OCIO will extend the Agency's IT security tools and best practices to the non-federal networks. USAGM is mandated to implement ZTA, but rollout is dependent on the availability of resources. Fortunately, a USAGM application to the General Services Administration's Technology Modernization Fund for monies to pay for implementation of USAGM's ZTA funding appears to have been successful, as of the writing of this document.

As USAGM migrates existing services to the Cloud and develops or purchases new services, OCIO's IT security will support the implementation of those services through information security reviews, research, and analysis of FedRAMP certification, the United States government-wide program that provides a standardized approach to security assessment, authorization, and continuous monitoring for cloud products and services.

In FY 2021, OCIO developed and began deploying SecureEnrollment, a set of security measures that ensure a secure, consistent, and enforceable security posture on Agency-owned and supervised iOS mobile devices. OCIO will continue deploying SecureEnrollment to all newly-issued Agency-owned mobile devices, consistent with the upgrade schedule, and completing this transition in FY 2023.

**Evolving USAGM's Global Network**

In FY 2022, USAGM's audiences again saw substantial growth on digital platforms, but also on traditional TV and radio platforms. In most of the markets that USAGM targets, digital platforms are quickly growing, but TV and FM radio remain very popular. As such, in FY 2023 and FY 2024, TSI will continue to invest in direct-to-home satellite, FM radio, and affiliate broadcasters, in addition to digital platforms to help reach crucial audiences.

TSI is investigating how best to bolster the resilience of the Agency's existing global FM radio operation by expanding the FM remote monitoring program. As current monitoring hardware nears its end of life, TSI will replace with next-generation systems, as resources permit.

At the same time, USAGM will continue its review of legacy platforms, particularly shortwave and medium wave radio. Intended to align transmission capabilities with the program delivery needs of various broadcast sources, this USAGM study informs resource allocation for the Agency's content platforms in an effort to align them with audience preferences, which continue to evolve away from SW and MW radio.

In response to the Russian invasion of Ukraine, USAGM has sought to boost its direct programming into Ukraine. As Ukrainian affiliates risk being shut down or disrupted by the invasion, USAGM established a 24/7 direct-to-home satellite TV channel in FY 2022, using Ukraine Supplemental funding authorized by the Congress on March 15, 2022. In FY 2023, USAGM placed its popular Russian-language TV channel, Current Time, on new satellite services popular in Europe, particularly Germany, which has a sizable Russian-speaking diaspora. USAGM is also seeking to leverage European TV platforms' dissatisfaction with Russian state propaganda outlets to secure placement of Current Time in Russia itself.

With video-on-demand growing in many markets, VOA+ and USAGM's other OTT apps will be developed further. Content offerings will be provided in three additional languages by the end of FY 2022, and three more languages in FY 2023. Each year USAGM will make OTT apps available on at least one more platform or operating system in order to expand their global availability. To ensure OTT apps remain competitive and user friendly, new features and graphical refinements will also be considered.

Partnerships with broadcast affiliates are still crucial, as affiliates provide USAGM content to half of the Agency's audiences. In FY 2023, OBD plans to assist with the repositioning of USAGM's content in the Pakistan and Afghanistan markets and promote Russian-language Current Time channel placement in Central Asia and more global capital cities with Russian-speaking audiences.

In Africa, OBD plans to work with VOA to promote new TV programming in key languages such as Hausa, French, and English, and on special programs like the *Startup Africa* documentary series. In Asia, OBD will pursue new avenues of distribution for VOA and RFA content into restricted markets like Burma, Cambodia, and explore opportunities for expanded placement of VOA's English content across the region. In Latin America, OBD will focus on increasing the placement of VOA and OCB content in places like Nicaragua, Venezuela, and Haiti.

OBD will seek to expand the reach of USAGM programming to affiliates in the Pacific Island region to counter PRC's growing presence. OBD will seek placement of VOA and RFA content of interest to the region, which happens to be mostly in the English-language, on TV and radio affiliates with the most reach and influence. Beyond potential affiliate placement, TSI will work with host country government communications and broadcast authorities to obtain permission to establish terrestrial FM radio transmissions that will carry VOA and other USAGM content around the clock. FM radio is a popular and effective platform able to cover a city or even a whole island. USAGM will seek permission to establish a flagship FM in key capitals, prioritizing countries where PRC is attempting to influence local media, such as the Solomon Islands and Fiji. FMs can also raise awareness of the VOA and RFA brands in those cities.

OBD will continue to reach out to potential affiliates in challenging markets such as Ethiopia, Turkey, Myanmar, and Zimbabwe where USAGM has been making progress despite the more difficult environments posed for journalists and media organizations.

OBD will work with the broadcast networks to develop more coproduction projects with affiliates in key African markets such as the expansion of the *Our Voices* show. OBD will cement its strong ties with key affiliates in Central and Latin American countries such as Mexico, Colombia, and Venezuela, where USAGM has been working closely with broadcasters to get content into the country.

Globally, Business Development will work with affiliates to utilize local VOA contractors who can provide them with timely breaking news reports and intends to invest in an online content sharing solution that affiliates could use for this

purpose. In a related effort, OBD seeks to support inter-network and USAGM-affiliate collaboration by investing in new translation and content adaptation technology and workflows that would allow USAGM content to be versioned much more efficiently than is currently possible.

OBD will also continue its international training activities around the world, with an emphasis on helping affiliates that air USAGM content. Training typically focuses on fact-based journalism and helping affiliates grow their digital presence.

**Sustainability Initiatives**

In addition to TSI's Facility Management Division's effort on hoteling that will lead not only to reductions in building lease costs, but also reductions of the Agency's carbon footprint, TSI will establish a new Agency-wide Sustainability Program in FY 2024 to comply with ambitious goals stipulated by the President in Executive Order 14057 on Catalyzing Clean Energy Industries and Jobs Through Federal Sustainability. The program will require a multi-year tasking of an architectural and engineering (A&E) firm to conduct site-specific and Agency-wide sustainability surveys to establish energy usage baselines and highlight conservation opportunities. Given the scale and complexity of the effort, TSI will require a Sustainability Engineer, a new FTE position, to review A&E survey results, develop implementation strategies, and formulate feasible and measurable milestones and objectives to move the Agency toward the achievement of net-zero emission goals, as described in the President's Executive Order.

While USAGM stands up its Sustainability Program, it is weighing several small and large renewable energy initiatives at its transmitting stations, with projects in Germany and Botswana at the forefront. Other promising opportunities have been identified at the Commonwealth of the Northern Marina Islands, Sao Tome, and Greenville, NC transmitting stations. Target returns on these investments is four to five years, so make good economic sense, in addition to helping the Agency to achieve its sustainability targets.

# Radio Free Europe/Radio Liberty (RFE/RL)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $      145,730 | $      146,602 | $      155,358 |

## Overview

RFE/RL is a private, nonprofit, non-federal entity, funded through, and operating under, a grant agreement with USAGM. RFE/RL journalists report the news in 23 countries where a free press is banned by the government or not fully established, providing what many people cannot get locally: accurate, uncensored news, and open debate. RFE/RL's journalism helps promote democratic values and institutions, advances human rights, and counters disinformation from Russia, PRC, Iran and other malign actors by delivering objective news and information.

Despite the forced closure of bureaus in Kabul, Minsk, and Moscow as a result of political turbulence and legislative repressions, RFE/RL continues to operate a large network of local news bureaus and an extensive freelance network in addition to launching new hubs in the Baltics and western Ukraine. RFE/RL's proximity to its audiences allows RFE/RL to produce compelling programming in a cost-effective manner. In FY 2022, 40.6 million adults consumed RFE/RL programming weekly via digital, TV, and radio platforms, according to research conducted under USAGM's International Audience Research Program, an increase of 3.4 million compared to FY 2021.

**An Alternative to Russian and Chinese Disinformation**

RFE/RL provides an alternative to Kremlin-controlled media and Chinese state-sponsored narratives in countries across the region where Moscow and Beijing attempt to influence perceptions.

RFE/RL takes a multi-pronged approach to countering Russia's disinformation across its coverage area. RFE/RL Russian (Radio Svoboda) and Current Time, a 24/7 Russian-language television and digital network, led by RFE/RL in cooperation with VOA, are critical for countering disinformation across the Russian language market. Additionally, RFE/RL Tatar-Bashkir and North Caucasus provide local news for areas within the Russian Federation with vulnerable ethnic minority populations – the Volga-Ural region and the North Caucasus – in the Tatar, Bashkir, Chechen, and Russian languages. In recent years, understanding that the real Russian story is unfolding far from monolithic Moscow, RFE/RL has launched regional Russian-language websites oriented toward local audiences in Siberia (Siberia.Realities), the Northwest (North. Realities), North Caucasus (Caucasus.Realities), and the Volga-Ural region (Idel.Realities). RFE/RL is the only professional media outlet conducting local reporting specifically for these regions and has made an impact in countering Russia's disinformation, exposing attempts by Russian authorities to suppress minority ethnic groups, and highlighting myriad social issues – including health care, waste disposal, the environment, and Chinese investment – that are often ignored by Kremlin-controlled state media. The impact of Russian military casualties in Ukraine and the full force of economic sanctions will likewise be most fully felt in the Russian regions and have gone completely unreported by state media.

Despite the immense pressure campaign by Russian authorities, the forced suspension of RFE/RL operations in Russia, and labeling of 27 journalists as individual "foreign agents," Current Time and RFE/RL Russian have continued to bring audiences on-the-ground reporting on public opposition to the war in Ukraine as well as groundbreaking investigations on state-supported oil theft and the corruption schemes that aided Vladimir Putin's rise to power in the early 2000s. RFE/RL Tatar-Bashkir has offered unique reporting on the impoverished minority communities who supply the bulk of contract soldiers in the Ukrainian campaign while RFE/RL North Caucasus has exposed atrocities against the LGBTQ+ community in Chechnya. This type of reporting is otherwise completely unavailable in the Russian market.

PRC's influence and disinformation across RFE/RL's coverage area is increasing rapidly. From RFE/RL Kazakh producing a unique TV documentary on the first

ethnic Kazakh woman-whistleblower who spent time in a Xinjiang political re-education camp, to RFE/RL Balkan investigation revealing how Serbia spent $19.3 million on six Chinese-made military drones, to an RFE/RL source revealing the Tajik Government's lease of a military base to the Chinese security forces, RFE/RL provides increasing coverage of PRC's attempts to increase its footprint in the region – with a strong focus on the export of surveillance technology and Eurasia's skyrocketing debt as a result of Chinese loans.

## FY 2022 Accomplishments

In FY 2022, RFE/RL demonstrated enormous impact on its audiences with its on-the-ground coverage of Russia's invasion of Ukraine and the consequences of the conflict in Russia, Belarus, and other neighboring states. RFE/RL continued to provide an alternative to Russian and PRC's state-sponsored disinformation throughout all of Eurasia, providing on-the-ground coverage of major events. RFE/RL also boosted engagement with Iranian audiences despite extreme government censorship.

RFE/RL faced significant threats to its operations across multiple markets. RFE/RL journalists have shown incredible bravery and fierce determination to tell the story of what is really happening in Ukraine. RFE/RL Ukrainian Service journalist Maryan Kushnir, who was embedded with Ukrainian troops, suffered a concussion during a Russian rocket attack on Ukrainian forces outside of Kyiv in the early morning hours of March 11, 2022. On April 29, 2022, RFE/RL journalist Vira Hyrych was killed in Kyiv after a Russian missile strike hit the residential building where she lived. In June 2022, Hyrych and other journalists killed during the war were posthumously recognized by Ukrainian President Volodymyr Zelenskyy. In Russian-occupied Crimea, Ukrainian Service journalist Vladyslav Yesypenko was sentenced to six years in prison in February 2022 by a Russian-controlled court. RFE/RL Belarus was labeled an "extremist organization" by the government of strongman leader Alyaksandr Lukashenka and two of its journalists are currently behind bars in Belarus, including social media consultant Ihar Losik who was sentenced to 15 years in prison in December 2021 and has since been added to a terrorist watch list. In October 2022, Belarusian authorities detained Ihar's wife, Daria Losik. A third Belarus

Service journalist Aleh Hruzdzilovich was released from prison in Belarus in September 2022 after serving nine months of an unjust sentence. In Russia, RFE/RL was forced to suspend the operations of its Moscow bureau after police intensified pressure on its journalists and local tax authorities on March 4, 2022 initiated bankruptcy proceedings against RFE/RL's Russian entity for its refusal to pay fines accrued after it refused to acknowledge its designation as a "foreign agent" and label its content accordingly. Despite these challenges, RFE/RL journalists across the region played key roles in serving their audiences during momentous events, including frontline reporting from the war in Ukraine, the mass repression of antiwar sentiment in Russia, and radio lessons in history, geography, and other topics for school-age girls in Afghanistan whose right to education has been denied by the Taliban.

**On-the-Ground Advantage**

With local on-the-ground reporters across the coverage region, RFE/RL is able to provide audiences unique local coverage of major events.

RFE/RL's impactful journalism from the front lines of the conflict in Ukraine has attracted record-breaking audiences since the conflict began, and the critical enhancements described below will help RFE/RL to convert these new audiences into regular users. RFE/RL has used its in-country teams to report comprehensively on the sweeping consequences of the war in Ukraine, from the impact on Central Asian labor migration to the outpouring of Russian refugees to Georgia, Armenia, and Kazakhstan, as well as skyrocketing food and energy prices across the region. During the January 2022 unrest in Kazakhstan, RFE/RL's bureaus in Almaty and Astana documented the full scope of the violence and civilian death count. RFE/RL's regional reporting strength has shown its unique value in 2022 in covering complex conflicts in remote areas, such as clashes along the Kyrgyzstan-Tajikistan border as well as crackdowns in Tajikistan's Badakhshan region and Uzbekistan's Karakalpakstan republic where few media organizations can match RFE/RL's capacity for contextual reporting. Also in Afghanistan and the border regions of Pakistan, local reporters braved extreme risks to report on the human consequences of the resumption of Taliban rule in Afghanistan.

**Bolstering Digital Excellence**

RFE/RL has adopted a digital-centric approach across the organization, prioritizing reporting for digital distribution with the aim of growing audiences and diversifying its demographic reach. RFE/RL's digital strategy has exponentially increased the impact of its core mission of delivering news of local importance and engaging audiences in its target markets – demonstrated by strong impact indicators, including the 12.1 billion combined video views across Facebook, YouTube, and Instagram received in FY 2022.

As audiences increasingly turn to digital distribution platforms, RFE/RL will ensure that training, staffing, and best practices related to digital journalism, cybersecurity, and audience engagement are adequately resourced. RFE/RL recently launched a new Innovation and Audience Engagement division, which brings together digital strategy, research, marketing, and training in a new configuration that allows the division to work more closely with RFE/RL language services. Staff working in the new division will focus on ensuring that all language services are engaging audiences with news experiences tailored to digital platform best practices.

## FY 2023 and FY 2024 Initiatives

**Fighting Russian Disinformation**

Across all of RFE/RL's coverage area, the organization will increase its focus on fighting against the efforts of authoritarian regimes to spread propaganda and conspiracy theories and undermine fact-based reporting and analysis. RFE/RL will prioritize countering disinformation across its reporting regions and develop new tools and formats to support these efforts with particular emphasis on Russia, Belarus, and the Russian-speaking regions of Ukraine.

RFE/RL will continue to expand reporting for audiences in Russia despite the suspension of its physical operations in Moscow and the move by Russian authorities to block 14 RFE/RL websites over the course of 2022 after RFE/RL refused to comply with the Russian government's demands to delete information



> *"As Russian forces continue their brutal invasion of Ukraine, Vladimir Putin is waging a digital war of his own at home... Perhaps no outlet is better placed to overcome these challenges than Radio Free Europe/ Radio Liberty."*



**The Atlantic**, March 2022

about Russia's invasion of Ukraine. RFE/RL will use every platform possible to reach audiences in Russia at a time when they need RFE/RL's journalism more than ever. RFE/RL is working closely with the Open Technology Fund to help Russians evade the digital isolation imposed by Kremlin authorities to provide access to RFE/RL journalism along with free entry to the global internet.

A significant portion of funding that RFE/RL is receiving in the FY 2023 Enacted Budget is dedicated to countering Russian disinformation. Accordingly, new initiatives and Russian-language programming will be launched. The new RFE/RL office in Riga will include a studio for video production. In March 2023, Current Time will begin production of a new daily news program for Russian-speaking audiences in the Baltics who lack independent video coverage of local news and events in Russian. RFE/RL Russian staff who have been relocated to Riga will also produce their video programs from the new Riga studio.

RFE/RL will also launch Votvot, a Russian-language streaming service, in early 2023. Votvot is designed to expand RFE/RL's audience reach through enhancements to its signature news and information programming and launch of a forward-looking new venture designed to appeal to underserved segments of Russian-speaking audiences. With an emphasis on topical and cultural programming, especially from artists in exile, Votvot will spotlight the people, artists, and content creators whose work should be illuminated, not censored or banished. The new brand will strive to deliver cultural and feature programming to Russian speakers who are not typical RFE/RL consumers due to a lack of interest in news or growing fatigue in following the news. The Votvot team is currently developing, acquiring, and commissioning new types of creative content designed to circumvent Kremlin censors and reach young Russian speakers on the platforms where they live with information and entertainment that is fresh, empowering, and relevant.

RFE/RL has established a new reporting hub in Vilnius, Lithuania from which RFE/RL journalists can safely work and prepare their journalism for Belarusian audiences as close to Belarus as possible. Labeled an "extremist organization" by the Belarus government, RFE/RL Belarus provides independent news and analysis to Belarusian audiences in their own language, relying on social media platforms such as Telegram, Instagram, and YouTube, as well as mirror sites and an updated news app to circumvent pervasive internet blockages and access disruptions. Although reporting from on the ground inside of Belarus is no longer possible due to safety and security concerns, RFE/RL Belarus journalists who were forced to flee Belarus are beginning to work from just across the border in Vilnius. RFE/RL Belarus is working to improve interaction with Belarusian audiences. The addition of a small studio in the Vilnius hub will allow the service to expand its digital video offerings, from visual news explainers to video interviews and discussions.

Current Time also intends to use the Vilnius hub as a base of operations for a new reporting project for Belarusian audiences in Russian. Current Time will launch special Russian-language output specifically for Belarus from Vilnius to complement the journalism produced in Belarusian by RFE/RL Belarus staff also based in Vilnius. The goal of Current Time Belarus is to reach Belarusian audiences in and outside Belarus with mission-driven content in Russian.

### Achieving Impact through Investigative Reporting

Investigative reporting across RFE/RL's language services serves to reinforce democratic principles by exposing corruption, malfeasance, and misconduct. In Central Asia, RFE/RL's reporting frequently highlights corruption, holds governments to account, and has even led to United States sanctions against officials engaged in abuse of office. The pace of publication of RFE/RL's investigations is accelerating despite journalists and staff being subjected to legal actions and physical attacks in retaliation for their reporting. "Schemes," the investigative reporting team of RFE/RL Ukrainian, pivoted their operations at the start of the war in Ukraine to focus on investigations of important war-related topics in addition to their usual anti-corruption programming. Investigations that were picked up by top Ukrainian and international media outlets examined satellite imagery showing newly dug graves west of Mariupol where thousands

of bodies might be buried, and families in Russia who could not locate their sons after the sinking of guided-missile cruiser Moskva off of occupied Crimea.

One RFE/RL investigation that had major impact in FY 2022 was an RFE/RL and "Schemes" exclusive that revealed that many of the Russian soldiers fighting in Ukraine were receiving their military pay and combat bonuses through a Gazprom-affiliated bank that has evaded western sanctions. The piece drew strong public reactions from the Ukrainian Foreign Ministry and United States lawmakers who called on Washington and Brussels to close loopholes in the sanctions regimes.

RFE/RL has launched Systema, a high-profile Russian-language investigative team, in the new office in Riga that will work on standout investigations in Russian. The team will also visualize the investigations for social media and for the Current Time network. This initiative is staffed by a unique first-class investigative team whose work will be supported by a strong marketing and distribution backbone to ensure that it can be professionally distributed not only on all media platforms of RFE/RL's Russia-focused teams but also with all possible partners and affiliates, thus amplifying its impact.

**Engaging Iranian Audiences**

Iranians turn to RFE/RL's Farda on digital platforms, satellite TV, and radio for objective, professional reporting that fact-checks and analyzes the leading stories of the day and for the opportunity to engage in responsible, robust discussion of stories that are not fully covered by media inside Iran. Despite being officially blocked within Iran, Farda received 184 million visits to its websites and news app as well as 2.5 billion video views across social media networks in 2022. Notably, despite being barred from any official reporting presence on the ground, Farda is one of the few news organizations that effectively provides Iranians with hard-hitting video footage of the realities of life inside their own country. In the past year alone, the subjects of these videos included extreme poverty in Iran's remote provinces, corruption at the highest levels of the Revolutionary Guards, and the smuggling of medicine from Iran to Afghanistan.

The ongoing protests in Iran triggered by the regime's killing of 22-year-old Mahsa Amini have largely been youth-led, and, as Farda nears 20 years of operation, it has seized upon the opportunity presented by the protests to reassess and restructure Farda in an agile way to best meet the needs and

expectations of young Iranians today. For 18 to 25 year olds in Iran, the new Farda will be the freshest, most insightful source not only of news with a different and youthful take, but also the go-to place for creative journalism they cannot get elsewhere. Coverage from an expanded network of reporters outside Iran will offer a first-hand look at real issues on the ground, as well as a window on the world and a global conversation that lets young Iranians talk with and see how their peers – Iranian and non-Iranian alike – approach similar life issues and challenges. Consumers of Farda output will feel informed, entertained, and know more about life in the rest of the world.

Like the generation it is targeting, the new Farda will be digital first. The focus of Farda operations will be an on-demand news format for such key platforms as Instagram and TikTok that fills a gap in the market and highlights Farda's more youthful feel and approach to younger Iranians. The Farda Instagram feed will feature the latest video and audio journalism from Farda tailored for the platform while a range of other digital and subscription products will be developed.

Farda will help young Iranians reconnect with the rest of the world and break through the confines of the Islamic Republic. In addition to exposing the realities of life in the Islamic Republic, Farda will show young Iranians life in democratic countries and in more open Muslim societies. The audience will also get more "news you can use" through additional explanatory journalism and engage more with their peers through call-in shows and vox pops.

Farda will maintain its 24/7 audio operation, but it will evolve into a digital stream with streamlined output and significantly enhanced to yield a mix of live programing, news bulletins, and a new generation of creative and entertainment content for young Iranians. The mix of music and news remains a key competitive advantage for Farda in the market. Traditional TV broadcasting has been eliminated since other international media in Persian maintain large television operations. The focus of the TV team is shifting to production of shorter live and on-demand video products for Instagram to fill in the missing gaps in the market and to provide updated journalism around the clock.

**Continuing to Serve Audiences in Afghanistan**

Because RFE/RL anticipated many of the challenges it now faces in Afghanistan following the Taliban takeover, RFE/RL and its Afghan Service, known locally as Radio Azadi, are well-poised to face the future and implement a comprehensive strategy for audiences in the country. Azadi continues to offer a varied range of journalism to its audiences inside of Afghanistan. Focused coverage of issues affecting the women of Afghanistan provides them the voice they are now denied under Taliban rule. In response to the Taliban's restrictions on girls' education, Azadi quickly implemented a radio-based school curriculum for girls covering a range of classroom subjects. Azadi also carries targeted counternarcotics programming funded by the Department of State. Keenly aware of the need to reach Afghanistan's young population, with some half the country born since 9/11, Azadi has embraced the platforms most favored by Afghan urban youth who will soon be Afghanistan's decision makers by deepening its digital offerings, even as it strengthens its radio offerings for rural youth who have less access to the internet and social media.

In addition to dozens of calls to its daily listener phone-in shows, Azadi receives hundreds of voice messages a day on a WhatsApp channel that it opened after the fall of Kabul to remain connected with its audiences, maintaining the trust and high level of engagement of Azadi's listeners. In addition, despite increasingly harsh restrictions on communication and the press inside Afghanistan, Azadi still obtains original videos on critical issues that impact people's daily lives.

The Azadi journalists who were brought out of Afghanistan have continued to report fresh news and analysis without skipping a beat, drawing on their extensive connections in-country. Azadi is implementing well-laid plans to reach ever new audiences and help a youthful country face a future of unprecedented change. Following the discontinuation of local rebroadcasting on FM and AM inside of Afghanistan, TSI arranged for Azadi programming to be carried on a new AM transmitter. Since the new frequency will only be audible during hours of darkness in Afghanistan, Azadi has completely overhauled its radio schedule to begin broadcasting 24/7 replacing the previous 7:00am to 7:00pm schedule in order to best serve local audience and provide live programming at night.

**Increasing Digital Engagement**

RFE/RL will also open a Digital Innovation Lab in Riga. A group of editors based in Riga will work with RFE/RL language services to quickly test and evaluate new storytelling formats, platforms, and tools so that they can be later scaled across the organization. Digital Innovation Lab staff will evaluate new ways to gather and secure information, contact sources, and measure success. They will collaborate with language services to test emerging trends in platforms, storytelling, and tools for the benefit of all services and to reduce the costs of streamlining. RFE/RL will benefit immensely from these expected innovations since the Digital Innovation Lab will define best practices and workflows early as trends emerge and help RFE/RL become a first-mover while significantly reducing risks when experimenting with new platforms, storytelling formats, and tools.

**Conducting High-Impact Reporting**

RFE/RL will continue to take concrete steps to promote investigative reporting, efforts to counter disinformation, as well as reporting on PRC and gender equity.

RFE/RL will continue to expand its PRC-related reporting and develop the organization`s PRC expertise. PRC's influence and disinformation across RFE/RL's coverage area is increasing rapidly. From RFE/RL Kazakh producing a unique TV documentary on the first ethnic Kazakh woman-whistleblower who spent time in a Xinjiang political re-education camp to RFE/RL Balkan investigation revealing how Serbia spent $19.3 million on six Chinese-made military drones, RFE/RL provides increasing coverage of PRC's attempts to increase its footprint in the region – with a strong focus on the persecution of Muslim population in the Xinjiang region, as well as the export of surveillance technology. RFE/RL has teamed up with RFA to highlight both networks' reporting on this important issue through the joint project Locked Up in PRC. RFE/RL will continue to expand its focus on reporting about PRC across its coverage region during FY 2023.

RFE/RL strives to give a voice to minorities and other underrepresented groups. To that end, RFE/RL will enhance programming aimed at raising the profile of women's issues across its broadcast area. From Afghanistan, where achievements

in women's education and social rights are threatened, to Central Asia, where bride kidnapping, prejudicial law enforcement, and lapsed welfare systems have left girls and women vulnerable to abuse, violence, and neglect, women's issues share common characteristics across the RFE/RL broadcast space. As a result, women's programming has the potential to travel seamlessly across geographic borders and programming platforms, with the journalism acting as a force multiplier as it generates multi-country conversations and safe spaces for open conversation and problem-solving. Improved packaging and distribution strategies will also help RFE/RL reach potential female audiences across its target space, enabling not only the promotion of gender parity but also larger and more diverse audiences. RFE/RL is also launching a cross-regional Central Asian project to provide information support for the countries' more than 16 million labor migrants, as well as a Ferghana Valley bureau to provide objective news and information to a strategically sensitive region that is heavily influenced by Russian media.

**Ensuring Safety, Security, and Continuity of Operations**

RFE/RL will ensure that physical and digital security efforts are intertwined and fully resourced across the organization, allowing RFE/RL to provide the highest level of protection to the company and staff and to quickly react to detected risks and threats. RFE/RL will prioritize the safety and security of employees and freelancers. In cases where journalists come under pressure or harassment, RFE/RL will leverage all possible resources to assist them.

## Notable Program Changes

The increase of $8.756 million to RFE/RL's FY 2024 budget will allow RFE/RL to improve its operations in a number of critical areas.

$5.67 million for countering Russia's disinformation will allow RFE/RL to produce additional journalism in the News Division. Much of the funding will be used to expand journalism provided by the Russian-language Current Time TV and digital network and content offered by RFE/RL's new Russian-language video on demand service, Votvot. In addition, the News Division will introduce a new branding package, expand training to staff, and provide other improved tools to RFE/RL journalists.

# Radio Free Asia (RFA)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $ 62,256 | $ 63,000 | $ 68,783 |

## Overview

RFA's mission is to provide accurate and timely news and information to Asian countries whose governments prohibit access to a free press. RFA is a private, nonprofit, non-federal entity, funded through, and operating under, a grant agreement with USAGM. RFA has a legislative firewall that bars interference by United States government officials in the execution of RFA's mission of providing reliable journalism to audiences otherwise deprived of the uncensored, accurate press.

In Asian countries that restrict free speech and freedom of the press, RFA serves as surrogate media, filling a gap left by a lack of independent, domestic media. An estimated weekly audience of nearly 60 million people living in these places relies on RFA's content and programming in Burmese, Cantonese, Khmer, Korean, Lao, Mandarin, Tibetan, Uyghur, and Vietnamese on shortwave, medium wave, satellite television, online through websites, and applications and social media platforms. In addition to providing audiences with accurate and timely local news, information, analysis, and commentary, RFA also serves as a public forum fostering open dialogue and debate on sensitive topics otherwise censored in its markets.

In FY 2024, RFA will increase its efforts to frame the narrative on PRC and its global influence and to continue upgrading RFA's technical infrastructure for modern media production and secure digital communications. RFA will use its $68.8 million budget to generate critically needed, high-quality journalism

that engages audiences through attractive and effective content online and on air, producing and delivering that content effectively. Increased funding from FY 2023's Enacted Budget allows RFA to keep pace with inflation while also significantly expanding staffing critical to digital strategy, online products, and technical efforts to provide a comprehensive push to break through PRC's continuously strengthening Firewall and keep audiences and sources safe.

As PRC's leadership aggressively exerts control over Hong Kong society by continuing the mass internment of ethnic Uyghurs and the destruction of their language, religion, and culture, and partners with Russian leader Vladimir Putin, providing an economic, political, and propaganda lifeline during Russia's brutal war in Ukraine. RFA decisively advances its three-pronged strategy to counter PRC's propaganda and disinformation by:

1. Challenging Beijing's insistence on "media sovereignty" internally within PRC;

2. Providing powerful alternatives to PRC-influenced overseas Chinese diaspora media; and

3. Countering pressure campaigns to craft narratives favorable to PRC globally.

In FY 2024, RFA will continue to focus on the first two strategies while increasing its focus on the third. RFA's aim, with the necessary resources, is to establish the infrastructure for a "Ring around China," pushing back on the information space in countries and regions where PRC has moved most decisively in its Belt and Road Initiative (BRI).

In FY 2024, RFA will:

1. Continue to build on efforts to expose PRC's influence in core RFA target countries and expand reporting on Beijing's security and influence operations in other neighboring countries and in the Asia Pacific region.

2. Utilize RFA's fully staffed new investigative and fact-check units to build on Chinese domestic projects and move decisively into probing Chinese Communist Party (CCP) false narratives and PRC's influence in neighboring Southeast Asia;

3. Continue to invest and utilize the new operational base established for

RFA Uyghur and double Uyghur broadcast hours, establishing a strong physical presence in the Uyghur diaspora;

4. Document the lives and freedoms enjoyed by Hong Kong residents before the implementation of the Beijing-supported National Security Law and build new reporting capacity among those who have fled the former colony;

5. Augment its award-winning Global Mandarin WaiNao/WhyNot brand;

6. Solidify English newsgathering and editing teams in Asia;

7. Enhance multimedia storytelling capacity in Asia and Washington, DC; and

8. Continue to invest in RFA's office footprint in Taipei, Seoul, Hong Kong, Dharmsala, and Melbourne while considering adding a bureau in Indonesia to support our language service divisions further.

Information technology (IT) modernization is the lynchpin to RFA's future goals and mission success. In FY 2024 will continue to build on its technology and infrastructure improvements by:

1. Expanding the implementation of new multimedia workflows using up-to-date Digital Asset Management (DAM) and CMS;

2. Securing safe communication channels against attacks from hostile actors;

3. Building on audio expertise with infrastructure that facilitates the production of contemporary programming and buzz-worthy podcasts for current and new podcasts;

4. Continuing expansion of video production infrastructure; and

5. Maintaining infrastructure to ensure optimal functionality and support RFA's expanded workforce.

## FY 2022 and FY 2023 Highlights and Accomplishments

In FY 2022, the transformative power of a late-year $14.7 million budget increase provided an extraordinary opportunity to launch two new editorial units, expand China services and build on creative multimedia production efforts and acquire systems to modernize RFA production capabilities. Expansion efforts focused on reframing the narrative on PRC and its global influence. In carrying this out,

RFA shifted some operations to Asia and established a new bureau in Melbourne as a new operations hub. Initiating this broader expansion involved a series of significant editorial and technical activities at end of FY 2022 and early FY 2023.

On the editorial side, the activities included:

1. Launching a new investigative unit to expose malfeasance through in-depth reporting;

2. Creating a fact-checking unit to counter falsehoods in real time;

3. Building language service and Global Mandarin capacity and expanding staffing for support services;

4. Expanding RFA's China services with a special focus on Uyghur and Cantonese services as well as the award-winning global Mandarin WaiNao/WhyNot brand;

5. Increasing reporting capacity in Southeast Asia to cover PRC's growing footprint in the region;

6. Enhancing and expanding English capacity both in headquarters and in Asia to enhance depth and help facilitate coordinated coverage across language services;

7. Adding key positions to RFA's Creative Multimedia Team; and

8. Establishing a new bureau in Melbourne, Australia, to expand coverage of Oceania and diaspora activities.

On the IT modernization expansion side, RFA's late-year accomplishments included:

1. Launching an overhaul to its multimedia workflow with significant investment in DAM and CMS;

2. Investing in video production infrastructure;

3. Upgrading audio infrastructure for current programming and new podcasts;

4. Maintaining and upgrading existing infrastructure to ensure optimal functioning for an expanded workforce; and

5. Increasing investment in cybersecurity and physical security.

Throughout FY 2022 and FY 2023, RFA's exclusive multimedia coverage fulfilled its surrogate mission to provide news and information otherwise unavailable to audiences. The strong impact of RFA's coverage demonstrated the importance of this mission during the multiple crises of FY 2022 and FY 2023.

