# Exhibit F



# 2020 ANNUAL REPORT










Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2020 Was a Year Like No Other . . . . . . . . . . . . . . . . . . . . . . 2

    Fast Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Making a Difference During a Historic Year . . . . . . . . . . . . . . . 6

    Fighting COVID-19 Disinformation . . . . . . . . . . . . . . . . . . 8

    Getting the News Out During COVID-19 . . . . . . . . . . . . . . 10

    Elections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    Protests in Iran, Iraq, Russia, U.S. . . . . . . . . . . . . . . . . . . 16

Beating Back Free Press Restrictions . . . . . . . . . . . . . . . . . . 18

    China Clamps Down on VOA, Expels Other Reporters . . . . . . 20

    Russia's Labeling Requirements . . . . . . . . . . . . . . . . . . . 21

    Dangerous Environments . . . . . . . . . . . . . . . . . . . . . . . 22

Telling America's Story . . . . . . . . . . . . . . . . . . . . . . . . . . 24

    Black Lives Matter . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

    An Impeachment Acquittal and
    Supreme Court Nomination . . . . . . . . . . . . . . . . . . . . . 28

    Connecting the World with Life in America . . . . . . . . . . . . . 29

Entity Highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

    Voice of America . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

    Radio Free Europe/Radio Liberty . . . . . . . . . . . . . . . . . . 36

    Office of Cuba Broadcasting . . . . . . . . . . . . . . . . . . . . . 40

    Radio Free Asia . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

    Middle East Broadcasting Networks . . . . . . . . . . . . . . . . 44

    Open Technology Fund . . . . . . . . . . . . . . . . . . . . . . . . 46

Financial Highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

*Cover photo: Yihua Lee from VOA Mandarin reporting on the presidential election
day in Taiwan, January 2020. (VOA)*

This report is submitted pursuant to Section 305(a) of the International
Broadcasting Act of 1994 (Public Law 103-236).

# PREFACE

## The events of 2020 will forever be remembered as unprecedented, challenging, and disruptive.

The global pandemic and the subsequent tsunami of disinformation put press freedom around the world, and the journalists who defend it by reporting the news, at tremendous risk.

And for the first time in recent memory, the agency faced serious challenges to the firewall, which enshrines the editorial independence of it networks.

Included in these pages are evidence that USAGM is tougher than any of the challenges it faced in 2020.

The work of agency staff and journalists in the face of the immense challenges presented by the COVID-19 pandemic, as well as the agency's institutional changes, kept audiences informed, engaged, and connected at a time when they needed access to the fact more than ever.



# 2020 WAS A YEAR LIKE NO OTHER.

The events of 2020 made clear to the world how important accurate and reliable information is, and unfortunately how lethal disinformation can be. COVID-19 upended the way people lived, worked, and interacted. Mass protests, including in Russia, Belarus, Hong Kong, and the U.S. often had violent results. Election results were challenged or ignored. Through it all, USAGM journalists persevered at great risk to their own safety and provided audiences around the world with compelling, fact-based, impactful reporting.

*VOA Urdu Service's Asad Ullah Khalid covers Black Lives Matter protests outside of the White House. (VOA)*

# Fast Facts

## WORLDWIDE OPERATIONS



**50** Overseas bureaus and production centers

*Nearly*

**200**

Operational transmitters for TV, FM, MW & SW at 100 transmission sites in over 40 countries worldwide

### USAGM AUDIENCE BY MEDIA PLATFORM AND PERCENTAGE GROWTH SINCE 2016



TV **+17%** **204** MILLION

**+4%** **135** MILLION RADIO

DIGITAL **+202%** **136** MILLION

**+27%** **354** MILLION UNDUPLICATED AUDIENCE ACROSS ALL MEDIA

## AFFILIATES



**99** Number of USAGM affiliates that air custom or interactive segments

*Over* **4,100** television, radio, and digital affiliates across the globe



**FY2020 BUDGET**
$810.4 million

**EMPLOYEES**
3,694

**LANGUAGES**
62

**AUDIENCE**
354 million



DIGITAL GROWTH
**30 million**
Weekly Average Web & Mobile Visits

**Social Media EXPANSION**

USAGM networks engage with audiences on:

**Facebook**
**Twitter**
**YouTube**
**Instagram**
**OK.ru**
**VKontakte**
**WhatsApp**
**WeChat**

# Overview

**USAGM's public service media networks — Voice of America (VOA), Radio Free Europe/Radio Liberty (RFE/RL), the Office of Cuba Broadcasting (OCB), Radio Free Asia (RFA), and the Middle East Broadcasting Networks (MBN) — with the support of the Open Technology Fund, reached 354 million people in a typical week during 2020. This was accomplished at a time when many authoritarian governments used COVID-19 to restrict press freedom and undermine democracy.**

Our networks delivered news and programming via radio, television, and internet in 62 languages despite some governments' attempts to jam our signals, censor our content, or intimidate our journalists and our audiences.

Russia, for example, demanded that RFE/RL and VOA prominently label all their content as produced by a "foreign agent" and declared in 2020 that individual reporters could face two years in prison if they didn't adhere to that law. RFE/RL and VOA and their correspondents are not foreign agents. They refuse to label their content as such.

Meanwhile, China ordered VOA in 2020 to give Chinese authorities detailed information about their work inside the country as it expelled reporters from The New York Times, The Washington Post, and The Wall Street Journal. And in North Korea, the government executed a fishing captain simply for listening to RFA.

Our correspondents faced threats, intimidation, and arrests working in some of the world's most media-repressive and dangerous regions. Tragically a car bombing in 2020 killed Mohammad Ilyas Dayee, a journalist with RFE/RL's Radio Free Afghanistan. We mourned him and honored USAGM and network colleagues injured while doing their jobs.

2020 also was marked by change within USAGM. The June arrival of Michael Pack, the CEO appointed by President Donald Trump and approved by the U.S. Senate, brought sweeping operational changes. Through 2020, USAGM employees and journalists remained committed to USAGM's mission to inform, engage, and connect people around the world in support of freedom and democracy. The objective, fact-based journalism we provided to audiences around the world throughout 2020 demonstrated that dedication and professionalism.

The credibility of USAGM's networks comes from our respect for editorial independence, journalistic integrity, and the First Amendment. Time and again USAGM and its networks have shown resiliency in overcoming obstacles to the free flow of information.

In the following pages, you will see just a sample of USAGM networks' award-winning journalism in 2020 and the impact their work made to millions of people around the world during one of the most challenging times in recent history. We look forward to building on this tradition in 2021.



# MAKING A DIFFERENCE DURING A HISTORIC YEAR

Millions of people worldwide turned to USAGM networks for balanced, accurate COVID-19 information, a greater understanding of the November 4, 2020 U.S. elections, and explanations of some of the protests that marked 2020 as truly historic. And USAGM networks garnered record audiences by showcasing American democracy and press freedom in action.

*Protesters hold cellphone flashlights aloft at a protest rally in Minsk on August 9-10, 2020. (RFE/RL/Uladz Hrydzin)*

# Fighting COVID-19 Disinformation

**Millions of people turned to USAGM networks for balanced, accurate COVID-19 information and that was just what they got. In the week of April 12–18, the total number of webpage views to USAGM networks' websites jumped to 38.8 million, up from the weekly average of 23.4 million of the previous year.**

In addition to providing lifesaving public health information about preventing transmission, USAGM NETWORKS reported how the Chinese government had mounted a campaign questioning the origin of the virus while attempting to shift the blame to the U.S.—a strategy Russian, Iranian, and other governments likewise employed in 2020.

CURRENT TIME, the 24/7 Russian-language television network led by RFE/RL in collaboration with VOA, produced videos debunking elaborate conspiracy theories by Russia's most-watched TV personalities that attributed the virus to U.S. President Trump, the Miss Universe beauty pageant, biological warfare, and the CIA. VOA RUSSIAN SERVICE disproved Russian trolls' disinformation, garnering more than 12 million video views on social media in early April.

CURRENT TIME's interactive COVID-19 map that was updated every hour showing the number of people who were infected, died, and recovered drew nearly 1.4 million views in 2020. VOA RUSSIAN SERVICE provided on-the-scene, evidence-based reporting about the COVID-19 pandemic in American cities, debunking a dangerous surge of disinformation and bizarre conspiracy theories spread by Russian trolls and media. VOA Russian reporting from New York in early April, at a time when the city became an epicenter of the COVID-19 pandemic, garnered more than 12 million video views on social media.

One of RFA's most popular stories of 2020—drawing nearly 460,000 views—revealed how the Wuhan death toll was far higher than official







MBN'S ALHURRA exposed the Iranian regime's disinformation campaigns and conspiracy theories that blamed the U.S. for the virus using an illustration simulating the game "Angry Birds" to represent the U.S.

figures. RFA's report about the concerns about a Wuhan doctor who said her bosses tried to silence her early warnings about COVID-19 received 388,000 views. RFE/RL refuted false reports that the virus started in a U.S. biological weapons lab and that China was sending more COVID-19 assistance to Europe than the EU or the U.S.

