UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>                  Plaintiffs,<br><br>    -against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>                  Defendants. | Case No. 1:25-cv-01015-RCL |

**SUPPLEMENTAL DECLARATION OF JOHN DRYDEN**

I, John Dryden, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the president of the Voice of America Employees Union, Local 1418, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME Local 1418" or "Union"). Local 1418 represents all radio broadcast technicians ("RBTs") at Voice of America ("VOA").

1

3.     As I have explained in prior declarations, RBTs are essential to the production and broadcast of VOA radio programming.

4.     Beginning on May 27, two VOA RBTs began assisting with a five-minute radio newscast to be broadcast to Afghanistan, consisting of two-and-a-half minutes of content, translated into Dari and Pashto. At some point, that broadcast was expanded to 10 minutes (five minutes in each language). The broadcast continued on weekdays until June 20, when no live radio was broadcast.

5.     Voice of America did not broadcast any live radio programming in Dari or Pashto to Afghanistan between June 20 and June 27. Programming resumed with fifteen minutes of each language on June 30.

6.     Other than Dari and Pashto programming, which, as discussed, has been inconsistent, I am unaware of any other radio broadcasting carried out by Voice of America since March 15.

Executed at Germantown, MD on the 2nd day of July, 2025.

*John Dryden*
John Dryden (Jul 2, 2025 14:46 EDT)
———————————————
John Dryden