UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | No. 1:25-cv-01015-RCL |

## DECLARATION OF PATSY WIDAKUSWARA

I PATSY WIDAKUSWARA hereby declare under penalty of perjury the following:

1. Until recently, I was the White House Bureau Chief for Voice of America. I was placed on administrative leave on March 15, 2025. I am a named plaintiff in this case.

2. The information contained herein is based on my personal knowledge as well as information from current USAGM and Voice of America (VOA) employees.

**VOA Persian**

3. Prior to March 15, 2025, VOA Persian worked as a 24/7 news operation, broadcasting 168 hours of television each week.[1]

4. Between June 23 and June 27 VOA Persian broadcast original television news coverage only *30 to 45 minutes each day*.[2]

---

[1] USAGM Congressional Budget Justification FY 2025, at pg. 86, https://www.usagm.gov/wp-content/uploads/2024/03/USAGMBudget_FY25_CBJ_03-08-24-1.pdf

[2] *See* Axios, *VOA's Iran Mess* (June 24, 2025), https://www.axios.com/2025/06/24/voa-s-iran-mess-media-trends

1

5. On June 20, 2025, approximately half of VOA Persian FTEs received RIF notices, along with hundreds of other VOA staff. (The contracts of all VOA Personal Services Contractors (PSCs) were previously terminated, effective May 30, 2025.) The RIF notices stated that the FTE staff remain on administrative leave until terminated on September 1, 2025. That day, VOA Persian broadcast a repeat of the prior day's newscast.

6. On June 27, 2025, the affected FTEs were informed that the RIF notices were recalled. On July 1, 2025, the FTEs were further notified that RIFs would again be "upcoming."

**Dari and Pashto Languages**

7. I have been informed that following the June 20 RIF notice, the Afghan Service had only two people working between June 20 to June 26. One of them has only minimum speaking fluency in Dari, and no ability to read or write in either Dari or Pashto. During the course of that week, no radio programming was produced at all, and only a handful of digital stories.

8. On June 27, management hastily added people to the team. Currently there are seven people assigned to the service full time. Most of them have limited broadcast production skills and the only person with extensive audio and video editing ability does not speak, read, or write in either Dari or Pashto.

9. The service's current output in terms of quality and quantity is miniscule compared to what it used to be prior to the shutdown. Pre March 15, 2025, the Afghan Service produced 34 hours of television and 84 hours of radio per week, as well as 24/7 website and

digital news coverage.[3] As per the latest fully released USAGM survey, six in ten adult mobile phone users consumed VOA Afghan content and more than 90% of those said they trusted it.[4]

10. As of June 30, 2025, there are only three people working at VOA Central News, none of them are news editors with experience to vet content. The lack of editors further weakens editorial workflow in place prior to March 15, 2025 to ensure checks and balances necessary to carrying out the VOA Charter and Mission.

11. Prior to March 15, 2025, the Afghan service had senior editorial managers and the VOA Standards Editor to ensure assistance and training as needed on adhering to the VOA Charter and journalism best practices. As of March 15, 2025 the Standards Editor was placed on administrative leave and has never been recalled.

12. Prior to March 15, 2025, the Afghan Service had a strong track record in reaching audiences despite Taliban efforts to block broadcasts.

13. After the Taliban takeover in 2021, the VOA Afghan service provided a 24/7 direct to home satellite service, alternate radio broadcasts including on shortwave and AM/medium wave radio from a neighboring country, and increased social media engagement. Currently, the Afghan Service does not have this capacity.

**Office of Cuba Broadcasting**

14. The mission of OCB is "to promote freedom and democracy by providing the people of Cuba with objective news and information programming." The network fulfills this mission by providing "multimedia hub of unbiased and objective news, information, and analysis

---

[3] USAGM Congressional Budget Justification FY 2025, at pg. 85, https://www.usagm.gov/wp-content/uploads/2024/03/USAGMBudget_FY25_CBJ_03-08-24-1.pdf

[4] *See* VOA Public Relations release, https://www.insidevoa.com/a/despite-taliban-s-censorship-voa-continues-broadcasting-to-millions-in-afghanistan-/7226001.html

that provide the people of Cuba with interactive programs seven days a week through satellite television, shortwave and AM radio, and digital platforms."[5] The mission does not extend to Latin America.

**VOA Programming on the 50 U.S. States**

15. VOA consistently broadcasts news about the 50 U.S. States. For example:

(a) VOA Korean released a series in 2015 and 2016, profiling all 50 states via radio and digital platforms (https://www.voakorea.com/z/4427);

(b) A VOA Korean video series from 2018 to 2020 covered 39 states (https://youtube.com/playlist?list=PLyrKtIDPb59KYtoVSg4nSBU-67DnPzwIl&si=nny_tK5hng9kM5O4);

(c) VOA Central News 2017 series "Off the Highway" explored the concerns of Americans living in small towns and rural areas. The series was aired by multiple VOA language services (https://projects.voanews.com/off-the-highway/archive/);

(d) VOA Indonesia in 2024 series focused on railway travel to highlight 26 states in 16 days (https://www.youtube.com/watch?v=u7Cv_bnPZjw);

(e) VOA Central News 2024 five-part series, 'River at Risk' reported from seven U.S. states in the Colorado River Basin (https://projects.voanews.com/river-at-risk/); and

(f) VOA's Africa Division in 2024 hosted multi-language studio events with diaspora voters across the U.S. (Somali, Bambara, French, English); produced coverage that explained U.S trade and investment; and explained U.S. culture including the four-year partnership "Basketball Africa League/NBA Partnership."

---

[5] *See* U.S. Agency for Global Media, *Office for Cuba Broadcasting*, https://www.usagm.gov/networks/ocb/

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2025

*Patsy Widakuswara*
Patsy Widakuswara (Jul 2, 2025 19:56 EDT)

PATSY WIDAKUSWARA