UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, <br> Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, <br> Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al., <br><br> Defendants. | Civil Action No. 25-0887 (RCL) |

**DEFENDANTS' RESPONSE TO THE COURT'S JULY 8, 2025, ORDER**

Defendants Kari Lake, in her official capacity as a Senior Advisor to the Chief Executive Officer ("CEO") of United States Agency for Global Media ("Global Media"), Victor Morales, in his official capacity as Acting CEO of Global Media, and Global Media, by and through counsel, pursuant to the Court's July 8, 2025, Order, file this supplemental response to address the questions raised in the Court's July 8, 2025 Order pertaining to the operations of Voice of America. *See* July 8, 2025, Order (*Widakuswara*, ECF No. 126). Specifically, the Court requested that Defendants provide additional information as to Voice of America's personnel and staffing (*id*. at 2-3), an explanation of how Defendants are utilizing the budget appropriated by Congress for Fiscal Year 2025 (*id*. at 4), further explanation regarding Global Media's determination that Voice of America would broadcast in four statutorily required languages (Dari, Pashto, Farsi, and Mandarin) (*id*. at 4), the purpose of broadcasting from Greenville, North Carolina,[1] and additional explanation as to the Agency's decision to no longer broadcast to Africa. *See generally* July 8, 2025, Order. In response to the Court's order, Defendants provide the attached Declaration of Kari Lake, appended hereto.

For the reasons previously explained, the Court should deny Plaintiffs' motions for an order to show cause, as Defendants have been and continue to comply in good faith with the third prong of the Court's April 22, 2025, injunction.

---

[1] Frank Wuco's June 27, 2025, declaration (ECF No. 123-1 at 6) previously identified a transmitting station in "Greenville, South Carolina," but that was an error. It should have read Greenville, North Carolina.

2

Dated: July 18, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

BRIAN P. HUDAK, D.C. Bar #90034769
Chief, Civil Division

By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    D.C. Bar No. 1017243
    STEPHANIE R. JOHNSON
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    Main: (202) 252-2500

*Attorneys for the United States of America*