UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

　　　　　　　Plaintiffs,

　　　v.

KARI LAKE,
Senior Advisor to the Acting CEO of the
United States Agency for Global Media, et al.,

　　　　　　　Defendants.

Civil Action No. 25-1015 (RCL)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss and motion for relief under

Local Rule 7(n)(1), and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that this matter is DISMISSED.

SO ORDERED:

_____
Date

_____
Royce C. Lamerbeth
United States District Judge