UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA, <br><br>                           Plaintiffs, <br><br>     -against- <br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA, <br><br>                           Defendants. | Case No. 1:25-cv-01015-RCL |

# PLAINTIFFS' RESPONSE TO DEFENDANTS'
# MOTION FOR EXTENSION OF TIME

Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Government Accountability Project

American Federation of Government Employees, AFL-CIO

American Foreign Service Association

American Federation of State, County and Municipal Employees, AFL-CIO

Democracy Forward Foundation

State Democracy Defenders Fund

Media Freedom and Information Access Clinic at Yale Law School

Defendants request a 32-day extension to the deadline for their reply in support of their motion to dismiss Plaintiffs' complaint. As Plaintiffs conveyed to Defendants, Plaintiffs do not oppose Defendants' requested extension of time to prepare their reply brief on their motion to dismiss, but cannot consent to delaying adjudication of their request to be excused from Local Rule 7(n)(1).

Local Civil Rule 7(n)(1) requires Defendants to "file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first." Accordingly, Defendants are already out of compliance with this rule.

That delinquency prejudices Plaintiffs. The contents of the administrative record will inform ongoing and upcoming proceedings in this case, including Plaintiffs' efforts to enforce this Court's preliminary injunction and preparations for any future dispositive motions, including summary judgment.

Plaintiffs oppose Defendants' extension request only insofar as it would delay adjudication of Defendants' request to be exempted from Local Rule 7(n)(1). If the Court sees fit to grant Defendants' extension request as to their motion to dismiss reply, it should nonetheless require Defendants to file any reply in support of their motion to be excused from Rule 7(n)(1) by the default reply deadline of August 8.

Dated: August 7, 2025

Respectfully Submitted,

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |

| | |
|---|---|
| _____/s/_____<br>David Z. Seide (D.C. Bar # 421899)<br>1612 K Street, NW<br>Washington, DC 20006<br>(202) 457-0034<br>davids@whistleblower.org | _____/s/_____<br>Andrew G. Celli, Jr.**<br>Debra L. Greenberger**<br>Daniel M. Eisenberg (D.C. Bar # 90017823)<br>Nick Bourland**<br>One Rockefeller Plaza, 8th Floor<br>New York, New York 10020<br>(212) 763-5000<br>acelli@ecbawm.com<br>dgreenberger@ecbawm.com<br>deisenberg@ecbawm.com<br>nbourland@ecbawm.com |

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson (D.C. Bar # 144528)
Matthew Blumin (D.C. Bar # 1007008)
Georgina Yeomans (D.C. Bar # 1510777)
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
Tpaterson@afscme.org
Mblumin@afscme.org
Gyeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

AMERICAN FOREIGN SERVICE ASSOCIATION

_____/s/_____
Sharon Papp (D.C. Bar # 107992)
Raeka Safai (D.C. Bar # 977301)
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO | STATE DEMOCRACY DEFENDERS FUND |
| /s/<br>Rushab Sanghvi (DC Bar # 1012814)<br>80 F. Street, NW<br>Washington, DC 20001<br>(202) 639-6424<br>SanghR@afge.org | /s/<br>Norman L. Eisen (D.C. Bar # 435051)<br>Joshua Kolb*<br>600 Pennsylvania Avenue SE #15180<br>Washington, DC 20003<br>Norman@statedemocracydefenders.org<br>Joshua@statedemocracydefenders.org |
| *Counsel for American Federation of Government Employees, AFL-CIO (AFGE).* | *Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)* |
| DEMOCRACY FORWARD FOUNDATION | |
| /s/<br>Kristin Bateman***<br>Robin F. Thurston (D.C. Bar # 1531399)<br>Skye L. Perryman (D.C. Bar # 984573)<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>kbateman@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org | MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL[1]<br><br>/s/<br>David A. Schulz (D.C. Bar # 459197)<br>127 Wall Street<br>New Haven, CT 06520<br>tobin.raju@YLSClinics.org<br>David.schulz@YLSClinics.org |
| *Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA* | *Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4* |
| | \* *Pro hac vice* application forthcoming |
| | \*\* *Pro hac vice* application pending |
| | \*\* D.C. Bar admission pending. Admitted only in California; practice supervised by members of the D.C. Bar. |

---

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

4