UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants.<br><br>MICHAEL ABRAMOWITZ *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | Case No. 1:25-cv-1015-RCL<br>Case No. 1:25-cv-0887-RCL |

## **NOTICE**

Counsel for Defendants filed a notice earlier today docketed as No. 1:25-cv-887-RCL, ECF No. 73 and No. 1:25-cv-1015-RCL, ECF No. 138, stating that they would file records redacted for personal identifying information no later than today. They are attached as Exhibit A.

As indicated in the notice, yesterday USAGM provided relevant unions with copies of annotated retention registers to be used to issue specific notices to affected bargaining unit employees regarding reduction in force and transfer of function. These were provided pursuant to negotiated labor-management agreements. The registers identify each competitive area and indicate an effective date of 9/30/2025 and appraisal cutoff date of 6/30/2024. In tabular form, the registers also provide information on tenure, adjusted service computation date, reduction in force

1

service computation date, name, job title, name of organization, and status under the register. Exhibit A provides this tabular information while protecting personal identifying information.

Dated: August 26, 2025

Washington DC

                                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ABIGAIL STOUT
(DC Bar No. 9009415)
Counsel

*/s/ Michael Velchik*
MICHAEL VELCHIK
(DC Bar No. 187249)
Senior Counsel

Civil Division
950 Pennsylvania Ave
Washington, DC 20530
Tel: (202) 860-8388
Email: michael.velchik@usdoj.gov

*Attorneys for Defendants*