IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA *et al.*, <br><br> *Plaintiffs*, <br><br> —v.— <br><br> KARI LAKE et al., <br><br> *Defendants*. | Case No. 25-cv-1015-RCL |

### NOTICE OF WITHDRAWAL OF PRO HAC VICE MOTION

Counsel for Plaintiffs, Kristin Bateman, filed a Pro Hac Vice Motion on April 10, 2025 (Dkt. No. 83). Ms. Bateman has since been admitted to the United States District Court for the District of Columbia (No. CA00221, Date of Admission: 5/5/2025). Accordingly, she respectfully withdraws the pending Pro Hac Vice Motion.

Dated: August 28, 2025

Respectfully submitted,

/s/ Kristin Bateman
Kristin Bateman
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); the News Guild-CWA*