IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE *et al.*, <br><br> *Defendants.* | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE *et al.*, <br><br> *Defendants.* | Case No. 25-cv-00887-RCL |

**PLAINTIFFS' MOTION FOR JUDICIAL AVAILABILITY DURING DEPOSITIONS**

Plaintiffs in the above-captioned actions write jointly to respectfully request that the Court or a Magistrate Judge be available to resolve any disputes that may arise during the upcoming depositions of Defendant Kari Lake and Defendants' witnesses, Leli Soltani and Frank Wuco. Defendants take no position on this request.

On July 30, 2025, the Court granted Plaintiffs' motions for an Order to Show Cause. *See Widakuswara* Dkt. 130, *Abramowitz* Dkt. 62 ("OSC"). After Defendants responded to the Order to Show Cause, Plaintiffs filed a response detailing Defendants' continuing failure to comply with the Court's orders requiring Defendants to produce specific information and documents reflecting their plan to operate Voice of America ("VOA") consistent with the preliminary injunction and

1

USAGM's governing statutes. *See Widakuswara* Dkt. 136; *Abramowitz* Dkt. 70. Plaintiffs also requested that the Court allow Plaintiffs to conduct "fast-tracked depositions of no more than three of Defendants' declarants, concerning compliance with Part III of the preliminary injunction and the matters discussed in those declarants' declarations." *Widakuswara* Dkt. 136 at 9; *Abramowitz* Dkt. 70 at 9. On August 25, 2025, the Court held a hearing and granted Plaintiffs' request to take depositions of Ms. Lake, Ms. Soltani, and Mr. Wuco by September 15, 2025. *See Widakuswara* Dkt. 137; *Abramowitz* Dkt. 72. In a subsequent written Order, the Court explained that it was ordering the depositions because Defendants had failed to "explain how they are in compliance with the Court's preliminary injunction" and the depositions would "allow the defendants one final opportunity, short of a contempt trial, to provide such explanation." *Widakuswara*, Dkt. 137 at 2; *Abramowitz*, Dkt. 72 at 2. The parties then scheduled the depositions for September 9 (Ms. Lake), September 11 (Ms. Soltani), and September 18 (Mr. Wuco), starting at 10:00 a.m.

As the Court has noted, throughout this litigation, Defendants have "provide[d] cagey answers and omit[ted] key information" in response to the Court's orders requiring Defendants to provide details regarding "VOA's current operations [and] future plans," even after the Court "directl[ly] command[ed]" Defendants "to provide complete information on VOA's future operational capacity and staffing levels." OSC at 2-3. In light of Defendants' history of providing evasive answers to the Court regarding the same subjects that will be explored at the upcoming depositions and the time-sensitive nature of these proceedings, there is good cause to believe that disputes may arise during the depositions that the parties will not be able to resolve without judicial intervention. Accordingly, Plaintiffs respectfully request that the Court enter an order providing that the Court will make itself available or assign a Magistrate Judge to be available by telephone

2

to resolve any urgent disputes that may arise—and the parties are unable to resolve—during the upcoming depositions.

We thank the Court for its consideration of this request.

Respectfully submitted,

Dated: Septembner 8, 2025                    Respectfully submitted,

ZUCKERMAN SPAEDER LLP                        EMERY CELLI BRINCKERHOFF
                                             ABADY WARD & MAAZEL LLP

_____/s/_____                    _____/s/_____
William B. Schultz                           Andrew G. Celli, Jr.
Margaret M. Dotzel                           Debra L. Greenberger
Brian J. Beaton, Jr.                         Daniel M. Eisenberg
Jacobus P. van der Ven                       Nick Bourland
2100 L Street NW, Suite 400                  One Rockefeller Plaza, 8th Floor
Washington, DC 20037                         New York, New York 10020
Tel: (202) 778-1800                          (212) 763-5000
wschultz@zuckerman.com                       acelli@ecbawm.com
mdotzel@zuckerman.com                        dgreenberger@ecbawm.com
cvanderven@zuckerman.com                     deisenberg@ecbawm.com
bbeaton@zuckerman.com                        nbourland@ecbawm.com

*Counsel for Plaintiffs Michael Abramowitz, Anthony LaBruto, and J Doe 2*

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson
Matthew Blumin
Georgina Yeomans
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

AMERICAN FOREIGN SERVICE ASSOCIATION

_____/s/_____
Sharon Papp
Raeka Safai
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

DEMOCRACY FORWARD FOUNDATION

_____/s/_____
Kristin Bateman*
Robin F. Thurston
Skye L. Perryman
P.O. Box 34553

4

Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA);the NewsGuild-CWA*

\*Admitted in California only; practicing under the supervision of District of Columbia Bar members

GOVERNMENT ACCOUNTABILITY PROJECT

_____/s/_____
David Z. Seide
1612 K Street, NW
Washington, DC 20006
(202) 457-0034
davids@whistleblower.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

STATE DEMOCRACY DEFENDERS FUND

_____/s/_____
Norman L. Eisen
Joshua Kolb
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Norman@statedemocracydefenders.org
Joshua@statedemocracydefenders.org

*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

_____/s/_____
Rushab Sanghvi
80 F. Street, NW
Washington, DC 20001
(202) 639-6424
SanghR@afge.org

*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL\*\*

_____/s/_____
David A. Schulz
127 Wall Street
New Haven, CT 06520
tobin.raju@YLSClinics.org
David.schulz@YLSClinics.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

\*\* The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

5