UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>KARI LAKE, et al.,<br><br>    *Defendants.* | Case No. 1:25-cv-01015-RCL |
| MICHAEL ABRAMOWITZ, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>KARI LAKE, et al.,<br><br>    *Defendants.* | Case No. 1:25-cv-00887-RCL |

**ORDER**

Upon consideration of the plaintiffs' unopposed Motion for Judicial Availability During Depositions [*Widakuswara* ECF No. 142], and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED**. The Court will make itself available by telephone during the depositions. The parties shall contact the Courtroom Deputy to provide the times of the depositions and to obtain contact information for the Court.

Date: September 8, 2025

                                                                                    Royce C. Lamberth
                                                                                   United States District Judge

1