# Exhibit A



August 29, 2025

*Via Electronic Mail*
John Dryden
President, AFSCME Local 1418
███████████████

      Re:    August 28, 2025 Executive Order Affecting USAGM

Dear Representatives of AFSCME:

This notice serves as formal notification that, pursuant to an Executive Order dated August 28, 2025, *"Further Exclusions from the Federal Labor-Management Relations Program,"* the President has determined our Agency has as a primary function intelligence, counterintelligence, investigative, or national security work. As such, the President has determined that Chapter 71 of Title 5, United States Code, cannot be applied to our operations in a manner consistent with national security requirements and considerations.

Effective immediately, collective bargaining rights under Chapter 71 are no longer applicable to your bargaining unit. All collective bargaining activities, including negotiations, grievance procedures, and all labor-management relations, are hereby discontinued. Also effective immediately, the Agency is hereby cancelling the collective bargaining agreement between the Agency and AFSCME. AFSCME no longer has status as the exclusively recognized labor organization for employees of the Agency.

We appreciate your past collaboration and will ensure that all transitions are handled in accordance with applicable law and guidance.

Sincerely,

*Yoko S. Hoffman*
for
Michelle Stewart
Chief
Labor and Employee Relations Division
Office of Human Resources