# Exhibit C



330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

**INFORMATION MEMORANDUM FOR:** ███████████

**DATE:**     August 29, 2025

**FROM:**    Kari Lake, Acting CEO
            U.S. Agency for Global Media (USAGM)

**SUBJECT:** Specific Notice of Reduction in Force – Separation with Severance Pay

I regret to inform you that your position is being affected by a reduction in force (RIF) action pursuant to the Executive Order entitled *Continuing the Reduction of the Federal Bureaucracy* (March 14, 2025). This RIF is necessary to reshape the entire workforce of the United States Agency for Global Media (USAGM). of the United States Agency for Global Media (USAGM).

This memorandum constitutes a specific notice of RIF. In accordance with RIF procedures in law and regulations, including Title 5, Code of Federal Regulations, Part 351 and the Broadcasting Administrative Manual (BAM) Title V, Section 760, *Separations – Reduction in Force (RIF)*, you are being released from your competitive level based on your standing on the retention register effective September 30, 2025.

**RETENTION STANDING**

To conduct the RIF, USAGM prepared retention registers which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of federal service. The following information was used to determine your retention standing as of the RIF effective date:

| Competitive Area | Washington, DC |
|---|---|
| Office | VOICE OF AMERICA |
| Type of Service | Competitive |
| Work Schedule | Full Time |
| Position | ███████████ |
| Competitive Level | ███████████ |
| Tenure Group and Subgroup | ███ |
| Veterans' Preference for RIF | ███ |
| Performance Rating 1 | ███ |
| Performance Rating 1 Date | ███ |
| Performance Rating 2 | ███ |
| Performance Rating 2 Date | ███ |
| Performance Rating 3 | ███ |

     

| | |
|---|---|
| **Performance Rating 3 Date** | ▮ |
| **Additional Years of Credit Based on Performance Ratings** | ▮ |
| **Adjusted RIF Service Computation Date (SCD)** | ▮ |

Please note that the adjusted RIF Service Computation Date (SCD) includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

If you believe any of your above service or credit information is incorrect, please contact the Office of Human Resources (OHR) immediately at HROperations@usagm.gov. You must make contact prior to the effective date of your separation in order for OHR to address any potential service or credit errors.

While processing the RIF with the above-mentioned information for you and other employees, USAGM determined that you would be released from your competitive level and separated from federal service with severance pay. This is because (a) your position is abolished, (b) there are no positions within a lower tenure group or in a lower subgroup within your own tenure group to bump into, and (c) there is not a position for you to retreat within your own tenure group or subgroup that is the same or essentially identical to a position that you previously held on a permanent basis in federal service. In the event that the circumstances of the RIF change, this notice may be withdrawn.

**RIF DOCUMENTS**

**General RIF Documents**

Each employee impacted by the RIF has access to documents that outline applicable benefits for which you may be eligible or entitled to as appropriate. You may make an appointment with OHR to obtain paper copies of these documents. You may make an appointment by contacting USAGM Benefits Staff at HRBenefits@usagm.gov or (202) 920-2400. In addition, the below websites provide information about certain relevant external benefits provided by other entities:

- For training benefits under the Workforce Improvement Act of 1998 (WIA), please see www.careeronestop.org.

- For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

- For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Specific RIF Package Documents**

In addition to the general documents outlined above, you are being provided with a RIF

2

package that outlines benefits specific to you. Because you are being separated through a RIF action, certain employees are eligible for career transition and placement assistance. Specifically, you are eligible for the USAGM's Reemployment Priority List (RPL). You may also be eligible for Career Transition Assistance Program (CTAP) and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs including an explanation of these programs. You must submit your RPL Program registration form to the agency which is included in this package within 30 days of this notice. Your registration on the RPL will expire two (2) years from the effective date of the RIF. If you have any questions, please contact HROperations@usagm.gov.

