UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants.<br><br>MICHAEL ABRAMOWITZ *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants. | Case No. 1:25-cv-1015-RCL<br>Case No. 1:25-cv-0887-RCL |

## ORDER

Upon reviewing Plaintiffs' and Defendants' joint motion for an extension of time, the Motion is **GRANTED**. It is **ORDERED** that Frank Wuco shall sit for a deposition to be taken by the Plaintiffs no later than September 18, 2025.

Dated: September 8, 2025

Royce C. Lamberth
United States District Judge