UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KARI LAKE, et al.,<br><br>        Defendants. | Civil Action No. 25-0887 (RCL) |
| PATSY WIDAKUSWARA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KARI LAKE, et al.,<br><br>        Defendants. | Civil Action No. 25-1015 (RCL) |

**MOTION FOR EXTENSION OF TIME**

Defendants, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1), move for an extension of time until September 19, 2025 (four business days) to file a response to Plaintiffs' "motion to enforce pausing reductions in force," (*Abramowitz*, ECF No. 84), which was filed on September 8, 2025. Per the Court's September 11, 2025, Minute Order, Defendants' deadline is currently set for September 15, 2025, notwithstanding this Court's Local Civil Rules allowing fourteen days for oppositions to motions. *See* LCvR 7(b). Pursuant to Local Civil Rule 7(m), Plaintiffs' state that they will "agree" to the "extension request only if defendants agree to stay the effective date of the August 29 reduction in force until Judge Lamberth rules on

our motion." Defendants do not agree to Plaintiffs' terms. The good cause for this motion is set forth below.

On August 29, 2025, the U.S. Agency for Global Media sent formal notices via letter regarding Global Media's reduction in force. *See* Aug. 29, 2025, Ltr, ECF No. 84-4 at 2. The letter provides specific notice that separation would be effective September 30, 2025. *Id*. More than a week later, on August 8, 2025, Plaintiffs in both above-captioned actions moved to "enforce" this Court's April 22, 2025, injunction, notwithstanding that Plaintiffs' necessarily recognize that the only prong of the Court's injunction that ordered Defendants to immediately re-instate all employees as it existed prior to the March 14, 2025, Executive Order is currently stayed and not currently in force. Nevertheless, Plaintiffs seek the extraordinary relief of enjoining Global Media's discretion to manage its day-to-day affairs by instituting a pause on the reduction in force. On September 11, 2025, this Court issued an order setting Defendants' response deadline for September 15, 2025. But good cause necessitates a brief extension of four business days for Defendants to file their response. At present, both Assistant United States Attorneys assigned to this action are preparing for separate summary judgment hearings in other matters. Both hearings are taking place within the next several days and require significant time and review of voluminous records in complex cases. By way of example, the summary judgment hearing for undersigned Defendants' counsel requires review of approximately a dozen deposition transcripts in a complicated medical malpractice action where there were numerous depositions of various experts, thousands of pages of medical records, and several days of trial testimony in another jurisdiction. In addition to this significant press of time, both assigned AUSAs carry voluminous dockets, which prevent undersigned Defendants' counsel from being able to immediately turn attention from other matters to allow sufficient time to coordinate with Global Media on

Defendants' response, draft Defendants' response, allow sufficient time for agency review, as well as review pursuant to Department of Justice procedures in such a compressed time frame. While Defendants understand that the reductions in force will be effective September 30, 2025, allowing Defendants an additional four business days will provide Defendants a meaningful opportunity to draft a response while still affording Plaintiffs the opportunity to file a reply before the Court rules on the motion. Counsel for Defendants have indicated to Plaintiffs that they would consent to a similar extension of time for Plaintiffs to file their reply, which is currently set for September 22, 2025. While Defendants understand that Plaintiffs are only willing to consent to an extension if Defendants agree to pause the reduction in force, Defendants are under no obligation to agree to Plaintiffs' terms. This is particularly true considering Plaintiffs waited over a week after receiving the reduction in force notices to file their motion. In addition, other Government attorneys representing Defendants in this matter are in the middle of depositions taking place in conjunction with the issuance of the Court's show cause order in this action. Those depositions are taking place this week and next. These matters, and others, represent significant time constraints on counsel for Defendants, necessitating the need for a brief extension. Plaintiffs will not be unduly prejudiced by affording Defendants these few additional days, particularly because Defendants are willing to consent to a similar extension for their reply, should they request it.

Defendants do not seek this extension to needlessly delay these proceedings, but rather for the good cause articulated herein. Granting the requested extension will serve the interests of justice by affording Defendants additional time to review Plaintiffs' motion, confer with Global Media as well as allow coordination within the Department of Justice regarding Defendants' response, and allow additional time to draft and review Defendants' filing.

WHEREFORE, Defendants respectfully request that the deadline to file their response to Plaintiffs' motion to enjoin the reductions in force be extended until September 19, 2025. A proposed order is included herein.

Dated: September 11, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Brenda González Horowitz*
      BRENDA GONZÁLEZ HOROWITZ
      D.C. Bar No. 1017243
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      Main: (202) 252-2500

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ABRAMOWITZ, et al.,

        Plaintiffs,

    v.                                    Civil Action No. 25-0887 (RCL)

KARI LAKE, et al.,

        Defendants.

PATSY WIDAKUSWARA, et al.,

        Plaintiffs,

    v.                                    Civil Action No. 25-1015 (RCL)

KARI LAKE, et al.,

        Defendants.

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for extension of time, the entire record herein and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED.

It is further ORDERED that Defendants shall file their response to Plaintiffs' motion on or before September 19, 2025.

SO ORDERED.

_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge