# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, <br><br>*Plaintiffs,* <br><br>–v.– <br><br> KARI LAKE *et al.*, <br><br>*Defendants.* | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*, <br><br>*Plaintiffs,* <br><br>–v.– <br><br> KARI LAKE *et al.*, <br><br>*Defendants.* | Case No. 25-cv-00887-RCL |

### JOINT MOTION REGARDING PROCEDURE FOR FILING DEPOSITION TRANSCRIPTS WITH THE COURT

All parties in the above-captioned actions write jointly to respectfully request that the Court permit the parties to file deposition transcripts pursuant to the following procedure.

On September 8, 2025, Defendants moved for a protective order. *See Widakuswara* Dkt. 147. On September 10, 2025, the Court granted in part and denied in part Defendants' motion, and ordered the parties to "file an unredacted copy of the transcript from each deposition under seal on the dockets in each case." Order, *Widakuswara* Dkt. 149. The Court further ordered that deposition transcripts "shall automatically be made public" unless within 48 hours of filing the transcript a party files a sealed motion with proposed redactions. *Id.*

1

2

Following the entry of the Court's September 10 Order, the parties conferred and agreed to propose to the court the following procedure with respect to filing the transcripts of the depositions of Kari Lake and Leili Soltani.

1. Neither transcript is confidential nor contains privileged information. Accordingly, no party will seek to designate proposed redactions in either deposition transcript.

2. Unredacted copies of the transcript from each deposition will be filed under seal on the ECF docket, as ordered by the Court.

3. Because Ms. Soltani is not a public figure and out of respect for the witness, the parties respectfully request that the copy of Ms. Soltani's deposition transcript filed with the Court remain under seal. However, any party may use excerpts of Ms. Soltani's deposition transcript without restriction.

Dated: Septembner 16, 2025

Respectfully submitted,

| ZUCKERMAN SPAEDER LLP | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
|---|---|

ZUCKERMAN SPAEDER LLP

_____/s/_____
William B. Schultz
Margaret M. Dotzel
Brian J. Beaton, Jr.
Jacobus P. van der Ven
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
wschultz@zuckerman.com
mdotzel@zuckerman.com
cvanderven@zuckerman.com
bbeaton@zuckerman.com

*Counsel for Plaintiffs Michael Abramowitz, Anthony LaBruto, and J Doe 2*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson
Matthew Blumin
Georgina Yeomans
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

DEMOCRACY FORWARD FOUNDATION

_____/s/_____
Kristin Bateman*
Robin F. Thurston
Skye L. Perryman
P.O. Box 34553

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

_____/s/_____
Andrew G. Celli, Jr.
Debra L. Greenberger
Daniel M. Eisenberg
Nick Bourland
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
dgreenberger@ecbawm.com
deisenberg@ecbawm.com
nbourland@ecbawm.com

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

AMERICAN FOREIGN SERVICE ASSOCIATION

_____/s/_____
Sharon Papp
Raeka Safai
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

Washington, DC 20043  
(202) 448-9090  
kbateman@democracyforward.org  
rthurston@democracyforward.org  
sperryman@democracyforward.org  

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA);the NewsGuild-CWA*

*Admitted in California only; practicing under the supervision of District of Columbia Bar members

GOVERNMENT ACCOUNTABILITY PROJECT

_____/s/_____  
David Z. Seide  
1612 K Street, NW  
Washington, DC 20006  
(202) 457-0034  
davids@whistleblower.org  

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

STATE DEMOCRACY DEFENDERS FUND

_____/s/_____  
Norman L. Eisen  
Joshua Kolb  
600 Pennsylvania Avenue SE #15180  
Washington, DC 20003  
Norman@statedemocracydefenders.org  
Joshua@statedemocracydefenders.org  

*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

_____/s/_____  
Rushab Sanghvi  
80 F. Street, NW  
Washington, DC 20001  
(202) 639-6424  
SanghR@afge.org  

*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL**

_____/s/_____  
David A. Schulz  
127 Wall Street  
New Haven, CT 06520  
tobin.raju@YLSClinics.org  
David.schulz@YLSClinics.org  

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

** The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

BRETT A. SHUMATE  
Assistant Attorney General  
Civil Division  

ERIC J. HAMILTON  
Deputy Assistant Attorney General  
Civil Division, Federal Programs Branch  

/s/_____  
Abigail Stout  
(DC Bar No. 90009415)  
U.S. Department of Justice  
Civil Division  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  

4

Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*Counsel for Defendants*