**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, <br><br>*Plaintiffs,* <br><br>–v.– <br><br>KARI LAKE *et al.*, <br><br>*Defendants.* | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*, <br><br>*Plaintiffs,* <br><br>–v.– <br><br>KARI LAKE *et al.*, <br><br>*Defendants.* | Case No. 25-cv-00887-RCL |

**[PROPOSED] ORDER REGARDING PROCEDURE FOR FILING DEPOSITION TRANSCRIPTS WITH THE COURT**

Upon consideration of the motion submitted jointly by the parties in the above-captioned cases dated September 16, 2025, and all pleadings and proceedings relevant to this action, and good and sufficient cause therefore, it is hereby:

ORDERED that the transcripts from the depositions conducted in these cases of Defendant Kari Lake and witness Leili Soltani will not be designated confidential. Unredacted copies of the transcript from each deposition shall be filed under seal on the ECF docket, as ordered by the Court on September 10, 2025. Ms. Soltani's deposition transcript will remain under seal. However, any party may use excerpts of Ms. Soltani's deposition transcript without restriction.

SO ORDERED:

DATE:                                                     _____

                                                           Hon. Royce C. Lamberth
                                                           United States District Judge