UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-887-RCL |
| PATSY WIDAKUSWARA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-1015-RCL |

## ORDER

Upon consideration of the parties' Joint Motion Regarding Procedure for Filing Deposition Transcripts with the Court, *see* [*Abramowitz* ECF No. 90]; [*Widakuswara* ECF No. 151], and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, and the Court's September 10, 2025 Order, *see* [*Abramowitz* ECF No. 88]; [*Widakuswara* ECF No. 149], is **CLARIFIED**, *sua sponte*, as follows. The Court ordered expedited depositions of Kari Lake, Leili Soltani, and Frank Wuco on August 25, 2025. *E.g.*, [*Abramowitz* ECF No.72]. The Court's September 10 Order, which set forth procedures for filing the deposition transcripts under seal, presupposed that at least one party would take the position that the transcripts contain privileged and/or confidential information. Following the depositions of Lake and Soltani, the

1

parties now jointly represent that "[n]either transcript is confidential nor contains privileged information," and "[a]ccordingly, no party will seek to designate proposed redactions in either deposition transcript." *E.g.*, [*Abramowitz* ECF No. 90 at 2]. Consequently, there is no basis for those transcripts to be filed initially under seal. Although the parties jointly request that Ms. Soltani's deposition materials should be sealed in full on the ground that Ms. Soltani "is not a public figure," *see id.*, that fact, without more, does not supply an adequate basis for sealing in light of the countervailing public interest in this case. It is therefore **ORDERED** that the transcripts of the Lake and Soltani depositions shall be filed on the public docket.

The deposition of Frank Wuco is scheduled to occur on September 18, 2025, at 10:00 a.m. *E.g.*, [*Widakuswara* ECF No. 142 at 2]. Should either party take the position that the contents of Mr. Wuco's deposition warrant filing such transcript under seal, then the procedures contained in the September 10, 2025, Order shall govern the filing of the transcript; otherwise, consistent with this Order, the transcript shall be filed on the public docket.

Date: September 17, 2025

Royce C. Lamberth
United States District Judge