AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Widakuswara et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-1015 |
| Lake et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reporters Sans Frontières, Reporters Without Borders, Inc., AFSCME, and AFGE                .

Date:    09/19/2025

/s/ Taryn Wilgus Null
*Attorney's signature*

Taryn Wilgus Null Bar #985724
*Printed name and bar number*

Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
*Address*

taryn@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

-
*FAX number*