For audiences in mainland PRC and Hong Kong, RFA was at the forefront of covering protests against PRC's draconian COVID-19 lockdowns, tensions in the South China Sea, and the last gasps of political freedom in Hong Kong.

RFA's Mandarin, Cantonese, and English services were critical in covering the spontaneous "white paper" protests that rose up against CCP lockdowns and censorships in January 2023. RFA exclusively interviewed a former broadcaster with Chinese state media who discussed how authorities suppress social media posts, including about the protests.

RFA's consistent focus on the human and economic impact of PRC's COVID-19 pandemic lockdowns included video coverage of an uprising at a factory producing Apple and Tesla products. In May 2022, more than 100 factory workers overwhelmed security guards clad in protective gear and rushed through the factory gates at Quanta Shanghai Manufacturing City. With rumors swirling of positive COVID-19 cases on the campus, workers feared being locked inside the facility. RFA captured the altercation on video which was cited by Reuters, Bloomberg, and Business Insider.

RFA's coverage of PRC's increasingly aggressive activities in the South China Sea demonstrated how Beijing is rejecting international consensus around maritime claims. Most recently a Chinese vessel used a laser to temporarily blind the crew of a Filipino Coast Guard ship. RFA and BenarNews kept a consistent focus on daily developments and what they suggest about geopolitical changes in the South China Sea and Oceania.

RFA's coverage of Hong Kong grew in prominence and importance as the last independent media outlets were shuttered in the last days of 2021, exposing the hollowness of the CCP promise of "one country, two systems." RFA reporters were on the streets and in courts as Hong Kong's activists young and old continued to call out Beijing's attempts to control the former British colony. As the Beijing-backed government of Hong Kong began implementing the National Security



> *I am struggling for the right adjective here; essential, critical, like oxygen. Radio Free Asia, broadly speaking, plays an incredibly important role in bringing stories from the ground across Asia, and particularly in closed countries like China, to light, and often becomes sort of the first cut at international media taking up those stories.*



**Dr. Sophie Richardson**,
China Director, Human Rights Watch

Law passed by PRC's National People's Congress and prominent democrats and student leaders faced prosecution or fled, Hong Kong people turned to RFA Cantonese to tell their stories. When CCP Chairman Xi Jinping made a rare trip to Hong Kong to mark the 25th anniversary of the former colony's return to PRC, RFA provided an increasingly rare truthful account of the last two and a half decades. RFA was honored to receive Taiwan's Excellence in Journalism award for a video series highlighting how Hong Kong artists resisted incursions on freedom by the CCP-controlled government.

RFA Mandarin continues to serve as a platform for individuals and communities censored, oppressed, or otherwise ignored by the Chinese government. RFA Mandarin was awarded a National Murrow Award by the Radio Television Digital News Association for a video series examining the impact of PRC's financial market on its citizens. RFA also garnered two top prizes at the 25th annual Hong Kong-based Human Rights Free Press Awards - one for an RFA Mandarin audio series on tensions between the Vatican and Beijing over the appointment of Chinese bishops; and one for commentary writing on newly launched Mandarin-language website WHYNOT/Wainao, which targets young Chinese around the world. WHYNOT/Wainao also garnered an Online News Association award for its impactful feature on the "erased decade" of the modern Chinese feminist movement.

An essential source of independent news as Myanmar experienced tectonic shifts in its politics, RFA Burmese saw four-fold growth in its audiences since 2018. USAGM research (conducted via Gallup's World Poll in FY 2021) found that a quarter of Myanmar's adults consumed RFA content weekly. In February 2023, RFA marked the two-year anniversary of Myanmar's military coup by highlighting the drastic changes ordinary Myanmar citizens have experienced as the junta cracked down on opponents nationwide. The special report provided data documenting the scale of death and destruction since the military takeover.

In FY 2022, as authorities rounded up journalists, RFA reporters continued to operate, documenting the popular protests and military repression in twice-daily news bulletins. International media widely used RFA Burmese coverage of street protests and interviews with military defectors. RFA's investigation of a Myanmar soldier's cellphone in June 2022 documented the slaughter of 29 male villagers and crude exchanges among the phone owner's comrades bragging about the carnage. UN Special rapporteur on Burma and the director of Burma Campaign UK cited this multimedia story, which was picked by international media. Citing RFA, Human Rights Watch called for an investigation of the incident by the International Criminal Court.

RFA Uyghur was a primary source for news on the detention of millions of Uyghurs in internment camps within PRC's Xinjiang Uyghur Autonomous Region (XUAR), which the United States government labeled a genocide. Despite the detention of RFA Uyghur reporters' families since 2017 and ongoing direct threats, RFA Uyghur continues to serve as the most credible news source on the Chinese government's crackdown. In FY 2022, RFA Uyghur sounded the alarm on the threat COVID-19 poses for crowded and unsanitary internment camps and exposed how Uyghurs were sent to PRC's factories to work during the height of the pandemic. Western media outlets echoed the shout-outs by human rights groups, Members of Congress, leading administration officials, multilateral organizations, and academics who have long credited RFA with revealing the mass Uyghur detentions. In April, the CCP government singled out RFA's Gulchehra Hoja during a press conference aimed at demonizing Uyghurs abroad who have spoken out about atrocities in XUAR. Washington Post opinion editor Fred Hiatt described the treatment of Hoja as PRC "intensifying the third phase of its genocide denial."

RFA Uyghur continues to produce exclusive radio and television interviews with internment camp survivors and broadcast reports confirming PRC's attack on the Uyghur language, culture, religion, traditions, customs, and values.

## FY 2023 and FY 2024 Initiatives

Capitalizing on RFA's strength in producing quality content through collaboration, RFA in late FY 2022 launched cross-company investigative and fact-checking units for PRC and increased efforts to modernize production

focusing on cataloging digital assets, upgrading multimedia workflows, increasing the use of creative multimedia content, while aiming for compelling storytelling online both visually and through radio broadcasts and podcast platforms. RFA moved decisively toward expansion of its news gathering and production capacity in Asia and upgrading to English news reporting to facilitate broader and more nimble collaboration across the company. With well-tagged, in-depth, high-quality content, RFA aims to maximize impact to fulfill the RFA mission in increasingly challenging environments, confronting false narratives from PRC, maintaining a focus on deteriorating rights conditions in Hong Kong, exposing abuses in Xinjiang and Tibet, and holding the Burmese Tatmadaw accountable as citizens continue to resist military rule.

**RFA Investigative Unit**

In FY 2024, RFA plans will increase its production of compelling and impactful content by launching an investigative unit tasked with probing PRC's activities throughout RFA's target region and beyond. This skilled team will dig deeper into documents, satellite photos, communications, and personal statements to expose truths about both activities within PRC and PRC's activities abroad. RFA's past efforts have shown the power of focused investigation fostering collaboration between reporters from multiple language services; contracted specialists in military hardware, satellite imagery, Chinese government and business documents, climate, and environment; and multimedia experts capable of presenting exclusive content in the most attractive, engaging way that modern audiences expect online. In FY 2022 and FY 2023, RFA began by assembling the team, hiring 12 full-time staff including a unit director, reporters, and specialists in data journalism, graphics, video, and editing. This multilingual unit works on issues within the PRC, including Tibetan and Uyghur issues, as well as in Southeast Asia and abroad. Its long-form investigative pieces; verification of information using public records, corporate records, social media, and satellite imagery will be presented in attractive visual and audio formats. This multilingual team will publish and post simultaneously in English and other relevant languages wherever possible.

**RFA Fact Check Lab**

In FY 2024, RFA will expand the work of its Fact Check Lab to provide powerful, credible, and timely response to false narratives perpetrated by the CCP and disseminated in media influenced and/or controlled by Beijing. With staff both in DC and in Asia, the Fact Check Lab will track CCP influence in Chinese-language media in RFA target areas, where PRC has invested heavily to reshape the media landscape country by country. The Fact Check Lab will closely monitor discussions on the most popular social media for Chinese, including Wechat, Line, Twitter and Tiktok. Building an authoritative brand, the Fact Check Lab will challenge disinformation that distorts local politics and discussions within Asian societies and expose the CCP's false narratives influencing perceptions of the United States and PRC, or activities in the South China Sea, relations across the Taiwan Strait, Taiwan elections, or Russia's war in Ukraine. In FY 2022 and FY 2023, RFA built the unit and launched its work, building toward the establishment of a full multilingual fact-checking brand for respected and reliable news with its own online presence in FY 2024.

**Expansion of China Services**

In addition to PRC-focused reporters embedded in the new investigative and fact-checking units, RFA added new full-time positions within existing language services for the PRC in FY 2022 and FY 2023.

RFA Uyghur will have a total of nine new staff, including in positions in Turkey where RFA plans to expand its reporting on the large diaspora community there. RFA Uyghur will continue to broaden its current programming from radio to podcasts, social media, and online videos to incorporate stories that inspire and induce discussion among newsmakers, experts, and the general population. RFA Uyghur will produce more video, audio and infographic content for social media platforms which have proven to be very popular and widely shared among the Uyghur exile community. The service will continue its investigative feature series that showcases the Uyghurs' struggles to protect their identity, culture, and lives in today's XUAR.

RFA will expand the Cantonese service adding eight new positions to continue providing reliable news to Hong Kong residents and Cantonese speakers globally. As Hong Kong's last independent news media outlets (including Apple Daily and Stand News) have been shuttered, RFA Cantonese will increase its sharp focus on deteriorating freedoms in Hong Kong, working with social media influencers and the tens of thousands of residents who have fled Hong Kong since PRC imposed its repressive national security law. Additionally, RFA will begin efforts to record recent Hong Kong history as the former colony approaches the 25th anniversary of the British handover of Hong Kong to PRC.

In FY 2024, RFA Tibetan will continue to produce in-depth reports inside Tibet on efforts to preserve Tibetan identity, culture, language, natural environment, and history, in addition to breaking day-to-day stories on the suppression of fundamental human rights. PRC's monitoring of Tibetans increasingly relies on the same digital technologies that are omnipresent in Uyghur regions. RFA is paying particular attention to the growing forced resettlements of nomadic Tibetans into urban areas and evidence of more invasive control of Tibetans outside the Tibetan Autonomous Region (TAR).

RFA's award-winning Global Mandarin WHYNOT/Wainao brand will build on its early successes providing new perspectives for young Chinese diaspora communities through production of documentary series, documentary films, an increase in engagement activities for its audiences. WHYNOT/Wainao will add a deputy director, audience engagement specialist, and three content producers, including one in Taiwan.

All RFA China services will increase focus on social media, well-produced and informative videos and shareable content. To expand the impact of RFA's unique and exclusive reporting RFA's China services anticipate greater participation in academic roundtables and speaker series throughout the Chinese-speaking world, from Taiwan, Singapore, to Chinese diaspora communities around the globe. RFA's China services will aggressively expand social media content and engagement (Facebook, YouTube, Instagram, Telegram, and Clubhouse) and work collaboratively with other RFA services on PRC's activities abroad.

**Added News Gathering Capacity for Southeast Asian Languages**

PRC's propaganda strategy targets key overseas populations with native language content customized to their target audiences and products designed to create pro-CCP mindsets in target regions. Through digital media Southeast Asian languages, RFA will expand its focus on PRC-related issues that concern targeted groups and present an objective, fact-based view of PRC's activities - particularly in Southeast Asian countries. This approach was the basis for RFA's pilot project China's Reach launched in 2018 which counters CCP narratives in English and eight other Asia languages. Topics include PRC's investments, cultural exchanges, loan programs and political engagement.

In FY 2024, RFA will add eight positions in its Southeast Asian services to enhance PRC-related coverage and expand its impact online.

RFA Burmese will increase work with recently arrived RFA reporters who fled the country following the brutal 2021 coup. The service will focus on sustaining its reporting capacity, as military rulers increase attacks on journalists. Plans include hiring a Mandarin-speaking reporter in the country. The service will continue coverage of all regions of Burma, filling the breach left by domestic news media that were forced out of the country or off the air because of a ruthless crackdown by the military junta after the February 2021 coup. Within the constraints presented by a highly challenging security environment, RFA Burmese will look to recruit more reporters in-country for news-gathering, while expanding its production capacities in Washington, DC, to serve a growing audience on shortwave radio, online and on TV broadcasts. Since June 2021, RFA Burmese's daily television news broadcast and magazine program *Here & Now* have been transmitted via the "Ludu Meitswe" channel, now available on Thaicom 6 satellite.

RFA Khmer will continue to focus on its much-watched daily news broadcasts that aim to hold the increasingly authoritarian government of Prime Minister Hun Sen to account, and scrutinize his administration's tightening embrace of PRC. The service also will enhance efforts to tailor content for social media. The service also plans to add contractors in Australia. As Cambodia heads toward local and then national elections in 2023, RFA will look to recruit more reporters in-country and provide more rolling coverage of events across Cambodia on its social media feeds. RFA will also explore opportunities to reopen an office inside the country if conditions permit and seek the resumption of its broadcasts on FM affiliates.

In FY 2024, RFA Lao will intensify its coverage of PRC's growing footprint in Laos, which was deepened by the opening of a high-speed China-Lao railway in 2021. The service will produce more video content and also strengthen its economic reporting to inform its audience about the impact of Laos' mounting debt to PRC, including for dams that are altering the ecosystem on the Mekong River. Plans include the addition of a social media specialist, an additional Mandarin-capable reporter in Bangkok, increased reporting inside Laos by Bangkok-based reporters.

In FY 2024, RFA Vietnamese will work with RFA's regional South China Sea correspondent to bring more exclusive coverage of territorial and maritime disputes with PRC to a Vietnamese audience. The service will continue to use online video and its popular social media feeds to highlight the plight of people who are punished by the government of Vietnam for free expression, and will provide a platform for bloggers and commentators who still choose to exercise that right.

### RFA Korean's Ongoing Efforts

In FY 2024, RFA Korean's in-depth news team will continue to build its networks within North Korea, exposing conditions faced by citizens under severe COVID-19 pandemic restrictions. RFA Korean will leverage its position as a major source of trusted news and information to audiences in the DPRK to keep citizens informed about issues of interest that have relevance to their daily lives. Detailed initiatives include highlighting the important role played by North Korea's younger "Jangmadang (market) Generation," expanding the use of sources inside PRC, including adding freelancers in the border areas and making more use of ethnic Korean media sources inside PRC. The in-depth news team will collaborate with RFA Korean's new video team using infographics, photos, and illustrations with news content and feature stories to create content specifically tailored for popular Korean domestic social media platforms in addition to YouTube, Facebook, and over-the-top apps.

### Expansion of English Newsgathering and Editing in Asia and Washington, DC

While RFA's primary audiences consume content in Asian languages, English reporting capacity is critical to facilitate both effective coverage of Asian issues and cross-language communication among RFA's language services. In FY

2023, RFA will add English-capable staff positions in its Asian bureaus and in Washington. In Asia, Anglophone staff will edit content for its nine language services and post social media content in English on Asia time. Increased editing capacity in Asia also will improve the timeliness of content for primary audiences. New English-capable editors will improve communications across RFA's language services and facilitate faster translation to bring RFA's exclusive content to wider audiences in more target languages. In Washington, DC, additional English-capable staff will improve Asia-related coverage, increase production of high-quality English feature content, and expand availability of these materials to all RFA's language services.

**Creative Multimedia Team Expansion**

To maximize the impact of exclusive reporting and analysis and break through to competitive social media spaces, RFA will expand its multimedia capacity in FY 2024. While information is tightly controlled, Asian audiences are consuming attractively produced and engaging multimedia content on modern platforms. Contemporary content platforms provide the opportunity to engage audiences using a variety of innovative narrative techniques, including immersive features, data visualization, original digital video and podcasts. Furthermore, PRC's closed society makes RFA reliant on creative experts, such as those who can map or graph critical information uncovered in investigative work in an effective and engaging manner. In FY 2024, RFA will expand personnel for multimedia production, graphic design, motion graphics, data visualization, web development, and multimedia project management.

**Management Capacity Expansion**

RFA's FY 2022 game-changing editorial expansion requires additional editorial management support to facilitate effectiveness and to ensure RFA maintains the highest standards for journalism. In FY 2023, RFA added a Standards Editor to help adjudicate difficult editorial decisions and help shape the agenda for journalism training for RFA staff. In FY 2023 and FY 2024, RFA will add a senior director for Digital Newsroom Operations overseeing digital strategy and the DAM team, a director for Digital Products to coordinate the multimedia efforts of

creative, video, and podcasting personnel, and a social media lead to ensure that RFA's approach to social media breaks through to audiences in all target areas and all RFA languages.

**IT Modernization Investments**

To break through and connect with audiences in RFA's competitive markets, RFA staff must be able to make full use of archived materials as well as current reporting across language services. These materials must be tagged and described in ways that maximize audiences reached through search and social media algorithms. Current broadcast facilities require upgrading to support staff expansion and to ensure full and effective functioning, as RFA moves toward podcasts, social media video and other multimedia products. In FY 2024, RFA will launch a modernization effort that will help RFA make significant headway in accomplishing these goals.

**Investment in DAM and CMS**

In FY 2022 and FY 2023, RFA launched a multiyear effort to build modern DAM and CMS systems by hiring core staff, making initial hardware investments, and beginning cataloging work. Using investments in FY 2024, RFA will expand beyond core positions to provide the benefits of this DAM system to the full organization, improving production workflow and attaching metatags on ingest. For production, a modern DAM system will facilitate building substantial and compelling multimedia stories efficiently. This means RFA has ready access to archival and current visual and audio elements to bring stories to life and provide depth and context to content. Externally, a modern DAM system will put RFA's extraordinary content before more end users, as effectively described and tagged content appears more frequently and consistently on search engines and via the algorithms of social media platforms. Similarly, a CMS with dynamic user permissions based on calendar, time, and content will facilitate content tracking, create clear approval systems, and provide a solid user interface for staff featuring solid multilingual capabilities.

Part of the cost of developing both DAM and CMS systems will be devoted to adapting systems to RFA's unique requirements thus RFA will hire CMS and DAM developers. These systems are critical to coordination of all RFA production activities and to producing media that is easily searchable.

**Investment in Video Infrastructure and Personnel - Upgrading Audio Infrastructure**

In FY 2022 and FY 2023, RFA has invested in video infrastructure to help with the company's ongoing shift in focus toward multimedia production. Investments include upgrades to existing studios, including refreshing studios with new RFA logo branding and updates to current sets; updating software for screen capture-return, adding a remote feed system, adding camera kits, upgrading the audio board and monitors, and adapting radio studios for video production. RFA also will increase production personnel staffing for video.

RFA also has plans to replace completely current outdated audio consoles to allow for consistent quality production of ongoing radio programs and expansion of podcasts and other on-demand audio products.

**Other Support Systems**

RFA's dramatic expansion in editorial functions has required increases in support systems throughout the company. These include adding personnel in the departments of Human Resources, Communications, and Research, Training, and Evaluation. Additional funding will be dedicated to training activities for staff development and to ensure understanding of journalistic standards.

(page left intentionally blank)

# Middle East Broadcasting Networks

## Funding ($ in thousands)

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $ 107,642 | $ 106,590 | $ 110,764 |

## Overview

MBN is a private, nonprofit multimedia corporation that provides the United States with a direct line of communication with Arabic-speaking people of the Middle East and North Africa (MENA). As a reliable source of comprehensive, objective, and balanced news and information, MBN exists to showcase the democratic tradition and power of the free media. MBN is funded through and operating under, a grant agreement from USAGM. MBN is the only Arabic language programming funded by the USAGM targeting 22 MENA countries. MBN currently supports five media brands from its headquarters in Springfield, Virginia, its regional hub in Dubai, UAE, and bureaus in Washington, DC, Lebanon, Iraq, Egypt, Israel, Morocco, and Tunisia.

MBN's mission is "to expand the spectrum of ideas, opinions, and perspectives available in the media of the Middle East and North Africa; provide accurate, comprehensive, objective, and relevant news and information; and accurately represent America, Americans, and American policies. Through its multimedia broadcasts, MBN seeks to inform, engage, and connect with the region's people in support of universal freedoms." MBN's programming is broadcast via USAGM's transmission network, while MBN engages directly with audiences across its digital and social media platforms.

## FY 2022 and 2023 Accomplishments

Since the fall of the Kabul government in Afghanistan and Russia's invasion of Ukraine, MBN has been on the ground providing audiences with accurate and comprehensive news coverage and insightful context and background. Audiences across the MENA region have tuned in to MBN's platform to be updated and informed

as events unfold in FY 2022. Despite the tremendous operational challenges at its headquarters and overseas bureaus imposed by the global COVID-19 pandemic and supply chain disruptions, MBN continued to advance its mission across all media. As a result, news output, programming, and digital platforms were sustained and responded adequately to the challenges of an eventful year in the United States and the MENA. In furtherance of its mission, MBN excelled in its news coverage, launched new mission-driven programming, reformatted all radio programming to all news and information, re-established its digital infrastructure, and reimagined MBN's broadcast infrastructure.

Based on USAGM national surveys, MBN has a reach of 33.6 million adults in MBN's target region. MBN's broadcast and show production quality and content have resulted in numerous nominations and awards.

- November 18, 2021 — MBN's Creative Services team won gold at the Cannes Corporate Media and TV Awards for its augmented reality production showing the United States Capitol that was part of its 2020 United States presidential election coverage.

- November 19, 2021 – MBN's Creative Services team won bronze at Promax for its clever PSA that reminds viewers they need the whole story to understand what is going on around them. The Promax Awards are the world's top prize for outstanding achievement in marketing and design.

- April 7, 2022 – MBN is nominated for eleven 2022 New York Festivals TV and Film and 2022 New York Festival Radio Awards. New York Festivals TV and Film Awards and the New York Festival Radio Awards honors content in all lengths and forms from over fifty countries.

- April 27, 2022 – MBN won seven medals at the 2022 New York Festivals TV and Film Awards.

- May 24, 2022 – MBN won 25 trophies at the 2022 Telly Awards: 1 Gold, 5 silver, and 19 Bronze. The Telly Awards recognize the best work created for television and video across all screens.

- October 19, 2022—MBN's Creative Services team won the Silver Medal at the Cannes Corporate Media and TV awards. The augmented reality production depicting the impending environmental disaster of the Safer oil tanker off the Yemeni coast won in the Environmental, Ecological and Sustainability category.

- January 10, 2023 - MBN's newest podcast, *American Highlights* won the bronze medal at the inaugural Signal Awards, a competition honoring the best podcasts from around the world. The *American Highlights*[19] episode exploring Jewish communities in the United States won for Best Editing.

**Overcoming the Challenges of COVID-19 Pandemic**

In FY 2022, and to overcome the tremendous threats to MBN's operations caused by the COVID-19 pandemic and its variants, MBN has maintained its hybrid work policy and implemented regular home testing kits for its essential employees to avoid any interruption to its operations.

 National and international travel restrictions, and infections, significantly hindered operations, causing production delays, newsgathering challenges, and staffing shortages. However, the MBN staff's commitment and leadership sustained production and expanded it throughout the challenging and dynamic year. In addition, the editorial and technical staff dramatically shifted workflows to stretch the boundaries of remote work – creating production workflows, IT infrastructure, and paperless administration from scratch as the COVID-19 pandemic rooted deeply.

 At least 30 percent of global staff continued working from MBN facilities on each shift daily throughout the pandemic, primarily due to the demands of live television production. Although MBN took great lengths to enforce the Centers for Disease Control and Prevention as well as local guidelines to create safe environments, it could not avoid outbreaks, which affected nearly 30 percent of on-site staff. As a result, MBN pivoted dynamically at each turn to ensure operations, including but not limited to shifting broadcast locations on short notice, demanding extended staff schedules, and juggling workflows to accommodate missing members, including operationalizing managers and directors as needed.

---

19   https://podcasts.apple.com/us/podcast/ percentD8 percentA7 percentD9 percent84 percentD8 percentA5 percentD8 percentB6 percentD8 percentD8 percentA7 percentD8 percentA1 percentD8 percentA9- percentD8 percentA7 percentD9 percent84 percentD8 percentAA percentD8 percentA7 percentD8 percentB3 percentD8 percentB9 percentD8 percentA9- percentD8 percentA5 percentD8 percentB6 percentD8 percentA7 percentD8 percentA1 percentD8 percentA9- percentD8 percentA7 percentD9 percent84 percentD8 percentB1 percentD8 percentAD percentD9 percent84 percentD8 percentA9/id1602587951?i=1000555058401

**Showcasing America's Democracy in Action**

MBN continues to represent America like no other media outlet across the region. MBN's coverage of America, Americans, and United States foreign policy distinguishes it from its competitors in the MENA region. MBN continues to develop and produce weekly programming to provide audiences insight into American culture and institutions, including but not limited to:

- *From the Capital* – An hour-long weekday newscast that focuses on the latest news from the United States and its impact on the MENA region.

- *Decision Capital* – Providing analysis and context for United States foreign policy through a weekly panel presenting the breadth of viewpoints within America.

- *Inside Washington* – Tackling United States issues to provide an authentic perspective reflecting the values of freedom and democracy in action, hosting political pundits, journalists, policymakers and other leaders across the spectrum of American views.

- *American Highlights* – A 25-minute weekly non-political podcast that features topics about American democracy and history, American culture and art, and American social values and ideals.

- *Off the Beaten Path* – A new series unveiling America and Americans beyond the beltway, significant cities, and tourist sites, telling original Americans' stories.

- *Huna America* - A radio program aired twice weekly and focused on tackling the aspects of the American lifestyle. The show circulates on all three radio streams.

- *Melting Pot* - A series of 13 episodes showcases how the United States is a melting pot for ethnicities and migrants' cultures through three generations.

- Acquiring programs of compelling quality and distinguished content about American innovation and breakthroughs.

**Fighting Disinformation**

MBN consistently and critically provides news and information void of the inherent religious and political biases or disinformation agendas pervasive in media outlets across the MENA region. In FY 2022, MBN continued delivering balanced news and information through its 11 daily Pan-Arab newscasts,

three daily Iraq news shows, and daily live news analysis shows. In addition, production of a wide array of mission-oriented digital and television and video programming continued, including those focused explicitly on combatting disinformation:

- *Alhurra Investigates* – Original investigative reporting critical to advancing broader United States interests in good governance, counterterrorism, blunting extremist ideologies, countering the influence of regional and global bad actors, and promoting reform. In addition, MBN focused on Russia, Iran, and China (RIC) project. This initiative aims to counter the three nations' disinformation and propaganda flow to the Arab world.

- *Debatable* – Addresses and debunks fundamental religious interpretations in extremists' literature and their impact.

- *Did it Really Happen?* – A weekly digital pouch that debunks intentional online disinformation by combining thorough research with captivating visuals.  In FY 2022, MBN continued to broadcast programs to combat disinformation and promote government accountability, including:

- *$2 dollars* – Delving into policies that lead to poverty in the Arab world.

- *The Lebanese Scene* – Examining the foundational cracks in Lebanon's government and society.

- *In Iraqi* – Examining events of the day influencing Iraq government and society.

- *Word of Truth* — A weekly show that allows voices suppressed in the Middle East to be heard on controversial topics such as violations of human rights and personal freedom in the MENA region.

In FY 2022, MBN launched a new program focusing on female empowerment in the MENA region:

- *Together* – A weekly program that tears down stereotypes about women. Each week, it features one woman who has made extraordinary achievements in her life. Whether working in a male-dominated industry or being at the top of her field, Together focuses on how she got there and the people that supported her during her journey.

- *Haya* (Arabic for *Her*) — An hour-long program that addresses issues of concern significant to women with stories of empowerment and issues that women deal with in their lives. The program airs once a week.

**Rebuilding and Expanding Digital Foundations**

Although research shows that television is still a key media source for news and information throughout the MENA region, digital consumption is poised to outpace its prominence in many of the 22 target countries, particularly among younger audiences. As a result, MBN has begun repositioning its digital team and operations to ensure the quality, accessibility, and efficacy of programming in support of MBN's mission across all relevant digital platforms. As a result, FY 2022 was a year of transition and further evolution of MBN digital properties.

One of the top strategic priorities is to put high-quality, trustworthy Arabic content in front of people based on what they are looking for, making it easy to access, consume and share. However, before that, MBN will ensure that it fully understands its needs to deliver the content they want through the channels they use.

In FY 2023, MBN will continue to focus on the mandate to "empower through understanding." Of course, MBN wants people to turn to its content to provide context and analysis of what's happening in the news. Above all, MBN will keep playing to its crucial strength: producing unbiased, quality journalism, which is too uncommon in the target region. Not to mention the mandate to explain America to the audiences in the MENA region and produce United States content that reflects America and Americana.

MBN rebuilt its CMS this past year based on USAGM's Voltron technology platform as a starting point for refocusing and improving its digital content and strategies. Technical upgrades have helped increase the average past week visits to the Alhurra website in FY 2022 to more than three times the level in FY 2019. Besides experiencing a high engagement in many articles and videos, MBN understands that there remains much to do to improve the impact on the digital front. As a result, MBN will soon begin building its own software development tool (in Cairo, Egypt) to undertake the ambitious next phases of development and product innovation, which will include an extensive list of improvements, new features and functionalities to the existing products, as well as launching new ones.

In addition to filling its authorized positions delayed by the COVID-19 pandemic, MBN launched an external and internal review of the digital properties to inform its overall digital content strategy this year.

In partnership with USAGM, MBN has launched an OTT app to maximize the reach of its live streams and video-on-demand programming content. It is now available on five platforms that cover the vast majority of our target audience.

Beginning in FY 2022 and into FY 2023, MBN also tapped into the booming medium of podcasting to expand its reach and connect with new audiences, particularly women and younger professionals.

MBN will continue exploring new platforms and invest resources in producing additional original content, focusing on episodic, digital shows (in-house/in-studio original production).

**Improving Technical Infrastructure**

The technical response to COVID-19 pandemic challenges required many adjustments to IT and production policy and configurations to support remote work and social distancing. In FY 2022, MBN's multi-year broadcast infrastructure upgrade transitioned from conceptual to detail design, working through a value engineering process to ensure financial goals and honoring Agency requirements concerning Metadata standards, MAM system interoperability, file transport, and other vital sub-systems and functional components. With IP-based transport systems and software already in place, FY 2022 has realized economies in newsgathering costs.

In support of an ongoing or permanent remote work policy driven by lessons learned through the pandemic as well as a direct correlation to the success of MBN's new "Digital First" initiative, beginning with the change in distribution methodology for the Radio Sawa brand, MBN plans to implement the Virtual Desktop Infrastructure (VDI) globally which will:

- Support all remote work efforts globally.

- Allow multimedia journalists to promptly plan, produce, do post-production, and publish their content to the corporate MAM system and to MBN's CMS, web, and social media platforms for time-sensitive news content and content curation globally.

- Allow for standardization of equipment and workflow globally.

- Support future-facing scalable modalities across the network.

- Overcome unique geographic challenges with connectivity, communication, and bandwidth.

## FY 2023 Initiatives

MBN's role remains vital as the geopolitical struggles tear the MENA region. The regional influences, including Iran, Russia, and PRC, are competing for dominance. MBN will continue to strive to be the first and most reliable source of information about the United States and its foreign policy – and countering related disinformation – for its audience. In FY 2023, through internal resource reallocation, MBN will continue refining its content strategy to increase impact, focusing content on seven mission-driven priority areas. Reflecting MBN priorities, new digital and traditional media programs are planned for launch on and about diversity, gender equality, the MENA youth's pursuit of opportunity, United States innovation, and climate science. In addition, in FY 2023, MBN will expand on its initiative targeting Russia, Iran, and PRC by launching video podcasts under the investigative unit to counter the trio's disinformation in the Middle East and the United States worldwide. Furthermore, MBN will also enhance its presence globally by remodeling its offices and studios in Washington, DC, Tunis, Jerusalem, and Erbil. MBN will also open a new bureau in New York to expand its coverage from the United States to its audience in the MENA region.

### MBN Digital Overhaul

To drastically increase reach and engagement, MBN will continue to focus its content on reflecting MBN's defined priorities and modifying content delivery to retain emerging trends and preferences of the target populations. For example, MBN will increase the use of video journalism and will consistently produce compelling video stories using advanced digital storytelling techniques and the need for a digital media offshoot to target young millennials and generation Z through creating real-time online content and digital shows in new formats for the emerging platforms, such as TikTok, Snapchat, and Instagram Reels. In addition, a recent study across the MENA region found that "MENA is one of the largest markets for Instagram worldwide" and that "three Arab countries in MENA are amongst the top Snapchat markets worldwide, with users in Saudi Arabia watching more content on Snapchat Discover every day than any of the top ten TV channels." Another study by We Are Social showed that six of MBN's targeted countries have the highest rates of social media use vs. adult population including, the UAE, Libya, Bahrain, Oman, Lebanon, and Qatar.

Plans will reflect the internal reviews, external reviews, and available research.

In FY 2023, MBN will invest further in "mobile journalism" (MOJO) - particularly overseas- to provide standard MOJO kits to its reporters and train them on how to get the best out of this affordable, flexible, empowering, and discreet (and safer) way of creating content. Such kits will help multimedia reporters become "one-person bands" to boost efficiency and streamline content production and delivery without compromising quality. This will tie into MBN's digital-first strategy, allowing reporters to file digital and television reports simultaneously.

MBN will transform the three streaming services of Radio Sawa from the traditional FM/AM transmission to a fully digital live and on-demand streaming service by developing the State-of-the-Art Radio Sawa Application. MBN will start with Radio Sawa Levant and follow with Radio Sawa's streams to Iraq and Sudan. In FY 2023, MBN will launch four additional podcasts, following the two that debuted in FY 2022. The new podcast offerings will include a daily podcast highlighting current events in the region, providing additional perspectives to the day's news to give audience insights and context not found in other Arabic-language media outlets.

Additionally, MBN will produce three weekly podcasts. As the world deals with all of the physical, mental, and economic ramifications of the COVID-19 pandemic, one of the new podcasts will deal with mental health, providing discussions and tips to improve one's emotional well-being. The second weekly podcast will focus on innovations from the United States and around the world. Studies show that medical and technological advancements are among the most popular topics for Arab audiences. The final weekly podcast will highlight sports stories. It will go beyond the final score to tell the stories of the people involved in sports, their triumphs and challenges as they strive to achieve their goals.

In FY 2023, MBN will realize its technical infrastructure upgrade in many ways, such as improved operational flexibility and establishing Disaster Recovery (DR) methodology for distribution and production systems. In addition, other economies will be anticipated through a planned rework of network connectivity, implementation of cloud-based technologies, and fast, efficient, and centralized file-based and collaborative workflows.