VOA'S POLYGRAPH fact-checked a questionable device released by the Iranian Revolutionary Guards that purportedly could detect COVID-19 by generating a magnetic field and a claim by a famous Russian doctor and TV host suggesting that children do not get ill or die from COVID-19 — which is false.

Audiences in RUSSIA, KAZAKHSTAN, TAJIKISTAN, IRAN, and elsewhere indicated that USAGM reporting helped people know how bad the COVID-19 situation really was in their countries, reporting on mortality rates that those governments were trying to hide. In Kazakhstan, RFE/RL reporters took to monitoring cemeteries to verify questionable government figures on COVID-19 deaths.

RADIO FARDA challenged the Iranian regime's false reporting, documenting province by province

that virus-related fatalities in the country were at least 50 percent higher than authorities claimed.

Meanwhile, the Turkmen government continued to deny that there is a COVID-19 outbreak in the country despite reports from RFE/RL that dozens of people have died or have been hospitalized every day with COVID-19-like symptoms.

Approximately 85 percent of all MBN's content was related to COVID-19, including a landing page

on ALHURRA.COM. ALHURRA and SAWA RADIO hosted experts from the medical and scientific fields to provide fact-based information to the audience, debunking the rumors and myths that were prevalent in the early days of the pandemic. An ALHURRA.COM video demonstrated how ventilators are used to aid COVID-19 patients had 1.8 million views. It had detailed information, answering questions about the machines.

## When Governments Used COVID-19 to Restrict the Press

As the world clamored for more information, VOA documented cases in an interactive map in which journalists reported being attacked, arrested, or blocked from reporting on COVID-19.

VOA SPANISH SERVICE's Gustavo Ocando, for example, received threats from Venezuelan officials following the publication of his piece on the treatment of COVID-19 patients in a Venezuelan hospital.

As Russia's COVID-19 cases spiked, CURRENT TIME and journalists for the country's handful of independent media outlets

examined how Russian prosecutors are using new anti-fake-news regulations to target reporting critical of the government's handling of the COVID-19 pandemic.

VOA looked at how some governments used the COVID-19 pandemic as an excuse to clamp down on freedom of speech and other political and human rights, as seen in its Life, Death, Liberty: How the Pandemic is Reshaping State Power series that included examining abuses in Turkey, Iran, and across Africa.

*MAKING A DIFFERENCE DURING A HISTORIC YEAR*

# Getting the News Out During COVID-19

**COVID-19 also changed the way USAGM correspondents reported and broadcast the news during the pandemic, many from makeshift studios in remote areas.**

The impact of the COVID-19 pandemic was immediate on VOA STUDIO AND PRODUCTION OPERATIONS as many radio employees were forced to quarantine in March. As the crisis grew to affect the entire agency across both radio and TV, new workflows and emergency procedures had to be invented and modified.

Early in the crisis an innovative process was created using collaborative software to enable journalists to broadcast remotely from home for the ENGLISH, FRENCH TO AFRICA and LINGALA radio newscasts. Reporters across the agency were trained on a recording service created to allow staff to call overseas and record interviews on their home equipment.

VOA KHMER SERVICE used new tools to broadcast their 30-minute live radio show with talent from their homes, and the service was able to play out intros and radio packages. VOA services used cellular bonding technology to allow anchors to broadcast TV live from their homes using backdrops created and provided by the agency to give home studios a more professional and unified look. Each day Studio and Production Operations' staff continued working in the Cohen Building maintaining the equipment and staffing Master Control and studios to keep broadcasts on the air for audiences around the world.







*Anchors from VOA's many services seen in live shots, multimedia, and television broadcasts from home studios during the 2020 COVID-19 pandemic. (VOA)*



*RFA Korean's popular "Sang Sang Talk" moved outdoors during COVID-19. (RFA)*

When COVID-19 restrictions hit Dubai, ALHURRA's morning show never missed a beat, with the anchors hosting live from their homes to viewers across the Middle East.

RFA'S KHMER SERVICE, no stranger to adapting to emergencies after being forced to end operations in Phnom Penh during a sweeping media crackdown in Cambodia in 2017, moved swiftly in mid-March to broadcast from the home of its deputy director and chief anchor, Vuthy Huot. Within days of moving to telework, the service was again transmitting a live 90-minute show every weekday morning simultaneously webcast with full video. The show's Facebook Live audience peaked more than 25K, higher than before the shutdown. Between March 20 and April 10, the service added 23K new Facebook fans and 10.7 million new video views. The service's website saw a 90 percent increase in engaged minutes compared with the previous three weeks.

RFA KOREAN's D.C.-based video team has taken its popular "Sang Sang Talk" outside since RFA's Washington office staff were sent home for quarantine. From fields and gardens around Washington, video personalities Jinkuk Kim, Jung Min Noh, and Albert Hong leave audiences educated and amused with their wry take on everything from U.S.-North Korea relations to the growing threat of cyberattacks. The show also has become "must-see TV" for North Koreans in the South for highlighting problems faced by North Koreans.

## Keeping Audiences Safe

RFE/RL aimed to fill the void in basic public health information, using innovative tools in local languages to provide clear guidance across its coverage area on hand-washing, face masks, the unfamiliar concept of "social distancing," and how to self-quarantine.

The RFE/RL BELARUS SERVICE used an interactive quiz to explain to its audience about COVID-19.

The RFE/RL GEORGIAN SERVICE published special info-cards on Facebook and Instagram explaining symptoms, preventive measures, and tips for working from home.

MBN produced more than 15 PSA videos explaining what the virus is and how it is spread, including why it is so important to use soap to fight COVID-19. Many of the viewers thanked ALHURRA.COM for putting the information out there.

VOA'S PERSIAN SERVICE aired infographics and promos informing audiences on COVID-19 basics, as well as preventative measures that should be taken, such as hand-washing, masking and social distancing.

# Elections

**Free and fair elections, the cornerstone of democratic principles, require access to uncensored and unfettered news and information. USAGM networks provided essential coverage of elections in the U.S., Belarus, and elsewhere.**

## U.S. Elections

Audiences around the world relied on USAGM networks for extensive coverage of Election Day and its lead up, live reactions, and explainers on the U.S. electoral system.

The VOA NEWS CENTER was the network's hub, providing the latest developments, and a multi-language, interactive U.S. Election Voter Map allowed audiences to track vote results for each state. More than 8 million users tuned in to VOA PERSIAN's election coverage, including speeches by the candidates with simultaneous translation, live guest segments, a special round table show, and a 1-hour political debate with experts on how the elections would affect foreign policy, particularly in Iran.

More than 2.3 million Russian-speaking users tuned in to CURRENT TIME and VOA RUSSIAN's digital platforms, and more than 100 affiliates relied on VOA to understand how American democracy works, and to watch interviews with newsmakers, American voters, U.S. student focus groups, and political experts as well as live, simultaneously translated



VOA's media partners in Latin America relied on the SPANISH SERVICE'S coverage for some 325 live and pre-recorded reports for television affiliates and 77 live and pre-recorded radio reports. The VOA Spanish website saw a 62 percent increase in visits on Election Day/night, while on YouTube video views went up by 160 percent.



*Alhurra correspondent Abdelrahman Elbardisi outside a polling place in Arlington, Va. (MBN)*

speeches of candidates and their running mates. **VOA TURKISH** co-produced a 12-hour election special with affiliate NTV and provided reports and updates for CNN Turk, Fox Turkey, Bloomberg Turkey, KRT, Deutsche Welle, and affiliate Ekoturk.

Elsewhere, VOA's language services acted as a de facto elections coverage desk for many media outlets, providing round-the-clock coverage to regional networks and other entities. Standout divisions included **EAST ASIA PACIFIC**, **LATIN AMERICA**, and **EURASIA**, where U.S. election reporting dominated the news cycle in their target regions.

The **VOA MANDARIN SERVICE**'s four-hour special election with live reports from the White House, New York, Wilmington, Delaware, and Los Angeles, garnered more than 700,000 online views through November 5.

**RFE/RL'S** coverage included in-depth analyses and possible implications of a Biden win for U.S. relations with Russia, Iran, Ukraine, and Belarus. Current Time's **FOOTAGE VS. FOOTAGE** explored how Russian state media covered these elections and parsed elements of disinformation.

Arabic-speaking audiences in the Middle East and North Africa tuned in to **MBN**'s more than 40 hours



**Interest in the U.S. Elections Drove Digital Traffic Across USAGM Networks**
Data from November 1–9, 2020 across networks

**VOA**

**51%** HIGHER ENGAGEMENT COMPARED TO PREVIOUS 9 DAY PERIOD

**33 MILLION** VIDEO VIEWS ON YOUTUBE

**8.3 MILLION** INTERACTIONS ON FACEBOOK

**4.2 MILLION** INTERACTIONS ON INSTAGRAM

**212K** INTERACTIONS ON TWITTER

**MBN**

**48%** FACEBOOK INTERACTIONS UP FROM PRIOR WEEK

**65%** TWITTER INTERACTIONS UP FROM PRIOR WEEK

**4.8 MILLION** ALHURRA.COM PAGE VIEWS

**1.3 MILLION** VIDEO VIEWS ON ALHURRA'S YOUTUBE PAGE

**Reaching Critical Audiences: Iran**
Data from November 3–4, 2020 VOA Persian Service

IRAN

**903K** WEBSITE VISITS

**298K** ARTICLE VIEWS

**6.6 MILLION** VIDEO VIEWS ON INSTAGRAM

**1.3 MILLION** INTERACTIONS ON INSTAGRAM

of live continuous coverage, with reaction from across the U.S. and the Middle East. **ALHURRA** had in-depth discussions regarding each candidate's foreign policy plans towards the region, as well as explainers about the electoral process.