You will be eligible for severance pay following your separation. An estimate of your severance pay is included in your RIF package. Severance pay is paid out at the same pay period intervals that salary payments would be made for eligible recipients.

Please be advised that an early resignation or retirement may affect your eligibility for placement assistance and/or your appeal rights. It may also impact your ability to qualify for unemployment compensation and/or training benefits provided under WIA. You are encouraged to contact your state's Department of Labor and Employment or equivalent for any questions regarding unemployment compensation. You are also encouraged to contact the HR Benefits team at HRBenefits@usagm.gov or at (202) 920-2400 to determine how an early resignation may affect your benefits.

**ASSISTANCE DURING NOTICE PERIOD**

Until the effective date of the RIF, you are entitled to these additional assistance measures.

1. USAGM will establish and maintain a RPL for employees separated under the relevant provisions of the BAM. When USAGM decides to fill vacancies, it will seek to hire first from this list before seeking outside candidates for appropriate positions coming open during or after the RIF. You must return the RPL form included in your RIF package within 30 calendar days from the date of this notice. Your ability to register with RPL expires two (2) years from the date of RIF separation.

2. If you are not currently in an administrative leave status, you may be placed on administrative leave for your remaining regularly scheduled duty time. This time is recommended by USAGM for you to prepare for subsequent employment including, for example, by preparing resumes, obtaining employment counseling, or attending job interviews. If you are outside the Washington D.C. commuting area, a Federal Express box will be sent to your mailing address on file to return all equipment to the agency. If you are located within the Washington, D.C. commuting area, you will receive additional instructions on how to return your GFE. All agency-owned equipment must be returned in order to receive final payment and to finalize your annuity or severance payments. If you are on administrative leave and USAGM requires your return at any time during the next 30 days, the agency will contact you to return from administrative leave.

**APPEAL AND GRIEVANCE RIGHTS**

**U.S. Merit Systems Protection Board (MSPB)**

If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. You may file your appeal with the MSPB at https://e-appeal.mspb.gov/. Your appeal must be in writing and may be filed any time after the effective date of the RIF action until no later than 30 calendar days after the effective date of the RIF action. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

**Equal Employment Opportunity (EEO)**

If you believe this personnel action is based in whole or in part on discrimination on the basis of your race, color, religion, sex (including pregnancy, gender identity, sexual orientation, and sexual harassment), national origin, age, disability status, genetic information, or in reprisal for participating in a protected EEO activity, you may file a complaint with USAGM's Office of Civil Rights (OCR) at ocr@usagm.gov. You must contact OCR no later than 45 calendar days from the effective date of this notice. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must choose one or the other. You also may access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

**Office of Special Counsel (OSC)**

You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action with the MSPB.

**CONCLUSION**

This action is being taken in accordance with the applicable civil service RIF regulations and USAGM policies and procedures. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351, and the Broadcasting Administrative Manual (BAM) Title V, Section 760, *Separations – Reduction in Force (RIF)*. Further and detailed information about the RIF regulations may also be accessed on OPM website, Reductions in Force. You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting HROperations@usagm.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your

immediate family. EAP counselors are available 24 hours a day, 7days a week at 1-800-457-9808 or http://www.foh4you.com/.

Thank you for your understanding and cooperation with this RIF action. To be clear, this RIF action does not reflect directly on your individual service, performance, or conduct, but is being taken solely for the reasons stated above. On behalf of USAGM leadership and the American people, we are grateful for your service and wish you the best in your future endeavors.

Please see the attached RIF Package documents:

1. Severance Estimate
2. Additional Documents
   - Career Transition Information Sheet, which contains CTAP, ICTAP, and RPL Program Information
   - OPM Retention Regulations
   - MSPB Appeal Information
   - Unemployment Insurance and State Workforce Programs

**The following documents in this RIF package must be completed and returned to hroperations@usagm.gov** prior to **September 30, 2025**:

3. Reemployment Priority List Program Registration Form
4. Acknowledge of Receipt