# FY 2024 Initiatives

### Alhurra and Alhurra Iraq Visual Brand Overhaul

In FY 2018, MBN completely transformed Alhurra and Alhurra Iraq's brand and graphics across television and digital platforms. This transformation included updated logos of networks and programs, new live graphics, the new show opens, and new promos to ensure a uniform and visually appealing brand throughout the platforms. Following the successful rebrand, other pan-Arab networks followed MBN's lead and developed similar on-air and online visuals.

Beginning FY 2024, in tandem with the infrastructure and digital upgrades, the network will update and develop new graphics for Alhurra and Alhurra Iraq. The new visual brand will build on the FY 2018 success and reinforce MBN's reputation for creating innovative graphic elements. The updated visuals will be built with the "Digital First" mindset. They will migrate many digital visual trends onto Alhurra and Alhurra Iraq screens, such as faster-paced intros, dynamic transitions, and highly adaptable live graphics. In addition, MBN will utilize the full capabilities of its new technical setup and create stronger consistencies across MBN's visual output.

The update will include the use of new virtual studio technologies and visual analysis VRs which will be utilized by MBN's news coverage, programing, and digital segments. The use of VR will allow MBN to explain complex data and situations such as elections, financial, and new technologies through visually appealing graphics and presentations.

MBN will also increase the use of augmented and mixed reality inside the physical studio set and present explainer stories using the latest trends and technologies which translate to a more dynamic, faster paced, and more engaging news telling experiences.

Moreover, Alhurra and Alhurra Iraq will benefit from a complete promotional overhaul with a digital-first promotional strategy focusing on digital users, formats, and boosting strategies. The new promotions include mission driven promotions and news personalities campaigns to increase brand awareness and recognition.

With the visual and promotional update, MBN will launch a youth targeted marketing campaign in selected regions promoting the updated content, look, and offerings.

In addition, MBN is preparing to rebrand and remodel its studios and offices globally for the United States presidential elections and its 20th anniversary in 2024. Included but not limited to significant studio upgrades in Washington, DC, Erbil, and Tunis to serve its Television and Digital productions. During FY 2023 and FY 2024, MBN will also focus on increasing its regional coverage by adding more multimedia reporters in Saudi Arabia, Jordan, and Yemen.

## Programming in FY 2023 and FY 2024

### Digital Programming

MBN plans to launch a youth-focused digital-only brand, MBN Y. According to the Organization for Economic Cooperation and Development iLibrary, young people (under 30 years old) constitute more than 55 percent of the Arab population. MBN wants to attract that influential audience by creating content made by Gen Z, for their peers. MBN will begin MBN Y operations in FY 2023 and continue through FY 2024. This includes a video podcast MBN plans to launch called *Yalla Nekhy* (Arabic for *Let's Talk*) that will include young adults discussing social issues that impact Gen Z.

Building on the success of MBN's investigative programming, digital will produce MBN Zoom, a highly specialized digital (explanatory) journalism unit. This group of highly trained professionals will produce a series of in-depth, investigative reporting. It will take complex topics, such as corruption, human rights abuses and lack of personal freedoms, but simplifying them so that it is easy for audiences to understand in a digital format.

In FY 2023 and FY 2024, MBN will expand its coverage of "Solution-Based Journalism," which reports on solutions to social issues. This subset of journalism examines ways to change society for the better and create a better future. It focuses on how people are fixing issues, how they approach their work and achieve results. Experts believe solution journalism encourages audiences to act for the benefit all of society.

FY 2023, MBN will continue the transformation of Radio Sawa Iraq and Radio Sawa Sudan to be fully digital with significant enhancements to the news and programming content.

**Television Programming**

Starting in FY 2023, MBN will expand its TV programming lineup, adding 78 hours of original programming production throughout the year, including *My Dream, Your Dream* which targets the under-30-year-old audience and shares stories of when young adults did not give up and overcame hurdles to achieve their dreams. The compelling and news-forward programming lineup will continue with RIC projects under the Investigative Unit, unveiling Russian, Iranian, and Chinese wrongdoings and their impact on the world stage.

Other planning programs for FY 2023 and 2024 will deal with social issues including, Arab women in religion who serve as pastors, imams, preachers, and rabbis. Another program will highlight those people who do not fit what is considered "normal" in the region. It will profile people who choose to step outside the social norms of Arab society and those who were born differently from what is considered the "norm". This program will highlight tolerance and understanding of those who might be a little different. Food waste and climate science will also be the focus of new programming on Alhurra Television, to bring attention to these critical issues.

In FY 2023, MBN will relaunch Alhurra Iraq with a complete revamp of its programming. Iraqi content will increase from 35 percent to 50 percent of the grid. MBN will also increase Alhurra Iraq news coverage from two bulletins to five per day, while two of the news bulletins will be produced and broadcast through the new studio in Erbil. Alhurra Iraq's flagship discussion program *In Iraqi* will expand from five days a week to seven, providing audiences with analysis and context of the most important news story of the day. The Iraq-centric network will also launch a new weekend morning show that highlights NGO and individual's work to improve Iraqi society. Other new Alhurra Iraqi programs will focus on the stories of Iraqi youth and women, who are underrepresented in the local media.

United States television and digital content production starting FY 2023 and continuing through FY 2024 are targeted with an additional 64 hours of programming that profiles United States advances in innovation, environmental protection, and the leading United States brands in the Arab World. New programs will include one that highlights USAID to the Arab World, and the gender-equality program *Together* will profile American women who have made their mark on society. Another show planned to launch in FY 2023 is *Arab Origins*, which examines American cities named after Arab cities and their ties to their international counterparts. *Adam and Sara*, also planned for FY 2023, will compare how Arab and American young adults tackle issues that impact both of them.

(page left intentionally blank)

# Open Technology Fund (OTF)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $  27,000 | $  40,000 | $  47,514 |

## Overview

OTF is a private, nonprofit, funded through and operating under, a grant agreement from USAGM. In support of USAGM's overarching goal to inform, engage, and connect people around the world in support of freedom and democracy, OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that provide secure and uncensored access to the internet and counter attempts by authoritarian governments to restrict freedom online. Today, over two billion people globally use OTF-supported technology daily, and more than two-thirds of all mobile users have OTF-incubated technology on their devices.

To further its mission to advance internet freedom in repressive environments, OTF provides direct funding and support services to individuals and organizations around the world that are addressing threats to internet freedom, journalism, and human rights with technology-backed solutions. In order to fully support the technology development cycle, OTF provides resources through a variety of implementation mechanisms to enable tailored and comprehensive support to internet freedom projects. Because internet censorship technology and tactics are constantly evolving and adapting, OTF receives, reviews, and contracts projects on a continual rolling basis.

## Funds

OTF provides direct funding to support the applied research, development, implementation, and maintenance of technologies that enable censorship circumvention and enhance user security and privacy online.

- **The Internet Freedom Fund** is the primary fund through which OTF supports innovative global internet freedom projects. IFF projects are primarily focused on technology development and implementation but can also include applied research and digital security projects.

- **The Surge and Sustain Fund (formerly Technology at Scale Fund)** supports the large-scale circumvention and secure communication technology needs of USAGM's networks. The fund solicits technology solutions that help deliver content to audiences in information restricted environments and protects journalists and their sources. The fund also ensures that technologies used at scale by millions remain secure and effective.

- **Rapid Response Fund** provides emergency support to independent media outlets, journalists, and human rights defenders facing digital attacks. The support through this fund helps individuals and groups stay safe in repressive environments, regain online access, mitigate future attacks, and combat sudden censorship events. The fund also provides rapid support to mitigate new software vulnerabilities, including the development and deployment of emergency technical patches, to ensure that critical internet freedom tools remain secure.

- **The FOSS Sustainability Fund** is OTF's newest Fund, which works to ensure that free and open source internet freedom software projects and the communities that sustain them have the resources and support needed to maintain and secure these essential tools over the long term.

## USAGM Entity Support Program

To improve the digital security of USAGM networks and journalists, OTF provides direct internet freedom assistance, including technical audits and digital security trainings. Based on findings of these digital security interventions, OTF leverages resources available through its other funding mechanisms to support the networks' ongoing internet freedom needs, such as making USAGM websites and applications more secure and resistant to

censorship, providing customized and secure tip lines for sources, and deploying leading internet freedom technologies to ensure that audiences can access USAGM content despite increasing censorship.

## Labs

In addition to direct funding, OTF provides expert services to the internet freedom community at large through its four Labs: the Red Team Lab, the Secure Usability and Accessibility Lab, the Localization Lab, and the Learning Lab. OTF's Labs provide security code audits, usability assessments, engineering support, and the translation and localization of internet freedom tools into over 200 languages. These services ensure that the technologies incubated and supported by OTF are as effective, secure, and usable for USAGM audiences as possible. By coordinating the provision of these services through the labs, OTF is able to achieve large economies of scale and bring down the overall cost of providing expert support to internet freedom projects. These services are available to both OTF-funded projects, as well as other important internet freedom efforts, through applications associated with each lab.

OTF receives and reviews applications for funding through an open and competitive process. Much of OTF's success in supporting internet freedom is owed to its thoughtfully designed application process, which reduces barriers to entry, making funding more accessible to qualified individuals and organizations around the world. OTF's multi-stage application review process, through which successful applications are improved and refined, is managed by the OTF team and complemented by OTF's Advisory Council — a group of nearly forty technical, regional, and subject-matter experts from a wide range of relevant disciplines — who provide feedback, guidance, and rankings for all proposals.

## FY 2022 and FY 2023 Highlights and Accomplishments

As threats to Internet freedom continue to increase from repressive regimes deploying increasingly bold and sophisticated censorship and surveillance tactics, OTF maintains a critical role in protecting and advancing freedom online. With over 60 new projects supported, and dozens more receiving ongoing support, OTF initiatives continue to improve access to the uncensored, global

internet and online enhance privacy and security that enables free expression and promotes human rights.

**Surging Support for Circumvention Tools**

In response to the rise of politically-motivated censorship surges globally, the demand for secure, robust and trustworthy anti-censorship tools has skyrocketed. Over the last two years, use of OTF-supported circumvention tools has quadrupled. In response, OTF — through the Surge and Sustain Fund (formerly Technology at Scale Fund) — has expanded and diversified the number and types of circumvention tools it supports. Today, OTF-supported circumvention tools are used by over forty million people monthly.

Over the last year, these tools have proven particularly effective at responding to acute censorship surges, including in Iran and Russia. For example, the Iranian regime's severe blocking of the Internet following protests over the murder of Mahsa Amini led to tremendous growth in circumvention users in Iran, increasing the number of monthly active users of OTF-supported circumvention tools to over 30 million. These tools have proven to be vital information and communications links for the Iranian people since the start of the protests despite sophisticated attempts by government censors to block them. These tools have also ensured that the Iranian people have continued access to USAGM journalism. In fact, the vast majority of USAGM's online audience in Iran - over 90 percent - uses OTF-supported circumvention tools to access USAGM content.

In Russia, OTF-supported circumvention tools have also proved essential to helping the Russian citizens evade their government's imposition of technical censorship following the invasion of Ukraine. All OTF-supported circumvention tools experienced huge surges in use in Russia, from low-levels of usage prior to the invasion to over 8 million monthly active users collectively. In addition to supporting drastically increased adoption of traditional user-facing circumvention tools, OTF has also coordinated with USAGM on a number of circumvention techniques that do not require users to download anti-censorship tools, such as mirroring USAGM content via unblocked links. As a result of the mirrors program, visits to RFE/RL's websites in Russia tripled compared to pre-invasion traffic and have since stabilized to over 150 percent compared to pre-invasion traffic.

Building off these technical successes, OTF is now working to optimize support for these tools in light of their huge and sustained user populations. While OTF strives to develop new solutions to stay ahead of increasingly sophisticated adversaries, it is also vital that current user populations are supported and maintained.

### Combating Internet Shutdowns

OTF also helped combat the effects of internet shutdowns by supporting new communication and content distribution techniques. OTF is currently supporting an SMS-based platform that allows users to communicate securely with online services in the event of an internet shutdown, where internet-dependent communication tools will not work; improving the development of apps that can plug into Awala, a decentralized computer network which allows users to communicate during a complete shutdown and when technologies like VPNs cannot be used; and supporting a shutdown-resistant content distribution platform that enables anyone in a connected area to download pre-packaged content and serve it to multiple users in areas experiencing internet censorship or shutdown.

In Ukraine, OTF worked with local partners to deploy several shutdown-resistant technologies in anticipation of potential Russian government-imposed internet shutdowns. This entailed launching a federated network of ten servers, in nine Ukrainian cities, which offer decentralized communication services and tools. These servers are designed to remain accessible should external connectivity be restricted or cut.

### Leading Internet Freedom Research

Innovative technologies to evade censorship and surveillance rely on leading-edge research that unearths emerging trends. OTF continues to advance internet freedom research by supporting expert researchers through its Information Controls Fellowship Program (ICFP). Last year, OTF supported its ninth class [20] of ICFP Fellows who conducted critical research into the security and privacy

---

20   https://www.opentech.fund/news/introducing-the-2022-class-of-information-controls-fellowship-program-icfp-fellows/

vulnerabilities in applications used by at-risk populations, and explored novel censorship-evasion strategies. Projects included examining the data privacy and security practices of the WeChat client application and its proprietary transport encryption protocol, reverse-engineering pre-installed apps on devices in Mexico to expose security and privacy vulnerabilities, and investigating whether censorship is less effective over the network-layer protocol IPv6 for Tor bridges (relays to the Tor Network that are not listed in the public Tor directory) and if this can be exploited to improve the efficacy of bridges as a censorship-circumvention technique.

### Empowering Innovation

In addition to responding to surging demand for circumvention tools, OTF is also preparing for future challenges to Internet freedom. Through the Internet Freedom Fund, OTF-supported projects that play an essential part in improving mobile threat intelligence, secure communication, and VPN technologies. Innovative projects include a mobile surveillance monitor that fuses threat information from multiple sources to reveal the targets, sources, and nature of attacks to improve at-risk users' security postures; development of a new technological foundation for secure and private messaging that combines functional, privacy, and security features to address a variety of threat models; and a platform enabling systematic and automated investigation into the expanding and unregulated VPN ecosystem in order to inform practical regulations and standards, enforce accountability, and empower users to find more trustworthy VPN products.

### Responding to Internet Freedom Emergencies

Over the last year, OTF has successfully responded to numerous acute digital emergencies through its Rapid Response Fund with projects in Myanmar, Brazil, Iran, Russia, and Ukraine, among others. These projects ensure that vital news and information sites under attack can remain online and accessible and that targeted digital threats to journalists and human rights defenders are mitigated.

## FY 2024 Initiatives

In FY 2024 and beyond, OTF will continue its support for internet freedom by seeking improved technical solutions to pressing challenges such as internet shutdowns, further diversifying a robust suite of circumvention techniques to meet expanded global demand and developing better technical and community responses to increasingly sophisticated authoritarian digital threats.

In addition to OTF's focus on global internet freedom, OTF will further develop its close partnership with USAGM's networks through support to internet freedom technology solutions for the Agency via the Surge and Sustain Fund, and support for secure newsroom workflows and digital security interventions via the Entity Support Program. Feedback loops from frontline reporters and their audiences to developers creating the next generation of circumvention and security technologies will be further strengthened through these mechanisms for the benefit of both USAGM journalists, audiences, and the global internet freedom community.

In response to quickly evolving censorship and surveillance threats, OTF has identified a number of areas of focus vital to the defense of global internet freedom for FY 2023 and FY 2024.

**Sustaining Support for Circumvention Users**

OTF has long supported the research, development, and deployment of many of the world's most advanced anti-censorship technologies. This has resulted in a robust portfolio of tools that succeed even against the most technically advanced censorship regimes. However, in recent years the scale of global censorship has expanded dramatically. From Myanmar, to Russia, to Iran, more regimes are increasing the scale and sophistication of their censorship practices, driving more citizens than ever to turn to free and secure circumvention tools. In this context, OTF-supported technologies must find ways to not only defeat censorship technically but also manage huge global user bases.

As a result, OTF has announced a new Surge and Sustain initiative focused on responding to the financial and infrastructural challenges successful circumvention tools encounter in serving extremely large audiences. OTF

is also working to mitigate the challenges of scale by investing in more cost-effective decentralized circumvention approaches and more targeted publisher-side solutions which will uncensor specific content and remove the burden of circumvention technology adoption from the end user. This latter approach has already paid dividends in Russia where mirror sites of USAGM content have allowed millions of Russian users to access objective news without the need to download a VPN.

### Operationalizing Shutdown Resilience

Internet shutdowns continue to pose a significant threat to the abilities of journalists and human rights defenders, to document human rights abuses during periods of political crisis, as well as inhibiting activists and civil society from organizing and coordinating legitimate protests to hold their government accountable. Repressive states have been able to effectively deploy shutdowns in the last year to limit the flow of information during protest movements in Iran and during elections in Kazakhstan and Turkmenistan, while sustained restrictions continued to obscure ongoing human rights abuses in Myanmar and Ethiopia's Tigray region.

In recent years many of the key technical building blocks necessary to mitigate the worst effects of shutdowns, including a number of OTF-supported peer-to-peer and decentralized messaging and content distribution tools, have made significant progress. However, these technologies require unique deployment models and further usability and feature development to reach their potential to aid journalists and civil society communities stay connected and share information during internet shutdowns. OTF will support efforts to ensure that shutdown mitigation tools are field-ready, effective, usable, and easily available to at-risk users operating in a number of shutdown-prone contexts. Lessons learned through these deployments will in turn further refine and strengthen the development of shutdown resistant technologies.

### Protecting Free and Open Source Software

Free and Open Source Software (FOSS) is the foundation of the modern internet, and internet freedom tools around the world rely on these essential technologies to remain secure and effective. However, despite the critical role that open source

technologies play in the internet ecosystem, they are perpetually under-funded and under-supported. To help respond to this challenge, OTF has launched the FOSS Sustainability Fund to ensure that free and open source software projects and the communities that sustain them have the resources and support needed to maintain and secure these essential tools. To meet this end, OTF is dedicating more resources to the sustainability of the FOSS ecosystem by allowing projects to resolve technical and non-technical problems impacting the longevity and stability of the software, as well as other factors affecting software maintenance. This support includes maintenance to ensure their stability, the safety of their users, and their ability to adapt to continually evolving digital threats in diverse environments. OTF will support a variety of projects that reflect the diversity of problems in the space as well as different layers of the internet ecosystem such as core infrastructure, backend libraries, protocols, and utilities. In addition, this fund provides a unique opportunity for OTF to match OTF's Congressional funding with non-federal resources and deliver on OTF's mandate to maximize cooperation between public and private sectors.

**Enhancing Threat Intelligence Sharing**

The near-ubiquitous use of digital surveillance and censorship technology by authoritarian regimes has left civil society more vulnerable than ever. The few civil society organizations that are able to investigate and analyze new types of digital attacks are overworked, under-resourced and too often unable to quickly respond to the immense volume of new global threats. Despite some notable efforts, there continues to be an urgent need for coordination among civil society organizations to collect, analyze and ultimately mitigate digital threats and attacks. In order to effectively combat authoritarians' coordinated censorship and surveillance efforts, we must increase research capacity and facilitate coordination and information sharing among civil society.

OTF will facilitate better threat intelligence coordination within civil society by: strengthening and better equipping coordination networks to rapidly alert journalists, human rights defenders, and civil society organizations of new digital threats and share effective mitigation strategies; improving the capacity of regional and local networks to deliver last mile mitigations; increasing the

number of civil society actors able to identify new censorship and surveillance technologies and threats; supporting new and existing researchers to conduct in-depth forensic analyses of identified technologies and tactics.

# Broadcasting Capital Improvements (BCI)

## Funding *($ in thousands)*

| FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|
| $        8,412 | $        9,700 | $        9,700 |

## Overview

The BCI account funds large-scale capital projects, improvements, and maintenance of USAGM's global transmission network and digital multimedia infrastructure. TSI manages most of the BCI projects to benefit elements across the Agency and helps ensure that USAGM remains competitive in global media markets. For the Agency to fulfill its mission, USAGM must meet audiences on the broadcasting and technology platforms they prefer. As media markets have evolved over the decades—from shortwave and medium wave radio to FM, to television, to internet and social media platforms—USAGM must update its infrastructure and tools to keep pace.

The BCI account also supports capital projects managed by VOA, OCB, and the USAGM Office of Security. These USAGM offices will continue the support of essential technical operations in FY 2024 through carefully focused investments and maintenance of ongoing efforts in a number of critical areas. BCI funds support the capital and equipment aspects of these critical Agency efforts.

## FY 2022 Accomplishments and FY 2023 and FY 2024 Initiatives

USAGM continued to realign its global content distribution network, including its radio transmission assets, in order to serve audiences as effectively and efficiently as possible. A focal point of this effort has been to increase transmission capabilities at the USAGM Kuwait Transmitting Station (KTS) facility. KTS offers the lowest operating costs of all USAGM transmitting stations, and is strategically situated to provide excellent, more cost-effective service to

remaining direct broadcast audiences in Africa, the Middle East, and Central Asia. The project, which will conclude in FY 2024, will facilitate potentially closing or reducing the usage of other, costly transmission sites.

Utilizing previous funding from the Congress for the Kuwait expansion effort, TSI has constructed a short-range broadcast antenna for regional target areas so that a long-range antenna can be made available for longer-distance transmissions. In FY 2019, a USAGM request for proposals to install four new shortwave antennas in Kuwait had only one respondent, which was priced unreasonably high. USAGM negotiated with the respondent to reduce that price and entered into a contract to construct the new antennas at the start of FY 2021. This antenna expansion part of the project will be completed in FY 2023. The building expansion will begin by the second quarter of FY 2023 and require about eighteen months to complete. In FY 2023, TSI will begin procurement activities for new shortwave transmitters to fill the bays in the new building. FY 2021 funding provided for infrastructure modifications to accommodate the required additional transmitter switching.

In FY 2022, TSI completed the installation of two new chillers serving the administration area at KTS. This is the result of a FY 2021 initiative to avoid possible interruptions to our broadcast mission due to high ambient temperatures. In addition, TSI awarded a design-build contract for an additional HVAC system by replacing another chiller plant serving two transmitters. The installation was completed in early FY 2023. In FY 2024, USAGM will continue addressing the Kuwait station's HVAC system, with plans to replace the chiller plant serving shortwave transmitters 1 through 4. TSI expects to award a contract in the third quarter of FY 2024, with construction likely to commence in FY 2025.

All antenna systems at USAGM's transmitting station on CNMI were destroyed by Typhoon Yutu in October 2018. RFA broadcasts to East Asia were heavily impacted. Salvage work by USAGM and funding from Congress have enabled slow but steady repairs, such that by the end of FY 2022, USAGM had restored six transmission systems to operation. The pandemic had a direct impact to the schedule of the fabrication and supply of replacements from contractors. Subject to availability of funds, TSI expects to continue assembling, erecting, and commissioning two additional low-band antennas for CNMI in FY 2023 and two more antennas in FY 2024 for a total of four new operational antenna systems by FY 2024.

Several antenna-maintenance projects elsewhere in the network were completed in FY 2022. Projects included antenna repairs at the Germany and Sao Tome transmitting stations and the painting of five antenna towers at the Philippines transmitting station.

Due to the pandemic, TSI was unable to begin electrical maintenance activities at Botswana transmitting station. TSI expects maintenance activities in Botswana to be performed in FY 2023 with other stations to follow, an effort that will extend into FY 2024.

In FY 2023 and FY 2024, TSI will focus its other BCI-funded station maintenance and repair efforts on issues that impact basic functionality, and the safety and security of USAGM personnel and equipment. One item to highlight is the replacement of roofs and building repairs at CNMI transmitting station.

TSI is also investing in FY 2023 in next-generation virtual Digital Content Managers, critical hardware for content delivery throughout the USAGM global network. This new platform will improve USAGM content video quality without requiring additional bandwidth. The new hardware is also smaller and more efficient, thus reducing the carbon footprint at headquarters. The old hardware will be used by TSI to refresh equipment at transmission sites, as needed.

After the disruptions experienced in FY 2021 due to the COVID-19 pandemic, SEC plans to use available BCI funds to visit, assess, and document the security status of USAGM's overseas and domestic transmission stations, offices, and facilities in FY 2024. USAGM transmission stations are diplomatically accredited facilities and subject to comprehensive interagency security requirements and standards. SEC plans to work closely with security contractors to evaluate, develop, document, and execute security engineering projects mandated for each station and facility visited, to help to strengthen the Agency's International Broadcasting Operations (IBO). SEC aims to assess and document the security status of as many transmission stations as possible during FY 2024. If travel restrictions due to COVID-19 pandemic continue to impede the SEC and related personnel's ability to travel as planned, there are alternative plans in place to utilize the available BCI funds for physical security upgrades at the Cohen Building in Washington, DC.

In FY 2024, VOA will begin testing a "master control in the cloud" technology that will free VOA from having to purchase or maintain servers and other storage. VOA will also move to transferring its online video content to the cloud, making improvements in how content is transmitted to the USAGM Pangea system and other platforms. While savings in space, electricity, and physical infrastructure are possible, the test period will determine if the costs of storage and transfer (costs to download content from the cloud) will offset savings.

VOA will acquire Artificial Intelligence (A.I.) technology and implement A.I. workflows in its Media Archives branch to allow better use of VOA library content, both within VOA and across USAGM.

VOA will work with General Services Administration to complete the planned reconstruction of VOA's Los Angeles studio facility and news bureau, replacing one damaged in a fire in collocated federal space in 2017, a project that will provide continuity of operations use as well as space for enhanced TV production (Los Angeles is a hub for immigrant communities also served by VOA).

VOA studio maintenance in FY 2024 will continue with a reskinning of TV studio 51, one of VOA's major DC production facilities, and upgrading of VOA's ability to use "virtual sets" and interoperability to increase production capabilities. Additional VOA will convert radio-only programs to video, increasing the number of small production studios available to VOA journalists.

# Performance Budget Information

## Introduction

This Performance Budget includes a summary of the United States Agency for Global Media (USAGM) strategic plan, a summary of the status of the Agency's performance, and descriptions of its performance indicators. This integrated budget and performance section connects USAGM's strategic goals, impact and agility objectives, and performance goals, and it fulfills requirements of the Government Performance and Results Modernization Act of 2010 for an annual performance plan. USAGM's annual Performance and Accountability Report (PAR) provides detailed performance information and can be found on www.usagm.gov.

## Summary of the 2022–2026 USAGM Strategic Plan

USAGM's *2022-2026 Strategic Plan, Truth over Disinformation: Supporting Freedom and Democracy*, informs the Fiscal Year (FY) 2024 budget request and continues the integration of performance, budget planning, and management of USAGM.

In outlining a clear vision, mission, goals, and objectives, the Strategic Plan charts an ambitious path, in light of the challenging global information environment, with growing efforts to control information and erode trust in media and democratic institutions.

The mission of USAGM is to inform, engage and connect people around the world in support of freedom and democracy.

The Agency's vision is to ensure access to trusted, compelling, and impactful content in order to create a robust response to censorship and disinformation and support democratic ideals and values. This mission and vision are achieved through two strategic goals:

- Expand freedom of information and expression; and
- Share America's democratic experience and values.

Free press and free expression are universally acknowledged as key to free, open, democratic societies, which in turn support American interests through stability, peace, alliances, and trade. Sharing America's democratic experience and values serves the same purpose. In covering the United States, USAGM's networks open a window onto democracy in action.

## Impact and Agility Objectives and Performance Goals

USAGM's two strategic goals are supported by eight impact objectives and four agility objectives, each of which has supporting performance goals. All of the performance indicators supporting the impact objectives come from the USAGM Impact Model. Future targets are based on leadership direction and expert analysis of many factors including: current positioning in the media market, anticipated future trends, and proposed budgetary resources. Because USAGM does not have the resources to conduct full media surveys annually in each country, many of the indicators are targeted to remain stable or change only slightly from the current level of performance. In addition to the listed performance goals, USAGM performance reporting will also present narrative evidence that the Agency is accomplishing its objectives. These objectives and goals map out Agency priorities for the next two years.

## Mission:

To inform, engage, and connect people around the world in support of freedom and democracy

## Strategic Goals:

Expand freedom of information and expression

Share America's democratic experience and values

## Objectives:

Impact Objectives

Agility Objectives

**IMPACT OBJECTIVES:**

1 Produce and curate compelling and impactful content that audiences use and trust

2 Prioritize audiences that are information-denied or targets of dis-information and extremist rhetoric

3 Reach and engage underserved audiences, including women, youth, and marginalized populations

4 Overcome censorship to connect audiences in closed societies

5 Optimize program delivery and digital engagement

6 Engage and empower local media and populations

7 Serve as an authoritative source of information on U.S. news, policy, and society

8 Serve as a surrogate news operation, delivering information otherwise not available in local markets

**AGILITY OBJECTIVES:**

1 Manage a nimble, resilient, sustainable, efficient, and modern media enterprise

2 Enhance communication and strategic cooperation across USAGM networks and offices

3 Enable greater impact and accountability through data-driven evaluation and decision-making

4 Foster engagement, development, and equity in a diverse workforce

# Impact Objective 1

## Produce and curate compelling and impactful content that audiences use and trust

Journalism is the daily work of USAGM's broadcasters, and building trust in that journalism is paramount. Creating compelling and impactful content requires the Agency's networks to create programming that adds significant value compared to competitors, is tailored to meet the needs of local target audiences, and is curated with the purpose of supporting an active and democratic citizenry. This task requires rigorous adherence to journalistic standards, editorial transparency, and preservation of the editorial firewall that protects programming from outside interference.

USAGM will:

- Provide news and programming that is accurate, objective, comprehensive, and in accordance with the highest professional standards of journalism;

- Preserve the editorial firewall, protecting the independence and integrity of networks' journalists;

- Produce news and information, consistent with audience needs and mission requirements, on issues that are not addressed adequately by media in the target area, e.g., human rights and good governance;

- Offer relevant and informative content that research, web analytics, and audience and affiliate feedback show is of vital interest to audiences, including reporting on health, climate, and technology;

- Produce enterprise reporting through deep and agenda-setting exploration of critical issues; and

- Curate content from and co-create content with reputable partners, as consistent with Agency standards and editorial guidelines.

USAGM tracks its progress in achieving Impact Objective 1 with the following performance goals:

## Impact Performance Goal 1.1: Reach significant audiences

**NOTE ON PRC AUDIENCE IMPACT ON FY 2023 AND FY 2024 FORECASTS:**

- Historically, USAGM does not report measured audience size for any market after five years. This ensures greater accuracy of audience estimates and supports the process of regular audience surveying. USAGM and reputable international research firms have not been able to administer a survey in PRC that asks about the Voice of America and Radio Free Asia brands in recent years due to increased government restrictions and surveillance. But due to the sheer size of the audience, excluding PRC data entirely would significantly distort USAGM's global audience growth trend and misrepresent the reality of the USAGM audience inside PRC.

- Proxies for direct survey measurement are being evaluated by USAGM for efficacy and accuracy, including data modeling from digital engagement metrics and alternative research options from within PRC's internet firewall. While these estimation methods are being validated, the agency is reporting the most recent PRC audience survey data as a placeholder.

| MEASURED WEEKLY AUDIENCE _(in millions)[1]_ | | | | | | |
|---|---|---|---|---|---|---|
| **Network** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target[3]** | **FY 2022 Actual** | **FY 2023 Target[4]** | **FY 2024 Target[4]** |
| **USAGM[2]** | 354 | 394 | 394 | 410 | 427 | 434 |
| **VOA[5]** | 278 | 312 | 309 | 326 | 339 | 344 |
| **RFE/RL** | 41.1 | 37.2 | 37.3 | 40.6 | 41.7 | 42.0 |
| **RFA[6]** | 49.5 | 59.8 | 60.0 | 58.3 | 59.8 | 60.3 |
| **MBN[7]** | 27.5 | 31.1 | 34.0 | 27.4 | 31.0 | 32.0 |
| **OCB** | 1.0 | 1.0 | 1.0 | NA | NA | NA |

1   Measured weekly audience is the number of people in target areas listening to or viewing USAGM programming or online materials in the past week according to representative face-to-face or phone surveys. It is influenced by a number of factors that vary across broadcasters, including number of languages, number and type of distribution platforms, and media environment

2   The USAGM measured weekly audience is an unduplicated total, i.e., a member of the audience is counted only once, regardless of the number of times, platforms, or networks they consume each week..

3    FY 2022 targets are from the FY 2023 Congressional Budget Justification.4    RFA audience figures include audiences for only six of RFA's nine language services. USAGM is not able to conduct representative quantitative audience research for Korean, Tibetan, and Uyghur.

4    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. PRC survey data first reported in FY 2018 is included in forecasted audience totals, pending alternative means to estimate that number, but not included in targets for other Impact Indicators which still have no foreseeable means of measurement.

5    VOA forecasts greatest measured audience increases in Africa and Latin America. USAGM is not able to conduct representative audience research for Korean or Tibetan.

6    RFA audience figures include audiences for only six of RFA's nine language services. USAGM is not able to conduct representative quantitative audience research for Korean, Tibetan, and Uyghur.

7    MBN's targets for FY23 and FY24 assume an increase in the measured audience due to the inclusion of new survey data from Libya and Yemen unavailable in FY 2022, and anticipated increases in digital media audiences in Iraq where new survey data is expected in FY 2023.