In addition to in-depth backgrounders and photo galleries, **RADIO TELEVISIÓN MARTÍ**'s coverage also highlighted how Cubans—in the U.S. and on the island—saw and took inspiration from American democracy and the electoral process.



*Security forces standing behind barbed wire observe protesters during a mass rally in Minsk on August 23, 2020. (RFE/RL/Uladz Hrydzin)*

## Elections in Belarus

Correspondents with the RFE/RL'S BELARUS SERVICE were harassed, beaten, jailed, and stripped of their accreditation while covering the country's August presidential election that was widely seen as rigged to hand Belarus President Alyaksandr Lukashenka a sixth term.

President Lukashenka made a veiled, but menacing, reference to RFE/RL when he stated that there are "puppet masters of the protests who reside in the Czech Republic," — where the company's headquarters is located.

Yet CURRENT TIME and RFE/RL correspondents continued to cover the ongoing mass protests, including an October anti-government march attended by over 100,000 protesters — despite authorities' threats to use live ammunition. Authorities did, however, block access to the Belarus Service's website, svaboda.org that same month.

Meanwhile, popular blogger and RFE/RL social media consultant IHAR LOSIK was arrested in June 2020. He was accused of using his popular Telegram channel to "prepare to disrupt public order" ahead of the presidential vote. Including Losik, RFE/RL BELARUS SERVICE journalists spent 267 days in prison for their journalistic work in 2020.

## Elections Elsewhere

Elsewhere, RFE/RL reported and provided expert analysis on historic 2020 elections in TAJIKISTAN, GEORGIA, and MOLDOVA—countries that all have experienced political volatility and unrest in recent years—and the Constitutional referendum in RUSSIA which further expanded Putin's powers.

In Kyrgyzstan, several RFE/RL journalists were attacked by both police and protesters as they were reporting live from protests in the capital Bishkek and other cities following flawed parliamentary elections in October. The KYRGYZ SERVICE website had over 407,000 visits and 935,000 page views—an increase of over 400 percent and 575 percent in the two days immediately following the election.



*Police officers stand guard at a downtown street in Hong Kong on September 6, 2020. About 30 people were arrested at protests against the government's decision to postpone elections for Hong Kong's legislature. (AP Images/Vincent Yu)*

## Hong Kong's Non-elections

Hong Kong was supposed to hold legislative elections in September 2020, but instead the city saw the mass resignation of pro-democracy lawmakers and more protests amid concerns of China's tightening grip on the former British colony. And RFA and VOA were there to explain it all.

Correspondents from both networks were there when protestors took to the streets in July to condemn Beijing's new national security law that went into effect criminalizing any speech critical of China. RFA also interviewed some of the pro-democracy lawmakers who resigned from Hong Kong's Legislative Council in protest, and were later arrested, after China ousted four of their colleagues. VOA interviewed a pro-democracy lawmaker who was forced to flee and sought political asylum.



*Supporters of President Roch Marc Christian Kabore celebrate in Ouagadougou as they learn he will serve another five years as Burkina Faso's president, according to provisional results announced by the National Independent Electoral Commission, November 26, 2020. (AP Images/Sophie Garcia)*

In Africa, VOA covered elections in BURKINA FASO in November as much of the nation voted under the looming threat of jihadist violence.

# Protests in Iran, Iraq, Russia, U.S.

**2020 saw a wave of protests and demonstrations around the world. Despite the threat of the pandemic — and sometimes repressive governments — people marched for change and USAGM correspondents were there every step of the way.**



*People mourning the death of General Qasem Soleimani while holding flags and placards in Rasht, Iran, January 3, 2020. (Babak Jeddi/SOPA Images/Sipa USA) (Sipa via AP Images)*

**2020 began with record audiences turning to ALHURRA, RADIO FARDA, and VOA PERSIAN for their extensive coverage of the January U.S. drone strike in Iraq that killed top Iranian General Qasem Soleimani and the protests that followed.**

On January 3, visits to ALHURRA's website increased by more than 200 percent over the previous week, while visits to RFE/RL RADIO FARDA's website increased by more than 130 percent. VOA PERSIAN's extensive coverage of Soleimani's killing included a live interview with the State Department Spokesperson, analysis by experts from around the world, and live reports from the White House, State Department, Congress, the Pentagon and the United Nations, culminating in a website increase of 94 percent over the previous week. All of Radio Farda's top six most popular stories between January 3–6 dealt with Soleimani's death and the protests that followed, with the most popular story receiving more than 358,000 page views. USAGM's coverage was particularly popular on Facebook. Compared to the 2019 weekly average, Alhurra saw a 228 percent increase in Facebook engagements in the week of December 30 to January 5, 2020, while Radio Farda noted a 190 percent increase in engagements on the platform. ALHURRA-IRAQ saw a 1,020 percent increase in Facebook engagements that week — compared to an average week in 2019.

FARDA's reporting about the one-year anniversary of Iran's November 2019 nationwide wave of protests and subsequent crackdown became a trending topic on social media in 2020. The hashtag #which_november came from the title Farda chose for its feature: When family members of one of the victims contacted

Ayatollah Khamenei's office to inquire about their relative, the officer asked, "Which November?" The hashtag became the hottest topic on Persian Twitter for 24 hours. Farda's reporting was quoted numerous times by other media and prompted coverage of the issue by other media outlets including BBC Persian, VOA 365, Iran International, and Kayhan London.

Amid a state media blackout, RFE/RL covered the weekly mass protests in the city of Khabarovsk in Russia's Far East, over Putin's firing of Sergei Furgal, a regional governor, who was "more popular than Putin."

VOA'S EURASIA DIVISION services provided vital coverage of the conflict in Nagorno-Karabakh, democracy protests in Belarus, and the peace talks between Kosovo and Serbia, with a particular focus on the U.S. perspective.

The first show of VOA INDONESIAN's new social media series "What's Up with The White House" included an explainer video, with the web-clip receiving nearly 1.5 million views and 20,000 engagement actions on Facebook. On Instagram, it got 291,000 views, 20,000 likes, and 700 comments.



*Alhurra correspondent Wafaa Jibai covering protests in the vicinity of the White House. (MBN)*



*VOA Spanish reporter Jorge Agobian reporting from the George Floyd demonstrations in Washington, D.C. (VOA)*

In the United States, VOA and MBN covered the protests held across the country against police brutality that started in May after the death of George Floyd, a Black man, at the hands of a white police officer in Minneapolis, Minnesota.



# BEATING BACK FREE PRESS RESTRICTIONS

Journalism continued to be a challenging and dangerous occupation in 2020. China and Russia both stepped up their already extreme policies in 2020 to restrict the flow of information into and out of their countries. Meanwhile, a RFE/RL journalist in Afghanistan paid the ultimate price for doing his job.

*A riot police officer points pepper spray at journalists as pro-democracy activists gather outside a shopping mall during the Labor Day protests in Hong Kong, May 1, 2020. (AP Images/Kin Cheung)*

# China Clamps Down on VOA, Expels Other Reporters

**The Chinese Communist Party made it harder, but not impossible, for VOA to continue providing unbiased news to an estimated 40 million Chinese citizens who turn to VOA each week.**

In March 2020, Chinese authorities announced they would curtail U.S. journalists—including those from VOA—from operating inside China. In addition to expelling several reporters working for The Wall Street Journal, The Washington Post, and The New York Times, China ordered VOA and Time magazine to give Chinese authorities detailed information about their work in China.

Specifically, China ordered VOA to provide information about staff, operations, finances, and real estate in China, and ordered Chinese press assistants, who are often described as "a foreign reporter's right arm," to resign.

China claimed its actions were in response to the U.S. tightening its rules on Chinese state media, which is wrong since U.S. publishers are independent and not comparable to the state media that Russia and China control.

A VOA statement issued at the time joined its U.S. media counterparts in condemning China's restrictions on free press. "We are committed to continuing to serve as a consistently reliable, trusted, and authoritative source of news to our Chinese-speaking audiences," VOA said at the time.

VOA followed through on that promise, particularly during COVID-19 when Chinese government-sponsored disinformation was rampant. VOA successfully beat back China's restrictions and continued to report on issues that China was trying to hide, such as the country's human rights abuses against Tibetans, Uyghurs, and Hong Kong activists, and the government's actions in the disputed South China Sea.