**USAGM Measured Weekly Audience With and Without China**

*(in millions)*

FY 2020     FY 2021     FY 2022     FY 2023 *(target)*     FY 2024 *(target)*

**Indicator:**

MEASURED WEEKLY AUDIENCE: This indicator comes from national surveys and measures the number of people in target areas listening to, reading, or viewing USAGM programming or online materials in the past week. The measure is obtained for each language service (except Korean, Uyghur, North Caucasus, Tatar- Bashkir, and Tibetan) and for the countries served by USAGM that were surveyed within the past five years, except in the case of PRC as noted above. It is based upon the measurement of the "regular listening audience," a statistical standard long used to report international radio audience reach. Regular listening or viewing audience (radio, TV, or internet) has over the years been consistently defined as all adults listening or viewing at least once a week, as

determined by an audience survey that has an adequately designed sample. The USAGM weekly audience is unduplicated, i.e., a member of the audience is counted only once, regardless of the number of times, platforms, or networks they consume each week. USAGM does not conduct surveys in every country every year, so reach figures may in some cases reflect weekly reach measures collected from up to five years in the past. This may result in an over or underestimation of actual reach. Additionally, political restrictions or volatility in certain markets may prevent the measurement of the current reach for services broadcasting to these areas. USAGM continues to explore alternative methods for measuring audience reach, such as integrating digital analytics and commercial ratings data

## Impact Performance Goal 1.2:
## Provide programming that audiences find trustworthy

| PROGRAM CREDIBILITY *Percentage of weekly audience who consider information to be very or somewhat trustworthy* | | | | | | |
|---|---|---|---|---|---|---|
| **NETWORK** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target[1]** | **FY 2024 Target[1]** |
| **VOA** | 83 | 81 | 82 | 83 | 81 | 81 |
| **RFE/RL** | 75 | 74 | 76 | 78 | 79 | 79 |
| **RFA** | 76 | 77 | 78 | 77 | 80 | 85 |
| **MBN** | 68 | 70 | 73 | 70 | 74 | 75 |
| **OCB[2]** | 97 | 97 | 97 | NA | NA | NA |

1   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.  VOA: Historically, qualitative indicators of general perception such as this tend not to shift much for VOA, unless there is a significant increase or decrease in audience in a very populous audience.  PRC's audience and the relatively high credibility score of 89% it gives VOA, heavily weighted by audience size, will time out of the global audience in FY 2023, bringing down forecasts; RFA: FY 2022 credibility metrics are derived from data from Cambodia, Burma and PRC. Because figures are weighted by audience size, PRC's audience perceptions predominate in this metric. In FY 2023 and FY 2024, RFA anticipates higher credibility numbers based on solid performance in Southeast Asia markets. Additionally, the timing out of PRC data makes it less likely that RFA will have metrics from PRC where historic measures for this KPI have been relatively lower; MBN:  Other than Iraq, MBN's credibility metrics in other surveyed MBN markets range from 81 to 90 percent. But with nearly half of MBN's measured audience, Iraq results weigh down the average.  MBN Targets for FY23 and FY24 anticipate increases from the inclusion of new data from Yemen and updated data from Egypt.

2    Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023.

**Indicator:**

PROGRAM CREDIBILITY: This indicator is determined by a question in representative surveys about trustworthiness of news and information of those sampled respondents who listened to or viewed each station in the past week. The answers are registered on a four-point scale based on the following response options: "Trust a great deal," "Trust it somewhat," "Do not trust it very much," or "Do not trust it at all." The Program Credibility index is a weighted average, by audience size, of the percentage of those answering the question in the survey (excluding those who did not respond or did not know) who report trusting news from the station a great deal or somewhat. Credibility estimates are not included for countries where the number of regular listeners/viewers/online users is so small (n = <50) that the estimate is unreliable.

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for program credibility has changed to "how trustworthy do you find the content from [brand]?" registered on a four-point scale based on the following response options: "Very trustworthy," "Somewhat trustworthy," "Somewhat untrustworthy," or "Very untrustworthy." As results from the new questionnaire become available, they will be combined with previous results in the program credibility indicator.

### Impact Performance Goal 1.3: Provide programming that increases the audiences' understanding of current events

| | UNDERSTANDING | | | | | |
|---|---|---|---|---|---|---|
| | *Percentage of weekly audience who report that the broadcasts have increased their understanding of current events somewhat or a great deal* | | | | | |
| NETWORK | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
| VOA | 75 | 75 | 76 | 75 | 76 | 76 |
| RFE/RL | 75 | 78 | 79 | 78 | 75 | 75 |
| RFA | 52 | 51 | 52 | 51 | 60 | 63 |
| MBN | 65 | 50 | 55 | 60 | 60 | 62 |
| OCB[2] | 96 | 96 | 80 | NA | NA | NA |

1   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources:  VOA: Forecast reflects loss of data from PRC's audience, which had a relatively low measurement for this indicator, offset by expected results of new survey

data from Indonesia, Mexico and other countries in FY 2023;   RFA: This metric for FY 2022 was derived from measurements in PRC and Cambodia only. As with the Credibility metric, opportunities for significant growth in FY 2022 were limited by the overwhelming size of RFA's PRC audience which weighs heavily this metric toward Chinese data. In FY 2023 and FY2024, RFA anticipates growth in this metric. MBN: Because numbers are weighted for audience size, understanding for MBN primarily reflects Iraq, where MBN has by far the largest audience, obscuring stronger Understanding numbers for Alhurra elsewhere. MBN's FY 2023 and FY 2024 targets are modest to reflect MBN's expectation that audience reactions to MBN content will improve gradually as audiences become accustomed to MBN's new, higher quality programming over time.

2 Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023.

**Indicator:**

UNDERSTANDING OF CURRENT EVENTS: This indicator is determined by a question in representative surveys asking past week listeners/viewers/online users of [language] whether the broadcasts have "increased their understanding of current events." The answers are registered on a four-point scale based on the following response options: "a great deal," "somewhat," "very little," or "not at all." The "Understanding" indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey (excluding those who did not respond or did not know) who chose "a great deal" or "somewhat."

USAGM's revised core questionnaire has been tested in multiple markets and proven to more accurately capture how audiences use and remember engaging with its network's programming. . As a result of testing and cognitive interviews, the question wording for this indicator now asks whether respondents agree or disagree that "[brand] increases my knowledge of news about the rest of the world." As results from the new questionnaire become available, "understanding of current events" will be replaced by "knowledge of world news" in USAGM performance reporting.

## Impact Performance Goal 1.4: Provide programming that is influential with audiences

| | HELPS FORM OPINIONS ON IMPORTANT TOPICS | | | | | |
|---|---|---|---|---|---|---|
| | *Percentage of weekly audience who report that the broadcasts have helped them form opinions on important topics somewhat or a great deal* | | | | | |
| NETWORK | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
| VOA | 64 | 64 | 64 | 71 | 66 | 66 |
| RFE/RL | 53 | 58 | 59 | 65 | 66 | 66 |
| RFA | 85 | 93 | 90 | 93 | 90 | 91 |
| MBN[2] | 63 | NA | 70 | 71 | 75 | 77 |
| OCB[3] | 75 | 75 | 75 | NA | NA | NA |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. VOA: FY 2022 actuals for this indicator were higher than expected in several markets, particularly Afghanistan. But since the Afghan survey covered only the mobile phone-owning population, future targets for wider audiences are slightly lower.  RFA: FY 2022 metric is derived from Cambodia data only, since the omnibus surveys conducted in other target areas did not include this question. RFA anticipates additional data from other target markets in FY 2023 that are unlikely to match or exceed the high measures in Cambodia. MBN: FY 2023 and FY 2024 targets for this measure assume continued improvements as a result of MBN relaunch that includes a greater focus on issues audiences cannot find in other regional media as well as the inclusion of data from Yemen and Libya.

2    This question was not included in 2019-2022 MBN surveys, all of which were Omnibuses and allowed only limited numbers of questions.  The question will be included on full surveys in FY 2023.

3    Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023.

**Indicator:**

**HELPS AUDIENCES FORM OPINIONS ON IMPORTANT TOPICS:** This indicator is determined by a question in representative surveys asking past week listeners/viewers/online users of [language] whether the broadcasts have helped them form opinions on important topics. The answers are registered on a four-point scale based on the following response options: "a great deal," "somewhat," "very little," or "not at all." This indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey (excluding those who did not respond or did not know) who chose "a great deal" or "somewhat."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for this indicator changed to ask audiences whether they agree or disagree that "[brand] helps me to form

opinions on important issues." As results from the new questionnaire become available, USAGM will report combined figures from the old questionnaire (percentage of weekly audience selecting "a great deal" or "somewhat") and the new questionnaire (percentage of weekly audience selecting "agree").

# Impact Objective 2

## Prioritize audiences that are information-denied or targets of disinformation and extremist rhetoric

In choosing languages and target areas, USAGM considers the local media situation, along with United States strategic interests, and prioritizes countries that lack a free or developed press. Special consideration is given to populations in information-denied environments and at risk due to disinformation and extremist propaganda.

USAGM prioritizes reaching audiences in areas plagued by disinformation and extremism, where extremist and foreign propaganda stymie free, open, democratic societies, thus threatening the United States and regional security.

Another key focus area is audiences subjected to censorship and state-sponsored disinformation campaigns, which seek to undermine democratic norms and the very idea of objective truth.

USAGM will:

- Prioritize countries lacking freedom and democracy or faced with disinformation or extremism, where accurate, credible news and information are lacking. Enhance services to these areas, where feasible;

- If needed, introduce service in selected new languages to reach sizeable new audiences in countries where USAGM products are urgently needed;

- Serve as a conduit for the transmission of reporting from inside closed societies lacking press freedom to outside audiences;

- Use a broad range of tools to respond to disinformation, including creating compelling original content, fact-checking, exposing disinformation campaigns, and ensuring secure access to uncensored platforms;

- Ensure strong local news coverage, as warranted by events, to meet urgent audience needs in areas of crisis; and

- Draw on the experiences of the world's many models of free societies, in particular the United States, to present a broad array of political views and debates.

USAGM tracks its progress in achieving Impact Objective 2 with the following performance goals:

### Impact Performance Goal 2.1: Achieve significant audience reach in environments subject to extremist rhetoric and violence

| Country or Region | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---|---|---|---|---|---|---|
| **INCREASE OR MAINTAIN WEEKLY AUDIENCES IN:[2]** | | | | | | |
| **Iraq**[3] | 61.7% | 71.9% | 78% | 71.9% (FY 2021) | 74% | 75% |
| **Nigeria** | 19.2% (Jul 2018) | 19.2% (Jul 2018) | 21% | 33.2% | 33% | 33% |
| **Afghanistan**[4] | 69.3% (Jul 2018) | 69.3% (Jul 2018) | 45% | 65.7% | 45% | 45% |
| **Pakistan** | 5.3% (Jan 2019) | 5.3% (Jan 2019) | 5.3% | 5.3% (Jan 2019) | 6.0% | 6.0% |
| **Former FATA region**[5] | NA | NA | NA | NA | NA | NA |

1   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market anticipated future trends, and proposed budgetary resources.

2   Multi-country estimates are presented in real numbers, rather than percentages, because of the potential high variations in percentages across covered countries. The countries and regions listed were selected by USAGM experts and represent a subset of those that the USAGM's networks target with programming that provides news and information to counter extremist messaging.

3   The 2021 Iraq actuals includes data from two different surveys, one among Iraqi Arabs and one among Iraqi Kurds. Fieldwork for the survey among Iraqi Arabs took place in August 2020; fieldwork for the Iraqi Kurdish survey took place in October 2019.

4   Afghanistan expected to see the historically high reach drop as United States interests withdraw further from the country and USAGM's broadcasters lose access to local FM transmitters for distribution.

5   The last USAGM survey of former FATA was conducted in June 2015, outside of the five-year reporting window for USAGM research. USAGM has tried to receive permission from local authorities to conduct a new survey in the Tribal Areas of Khyber Pakhtunkhwa without success.

**Indicator:**

Measured weekly audience is explained above under Impact Performance Goal 1.1. For individual countries, the measured weekly audience is expressed as a percentage of the adult population covered by the survey.

## Impact Performance Goal 2.2:
## Reach audiences in information-denied environments

| Country | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---|---|---|---|---|---|---|
| **INCREASE OR MAINTAIN WEEKLY AUDIENCES IN:[2]** | | | | | | |
| PRC[3] | 6.2% (Aug 2017) | 6.2% (Aug 2017) | 6.2% | 6.2% (Aug 2017) | NA | NA |
| Vietnam[4] | 3.6% (Jul 2016) | 11.2% (Dec 2020) | 11.2% | 6.4% (Jun 2022) | 6.4% | 7.5% |
| Laos | 2.4% (Sep 2016) | 4.7% (Dec 2020) | 4.7% | 4.7% (Dec 2020) | 5.0% | 5.0% |
| Turkmenistan | 6.1% (Jun 2019) | 6.1% (Jun 2019) | 6.1% | 6.1% (Jun 2019) | 6.1% | 6.1% |
| Uzbekistan[5] | 1.6% (May 2017) | 1.6% (May 2017) | 2.0% | NA | NA | NA |
| Iran | 23.4% (Sep 2017) | 19.0% (Mar 2021) | 19.0% | 19.0% (Mar 2021) | 19.0% | 19.0% |
| Azerbaijan | 3.5% (Dec 2015) | NA | 3.0% | 5.7% (Feb 2022) | 5.7% | 5.7% |
| Cuba[6] | 11.1% (Mar 2017) | 11.1% (Mar 2017) | 11.1% | NA | NA | NA |

**Continue to serve and monitor information-denied environments lacking representative survey data, including North Korea, Eritrea, Syria, Tibet, and Xinjiang Uyghur Autonomous Region.**

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.

2    Selected countries include those targeted by USAGM networks, in which USAGM has been able to conduct research, that have the lowest press freedom scores on external indices.

3    The last media survey of PRC was conducted in August 2017 – more than 60 months ago, but within a five-year reporting window. There is insufficient basis to forecast FY 2023 and FY 2024 targets. Market conditions suggests it will not be possible to commission a new survey in FY 2023

4    FY 2023 and FY 2024 Vietnam forecasts lowered due to drop in measured audience in FY 2022 survey, and no survey planned there in FY 2023

5    The last media survey of Uzbekistan was conducted in May 2017—more than 60 months ago, and outside a five-year reporting window. The agency plans to commission a new survey in FY 2023.

6    Due to lack of survey data from Cuba since FY 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023.

**Indicator:**

Measured weekly audience is explained above under Impact Performance Goal 1.1. For individual countries, the measured weekly audience is expressed as a percentage of the adult population covered by the survey.

## Impact Performance Goal 2.3: Reach audiences in environments targeted by state-sponsored disinformation campaigns

| Country | FY 2020 Actual | FY 2021 Actual | FY 2022 Target[1] | FY 2022 Actual | FY 2023 Target[2] | FY 2024 Target[2] |
|---|---|---|---|---|---|---|
| **INCREASE OR MAINTAIN WEEKLY AUDIENCES IN:[3]** | | | | | | |
| **The Russian Federation** | **7.7% (May 2018)** | **7.7% (May 2018)** | 7.0% | 10.6% | 11% | 11% |
| **Ukraine** | **24.4% (May 2019)** | **20.8% (Dec 2020)** | 21% | **20.8% (Dec 2020)** | 21% | 21% |
| **Moldova** | **32.2% (Nov 2019)** | **32.2% (Nov 2019)** | 32% | **32.2% (Nov 2019)** | 32% | 32% |
| **Kazakhstan** | **9.6% (Nov 2016)** | **9.6% (Nov 2016)** | 10% | 9.4% | 9.4% | 9.4% |
| **Tajikistan** | **10.8% (Jun 2017)** | **10.8% (Jun 2017)** | 11% | 11.5% | 12% | 12% |
| **Estonia** | **12.9% (Nov 2019)** | **12.9% (Nov 2019)** | 13% | **12.9% (Nov 2019)** | 23% | 23% |
| **Latvia** | **14.3% (Oct 2019)** | **14.3% (Oct 2019)** | 15% | **14.3% (Oct 2019)** | 14.6% | 16% |
| **Lithuania** | **11.7% (Oct 2019)** | **11.7% (Oct 2019)** | 12% | **11.7% (Oct 2019)** | 26% | 26% |

1    FY 2022 Targets from FY 2023 CBJ

2    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.

3    The countries and regions listed were selected by USAGM experts and represent a subset of those that USAGM's networks target with programming that provides news and information to counter state-sponsored propaganda.

**Indicator:**

Measured weekly audience is explained above under Impact Performance Goal 1.1. For individual countries, the measured weekly audience is expressed as a percentage of the adult population covered by the survey.

Contextual Indicators:

| Freedom House Rankings | # of USAGM target countries ranked as: | | |
|---|---|---|---|
| | **Not Free** (66 Total) | **Partly Free** (60 Total) | **Free** (84 Total) |
| **2022 FREEDOM IN THE WORLD (POLITICAL)** | 57[1] | 52[2] | 21 |

1   An additional 6 regions identified as "Not Free" by Freedom House are targeted by USAGM networks' programming, but are not classified by USAGM as "target countries"

2   An additional 3 regions identified as "Partly Free" by Freedom House are targeted by USAGM networks' programming, but are not classified by USAGM as "target countries"

| Reporters Without Borders Rankings | # of USAGM target countries ranked as: | | | | |
|---|---|---|---|---|---|
| | **Very Serious** (28 Total) | **Difficult** (42 Total) | **Problematic** (62 Total) | **Satisfactory** (40 Total) | **Good** (8 Total) |
| **2022 WORLD PRESS FREEDOM INDEX** | 28 | 38 | 45 | 15 | 2 |

# Impact Objective 3

## Reach and engage underserved audiences, including women, youth, and marginalized populations

In all target markets, USAGM's networks seek to grow their audience base and reach those traditionally underserved by USAGM broadcasts. In many contexts, USAGM audiences have skewed older and male. Populations in many target countries are overwhelmingly young — a challenge, but also a chance to connect with a demographic that in some cases is unfamiliar with USAGM's networks and brands. The Agency strives to serve the information needs of other marginalized populations, including refugees, religious and ethnic minorities, diaspora communities, people with disabilities, and sexual minorities.

USAGM will:

- Reach out to groups that traditionally have been underserved by news media, including women and youth, as well as refugee communities, with compelling programming that will inform and empower them;

- Increase the visibility in programming of members of underserved groups and address issues of concern and relevance to their lives;

- Sharpen audience segmentation and targeting to drive content strategies and better address gender and age demographics, as well as psychographic segments;

- Increase research to understand societal and systemic issues that influence media use by underserved audiences in order to adjust content and delivery decisions; and

- Participate in the 50:50 Project, a project that encourages the role of women as discretionary sources in news interviews.

USAGM tracks its progress in achieving Impact Objective 3 with the following performance goals:

## Impact Performance Goal 3.1: Increase representation of women in programming[1]

|  | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| Number of networks participating in 50:50 Project[2] | 1 | 1 | 1 | 1 | TBD |
| Number of language services participating in 50:50 Project[2] | 11 | 15 | 15 | 15 | TBD |
| Percentage of discretionary guests who are women in participating programs[3] | 45.3 | 46.0 | 45.3 | 45.3 | TBD |

1    In FY 2023 the agency is working to transition to more direct indicators of reach and engagement of underserved audiences through research survey data in lieu of participation in the 50:50 project.

2    Measure or estimate of networks and language services actively participating on the last day of fiscal year. In  FY 2021 and FY 2022, 50:50 Project implemented at VOA only.

3    Percent of women among total discretionary guests throughout entire fiscal year, in participating programs.

Impact Performance Goal 3.2: Increase reach among traditionally underserved demographics, including youth and women

| | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|
| USAGM | Work with network leadership and research staff to establish metrics for reaching underserved demographics | Meeting to identify currently tracked metrics that measure underserved audiences, and to identify additional metrics to track | Establish baselines and set targets for new performance metrics | Measure performance against targets, and work with leadership of networks to analyze and improve performance |

# Impact Objective 4

## Overcome censorship to connect audiences in closed societies

For almost seventy years United States international broadcasting has fought censorship in all its forms. Today, as the global media environment continues to rapidly evolve, access to free and independent media is in decline. Digital censorship and jamming of radio and TV broadcasts, including those of USAGM, are growing in key markets. Journalists suffer harassment and violence daily. Media laws often restrict free flows of information, limiting the ability of international news organizations to distribute their content. The internet in particular is under assault as individual countries aggressively implement sophisticated internet firewalls and surveillance systems to censor and control digital ecosystems, preventing audiences from freely accessing and sharing content on digital platforms.

USAGM upholds the universal right of citizens everywhere to receive and impart information without restriction. The Agency works on many fronts to make news and information accessible to its global audiences with the aim of enabling not only unfettered access to network content but also the full spectrum of independent news sources on the internet.

USAGM will:

- Lead in assisting the world's citizens to gain uncensored access to information on all platforms, advocating for this fundamental human right on the international stage, and coordinating within the United States government and with international broadcasters and other allies;

- Help audiences understand the practices and consequences of internet censorship and surveillance;

- Fund and promote technologies and train journalists to adopt tools and applications that counter internet censorship and internet blocking and allow citizens and journalists to operate securely online;

- Increase effective and safe use of social media and digital platforms to combat censorship and increase audience access points;

- Provide in-house digital expertise, working closely with journalists, to address real-time censorship and jamming issues in targeted regions; and

- Cultivate information-sharing relationships and partnerships on internet freedom matters with other interagency partners, nonprofits, and the private sector.

USAGM tracks its progress in achieving Impact Objective 4 with the following performance goal:

### Impact Performance Goal 4.1: Increase usage of internet freedom products

| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---|---|---|---|---|---|---|
| **Weekly unique users on USAGM-supported proxy tools** | 555,443 | 1,538,461 | 1,660,000 | 2,980,770 | 5,500,000 | 6,050,000 |
| **Weekly visits to USAGM web sites through USAGM-supported proxy tools** | 3,607,942 | 7,975,000 | 8,176,000 | 13,307,670 | 17,900,000 | 19,600,000 |

1   Factors contributing to FY 2023 and FY 2024 targets include evaluations of internet censorship changes in target countries, audience metrics and surveys from USAGM broadcasters, as well as projections based on usage trends from previous years.

**Indicators:**

The measures for this performance goal reflect various aspects of usage of USAGM-supported tech-at-scale proxy tools for circumventing internet censorship, including Psiphon, nthLink, and NewNode. These tools receive funding from a variety of sources, including other United States government agencies; figures reported here reflect overall usage of the tools from all funding streams. Metrics include average number of weekly unique users on the tools and average weekly visits to USAGM websites through the tools (measured as the number of landing pages served).

Contextual Indicator:

| Freedom House Rankings | # of countries with customized USAGM-sponsored circumvention tools ranked as: | | |
|---|---|---|---|
| | Not Free | Partly Free | Not Ranked |
| **2022 FREEDOM ON THE NET** | **12** | **1** | **4** |

# Impact Objective 5

## Optimize program delivery and digital engagement

To be effective, USAGM's networks must have a clear sense of their target audiences, an ability to articulate a specific editorial proposition for these audiences, and the ability to follow through with authentic and meaningful content. USAGM will adopt a quality over quantity approach, de-emphasizing stories and programs that do not add significant value to an existing market in favor of original and unique content that aims to improve the democratic and lived experience of the target audiences. USAGM will continue to grow and enhance new distribution methods, with specific attention to reaching audiences on their preferred media platforms.

USAGM will:

- Increase distribution on platforms that audiences use — mobile devices, FM, satellite, and digital and broadcast television — migrating away from traditional platforms, such as shortwave and medium wave radio, that do not reach large audiences;

- Expand reach on digital platforms, including new streaming and over-the-top platforms, with compelling content and tailored formats;

- Take advantage of the interactivity of social media platforms to focus on audience participation and engagement;

- Draw on research and other inputs to tailor format and presentation styles to audience needs and media usage habits, emphasizing high-quality, unique content that can break through saturated information ecosystems;

- Modernize USAGM production and broadcasting capabilities to support growing audience appetite for visual storytelling; and

- Closely monitor shifts in content consumption by young audiences to identify emerging digital platforms for adoption.

USAGM tracks its progress in achieving Impact Objective 5 with the following performance goals:

## Impact Performance Goal 5.1: Increase web traffic

| AVERAGE WEEKLY VISITS TO WEBSITES[1] | | | | | | |
|---|---|---|---|---|---|---|
| Network | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target (increase over FY 2022)[2] | FY 2024 Target (increase over FY 2023) |
| VOA | 10,832,000 | 15,352,700 | 16,120,335 | 18,830,052 | -5% | 5% |
| RFE/RL | 14,466,500 | 14,040,700 | 12,636,630 | 15,810,606 | -10% | 5% |
| RFA | 1,468,100 | 2,184,300 | 2,621,160 | 3,018,000 | 0% | 5% |
| MBN | 3,076,900 | 3,156,400 | 3,787,680 | 3,494,892 | 10% | 15% |
| OCB | 163,900 | 103,000 | 82,400 | 82,589 | -10% | NA[3] |

1   Data in the chart above represents visits to web properties, measuring the total number of sessions for all visitors to these sites. These figures do not include traffic to social media sites (Facebook, Twitter, etc.) or some proxy visits and app traffic; visits are not an indicator of depth of experience (total volume of content consumed, including video, audio, articles, etc.). These figures should be compared across years and not across broadcasters, in part because broadcasters are measuring different numbers of websites and languages

2   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources, specifically linear regression of past performance and industry forecasts of digital media access across target regions. VOA: FY 2023 forecasted decline after surge of Ukraine coverage, potential traffic loss due to changes in Facebook Instant Articles and Google AMP, and loss of referrals from social media platforms, especially Twitter; RFA: website remains blocked PRC, North Korea, and Vietnam while in Myanmar, Cambodia, and Laos political actors have threatened to block access to websites that provide news considered "defamatory" to ruling parties. Also, Facebook's plan to eliminate "Instant Articles" feature in April 2023 is forecasted to negatively affect RFA website visits; MBN: A modest forecasted increase in MBN weekly web visits for FY 2023 is based on increased focus on producing more podcasts and interactive and investigative content; RFE/RL: Expected weekly RFE/RL website traffic decline after surges related to COVID-19 (2020-2022) and Russian invasion of Ukraine (2022).

3   Due to recent organizational changes, OCB has insufficient basis to forecast targets for FY 2024.

**Indicator:**

AVERAGE WEEKLY VISITS: This indicator measures average weekly visits to USAGM websites and mobile sites over a 52-week period coinciding with the fiscal year. This indicator does not measure visits to social media sites such as Facebook, YouTube, or Twitter. Average weekly visits are derived from online analytic data tracked in Adobe Analytics. Unlike measured weekly audience reported above, average weekly visits to websites are not unduplicated, meaning one individual who visited a website more than once a week would be counted multiple times.

## Impact Performance Goal 5.2: Increase audience interaction via social media

| | | | | | | |
|---|---|---|---|---|---|---|
| **AVERAGE WEEKLY DIGITAL REACTIONS** | | | | | | |
| **Network** | **FY 2020 Actual** | **FY 2021 Target** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target[1] (increase over FY 2022)** | **FY 2024 Target[1] (increase over FY 2023)** |
| **VOA** | 4,056,300 | 8,804,600 | 9,244,830 | 11,243,033 | -15% | 5% |
| **RFE/RL** | 1,897,000 | 9,177,900 | 7,801,215 | 7,415,761 | -10% | 5% |
| **RFA** | 2,381,600 | 6,149,400 | 4,612,050 | 2,311,885 | 0% | 5% |
| **MBN** | 796,000 | 984,300 | 1,131,945 | 904,070 | 10% | 15% |
| **OCB[2]** | 49,800 | 41,700 | 43,785 | 36,907 | 5% | NA |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. VOA: FY 2023 decline forecast due to drop after Ukraine coverage surge and market trends pointing to lower online reaction despite users still on platforms; RFE/RL: Results and forecasts for RFE/RL do not include Twitter metrics; RFA: Lowered FY 2023 forecast due to increasingly severe consequences for engagement with RFA on social media in target areas. Potential of online engagement to continue to drop as surveillance of online spaces increases in all markets; MBN: Modest increases to social media engagement in both FY 2023 and FY 2024 forecasts are based on MBN focus on enhancing marketing, improving the quality of written posts, and creating more original stories.

2    Due to recent organizational changes, OCB has insufficient basis to forecast targets for FY 2024.

**Indicator:**

DIGITAL REACTIONS: This indicator measures the weekly average number of reactions from social media accounts on measurable platforms, currently Facebook, Twitter, YouTube, and Instagram. Digital reactions include: all reactions on Facebook, hearts on Twitter and Instagram, and likes and dislikes on YouTube. These reactions are tracked through online analytics by a third-party vendor (Emplifi).

| | AVERAGE WEEKLY SELECT DIGITAL ENGAGEMENT ACTIONS[1] | | | | | |
|---|---|---|---|---|---|---|
| Network | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] (increase over FY 2022) | FY 2024 Target[1] (increase over FY 2023) |
| VOA | 831,200 | 988,700 | 1,028,248 | 1,046,354 | -15% | 5% |
| RFE/RL | 566,600 | 1,013,500 | 709,450 | 1,109,930 | 5% | 6% |
| RFA | 542,900 | 1,074,200 | 698,230 | 247,034 | 0% | 5% |
| MBN | 222,600 | 180,400 | 216,480 | 177,591 | 7% | 10% |
| OCB[2] | 23,000 | 16,300 | 12,225 | 8,230 | -15% | N/A |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.  VOA: FY 2023 decline forecast due to drop after Ukraine coverage surge and market trends pointing to lower online reaction despite users still on platforms; RFE/RL: Results and forecasts for RFE/RL do not include Twitter metrics; RFA: Lowered FY 2023 forecast due to increasingly severe consequences for engagement with RFA on social media in target areas. Potential of online engagement to continue to drop as surveillance of online spaces increases in all markets ; MBN: Modest increases to social media engagement in both FY 2023 and FY 2024 forecasts are based on MBN focus on enhancing marketing, improving the quality of written posts, and creating more original and emotional stories.

2    Due to recent organizational changes, OCB has insufficient basis to forecast targets for FY 2024.

**Indicator:**

SELECT DIGITAL ENGAGEMENT ACTIONS: This indicator measures the weekly average number of select engagement actions on measurable platforms, currently Facebook, Twitter, YouTube, and Instagram. Select engagement actions include: comments and shares on Facebook, comments on YouTube and Instagram, and retweets and replies on Twitter. These actions are tracked through online analytics by a third-party vendor (Emplifi).

# Impact Objective 6

## Engage and empower local media and populations

Local media affiliates are the primary means through which USAGM's networks reach their target audiences in most markets. Deepening the relationship with these media partners assists not only with content delivery but also in fostering rich, open media ecosystems. The Agency leads by example in its journalistic practices and increasingly partners with affiliates on content co-creation. The Agency's professionals also provide training to indigenous media on topics ranging from journalism principles to business practices. In a similar way, USAGM works to connect audiences to one another, and to foster the free flow of information, often through a wide array of web, mobile, and social media tools. These tools have made media personal, moving the power from centralized broadcasters to a new class of influencers, activists, videographers, and a content-generating public. They are using media not only to tell their stories on a digital world stage but also to connect with one another to chart the future of their communities and build new forms of civil society.

USAGM will:

- Expand local distribution, promotions, and co-productions through affiliation with strong local television and FM radio stations and digital platforms;

- Deepen relationships with key local media affiliates, providing editorial guidance, co-production opportunities, and other resources to strengthen local, independent media sectors;

- Offer training and technical assistance to local journalists on a range of topics, including journalistic standards, business practices, and safety and security;

- Nurture good journalism practices and leverage vetted, verified user-generated content from inside repressive states;

- Link citizens within repressive societies to one another and to key influencers through social media and training alumni networks;

- Facilitate dialogue across religious, national, and ethnic groups; and

- Continuously converse with USAGM audiences by using social media tools to identify, source, and distribute news content into the channels where people are having conversations about their community and the world.

USAGM tracks its progress in achieving Impact Objective 6 with the following performance goals:

## Impact Performance Goal 6.1: Build strong affiliate relationships

| NUMBER OF AFFILIATIONS | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual[1] | FY 2023 Target[2] | FY 2024 Target[2] |
| **USAGM**[3] | 4,174 | 4,321 | 4,330 | 4,284 | 4.313 | 4.325 |
| **VOA** | 3,523 | 3,633 | 3,650 | 3,651 | 3,675 | 3,690 |
| **RFE/RL** | 1,228 | 1,250 | 1,262 | 1,159 | 1,165 | 1,170 |
| **RFA** | 11 | 19 | 23 | 18 | 21 | 25 |

1    The numbers of VOA and RFE/RL affiliates were adversely affected by the war in Ukraine and the changing political situation in Afghanistan. USAGM had limited affiliations in Russia which were reduced further in 2022, despite some increases in affiliates in other Eastern European countries.

2    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. Market turbulence in Russia, Ukraine, and Afghanistan, combined with impacts of a global economic recession are expected to limit affiliate growth in the next two years, as are changes in consumer media consumption behavior toward digital products, resulting in more direct-to-consumer delivery of USAGM content.

3    USAGM affiliate totals reflect unique entities. Each affiliate is only counted once, even if they carry content from more than one USAGM provider.

**Indicator:**

AFFILIATIONS: Affiliates — broadcast stations and digital platforms that carry USAGM content — are a primary intermediary between USAGM's networks and its audiences. Counting the number of affiliates offers a measure of how many stations distribute USAGM content. As shortwave usage wanes in parts of the world, affiliations with local medium wave, FM radio, broadcast television, and satellite channels have grown in importance. With the growth of digital

and mobile technology, there are new forms of affiliations, including online and mobile. The affiliation indicator counts all partnered radio and television stations, including broadcast relay stations, as well as online content delivery platforms, that regularly retransmit content from the USAGM's networks.

## Impact Performance Goal 6.2: Increase engagement with local media partners

| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---|---|---|---|---|---|---|
| **Number of USAGM radio and TV affiliate networks that serve multiple cities or markets** | 540 | 564 | 570 | 568 | 570 | 575 |
| **Number of weekly downloads from affiliate content distribution portal, Direct** | 3,662 | 4,354 | 4,500 | 4,600 | 4,750 | 4,900 |
| **Number of journalists trained in USAGM media development programs[2]** | | 1,038 | 1,000 | 1,300 | 1,000 | 1,000 |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.

2    This was a new metric in FY 2021. Actuals are not available for FY 2020.

**Indicators:**

The indicators for increasing engagement with local media outlets include: the number of USAGM radio and TV affiliate networks that serve multiple markets by having more than one delivery station or platform and operating in more than one city and the number of journalists who participate in USAGM's media development programs.