*Expelled Wall Street Journal reporters, from right, Stephanie Yang, Julie Wernau, and Stu Woo embrace colleagues before their departure at Beijing Capital International Airport in Beijing, March 28, 2020. (AP Images/Mark Schiefelbein)*

# Russia's Labeling Requirements

**Russia likewise tried to silence independent journalists in 2020 with the help of revamped media laws. A new Russian regulation that went into effect in 2020 requires every piece of text, audio, and video content that VOA and RFE/RL publish to carry a prominent disclaimer that the content originates from a "foreign agent."**

RFE/RL and VOA were first declared "foreign agents" within the Russian Federation under a 2017 law that was expanded in 2020 to include the individual journalists and bloggers who work for foreign media organizations.

USAGM networks made clear they would not be intimidated by Russia's move. In early 2020, RFE/RL announced plans to expand its already extensive network of more than 250 journalists in Russia who contribute to RFE/RL content that reaches nearly 7 million Russians in a typical week. And while RFE/RL sought to comply with regulations that did not compromise its editorial independence and journalistic integrity, it drew a line in late 2020 when amendments to the "foreign agent" law imposed invasive new labeling demands. RFE/RL rejects these unjust demands, and continues to fight them in Russian courts and the European Court of Human Rights.

VOA decided NOT to comply with the "foreign agent" regulations, taking the

view that abiding by the regulations would seriously undermine the network's credibility and damage VOA's reputation as an independent, trusted, and credible media outlet.

Meanwhile the Russian government continued to harass USAGM correspondents. In July 2020, a Russian court found RFE/RL journalist SVETLANA PROKOPYEVA guilty of "justifying terrorism" in a controversial case widely criticized as an attack on freedom of speech. She was ordered to pay a fine of 500,000 rubles (about $6,950).

And using new anti-fake-news regulations, a Russian court in December fined an RFE/RL reporter 30,000 rubles (equivalent of about $400) under an article on spreading false information about COVID-19 infection.

Despite the new regulations and fines, RFE/RL and VOA both spent 2020 aggressively and successfully exposing Russia's disinformation campaigns and other topics that



*Thousands of demonstrators gathered August 22, 2020, in the Russian city of Khabarovsk to denounce the arrest of the region's governor, Sergei Furgal. (AP Images/Igor Volkov)*

the Kremlin didn't want covered, including COVID-19, protests in the city of Khabarovsk, a yearlong investigation debunking Russia's denial of possessing or developing chemical weapons, and the poisoning of opposition leader Aleksei Navalny.

# Dangerous Environments

**In 2020, USAGM reporters faced live ammunition, threats, and jail time for doing their jobs. Numerous correspondents were harassed, beaten, and jailed while covering elections, protests, and armed conflict.**



On November 12, RFE/RL journalist MOHAMMAD ILYAS DAYEE was targeted and killed in Afghanistan. The 33-year-old died when a bomb attached to his vehicle exploded. Dayee's brother and two others, including a child, were also injured in the blast. Dayee is survived by his wife and 1.5-year-old daughter. No one has been arrested.

*(Courtesy photo)*



*Bubukan Dosalieva (Courtesy photo)*



*(Left to right) Current Time sound engineer Maksim Gavrilenko, director Vladimir Mikhailovski, and documentary filmmaker Lyubov Zemtsova. (Current Time)*

RFE/RL also lost correspondents to causes related to COVID-19. KAZIS TOGUZBAEV, one of RFE/RL's best known and most respected journalists in Kazakhstan, died on February 28 in Almaty of complications caused by COVID-19. He was 72. TV producer and Kyrgyz Service journalist BUBUKAN DOSALIEVA died July 5 at a hospital in Bishkek. Despite an official diagnosis of pneumonia, several leading medical specialists told the service that Dosalieva, 61, had symptoms indicative of COVID-19.

And three RFE/RL filmmakers died from injuries they sustained in a May car crash in Belarus as they were on their way home from a video shoot related to the COVID-19 pandemic. VLADIMIR MIKHAILOVSKI, 33, was a director and MAKSIM GAVRILENKO, 26, was the sound engineer for a film crew working for RFE/RL's Current Time network in Belarus. LYUBOV ZEMTSOVA, 28, was a well-known Belarusian documentary filmmaker who led the crew.

Three USAGM correspondents in Vietnam who spent all of 2020 in Vietnamese prisons on trumped up charges found out they may be there for decades for reporting on the country's repressive communist government. A court in Vietnam in August 2020 upheld the 10-year sentence imposed on TRUONG DUY NHAT, who had been a weekly contributor for RFA's Vietnamese Service's blog section. In early 2021, a court in Vietnam handed down a 15-year sentence to PHAM CHI DUNG, reporter and blogger with VOA Vietnamese Service, for "dangerous actions" against the Hanoi government, and NGUYEN TUONG THUY, contributor to RFA, received an 11-year sentence for his "anti-state" writings.



*(Left to right) RFA Vietnamese Service contributors Truong Duy Nhat (RFA) and Nguyen Tuong Thuy (RFA), and VOA Vietnamese Service reporter Pham Chi Dung (Courtesy photo)*

In September, RFE/RL correspondents were on the frontlines as renewed fighting broke out between Azerbaijan and Armenia over the breakaway Nagorno-Karabakh region. Despite Azerbaijani government's restrictions to most internet access, audiences turned to USAGM coverage. On September 27, when the fighting began, the RFE/RL ARMENIAN website had over 355,000 visitors and over 915,000 page views (approximately a 10-fold increase overnight), while the RFE/RL AZERBAIJANI SERVICE had around 11,700 visitors and over 45,700 page views (over five-fold increase). In November, the bureau of RFE/RL ARMENIAN SERVICE in

Yerevan was attacked and journalists threatened after a Russian-brokered deal was signed.

VOA reporters around the world, including in Venezuela and Nicaragua, face continued aggression, intimidation, and detention by regional authorities. Reporters in Turkey and Zimbabwe were arrested for doing their jobs. VOA's URDU, DEEWA, and AFGHAN reporters experienced death threats, harassment and intimidation from the Taliban in Afghanistan and from the military and intelligence agencies in Pakistan. In AFRICA, VOA reported on the armed conflict between Prime Minister Abiy Ahmed's government in Addis Ababa and leaders from the country's northern Tigray region. VOA's refugee reporter filed articles from inside the refugee camps in neighboring Sudan where thousands of Ethiopians fled, delivering 22 articles during the first 15 days of December.

In a continued concerted effort to harass and endanger VOA PERSIAN SERVICE's journalists and their families, the Iranian regime upheld the eight-year prison sentence for Alireza Alinejad, the brother of Masih Alinejad, host of VOA Persian's popular "Tablet" show. Masih has consistently maintained that the reason for Alireza's arrest and conviction is because the Iranian regime wants to pressure her into discontinuing her activism and work.

And in Ukraine, a car of one of the RFE/RL'S SCHEMES investigative team was torched in August. While no one was hurt, the incident was widely seen as an attempt to intimidate the Schemes reporters.



*The burned car of one of the investigative team on "Schemes." (RFE/RL)*



# TELLING AMERICA'S STORY

Beyond the pandemic and presidential elections, 2020 was marked in the U.S. by nationwide protests for racial justice and consequential events in Washington: the acquittal of President Trump and the replacement of a Supreme Court Justice. USAGM networks provided overseas audiences with a front row seat for it all.

*VOA Turkish's Begum Ersoz, covering the protests for racial justice in Washington, D.C. (VOA)*

26 | U.S. Agency for Global Media | 2020 Annual Report

TELLING AMERICA'S STORY

# Black Lives Matter

**USAGM networks explained to the world the Black Lives Matter protests that were largely prompted by the May 25 death of George Floyd, a Black man, at the hands of a white police officer in Minneapolis, Minnesota, and other recent incidents of racially motivated violence against Black people.**

In addition to live reports from the sites of major protests, including Washington, D.C., Virginia, Maryland, Pennsylvania, New York, Minnesota, Oregon, and California, VOA provided audiences context, background, and analysis of both the protests and overall issue of race relations in the United States.

In early June, the language services of the **VOA EURASIA DIVISION** had more than 12.6 million views and more than 300,000 engagements on Facebook alone of its coverage, a 30-percent increase in comparison to the previous week, mostly due to coverage of the protests.

**VOA SOMALIA**'s Minneapolis stringer Maxamud Mascadde reported on the aftermath of Minneapolis violent protests as fires raged. VOA Somali audiences reacted online to the killing and the protests. The service received more than 400,000 views and nearly 3,000 shares on Facebook.

**VOA SPANISH SERVICE** provided, on average, 80 daily live interactions with media partners in the region in the days following the protests and explained the role of the police, the National Guard, the difference between federal, state and local authorities, divergent points of view on the issues, and how the latest events have impacted business and the media.

Comprehensive coverage from the language services of the **VOA SOUTH AND CENTRAL ASIA DIVISION** included three **VOA URDU SERVICE** videos that alone crossed the million views mark. One Facebook Live by the **AFGHAN SERVICE** received more than 250,000 views.