## Impact Performance Goal 6.3: Increase sharing of USAGM programming

| | SHARING *Percent of weekly audience who shares news heard/read/seen on broadcaster at least once a week* | | | | | |
|---|---|---|---|---|---|---|
| **NETWORK** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target[1]** | **FY 2024 Target[1]** |
| **VOA** | 49 | 50 | 49 | 54 | 52 | 52 |
| **RFE/RL** | 40 | 47 | 47 | 60 | 48 | 50 |
| **RFA** | 37 | 44 | 44 | 44 | 45 | 46 |
| **MBN[2]** | 48 | 55 | 58 | 56 | 61 | 63 |
| **OCB[3]** | 56 | 56 | 56 | NA | NA | NA |

1 Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. VOA expects slower growth in this indicator as audiences around the world face, or may fear, greater scrutiny from governments cracking down on media. For example, while VOA audiences in Angola grew in 2022, their frequency of reported sharing is very low. For RFA, FY 2021 & 2022 metrics are based on data from Cambodia alone because this question was not fielded elsewhere. Social media users in RFA target regions have suffered imprisonment and other significant consequences for expressing opinions online that displease government authorities. RFA's modest targets for FY 2023 and FY 2024 reflect this growing fear of sharing sensitive content online.

2 MBN anticipates modest increases in sharing in FY 2023 and FY 2024 as it focuses on strategies that have been shown to increase social media sharing in the past, such as producing more original and emotional content. One factor in lower FY 2022 "Sharing" results for MBN is no data included for Morocco (where it was measured at 67 percent in 2019) due to inability to add the question the country's 2021 survey.

3 Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023.

**Indicator:**

SHARING OF PROGRAMMING: This indicator is determined by a question in representative surveys asking past week listeners/viewers/online users in any language how often they share news that they have heard, seen, or read from a USAGM entity with friends or relatives, or with their social network. The answers are registered on a five-point range based on the following response options: "Daily or most days per week," "At least once a week," "At least once a month," "Less than once a month," or "Never". The sharing indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey who chose "Daily or most days per week" or "At least once a week."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and

cognitive interviews, the question wording for the sharing indicator changed to ask how often audience members share news from [brand] with family, other relatives, or other people with responses on a four-point scale based on the following response options: "several days a week or more," "once a week," "less often," or "never." As results from the new questionnaire become available, they will be combined with previous results in the "Sharing" indicator.

# Impact Objective 7

## Serve as an authoritative source of information on United States news, policy, and society

Representing American society and presenting and discussing United States policy are legislated mandates for the Agency and thus constitute mission imperatives. USAGM's coverage of the United States is comprehensive across all elements of society and aims to convey the practice of democracy in all of its complexity in the most credible way. It is not about persuading audiences to admire the United States; it is about helping them see how the United States manages the challenges of a democratic society — from economic growth to fiscal crises to race relations to educating youth to addressing environmental change. These topic areas find ready comparisons in USAGM's target countries and resonate with audiences in practical, meaningful ways.

Carrying out this element of USAGM's mission requires sensitivity and creativity. Currents of anti-Americanism still run strong in some parts of the world, necessitating deft outreach that stresses dialogue, not monologue. The way people interact with media today, with emphasis on interaction, further affirms this approach. At the same time, America's still dominant role on the global stage makes it a focal point of international attention and its national language is the one that tens of millions of people around the world seek to learn. VOA, in particular, is uniquely mandated and positioned to leverage these advantages to connect with diverse international audiences, serving as a United States news bureau for affiliate partners and providing English-learning programming.

USAGM will:

- Serve as a United States bureau for media outlets across the world that wish to engage for news, analysis, and perspectives from the United States — a model that has succeeded in Ukraine, Latin America, Nigeria, Indonesia, and elsewhere;

- Portray the breadth and diversity of the American experience, both positive and negative, with particular attention to diaspora communities and Americans outside of major cities;

- Emphasize English learning as a vehicle for positive audience engagement and interaction as well as information on American society and culture;

- Leverage the global interest in American politics with in-depth coverage and analysis of national elections and coverage of other political events to impart the news and to elucidate the democratic process, while localizing stories to make them compelling to target audiences; and

- Satisfy the world's growing appetite for learning English through innovative social media videos, TV and radio programs, and online instruction.

USAGM tracks its progress in achieving Impact Objective 7 with the following performance goals:

## Impact Performance Goal 7.1: Provide programming that increases audiences' understanding of the U. S.

| NETWORK | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---|---|---|---|---|---|---|
| **UNDERSTANDING OF AMERICAN SOCIETY** *Percentage of weekly audience who report that the broadcasts have increased their understanding of American society somewhat or a great deal* | | | | | | |
| VOA | 56 | 55 | 56 | 62 | 62 | 62 |
| MBN | 38 | 54 | 60 | 54 | 60 | 60 |
| OCB[2] | 85 | 85 | 85 | NA | NA | NA |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.  VOA: Measured 7 point increase in this indicator in FY 2022, which VOA forecasts to maintain ...; MBN: Modest increases in understanding expected from more focused MBN content about and from the United States

2    Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023

**Indicator:**

UNDERSTANDING OF AMERICAN SOCIETY: This indicator is determined by a question in representative surveys asking past week listeners/viewers/online users of a USAGM network's broadcasts in a particular language whether the broadcasts have "increased their understanding of American society." The answers are registered on a four-point scale based on the following response options: "a great deal," "somewhat," "very little," or "not at all." The understanding

indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey (excluding those who did not respond or did not know) who chose "a great deal" or "somewhat."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for understanding of American society changed to ask audiences whether they agree or disagree that "[brand] increases my knowledge about the people and culture of the United States." As results from the new questionnaire become available, USAGM will report combined figures from the old questionnaire (percentage of weekly audience selecting "a great deal or somewhat") and the new questionnaire (percentage of weekly audience selecting "agree").

### UNDERSTANDING OF UNITED STATES FOREIGN POLICY
*Percentage of weekly audience who report that the broadcasts have increased their understanding of United States foreign policy somewhat or a great deal*

| NETWORK | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target[1] | FY 2024 Target[1] |
|---------|----------------|----------------|----------------|----------------|----------------|----------------|
| VOA | 53 | 53 | 54 | 60 | 60 | 60 |
| MBN | 47 | 50 | 60 | 49 | 55 | 55 |
| OCB[2] | 89 | 89 | 89 | NA | NA | NA |

1   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. VOA: Measured 7 point increase in this indicator in FY 2022, which VOA forecasts to maintain ; MBN: Modest increases in understanding of US foreign policy expected, partly as the result of increased programming focus on the United States. MBN does not expect major increases in this indicator due to the limited interest in US foreign policy among audiences in the region

2   Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023

**Indicator:**

UNDERSTANDING OF UNITED STATES FOREIGN POLICY: This indicator is determined by a question in representative surveys asking past week listeners/viewers/ online users of a USAGM network's broadcasts in a particular language whether the broadcasts have "increased their understanding of United States foreign policy." The answers are registered on a four-point scale based on the following response options: "a great deal," "somewhat," "very little," or "not at all." The

"Understanding" indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey (excluding those who did not respond or did not know) who chose "a great deal" or "somewhat."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for understanding of United States foreign policy changed to ask audiences whether they agree or disagree that "[brand] increases my knowledge about the United States government's relationship with the rest of the world." As results from the new questionnaire become available, USAGM will report combined figures from the old questionnaire (percentage of weekly audience selecting "a great deal or somewhat") and the new questionnaire (percentage of weekly audience selecting "agree").

## Impact Performance Goal 7.2: Provide exceptional news and information

| UNIQUENESS[1] *Percentage of weekly audience reporting that broadcaster presents information they cannot get from other media* | | | | | | |
|---|---|---|---|---|---|---|
| **NETWORK** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target[2]** | **FY 2024 Target[2]** |
| **VOA** | 28 | 29 | 29 | 29 | 29 | 29 |

1    Uniqueness scores for the other networks are presented in Impact Performance Goal 8.2: "Serve as a surrogate news operation, delivering information otherwise not available in local markets."

2    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.

**Indicator:**

UNIQUENESS: This indicator is determined by a question in representative surveys asking past week listeners/viewers/online users of any language how much of the information provided by the entity is also available from other sources on the radio, TV, or internet. The answers are registered on a four-point scale based on the following response options: "All of it is available elsewhere," "Some of it is available elsewhere," "Very little of it is available elsewhere," or "None of it is available elsewhere." The unique information indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey who chose "very little" or "none."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for uniqueness changed to ask about various aspects of uniqueness. As results from the new questionnaire become available, the general uniqueness indicator in this performance goal will be replaced by one that asks whether audiences agree or disagree that "[brand] covers news about the United States that I cannot get elsewhere."

# Impact Objective 8

## Serve as a surrogate news operation, delivering information otherwise not available in local markets

In markets without an established free press, or where state-run media are dominant, the USAGM's networks play a surrogate role, fulfilling the role of highly professionalized local press. In this role, the networks emphasize domestic news for their geographically-defined audiences and cover developments specific to defined target markets, especially in fragile democracies. Programming focuses on local news events not covered in state-controlled domestic media, as well as other sensitive topics, including religion, science, and locally-banned literature and music. In turn, the networks give voice to underserved populations, dissidents, and civil society — while maintaining balanced coverage — and serve as platforms for a range of opinions and voices from these countries.

USAGM will:

- Build strong networks of local stringers across target regions;

- Where possible, maintain a robust on-the-ground bureau presence, to report local news from a local perspective;

- Where in-country access is limited, cultivate networks of trusted contributors and influencers and closely monitor official and alternative media;

- Use social media and other interactive tools to gather information from closed societies, amplifying the voices of those struggling for free expression; and

- Provide platforms for free expression of various viewpoints and work to help people bridge traditional divides, including class, ethnicity, and religion.

USAGM tracks its progress in achieving Impact Objective 8 with the following performance goals:

## Impact Performance Goal 8.1: Provide programming that increases audiences' understanding of current events in target countries

| UNDERSTANDING OF CURRENT EVENTS IN TARGET COUNTRY [1]<br>*Percent of weekly audience who report that the broadcasts have increased their understanding of current events in the target country somewhat or a great deal* | | | | | | |
|---|---|---|---|---|---|---|
| **NETWORK** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target**[1] | **FY 2024 Target**[1] |
| **VOA** in relevant markets | 72 | 71 | 72 | 74 | 74 | 74 |
| **RFE/RL** | 75 | 76 | 76 | 81 | 67 | 68 |
| **RFA** | 78 | 61 | 62 | 61 | 67 | 69 |
| **MBN** | | 57 | 60 | 79 | 75 | 76 |
| **OCB**[2] | | | | | | |

1    Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources. VOA: Measured 3 point increase in this indicator in FY 2022, which VOA forecasts to maintain; RFA: RFA's FY 2022 metric for this indicator was based on Cambodia alone. With three new surveys fielding in FY 2023 in Cambodia, Laos, and Myanmar, RFA expects growth in this indicator, as RFA has performed well on this metric in past surveys in these markets; MBN: Level of understanding in target country was high in FY 2022, but reflected only data from Saudi Arabia and Morocco.  MBN anticipates FY 2023 and FY 2024 levels will be sustained with the inclusion of new data from Iraq, but slightly lower than in FY 2022 level due to the inclusion of new data from Yemen and Libya.

2    This question was not included in OCB's most recent survey in 2017. USAGM is planning to conduct a Cuba survey in FY  2023.

**Indicator:**

UNDERSTANDING OF CURRENT EVENTS IN TARGET COUNTRY: This indicator is determined by a question in representative surveys asking past week listeners/ viewers/online users of [language] whether the broadcasts have "increased their understanding of current events in [target country]." The answers are registered on a four-point scale based on the following response options: "a great deal," "somewhat," "very little," or "not at all." The understanding indicator is a weighted average, by audience size, of the percent of those answering the question in the survey (excluding those who did not respond or did not know) who chose "a great deal" or "somewhat."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for this indicator now asks

whether respondents agree or disagree that "[brand] increases my knowledge of news in [country]." As results from the new questionnaire become available, "understanding of current events in target country" will be replaced by knowledge of news in country" in USAGM performance reporting.

### Impact Performance Goal 8.2: Provide exceptional news and information

| UNIQUENESS | | | | | | |
|---|---|---|---|---|---|---|
| *Percentage of weekly audience reporting that broadcaster presents information they cannot get from other media* | | | | | | |
| **NETWORK** | **FY 2020 Actual** | **FY 2021 Actual** | **FY 2022 Target** | **FY 2022 Actual** | **FY 2023 Target[1]** | **FY 2024 Target[1]** |
| **RFE/RL** | 27 | 27 | 29 | 28 | 32 | 33 |
| **RFA** | 38 | 35 | 36 | 35 | 40 | 43 |
| **MBN** | 30 | 30 | 35 | 27 | 36 | 37 |
| **OCB[2]** | 78 | 78 | 78 | NA | NA | NA |

1   Factors contributing to FY 2023 and FY 2024 targets include current positioning in the media market, anticipated future trends, and proposed budgetary resources.  RFA: RFA's FY2022 metric for this indicator was based on Cambodia alone. With three new surveys fielding in FY2023 in Cambodia, Laos, and Myanmar, RFA expects growth in this indicator, as RFA has performed well on this metric in past surveys in these markets;; MBN: Slight increases in this metric anticipated from MBN interactive programs and podcasts.  Providing unique content and formats will remain challenging, however, given the large number and diversity of media outlets in the Arab world.

2   Due to lack of survey data from Cuba since 2017 and recent organizational changes, OCB has no current measure of audience and insufficient basis to forecast new targets. New survey data is expected in FY 2023

**Indicator:**

UNIQUENESS: TThis indicator is determined by a question in representative surveys asking past week listeners/viewers/online users of any language how much of the information provided by the entity is also available from other sources on the radio, TV, or internet. The answers are registered on a four-point scale based on the following response options: "All of it is available elsewhere," "Some of it is available elsewhere," "Very little of it is available elsewhere," and "None of it is available elsewhere." The unique information indicator is a weighted average, by audience size, of the percentage of those answering the question in the survey who chose "very little" or "none."

In FY 2022, USAGM revised its core questionnaire to better measure how contemporary audiences engage with modern media. As a result of testing and cognitive interviews, the question wording for uniqueness changed to ask about various aspects of uniqueness. As results from the new questionnaire become available, the general uniqueness indicator in this performance goal will be replaced by a uniqueness index reflecting responses to whether USAGM's networks "cover news not covered by other brands," "present news in a way that other brands do not," "cover international news stories that audiences cannot get elsewhere," and "include different viewpoints."

# Agility Objective 1

## Manage a nimble, resilient, sustainable, efficient, and modern media enterprise

By virtue of historical circumstance, USAGM's operations fall under six separate entities and respective support organizations. This structure has resulted in strong and trusted brands, but presents challenges with federal and non-federal components operating under different legal and administrative frameworks. USAGM must have the agility to operate in a rapidly evolving and challenging global media environment and the standardization or interoperability that enables nimble resource allocations. The Agency continues to transform its operations in order to fulfill its charter and meet the challenges of growing geopolitical instability, technological change, and growing threats to free media.

USAGM will:

- Pursue an efficient and effective organizational structure;
- Modernize its technological platforms and workflows, enabling it to seamlessly meet and exceed global standards in content creation, acquisition, and distribution, while closely tracking and adjusting to audience consumption behaviors;
- Streamline and, where possible, automate business processes and workflows;
- Employ cloud-based technology to maximize nimbleness, resilience, and cost savings;
- Protect USAGM from persistent threats from state and non-state actors through enhancements to its cybersecurity posture;
- Improve the environmental sustainability of Agency operations; and
- Leverage new mobile, agile, and cloud-based technologies to reduce physical space requirements and adjust the Agency's global footprint to best ensure the safety and security of its journalists.

USAGM tracks its progress in achieving Agility Objective 1 with the following performance goals:

## Agility Performance Goal 1.1: Streamline program delivery

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Conduct annual data-driven business reviews to optimize shortwave and medium wave radio transmission networktransmission network** | First review of SW and MW transmission completed | Conduct review and implement recommendations | A number of changes made, including elimination of VOA Urdu and reductions of VOA and RFA Burmese. | Conduct review and implement recommendations | Further reductions and/or eliminations will be based on audience research and other strategic considerations. |
| **Optimize remaining shortwave distribution, taking advantage of the strategic location and lower operating cost of Kuwait Transmitting Station** | Restored 2 more antennas on CNMI Transmitting Station to service.

Completed build of new SW antenna arrays for Africa completed at Kuwait Transmitting Station | Complete restoration of 2 more antennas on CNMI Transmitting Station to service and work to restore 2 additional antennas.1

Expansion of shortwave at KTS completed. | Restored one antenna on CNMI Transmitting Station. Additional antenna only requires ground works repair due to delay on parts.

SW antenna expansion is well underway. In FY 2022, construction contract was awarded. | 7 antenna systems of the 16 total on CNMI have been restored to service.  More work is dependent on additional funding, which at this moment is not available

SW antenna expansion completion anticipated in FY 2023. | 7 antenna systems of the 16 total on CNMI have been restored to service.  More work is dependent on additional funding, which at this moment is not available.

Completion of building expansion for the transmitters in FY 2024. |
| **Continue building out and supporting USAGM's bespoke VOD/OTT (video on demand/over the top) platform** | Current status: content available in 15 languages and on 15 platforms/operating systems, including Apple TV, Samsung, etc | Add content in 3 more languages and 1 more platform/operating system. Consider adding other features and graphical refinements. | Additional 5 languages added, all available on multiple OSs and devices, including Samsung Smart TVs, LG Connected TVs, Amazon Fire TV, and more than a dozen manufacturers that use the Android TV OS. In FY 2022 USAGM also added enhanced analytics and security measures. | Add 3 additional languages and consider, based on market research, adding an additional platform such as Chromecast. Ensure that the user experience and feature set remain competitive with consumer expectations. | Add 3 additional languages and, based on market research, consider adding additional platform, to be determined. Continue building a user base as well as ensuring that the user experience and feature set remain competitive with consumer expectations. Additional enhancements intended to benefit USACM workflow are also expected. |
| **Optimize the FM network remote monitoring capability: implement monitoring across all sites and make the system more efficient by replacing VSATs and emails with GSM-based system** | 65 of 95 FM stations have remote monitoring capabilities | Pilot GSM-based system

Seek to reduce per-station monitoring costs | A Technical Evaluation Panel concluded a review of offers for upgraded connectivity to enable monitoring.  Award made in FY 2022 that will be rolled out in FY 23. | If pilot successful, roll out new system across network, adding remote monitoring to 5 more stations.

Seek to reduce per-station monitoring costs. | Next generation monitoring hardware and expanding monitoring to other cities will happen in FY 2024, if requested resourced are approved. |

## Agility Performance Goal 1.2: Automate and streamline key business processes

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Unify USAGM "help desk" services management and provision through a TSI-led ServiceDesk by establishing a common tool set for USAGM organizations to utilize** | Help Desk services IT-related calls for federal workforce (mostly headquarters). | Pilot shared services approach that is paid into by Agency networks that participate. Extend Help Desk services to integrate DST, Telecoms, NCC, & Facilities calls, to improve service delivery & communications. oms, NCC, and Facilities calls, to improve service delivery and communications. | Implementation of Avanti ITSM Service Management tool that will help extend and provide consolidated Helpdesk services to internal USAGM service-oriented departments and other USAGM entities. | Actively seek utilization of Help Desk services by networks beyond VOA. | Pilot shared services approach that is paid into by Agency networks that participate. |

## Agility Performance Goal 1.3: Migrate onsite systems to cloud for enhanced effectiveness and efficiency

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Make all media creation and editing systems available via cloud/ mobile platforms for United States based staff to promote efficient media production and sharing** | Limited access available for US-based staff; VPN access or being on site required. | Adobe- cloud-based video editing solution piloted and rolled out. | Adobe cloud-based video editing solution pilot currently in progress. | Dalet Galaxy cloud-based video editing solution piloted and rolled out. | To successfully pilot and test Adobe & Dalet Galaxy cloud-based solutions. |
| **Make media creation and editing systems available for staff outside the United States** | Was available on an ad hoc basis. | All approved users anywhere in the world can access the media creation and editing systems. | All approved users with accounts in agency's active directory accounts are able to access the media creation and editing systems. | Pilot and test Dalet and Adobe systems in the cloud solution. | Roll out Dalet and Adobe in the cloud systems for all approved users with active directory accounts. |
| **Reduce USAGM IT Infrastructure footprint** | 80%+ of storage utilization in the Cloud; some server infrastructure virtualized and cloud-based. | Begin migrating server infrastructure to Cloud (85% migration target by FY 2024). | Continue migrating server infrastructure to Cloud (85% migration target by FY 2024). | Continue migrating server infrastructure to Cloud (85% migration target by FY 2024). | Complete migration of Server infrastructure to the cloud. |
| **Establish policy to encourage USAGM entities to use shared media services** | Policy proposed, not implemented. | Policy proposed, implemented. | Continued review/ assessment of a proposed policy to the USAGM entities. | Policy proposed, implemented. | N/A |

## Agility Performance Goal 1.4: Implement key media and IT security systems for all USAGM entities

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Improve efficacy of IT security training** | About 20% of users will click on a spoofed phishing test. | Mimic realistic phishing to test users' IT security awareness; provide training to those who click. (Target was that less than 20 percent of users will click). | Campaign yielded a phish rate of only 9.3%. All users that clicked were provided micro-training to show indicators of phishing attempts. | No more than 10% of users will click on a spoofed phishing test. | Maintain target of 10% or lower for phishing simulations. |
| **Strengthen USAGM's cybersecurity posture** | Achieved "consistently implemented" maturity level for USAGM's information security program.<br><br>Developed and implemented an Agency IT Security Continuous Monitoring Program; reviewed Key Performance Indicators supporting IT Security Continuous Monitoring Program: Anti-Phishing Training and MFA implementation of Office 365 reduced the incidence of successful phishing attacks.<br><br>Implemented MFA (multi- factor authentication) for Agency's Office 365 user community.<br><br>Piloted an Agency IT Governance/CPIC Program.<br><br>Developed cloud-centric and remote-work security policies and procedures that support the USAGM IT strategic plan.<br><br>Analyzed impact of Cyber EO 14028 and OMB's associated data calls. | Maintain "Consistently Implemented" maturity level for USAGM's information security program while developing the Agency's Zero Trust Architecture transition plan in response to Cyber EO 14028.<br><br>Develop Agency ZTA implementation plan, Brief senior management on ZTA strategies and incorporate into budget and overall USAGM strategic planning.<br><br>IT Governance program fully adopted with routine Investment Review Board meetings and CPIC processes for USAGM's federal entities.<br><br>Pilot PIV MFA for USAGM devices and network.<br><br>Pilot Supply Chain Risk Management and Counterfeit Software and Device protection program.<br><br>Pilot Windows 11 OS security features Migrate On-Premise applications to the Cloud ensuring ZTA is fully adopted. | The OIG has given USAGM a Consistently Implemented rating for our FISMA program.<br><br>USAGM's initial ZTA plan was developed and submitted to OMB. USAGM's ZTA funding request was submitted to GSA for TMF funding consideration and included in the Agency's FY 2024 budget plan.<br><br>IT Governance program is fully adopted with routine Investment Review Board meetings and CPIC processes for USAGM's federal entities.<br><br>USAGM's PIV MFA enforcement is underway with 7% of total Agency users currently using PIV cards for login to Agency devices.<br><br>USAGM has piloted the SCRM program.<br><br>Pilot of Windows 11 OS secure configuration was deferred to FY 2023.<br><br>ZTA Pilot migration of On-Premise applications to the Cloud was deferred to FY 2023. | Maintain "Consistently Implemented" maturity level for USAGM's information security program while implementing the Agency's Zero Trust Architecture transition plan and achieving the next level OMB-CISA targets for incident response logging and EDR.<br><br>IT Governance program fully adopted with routine Investment Review Board.<br><br>meetings and CPIC processes for all USAGM entities, including the Grantees.<br><br>Logical Access Control with PIV MFA fully implemented for all Agency applications and GFE devices.<br><br>Fully implement Supply Chain Risk Management and Counterfeit Software and Device protection program<br><br>Fully implement ZTA1<br><br>Migrate On-Premises applications to the Cloud ensuring ZTA is fully adopted[1] | Maintain "Consistently Implemented" maturity level for USAGM's information security program while implementing the Agency's Zero Trust Architecture transition plan.<br><br>IT Governance program fully adopted with routine Investment Review Board.<br><br>meetings and CPIC processes for all USAGM entities, including the Grantees.<br><br>Logical Access Control with PIV MFA fully implemented for all Agency applications and GFE devices.<br><br>Fully implement Supply Chain Risk Management and Counterfeit Software and Device protection program.<br><br>Fully implement ZTA. |

[1] ZTA implementation dependent on funding from GSA's TMF (Technology Modernization Fund) being made available to USAGM. The agency has applied for this funding, and it anticipated to be successful. But, funding has not been secured.as of publication of this report.

## Agility Performance Goal 1.5: Broaden Agency sustainability efforts

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Develop Agency-wide sustainability program based on administration guidance and goals** | No Agency-wide sustainability program. | Develop sustainability program and communicate this, along with associated goals and guidance, across the Agency. | USAGM engaged a firm to conduct an agency-wide sustainability assessment. | USAGM's employed firm will carry out its sustainability assessment. | Begin implementation of sustainability program, based on FY 2023 assessment. |
| **Reduce real estate footprint at Cohen Building headquarters and USAGM's other federal properties** | 735,000 square feet | 715,000 square feet | USAGM reduced used space to 698k sq ft. -- Cohen: 21k sq ft available for release to GSA, pending approval; OCB Miami: 15k sq ft released to GSA in FY 2022 and additional 1500 sq ft warehouse closed. VOA also closed San Francisco bureau office space. | 665,000 square feet | 665,000 square feet |
| **Move Agency headquarters from Wilbur J. Cohen building to another location by 2028** | Commercial realtor engaged; space estimates drawn up. | Refine space estimates, based on evolving needs. | Space estimates refined, but continue to evolve, pending space utilization and other factors | Target TBD. | Target TBD. |

# Agility Objective 2

## Enhance communication and strategic cooperation across USAGM networks and offices

USAGM is one of the world's largest news-gathering and reporting enterprises with 50 overseas news bureaus and production centers, 3,500 employees, and 1,500 stringer reporters. Each of the Agency's five public service media networks generates original reporting every day from in and around the world's hotspots — including Afghanistan, Burma, PRC, Haiti, Iran, North Korea, Russia and its periphery, the Sahel and Central Africa, Syria, Venezuela, Yemen — primarily in vernacular languages for target audiences in these areas.

The themes covered in original reporting from these locations — highlighting human rights, authoritarian repression, disinformation campaigns, etc. — resonate with audiences around the world. USAGM's networks strive to make this content available in English and vernacular languages to serve broader audiences. Specifically, the Agency facilitates communication and coordination among broadcast networks and support offices, reinforcing their unique and respective mission-driven legislated roles in areas served by multiple broadcasters. The Agency will also continue to collaborate with other United States government entities on areas of shared interest or concern.

USAGM will:

- Ensure coordinated and complementary mission-driven operations and content in markets served by two USAGM media entities;

- Build and sustain internal content-sharing mechanisms, aligning internal editorial support and coordination, as needed;

- Employ bridge editors and other content-sharing mechanisms to channel original reporting from the language services to the central newsrooms and across USAGM to fully leverage the Agency's expansive global network of field-based reporters;

- Better leverage news-gathering, including stringer and correspondent networks or rotating correspondents, across USAGM to ensure required editorial coordination and avoid redundancy;

- Align all support functions to USAGM vision, strategic priorities, and goals; and

- Participate in inter-Agency meetings, committees, and strategies in support of United States government priorities to ensure that USAGM capabilities, expertise, actions, and impact are fully and accurately shared with other government entities.

USAGM tracks its progress in achieving Agility Objective 2 with the following performance goals:

### Agility Performance Goal 2.1: Launch a comprehensive internal communications campaign to improve internal communications between leadership and staff

| INCREASE STAFF CONSUMPTION OF AND ENGAGEMENT WITH A WIDE RANGE OF COMMUNICATIONS PRODUCTS | | | | | |
|---|---|---|---|---|---|
| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actuals | FY 2023 Target | FY 2024 Target |
| Average weekly reach of emails[1] | 170 | 250 | NA | NA | NA |
| Average weekly digital visits on Workplace | 264 | 350 | 192 | 300 | 350 |
| Average weekly digital visits on SharePoint[2] | 2,705 | 3,000 | 2,769 | 2,800 | 2,900 |
| Digital engagement on Workplace[3] | 7,084 | 10,000 | 6495[2] | 5500 | 6000 |
| Average audience size for virtual events | 131 | 150 | 45[3] | 50 | 60 |

1  Not tracked as of FY 2022 due inability to consistently measure readership and questions about utility of the metric.
2  Federal entities only, slower growth expected with increased shift to Workplace
3  Reporting changed in FY 2022 from "reactions, comments, and shares" to "reactions, comments, and connections"
4  Reduced number of agency-wide town halls and focused on smaller, office-specific events

| PERCENTAGE OF EMPLOYEES WHO AGREE THAT THEY KNOW HOW THEIR WORK RELATES TO THE AGENCY'S GOALS AND PRIORITIES (FROM FEVS) | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| USAGM | 60 | 85 | 86 | 83 | 87 | 88 |
| Government-wide | 72 | 85 | NA | 84 | | |

## Agility Performance Goal 2.2: Support network-led initiatives to share content across networks and services

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Support content sharing initiatives led by USAGM's networks while protecting the editorial independence of each network** | VOA-OCB collaboration on Latin America; RFE/RL-RFA coverage of PRC. | RFA, VOA, RFE/RL, MBN, and OCB collaboration coverage of PRC's malign influence. | RFA, VOA, RFE/ RL, MBN, and OCB collaboration coverage of PRC's malign influence. | Feasibility study for a master contract of English translation of high priority content. | Successful deployment of high priority content translation and other activities determined based on policy priorities at the time. |

## Agility Performance Goal 2.3: Build systems to support sharing content across networks and services

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Develop and support Agency-wide Media Asset Management system** | Networks use Dalet or another MAM with varying degrees of satisfaction. | Work closely with agency leadership and networks to identify a MAM that can be utilized across the agency. | Stabilization of current MAM technology Infrastructure and socialization of MAM to networks. Initial deployment of MAM access will be via deployment of archive capability. | Begin migration to new MAM or deployment of existing MAM to additional networks. | Deployment of existing MAM to additional networks. |
| **Develop and support Agency-wide Content Management System** | Networks use Pangea or another CMS with limited satisfaction; VOA's Voltron CMS being discontinued and rolled back. | Work closely with agency leadership and networks to identify a new CMS that can be utilized across the agency. | Continue to work closely with agency leadership and networks to identify a new CMS that can be utilized across the agency. | Complete market research on new agency CMS. | Potentially begin migration to new CMS. |

# Agility Objective 3

## Enable greater impact and accountability through data-driven evaluation and decision-making

USAGM is focused on improving the collection, distribution, and use of research, evaluation, and performance data to facilitate informed strategic decisions.

The Agency organizes this work around an impact framework outlining how it measures effectiveness in achieving the mission. In ongoing efforts to implement contemporary media practices and maintain competitive relevance in the marketplace, USAGM has developed a strong body of evidence to address these questions and is actively working to standardize, consolidate, and govern this data to make it more accessible and actionable for decision-makers at all levels.

USAGM will:

- Establish and maintain a robust data management system that standardizes practices for storing, processing, accessing, and analyzing data to accurately measure USAGM impact, reach, and credibility;

- Prioritize evaluation and learning agendas to ensure that data and corresponding analysis continuously inform decision-making processes;

- Develop data evaluation skills across the workforce and feed impact data into planning and decision-making at all levels of the Agency; and

- Continue to implement and refine the USAGM Impact Model as needed to reflect changes in the media environment.

USAGM tracks its progress in achieving Agility Objective 3 with the following performance goals:

## Agility Performance Goal 3.1: Strengthen research program

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Number of full media surveys completed within the last two fiscal years[1]** | 7 | 8 | 10 | 25 | 29 |
| **Number of omnibus surveys completed within the last two fiscal years[1]** | 55 | 70 | 66 | 46 | 50 |
| **Percentage of surveys (full or omnibus) used for performance indicators that were completed within the last two fiscal years[2]** | 66% | 80% | 79% | 64% | 64% |

1   USAGM targets increased for full surveys and decreased for omnibus surveys in FY 2023 and FY 2024, reflecting positive changes in research budget and shift toward commissioning more full media surveys.
2   Forecasted increase in percentage of surveys completed within the last two fiscal years revised, and growing slower than total number of surveys completed in the last two years, due to multiple surveys within two-year period of the same media market if it has particular strategic interest and/or dynamic circumstances.

## Agility Performance Goal 3.2: Conduct rigorous annual content reviews for each language service

| | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|
| **Percentage of language services with a completed program review in the previous cycle** | 95% | 95% | 100% | 100% |

## Agility Performance Goal 3.3: Build systems and processes to support data-driven evaluation and decision-making

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Formally institute evidence best practices** | Extensive consultation on Strategic Plan; worked with networks to finalize new survey questionnaire | Conduct Capacity Assessment, consult stakeholders for building Learning Agenda and Annual Evaluation Plan | Plan for stakeholder meeting on Learning Agenda and Evaluation Plan | Finalize Learning Agenda and Annual Evaluation Plan, including incorporation into LSR process | TBD |
| **Unify USAGM audience data assets to allow greater automation and analysis** | Requested TMF funding for enterprise Data Management System (DMS) | Pending funding, begin buildout of new DMS | TMF did not fund OPR's proposal. OPR is using increased base funding to develop a re-scoped DMS | Use expanded OPR base budget to integrate all USAGM reporting assets into the DMSs | Apply improved DMS to numerous strategic business questions and offer direct access to the platform to USAGM, its networks, and inter-agency partners |

# Agility Objective 4

## Foster engagement, development, and equity in a diverse workforce

USAGM's diverse, multi-cultural, and multi-talented workforce offers a rich range of experience and expertise to carry out the Agency's mission. In order to succeed in the rapidly changing, highly competitive global media environment, this workforce needs the right skillsets to develop and implement innovative solutions for target countries consistent with emerging priorities, programming formats, and advances in technology.

Additionally, employees and contractors will be most effective when they are fully engaged, motivated, and respected. Equity needs to be the job of every office, manager, and employee, empowering a workforce that includes diversity of thought, diversity in its people, and diversity in its business practices. Employees must be evaluated fairly; thus, USAGM has renewed its focus on federal personnel appraisals and is currently undertaking several initiatives that will strengthen this important accountability tool.

USAGM will:

- Create and promote a workplace where the talents of all individuals are recognized and appreciated;

- Support the health and wellness of all employees and contractors and ensure a safe and secure work environment for all;

- Consistently communicate organizational goals, objectives, priorities, and performance expectations in a timely manner to staff at all levels in the Agency;

- Develop cross-training and internal development standards and procedures, as applicable;

- Promote human capital planning and management as a top priority for senior executives, managers, and supervisors throughout the Agency; and

- Improve the consistency and credibility of Agency performance management processes.