MBN's **ALHURRA TELEVISION** preempted regular programing to host nightly two-to-three hour live newscasts dedicated to covering the protests, providing analysis, and reporting on reaction from across the country. These special newscasts explored topics such as how the protests are fueling online disinformation, an explanation of the Insurrection Act, extremism in the U.S., race relations in the U.S., and the U.S. federal government's relationship with the states.



*(VOA)*

**On-the-scene coverage of D.C. demonstrations included reporter stand-ups by VOA HAUSA SERVICE's Madina Maishanu, with each video generating more than 100,000 views on Facebook.**

TELLING AMERICA'S STORY



*A protester runs past burning cars and buildings on Chicago Avenue, May 30, 2020, in Minneapolis, MN, following the death of George Floyd, who died after being restrained by Minneapolis police officers on May 25, 2020. (AP Images/John Minchillo)*

ALHURRA provided its audiences with comprehensive coverage the tensions and the events that unfolded. In addition to several interviews, including with the owner and the manager of the store that reported Floyd to the police, ALHURRA aired live coverage of Floyd's funeral in Texas, as well as anti-racism protests around the world, including those held in Tunisia.

*The casket of George Floyd is placed in the chapel during a funeral service for Floyd at the Fountain of Praise church, Tuesday, June 9, 2020, in Houston, TX. (AP Images/David J. Phillip, Pool)*



# An Impeachment Acquittal and Supreme Court Nomination

**USAGM networks also explained other American political history in the making, most notably the U.S. Senate's February 5 acquittal of President Trump in his impeachment trial and the September 18 death and subsequent replacement of Supreme Court Justice Ruth Bader Ginsburg.**

USAGM networks provided updates and backgrounders to explain the process and the significance when the Republican-majority U.S. Senate voted 52–48 against Trump's removal from office based on allegations he abused the power of the presidency in his dealings with Ukraine and 53–47 against his removal for obstructing Congress' efforts to investigate him.

Some networks, including VOA and ALHURRA, had daily updates and analysis of the impeachment trial. Alhurra was the only pan-Arab network to have live coverage of parts of the impeachment trial in the U.S. Senate. The network also had a recap at the end of each day and analysis of the day's events.

And in the fall, USAGM networks examined Trump's decision to nominate Judge Amy Coney Barrett to fill Ginsburg's seat, explaining Barrett's possible impact on court decisions on a range of issues impacting life in the United States, from abortion to health care, and



*A memorial to U.S. Supreme Court Justice Ruth Bader Ginsburg includes a photograph of the late Justice, September 22, 2020, outside the Harvard Law School library at Langdell Hall, on the campus of Harvard University, in Cambridge, MA. (AP Images/Steven Senne)*

why it's important to have women on the nation's highest court.

VOA also looked at the legacy of Ginsburg, the second woman to be named to the U.S. Supreme Court who worked her entire career to eliminate gender-based stereotyping, and the makeshift memorials dedicated to her. VOA also examined how U.S. Supreme

Court justices have a job for life once they're nominated by the president and confirmed by the Senate and what Americans think about that.

# Connecting the World with Life in America

**Along with reporting the news objectively and accurately to the world, USAGM networks also use compelling storytelling and journalism to explain America and its culture. VOA and MBN in 2020 introduced to the rest of the world how Americans are doing the ordinary and the extraordinary.**

**VOA CONNECT** in 2020 continued to bring together stories of people across the United States, from street artists and high-tech innovators, and everyone in between. This program in 2020 ranged from visiting an oyster farm on the shores of Cape Cod where two brothers are breeding and raising oysters to a historical fiction writer in Wisconsin who revived the traditional craft of coppersmithing. The audience also got to meet an Asian-American

who uses comedy as a tool to take on cultural stereotypes, and young team members of Black Girls Surf who are bringing diversity to the sport.

2020 also saw the second season of **VOA RUSSIAN SERVICE**'s Great American Road Trip, a documentary project that explores the character of different American states and cities through stories about their people, history, culture, and food. The series, shown on VOA Russian platforms

and the **CURRENT TIME** network, in 2020 took viewers to locations in Alabama, Hawaii, Maine, Minnesota, New Jersey, Nevada, North Carolina, West Virginia, and Wisconsin.

**VOA RUSSIAN SERVICE** also introduced the world to 17-year-old phenom Avi Schiffmann from Washington state, who built one of the most popular COVID-19-tracking websites in the world. The story of a "C" student who many are now calling a genius, garnered 82,000 views and nearly 2,200 engagement actions on the VOA Russian Facebook page.

**MBN**'s digital properties regularly profile Arab Americans who make a difference, such as Ahmad Ashkar, a Palestinian American who opened a falafel restaurant in Washington, D.C., and uses part of the proceeds to help refugees.

OCB's **RADIO TELEVISIÓN MARTÍ** interviewed film director Iván Acosta, who was 17 when he was arrested after the Bay of Pigs and who later escaped to the U.S.



*"VOA Connect" reported on the organization Black Girls Surf. (VOA)*



# ENTITY HIGHLIGHTS

*VOA Russia's Rafael Saakov reporting from the 2020 Vice Presidential Debate. (VOA)*

# VOICE OF AMERICA

VOA's language services collectively surpassed 515 million site visits in 2020, an 11 percent increase from 2019. This growth came primarily from Venezuela, Burma, and Laos. The trend carried over into social media, where video views exceeded five billion, up 13 percent from 2019. Video views to VOA election coverage in 2020 on social media and websites alone reached 2.5 billion. VOA social media accounts also generated more than 396 million interactions, a 26 percent increase from 2019.

VOA also experienced audience growth in 2020, most notably in the Democratic Republic of the Congo where VOA reached 6.4 million adults weekly (up from 3.1 million in 2015) due in large part to the launch of Lingala programming that reaches nearly 2.5 million adults weekly. In Venezuela, VOA gained nearly 1.9 million in new audience since 2016 and reached 2.7 million adults weekly in 2020.

Value-added reporting on the U.S. government's global humanitarian and health response to the COVID-19 pandemic provided target audiences with much-needed clarity at a critical time in the global fight against COVID-19. Combined video views on social media and websites reached 1.3 billion views. The VOA reporting included numerous daily and special reports, personal stories, analysis, and interviews with medical specialists, health policy experts, and lawmakers.



*A Ukrainian family shares its quarantine routine in New York with VOA. (VOA)*

"NA JI, NA GANI" ("I HAVE SEEN AND I HAVE HEARD") Hausa Facebook Live Coronavirus reporting engaged 16 stringers in Nigeria and Niger to report live on Facebook on the impact of the COVID-19 crisis as they witnessed unfolding in their communities. VOA hosted a number of Facebook Live town halls in Africa on the pandemic in 2020.

For months, the NEWS CENTER's "Polygraph" team published numerous fact-checks of fake COVID-19 claims. Polygraph also initiated a daily "Infodemic" feature with three elements: a news fact-check by other reputable organizations; a social media fact-check; and a fact-based COVID-19 read of the day. The News Center

## Fast Facts

**LANGUAGES:**
47

**AUDIENCE:**
278 million

**EMPLOYEES:**
nearly 1,000

**BUDGET:**
$252 million

## Awards

*RTNDA Excellence in Social Media, New York Festivals Silver Medal, Clarion Award: Online Special Feature* — WORTH OF A GIRL, a multi-platform series on child marriage and its impact.

*Gabriel Award, First Place: Human Dignity Award* — HELL AND HOPE, a feature documentary about the lives of Yazidi girls abducted by ISIS terrorists in 2014.

*Online News Association: Digital Storytelling Long Form Award* — SHOURA, one community's experiment in post Islamic State reconciliation.

generated a daily series of "diaries" in which VOA reporters and stringers across the U.S. and around the world explained in the first person how the pandemic is affecting life in their own families and communities.

## VOA Refugee Programming

The COVID-19 pandemic presented an additional threat to already vulnerable refugee populations. VOA's refugee project supports reporting on the displaced with the English-language portal voanews.com/refugees that highlights news coverage of forcible displacement. This convenient page provides regular updates and news, as well as documentaries and other long-form content. The team works with VOA language services as well as stakeholders to enhance content distribution to these populations.

On June 20, the international community celebrated World Refugee Day. VOA, as in years past, once again took the opportunity to raise awareness of the plight of 30 million displaced people around the globe, fleeing wars, natural disasters, and persecution.

VOA SPANISH focused on refugees from Latin America for World Refugee Day — particularly on the plight of Venezuelan refugees, who



*Stranded Venezuelans build makeshift camp in a tree-covered park amid COVID-19 pandemic, waiting for an opportunity to return to their country, Cali, Colombia. (Nano Calvo/VWPics via AP Images)*

make up on of the world's largest displaced population.

**VOA SPANISH** also provided in-depth reporting on refugee children. As one of the most vulnerable refugee populations, minor children demonstrate resilience and courage amid the uncertainty of their situation.

**VOA BURMESE** featured a Rohingya refugee who fled the restive Rakhine state, Burmese refugees who are internally displaced due to years of ethnic conflicts and Burmese refugees who have settled in the United States.