USAGM tracks its progress in achieving Agility Objective 4 with the following performance goals:

## Agility Performance Goal 4.1: Improve workforce engagement.

| EMPLOYEE ENGAGEMENT INDEX IN FEVS | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| **USAGM** | 60 | 70 | 71 | 69 | 71 | 72 |
| **Government-wide** | 72 | 71 | NA | 71 | | |

Note: USAGM is the process of establishing two councils to further enhance its workforce engagement efforts: (1) an Employee Engagement Council (non-supervisory) and (2) a Leadership Engagement Advisory Council.

## Agility Performance Goal 4.2: Improve employee training and development.

| PERCENTAGE OF EMPLOYEES WHO BELIEVE THAT THEIR WORK UNIT HAS THE JOB-RELEVANT KNOWLEDGE AND SKILLS NECESSARY TO ACCOMPLISH ORGANIZATIONAL GOALS (FROM FEVS) | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| **USAGM** | 72 | 77 | 80 | 76 | 80 | 81 |
| **Government-wide** | 82 | 80 | NA | 79 | | |

Note: (1) The agency has initiated an "on-demand" training channel on its internal SharePoint page to provide employees access to job-relevant content that will provide them with the skills necessary to accomplish organizational goals. Additional job-specific courses are being developed to further improve employee knowledge, skills and abilities to meet organizational goals. (2) The Office of Workforce and Development is working with employees develop IDPs (Individual Development Plans) that will be tracked through the AgLearn application.

| MANDATORY TRAINING | | | | | |
|---|---|---|---|---|---|
| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| **Improve compliance with mandatory training requirements** | Mandatory training compliance and enforcement handled by individual offices | Build central tracking and reporting system for mandatory training | Central tracking and reporting system for mandatory training established | Begin reporting percentage of workforce that has completed mandatory trainings in these areas | Improve mandatory training compliance percentages |

**Agility Performance Goal 4.3: Address equity and increase diversity in management.**

| PERCENTAGE OF EMPLOYEES AT GS-14 LEVEL OR ABOVE WHO ARE: | | | | | |
|---|---|---|---|---|---|
| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| **Minorities** (either Hispanic or non-White) | 40 | 41 | 37 | 40 | 41 |
| **Women** | 40 | 41 | 40 | 40 | 41 |

Note: USAGM is continuing to expand its recruitment efforts to target senior level outreach events with a specific focus on minorities and women..

**Agility Performance Goal 4.4: Institute strategic human capital planning.**

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Institute Agency-wide strategic human capital planning** | Personnel resource requests considered on ad hoc basis. | Build office-level human capital plans, tied to the Agency strategic plan. | Office-level human capital plans created based on strategic plan. | Integrate personnel resource requests with office-level human capital plans. | Identify areas of investment in human capital that tie to strategic plan. |

**Agility Performance Goal 4.5: Improve personnel evaluation processes**

| | FY 2021 Baseline | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
|---|---|---|---|---|---|
| **Percentage of federal employees with personnel evaluations completed on time** | 98 | 98.5 | 99.1 | 99 | 99 |

## Agility Performance Goal 4.6: Improve performance culture of Agency

| INDEX OF PERFORMANCE QUESTIONS ON FEVS | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2020 Actual | FY 2021 Actual | FY 2022 Target | FY 2022 Actual | FY 2023 Target | FY 2024 Target |
| **USAGM** | 63 | 68 | 69 | 70 | 70 | 71 |
| **Government-wide** | 70 | 68 | NA | 71 | | |

Note: In FY 2022 FEVS data changed the question "In my work unit, steps are taken to deal with a poor performer who cannot or will not improve" to break out how poor performers are addressed. As a result, we dropped that element from the index. The FY 2022 Actuals now reflect the following nine aspects of performance culture:

1. I am given a real opportunity to improve my skills in my organization.
2. I feel encouraged to come up with new and better ways of doing things.
3. I know what is expected of me on the job.
4. My talents are used well in the workplace.
5. I know how my work relates to the agency's goals.
6. The people I work with cooperate to get the job done.
7. In my work unit, differences in performance are recognized in a meaningful way.
8. My work unit has the job-relevant knowledge and skills necessary to accomplish organizational goals.
9. Employees in my work unit produce high-quality work.

**Indicator**

This measure compiles positive response rates to ten performance-related questions on the annual Federal Employee Viewpoint Survey (FEVS): "I am given a real opportunity to improve my skills in my organization"; "I feel encouraged to come up with new and better ways of doing things"; "I know what is expected of me on the job"; "My talents are used well in the workplace"; "I know how my work relates to the Agency's goals and priorities"; "The people I work with cooperate to get the job done"; "In my work unit, steps are taken to deal with a poor performer who cannot or will not improve"; "In my work unit, differences in performance are recognized in a meaningful way"; "My work unit has the job-relevant knowledge and skills necessary to accomplish organizational goals;" and "Employees are recognized for providing high-quality products and services."

# Performance Budget Appendix: Agency Impact Indicators

To demonstrate the impact of broadcasting activities, USAGM maintains a robust research program composed of national surveys, omnibus surveys, panels, interviews, and focus groups. Nationally representative (or close-to nationally representative) surveys, conducted in accordance with the highest professional standards by local market research firms, are the primary source for the Agency's impact indicators. Survey response rates vary by country, with higher response rates generally in Africa and the lowest response rates in Eurasia. Further information on the USAGM research program and its methodology can be found on the USAGM website at: usagm.gov/strategy-and-performance/performance-accountability.

Several impact indicators (including Program Credibility, Understanding of Current Events, Uniqueness, Understanding of American Society, Understanding of United States Foreign Policy, Understanding of Current Events in the Target Country, and Sharing of Programming) are based on a subset of surveyed markets. This is due either to weekly audience being too small for analysis (n < 50) or to the question not being asked due to survey space limitations (only true in cases where USAGM buys space on third party surveys or, in rarer instances, where country conditions limit data collection to shorter interviews over the phone).

## Verification and Validation of Data

USAGM and its research vendors follow standards set by the Conference of International Broadcasting Audience Researchers, ESOMAR, and other international organizations that lead the market research industry in ethical, professional research practice.

Once data has been collected, all research vendors must send their data to a third-party vendor hired by the Agency for the sole purpose of performing data quality assurance protocols. After a thorough review, and — if necessary — several rounds of critical feedback with vendors, USAGM determines whether data warrants new fieldwork or is acceptable.

Every survey commissioned by USAGM requires research vendors to produce a technical report, detailing the sampling plan, population weights, problems encountered in the field, and resolution methods. This information about data collection conditions is a critical component of ensuring the design effects are included in computations.

Before research projects can conclude, the USAGM research team — some combination of USAGM research staff and analysts, network research directors, and project managers — agree on the validity of reach figures and impact metrics.

(page left intentionally blank)

# Appendix A: Budget Charts

U.S. AGENCY FOR GLOBAL MEDIA
VOICE OF AMERICA
Summary of Appropriated Funds
FY 2022–FY 2024
*($ in thousands)*

| VOICE OF AMERICA | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **VOA DIRECTOR** | | | |
| *VOA Director Office/Resource Management/Research/PR* | $ 4,058 | $ 6,187 | $ 4,789 |
| *Strategy, and Audience Engagement* | $ 3,008 | $ 3,009 | $ 3,077 |
| *VOA Chief Digital Officer* | $ 34 | $ 3,681 | $ 3,056 |
| **SUBTOTAL, VOA DIRECTOR** | $ 7,100 | $ 12,877 | $ 10,922 |
| | | | |
| **DIRECTOR, PROGRAMMING DIRECTORATE** | $ 8,617 | $ 9,165 | $ 9,274 |
| | | | |
| **STUDIO AND PRODUCTION OPERATIONS** | | | |
| *Director, Studio and Production Operations* | $ 1,020 | $ 1,978 | $ 1,833 |
| *Central Production Services Division* | $ 23,830 | $ 14,214 | $ 15,988 |
| *Operations Support Division* | $ 18,539 | $ 22,107 | $ 22,129 |
| *Technical Support Division* | $ 8,101 | $ 12,369 | $ 10,908 |
| **SUBTOTAL, STUDIO AND PRODUCTION OPERATIONS** | $ 51,490 | $ 50,668 | $ 50,858 |
| | | | |
| **AFRICA DIVISION** | | | |
| *Division Chief* | $ 3,323 | $ 5,572 | $ 5,283 |
| *Bambara Service* | $ 768 | $ 936 | $ 1,065 |
| *Central Africa  (Kinyarwanda, Kirundi)* | $ 2,075 | $ 1,954 | $ 2,096 |
| *English to Africa* | $ 6,867 | $ 7,418 | $ 7,839 |
| *French To Africa Service* | $ 5,190 | $ 4,394 | $ 5,723 |
| *Fulani Service* | | | $ 1,647 |
| *Hausa Service* | $ 2,999 | $ 3,037 | $ 3,416 |
| *Horn Of Africa  (Amharic, Tigrigna, Afaan Oromoo)* | $ 3,814 | $ 3,269 | $ 4,440 |
| *Portuguese Service* | $ 1,570 | $ 1,375 | $ 1,705 |
| *Somali Service* | $ 3,122 | $ 2,511 | $ 3,474 |
| *Swahili Service* | $ 2,418 | $ 2,013 | $ 2,615 |
| *Zimbabwe/Shona/Ndebele/English* | $ 1,684 | $ 1,509 | $ 1,937 |
| **SUBTOTAL, AFRICA DIVISION** | $ 33,830 | $ 33,988 | $ 41,240 |

| VOICE OF AMERICA | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **EAST ASIA AND PACIFIC DIVISION** | | | |
| *Division Chief* | $ 2,685 | $ 3,725 | $ 5,049 |
| *Burmese Service* | $ 4,265 | $ 3,916 | $ 4,698 |
| *Cantonese Service* | $ 990 | $ 784 | $ 994 |
| *English to Asia* | | $ 245 | $ 250 |
| *Indonesian Service* | $ 5,374 | $ 5,070 | $ 6,421 |
| *Khmer Service* | $ 2,945 | $ 2,910 | $ 3,219 |
| *Korean Service* | $ 5,864 | $ 6,462 | $ 6,841 |
| *Lao Service* | $ 838 | $ 689 | $ 970 |
| *Mandarin Service* | $ 13,468 | $ 14,261 | $ 15,008 |
| *Thai Service* | $ 1,120 | $ 990 | $ 1,216 |
| *Tibetan Service* | $ 4,349 | $ 3,977 | $ 4,879 |
| *Vietnamese Service* | $ 2,428 | $ 2,305 | $ 2,637 |
| **SUBTOTAL, EAST ASIA AND PACIFIC DIVISION** | **$ 44,326** | **$ 45,334** | **$ 52,182** |
| **EURASIA DIVISION** | | | |
| *Division Chief* | $ 1,786 | $ 1,633 | $ 1,550 |
| *Albanian Service* | $ 1,808 | $ 2,122 | $ 2,149 |
| *Armenian Service* | $ 697 | $ 722 | $ 871 |
| *Bosnian Service* | $ 1,111 | $ 1,162 | $ 1,460 |
| *Georgian Service* | $ 1,157 | $ 1,118 | $ 1,274 |
| *Macedonian Service* | $ 670 | $ 722 | $ 836 |
| *Russian Service* | $ 9,275 | $ 9,532 | $ 9,449 |
| *Serbian Service* | $ 1,609 | $ 1,789 | $ 1,443 |
| *Ukrainian Service* | $ 2,573 | $ 3,201 | $ 2,809 |
| **SUBTOTAL, EURASIA DIVISION** | **$ 20,686** | **$ 22,001** | **$ 21,841** |
| **LATIN AMERICA DIVISION** | | | |
| *Division Chief* | $ 1,254 | $ 2,204 | $ 2,428 |
| *Creole Service* | $ 1,514 | $ 2,442 | $ 1,765 |
| *Spanish Service* | $ 6,307 | $ 5,594 | $ 6,671 |
| **SUBTOTAL, LATIN AMERICA DIVISION** | **$ 9,075** | **$ 10,240** | **$ 10,864** |
| **SOUTH ASIA DIVISION** | | | |
| *Division Chief (South Asia and NECA)* | $ 2,537 | $ 3,445 | $ 2,795 |
| *Afghanistan Service* | $ 9,198 | $ 9,602 | $ 9,784 |
| *VOA Radio Deewa (Pashto)* | $ 4,854 | $ 4,041 | $ 5,395 |
| *Azerbaijani Service* | $ 1,173 | $ 948 | $ 1,346 |
| *Bangla Service* | $ 1,501 | $ 1,743 | $ 1,615 |
| *Kurdish Service* | $ 4,568 | $ 3,493 | $ 4,611 |
| *Turkish Service* | $ 3,336 | $ 3,630 | $ 3,657 |
| *Urdu Service* | $ 5,350 | $ 5,395 | $ 4,759 |
| *Uzbek Service* | $ 1,150 | $ 952 | $ 1,116 |
| **SUBTOTAL, SOUTH ASIA DIVISION** | **$ 33,667** | **$ 33,249** | **$ 35,078** |

| VOICE OF AMERICA | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **VOA PERSIAN** | $ 18,409 | $ 17,281 | $ 20,863 |
| **CENTRAL NEWS** | | | |
| *VOA Central News* | $ 25,833 | $ 27,135 | $ 27,873 |
| *Home Leave and Transfer (HLT)* | $ 30 | $ 207 | $ 207 |
| **SUBTOTAL, CENTRAL NEWS** | $ 25,863 | $ 27,342 | $ 28,080 |
| **DOMESTIC BUREAUS** | | | |
| *Los Angeles* | $ 250 | $ 402 | $ 257 |
| *New York* | $ 498 | $ 387 | $ 618 |
| *Silicon Valley* | | $ 91 | |
| **SUBTOTAL, DOMESTIC BUREAUS** | $ 748 | $ 880 | $ 875 |
| **OVERSEAS BUREAUS AND NEWS CENTERS** | | | |
| *Bangkok* | $ 336 | $ 359 | $ 364 |
| *Beijing* | $ 155 | $ 326 | $ 330 |
| *Dakar* | $ 2 | $ 27 | $ 27 |
| *Hong Kong* | | $ 52 | $ 52 |
| *Islamabad* | $ 251 | $ 238 | $ 240 |
| *Istanbul* | $ 237 | $ 184 | $ 184 |
| *Jakarta* | $ 332 | $ 426 | $ 435 |
| *Johannesburg* | | $ 59 | $ 59 |
| *London* | $ 1,336 | $ 1,192 | $ 1,209 |
| *Moscow* | $ 187 | $ 163 | $ 163 |
| *Nairobi* | $ 1,196 | $ 1,069 | $ 1,209 |
| *Seoul* | $ 353 | $ 356 | $ 356 |
| **SUBTOTAL, OVERSEAS BUREAUS** | $ 4,385 | $ 4,451 | $ 4,628 |
| **GRAND TOTAL, VOA** | $ 258,196 | $ 267,476 | $ 286,705 |

U.S. AGENCY FOR GLOBAL MEDIA
OFFICE OF CUBA BROADCASTING (OCB)
Summary of Appropriated Funds
FY 2022–FY 2024

*($ in thousands)*

| OFFICE OF CUBA BROADCASTING | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| *OCB Directorate* | $ 324 | $ 349 | $ 640 |
| *Administration* | $ 1,972 | $ 2,123 | $ 2,908 |
| *Radio Martí Programs and Technical Operations* | $ 1,378 | $ 1,484 | $ 1,291 |
| *Digital Media* | $ 572 | $ 616 | $ 704 |
| *News Gathering* | $ 2,151 | $ 2,316 | $ 2,101 |
| *Multi-Media Production and Technical Operations* | $ 2,762 | $ 2,974 | $ 3,566 |
| *Transmission Services* | $ 566 | $ 609 | $ 666 |
| *Computer Services* | $ 630 | $ 678 | $ 212 |
| *Facilities Services* | $ 132 | $ 142 | $ 673 |
| *PSC Technical Services* | $ 783 | $ 843 | $ 1,709 |
| *Greenville Transmitting Station* | $ 1,989 | $ 838 | $ 546 |
| **GRAND TOTAL, OCB** | **$ 13,259** | **$ 12,973** | **$ 15,016** |

U.S. AGENCY FOR GLOBAL MEDIA
## INTERNATIONAL BROADCASTING BUREAU (IBB)
### Summary of Appropriated Funds
**FY 2022–FY 2024**

*($ in thousands)*

| INTERNATIONAL BROADCASTING BUREAU | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| *International Broadcasting Bureau Director's Office* | $ 1,523 | $ 3,268 | $ 3,378 |
| *Office of Management Services* | $ 6,460 | $ 6,300 | $ 5,863 |
| *Office of Chief Financial Officer* | $ 16,002 | $ 12,498 | $ 12,818 |
| *ICASS and CSCS State Department Fees (non-add)* | $ 4,321 | $ 905 | $ 905 |
| *Office of Policy and Research* | $ 10,327 | $ 9,586 | $ 9,756 |
| *Office of Communications and External Affairs* | $ 2,279 | $ 2,148 | $ 2,281 |
| *Office of General Counsel* | $ 1,605 | $ 2,011 | $ 2,090 |
| *Office of Contracting and Procurement* | $ 3,081 | $ 3,554 | $ 3,770 |
| *Office of Human Resources* | $ 7,095 | $ 8,365 | $ 8,858 |
| *Office of Workforce Support and Development* | $ 1,811 | $ 1,738 | $ 1,902 |
| *Office of Civil Rights* | $ 1,053 | $ 1,329 | $ 1,232 |
| *Office of Policy* | $ 1,372 | $ 1,461 | $ 1,509 |
| *Office of Security* | $ 2,477 | $ 3,003 | $ 7,574 |
| *Office of Internet Freedom* | $ 278 | $ 247 | $ 260 |
| **GRAND TOTAL, IBB** | **$ 55,363** | **$ 55,508** | **$ 61,291** |

U.S. AGENCY FOR GLOBAL MEDIA

## OFFICE OF TECHNOLOGY, SERVICES, AND INNOVATION (TSI)
### Summary of Appropriated Funds
### FY 2022–FY 2024

*($ in thousands)*

| TECHNOLOGY, SERVICES, AND INNOVATION | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---:|---:|---:|
| **TECHNOLOGY, SERVICES, AND INNOVATION DIRECTOR** | | | |
| *Director* | $ 219 | $ 226 | $ 633 |
| *Home Leave and Transfer (HLT)* | $ 192 | $ 411 | $ 411 |
| **SUBTOTAL, TSI DIRECTOR** | **$ 411** | **$ 637** | **$ 1,044** |
| **OFFICE OF THE CIO** | | | |
| *Office of CIO* | $ 11,647 | $ 10,858 | $ 12,001 |
| *Global Networks Division* | $ 9,577 | $ 8,538 | $ 8,618 |
| *Satellites* | $ 15,516 | $ 15,662 | $ 17,355 |
| *Satellites – Carryover* | $ 2,389 | $ 5,035 | |
| **SUBTOTAL, OFFICE OF THE CIO** | **$ 39,129** | **$ 40,093** | **$ 37,974** |
| **INFORMATION TECHNOLOGY DIRECTORATE** | **$ 14,743** | **$ 16,212** | **$ 19,307** |
| **TECHNOLOGY SUPPORT DIRECTORATE** | **$ 10,675** | **$ 8,269** | **$ 9,449** |
| **OFFICE OF BUSINESS DEVELOPMENT** | **$ 3,458** | **$ 2,696** | **$ 3,320** |
| *Regional Marketing Offices* | $ 9,455 | $ 11,022 | $ 11,041 |
| **SUBTOTAL, OFFICE OF BUSINESS DEVELOPMENT** | **$ 12,913** | **$ 13,718** | **$ 14,361** |
| **RESOURCE AND PROJECT MANAGEMENT DIRECTORATE** | | | |
| *Resource and Project Management* | $ 2,893 | $ 2,603 | $ 2,660 |
| *ICASS* | | $ 2,350 | $ 3,200 |
| *Project Management* | $ 826 | $ 886 | $ 1,184 |
| *Facilities Management* | $ 34,814 | $ 35,167 | $ 31,025 |
| **SUBTOTAL, RESOURCE AND PROJECT MANAGEMENT DIRECTORATE** | **$ 38,533** | **$ 41,006** | **$ 38,069** |
| **BROADCAST TECHNOLOGIES DIVISION** | | | |
| *Broadcast Technologies* | $ 3,640 | $ 2,044 | $ 2,475 |
| *Leased Transmissions* | $ 5,694 | $ 7,777 | $ 8,649 |
| *FM Transmissions* | $ 8,601 | $ 11,570 | $ 10,078 |
| *Afghanistan Transmissions* | $ 3,555 | $ 3,486 | $ 2,614 |
| **SUBTOTAL, BROADCAST TECHNOLOGIES DIVISION** | **$ 21,490** | **$ 24,877** | **$ 23,816** |

| TECHNOLOGY, SERVICES, AND INNOVATION | FY 2022 ACTUALS | FY 2022 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **OPERATIONS DIVISION** | | | |
| *Operations Division* | $ 2,191 | $ 2,140 | $ 1,772 |
| *Worldwide Procurement (WWP)* | $ 4,637 | $ 3,131 | $ 4,431 |
| **SUBTOTAL, OPERATIONS DIVISION** | $ 6,828 | $ 5,271 | $ 6,203 |
| | | | |
| **STATIONS DIVISION** | | | |
| | | | |
| **DOMESTIC TRANSMITTING STATIONS** | | | |
| *Greenville* | | $ 2,100 | $ 2,399 |
| *Tinian* | $ 7,640 | $ 6,261 | $ 6,264 |
| **SUBTOTAL, DOMESTIC STATIONS** | $ 7,640 | $ 8,361 | $ 8,663 |
| | | | |
| **OVERSEAS TRANSMITTING STATIONS** | | | |
| *Botswana* | $ 3,091 | $ 2,743 | $ 2,998 |
| *Germany* | $ 5,081 | $ 5,587 | $ 5,619 |
| *Kuwait* | $ 4,089 | $ 4,808 | $ 4,723 |
| *Philippines* | $ 4,663 | $ 5,906 | $ 5,247 |
| *Sao Tome* | $ 4,541 | $ 4,811 | $ 5,805 |
| *Thailand* | $ 4,486 | $ 4,926 | $ 4,930 |
| **SUBTOTAL, OVERSEAS STATIONS** | $ 25,951 | $ 28,781 | $ 29,322 |
| | | | |
| **MONITORING OFFICES** | $ 367 | $ 661 | $ 661 |
| | | | |
| **RECONCILIATION TO APPROPRIATION** | | | |
| *Satellite Carryover* | $ (2,389) | $ (5,035) | |
| | | | |
| **GRAND TOTAL, TSI** | $ 176,291 | $ 182,851 | $ 188,869 |

U.S. AGENCY FOR GLOBAL MEDIA
RADIO FREE EUROPE/RADIO LIBERTY (RFE/RL)
Summary of Appropriated Funds
FY 2022–FY 2024

*($ in thousands)*

| RADIO FREE EUROPE/RADIO LIBERTY | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **NEWS DIVISION** | | | |
| *Director* | $ 2,899 | $ 3,926 | $ 3,888 |
| *Digital Strategy* | $ 676 | | |
| *Russian Investigative Unit* | | $ 749 | $ 839 |
| *Votvot* | | $ 2,750 | $ 2,454 |
| | | | |
| **LANGUAGE SERVICES** | | | |
| *Armenian* | $ 1,984 | $ 2,039 | $ 2,092 |
| *Azerbaijani* | $ 2,005 | $ 2,050 | $ 2,081 |
| *Balkans (Bosnian, Serbian, Albanian, Macedonian, Montenegrin)* | $ 4,454 | $ 4,758 | $ 4,916 |
| *Belarusian* | $ 2,224 | $ 2,351 | $ 2,604 |
| *Bulgarian* | $ 701 | $ 966 | $ 998 |
| *Current Time TV and Digital* | $ 12,948 | $ 17,112 | $ 17,511 |
| *Georgian* | $ 2,380 | $ 2,462 | $ 2,527 |
| *Hungarian* | $ 874 | $ 1,469 | $ 1,512 |
| *Kazakh* | $ 1,653 | $ 1,885 | $ 1,932 |
| *Kyrgyz* | $ 2,130 | $ 2,297 | $ 2,363 |
| *Radio Farda (Persian)* | $ 1,688 | $ 1,820 | $ 1,872 |
| *Radio Free Afghanistan (Dari and Pashto)* | $ 8,296 | $ 8,508 | $ 8,677 |
| *Radio Mashaal (Pashto)* | $ 4,361 | $ 4,485 | $ 4,571 |
| *Romanian to Moldova* | $ 3,081 | $ 3,014 | $ 3,064 |
| *Romanian to Romania* | $ 652 | $ 959 | $ 990 |
| *Russian* | $ 6,733 | $ 7,378 | $ 8,110 |
| *North Caucasus (Chechen)* | $ 947 | $ 1,202 | $ 1,318 |
| *Tajik* | $ 1,882 | $ 1,910 | $ 1,958 |
| *Tatar-Bashkir* | $ 1,510 | $ 1,723 | $ 1,750 |
| *Turkmen* | $ 776 | $ 866 | $ 884 |
| *Ukrainian* | $ 5,007 | $ 4,914 | $ 5,473 |
| *Uzbek* | $ 1,772 | $ 1,738 | $ 1,771 |
| *News and Current Affairs* | $ 4,482 | $ 4,781 | $ 4,877 |
| *Multimedia and Training* | $ 1,117 | $ 1,567 | $ 1,601 |
| **SUBTOTAL, PROGRAMMING DIVISION** | **$ 77,232** | **$ 89,679** | **$ 92,633** |

| RADIO FREE EUROPE/RADIO LIBERTY | FY 2022 ACTUALS | | FY 2023 ENACTED | | FY 2024 CBJ | |
|---|---|---|---|---|---|---|
| **ADMINISTRATION, MANAGEMENT, AND FINANCE** | | | | | | |
| *Office of the President* | $ | 7,607 | $ | 8,905 | $ | 8,999 |
| *Innovation and Audience Engagement Division* | | | $ | 3,908 | $ | 3,956 |
| *Operations Division* | $ | 44,167 | $ | 58,680 | $ | 41,025 |
| *Finance Division* | $ | 3,321 | $ | 7,407 | $ | 5,595 |
| *Human Resources Division* | $ | 2,769 | $ | 4,069 | $ | 3,150 |
| **SUBTOTAL, ADMINISTRATION, MANAGEMENT, AND FINANCE** | $ | 57,864 | $ | 82,969 | $ | 62,725 |
| **SUBTOTAL, RFE/RL** | $ | 135,096 | $ | 172,648 | $ | 155,358 |
| **RECONCILIATION** | | | | | | |
| *(-) Balances In - Prior Year Balances* | | | | | | |
| FY 2014 and Prior - Bureau Regularization | $ | (100) | | | | |
| FY 2014 and Prior - Security Enhancement | $ | (99) | | | | |
| FY 2014 and Prior - Crisis Management | $ | (66) | | | | |
| FY 2014 and Prior - Munich Final Return | $ | (46) | | | | |
| FY 2014 and Prior - Hagibor Building Capital Maintenance | $ | (124) | | | | |
| FY 2018 - Prague Basement Studio Improvements | $ | (1,885) | | | | |
| FY 2018 - Studio Video Router Installation | $ | (135) | | | | |
| FY 2019 - Internet Freedom Funds | $ | (249) | | | | |
| FY 2019 - IT Security | $ | (25) | | | | |
| FY 2019 - Infrastructure and Equipment | $ | (123) | | | | |
| FY 2019 - Hagibor Building Capital Maintenance | $ | (654) | | | | |
| FY 2019 - Prague Basement Studio Improvements | $ | (2,865) | | | | |
| FY 2020 - Prague Lower Level Studio Buildout (TSI) | $ | (200) | | | | |
| FY 2020 - Protecting Bureau Personnel, Technology, and Facilities Modernization | $ | (2,857) | | | | |
| FY 2020 - Enterprise Information Capabilities and System Modernization | $ | (1,245) | | | | |
| FY 2020 - Hagibor Building Capital Maintenance | $ | (324) | | | | |
| FY 2020 - Pandemic-Related Costs | $ | (36) | | | | |
| FY 2020 - Workplace Safety | $ | (304) | | | | |
| FY 2021 - VOA Support for Pangea | $ | (1,916) | | | | |
| FY 2021 - Protecting Bureau Personnel, Technology, and Facilities Modernization | $ | (482) | | | | |
| FY 2021 - Hagibor Building Capital Maintenance | $ | (1,677) | | | | |
| *(+) Balances Out - Prior Year Balances* | | | | | | |
| FY 2014 and Prior - Hagibor Building Capital Maintenance | $ | 16 | $ | (16) | | |
| FY 2019 - Internet Freedom Funds | $ | 42 | $ | (42) | | |
| FY 2019 - Hagibor Building Capital Maintenance | $ | 140 | $ | (140) | | |
| FY 2019 - Infrastructure and Equipment | $ | 22 | $ | (22) | | |
| FY 2020 - Pandemic Related Costs | $ | 1 | $ | (1) | | |
| FY 2020 - Workplace Safety | $ | 210 | $ | (210) | | |
| FY 2020 - Hagibor Building Capital Maintenance | $ | 324 | $ | (324) | | |
| FY 2020 - Bureau Technology and Facilities Modernization | $ | 2,297 | $ | (2,297) | | |
| FY 2020 - Enterprise IT Systems Modernization | $ | 479 | $ | (479) | | |
| FY 2021 - Hagibor Building Capital Maintenance | $ | 1,677 | $ | (1,677) | | |
| FY 2022 - Recruitment Efforts | $ | 600 | $ | (600) | | |
| FY 2022 - Bureau Technology and Facilities Modernization | $ | 9,963 | $ | (9,963) | | |
| FY 2022 - Hagibor building Capital Maintenance | $ | 2,187 | $ | (2,187) | | |
| FY 2022 - Promotion of Journalistic Standards and Expansion of Reporting, Capabilites and Systems | $ | 5,216 | $ | (5,216) | | |
| FY 2022 - Bolster Systems, IT Security, Processes, and Capabilities | $ | 2,872 | $ | (2,872) | | |
| **GRAND TOTAL, RFE/RL** | $ | 145,730 | $ | 146,602 | $ | 155,358 |

U.S. AGENCY FOR GLOBAL MEDIA
RADIO FREE ASIA (RFA)
Summary of Appropriated Funds
FY 2022–FY 2024

*($ in thousands)*

| RADIO FREE ASIA | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **PROGRAMMING DIVISION** | | | |
| *Executive Editor* | $ 2,992 | $ 4,606 | $ 5,330 |
| *Countering Chinese Influence - Investigative Unit* | | $ 1,153 | $ 1,667 |
| *Countering Chinese Influence - Fact Checking Lab* | $ 26 | $ 1,067 | $ 1,526 |
| *Countering Chinese Influence - Creative Team* | | $ 488 | $ 849 |
| **PROGRAM SERVICES** | | | |
| *Burmese Service* | $ 2,212 | $ 2,479 | $ 3,181 |
| *Cambodian Service* | $ 1,884 | $ 2,360 | $ 2,465 |
| *Cantonese Service* | $ 1,086 | $ 2,011 | $ 2,175 |
| *Korean Service* | $ 2,589 | $ 2,887 | $ 3,197 |
| *Laotian Service* | $ 1,394 | $ 1,658 | $ 1,830 |
| *Mandarin Service* | $ 4,129 | $ 4,543 | $ 4,920 |
| *Global Mandarin Service* | $ 3,401 | $ 3,822 | $ 3,598 |
| *Tibetan Service* | $ 4,439 | $ 4,252 | $ 4,413 |
| *Uyghur Service* | $ 1,913 | $ 3,066 | $ 2,932 |
| *Vietnamese Service* | $ 1,428 | $ 1,969 | $ 1,790 |
| **PROGRAM OFFICES** | | | |
| *Bangkok Office* | $ 173 | $ 592 | $ 204 |
| *Dharamsala Office* | $ 101 | $ 249 | $ 88 |
| *Hong Kong Office* | $ 941 | $ 1,978 | $ 1,204 |
| *Seoul Office* | $ 1,213 | $ 2,025 | $ 1,381 |
| *Taipei Office* | $ 799 | $ 1,977 | $ 1,283 |
| *Yangon Office* | $ 506 | $ 506 | $ 439 |
| **SUBTOTAL, PROGRAMMING DIVISION** | **$ 31,228** | **$ 43,686** | **$ 44,470** |
| **ADMINISTRATION, MANAGEMENT, AND FINANCE** | | | |
| *Office of the President* | $ 1,207 | $ 1,700 | $ 1,356 |
| *Research, Training, and Evaluation* | $ 1,096 | $ 1,565 | $ 1,416 |
| *Technical Operations* | $ 14,281 | $ 8,465 | $ 16,576 |
| *Headquarters Facilities* | $ 2,240 | $ 14,600 | |
| *Communications* | $ 288 | $ 406 | $ 485 |
| *Finance* | $ 1,778 | $ 3,157 | $ 2,929 |
| *Human Resources* | $ 530 | $ 1,545 | $ 1,551 |
| **SUBTOTAL, ADMINISTRATION, MANAGEMENT, AND FINANCE** | **$ 21,419** | **$ 31,438** | **$ 24,313** |
| **SUBTOTAL, RFA** | **$ 52,647** | **$ 75,125** | **$ 68,783** |
| *(-) Balances In - Prior Year Balances* | | | |
| *FY 2018 - Prior Year Repurpose Funds* | $ (279) | | |
| *FY 2019 - Prior Year Repurpose Funds* | $ (113) | | |
| *FY 2019 - Internet Freedom Projects* | $ (500) | | |
| *FY 2019 - Uyghur Refugee Travel Study* | $ (36) | | |
| *FY 2019 - Tibetan Refugee Travel Study* | $ (3) | | |

(continued next page)