VOA continued its **ROHINGYA** broadcasting in Cox's Bazar, Bangladesh, a camp consisting of mostly Rohingya refugees who have been denied the use of the Internet, including mobile phones, by their host country, Bangladesh. VOA provides critical radio news programs in Rohingya to these refugees.



*Women sell their goods together with their children at the market of Kalobeyei near Kakuma, where refugees sell their self-grown vegetables, 26 February 2020. Kakuma is one of the largest refugee camps in the country. More than half a million refugees from over 30 countries currently live in Kenya. (Bernd von Jutrczenka/picture-alliance/dpa/AP Images)*

In December 2020, VOA launched new FM stations serving refugees living in Kakuma and Dadaab refugee camps. The Kakuma office commenced operations on December 18, 2020, during International Migrant Day.

VOA is the only international broadcaster in the Kakuma refugee camp. VOA's independent media voice will create participatory communication between aid agencies and their beneficiaries in a place with few civil institutions. In addition to serving as a bridge, refugees see VOA as an institution that serves public interest rather than private economic gain.

The new 99.9 FM station will serve both refugee and host communities with news, music, and educational content in English, Swahili, and Somali.

## Gender Balanced Reporting

June 2, 2020, marked the first anniversary of VOA's participation in the 50:50 PROJECT, a VOA-BBC Partnership. VOA is now one of 60 media organizations in 20 countries working to achieve gender balance in its reporting. VOA's commitment to the 50:50 project helps ensure its content truly reflects its audiences. VOA'S ARMENIAN SERVICE program "View from America" and VOA ENGLISH TO AFRICA's "Encounter," "Issues in the News," and "Press Conference USA" programs have been role models of 50:50 dedication during the COVID-19 pandemic.



*VOA's Armenian's "View from America" has been a role model of gender balance programming. (VOA)*

"I am glad that I have the opportunity to express my gratitude to you for your tireless effort in informing the people of Afghanistan and raising public awareness....Voice of America is committed to freedom of media, equality, and other democratic values..."

—*President of Afghanistan, Mohammad Ashraf Ghani*

"We are grateful that we have a Voice of America ... where we can get information especially the position of America in terms of human rights, democracy, development, international relations, global affairs, and position of the United States vis-a-vis the world."

—*Mu Sochua, former minister of women's affairs, and current vice president of the Cambodia National Rescue Party*

# RADIO FREE EUROPE/ RADIO LIBERTY

As political turmoil and the COVID-19 pandemic cast a shadow over the world, audiences in 23 countries relied on RFE/RL for uncensored news, public service journalism, and responsible discussion about the truth behind the events that gravely affected their lives.

In 2020, reporters and staff across RFE/RL exhibited great dedication, resilience, and energy that led to the production of some of the organization's greatest journalistic work. The RFE/RL workforce adapted to continue serving audiences in support of freedom of information.

However, alongside the accomplishments came deep loss, as four members of the RFE/RL family died tragically in the course of conducting their work. RFE/RL was devastated by the loss of Vladimir Mikhailovski, Maksim Gavrilenko, and Lyubov Zemtsova — colleagues with the documentary project "Unknown Belarus," who died due to a May 13 car accident that took place when they were coming back from a reporting project. On November 12, the RFE/RL community was again shocked by the loss of our colleague Mohammad Ilyas Dayee, a journalist for Radio Azadi, was killed in a targeted bomb attack in Lashkar Gah, the capital of Afghanistan's southern Helmand Province. RFE/RL also lost two colleagues to COVID-19: Kyrgyzstan-based reporter Bubukan Dosalieva, and Kazakhstan-based reporter Kazis Toguzbayev.

Globally, many lives and opportunities were lost in 2020 — a year marked by hardship and strife. But RFE/RL aimed to stand as a symbol of democratic freedom for the communities that it serves, by conducting public service reporting, investigative reporting, digital excellence, and connecting local communities.

## Public Service Reporting

RFE/RL's credibility and effectiveness as a news organization depend on the trust that audiences place in its work. This trust was underscored throughout 2020, when audiences

## Fast Facts

LANGUAGES: 27

AUDIENCE:
41.1 million

EMPLOYEES: 718

BUDGET:
$125 million

## Awards

*IRE 2019 Tom Renner Award —* PLUNDER AND PATRONAGE IN THE HEART OF CENTRAL ASIA, a series on an underground network that funneled more than $700 million from Kyrgyzstan.

*CPR's 2020 International Press Freedom Award —* SVETLANA PROKOPYEVA, contributor to RFE/RL Russian Service project Northern.Realities.

*Belarusian Human Rights Alliance's 2019 Journalist of the Year —* ANNA SOUS, RFE/RL Belarus Service journalist.



*RFE/RL's COVID-19 public service reporting. (RFE/RL)*

how to stay healthy and safe, and investigations into the true number of deaths from the deadly disease. Such reporting brought audiences an essential public service during this time of crisis and saved lives by providing verifiable, fact-based public health reporting.

However, RFE/RL also fostered hope, showcasing how individuals banded together to help each other during times of trouble. For instance, RFE/RL'S GEORGIAN SERVICE reporting on a 73-year-old man selling tulips to churchgoers—and being fined for it by authorities—drove the community to help him and transformed the story into a symbol of national solidarity in Georgian media.

## Making Global Local/Making Local Global

With a keen understanding of how global events can affect the local communities it serves — and how a local issue can have geopolitical implications — RFE/RL ensures engagement with diverse audiences across its coverage area by telling the stories that no other local media outlet would think to pursue. This approach is also key to countering disinformation across RFE/RL's markets.

across multiple countries made RFE/RL their first stop for news and information to help them navigate major changes in their lives.

As medical misinformation ran rampant across RFE/RL's coverage

area — and authorities reacted to COVID-19 with a mix of disinformation and denial — RFE/RL committed to offering public service journalism by providing basic facts about the virus, video explainers about



*Yekaterina Ponomaryova hosts Current Time's "Person on the Map." (RFE/RL)*

**RUSSIA:** Media consumption patterns in Russia have become fragmented, with audiences increasingly disengaged from the federal center and focused on local developments within their cities and regions. To that end, RFE/RL's Russia strategy rests on reaching disparate audiences with a variety of brands and projects catering to different geographic and demographic segments of society. This integrated strategy allows RFE/RL to maximize its impact by adopting an engaging "local" approach with Russians nationwide.

While most media outlets cover the news from Russia's major cities, RFE/RL provides unique coverage of important local news across the Russian Federation. CURRENT TIME's "Unknown Russia" and "Person on the Map" television series take audiences across the country, telling the stories of people who carve out unique lives. This type of documentary journalism is almost never seen on Russian state television, which sensationalizes problems in lesser developed parts of the country, rather than showcasing the diversity of Russian society. RFE/RL'S TATAR-BASHKIR SERVICE and NORTH CAUCASUS SERVICE have strong reporting expertise in local minority rights issues — an essential theme as Moscow pursues Russification policies to suppress regional cultural heritage. RFE/RL also features several locally-focused websites — North.Realities, Siberia.Realities, Idel.Realities, and Caucasus.Realities — that offer regional Russian-language reporting on discrete parts of the country.

RFE/RL's measured weekly audience in Russia has doubled from 2016 to nearly 7 million Russian adults, meaning that RFE/RL is reaching larger audiences across Russia than any other international public service media in this critical market.

**CHINA:** China is not an RFE/RL target country — but its influence can be felt throughout the RFE/RL region. RFE/RL devoted significant resources to reporting on China's rising impact across Central and South Asia as well as further west in Belarus, Hungary, and the Balkans. In 2020, RFE/RL conducted deep dives on the export of surveillance technology from China to the region, and the repression of the Uyghur and Central Asian minorities in Xinjiang.

> "In 2019, RFE/RL returned to Bulgaria and Romania. Just last year, RFE/RL reopened its Hungarian Service amid a steep decline in the country's freedom of the press. These services are a crucial tool to strengthen our allies' democracies and prevent the democratic backsliding that opens the door for Russia, China, and other autocratic competitors to advance their own nefarious interests."
>
> *—U.S. Representatives Michael McCaul (R-Texas), Gregory Meeks (D-N.Y.), Marcy Kaptur (D-Ohio), Adam Kinzinger (R-Ill.), and William Keating (R-Mass.)*



*An award-winning series of reports by RFE/RL's Kyrgyz Service and OCCRP uncovered a massive money-laundering scheme that funneled hundreds of millions of dollars out of Central Asia. (RFE/RL)*

## Investigative Reporting

As corruption emerges as the predominant regional obstacle to democracy-building and free societies, RFE/RL strengthened its focus on investigative reporting. An award-winning series of reports by RFE/RL'S KYRGYZ SERVICE and Organized Crime and Corruption Reporting Project uncovered a massive money-laundering scheme that funneled hundreds of millions of dollars out of Central Asia. The series sparked public protests across Kyrgyzstan and led to a formal investigation in the country.