**RADIO FREE ASIA**

| | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| *(-) Balances In - Prior Year Balances (continued)* | | | |
| *FY 2019 - Chinese Interview* | $ (37) | | |
| *FY 2019 - Uyghur Refugee Interview* | $ (2) | | |
| *FY 2019 - Korean DPRK* | $ (194) | | |
| *FY 2021 - Global Mandarin* | $ (1,351) | | |
| *FY 2022 - Contract Services* | | $ (3,154) | |
| *FY 2022 - Cybersecurity Improvements* | | $ (448) | |
| *FY 2022 - Hardware and Equipment for Facility Infrastructure and Modernization Project* | | $ (5,225) | |
| *FY 2022 - Overseas Bureaus* | | $ (2,343) | |
| *FY 2022 - Global Mandarin Contract Services* | | $ (300) | |
| *FY 2022 - Global Mandarin Network System Upgrade, Expanded Content Production, and Audience Engagement Globally* | | $ (654) | |
| | | | |
| *(-) Balances Out - Prior Year Balances* | | | |
| *FY 2022 - Contract Services* | $ 3,154 | | |
| *FY 2022 - Cybersecurity Improvements* | $ 448 | | |
| *FY 2022 - Hardware and Equipment for Facility Infrastructure and Modernization Project* | $ 5,225 | | |
| *FY 2022 - Overseas Bureaus* | $ 2,343 | | |
| *FY 2022 - Global Mandarin Contract Services* | $ 300 | | |
| *FY 2022 - Global Mandarin Network System Upgrade, Expanded Content Production, and Audience Engagement Globally* | $ 654 | | |
| **GRAND TOTAL, RFA** | **$ 62,256** | **$ 63,000** | **$ 68,783** |

U.S. AGENCY FOR GLOBAL MEDIA
## MIDDLE EAST BROADCASTING NETWORKS (MBN)
Summary of Appropriated Funds
### FY 2022–FY 2024
*($ in thousands)*

| MIDDLE EAST BROADCASTING NETWORKS | FY 2022 ACTUALS | | FY 2023 ENACTED | | FY 2024 CBJ | |
|---|---|---|---|---|---|---|
| **PROGRAMMING** | | | | | | |
| *Alhurra Television* | $ | 27,680 | $ | 26,537 | $ | 26,909 |
| *Radio Sawa* | $ | 5,403 | $ | 5,413 | $ | 5,626 |
| *MBN Digital* | $ | 13,064 | $ | 10,794 | $ | 11,254 |
| **SUBTOTAL, PROGRAMMING** | $ | **46,147** | $ | **42,744** | $ | **43,789** |
| | | | | | | |
| **OVERSEAS OFFICES** | | | | | | |
| **IRAQ** | $ | **2,231** | $ | **2,697** | $ | **2,930** |
| | | | | | | |
| **PAN ARAB** | $ | **19,671** | $ | **20,174** | $ | **20,926** |
| *Beirut* | $ | 4,170 | $ | 4,900 | $ | 5,038 |
| *Cairo* | $ | 913 | $ | 1,462 | $ | 1,512 |
| *Dubai* | $ | 13,155 | $ | 12,477 | $ | 12,992 |
| *Jerusalem* | $ | 1,433 | $ | 1,335 | $ | 1,384 |
| **MAGHREB** | $ | **1,429** | $ | **1,380** | $ | **1,431** |
| *Rabat* | $ | 953 | $ | 863 | $ | 894 |
| *Tunis* | $ | 476 | $ | 517 | $ | 537 |
| **SUBTOTAL, OVERSEAS OFFICES** | $ | **23,331** | $ | **24,251** | $ | **25,287** |
| | | | | | | |
| *Technical Operations* | $ | 31,182 | $ | 28,535 | $ | 24,174 |
| *Administration* | $ | 14,896 | $ | 13,057 | $ | 13,363 |
| *Creative Services* | $ | 5,548 | $ | 4,004 | $ | 4,151 |
| **SUBTOTAL, MBN** | $ | **121,104** | $ | **112,591** | $ | **110,764** |
| *(-) Balances In - Prior Year Balances* | | | | | | |
| FY 2020 - Equipment Upgrades and Support | $ | (2,992) | | | | |
| FY 2020 - USAGM CMC Iraq | $ | (1,060) | | | | |
| FY 2020 - Programming and Marketing | $ | (4,603) | | | | |
| FY 2020 - Remote Work and Other Equipment | $ | (2,858) | | | | |
| FY 2021 - Equipment Upgrades and Support | $ | (2,500) | | | | |
| FY 2021 - Operational Offset | $ | (2,500) | | | | |
| FY 2021 - Programming and Marketing | $ | (2,950) | | | | |
| FY 2020 - Payment on behalf of USAGM CMC Iraq | | | $ | (171) | | |
| FY 2020 - Remote Work and Other Equipment | | | $ | (2,630) | | |
| FY 2022 - Operations Upgrades and Support | | | $ | (2,450) | | |
| FY 2022 - Programming and Marketing | | | $ | (750) | | |
| *(+) Balances Out - Prior Year Balances* | | | | | | |
| FY 2020 - USAGM CMC Iraq | $ | 171 | | | | |
| FY 2020 - Remote Work and Other Equipment | $ | 2,630 | | | | |
| FY 2022 - Operations Upgrades and Support | $ | 2,450 | | | | |
| FY 2022 - Programming and Marketing | $ | 750 | | | | |
| **GRAND TOTAL, MBN** | $ | **107,642** | $ | **106,590** | $ | **110,764** |

U.S. AGENCY FOR GLOBAL MEDIA

OPEN TECHNOLOGY FUND (OTF)
Summary of Appropriated Funds

**FY 2022–FY 2024**

*($ in thousands)*

| OPEN TECHNOLOGY FUND | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **OPEN TECHNOLOGY FUND PROGRAMS** | | | |
| *Internet Freedom Fund* | $ 8,615 | $ 11,983 | $ 13,836 |
| *Surge and Sustain (fomerly Technology at Scale Fund)* | $ 8,616 | $ 17,667 | $ 20,240 |
| *Rapid Response Fund* | $ 860 | $ 1,140 | $ 1,280 |
| *OTF Labs* | $ 2,528 | $ 1,674 | $ 1,848 |
| *Research Fellowships* | $ 1,634 | $ 1,390 | $ 1,530 |
| *USAGM Entity Support* | $ 527 | $ 1,044 | $ 1,506 |
| *FOSS Sustainability Fund* | | $ 1,500 | $ 1,660 |
| *Programmatic Support* | $ 1,196 | $ 1,108 | $ 1,466 |
| **SUBTOTAL, PROGRAM SERVICES** | **$ 23,976** | **$ 37,506** | **$ 43,366** |
| | | | |
| **ADMINISTRATION, MANAGEMENT, AND FINANCE** | | | |
| *Open Technology Fund Staff and Operations* | $ 5,044 | $ 3,639 | $ 4,148 |
| **SUBTOTAL, ADMINISTRATION, MANAGEMENT, AND FINANCE** | **$ 5,044** | **$ 3,639** | **$ 4,148** |
| | | | |
| **SUBTOTAL, OTF** | **$ 29,020** | **$ 41,145** | **$ 47,514** |
| | | | |
| *(-) Balances In - Prior Year Balances* | | | |
| *FY 2020 - Research and Mission Support Costs* | $ (2,020) | | |
| *FY 2020 - Internet Freedom Funds* | $ (432) | $ (432) | |
| *FY 2021 - Internet Freedom Funds* | $ (713) | $ (713) | |
| | | | |
| *(+) Balances Out - Prior Year Balances* | | | |
| *FY 2020 - Internet Freedom Funds* | $ 432 | | |
| *FY 2021 - Internet Freedom Funds* | $ 713 | | |
| **GRAND TOTAL, OTF** | **$ 27,000** | **$ 40,000** | **$ 47,514** |

U.S. AGENCY FOR GLOBAL MEDIA
BROADCASTING CAPITAL IMPROVEMENTS (BCI)
Summary of Appropriated Funds
**FY 2022–FY 2024**
*($ in thousands)*

| BROADCASTING CAPITAL IMPROVEMENTS | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ |
|---|---|---|---|
| **MAINTENANCE, IMPROVEMENTS, REPLACE, AND REPAIR (MIRR)** | | | |
| *Continuing M&R* | $ 2,881 | $ 2,222 | $ 2,222 |
| *VOA TV M&R* | $ 1,178 | $ 615 | $ 615 |
| *Security M&R* | $ 586 | $ 582 | $ 582 |
| *HVAC System M&R* | $ 610 | $ 554 | $ 554 |
| *Office of Cuba Broadcasting* | $ 38 | $ 143 | $ 143 |
| **UPGRADE OF EXISTING FACILITIES PROJECTS** | $ 3,063 | $ 4,550 | $ 4,550 |
| **SATELLITES** | | | |
| *Satellite and Terrestrial Program Feeds* | $ 56 | $ 1,034 | $ 1,034 |
| **GRAND TOTAL, BCI** | **$ 8,412** | **$ 9,700** | **$ 9,700** |

U.S. AGENCY FOR GLOBAL MEDIA
## Funding from Outside Sources (estimated)
### FY 2022–FY 2024
*(in whole dollars)*

| FUNDS SOURCE | FY 2022 FUNDS | FY 2023 FUNDS | FY 2024 FUNDS | TOTALS |
|---|---|---|---|---|
| DEPARTMENT OF STATE (DOS) | $5,480,742 | $14,350,000 | $2,350,000 | **$22,180,742** |
| CENTERS FOR DISEASE CONTROL (CDC) | $240,000 | $240,000 | $240,000 | **$720,000** |
| UNITED STATED PACIFIC COMMAND (PACOM) | $5,067,326 | $2,960,000 | $2,960,000 | **$10,987,326** |
| GENERAL SERVICE ADMINISTRATION (GSA) | | $2,600,000 | $3,600,000 | **$6,200,000** |
| **GRAND TOTAL** | **$10,788,068** | **$20,150,000** | **$9,150,000** | **$40,088,068** |

(page left intentionally blank)

Appendix B

# Appendix B: Broadcast Hours

U.S. AGENCY FOR GLOBAL MEDIA
Broadcast Hours
**FY 2022–FY 2024**

| LANGUAGE SERVICE | FY 2022 ACTUALS | | | FY 2023 ENACTED | | | FY 2024 CBJ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours |
| **VOICE OF AMERICA (VOA)** | | | | | | | | | |
| **AFRICA DIVISION** | | | | | | | | | |
| *Bambara Service* | | 14.00 | 14.00 | | 11.50 | 11.50 | | 14.00 | 14.00 |
| *Central Africa (Kinyarwanda, Kirundi)* | 0.25 | 40.14 | 40.39 | 0.25 | 40.14 | 40.39 | 0.25 | 40.14 | 40.39 |
| *English To Africa Service* | 87.25 | 168.50 | 255.75 | 87.25 | 171.50 | 258.75 | 87.25 | 168.50 | 255.75 |
| *French to Africa and the Trans Sahel* | 3.75 | 178.00 | 181.75 | 3.75 | 178.00 | 181.75 | 3.75 | 178.00 | 181.75 |
| *Fulani Service* | | | | | | | | 3.50 | 3.50 |
| *Hausa Service* | 0.75 | 16.00 | 16.75 | 0.75 | 16.00 | 16.75 | 0.75 | 16.00 | 16.75 |
| *Horn Of Africa (Amharic, Tigrigna, Afaan Oromoo)* | 36.25 | | 36.25 | 36.25 | | 36.25 | 36.25 | | 36.25 |
| *Portuguese Service* | 0.50 | 10.00 | 10.50 | 0.50 | 10.00 | 10.50 | 0.50 | 10.00 | 10.50 |
| *Somali Service* | 33.58 | | 33.58 | 33.58 | | 33.58 | 33.58 | | 33.58 |
| *Swahili Service* | 3.50 | 15.20 | 18.70 | 3.50 | 15.20 | 18.70 | 3.50 | 15.20 | 18.70 |
| *Zimbabwe/Shona/Ndebele/English* | | 17.00 | 17.00 | | 17.00 | 17.00 | | 17.00 | 17.00 |
| **TOTAL, AFRICA DIVISION** | **165.83** | **458.84** | **624.67** | **165.83** | **459.34** | **625.17** | **165.83** | **462.34** | **628.17** |
| **EAST ASIA AND PACIFIC DIVISION** | | | | | | | | | |
| *Burmese Service* | 182.25 | | 182.25 | 182.25 | | 182.25 | 182.25 | | 182.25 |
| *Cantonese Service* | 0.67 | 61.00 | 61.67 | 0.67 | 61.00 | 61.67 | 0.67 | 61.00 | 61.67 |
| *English to Asia Programs* | 0.50 | | 0.50 | 0.30 | 6.25 | 6.55 | 0.50 | | 0.50 |
| *Indonesian Service* | 11.20 | 47.97 | 59.17 | 11.72 | 55.15 | 66.87 | 11.20 | 49.30 | 60.50 |
| *Khmer Service* | 1.00 | 21.00 | 22.00 | 0.74 | 21.00 | 21.74 | 1.00 | 21.00 | 22.00 |
| *Korean Service* | 2.80 | 49.00 | 51.80 | 2.88 | 49.00 | 51.88 | 2.80 | 49.00 | 51.80 |
| *Lao Service* | 2.67 | 2.00 | 4.67 | 0.17 | 4.50 | 4.67 | 2.67 | 2.00 | 4.67 |
| *Mandarin Service* | 56.00 | 50.00 | 106.00 | 91.00 | 78.00 | 169.00 | 56.00 | 50.00 | 106.00 |
| *Thai Service* | 3.66 | 7.20 | 10.86 | 0.66 | 6.54 | 7.20 | 3.66 | 7.34 | 11.00 |
| *Tibetan Service* | 36.00 | 168.00 | 204.00 | 36.00 | 168.00 | 204.00 | 36.00 | 168.00 | 204.00 |
| *Vietnamese Service* | 6.00 | 2.50 | 8.50 | 2.50 | 3.50 | 6.00 | 6.00 | 2.50 | 8.50 |
| **TOTAL, EAST ASIA AND PACIFIC DIVISION** | **302.75** | **408.67** | **711.42** | **328.89** | **452.94** | **781.83** | **302.75** | **410.14** | **712.89** |

U.S. AGENCY FOR GLOBAL MEDIA
Broadcast Hours
FY 2022–FY 2024

| LANGUAGE SERVICE | FY 2022 ACTUALS | | | FY 2023 ENACTED | | | FY 2024 CBJ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours |
| **VOICE OF AMERICA (VOA) -** *continued* | | | | | | | | | |
| **EURASIA DIVISION** | | | | | | | | | |
| *Albanian Service* | 3.80 | | 3.80 | 3.80 | | 3.80 | 3.80 | | 3.80 |
| *Armenian Service* | 1.75 | | 1.75 | 1.75 | | 1.75 | 1.75 | | 1.75 |
| *Bosnian Service* | 1.75 | | 1.75 | 1.75 | | 1.75 | 1.75 | | 1.75 |
| *Georgian Service* | 1.50 | | 1.50 | 1.50 | | 1.50 | 1.50 | | 1.50 |
| *Macedonian Service* | 1.00 | | 1.00 | 1.00 | | 1.00 | 1.00 | | 1.00 |
| *Russian Service* | 12.50 | 1.00 | 13.50 | 12.50 | 1.00 | 13.50 | 23.00 | 2.00 | 25.00 |
| *Serbian Service* | 1.25 | | 1.25 | 1.75 | | 1.75 | 1.25 | | 1.25 |
| *Ukrainian Service* | 30.50 | | 30.50 | 3.50 | 0.50 | 4.00 | 30.50 | | 30.50 |
| **TOTAL, EURASIA DIVISION** | **54.05** | **1.00** | **55.05** | **27.55** | **1.50** | **29.05** | **64.55** | **2.00** | **66.55** |
| **LATIN AMERICA DIVISION** | | | | | | | | | |
| *Creole Service* | 12.00 | 6.26 | 18.26 | 5.00 | 12.00 | 17.00 | 12.00 | 6.26 | 18.26 |
| *Spanish Service* | 32.58 | 9.49 | 42.07 | 25.57 | 21.42 | 46.99 | 32.58 | 9.49 | 42.07 |
| **TOTAL, LATIN AMERICA DIVISION** | **44.58** | **15.75** | **60.33** | **30.57** | **33.42** | **63.99** | **44.58** | **15.75** | **60.33** |
| **SOUTH ASIA DIVISION** | | | | | | | | | |
| *Dari* | 48.25 | 10.50 | 58.75 | 11.38 | 42.00 | 53.38 | 50.25 | 10.50 | 60.75 |
| *Pashto* | 52.75 | 10.50 | 63.25 | 22.38 | 42.00 | 64.38 | 54.75 | 10.50 | 65.25 |
| *VOA Radio Deewa (Pashto)* | 101.00 | 56.00 | 157.00 | 34.33 | 41.00 | 75.33 | 101.00 | 56.00 | 157.00 |
| *Azerbaijani Service* | 5.50 | | 5.50 | 3.75 | | 3.75 | 5.50 | | 5.50 |
| *Bangla Service* | 0.50 | 5.00 | 5.50 | 0.50 | 5.00 | 5.50 | 0.50 | 5.00 | 5.50 |
| *Kurdish Service* | 6.93 | 70.49 | 77.42 | 6.10 | 62.00 | 68.10 | 6.93 | 70.49 | 77.42 |
| *Turkish Service* | 6.00 | | 6.00 | 6.00 | | 6.00 | 6.00 | | 6.00 |
| *Urdu Service* | 12.50 | 16.25 | 28.75 | 12.50 | 16.25 | 28.75 | 12.50 | 16.25 | 28.75 |
| *Uzbek Service* | 2.50 | | 2.50 | 2.50 | | 2.50 | 2.50 | | 2.50 |
| **TOTAL, SOUTH ASIA DIVISION** | **235.93** | **168.74** | **404.67** | **99.44** | **208.25** | **307.69** | **239.93** | **168.74** | **408.67** |

U.S. AGENCY FOR GLOBAL MEDIA
## Broadcast Hours
### FY 2022–FY 2024

| LANGUAGE SERVICE | FY 2022 ACTUALS | | | FY 2023 ENACTED | | | FY 2024 CBJ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours |
| **VOICE OF AMERICA (VOA) -** *continued* | | | | | | | | | |
| **PERSIAN NEWS NETWORK** | 154.00 | | 154.00 | 168.00 | | 168.00 | 154.00 | | 154.00 |
| **TOTAL, PERSIAN** | **154.00** | | **154.00** | **168.00** | | **168.00** | **154.00** | | **154.00** |
| **ENGLISH DIVISION** | | | | | | | | | |
| *All Other Programs* | 136.03 | 252.98 | 389.01 | 138.53 | 277.00 | 415.53 | 136.03 | 252.98 | 389.01 |
| **TOTAL, ENGLISH DIVISION** | **136.03** | **252.98** | **389.01** | **138.53** | **277.00** | **415.53** | **136.03** | **252.98** | **389.01** |
| **TOTAL, VOA** | **1,093.17** | **1,305.98** | **2,399.15** | **958.81** | **1,432.45** | **2,391.26** | **1,107.67** | **1,311.95** | **2,419.62** |

U.S. AGENCY FOR GLOBAL MEDIA
Broadcast Hours
FY 2022–FY 2024

| LANGUAGE SERVICE | FY 2022 ACTUALS | | | FY 2023 ENACTED | | | FY 2024 CBJ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total TV/Video Hours | Total Radio/Audio Hours | Total Broadcast Hours | Total TV/Video Hours | Total Radio/Audio Hours | Total Broadcast Hours | Total TV/Video Hours | Total Radio/Audio Hours | Total Broadcast Hours |
| **OFFICE OF CUBA BROADCASTING (OCB)** | | | | | | | | | |
| *Radio and Television Martí* | 168.00 | 168.00 | 336.00 | 168.00 | 168.00 | 336.00 | 168.00 | 168.00 | 336.00 |
| **TOTAL, OCB** | **168.00** | **168.00** | **336.00** | **168.00** | **168.00** | **336.00** | **168.00** | **168.00** | **336.00** |
| **RADIO FREE EUROPE/ RADIO LIBERTY (RFE/RL)** | | | | | | | | | |
| *Armenian* | 86.00 | 12.92 | 98.92 | 86.00 | 12.92 | 98.92 | 86.00 | 12.92 | 98.92 |
| *Azerbaijani* | 1.25 | 73.08 | 74.33 | 1.25 | 73.08 | 74.33 | 1.25 | 73.08 | 74.33 |
| *Balkans (Bosnian, Serbian, Albanian, Macedonian, Montenegrin, Croatian)* | 1.67 | 62.00 | 63.67 | 1.75 | 62.00 | 63.75 | 1.75 | 62.00 | 63.75 |
| *Belarusian* | | 168.00 | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 |
| *Bulgarian* | 0.58 | | 0.58 | 0.50 | | 0.50 | 0.50 | | 0.50 |
| *Current Time TV and Digital* | 150.67 | | 150.67 | 151.00 | | 151.00 | 151.00 | | 151.00 |
| *Georgian* | 3.93 | 17.25 | 21.18 | 4.35 | 17.25 | 21.60 | 4.35 | 17.25 | 21.60 |
| *Hungarian* | | 1.33 | 1.33 | | 3.00 | 3.00 | | 3.00 | 3.00 |
| *Kazakh* | 1.25 | | 1.25 | 1.25 | | 1.25 | 1.25 | | 1.25 |
| *Kyrgyz* | 5.00 | 52.50 | 57.50 | 5.75 | 49.00 | 54.75 | 5.75 | 49.00 | 54.75 |
| *Moldova* | 0.75 | 12.72 | 13.47 | 0.75 | 11.75 | 12.50 | 0.75 | 11.75 | 12.50 |
| *Radio Farda (Persian)* | 15.00 | 153.00 | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 |
| *Radio Free Afghanistan (Dari and Pashto)* | | 84.00 | 84.00 | | 84.00 | 84.00 | | 168.00 | 168.00 |
| *Radio Mashaal (Pashto)* | | 63.00 | 63.00 | | 63.00 | 63.00 | | 63.00 | 63.00 |
| *Russian* | | 167.99 | 167.99 | | 167.98 | 167.98 | | 167.98 | 167.98 |
| *North Caucasus (Chechen)* | | 0.75 | 0.75 | | 0.75 | 0.75 | | 0.75 | 0.75 |
| *Tajik* | 3.42 | 39.33 | 42.75 | 3.42 | 39.33 | 42.75 | 3.42 | 39.33 | 42.75 |
| *Tatar-Bashkir* | | 1.00 | 1.00 | | 1.00 | 1.00 | | 1.00 | 1.00 |
| *Turkmen* | | 56.00 | 56.00 | | 56.00 | 56.00 | | 56.00 | 56.00 |
| *Ukrainian* | 16.59 | 16.58 | 33.17 | 15.67 | 14.33 | 30.00 | 15.67 | 14.33 | 30.00 |
| *Uzbek* | 3.63 | 168.00 | 171.63 | 4.63 | 168.00 | 172.63 | 4.63 | 168.00 | 172.63 |
| **TOTAL, RFE/RL** | **289.74** | **1,149.45** | **1,439.19** | **276.32** | **1,159.39** | **1,435.71** | **276.32** | **1,243.39** | **1,519.71** |

U.S. AGENCY FOR GLOBAL MEDIA
## Broadcast Hours
### FY 2022–FY 2024

| LANGUAGE SERVICE | FY 2022 ACTUALS | | | FY 2023 ENACTED | | | FY 2024 CBJ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours | Total TV/ Video Hours | Total Radio/ Audio Hours | Total Broadcast Hours |
| **RADIO FREE ASIA (RFA)** | | | | | | | | | |
| *Burmese Service* | 77.00 | 92.00 | 169.00 | 77.00 | 92.00 | 169.00 | 77.00 | 92.00 | 169.00 |
| *Cambodian Service* | 17.00 | 55.00 | 72.00 | 13.00 | 72.00 | 85.00 | 13.00 | 72.00 | 85.00 |
| *Cantonese Service* | 13.00 | 72.00 | 85.00 | 17.00 | 55.00 | 72.00 | 17.00 | 55.00 | 72.00 |
| *Korean Service* | 2.00 | 66.00 | 68.00 | 2.00 | 66.00 | 68.00 | 2.00 | 66.00 | 68.00 |
| *Laotian Service* | | 53.00 | 53.00 | 0.20 | 53.00 | 53.20 | | 53.00 | 53.00 |
| *Mandarin Service* | 18.00 | 168.00 | 186.00 | 18.00 | 168.00 | 186.00 | 18.00 | 168.00 | 186.00 |
| *Tibetan Service* | 32.00 | 168.00 | 200.00 | 32.00 | 168.00 | 200.00 | 32.00 | 168.00 | 200.00 |
| *Uyghur Service* | 7.00 | 98.00 | 105.00 | 7.00 | 49.00 | 56.00 | 7.00 | 98.00 | 105.00 |
| *Vietnamese Service* | 4.00 | 10.00 | 14.00 | 4.00 | 10.00 | 14.00 | 4.00 | 10.00 | 14.00 |
| **TOTAL, RFA** | **170.00** | **782.00** | **952.00** | **170.20** | **733.00** | **903.20** | **170.00** | **782.00** | **952.00** |
| **MIDDLE EAST BROADCASTING NETWORKS (MBN)** | | | | | | | | | |
| *Alhurra* | | | | | | | | | |
| *Alhurra Pan-Arab* | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 | | 168.00 |
| *Alhurra Iraq* | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 | | 168.00 |
| *Radio Sawa* | | | | | | | | | |
| *Sawa Iraq* | | 168.00 | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 |
| *Sawa Levant* | | 168.00 | 168.00 | | 168.00 | 168.00 | | 168.00 | 168.00 |
| *Sawa Sudan* | | 140.00 | 140.00 | | 140.00 | 140.00 | | 140.00 | 140.00 |
| **TOTAL, MBN** | **336.00** | **476.00** | **812.00** | **336.00** | **476.00** | **812.00** | **336.00** | **476.00** | **812.00** |

(page left intentionally blank)

# Appendix C: Broadcast Metrics

U.S. AGENCY FOR GLOBAL MEDIA

# Voice of America Broadcast Metrics
## FY 2022 ACTUALS

In FY 2022, VOA re-counted all broadcast hours for each service from scratch, rather than using previously calculated totals as a baseline. This resulted in several apparent increases and decreases across the board due to corrections of previous errors (including, for example, VOA Deewa's reported increase in radio repeat hours of +35.00). Likewise, for the first time, all video products produced for the web (e.g. YouTube) were included in the hour counts (per updated guidance) which increased reported original TV/video hours in services like VOA Vietnamese (+3.50). Those adjustments did not necessarily represent new changes to programming that year.

Since the beginning of Russia's invasion of Ukraine, VOA Ukrainian increased its weekly in-language video and TV content on the Agency's 24/7 satellite channel for the region.

| VOA VOICE OF AMERICA SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| VOA Afghan | Dari, Pashto | $ 9,198,000 | 6,931,202 | $ 1.33 | 33.5 | 101 |
| VOA Albanian | Albanian | $ 1,786,000 | 1,085,078 | $ 1.65 | 3.8 | 3.8 |
| VOA Armenian | Armenian | $ 1,824,000 | 514,371 | $ 3.55 | 1.75 | 1.75 |
| VOA Azerbaijani | Azerbaijani | $ 1,173,000 | 192,879 | $ 6.08 | 3 | 5.5 |
| VOA Bambara | Bambara | $ 849,000 | N/A | N/A | 0 | 0 |
| VOA Bangla | Bangla, Rohing-ya | $ 1,568,000 | 1,870,517 | $ 0.84 | 0.5 | 0.5 |
| VOA Bosnian | Bosnian | $ 697,000 | 490,577 | $ 1.42 | 1.75 | 1.75 |
| VOA Burmese | Burmese | $ 4,719,000 | 4,568,544 | $ 1.03 | 18.75 | 182.25 |
| VOA Cantonese | Cantonese | $ 1,046,000 | 2,647,105 | $ 0.40 | 0.17 | 0.67 |

Other services, like VOA Indonesian, emphasized an affiliate-based model and realigned their programming based on feedback from media partners. Both factors, respectively, can account for each service's corresponding changes in broadcast hours.

As more VOA services move towards a digital-first model of programming, they have shifted resources towards these platforms in ways that are not necessarily captured in their FY 2022 Actuals. For example, VOA Persian has depended on short, non-scheduled user-generated Instagram content to cover the ongoing protests in Iran, which are not accounted for under current guidance. Finally, current guidance omits longer-format documentaries; VOA publishes more than one such documentary on a weekly basis, and they would represent a significant increase in overall broadcast hours were they to be included.

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 21 | 21 | Websites, Facebook, Twitter, YouTube, Instagram, Telegram, Podcasts, VOA App, Email Newsletter | 631,009 | 94,848 | 17,754,615 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 61,869 | 4,282 | 2,731,527 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 18,937 | 7,554 | 2,566,780 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 10,969 | 11,396 | 2,814,663 |
| 10.5 | 14 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 2,935 | 5,169 | 1,388,920 |
| 2.5 | 5 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 42,295 | 3,136 | 602,407 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 19,136 | 2,336 | 270,505 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 7,898,458 | 91,551 | 11,683,222 |
| 14 | 61 | Website, Facebook, Twitter, YouTube, SoundCloud, Podcasts, VOA App | 36,140 | 1,446 | 396,290 |

| VOICE OF AMERICA (CONTINUED) SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| VOA Central Africa | Kinyarwanda, Kirundi | $ 2,700,000 | N/A | N/A | 0.25 | 0.25 |
| VOA Creole | Creole | $ 1,514,000 | 1,000,267 | $ 1.51 | 6.5 | 12 |
| VOA Deewa | Pashto | $ 5,427,000 | 2,984,249 | $ 1.82 | 25 | 101 |
| VOA English to Asia | English | $ 60,000 | N/A - New Service | N/A | 0.5 | 0.5 |
| VOA French to Africa (VOA Afrique) | French, Sango, Lingala, Wolof | $ 6,470,000 | 12,952,517 | $ 0.50 | 3.75 | 3.75 |
| VOA Georgian | Georgian | $ 1,125,000 | 238,341 | $ 4.72 | 1.5 | 1.5 |
| VOA Hausa | Hausa | $ 3,313,000 | 22,379,343 | $ 0.15 | 0.75 | 0.75 |
| VOA Horn of Africa | Afan Oromo, Amharic, Tigrigna | $ 4,145,000 | 6,610,154 | $ 0.63 | 16.75 | 36.25 |
| VOA Indonesian | Indonesian | $ 5,374,000 | 38,538,236 | $ 0.14 | 4.16 | 11.2 |
| VOA Khmer | Khmer | $ 3,148,000 | 967,725 | $ 3.25 | 1 | 1 |
| VOA Korean | Korean | $ 7,428,000 | N/A | N/A | 2.8 | 2.8 |
| VOA Kurdish | Kurdish (Kurmanji and Sorani dialects) | $ 4,630,000 | 4,124,650 | $ 1.12 | 5.79 | 6.93 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 21.14 | 40.14 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 63,341 | 5,348 | 270,380 |
| 3.76 | 6.26 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 72,452 | 24,993 | 2,702,907 |
| 14 | 56 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 163,515 | 70,759 | 10,463,115 |
| 0 | 0 | Content on VOANews website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App | 0 | 314 | 258,983 |
| 57.08 | 178 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 56,506 | 12,125 | 1,387,933 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 73,866 | 10,158 | 1,374,621 |
| 16 | 16 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 503,149 | 12,658 | 1,989,421 |
| 0 | 0 | Websites, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 210,514 | 16,347 | 2,686,203 |
| 35.97 | 47.97 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 125,854 | 18,785 | 3,597,591 |
| 10.5 | 21 | Websites, Facebook, Twitter, You-Tube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 91,537 | 11,819 | 2,663,846 |
| 39.5 | 49 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App | 58,066 | 1,183 | 300,602 |
| 45.78 | 70.49 | Websites, Facebook, Twitter, YouTube, Instagram, Telegram, Podcasts, VOA App, Email Newsletter | 18,020 | 88,463 | 40,035,227 |

| VOICE OF AMERICA (CONTINUED) SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| *VOA Learning English* | English | $ 1,025,500 | 10,669,154 | $ 0.10 | 0.73 | 8.03 |
| *VOA Lao* | Lao | $ 890,000 | 11,750 | $ 75.74 | 2.67 | 2.67 |
| *VOA Macedonian* | Macedonian | $ 1,157,000 | 189,365 | $ 6.11 | 1 | 1 |
| *VOA Mandarin* | Mandarin | $ 14,218,000 | 39,488,056 | $ 0.36 | 6 | 56 |
| *VOA News Center/English* | English | $ 24,699,000 | 64,917,004 | $ 0.38 | 2.23 | 136,03 |
| *VOA Persian* | Persian | $ 19,813,000 | 11,853,281 | $ 1.67 | 23 | 154 |
| *VOA Portuguese* | Portuguese | $ 1,667,000 | 1,310,400 | 1 | 0.5 | 0.5 |
| *VOA Russian* | Russian | $ 670,000 | 997,456 | $ 0.67 | 12.5 | 12.5 |
| *VOA Serbian* | Serbian, Montenegrin | $ 9,275,000 | 681,565 | $ 13.61 | 1.25 | 1.25 |
| *VOA Somali* | Somali | $ 3,419,000 | 612,051 | $ 5.59 | 24.08 | 33.58 |
| *VOA Spanish* | Spanish | $ 6,307,000 | 66,284,725 | $ 0.10 | 25.08 | 32.58 |
| *VOA Swahili* | Swahili | $ 2,817,000 | 7,179,756 | $ 0.39 | 3.5 | 3.5 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT — COMMENTS AND SHARES — FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 3.5 | 84 | Websites, Facebook, Twitter, You-Tube, Telegram, Podcasts, VOA App, Email Newsletter | 386,018 | 494 | 779,543 |
| 1.5 | 2 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 101,829 | 5,799 | 1,933,367 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 102,462 | 1,748 | 425,292 |
| 5 | 50 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 1,430,983 | 38,751 | 2,111,099 |
| 78.22 | 252.98 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App | 562,241 | 21,887 | 5,441,126 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, Telegram, VOA App | 2,345,797 | 169,104 | 14,987,331 |
| 10 | 10 | Website, Facebook, Twitter, YouTube, Instagram, WhatsApp, Podcasts, VOA App, Email Newsletter | 48,413 | 3,571 | 475,655 |
| 1 | 1 | Website, YouTube, Twitter, Facebook, Vkontakte, Instagram, Telegram, Podcasts, VOA App | 800,480 | 80,582 | 8,719,139 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 21,506 | 3,737 | 339,162 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 244,900 | 8,630 | 1,246,268 |
| 9.49 | 9.49 | Website, Facebook, Twitter, YouTube, Instagram, WhatsApp, Telegram, VOA App | 312,598 | 21,648 | 2,799,933 |
| 13.2 | 15.2 | Website, Facebook, Twitter, YouTube, Podcasts, VOA App, Email Newsletter | 14,622 | 2,774 | 797,282 |

| VOICE OF AMERICA (CONTINUED) SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| VOA Thai | Thai | $ 1,120,000 | 993,510 | $ 1.13 | 9.66 | 3.66 |
| VOA Tibetan | Tibetan | $ 4,659,000 | N/A - no research possible | N/A | 2.67 | 36 |
| VOA Turkish | Turkish | $ 3,500,000 | 2,457,440 | $ 1.42 | 3 | 6 |
| VOA Ukrainian | Ukrainan | $ 1,659,000 | 2,366,298 | $ 0.70 | 8 | 30.5 |
| VOA Urdu | Urdu | $ 6,428,000 | 6,255,177 | $ 1.03 | 2.5 | 12.5 |
| VOA Uzbek | Uzbek | $ 1,177,000 | 692,693 | $ 1.70 | 1 | 2.5 |
| VOA Vietnamese | Vietnamese | $ 2,428,000 | 1,382,754 | $ 1.76 | 6 | 6 |
| VOA Zimbabwe | Shona, Ndeble, English | $ 2,104,000 | 166,402 | $ 12.64 | 0 | 0 |
| VOA English to Africa | English | $ 8,732,000 | 37,539,595 | $ 0.23 | 5.25 | 87.25 |
| VOA Music/ FM Programming* | Music/English | N/A | N/A | N/A | 0.5 | 3.5 |