In addition to making headlines throughout the region, the investigation also gained global attention and accolades. International media including Reuters, the Economist, Al Jazeera, and AFP cited the report's role in fueling anti-corruption protests. In April 2020, the series won the prestigious Tom Renner Award, bestowed annually by the U.S.-based group Investigative Reporters and Editors (IRE) for reporting on "organized crime or other criminal acts." "This, to me, is the reason that there is a Renner award — these crime syndicates that operate in the shadows, particularly in places that the world pays very little attention to," one of the judges said.

## Bolstering Digital Excellence

RFE/RL is now a digital-first media organization, engaging audiences in 23 countries and beyond with bespoke digital content distributed across all major locally-used platforms. RFE/RL's digital strategy has increased exponentially the impact of its core mission of delivering news of local importance to its target markets. The result is an ability to engage, inform, and connect local communities — evidenced by strong impact indicators including the 6.5 billion combined video views across Facebook, YouTube, and Instagram received in FY 2020.

Further success in the digital sphere was evidenced by RFE/RL's relaunch of a digital-only HUNGARIAN SERVICE in September 2020. Building on the success of previous digital-only relaunches in Bulgaria and Romania, the Hungarian Service provides a source of timely, accurate, unbiased, and non-partisan information for Hungarians in a country where public service media has otherwise been eliminated. In the initial months of its launch, the service has engaged audiences with investigations, explainers, and other original stories.

# OFFICE OF CUBA BROADCASTING

As the COVID-19 pandemic reached Cuba, the Martís — the radio, television, and digital components of OCB — increased their programming to match the growing need for independent and fact-based information about the health crisis and its impact on the island.

The Martís reported on the social, human rights, and economic impacts of the pandemic, particularly on the most vulnerable. Stories examined the challenges of online schooling on the island, due to poor and often non-existing infrastructure and access to technology; the impact on women including domestic violence; and the government crackdowns on independent reporters and activists to prevent criticism of the pandemic response.

The economic impact of the pandemic was also at the forefront of the Martís' reporting. As the economy and the tourism sector suffered, so did the poorest segments of the population who struggle to afford food and critical medication and healthcare.

By the end of the year, the government announced efforts to improve the island-nation's crisis-stricken economy, by ending its two-currency system. The monetary policy, set to be implemented in 2021, eliminates the dual currency and fixes a single exchange rate of 24 pesos per dollar. This devaluation is the first for the country since its 1959 revolution. The change was announced in a short, five-minute bulletin after the December 10 National Newscast and offered few details. The Martís', however, stepped in to provide analysis and examine for its audience potential effects on pensions, retail prices, and the costs of goods and services.



*A woman wearing a mask to curb the spread of COVID-19 looks at her mobile phone while getting a ride on a bicycle cart in Havana, Cuba, December 23, 2020. (AP Images/Ramon Espinosa)*

## Fast Facts

LANGUAGE:
1

AUDIENCE:
1 million

EMPLOYEES:
117

BUDGET:
$21 million

## Awards

*Emmy Nomination, Suncoast Chapter: Social Documentary* — "SUBTERRÁNEO," Joe Cardona, Magdiel Aspillaga, Alejandro Zayas-Bazan Television Martí

*Emmy Nomination, Suncoast Chapter: Historical Documentary* — "TRAGO AMARGO," Joe Cardona, Magdiel Aspillaga, Alvaro Alba, Christina Sanson Television Martí/Office of Cuba Broadcasting, Miami-Ft. Lauderdale, Florida

*Emmy Nomination, Suncoast Chapter: Nostalgia Programming* — "AQUÍ ESTÁN LOS MÍOS," Jesus Acosta, Ricardo Quintana, Joe Cardona Television Martí/Office of Cuba Broadcasting, Miami-Ft, Lauderdale, Florida

In 2020 the Martís ramped up efforts to counter disinformation from China, Russia, Venezuela, and North Korea that Havana disseminates on state-run media. Martís reports debunking Havana's propaganda that COVID-19 is a CIA-terror weapon were well received and shared across the island.

Cuban audiences also turned to the Martís for uncensored reporting on the Hurricane Eta, during which more than 25,000 people were evacuated from coastal areas. Martís' reporting informed its audience on the Category 4 hurricane's destruction and aftermath, as well as the government's response.

Radio Martí gave extensive coverage the night of November 26, when the political police attacked the headquarters of the San Isidro Movement in Havana and arrested 14 of its members: artists, musicians, journalists, and academics who denounce human rights violations on the island.

The year also saw the network broaden its approach and appeal to the island nation's younger generation and decision-makers while speaking directly to its core audience comprising civil-society and opposition leaders.

Several groundbreaking documentaries made up a part of this approach:

- "Subterráneo" ("Underground")
  *An examination of Cuban hip hop and its struggle to avoid government censorship .*

- "Trago Amargo" ("Bitter Drink")
  *A look at the island's famed rum, including the Cuban government's expropriation of Havana Club Rum without any compensation to the original owner, the Arechabala family.*

- "Aquí Están los Míos" ("Here are Mine")
  *An exploration of the history of the Cuban community in Key West, Florida.*

MORE THAN
**1** MILLION
VIEWS ON YOUTUBE
IN CUBA

# RADIO FREE ASIA

As the COVID-19 pandemic became 2020's most dominant news story, RFA's nine language services adapted to unprecedented working conditions, countering disinformation propagated by state media across Asia with high-quality, critical journalism.



*Workers from a funeral house disinfect themselves after handling a COVID-19 victim in a hospital in Wuhan in central China's Hubei province January 30, 2020. (FeatureChina via AP Images)*

As authoritarian regimes mobilized their massive state media networks to advance their own agendas and narratives on a variety of issues throughout 2020, RFA journalists pushed back on all fronts.

In China, where COVID-19 first emerged, Beijing's propaganda machine quickly aimed to downplay the extent to which CCP authorities bungled the early stages of the outbreak. RFA MANDARIN's investigative journalism exposed the improbability of the CCP's low official death toll in Wuhan itself after studying the statistics emerging from local funeral homes. RFA's role as a source of truth on COVID-19 has become only more vital as assertions from Chinese officials and state media have grown increasingly outlandish, with some claiming the virus originated in a U.S. military lab. Chinese audiences, distrustful of official narratives, turned to RFA, which saw an 800 percent increase in video views in the first three months of 2020 in comparison to the last three of the previous years.

In Hong Kong, where Beijing has extended a slow stranglehold over the political arena, local media, and educational system through the highly authoritarian national security law, RFA'S CANTONESE and MANDARIN coverage has become an increasingly crucial rebuke of China's hollow promise of "one country, two systems." RFA's Hong Kong reporters were recognized by the agency for their bravery and effective work, declaring them among the winners of the annual Burke Award.

RFA'S UYGHUR SERVICE continued to shine a light on ongoing human rights abuses taking place in China's northwestern Xinjiang Uyghur Autonomous Region (XUAR). The



*A passenger wearing a face mask to help curb the spread of COVID-19 is disinfected her hands before getting on a trolley bus in Pyongyang, North Korea, August 13, 2020. (AP Images/Jon Chol Jin)*

### Fast Facts

LANGUAGES: 9

AUDIENCE: 49.5 million

EMPLOYEES: 304

BUDGET: $44 million

### Awards

*New York Festivals, Gold Medal, Documentary* — "CHINA'S GREAT FAMINE: SAD SONGS OF PEASANTS IN A FOOD WAR," RFA Mandarin

*National Murrow Award Winner, Excellence in Video* — "GRAY RHINO SERIES," RFA Mandarin

service sounded the alarm over the threat the COVID-19 pandemic posed to detainees in cramped and unsanitary conditions in the region's sprawling internment camps, even while Chinese authorities downplayed the issue. The service also highlighted the vital issue of forced labor, leading the U.S. Customs and Border Protection to take action. RFA's Tibetan Service continued to report on the CCP's unceasing efforts to forcibly assimilate Tibetan communities into mainstream Han Chinese culture through coercive means.

Throughout 2020, the North Korean government was characteristically opaque when it came to pandemic-related developments. Even so, RFA KOREAN leveraged its resources and local contacts to become the first media outlet to verify evidence of COVID-19's spread in North Korea. Local sources told RFA that ruling party lecturers had admitted that infections had taken place in three provinces.

RFA's services covering Southeast Asia continued covering the most pressing stories in that region, including major environmental and social disruption along the Mekong river, the prosecution of political dissidents (including RFA contributors in Vietnam and Cambodia), and growing Chinese influence in the region. RFA BURMESE featured extensive coverage of Burma's historic nationwide elections in late 2020, hiring four reporters in outlying regions in the months leading up to November to ensure it had truly nationwide coverage of the campaign and vote — only to have to later report on the overturning of the results in the wake of the February 2021 military coup.

# MIDDLE EAST BROADCASTING NETWORKS

MBN's Arabic-language television, digital and radio platforms served as a much-needed source of accurate information regarding COVID-19, as rumors and speculation were a mainstay of local media and blogs in the region.