*VOA Music/FM Programming does not have individual budgetary or digital metrics data.*

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 3.7 | 7.2 | Website, Facebook, YouTube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 58,030 | 3,654 | 979,794 |
| 42 | 168 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App | 35,113 | 1,634 | 353,848 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 90,460 | 7,380 | 2,713,333 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 158,247 | 28,408 | 3,345,674 |
| 6.25 | 16.25 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App, Email Newsletter | 129,340 | 49,569 | 8,368,143 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Telegram, Vkontakte, Podcasts, VOA App, Email Newsletter | 17,428 | 5,964 | 2,507,366 |
| 2.5 | 2.5 | Website, Facebook, Twitter, YouTube, Instagram, SoundCloud, Podcasts, VOA App, Email Newsletter | 262,715 | 39,696 | 7,023,024 |
| 17 | 17 | Websites, Facebook, YouTube, Twitter, WhatsApp, Podcasts, VOA App | 113,889 | 24,857 | 1,150,350 |
| 58 | 168.5 | Content on VOANews website, Facebook, Twitter, YouTube, Instagram, Podcasts, VOA App | 1,454 | 6,766 | 53,880,094 |
| 176.5 | 176.6 | N/A | N/A | N/A | N/A |

U.S. AGENCY FOR GLOBAL MEDIA

# Office of Cuba Broadcasting Broadcast Metrics

## FY 2022 ACTUALS

OCB, through radio and and its website, offers a multimedia service of professional news and information to Cuba. Radio and digital platforms aim to inform and engage the people of Cuba by providing credible news and information and to encourage freedom and democracy through programs that focus on human rights, individual freedom, entrepreneurship, and other democratic values. OCB uses shortwave, medium wave, internet, and social media, to help reach audiences in Cuba. To allow radio and digital platforms to better target audiences based on their programming preferences, the first-ever USAGM content/media preference poll was conducted in Cuba in 2017. Based on this poll, radio and digital platforms reach 11.1 percent of Cubans on a weekly basis with audio, video, and digital content delivered by radio and the internet.

| OFFICE OF CUBA BROADCASTING SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| *Radio Television Marti* | Spanish | $   20,706 | N/A - no data | N/A | 12.23 | 168 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 84 | 168 | Website, Facebook, Twitter, YouTube, Instagram, Marti App | 82,250 | 8,419 | 513,948 |

U.S. AGENCY FOR GLOBAL MEDIA

# Radio Free Europe/ Radio Liberty Broadcast Metrics

## FY 2022 ACTUALS

RFE/RL language services produce a wide range of audio and video content. In addition to regular TV and radio programming, audiences rely on RFE/RL's streaming audio and video news and information in countries where local distribution is restricted. Compared to the previous year, there are no significant changes to overall broadcast hours.

| RADIO FREE EUROPE/ RADIO LIBERTY SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| *Current Time TV and Digital* | Russian | $ 13,840,000 | 8,449,996 | $ 1.64 | 54 | 150.67 |
| *Radio Farda* | Persian | $ 2,860,000 | 8,397,276 | $ 0.34 | 8 | 15 |
| *Radio Free Afghanistan* | Dari, Pashto, English | $ 9,533,000 | 5,874,316 | $ 1.62 | 0 | 0 |
| *Radio Mashaal* | Pashto | $ 4,804,000 | 2,222,308 | $ 2.16 | 0 | 0 |
| *RFE/RL Armenian* | Armenian, Russian | $ 2,133,000 | 628,714 | $ 3.39 | 19.98 | 86 |
| *RFE/RL Azerbaijani* | Azerbaijani | $ 2,005,000 | 492,713 | $ 4.07 | 1.25 | 1.25 |
| *RFE/RL Balkan Service (including Kosovo and Macedonia Units)* | Albanian, Bosnian, Macedonian, Montenegrin, Serbian | $ 4,749,000 | 931,079 | $ 5.10 | 1.67 | 1.67 |
| *RFE/RL Belarus* | Belarusian | $ 2,213,000 | 144,039 | $ 15.36 | 0 | 0 |
| *RFE/RL Bulgaria* | Bulgarian | $ 701,000 | 667,575 | $ 1.05 | 0.58 | 0.58 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 0 | 0 | Website, Facebook, Twitter, YouTube, Vkontakte, Instagram, Telegram, Odnoklassniki, Yandex, RFE/RL App | 1,376,880 | 344,345 | 59,170,857 |
| 121.5 | 153 | Website, Facebook, Twitter, YouTube, Instagram, Telegram, RFE/RL App, Podcasts | 3,141,499 | 110,982 | 19,853,776 |
| 73.77 | 84 | Websites, Facebook, Twitter, YouTube, Instagram, Podcasts, RFE/RL App | 148,795 | 23,021 | 1,119,564 |
| 53.82 | 63 | Website, Facebook, Twitter, YouTube, Podcasts, RFE/RL App | 26,696 | 22,482 | 3,977,959 |
| 12.42 | 12.92 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, RFE/RL App | 222,316 | 44,760 | 14,046,619 |
| 0.5 | 73.08 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, RFE/RL App | 24,965 | 20,037 | 2,854,808 |
| 28 | 62 | Websites, Facebook, Twitter, YouTube, Instagram, Podcasts, RFE/RL App | 353,296 | 20,038 | 3,005,699 |
| 7 | 168 | Website, Facebook, Twitter, YouTube, Instagram, TikTok, Odnoklassniki, Vkontakte, SoundCloud, Telegram, Yandex, Podcasts, RFE/RL App | 172,017 | 34,658 | 5,047,784 |
| 0 | 0 | Website, Facebook, Twitter, YouTube, Instagram, RFE/RL App | 263,061 | 16,461 | 600,207 |

| RADIO FREE EUROPE/ RADIO LIBERTY (CONTINUED) SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| RFE/RL Georgian (including Ekho Kavkaza) | Georgian, Russian | $ 2,391,000 | 249,557 | $ 9.58 | 3.93 | 3.93 |
| RFE/RL Kazakh | Kazakh, Russian | $ 1,653,000 | 594,909 | $ 2.78 | 1.25 | 1.25 |
| RFE/RL Kyrgyz | Kyrgyz, Russian | $ 2,448,000 | 525,213 | $ 4.66 | 5 | 5 |
| RFE/RL North Caucasus | Chechen, Russian | $ 1,022,000 | N/A - no research available | N/A | 0 | 0 |
| RFE/RL Romanian | Romanian, Russian | $ 682,000 | 522,547 | $ 1.31 | 0 | 0 |
| RFE/RL Moldova | Romanian | $ 3,194,000 | 399,017 | $ 8.00 | 0.75 | 0.75 |
| RFE/RL Hungarian | Hungarian | $ 874,000 | 178,092 | $ 4.91 | 0 | 0 |
| RFE/RL Russian | Russian | $ 8,703,000 | 5,984,734 | $ 1.45 | 0 | 0 |
| RFE/RL Tajik | Tajik, Russian | $ 2,001,000 | 482,769 | $ 4.14 | 3.42 | 3.42 |
| RFE/RL Tatar-Bashkir | Tatar, Crimean Tatar, Bashkir, Russian | $ 1,510,000 | 107,404 | $ 14.06 | 0 | 0 |
| RFE/RL Turkmen | Turkmen, Russian | $ 802,000 | 223,622 | $ 3.59 | 0 | 0 |
| RFE/RL Ukrainian | Ukrainian, Russian, Crimean Tatar | $ 5,032,000 | 5,405,808 | $ 0.93 | 5.92 | 16.59 |
| RFE/RL Uzbek | Uzbek, Russian | $ 1,822,000 | 538,820 | $ 3.38 | 3.63 | 3.63 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT — COMMENTS AND SHARES — FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 15.17 | 17.25 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, RFE/RL App | 607,243 | 68,794 | 5,989,780 |
| 0 | 0 | Websites, Facebook, Twitter, YouTube, Instagram, Vkontakte, Telegram, Podcasts, RFE/RL App, Email Newsletter | 1,393,290 | 40,929 | 9,355,549 |
| 31 | 52.5 | Websites, Facebook, Twitter, YouTube, Instagram, Vkotakte, Telegram, SoundCloud, Odnoklassniki, Podcasts, RFE/RL App | 407,234 | 45,157 | 7,178,725 |
| 0.75 | 0.75 | Websites, Facebook, Twitter, YouTube, Instagram, Vkontakte, Odnoklassniki, RFE/RL App | 172,504 | 17,176 | 5,688,580 |
| 0 | 0 | Websites, Facebook, Twitter, YouTube, Instagram, Odnoklassniki, Podcasts, RFE/RL App | 242,283 | 8,393 | 999,347 |
| 10.72 | 12.72 | | 91,243 | 22,423 | 2,754,811 |
| 1.33 | 1.33 | | 170,397 | 10,875 | 970,625 |
| 30.87 | 167.99 | Website, Facebook, Twitter, YouTube, Instagram, Vkontakte, Telegram, Yandex, SoundCloud, Odnoklassniki, LiveJournal, Podcasts, RFE/RL App | 3,002,721 | 177,216 | 27,110,624 |
| 11.08 | 39.33 | Websites, Google News, Facebook, Twitter, YouTube, Instagram, Telegram, Odnoklassniki, RFE/RL App | 307,434 | 16,605 | 7,937,444 |
| 1 | 1 | Website, Facebook, Twitter, YouTube, Instagram, Vkontakte, Telegram, RFE/RL App | 103,878 | 4,896 | 503,952 |
| 3.5 | 56 | Website, Facebook, Twitter, YouTube, Instagram, Odnoklassniki, Telegram, Vkontakte, Podcasts, RFE/RL App | 201,072 | 203 | 156,977 |
| 10.58 | 16.58 | Website, Google News, Facebook, Twitter, YouTube, Instagram, Vkontakte, Odnoklassniki, Telegram, Podcasts, RFE/RL App, Email Newsletter | 2,903,019 | 163,050 | 31,781,009 |
| 8.52 | 168 | Websites, Facebook, Twitter, YouTube, Telegram, SoundCloud, Instagram, Odnoklassniki, Google News, RFE/RL App | 66,014 | 36,533 | 8,743,798 |

U.S. AGENCY FOR GLOBAL MEDIA

# Radio Free Asia Broadcast Metrics

## FY 2022 ACTUALS

Measurement of RFA's audiences is projected from nationally representative surveys. Survey data is not available for RFA's Uyghur, Tibetan, and Korean services. Survey respondents may hesitate to admit using RFA, since it is banned or politically frowned upon in all of RFA's target areas. The majority of RFA's budget, for all services, is allocated to content production.

| RADIO FREE ASIA SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| *RFA Burmese* | Burmese, Kachin, Karenni (Kayah), Karen (Kayin), Chin, Mon, Rakhine, Shan | $ 2,461,000 | 4,064,429 | $ 0.61 | 8 | 77 |
| *RFA Cantonese* | Cantonese | $ 1,126,000 | 8,444,396 | $ 0.13 | 12 | 13 |
| *RFA Khmer* | Khmer | $ 1,974,000 | 1,036,035 | $ 1.91 | 6 | 17 |
| *RFA Korean* | Korean | $ 4,281,000 | N/A - no research possible | N/A | 2 | 2 |
| *RFA Lao* | Lao | $ 1,452,000 | 39,168 | $ 37.07 | 0 | 0 |
| *RFA Mandarin* | Mandarin | $ 7,029,000 | 40,759,846 | $ 0.17 | 4 | 18 |
| *RFA Tibetan* | Tibetan | $ 5,487,000 | N/A - no research possible | N/A | 4 | 32 |
| *RFA Uyghur* | Uyghur | $ 2,210,000 | N/A - no research possible | N/A | 1 | 7 |
| *RFA Vietnamese* | Vietnamese | $ 1,428,000 | 3,537,408 | $ 0.40 | 3 | 4 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT — COMMENTS AND SHARES — FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 8 | 92 | Website, Facebook, Twitter, YouTube, Podcasts, RFA App | 1,944,161 | 114660.1346 | 10,561,024 |
| 20 | 72 | Website, Facebook, Twitter, YouTube, Soundcloud, TuneIn, Podcasts, RFA App, Email Newsletter | 117,867 | 15968.17308 | 619,365 |
| 6 | 55 | Website, Facebook, Twitter, YouTube, Podcasts, RFA App | 110,149 | 34926.11538 | 3,578,277 |
| 24 | 66 | Website, Facebook, Twitter, YouTube, Google News, Podcasts, RFA App | 22,035 | 126.0961538 | 8,429 |
| 5 | 53 | Website, Facebook, Twitter, YouTube, Podcasts, RFA App | 80,975 | 6510.057692 | 789,417 |
| 25 | 168 | Website, WeChat, Facebook, Twitter, YouTube, Podcasts, RFA App | 382,032 | 12530.90385 | 185,260 |
| 29 | 168 | Website, Facebook, Twitter, YouTube, Podcasts, RFA App | 24,427 | 3132.634615 | 394,791 |
| 14 | 98 | Website, Facebook, Twitter, YouTube, Podcasts, RFA App, eBooks | 13,987 | 708.0576923 | 17,538 |
| 4 | 10 | Website, Facebook, Twitter, YouTube, Instagram, Podcasts, RFA App | 179,681 | 55703.42308 | 9,050,771 |

U.S. AGENCY FOR GLOBAL MEDIA

# Middle East Broadcasting Networks Broadcast Metrics

## FY 2022 ACTUALS

MBN programming conveys perspectives that are not widely available in the target region, and are free of inherent religious or political bias. MBN programming offers viewpoints that are consistent with and lends support to United States foreign policy objectives and American ideals of freedom, democracy, equality, and human rights, ideals that are marginalized in Middle East and North Africa (MENA) media. Across television, radio, and digital platforms, MBN dissects and dispels misinformation, disinformation, and fake news by reporting objective, balanced, and accurate news and information in a timely manner. MBN seeks to make a significant and positive impact upon people's lives by providing reliable information and engaging content, facilitating dialogue, and reporting on relevant issues.

| MIDDLE EAST BROADCASTING NETWORKS SERVICE | LANGUAGE(S) | BUDGET INCLUDING PROGRAM DELIVERY | WEEKLY UNDUPLICATED AUDIENCE | ANNUAL COST PER AUDIENCE MEMBER | ORIGINAL TV/ VIDEO HOURS | TOTAL TV/ VIDEO HOURS |
|---|---|---|---|---|---|---|
| *Alhurra Television, Alhurra Iraq* | Arabic | $ 32,194,000 | 15,733,854 | $ 2.05 | 255 | 336 |
| *MBN Websites (Alhurra.com, RadioSawa.com, Maghreb Voices, Raise Your Voice, El Saha)* | Arabic | $ 8,347,000 | 11,560,751 | $ 0.72 | 0 | 0 |
| *Sawa Levant, Sawa Iraq* | Arabic | $ 10,297,000 | 8,327,097 | $ 1.24 | 0 | 0 |

| ORIGINAL RADIO/ AUDIO HOURS | TOTAL RADIO/ AUDIO HOURS | DIGITAL PLATFORMS | WEEKLY WEBSITE VISITS | SOCIAL MEDIA ENGAGEMENT— COMMENTS AND SHARES—FOR ALL PLATFORMS | AVERAGE WEEKLY VIDEO VIEWS FOR ALL PLATFORMS |
|---|---|---|---|---|---|
| 0 | 0 | See MBN Digital | N/A | N/A | N/A |
| 0 | 0 | Websites, Facebook, Twitter, YouTube, Instagram, Mobile Apps, Podcasts | 3.5 Million | 180,690 | 33,109,373 |
| 244 | 476 | See MBN Digital | N/A | N/A | N/A |

(page left intentionally blank)

# Appendix D: Evidence and Evaluation

## Section 1. Research and Analytics

USAGM, as a Non-CFO Act Agency, does not face Evidence Act requirements to produce a Learning Agenda and Annual Evaluation Plans. However, USAGM recognizes that these are best practices and strongly encouraged by OMB and will be working on the development of these evidence-building plans over the next year.

Throughout the process of drafting and operationalizing the agency's 2022-2026 strategic plan, USAGM heard from multiple networks and offices about the need to enhance its collection and use of data.  The agency is now using its increase in base funding for research and analytics programs in order to:

Ensure consistent, in-depth research in markets where no similar media research is conducted, test new research methods, centralize data resources, modernize the Agency's data management infrastructure, develop automated reporting solutions, and employ predictive analytics.

Increase the capabilities of OPR's Research and Analytics units which will enable USAGM to:

(a) Track basic and advanced metrics for most markets on a rolling one- to two-year basis. USAGM would be able to report its advanced performance metrics for almost all services every two years.

(b) Implement proprietary, comprehensive surveys in ten or more priority markets per year, such as Russia and China, to gather critical information about media consumption, audience interests, and perception of news and information (including misinformation).

(c) Collect market intelligence in new or sensitive markets with increased information controls, and among diaspora populations as global conflict and repression drives forced migration.

(d) Automate current research and analytics reporting (Impact Model/PAR, thematic reporting, etc.).

(e) Develop applications, tools, dashboards, etc. to display and interpret data across the Agency.

(f) Unify all available USAGM data sets — survey, web, social media, budget, operations, third party market research, etc.

(g) Assess content with a wider range of cost-effective research tools, including monitoring panels, A/B testing, flash surveys, and behavior tracking apps.

(h) Conduct network and sentiment analyses to investigate target growth audiences including women, youth, and the socially vulnerable. Example markets: women in the Russian periphery, young Africans, and the global Mandarin audience.

(i) Store TSI's  satellite data, OIF's  circumvention log data, and other hard to fit integrations for comparative analysis.

(j) Identify news deserts in markets that compare local and outside media.

(k) Perform cost-benefit analyses to inform resource allocation through the use of data-modeling.

(l) Analyze multivariate data to model demographic trends, media consumption, and likely impact.

(m) Acquire, process, and share data with the interagency, industry, and other key interlocutors.

## Section 2. Data Management System

Similarly, USAGM is not required by the Evidence Act to produce a Capacity Assessment for Statistics, Evaluation, Research, and Analysis. USAGM recognizes the utility of this best practice and will be working on this assessment over the next year. USAGM has already identified several barriers to evidence-building that it is seeking to address through development of a Data Management System.

A data management system (DMS) fulfills USAGM's mission to inform, engage,

and connect people around the world in support of freedom and democracy by leveraging data assets to optimize connections with audiences. In FY 2022, USAGM's five networks reached an average of 410 million people each week across radio, television, and online platforms; the highest rate in the Agency's history. At the same time, these trends were paralleled by China, Russia, and other adversaries in the information/news space. Unfortunately, the effort to understand engagement and those of competitors is hampered by an inefficient data collection and reporting system. Despite the large footprint of USAGM's networks, because USAGM is a small agency, building a central resource to collect and analyze all of this data using existing funding is a multi-year process.

Currently, disparate datasets live across Agency systems and, in many cases, on an individuals' desktop. Formatting is often inconsistent, data is not relational, data collection and analysis is done mostly by hand, and the level of effort to unify metrics required for reporting is substantial. The overabundance of data and the lack of automation to digest it, means insights that could have a significant impact on Agency decision making are being missed.

A structured, automated pipeline taking advantage of existing cloud compute resources for collecting information on demographics, survey data, web and social media engagement, general online behavior, popular content, proxy usage, operations, and budget will modernize existing, archaic reporting system saving money, resources, and ultimately have significant mission impact on

the Agency's ability to bring news and information to censored markets. The success of this approach has been demonstrated in smaller pilot projects within the Agency. The Agency is now building on those initial investments and systematically bringing additional data sources into the central system.

(page left intentionally blank)

# Appendix E: Good Accounting Obligation in Government Act

U.S. AGENCY FOR GLOBAL MEDIA

Report Pursuant to the "GAO-IG Act" (PL-115-414)

**OPEN PUBLIC RECOMMENDATIONS ISSUED
AT LEAST ONE YEAR PRIOR TO MARCH 15, 2023**

| REPORT NUMBER | REPORT TITLE | ISSUE DATE | RECOMMENDATION | IMPLEMENTATION STATUS, POTENTIAL BUDGET IMPLICATIONS, & REASON FINAL ACTION HAS NOT YET BEEN TAKEN | TIMELINE FOR IMPLEMENTATION | ANY DISCREPANCY FROM OIG SEMIANNUAL REPORT |
|---|---|---|---|---|---|---|
| ISP-IB-17-09 | Inspection of the Broadcasting Board of Governors' Middle East Broadcasting Networks | 2/8/2017 | The International Broadcasting Bureau Office of Chief Financial Officer should implement an action plan to close out expired Middle East Broadcasting Networks grants. | Implementation in progress. USAGM awarded a contract to a company with subject matter expertise (Castro & Co.) to help the agency improve its grants oversight policies and procedures, including procedures for closing out expired grants. New grants policies, including grants close-out procedures have been drafted for internal review and are expected to be implemented in Quarter 3 of FY 2023. | FY 2023 | |
| ISP-IB-17-09 | Inspection of the Broadcasting Board of Governors' Middle East Broadcasting Networks | 2/8/2017 | The International Broadcasting Bureau Office of Security, in coordination with the Middle East Broadcasting Networks, should establish a written protocol to comply with Article X of the grant agreement. | Implementation in progress. USAGM has updated Article X for inclusion in the agency's grant agreement with MBN, which deals with resolution of security processes and procedures that USAGM, OPM and ODNI worked together to resolve. MBN's grant agreement has been executed for FY 2023. | FY 2023 | |

| REPORT NUMBER | REPORT TITLE | ISSUE DATE | RECOMMENDATION | IMPLEMENTATION STATUS, POTENTIAL BUDGET IMPLICATIONS, & REASON FINAL ACTION HAS NOT YET BEEN TAKEN | TIMELINE FOR IMPLEMENTATION | ANY DISCREPANCY FROM OIG SEMIANNUAL REPORT |
|---|---|---|---|---|---|---|
| ISP-IB-17-21 | Inspection of Radio Free Europe/Radio Liberty | 5/19/2017 | The Broadcasting Board of Governors should revise its grant agreement with Radio Free Europe/Radio Liberty to include specific requirements for security policies. | Implementation in progress. USAGM has updated Article X, which deals with personnel security policy for inclusion in the agency's grant agreement with RFE/RL, and the grant agreement has been executed for FY 2023. | FY 2023 | |
| ISP-IB-17-21 | Inspection of Radio Free Europe/Radio Liberty | 5/19/2017 | The International Broadcasting Bureau, in coordination with Radio Free Europe/Radio Liberty, should establish a written protocol on background investigations to comply with the grant agreement. | Implementation in progress. USAGM has updated Article X for inclusion in the agency's grant agreement with RFE/RL, which deals with resolution of security processes and procedures that USAGM, OPM and ODNI worked together to resolve. RFE/RL's grant agreement has been executed for FY 2023. | FY 2023 | |
| GAO-18-365 | Freedom of Information Act: Agencies are Implementing Requirements, but Additional Actions Are Needed | 6/1/2018 | The Chief Executive Officer and Director of the Broadcasting Board of Governors should update and publish comprehensive FOIA regulations that include requirements established by law and Justice guidance. | Implementation in progress. The Agency has drafted an update to its FOIA regulations. The Agency is bringing a new FOIA counsel onboard in February, 2023. One of his first responsibilities will be to ensure that the regulation is accurately updated and published. | FY 2023 | GAO report, therefore not listed in OIG SAR. |
| ISP-IB-19-22 | Targeted Inspection of the Governance of the United States Agency for Global Media | 4/12/2019 | The U.S. Agency for Global Media should update policies and procedures in its Broadcasting Administrative Manual. | Implementation in progress. USAGM continues to make progress on updating the Broadcasting Administrative Manual (BAM), although the BAM update project is not yet complete. USAGM currently plans to complete the BAM update within the second quarter of fiscal year 2023. | FY 2023 | |

| REPORT NUMBER | REPORT TITLE | ISSUE DATE | RECOMMENDATION | IMPLEMENTATION STATUS, POTENTIAL BUDGET IMPLICATIONS, & REASON FINAL ACTION HAS NOT YET BEEN TAKEN | TIMELINE FOR IMPLEMENTATION | ANY DISCREPANCY FROM OIG SEMIANNUAL REPORT |
|---|---|---|---|---|---|---|
| ISP-IB-21-06 | Targeted Inspection of the U.S. Agency for Global Media: Journalistic Standards and Principles | 12/28/2020 | The Office of Cuba Broadcasting, in coordination with the U.S. Agency for Global Media, should prepare and communicate with its staff a comprehensive plan for timely implementation of the editorial oversight reforms, including annual program reviews. | Implementation in progress. In January 2022, OCB hired and made an announcement staff regarding a Standards and Best Practices (S&BP) Editor who attends the daily editorial meetings, reviews scripts, and conducts trainings. The S&BP Editor also leads the Program Review and Self-Assessment process for OCB and is tasked with regular, systematic review of OCB content through spot-checks. In October 2022, the OCB Director sent an agency-wide email explaining the undertaking of a Program Review. | FY 2023 | |
| ISP-IB-21-06 | Targeted Inspection of the U.S. Agency for Global Media: Journalistic Standards and Principles | 12/28/2020 | The United States Agency for Global Media should direct each network to develop systematic employee training on journalistic standards and related professional development plans. | Implementation in progress. Since the time OIG's report was issued, a group of senior editors form USAGM's five broadcast networks have met to share, coordinate, and collaborate on journalism training and journalists' professional development, as well as the required technology and platform needed for training. This council is in the best position to consider training guidance and expectations on training for journalists, which includes tracking and monitoring for completion. | FY 2023 | |

(page left intentionally blank)

# Appendix F:
# Administration Cybersecurity Priorities

U.S. AGENCY FOR GLOBAL MEDIA
## Administration Cybersecurity Priorities
### FY 2024

| NIST FRAMEWORK CABABILITY (Identify, Protect, Detect, Respond, Recover) | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ | PURPOSE/ OUTCOME | AGENCY/ MISSION CYBER SPEND | DISCRETIONARY/ MANDATORY |
|---|---|---|---|---|---|---|
| **IDENTIFY** | | | | | | |
| *Identify - Continuous Diagnostics and Mitigation (CDM)* | 0.087 | 0.089 | 0.491 | Qualys + ZTA Inventory Gaps | Agency | Discretionary |
| *Identify - Mobile Device Management* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Identify - Data Categorization* | 0.000 | 0.000 | 0.300 | ZTA Data labeling | Agency | Discretionary |
| *Identify - Non-CDM Information Security Continuous Monitoring (ISCM)* | 0.004 | 0.004 | 0.005 | Capability to Whitelist Applications, Bit9 | Agency | Discretionary |
| *Identify - Standards Development and Propagation* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Identify - Other Identify Capabilities* | 0.811 | 0.832 | 0.584 | FISMA Compliance Support and Telos Xacta Documentation Tool | Agency | Discretionary |
| **PROTECT** | | | | | | |
| *Protect - Cloud Security* | 0.418 | 0.431 | 0.444 | "Microsoft E5 " | Agency | Discretionary |
| *Protect - Counterintelligence* | 0.081 | 0.083 | 0.086 | Volexity, Intellitrack | Agency | Discretionary |
| *Protect - Credentialing and Access Management* | 0.195 | 0.235 | 0.600 | XTEC PIV System, ZTA Identity Gaps (RBAC+ MUR) | Agency | Discretionary |
| *Protect - ZTA Network* | 0.000 | 0.000 | 0.800 | ZTA Network changes | Agency | Discretionary |
| *Protect - Data Safeguarding* | 0.722 | 0.743 | 2.400 | MS support for IT Security +ZTA DLP | Agency | Discretionary |
| *Protect - Insider Threat* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Protect - Research and Development* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Protect - Secure Data Transmission* | 1.258 | 1.296 | 1.335 | B2B Network | Agency | Discretionary |
| *Protect - Security Training* | 0.033 | 0.032 | 0.032 | IT Security Awareness Training | Agency | Discretionary |
| *Protect - System Security Testing and Analysis* | 0.330 | 0.340 | 1.000 | CrowdStrike, ZTA Pentesting | Agency | Discretionary |
| *Protect - Trusted Internet Connections* | 1.408 | 1.450 | 1.494 | AT&T MTIPS + Infoblox | Agency | Discretionary |
| *Protect - Other Protect Capabilities* | 0.008 | 0.008 | 0.009 | Authentic8 Virtual Browser | Agency | Discretionary |

U.S. AGENCY FOR GLOBAL MEDIA
## Administration Cybersecurity Priorities
### FY 2024

| NIST FRAMEWORK CABABILITY *(continued)* *(Identify, Protect, Detect, Respond, Recover)* | FY 2022 ACTUALS | FY 2023 ENACTED | FY 2024 CBJ | PURPOSE/ OUTCOME | AGENCY/ MISSION CYBER SPEND | DISCRETIONARY/ MANDATORY |
|---|---|---|---|---|---|---|
| **DETECT** | | | | | | |
| *Detect - Anti-Phishing and Malware Defense* | 0.092 | 0.091 | 0.094 | Cylance Enterprise + Cylance Home | Agency | Discretionary |
| *Detect - Data Loss Prevention* | 0.000 | 0.000 | 0.500 | DLP tools | Agency | Discretionary |
| *Detect - Intrusion Prevention* | 0.166 | 0.063 | 0.065 | Bro IDS + Ixia | Agency | Discretionary |
| *Detect - Other Detect Capabilities* | 0.033 | 0.031 | 0.200 | Splunk | Agency | Discretionary |
| **RESPOND** | | | | | | |
| *Respond - Incident Management and Response* | 0.088 | 0.091 | 0.094 | ITSM Solution, (Footprints) | Agency | Discretionary |
| *Respond - Prosecution and Investigation of Cyber Intrusions* | 0.150 | 0.142 | 0.162 | Fire-eye Support | Agency | Discretionary |
| *Respond - Other Respond Capabilities* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| **RECOVER** | | | | | | |
| *Recover - Disaster Recovery* | 0.002 | 0.002 | 0.002 | IronMountain and Coop Agreements | Agency | Discretionary |
| *Recover - Incident Notification* | 0.000 | 0.000 | 0.000 | USAGM Alerts | Agency | Discretionary |
| *Recover - Incident Recovery* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Recover - Other Recover Capabilities* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Recover - Incident Recovery* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |
| *Recover - Other Recover Capabilities* | 0.000 | 0.000 | 0.000 | | Agency | Discretionary |

# Appendix G: 21st Century Integrated Digital Experience Act

*The 21st Century Integrated Digital Experience Act, otherwise known as 21st Century IDEA, aims to improve the digital experience for government customers and reinforces existing requirements for federal public websites. The Act provides an opportunity for all Federal Executive Branch organizations to work together toward a common goal: making their digital services better and more accessible to all users. The Act requires organizations to assess digital services and prioritize those with the highest impact for usability improvements. The Act builds on past legislation and policy, including M-17-06 (Policies for Federal Agency Public Websites and Digital Services), and provides a timeline for agencies to assess their current digital footprints and determine how best to modernize the digital experience for their customers.*

*Federal Agency public websites and digital services are defined as online information resources or services maintained in whole or in part by the departments and agencies in the Executive Branch of the U.S. Federal Government that are operated by an agency, contractor, or other organization on behalf of an agency. These sites provide government information or services to the public or a specific user group across a variety of delivery platforms and devices, and support the proper performance of an agency function.*

*Specifically, the Act requires all executive branch agencies to:*

- *modernize their websites;*
- *digitize services and forms;*
- *accelerate the use of e-signatures;*
- *improve the customer experience, and;*
- *standardize and transition to centralized shared services.*

*It also requires agencies to comply with the website standards, using the U.S. Web Design System.*

*Section 3 of the 21st Century IDEA requires executive agencies to report their progress in implementing the website modernization requirements in the Act. Each agency that maintains a public website or digital service must report to the Congress on those websites and services, including the cost and schedule of modernization, and report to OMB and the public annually (for the next 5 years) on the agency's progress in implementing those requirements.  The expectations is that agencies review each website or digital service and submit to the Congress a report that includes:*

- *a list of the websites and digital services maintained by the executive agency that are most viewed or utilized by the public, or are otherwise important for public engagement;*

- *provide a prioritization of websites and digital services that require modernization to meet the requirements;*

- *provide an estimation of the cost and schedule of modernizing the websites and digital services.*

The websites for USAGM and its portfolio are the following:

1. http://www.usagm.gov
2. http://www.voa.com
3. http://www.insidevoa.com/
4. http://www.voanews.com/
5. http://www.radiotelevisionmarti.com/
6. http://www.ocb.gov

The list, as presented, also ranks by prioritization the USAGM websites that require modernization and validation for meeting the standards listed in IDEA.

The estimated cost to review and modernize the listed websites is $320,000. The timetable to complete the assessment and modernization is 21 months. The work will commence in FY 2023.