During the early days of COVID-19, MBN's ALHURRA TV, SAWA RADIO and digital and social media properties dedicated more than 85 percent of their daily news to the latest information about the pandemic. MBN primarily focused on statements from doctors and scientists, as well as reporting on communities uniting to help each other regardless of political and religious beliefs. MBN examined the economic and educational challenges, as well as what NGOs were doing to try and keep refugee camps in the region COVID-free. MBN also produced several public service announcements stressing the importance of hand washing and social distancing.

Although COVID-19 was an overriding global story throughout the year, the Middle East and North Africa were embroiled in other events that had a major impact on the regional landscape. The year 2020 witnessed Israel's normalization of ties with the U.A.E., Bahrain, Sudan and Morocco. MBN's correspondents in Israel and the U.S. provided audiences insights not available on other Arabic-language media outlets, including interviews with the Israeli Ambassador to the U.S. and the State Department Spokesperson. While many media outlets in the region focused solely on the perceived negative aspects of the Abraham Accords, MBN reported on the benefits for all the countries involved, as well as the role of the U.S. in bringing these countries together.

In August, when a massive explosion rocked the city of Beirut, MBN's correspondents were on the ground reporting on the humanitarian crisis and destruction. They covered the devastating impact the port blast had on Lebanon, a country already facing a crippled economy and national protests calling for



*French rescue team workers conduct research on the site of the August 4, 2020, massive explosion in the port of Beirut, Lebanon. (AP Images/Thibault Camus)*

the end of government corruption. MBN went beyond the latest news following the blast, including an "Alhurra Investigates" look at who was responsible for the port and the subsequent explosion. Alhurra also interviewed the Acting USAID Administrator about the additional funds the U.S. was providing to help pay for medical supplies as the country recovers.

Lebanon was not the only country that witnessed widespread protests condemning government corruption and calls for change. As many Iraqis came out to demand their rights, there were also pro-Iranian militias firing upon protesters and U.S. interests in Iraq. MBN followed the story closely with correspondents throughout the country, giving a voice to those risking their lives to speak freely.

MBN provided extensive coverage of the U.S. elections with reporters across the country, highlighting the topics that were of paramount concern to voters. Starting the eve of Election Day, MBN hosted more than 40 hours of live coverage, including analysis by constitutional scholars, as well as Republican and Democratic strategists.

| Fast Facts | LANGUAGES: 1 | EMPLOYEES: 869 |
|---|---|---|
| | AUDIENCE: 27.5 million | BUDGET: $110 million |

## Awards

*Gold Telly Award: Best Political/Commentary* — "ALHURRA INVESTIGATES, SAUDI FEMALE ACTIVISTS"

*Gold Telly Award: Best Immersive and Mixed Reality* — ALHURRA TELEVISION, "USE OF AUGMENTED REALITY TO EXPLAIN COLUMBUS DAY"

*Silver Telly Award: Best Public Interest/Awareness* — "ALHURRA INVESTIGATES, CORRUPTION IN IRAQI SUNNI AND SHAI RELIGIOUS ENDOWMENTS"

*Silver Telly Award: Best Motivational* — "LIGHT AMONG US, RESILIENCE OF A DISABLED REFUGEE"

*Bronze Telly Award: Best Political/Commentary* — "Alhurra Investigates, Human Trafficking of Yazidi Children"

*Bronze Telly Award: Best News or News Feature* — "ALHURRA INVESTIGATES, THE KILLING OF SUDANESE PROTESTERS"

*Bronze Telly Award: Best Social Impact* — "SAM AND AMMAR, SLAVERY"

*New York Festivals Silver Award: Best Animation* — "ALHURRA AUGMENTED REALITY ON F-35 FIGHTER JETS"



*Election coverage. (MBN)*

ENTITY HIGHLIGHTS

# OPEN TECHNOLOGY FUND

OTF's mission is to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that provide secure and uncensored access to USAGM content as well as the broader internet.

With the support of USAGM and Congress, OTF began fully operating as an independent organization in late April 2020. In early June 2020, after OTF had been operating for less than two months, OTF funding was withheld, and it was forced to halt all programmatic operations and issue stop work orders to 90% of its ongoing projects, including critical internet freedom programs in China, Iran, and Russia. OTF funds were not released through the end of 2020.

Despite the challenges, OTF was able to support a small number of critical programs in 2020 to help to advance internet freedom in the world's most repressive environments. For example, OTF continued supporting a years-long research effort utilizing open-source satellite images to locate and map a network of prison camps in the province of Xinjiang, China. The researchers ultimately identified 268 new prison compounds, nearly four times the number of compounds that had been previously located. The full research report was published in August 2020 and was awarded a Pulitzer Prize in International Reporting in June 2021.

OTF also supported its sixth class of Information Controls Fellowship Program (ICFP), including seven new research fellows. The fellows conducted research on a wide range of critical issues, including internet repression in China, Egypt, Myanmar, India, Nigeria, Cameroon, Ethiopia, and Zimbabwe. In addition, fellows explored emerging circumvention and anonymity techniques and analyzed privacy and censorship issues in popular global apps, including TikTok.

## Focus areas guiding our work



**Access** to the internet, including tools to circumvent website blocks, connection blackouts, and widespread censorship



**Awareness** of access, privacy, or security threats and protective measures, including how-to guides, instructional apps, data collection platforms, and other efforts that increase the efficacy of internet freedom tools



**Privacy** enhancement, including the ability to be free from repressive observation and the option to be anonymous when accessing the internet



**Security** from danger or threat when accessing the internet, including encryption tools

# FINANCIAL HIGHLIGHTS

The independent accounting firm, Kearney & Company, conducted our fiscal year 2020 financial statement audit and issued an unmodified opinion on our Principal Financial Statements. Preparing these statements allows USAGM to improve financial management and provide accurate and reliable information to Congress, the President and the taxpayer. USAGM management is responsible for the integrity and objectivity of the financial information presented in the statements. The financial statements and financial data presented in this report were prepared from the accounting records of USAGM in conformity with generally accepted accounting principles and incorporate the application of the standards as prescribes by the Federal Accounting Standards Advisory Board.

| (in thousands) | FY 2020 | FY 2019 |
|---|---|---|
| **AT THE END OF THE YEAR:** | | |
| **Condensed Balance Sheet Data:** | | |
| Fund Balance with Treasury | $ 250,954 | $ 245,805 |
| Cash and Other Monetary Assets | 3 | 3 |
| Accounts Receivable | 313 | 127 |
| Advances to Surrogate Broadcasters | 85,500 | 78,000 |
| Property, Plant and Equipment | 58,705 | 69,540 |
| Other | 697 | 1,766 |
| **Total Assets** | **$ 396,172** | **$ 395,241** |
| Accounts Payable and Other | $ 30,017 | $ 26,999 |
| Retirement and Payroll | 49,035 | 43,671 |
| **Total Liabilities** | **$ 79,052** | **$ 70,670** |
| Unexpended Appropriations | $ 284,723 | $ 269,907 |
| Cumulative Results of Operations | 32,397 | 54,664 |
| **Total Net Position** | **317,120** | **324,571** |
| **Total Liabilities and Net Position** | **$ 396,172** | **$ 395,241** |
| **FOR THE YEAR:** | | |
| **Condensed Statement of Net Cost Data:** | | |
| Total Cost | $ 824,858 | $ 832,021 |
| Total Earned Revenue | (4,275) | (3,304) |
| **Total Net Cost of Operations** | **$ 820,583** | **$ 828,717** |



Allocation of USAGM FY20 Budget

- BCI $12m (1%)
- VOA $252m (31%)
- OCB $21m (3%)
- IBB $65m (8%)
- TSI $181m (22%)
- RFE/RL $125m (15%)
- RFA $44m (5%)
- MBN $110m (14%)

# USAGM Broadcasts in 62 Languages



**Global**
English
Learning English

**Eastern/Central Europe**
Albanian
Bosnian
Bulgarian
Hungarian
Macedonian
Montenegrin
Romanian
Serbian
Ukrainian

**Latin America**
Creole
Spanish

**Africa**
Afan Oromo
Amharic
Bambara
French-to-Africa
Hausa
Kinyarwanda
Kirundi
Lingala
Ndebele
Portuguese-to-Africa
Sango
Shona
Somali
Swahili
Tigrigna
Wolof

**Eurasia**
Armenian
Azerbaijani
Bashkir
Belarusian
Chechen
Crimean Tatar
Georgian
Russian
Tatar

**Middle East/North Africa**
Arabic
Kurdish
Persian
Turkish

**Central Asia**
Kazakh
Kyrgyz
Tajik
Turkmen
Uzbek

**South Asia**
Bangla
Dari
Pashto
Urdu

**East and Southeast Asia**
Burmese
Cantonese
Indonesian
Khmer
Korean
Lao
Mandarin
Rohingya
Thai
Tibetan
Uyghur
Vietnamese

- Voice of America
- Radio Free Europe/Radio Liberty
- Radio Free Asia
- Office of Cuba Broadcasting
- Middle East Broadcasting Networks



**U.S. AGENCY FOR GLOBAL MEDIA**