# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, | Case No. 25-cv-1015-RCL |
| *Plaintiffs,* | |
| –v.– | |
| KARI LAKE *et al.*, | |
| *Defendants.* | |
| MICHAEL ABRAMOWITZ *et al.*, | Case No. 25-cv-00887-RCL |
| *Plaintiffs,* | |
| –v.– | |
| KARI LAKE *et al.*, | |
| *Defendants.* | |

## NOTICE

Pursuant to the Court's Order entered on September 17, 2025, *see* ECF 91, *Abramowitz v. Lake*, No. 25-cv-00887—which ordered that the deposition of Ms. Lake be filed on the public docket—Defendants respectfully submit the deposition of Ms. Lake, which is attached as Exhibit A.

Dated: September 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

　/s/ Abigail Stout
Abigail Stout
(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

# Exhibit A

```
                                              Page 1

1             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

    --------------------------------:
3   PATSY WIDAKUSWARA, et al.,       :
                                     :
4                Plaintiffs,         :
                                     : Case No.
5          vs.                       : 25-cv-1015-RCL
                                     :
6   KARI LAKE, et al.,               :
                                     :
7                Defendants.         :
    --------------------------------:
8   MICHAEL ABRAMOWITZ, et al.,      :
                                     :
9                Plaintiffs,         :
                                     : Case No.
10         vs.                       : 25-cv-00887-RCL
                                     :
11  KARI LAKE, et al.,               :
                                     :
12               Defendants.         :
    --------------------------------:
13

14
         VIDEO-RECORDED DEPOSITION OF KARI LAKE
15

16

    DATE:            Tuesday, September 9, 2025
17

    TIME:            10:04 a.m.
18

    LOCATION:        Zuckerman Spaeder, LLP
19                   2100 L Street, N.W., Suite 400
                     Washington, D.C. 20037
20

21  REPORTED BY:     Erick M. Thacker
                     Reporter, Notary
22
```

```
 1              A P P E A R A N C E S
 2    On behalf of Plaintiffs:
 3          DEBRA L. GREENBERGER, ESQUIRE
            ANDREW G. CELLI, JR., ESQUIRE (Via Zoom)
 4          NICK BOURLAND, ESQUIRE (Via Zoom)
            Emery Celli Brinckerhoff Abady
 5          Ward & Maazel LLP
            One Rockefeller Plaza, 8th Floor
 6          New York, New York 10020
            dgreenberger@ecbawm.com
 7          acelli@@ecbawm.com
            nbourland@ecbawm.com
 8
                - and -
 9
            MATTHEW BLUMIN, ESQUIRE
10          GEORGINA YEOMANS, ESQUIRE
            American Federation of State, County and
11          Municipal Employees, AFL-CIO
            1625 L Street, Northwest
12          Washington, D.C. 20036
            mblumin@afscme.org
13          gyeomans@afscme.org
14              - and -
15          WILLIAM B. SCHULTZ, ESQUIRE
            MARGARET M. DOTZEL, ESQUIRE
16          BRIAN J. BEATON, JR., ESQUIRE
            Zuckerman Spaeder LLP
17          2100 L Street, Northwest, Suite 400
            Washington, D.C. 20037
18          wschultz@zuckerman.com
            mdotzel@zuckerman.com
19          bbeaton@zuckerman.com
20
21
22
```

```
 1            A P P E A R A N C E S (Continued)
 2    On behalf of Plaintiffs:
 3         CYNTHIA LIAO, ESQUIRE
           Democracy Forward Foundation
 4         P.O. Box 34553
           Washington, D.C. 20043
 5         cliao@democracyforward.org
 6              - and -
 7         DAVID Z. SEIDE, ESQUIRE
           Government Accountability Project
 8         1612 K Street, Northwest
           Washington, D.C. 20006
 9         davids@whistleblower.org
10
11    On behalf of Defendants:
12         SARMAD M. KHOJASTEH, ESQUIRE
           ABIGAIL STOUT, ESQUIRE
13         U.S. Department of Justice
           950 Pennsylvania Avenue, Northwest
14         Washington, D.C. 20530
           sarmad.khojasteh@usdoj.gov
15         abigail.stout@usdoj.gov
16
17    ALSO PRESENT:
18         Anna Katherine Drake, USAGM
19         Brian Miller, USAGM (Via Zoom)
20         Ellen Hebert, Video Technician
21
22
```

Page 4

1                    C O N T E N T S
2     EXAMINATION BY:                             PAGE
3        Counsel for Plaintiffs                    10
4
5                     E X H I B I T S
6     NUMBER              DESCRIPTION            PAGE
7     Exhibit 1  Declaration of Kari Lake         17
8     Exhibit 2  Defendants' Response to the Court's 18
                 July 8, 2025 Order
9
10    Exhibit 3  Letter from Kari Lake to Senator  148
                 Lindsey Graham, 6/3/2025
11    Exhibit 4  Executive Order, March 14, 2025   98
                 Continuing the Reduction of the
12               Federal Bureaucracy
13    Exhibit 5  Declaration of Crystal Thomas     141
14    Exhibit 6  "USAGM Senior Advisor Kari Lake   122
                 cancels obscenely expensive
15               15-year-lease that burdened the
                 taxpayers and enforces Trump's
16               Executive Order to drastically
                 downsize agency
17
      Exhibit 7  Letter from John Zadrozny to      79
18               Michael Abramowitz, 8/1/2025
19    Exhibit 8  Tweet by Kari Lake, 3/17/2025     129
20    Exhibit 9  Tweet by Kari Lake, 8/8/2025      135
21    Exhibit 10 U.S. Agency for Global Media      183
                 Shutdown Guidance
22

1            C O N T E N T S (Continued)
2                 E X H I B I T S
3    NUMBER              DESCRIPTION              PAGE

4    Exhibit 11 Order to Show Cause              199
5    Exhibit 12 Declaration of Frank Wuco        213
6    Exhibit 13 22 U.S. Code 6201, Congressional 245
                findings and declaration of
7                purposes
8    Exhibit 14 22 U.S. Code 6202, Standards and 277
                principles
9
     Exhibit 15 "USAGM finalizes firings at Voice 307
10               of America" by Matthew Keys,
                 6/20/2025
11
     Exhibit 16 Grievance filed by AFGE, 7/29/2025 315
12
     Exhibit 17 Tweet by Kari Lake, 8/29/2025     326
13
     Exhibit 18 Notice filed on the Court Docket, 332
14               8/28/2025
15   Exhibit 19 Court Order, 6/23/2025           343
16   Exhibit 20 Memorandum Order, 7/8/2025       346
17   Exhibit 21 Tweet by Kari Lake War Room,     400
                8/14/2025
18
     Exhibit 22 Tweet by Kari Lake, 8/7/2025     408
19
     Exhibit 23 Tweet by David Folkenflik,       415
20               8/28/2025
21
22

Page 6

1              C O N T E N T S (Continued)

2                 E X H I B I T S

3    NUMBER              DESCRIPTION              PAGE

4    Exhibit 24 Tweet by Kari Lake, 5/6/2025      426

5    Exhibit 25 Memorandum of Understanding       427

                between the United States Agency

6               for Global Media and Herring

                Networks

7

8

9    MARKED QUESTIONS:

10        Page 111, Lines 1 to 6

11        Page 265, Lines 9 to 13

12        Page 385, Lines 8 to 10

13

14

15

16

17

18

19

20

21

22        (*Exhibits attached to transcript.)

1                    P R O C E E D I N G S

2              VIDEO TECHNICIAN:  Good morning.  We

3    are going on the record at 10:04 a.m.  The date

4    today is September 9th, 2025.  Please note that

5    the microphones are sensitive and may pick up

6    whispering and private conversations.  Please

7    mute your phones at this time.  Audio and video

8    recording will continue to take place unless all

9    parties agree to go off the record.

10             This is Media Unit No. 1 of the

11   video-recorded deposition of Kari Lake, taken by

12   counsel for plaintiffs in the matters of Patsy

13   Widakuswara -- apologies -- Widakuswara, et al. v

14   Kari Lake, et al., Case No. 25-cv-1015-RCL, and

15   Michael Abramowitz, et al. v. Kari Lake, et al.,

16   Case No. 25-cv-00887-RCL, filed in the United

17   States District Court for the District of

18   Columbia.

19             The location of the deposition is

20   Zuckerman Spaeder, LLP, at 2100 L Street,

21   Northwest, Washington, D.C.

22             My name is Ellen Hebert, representing

Page 8

1    Veritext.  I am the videographer.  The court

2    reporter is Erick Thacker.

3             If there are any objections to

4    proceeding, please state them at the time of your

5    appearance.  Counsel and all present, including

6    remotely, will now state their appearances and

7    affiliations for the record beginning with the

8    noticing attorney.

9             MS. GREENBERGER:  Debbie Greenberger,

10   Emery Celli Brinckerhoff Abady Ward & Maazel for

11   the plaintiffs.

12            MR. BLUMIN:  Matthew Blumin, American

13   Federation of State, County and Municipal

14   Employees, AFL-CIO, for plaintiffs.

15            MS. YEOMANS:  Georgina Yeomans,

16   American Federation of Municipal -- State, County

17   and Municipal Employees, AFL-CIO, for the

18   plaintiffs as well.

19            MR. SCHULTZ:  Bill Schultz, Zuckerman

20   Spaeder, for the Abramowitz plaintiffs.

21            MS. DOTZEL:  Peggy Dotzel, Zuckerman

22   Spaeder, for the Abramowitz plaintiffs.

Page 9

```
 1              MR. BEATON:  Brian Beaton, Zuckerman
 2      Spaeder, for the Abramowitz plaintiffs.
 3              MR. SEIDE:  David Seide, Government
 4      Accountability Project, for the Widakuswara
 5      individual plaintiffs.
 6              MS. LIAO:  Cynthia Liao, Democracy
 7      Forward Foundation, for the plaintiffs and
 8      Widakuswara.
 9              MR. KHOJASTEH:  Sarmad Khojasteh for
10      the United States Department of Justice for
11      defendants.
12              MS. STOUT:  Abigail Stout, also for
13      defendants.
14              MS. DRAKE:  Anna Katherine Drake, U.S.
15      Agency for Global Media.
16              VIDEO TECHNICIAN:  Will those attending
17      remotely please identify themselves?
18              MR. CELLI:  Hi, this is Andy Celli from
19      Emery Celli for the plaintiffs.
20              MR. BOURLAND:  Nick Bourland, also from
21      Emery Celli, for the Widakuswara plaintiffs.
22              MR. MILLER:  This is Brian Miller with
```

Page 10

1    USAGM.

2             VIDEO TECHNICIAN:  Thank you.  The

3    court reporter will now please swear in the

4    witness, and then counsel may proceed.

5    WHEREUPON,

6                      KARI LAKE

7    called as a witness, and having been first duly

8    sworn, was examined and testified as follows:

9             EXAMINATION BY COUNSEL FOR PLAINTIFFS

10   BY MS. GREENBERGER

11        Q    Good morning, Ms. Lake.  Have you been

12   deposed before?

13        A    No.

14        Q    Okay.  So let me go over some basic

15   ground rules.  Okay.  If -- while there's a

16   videographer here, the important thing is to get

17   your testimony on the transcript, so please

18   answer yes or no.  Don't just shake your head or

19   nod.  Okay?  Just so we can --

20        A    Okay.

21        Q    -- have a clean record.  And for that

22   same reason, I'd ask that you let me finish my

1    question before answering, even if, in normal

2    parlance, you know where I'm going and you are

3    prepared to answer.

4            Is that okay?

5        A    Yeah.

6        Q    Great.  If I -- if you need to take a

7    break at any time, you can do so, but I would ask

8    that you answer any question that's pending

9    before you take a break.

10       A    Okay.

11       Q    You may hear your -- you're being

12   represented by counsel today, correct?

13       A    Yes.

14       Q    And you may hear your counsel

15   objecting.  Unless your counsel specifically

16   directs you not to answer, the objection is

17   simply for the record, and you should answer the

18   question.  Okay?

19            If you don't understand any of my

20   questions, please let me know.  If you answer my

21   question, I'll assume that you understood it.  Is

22   that fair?

Page 12

1        A    Yes.

2        Q    Okay.  And you understand that you're

3    here today for a deposition in Widakuswara versus

4    Lake and Abramowitz versus Lake?

5        A    Uh-huh.  Yes.

6        Q    And your deposition was ordered by the

7    Court?

8        A    Yes.

9        Q    And what do you understand those

10   lawsuits to be about?

11              MR. KHOJASTEH:  Object to form.

12              And I'm going to instruct the witness

13   not to answer to the extent that doing so would

14   reveal attorney-client communications.  Of

15   course, you can give your generalized knowledge

16   of the lawsuits independent from anything your

17   lawyers have told you about the cases.

18              THE WITNESS:  These lawsuits are

19   employees, a couple of employees from the agency,

20   from VOA, an outlet at the agency, who are suing,

21   I'm guessing to get their jobs back.

22

Page 13

1    BY MS. GREENBERGER

2        Q    And what do you understand you're here

3    today to testify about?

4        A    What do I understand what?

5        Q    You're here today to testify about.

6            MS. GREENBERGER:  And I assume you have

7    the same objection.

8            MR. KHOJASTEH:  Same objection.

9            MS. GREENBERGER:  Same instruction.

10           MR. KHOJASTEH:  To the extent that --

11   to the extent that -- you can answer the question

12   to the extent that doing so does not reveal

13   attorney-client communications.

14           THE WITNESS:  I think we're here to

15   answer some of the questions, some of the same

16   questions that perhaps have been asked already,

17   and maybe to give more information about the

18   questions that have already been asked.

19   BY MS. GREENBERGER

20       Q    You mean already been asked by the

21   Court?

22       A    Yes.

Page 14

1        Q    Let me start by just asking generally

2    about your professional background.  I don't

3    think we need to spend a lot of time on this.

4            Before you joined USAGM, you were a TV

5    news anchor in Phoenix for a long time?

6        A    I was a broadcast journalist and news

7    anchor.

8        Q    In Phoenix?

9        A    In Phoenix and other places --

10        Q    Okay.

11        A    -- for 30 years.

12        Q    For 30 years.  And you ran for governor

13    of Arizona in 2022; is that correct?

14        A    Yes.

15        Q    And what was the result of that

16    election?

17        A    Well, I think the results were

18    questionable, but the result is that I'm sitting

19    here running U.S. Agency for Global Media.

20        Q    And then you ran for senator for the

21    Arizona seat in 2024?

22        A    Uh-huh.  Yes.

Page 15

1          Q    And what was the result of that

2     election?

3          A    Well, as I said, I'm sitting here at

4     U.S. Agency for Global Media.

5          Q    But that didn't actually answer my

6     question.  What was the result of that election?

7               MR. KHOJASTEH:  Object to form.  Asked

8     and answered.

9               MS. GREENBERGER:  She did not answer

10    the question.

11              MR. KHOJASTEH:  Object to form.  Asked

12    and answered.

13    BY MS. GREENBERGER

14         Q    Okay.  You can answer the question.

15         A    The result of the election is that I'm

16    sitting here in Washington, D.C. working for the

17    Trump Administration.

18         Q    So elections --

19         A    I'm wondering what your question is.

20    What do you mean, the result of the election?

21         Q    Let me ask it another way.  Did you win

22    or lose the -- your race for Senate in 2024?

Page 16

```
 1        A    The -- the Senate race was confirmed
 2    for Ruben Gallego.
 3        Q    Why did --
 4        A    It was certified.  Pardon me.
 5    Certified.
 6        Q    Why did you want to work in the new
 7    administration at USAGM?
 8        A    Because I believe in the America First
 9    agenda of President Donald J. Trump.
10        Q    And specifically as to USAGM, what do
11    you hope to accomplish in your role?
12        A    Can you expound on that?
13        Q    I'll ask it -- I'll come back to that.
14             So, during the course of this
15    litigation, you filed two sworn declarations with
16    the Court so far?
17        A    Yes.
18        Q    Okay.  So let me hand you those.  One
19    was on July 18th and another on August 13th?
20        A    I'm assuming, yeah.  I don't have the
21    exact date.
22             MS. GREENBERGER:  Okay.  So I will hand
```

Page 17

1    you -- Exhibit 1 is your August 13th declaration.

2              (Deposition Exhibit Number 1 was

3              marked for identification.)

4              THE WITNESS:  Okay.

5              MS. GREENBERGER:  And I will hand you

6    Exhibit 2.  These have been premarked.

7              THE WITNESS:  You know what?  I forgot

8    my reading glasses.  Is there a way someone could

9    grab those for me?

10             MS. GREENBERGER:  Sure.  Why don't we

11   go off the -- well, I don't know.  Is there

12   somebody who --

13             MR. KHOJASTEH:  We can go off the

14   record for a second if you want to just run out

15   and get it.

16             THE WITNESS:  I'm sorry, guys.

17             MS. GREENBERGER:  You know what?

18             THE WITNESS:  They're in my bag.  Yeah.

19             MR. KHOJASTEH:  We can keep going, and

20   I won't ask you questions that you have to look

21   down while she's getting --

22             THE WITNESS:  Well, I would like to

Page 18

 1    have them.

 2              MS. GREENBERGER:  No, no, I mean, she

 3    should get them.

 4              THE WITNESS:  Okay.  Can you just

 5    check?  They're in a black lens holder.

 6    BY MS. GREENBERGER

 7         Q    And I know you can't look at them till

 8    you get your glasses --

 9         A    I mean, I can a little bit.

10         Q    It's okay.  But just -- those

11    declarations, you understand you signed both of

12    them?

13         A    Yes.

14         Q    And I'll give you the second one.  It's

15    Exhibit 2.  This is your --

16         A    This is July?

17         Q    -- July 18th declaration.

18         A    Okay.

19              (Deposition Exhibit Number 2 was

20              marked for identification.)

21    BY MS. GREENBERGER

22         Q    And when you signed them, you

Page 19

```
 1     understood that they were under penalty of
 2     perjury?
 3          A    Yes.
 4          Q    And you understand that they needed to
 5     be truthful and accurate?
 6          A    Yes.
 7          Q    And do you believe that they are both
 8     truthful and accurate?
 9          A    To the best of my knowledge and
10     ability, yes.
11          Q    Okay.
12               THE WITNESS:  Oh, you're so sweet.
13     Excuse me, everyone.  Thank you.
14     BY MS. GREENBERGER
15          Q    Who wrote these declarations?
16          A    I worked with my team to put the
17     information together in these declarations.
18          Q    And so let's start at the July 18th
19     declaration.  Who's the team that you worked with
20     to prepare that declaration?
21          A    Just a variety.  I mean, if there were
22     questions about number of staffing, I'd work with
```

Page 20

```
 1     people in HR to make sure that we had the right
 2     staffing.  You'll see this is changing, so I
 3     wanted to make sure we had the accurate
 4     information as of the date that it was filed.
 5          Q    And so who in HR did you work with for
 6     the July 18th declaration?
 7          A    I don't recall.
 8          Q    Other than somebody in H- -- and same
 9     question for the August 13th declaration.  Did
10     you work with someone in HR?
11          A    I worked with my team, and if we had
12     questions about numbers of staffing, numbers of
13     individuals, then that would be -- involve a
14     question to HR, and somebody on my team would
15     reach out to HR to get accurate numbers.
16          Q    Do you recall the names of any specific
17     people on your team that you worked with for
18     either declaration?
19          A    A variety of people.  I worked with
20     Frank Wuco, John Zadrozny and -- and my legal
21     team.
22          Q    I won't ask any questions about your
```

Page 21

1    legal team.

2              But other than Wuco and Zadrozny, do

3    you recall any other people on your team that you

4    worked with for either declaration?

5         A    Well, other people were most likely

6    contacted, but may have been contacted by other

7    people who were helping me put this together.

8         Q    Right.  And I'm only asking today for

9    this question and generally about your personal

10   knowledge.  Okay?

11             Did you work with Mr. Wuco for both

12   declarations?

13        A    I think he worked a lot on the first

14   one.

15        Q    And how about Mr. Zadrozny?

16        A    I think they both worked a little bit

17   in helping me put these together.

18        Q    For both declarations?

19        A    Yeah.

20        Q    Okay.  And did you review them before

21   you signed and filed them?

22        A    Yes.

Page 22

 1        Q    Okay.  So let's -- why don't you put

 2   Exhibit 1 in front of you.  You can put Exhibit 2

 3   at the side right now.

 4        A    So the later one?

 5        Q    The later one, yeah.

 6             MR. KHOJASTEH:  We're starting with

 7   August 13th?

 8             MS. GREENBERGER:  Correct.

 9             MR. KHOJASTEH:  Okay.

10             MS. GREENBERGER:  We're going to come

11   back to the other one.

12             MR. KHOJASTEH:  Yeah, sure.

13   BY MS. GREENBERGER

14        Q    So paragraph 33 states that "as his

15   politically" -- I'll let you get there.  I'm

16   sorry.

17        A    Yes, please do.

18        Q    "As his politically appointed

19   representative to run USAGM, I intend to help him

20   do so within the bounds of current future and

21   federal law."

22             Did you see that?

Page 23

1       A    May I read this real quick?

2       Q    Of course.

3       A    You're just talking about --

4       Q    Just paragraph 33.

5       A    -- 33?  Okay.

6       Q    Is it fair to say that from day 1 at

7   USAGM, your role has been to serve as President

8   Trump politically appointed representative to run

9   USAGM?

10           MR. KHOJASTEH:  Object to form.  Lacks

11   foundation.

12   BY MS. GREENBERGER

13       Q    You can answer.

14       A    I mean, I am the first and -- I was the

15   first political appointee for the agency, and so

16   I don't know what that means, if that answers

17   your question.

18       Q    Was your role to run the agency when

19   you first joined it?

20       A    I came in as a senior advisor.

21       Q    As a senior advisor, were you running

22   the agency?

Page 24

1          A    No.

2          Q    Okay.  We'll come back to that.

3               So, as your political -- as the

4     political appointee, where -- since March 3rd,

5     where is your office?

6          A    I have -- I have an office over at

7     USAGM, and I have an office at the State

8     Department.

9          Q    And when did you get an office at

10    USAGM?

11         A    When I first got there.  I mean,

12    there's -- it's a very vast building with a lot

13    of space, but I primarily use the office at the

14    State Department.

15         Q    How often do you come into the office

16    at USAGM?

17         A    Occasionally.

18         Q    If you were to estimate, what would

19    that mean?

20         A    I can't even estimate.  Some weeks I'm

21    there more than others.

22         Q    Paragraph 1 of that exhibit, you state

Page 25

1    that you've been serving in a role of senior

2    advisor at USAGM since on or around March 3rd,

3    2025; is that correct?

4        A    Of which one?  Two?  Exhibit 2?

5            MR. KHOJASTEH:  Exhibit 1.

6    BY MS. GREENBERGER

7        Q    Exhibit 1.  We're sticking with Exhibit

8    1.

9        A    Okay.  Yes.

10       Q    Now, the President appointed you to

11   that position?

12       A    Yes.

13       Q    And before President Trump's

14   inauguration, you were announced as the future

15   director of VOA; is that correct?

16       A    Correct.

17       Q    And, ultimately, you recognized that

18   you would have needed approval from a bipartisan

19   board to become the director?

20           MR. KHOJASTEH:  Object to form.  Lacks

21   foundation.

22

Page 26

1    BY MS. GREENBERGER

2         Q    You can answer.

3         A    Will you repeat the question?

4         Q    Sure.  Did you -- so I think you

5    already just said that you were -- that Trump had

6    announced you as the future director --

7         A    Uh-huh.

8         Q    -- correct?

9         A    Yes.

10        Q    It's -- it's normal.  It's just how

11   people talk.  Depositions are different.

12             And then, ultimately, when you joined

13   in March, you did not join as director, correct?

14        A    Correct.

15        Q    And why is that?

16        A    It was going to take some time, and I

17   wanted to be sure that I was helping at the

18   agency in any way that I could, helping in the

19   Administration.

20        Q    Why was it going to take some time to

21   become director?

22        A    I think the backlog and getting

Page 27

```
 1    confirmations and such.
 2         Q    And you understood that you -- to
 3    become director, you needed approval from a
 4    board, correct?
 5              MR. KHOJASTEH:  Object to form.  Lacks
 6    foundation.
 7              THE WITNESS:  That's what I've been
 8    told.
 9    BY MS. GREENBERGER
10         Q    And you made public statements to that
11    effect, correct?
12         A    Yes.
13         Q    Okay.  And, ultimately, the President
14    fired the members of that board, so it lacked a
15    quorum, correct?
16         A    You'd have to ask the President that.
17         Q    Well, it was -- it happened publicly.
18    Did you see that happen?  Are you aware of that?
19         A    He publicly fired them?
20         Q    We can move on.
21              So, when you became senior advisor of
22    USAGM, were you an advisor to anyone specific?
```

Page 28

```
 1        A    Senior advisor advising the CEO, acting
 2    CEO at the time.
 3        Q    And who was that?
 4        A    And -- and, frankly, others in
 5    management.
 6        Q    So you -- so the question was, were you
 7    an advisor to anyone specific, and it sounds like
 8    the answer is no.  You were advisor to multiple
 9    people in management?
10        A    I was an advisor to acting CEO.
11        Q    And who was that at the time?
12        A    Victor Morales.
13        Q    But you also advised other people in
14    management?  You were also the senior advisor to
15    other people in management?
16        A    I guess, yeah.
17        Q    Okay.  How did you learn you would be
18    appointed as senior advisor?
19             MR. KHOJASTEH:  Object to form.  Lacks
20    foundation.
21             THE WITNESS:  What do you mean, how did
22    I learn?
```

Page 29

```
 1    BY MS. GREENBERGER
 2        Q    Well, did you appoint yourself as
 3    senior advisor to -- to --
 4        A    No.
 5             MR. KHOJASTEH:  Well, object to form.
 6    That's -- we don't need the -- she of course
 7    knows that she didn't appoint herself.  Just ask
 8    the question -- a better question.
 9             THE WITNESS:  What specifically are you
10    --
11             MR. KHOJASTEH:  Just ask her --
12             MS. GREENBERGER:  I'd appreciate --
13             MR. KHOJASTEH:  -- a question.
14             MS. GREENBERGER:  -- no speaking
15    objections.  If you have an objection, you can --
16             MR. KHOJASTEH:  Just be --
17             MS. GREENBERGER:  -- note it.
18             MR. KHOJASTEH:  -- polite.
19             MS. GREENBERGER:  I've been being
20    polite.
21             MR. KHOJASTEH:  I know.  That's why I
22    objected this time, because that was the one --
```

Page 30

1    first time you haven't been polite.  Fair?
2    BY MS. GREENBERGER
3        Q    So the question was:  How did you learn
4    that you would be appointed to senior advisor?
5        A    I got word from The White House.
6        Q    And when did you get word from The
7    White House?
8        A    I think it was maybe -- I'm guessing.
9    Maybe February, January, sometime in January or
10   February.  I mean, that is truly a guess.  I
11   don't -- I don't remember.
12       Q    And what documents reflect your
13   appointment as senior advisor?
14           MR. KHOJASTEH:  Object to form.
15           THE WITNESS:  I don't remember if it
16   was an e-mail or how they officially told HR
17   that.
18   BY MS. GREENBERGER
19       Q    Are there any documents that you know
20   of that reflect that appointment?
21       A    I'm sure there's something, because I
22   didn't just walk in.

Page 31

```
 1        Q    But you don't know what the document
 2    is?
 3        A    I -- at this moment, I don't recall
 4    what the document is.  However, PPO makes those
 5    announcements to an agency.
 6        Q    Now, as senior advisor, who did you
 7    report to?
 8        A    The President.  The White --
 9        Q    Directly?
10        A    -- House.  Pardon?
11        Q    Directly?
12        A    The White House, the Administration.
13        Q    Was there anyone you reported to
14    between you and the President?
15        A    I mean, I guess PPO.
16        Q    And what is PPO?
17        A    Presidential Personnel Office.
18        Q    Are there any documents that reflect
19    who you reported to?
20             MR. KHOJASTEH:  Object to form.
21             THE WITNESS:  I think reporting to -- I
22    guess I need you to define that, because I'm
```

Page 32

```
 1   thinking who is my contact, and that's PPO.  But

 2   reporting to as a part of -- I guess what does

 3   reporting to mean in your --

 4   BY MS. GREENBERGER

 5        Q    Who -- let me ask it a different way.

 6   Is it fair to say the President gave you

 7   direction?

 8             MR. KHOJASTEH:  Object --

 9   BY MS. GREENBERGER

10        Q    -- on how to do your job?

11             MR. KHOJASTEH:  Object to form.

12             You can answer the question yes or no.

13   However, any substance as to the communications

14   between you and the President, we're going to

15   invoke executive privilege.  But you can answer

16   the question yes or no as to whether you

17   communicated with the President regarding the --

18   your role at the agency.

19             THE WITNESS:  Yeah.  Could you repeat

20   the question, then?

21   BY MS. GREENBERGER

22        Q    Sure.  Did the President direct your
```

Page 33

1    duties as -- in your role at USAGM as senior

2    advisor?

3         A    What do you mean by direct my duties?

4         Q    Did the President direct you on what to

5    do?

6         A    No.

7         Q    Did you report to the President as to

8    what you would be doing; yes or no?

9              I'm not asking for the substance at the

10   moment.

11        A    I think no.  I mean, no.

12        Q    Was there anybody that you were

13   reporting to that was your boss?  Let's ask it

14   that way.

15        A    Well, I consider the President of the

16   United States my boss.

17        Q    And do you consider anyone else other

18   than the President your boss?

19        A    No.

20        Q    Okay.

21        A    God.

22        Q    Fair enough.  Does USAGM have an order

Page 34

1    of succession?

2              MR. KHOJASTEH:  Object to form.

3              THE WITNESS:  I'm not sure.  I think

4    there may be one that might be outdated.  I'm not

5    sure.

6    BY MS. GREENBERGER

7         Q    Do you know if the order of succession

8    has the senior advisor in the order somewhere?

9         A    I'm not sure.

10        Q    So I'm going to ask some questions to

11   understand how you fit as senior advisor in the

12   organizational chart at USAGM.

13             So, first of all, was there an

14   organizational chart that included senior

15   advisor?

16        A    I don't know.

17        Q    Have you ever seen an organizational

18   chart of the agency?

19        A    Yeah.

20        Q    And is senior advisor on that

21   organizational chart?

22        A    I don't know.

```
 1        Q    When did you see that organizational
 2   chart?
 3        A    I think I've seen it, you know,
 4   throughout my time there, maybe on website or --
 5        Q    Okay.  And who reported to you as
 6   senior advisor?
 7             MR. KHOJASTEH:  Object to form.  Do you
 8   want to narrow a time frame?
 9             MS. GREENBERGER:  Sure.
10             MR. KHOJASTEH:  Just -- I'm just
11   helping you.  I'm just --
12   BY MS. GREENBERGER
13        Q    We can start with March 2025 --
14        A    Okay.
15        Q    -- if that is helpful.
16        A    Yeah.
17        Q    So you started as senior advisor --
18        A    Right.
19        Q    -- on March -- on March 3rd --
20        A    Right.
21        Q    -- correct?
22        A    Uh-huh.
```

Page 36

 1        Q    Yes --

 2        A    Yes.

 3        Q    -- or no?

 4             And who reported to you in March 2025

 5     as senior advisor?

 6        A    Well, I advise -- my -- my role was to

 7     advise the CEO, the acting CEO.  So he would be

 8     the boss.

 9        Q    Who was the acting CEO -- you just

10     referred to the acting CEO.  So who are you

11     referring to?

12        A    I think I've already answered that.

13        Q    Okay.  Well, answer it again.

14        A    Victor Morales.

15        Q    Okay.  Now, you announced Victor

16     Morales joining the agency; is that correct?  I'm

17     sorry, not joining the agency.  Becoming acting

18     CEO, correct?

19             MR. KHOJASTEH:  Object to form.  Lacks

20     foundation.

21             THE WITNESS:  I -- I don't recall.  I

22     mean, I may have.  It may have come out of HR.

Page 37

BY MS. GREENBERGER

Q    Does the role of senior advisor have a
position description?

A    Yes.

Q    And that's a document describing your
duties and responsibilities as senior advisor?

A    Yes.

Q    And who prepared that document?

A    I'm not sure if it was PPO or another
agency, OPM.

Q    And what were the job duties that you
understood senior advisor -- what were the job
duties of senior advisor as you understood them?

MR. KHOJASTEH:  I'm going to object to
form.  Just to the extent that you can answer the
question without disclosing any communications
you've had with counsel regarding this issue, you
can.  If you have independent thoughts separate
and apart from what you've talked to counsel
about on these issues, you can, of course,
talk -- answer the question.

THE WITNESS:  You know, there's a lot

Page 38

```
 1    of different descriptions that -- you know,
 2    duties, so I can't remember all of them.
 3    BY MS. GREENBERGER
 4         Q    Okay.  Well, just tell me what you do
 5    remember.  What are the job duties you can recall
 6    as senior advisor?
 7         A    To help make sure that the President's
 8    agenda is being followed and advise the team.
 9    How's that?
10         Q    Anything else?
11         A    No.
12         Q    So some might say those are goals, not
13    duties or obligations.  Is there any obligations
14    or specific duties that, as senior advisor, you
15    were required to perform?
16              MR. KHOJASTEH:  Object to form.  Asked
17    and answered.
18    BY MS. GREENBERGER
19         Q    You can answer.
20         A    Without having the PD in front of me,
21    I'd rather not speculate.
22         Q    So you can't recall any specific
```

Page 39

1    duties; is that your testimony?

2        A    Well, I'm under oath, and I'd rather

3    not speculate.

4        Q    I don't want you to speculate, so we're

5    on the same page.  So the question I just had is

6    what you recall, and if your answer is you don't

7    recall any, that's your answer.

8            MR. KHOJASTEH:  Object to form.

9    BY MS. GREENBERGER

10       Q    I'm just trying to understand your

11   answer.

12           MR. KHOJASTEH:  Object to form.

13   Mischaracterizes the testimony.  Also asked and

14   answered.

15           THE WITNESS:  I think I answered that.

16   BY MS. GREENBERGER

17       Q    Do you recall any job duties other than

18   making sure the agenda of the President is

19   followed and advising the team?

20       A    And advising the acting CEO.

21           VIDEO TECHNICIAN:  Apologies, Counsel.

22   Could I ask you to brush your hair back a bit?

Page 40

1    It's rubbing against the mic.

2            And, Ms. Lake, could I ask you to move

3    to your left a little bit?

4            THE WITNESS:  Move to my left?

5            VIDEO TECHNICIAN:  Yes.

6            THE WITNESS:  This way?

7            VIDEO TECHNICIAN:  Yes.  Thank you very

8    much.

9    BY MS. GREENBERGER

10       Q    Now, did the title of senior advisor

11   exist at the agency before you joined the agency?

12       A    I don't know.  I think it's a common --

13   it's a common job in an Administration.

14       Q    Did you replace someone as senior

15   advisor --

16       A    I don't know.

17       Q    -- at USAGM?

18       A    I don't know if they had somebody in

19   that position.

20       Q    Did anyone hold the position of senior

21   advisor at USAGM at the same time as you did?

22       A    I think we brought in John Zadrozny as

Page 41

1    senior advisor.

2         Q    And when did you bring in John

3    Zadrozny?

4         A    That I don't know.  I don't have an

5    exact date.

6         Q    Can you estimate?

7         A    I want to say -- I mean, this is a

8    guess.  I might be completely wrong.  May or

9    June.

10        Q    And when you say we brought in John --

11   John Zadrozny, who's the we?

12        A    The White House.  And Mora Namdar held

13   it before him.

14        Q    Mora Namdar held what?  I'm sorry.

15        A    Senior advisor.

16        Q    And when did Mora Namdar join the

17   agency as --

18        A    I believe it was --

19        Q    -- senior advisor?

20        A    -- sometime in March.

21        Q    And then did Mora Namdar leave the

22   agency or --

Page 42

```
 1          A     Yes.

 2          Q     When did she leave the agency?

 3          A     I don't have the dates in front of me.

 4    I -- well, if you want me to guess --

 5          Q     I don't want you to guess.

 6          A     Okay.

 7          Q     Thank you, though.

 8          A     She left before John started.

 9          Q     That's helpful.  Thank you.

10                And so you and Ms. Namdar were senior

11    advisors at the same time?

12          A     I believe that was her job title.

13          Q     And was there a hierarchy between you

14    and Ms. Namdar?

15                MR. KHOJASTEH:  Object to form.  Lacks

16    foundation.

17                THE WITNESS:  I -- I think because I

18    maybe had a different PD than she did, possibly.

19    I don't know.

20    BY MS. GREENBERGER

21          Q     Can you explain why you -- what you

22    mean by that?
```

Page 43

```
 1       A    I don't know if our -- if our position
 2   descriptions were exactly the same.  I would have
 3   to look at both of them next to each other and
 4   see.
 5       Q    Do you think you had a similar role in
 6   terms of one being more or less powerful within
 7   the agency?
 8       A    You know what?  I actually don't even
 9   know if she had the same job description, so I
10   don't want to answer that unless I know for sure.
11            Right now we're assuming that we had
12   the exact same job description.  I don't recall
13   what her job description was, if it was senior
14   advisor.  I -- that was a guess, and I want to
15   make sure that we did have the same job
16   description before I continue answering questions
17   on that.
18       Q    John Zadrozny, was he senior advisor at
19   the same time that you were senior advisor?
20       A    Yeah.  I think we did overlap.
21       Q    And between the two of you, who had
22   more power at the agency?
```

Page 44

```
 1              MR. KHOJASTEH:  Object to form.  Lacks
 2      foundation.
 3              THE WITNESS:  I like to think I am kind
 4      of a team player, and I lean on a lot of people.
 5      BY MS. GREENBERGER
 6         Q    Do you ever have disputes within the
 7      agency?
 8              MR. KHOJASTEH:  Object to form.  Lacks
 9      foundation.
10              THE WITNESS:  Not really.  I mean,
11      disputes, what do you -- define dispute.
12      BY MS. GREENBERGER
13         Q    Let me ask it a different way.
14         A    A fight?
15         Q    I'm not envisioning fisticuffs, if
16      that's what you mean.  Let me ask it a different
17      way.
18              Between you and John, is your testimony
19      that you were at the same level within the
20      hierarchy at USAGM?
21              MR. KHOJASTEH:  Object to form.
22              THE WITNESS:  I think in --
```

Page 45

1           MR. KHOJASTEH:  Lacks foundation.

2           THE WITNESS:  I think in the federal

3     government, we were both SESs.  So that's kind of

4     an equal level.  Mora came in as GS-15 and then

5     moved to SES.

6     BY MS. GREENBERGER

7        Q    How did you divide responsibilities

8     between you and John Zadrozny when you were both

9     senior advisors?

10           MR. KHOJASTEH:  Object to form.  Lacks

11     foundation.

12           THE WITNESS:  How did -- pardon me?

13     How did we?

14     BY MS. GREENBERGER

15        Q    So there was a time that you and John

16     Zadrozny were both senior advisors, correct?

17        A    Uh-huh.  Yes.

18        Q    And so, speaking of that time period,

19     what were the responsibilities that fell into

20     your camp and the responsibilities that fell into

21     Mr. Zadrozny's camp?

22           MR. KHOJASTEH:  Object to form.  Lacks

Page 46

1    foundation.

2            THE WITNESS:  We divide the work.

3    There's a lot of work to be done, and we divide

4    it.

5    BY MS. GREENBERGER

6        Q    And how did you divide it?

7        A    It just depends on what we had to

8    accomplish each day.  And sometimes I would ask

9    John to take on some things.  He's got a

10   background and had worked with legislative

11   affairs before, leaning on his strengths and some

12   things I -- I did.

13       Q    So you would decide which tasks would

14   stay on your plate and which would go to John's

15   plate.  Is that fair to say?

16       A    Yeah.  We both would.

17       Q    Is Brian Miller also a senior advisor?

18            I'm sorry.  Before I get to that, is

19   John Zadrozny still a senior advisor today?

20       A    Yes.

21       Q    Okay.  And is Brian Miller also a

22   senior advisor at the agency?

Page 47

1          A     I think Brian Miller just got a new
2     description, senior -- I'm trying to remember --
3     counsel.  Senior counsel.
4          Q     Was he senior advisor at some point?
5          A     Yes.
6          Q     And when -- from when to when was Brian
7     Miller senior counsel?
8          A     When he started.
9          Q     I'm sorry.  Let me repeat the question.
10    I'll take that back.
11               From when to when was Brian Miller
12    senior advisor?
13               MR. KHOJASTEH:  Object to form.  Lacks
14    foundation.
15               THE WITNESS:  Oh, when he started, and
16    I don't recall the date, you know, roughly, maybe
17    sometime in July or August until recently.
18    BY MS. GREENBERGER
19         Q     When you say recently, the defendants
20    filed a notice on August 28th saying that
21    Mr. Miller was senior advisor.
22         A     Yes.

Page 48

1        Q    So this is something that is --

2        A    This is something probably in the last

3   few days.

4        Q    And why did Mr. Miller stop being

5   senior advisor in the last few days?

6        A    I wanted him to be on our general

7   counsel team.  That's where I wanted him to be.

8        Q    Now, when Mr. Zadrozny was appointed by

9   the White House to be senior advisor, was there

10  documentation to that effect?

11            MR. KHOJASTEH:  Object to form.  Lacks

12  foundation.

13            THE WITNESS:  I think the HR team put

14  together documentation along with PPO, The White

15  House.

16  BY MS. GREENBERGER

17       Q    Same question for Mr. Miller.

18            Well, first of all, was he also

19  appointed by the White House as senior advisor?

20       A    Yes.

21       Q    And same question about documentation.

22  Is there, you believe, documentation from the HR

Page 49

```
 1    team and PPO about Mr. Miller's appointment as
 2    senior advisor?
 3         A    We don't let people just roam off the
 4    street.  We have to go through the proper
 5    channels, yes.
 6         Q    Mr. Wuco, has he ever been senior
 7    advisor?
 8         A    I think we're just making him senior
 9    advisor right now.
10         Q    And when do you -- is that effective
11    already or effective in the past?
12         A    I have been caught up in this, so I
13    haven't checked.
14         Q    But sometime either -- just this week,
15    he's going to be senior advisor?
16         A    This week or last week, yeah.
17         Q    Okay.  And what was his title before
18    senior advisor?
19         A    He was a part-time -- I want to say --
20    is it SGE?  Is that the appropriate term?  Kind
21    of a part-time consultant.
22         Q    And when did Mr. Wuco start being a
```

Page 50

1   part-time consultant for the agency?

2            MR. KHOJASTEH:  Object to form.

3            THE WITNESS:  I don't --

4            MR. KHOJASTEH:  Lacks foundation.

5            THE WITNESS:  -- recall.  I don't

6   recall.

7            MS. GREENBERGER:  And --

8            THE WITNESS:  Late spring, early

9   summer.

10  BY MS. GREENBERGER

11       Q    And who made him the part-time

12  consultant for the agency?

13       A    PPO, The White House.

14       Q    The White House appointed him to be a

15  part-time consultant for the agency in the late

16  spring; is that correct?

17       A    I would need to go look and get the

18  exact date for you, but I -- that's my best

19  guess.

20       Q    Right.  So, going back to the

21  8/13 declaration, which I think is Exhibit 1, in

22  paragraph 1 -- you don't even really need to look

Page 51

1      because -- it says, I subsequently assumed the

2      role of Deputy CEO.

3              Is that correct?

4      A     Deputy Chief Executive Officer, yeah.

5      Q     And when did you become deputy CEO?

6      A     I believe that was the beginning of

7      July.

8      Q     And how did you become deputy CEO?

9      A     The White House appointed me.

10     Q     And how were you notified that The

11     White House was appointing you as deputy CEO?

12     A     By e-mail.

13     Q     And are you aware of any documentation

14     other than that e-mail about your appointment as

15     deputy CEO?

16     A     I mean, the same protocol that happens

17     when PPO brings somebody in.  It starts with an

18     e-mail and then HR documentation.

19     Q     And did you talk to anyone in the Trump

20     Administration about your appointment to deputy

21     CEO?

22              MR. KHOJASTEH:  Object to form.  It's a

Page 52

1    yes or no question.  You can answer it.  However,

2    any substance regarding your communications with

3    the President, we're going to be claiming

4    executive privilege over the substance, but you

5    can answer the question yes or no.

6              THE WITNESS:  Yes.

7    BY MS. GREENBERGER

8        Q    And other than the President -- well,

9    let me start there.  Did you have communications,

10   yes or no, with the President about being

11   appointed deputy CEO?

12       A    No.

13       Q    Who did you speak to in the

14   Administration about becoming deputy CEO?

15       A    PPO.

16       Q    PPO are bureaucrats, correct?

17             MR. KHOJASTEH:  Objection to form.

18             THE WITNESS:  They're appointees by the

19   President.

20   BY MS. GREENBERGER

21       Q    Did you speak to Mr. Miller about

22   becoming deputy CEO?

Page 53

1        A    No.

2        Q    Did you speak to Secretary Rubio?

3        A    No.

4        Q    Can you let me know who specifically

5    you spoke to about becoming deputy CEO?

6            MR. KHOJASTEH:  Object to form.  Asked

7    and answered.

8            THE WITNESS:  I don't recall exactly

9    who.

10   BY MS. GREENBERGER

11       Q    Was there any sort of hiring or

12   interview process before you became a deputy CEO?

13       A    No.

14       Q    Did you express interest in the role

15   before you were appointed?

16       A    Yes.

17       Q    And who did you express interest to?

18       A    White House and PPO.

19       Q    Who in The White House or PPO?

20       A    The head of PPO.

21       Q    And who is that?

22       A    Sergio Gor.

Page 54

```
 1              MS. GREENBERGER:  And just getting back
 2     to the date -- can I have tab 11?  And I don't
 3     know that I'll need to show this to you, but --
 4              MR. BLUMIN:  I already distributed it.
 5              MS. GREENBERGER:  Oh, I'm sorry.
 6     That's Exhibit 2.  So Exhibit 2 -- hang on one
 7     second.  Give me a second.
 8     BY MS. GREENBERGER:
 9         Q    Exhibit 2, which is filed on July 18th,
10     in that exhibit, paragraph 1, you state that you
11     have been serving in the role of senior advisor,
12     correct?
13         A    Correct.
14         Q    So does this refresh your recollection
15     that as of July 18th, you were senior advisor and
16     not yet deputy CEO?
17         A    I was senior advisor with the delegated
18     authorities of the CEO.
19         Q    Okay.  So by July 17 -- I'm sorry.  By
20     July -- I'll retract that.
21              By July 18th, you were senior advisor
22     and deputy CEO?
```

Page 55

```
 1            MR. KHOJASTEH:  Object to form.
 2     Mischaracterizes testimony.
 3            THE WITNESS:  Since March, I had
 4     delegated authorities of the CEO granted to me by
 5     Victor Morales.
 6     BY MS. GREENBERGER
 7        Q    And did you have all the authorities of
 8     Mr. Morales starting in March?
 9        A    I think probably 95 percent of them.
10        Q    And what's in the 5 percent that were
11     not delegated to you?
12        A    Writing reports that were due and, you
13     know, annual reports, quarterly reports.
14        Q    So, as senior advisor starting on
15     March 3rd, you had the authority of the CEO; is
16     that correct?
17        A    Not starting March 3rd.
18            MR. KHOJASTEH:  Object to -- object to
19     form.  Calls for a legal conclusion.
20            To the extent that answering the
21     question discloses any communications you had
22     with counsel, I'm going to instruct you not to
```

Page 56

1    answer, but you can otherwise answer if you have
2    an independent understanding of your authority as
3    of that date.
4              THE WITNESS:  Can you reask the
5    question?  I apologize.
6    BY MS. GREENBERGER
7         Q    Sure.  So, at some point in March, you
8    were delegated what you have said is 95 percent
9    of the CEO's authority; is that correct?
10        A    Roughly 95 percent.
11        Q    Roughly.
12        A    I didn't do the math.
13        Q    What was that point in March when you
14   were delegated roughly 95 percent of the CEO's
15   authority?
16        A    I would have -- I would be making a
17   guess.  Sometime early March.
18        Q    Was this before or after the
19   President's EO concerning USAGM?
20        A    It was before.
21        Q    Okay.  So that EO was March 14th,
22   correct?

Page 57

1          A     Yes.

2          Q     Okay.  So sometime between March 3rd

3     and March 14th, you were delegated roughly

4     95 percent of the CEO's authority, correct?

5          A     Sometime between March 3rd, yes.

6          Q     And you continued to have that

7     delegated CEO authority through the entire time

8     that you've served as senior advisor?

9          A     Yes.

10         Q     Okay.  And so just going back to

11    Exhibit 2, which we were looking at, which says

12    that as of July 18th, you were senior advisor,

13    were you also deputy CEO as of July 18?

14         A     Which one of these?

15         Q     Two.

16         A     Two.

17         Q     Just the first paragraph.

18         A     Okay.  The question you're asking -- is

19    what I wrote here true, are you asking?

20         Q     Well, I'm asking to try to understand

21    your roles.

22         A     Okay.

Page 58

1          Q    So when it says that you were senior
2    advisor as of July 18th, I assume that was true,
3    correct?
4          A    Uh-huh.
5          Q    Sorry.  You have to say yes or no.
6          A    Yes.
7          Q    And were you also deputy CEO as of
8    July 18th?
9               MR. KHOJASTEH:  Object to form.  Asked
10   and answered.  If you know.
11              THE WITNESS:  You know what?  I don't
12   recall on this if -- when we filed this if I was.
13   I really need to look at dates.  I mean, I would
14   be guessing.
15   BY MS. GREENBERGER
16         Q    Okay.  And are you still senior advisor
17   today?
18         A    I am deputy CEO with -- I'm acting CEO.
19         Q    And are you also still senior advisor?
20         A    No.
21         Q    Okay.  So when did you stop being
22   senior advisor?

Page 59

```
 1          A     When I became deputy CEO.
 2          Q     So this is the part I'm just trying to
 3     understand.  If you were senior advisor on
 4     July 18th, could you have also been deputy CEO at
 5     that same time?
 6                MR. KHOJASTEH:  Object to form.  If you
 7     know.
 8                THE WITNESS:  I don't know.  I think --
 9     I think that when I became deputy CEO, there
10     would be maybe some overlap, but, eventually, I
11     would just be deputy CEO.
12     BY MS. GREENBERGER
13          Q     Okay.  But there might have been a time
14     of overlap where you were senior advisor and
15     deputy CEO?
16          A     When the paperwork was -- yeah.
17          Q     All the paperwork was getting
18     accomplished?
19          A     Yeah.
20          Q     Okay.  When you -- when you fully
21     transitioned to deputy CEO, did someone take over
22     your role as senior advisor?
```

Page 60

```
 1        A    Well, John Zadrozny --
 2             MR. KHOJASTEH:  Object to form.  Lacks
 3   foundation.  Go ahead.
 4   BY MS. GREENBERGER
 5        Q    You can answer.  John Zadrozny?
 6        A    Yes.
 7        Q    Okay.
 8        A    Well, no, I mean, he kept his role.
 9        Q    Well, did someone take over your role
10   as senior advisor?
11             The work that you had said that you had
12   divided responsibilities with Mr. Zadrozny,
13   did -- did someone take over your portion of
14   those responsibilities?
15        A    I think we just get the job done.  I
16   don't think there's any you have to take on my
17   responsibilities.
18        Q    You had earlier testified that you
19   expressed interest in being deputy CEO to
20   Sergio -- I'm sorry.  I missed his last name.
21        A    Gor.
22        Q    Gor.  When did you express interest to
```

Page 61

1    Mr. Gor in being deputy CEO?

2         A    I think it was sometime early July.

3         Q    And what did you tell Mr. Gor about why

4    you wanted to be deputy CEO?

5         A    I was concerned that our acting CEO was

6    on a extended vacation and if that if anything

7    were to happen to him, the agency would be left

8    vulnerable.

9         Q    And the acting CEO at the time was

10   Mr. Morales?

11        A    Yes.

12        Q    And when you say an extended vacation,

13   you mean a personal vacation?

14        A    Yes.

15        Q    And how long was he on a personal

16   vacation?

17        A    I think it was a month or longer.

18        Q    And where was he?

19        A    Somewhere -- maybe the Philippines.

20        Q    And what was Mr. Gor's response to your

21   expression of interest in becoming deputy CEO and

22   the concerns you raised about Mr. Morales?

Page 62

1        A    It was a real concern and that they

2    agreed.

3        Q    And when you say "they," who are you

4    referring to?

5        A    Well, PPO.  I think it's not one

6    conversation.  It becomes more than one

7    conversation.

8        Q    And when did you learn that you would

9    be appointed to deputy CEO?

10        A    Sometime in early July.

11        Q    Now, as deputy CEO, is it fair to say

12    you're now at the top of the organizational chart

13    at USAGM?

14            MR. KHOJASTEH:  Object to form.  Lacks

15    foundation.

16    BY MS. GREENBERGER

17        Q    Let me ask it a different way.

18            When you became deputy CEO, were you at

19    the top of the USAGM organizational chart?

20        A    The acting CEO was above.

21        Q    And I think we -- we already discussed

22    how functionally you had all -- I shouldn't say

Page 63

1    all -- roughly 95 percent --

2         A    Yeah.

3         Q    -- of the authority of the acting CEO,

4    correct?

5         A    Yes.

6         Q    Okay.  So starting at some time in

7    early March before March 14th, you had roughly

8    95 percent of the authority of the acting CEO all

9    the way up till the time when you became acting

10   CEO, correct?

11            MR. KHOJASTEH:  Object to form.

12   Mischaracterizes the testimony.  Lacks

13   foundation.  Go ahead.

14            THE WITNESS:  One more time.

15   BY MS. GREENBERGER

16        Q    Fair enough.  I just want to make sure

17   the testimony is clear.

18            So from the time that we already

19   determined was between March 3rd and March 14th

20   that you joined the agency, you had 95 percent,

21   roughly, of the CEO's authority until the point

22   when you became yourself acting CEO --

Page 64

1          MR. KHOJASTEH:  Same objection.

2   BY MS. GREENBERGER

3        Q    -- correct?

4        A    Sounds right, yeah.

5        Q    Okay.  Was there a position description

6   for deputy CEO?

7        A    Yes.

8        Q    And what are the duties and

9   responsibilities of deputy CEO?

10       A    In some ways similar to CEO.  And one

11  of the -- one of the duties is to be acting CEO

12  in the absence of CEO.

13       Q    And are extended vacations considered

14  absences in your view?

15          MR. KHOJASTEH:  Object to form.

16          THE WITNESS:  No.  I mean, I guess

17  they're physically absent, yes.

18  BY MS. GREENBERGER

19       Q    So you did -- you did have the

20  responsibility of the acting CEO while

21  Mr. Morales was on an extended vacation?

22       A    Well, I --

Page 65

1             MR. KHOJASTEH:  Object to form.

2      Mischaracterizes the testimony.

3      BY MS. GREENBERGER

4             Q     You can answer.

5             A     I had delegated authorities of CEO.

6             Q     Did your responsibilities change when

7      you became deputy CEO as compared to when you

8      were senior advisor?

9             A     I think the PD is different, yeah.

10            Q     But from a day to day, you know, work

11     that you were doing, did your responsibilities

12     change?

13            A     You know, maybe a little bit.  I'm

14     the -- I had the delegated -- the delegated

15     authority to be the CEO.

16            Q     Did you take on that 5 percent of

17     responsibilities that previously had been staying

18     on Mr. Morales's plate?

19            A     He --

20            MR. KHOJASTEH:  Object to form.  Lacks

21     foundation.

22            Can you just in your question frame

Page 66

```
 1      what time frame you're discussing?
 2              MS. GREENBERGER:  Sure.
 3      BY MS. GREENBERGER
 4          Q    During the time that you were deputy
 5      CEO, did you have the responsibilities of that --
 6      of that 5 percent that had not previously been
 7      delegated?
 8          A    Of the delegated CEO?  No.  Victor did
 9      not give me those -- that 5 percent --
10          Q    Okay.
11          A    -- did not delegate that to me.
12          Q    Okay.  And we said earlier that that
13      5 percent was report writing?
14          A    And other things.  I don't recall all
15      of it.
16          Q    Do you recall anything besides report
17      writing?
18          A    No, I don't recall.  There's other
19      things in there, I'm sure, but I don't recall.
20          Q    Okay.  And when you had the delegated
21      authority from Mr. Morales, that meant that
22      Mr. Morales didn't have to approve your decisions
```

Page 67

1    as to that 95 percent, correct?

2         A    During what --

3              MR. KHOJASTEH:  Object --

4              THE WITNESS:  -- time?

5              MR. KHOJASTEH:  Go ahead.  Object to

6    form.  Calls for a legal conclusion.  You can --

7    lacks foundation.

8              You can answer.

9    BY MS. GREENBERGER

10        Q    So starting that time period in early

11   March, between March 3rd and March 14, while you

12   were senior advisor before you became deputy CEO,

13   did you understand that Mr. Morales had to

14   approve any of your decisions?

15        A    Yeah.  I mean, I don't know if I -- if

16   he had to approve my decisions, but I consulted

17   with him on a lot of -- everything.

18        Q    You consulted with him and you had the

19   authority, correct?

20             MR. KHOJASTEH:  Object to form.

21   Mischaracterizes testimony.  Lacks foundation.

22

Page 68

1    BY MS. GREENBERGER

2         Q    Go ahead.

3         A    I tried to be very open with Victor and

4    make sure that he had his eyes on things.

5         Q    Okay.  Now, starting in late July, you

6    became acting CEO; is that correct?

7         A    Yes.

8         Q    And when in late July?

9         A    I don't have the exact date.

10        Q    Okay.  And did you become late July --

11   I'm sorry.

12             Did you become acting CEO when

13   Mr. Morales was put on leave?

14        A    I became acting CEO earlier than that.

15   Oh, I'm sorry.  I thought you said deputy.

16        Q    Oh, it's fine.

17        A    Will you repeat that?

18        Q    Of course.

19        A    When did I become acting CEO?

20        Q    Yeah.  So my question was:  Did you

21   become acting CEO when Mr. Morales was --

22        A    I thought you said deputy.  Apologies.

Page 69

1          Q    That's fine.

2          A    I became deputy CEO while Victor

3     Morales was on vacation.

4          Q    So let me go back.  So your

5     declaration, paragraph 1 of Exhibit 1, which is

6     the 8/13 declaration, states that you became

7     acting CEO starting in late July, correct?

8          A    I assumed the role of acting CEO in

9     late July, yes, that is correct.

10         Q    Okay.  And that's accurate?

11         A    Yes.

12         Q    Okay.  And did you become acting CEO

13    when Mr. Morales was placed on leave?

14              MR. KHOJASTEH:  Just to be -- I think

15    there's a confusion.  You're saying placed on

16    leave.  You're not referring to his month-long

17    vacation.  You're talking about when he's placed

18    on administrative leave, right?

19              MS. GREENBERGER:  I'm happy to clarify.

20              MR. KHOJASTEH:  That was -- that's why

21    there's a disconnect here.

22              MS. GREENBERGER:  Fair enough.  I

Page 70

```
 1    appreciate that.
 2    BY MS. GREENBERGER
 3         Q    So Mr. Morales was placed on
 4    administrative leave on roughly July 22nd; is
 5    that right?
 6         A    Paid administrative leave.  I don't
 7    know the date.
 8         Q    And did you become acting CEO when
 9    Mr. Morales was placed on paid administrative
10    leave?
11         A    I was deputy CEO when he was placed on
12    administrative leave.
13         Q    And after he was placed on paid
14    administrative leave, did you immediately become
15    acting CEO?
16         A    I think when The White House -- no.
17    No, I don't think so, not immediately.
18         Q    And were you the one who decided to
19    place Mr. Morales on paid administrative leave in
20    late July?
21         A    In consultation with The White House,
22    The White House placed him on administrative
```

Page 71

1      leave.

2            Q    And he remains on leave?

3            A    He's on paid administrative leave, and

4      he's still employed.

5            Q    And going back to you becoming acting

6      CEO, did you express any interest to anyone in

7      wanting to be acting CEO?

8            A    A deputy CEO?

9            Q    Acting CEO.

10           A    Acting CEO.  An interest in like --

11     describe what you mean in interest.  Like --

12           Q    Did you tell anyone, I'd like to be

13     acting CEO?

14           A    No, I don't think I did.

15           Q    Was it automatic going from deputy CEO

16     to acting CEO, or was this -- was that another

17     appointment?

18                MR. KHOJASTEH:  Object to form.  Asked

19     and answered.

20                THE WITNESS:  Answer?

21                MS. GREENBERGER:  Please.

22                THE WITNESS:  I -- that would be the PD

Page 72

1    when the acting CEO is not -- or when -- yeah,

2    when the acting CEO or the CEO is not available,

3    the PD says that I would fill in in that

4    position.

5    BY MS. GREENBERGER

6        Q    So the PD for deputy CEO says that you

7    will serve as acting CEO when the acting CEO is

8    not available, correct?

9        A    Correct.

10       Q    Automatically?

11       A    That's what the PD says.

12       Q    Okay.

13       A    If the --

14       Q    And then --

15       A    -- acting -- if the CEO is not there.

16       Q    Great.  And then, when Mr. Morales was

17   placed on paid administrative leave, did you

18   automatically become acting CEO pursuant to that

19   PD?

20           MR. KHOJASTEH:  Object to form.  Asked

21   and answered.

22           THE WITNESS:  I had the delegated

Page 73

```
 1      authorities of the CEO while I was deputy.
 2      BY MS. GREENBERGER
 3           Q    And did you get appointed as acting CEO
 4      separate from being appointed as deputy CEO?
 5           A    This would -- I mean, I've had many
 6      conversations with my lawyers on this, and I feel
 7      that if I speak on this that it could -- it could
 8      be problematic when it comes to the privilege I
 9      have with my lawyers.
10           Q    I don't want to impose on that
11      privilege.  Let me ask it a different way.
12                MR. KHOJASTEH:  And I can help you if
13      you want on that.  What she's asking is as a
14      fact, not communication with lawyers about what
15      this meant or what that meant.
16                Just as a fact, was there a separate
17      PPO -- you already said there's an e-mail that
18      started with the --
19                THE WITNESS:  Oh, I see.
20                MR. KHOJASTEH:  -- to make you -- that
21      starts this process.  Was there something
22      separate for becoming acting CEO?  I believe
```

Page 74

```
 1    that's the question she --
 2             MS. GREENBERGER:  Sure.  Was there --
 3             MR. KHOJASTEH:  -- where she's going
 4    with this.
 5    BY MS. GREENBERGER
 6        Q    Was there a separate appointment
 7    process through PPO to become acting CEO?
 8        A    No.
 9        Q    And so there's no separate
10    documentation about becoming acting CEO --
11        A    No.
12        Q    -- correct?  Correct, meaning yes.
13             THE WITNESS:  You said --
14             MR. KHOJASTEH:  Can you --
15             THE WITNESS:  -- there's no
16    documentation --
17    BY MS. GREENBERGER
18        Q    Right.  Is there -- let me ask it a
19    different way.  Is there --
20        A    I see what you're saying.
21        Q    It's two negatives.  Is there
22    documentation for you becoming acting CEO?
```

Page 75

1          A     Documentation from?

2          Q     PPO.

3          A     No.

4          Q     Is there documentation from The White

5     House?

6          A     No.

7          Q     Is there any documentation --

8                MR. KHOJASTEH:  Object to form.

9     BY MS. GREENBERGER

10         Q     -- that you know of?

11               MR. KHOJASTEH:  To the extent you know.

12     BY MS. GREENBERGER

13         Q     Is there any documentation that you

14     know of?

15         A     From PPO?

16         Q     From anyone.

17         A     Well, who's anyone?

18         Q     Well, it's okay.  I'll move on.

19         A     My neighbor?

20         Q     Have you been formally nominated by the

21     President to serve as the CEO, not the acting

22     CEO?

Page 76

```
 1        A    No.

 2        Q    Okay.  And you've never been confirmed,

 3   correct?

 4        A    No.

 5        Q    Do you understand that Mr. Bozell was

 6   nominated to head USAGM?

 7        A    Yes.

 8        Q    And why were you not nominated?

 9             MR. KHOJASTEH:  Object to form.  Calls

10   for speculation.

11   BY MS. GREENBERGER

12        Q    If you know.

13        A    I asked the President to serve in the

14   role at VOA.

15        Q    To serve in what role at VOA?  CEO?

16        A    To help at VOA.

17        Q    Did you make the decision to place

18   Mr. Morales on paid leave?

19             MR. KHOJASTEH:  Object to form.  Asked

20   and answered.

21             THE WITNESS:  I answered that already.

22
```

Page 77

1    BY MS. GREENBERGER

2         Q    I'm sorry.  Can you just repeat it?

3         A    With the consultation with PPO, we

4    discussed that I'd lost some confidence in

5    Victor, and PPO made that decision.

6         Q    And right now, as acting CEO, you're

7    the highest decision-maker at USAGM right now?

8         A    Yes.

9              MR. KHOJASTEH:  Object to form.  Lacks

10   foundation.

11   BY MS. GREENBERGER

12        Q    And who do you report to as acting CEO?

13   Do you report directly to the President?

14        A    The President is my boss.

15        Q    Other than the President, is there

16   anyone from the executive branch who gives you

17   directives or policies to carry out?

18        A    Just the President.

19        Q    Okay.  Is there anyone you notify or

20   consult with outside of the branch over actions

21   you're going to take?

22        A    What do you mean, the branch?

Page 78

1          Q    Outside the agency.

2          A    Other agencies have an influence on our

3     agency and other agencies in the government, for

4     example, OPM, OMB, and other agencies.

5          Q    Okay.  I'll come back to that.

6               Now, as acting CEO, you ordered that

7     Michael Abramowitz, the VOA director, be

8     transferred and fired if he refused the transfer;

9     is that correct?

10               MR. KHOJASTEH:  Object to form.  Lacks

11     foundation.

12               THE WITNESS:  No.  Can you repeat the

13     question the way you answered it --

14               MS. GREENBERGER:  Sure.  Let me ask

15     it --

16               THE WITNESS:  -- or the way you --

17               MS. GREENBERGER:  -- a different way.

18               THE WITNESS:  -- asked it?

19               MR. KHOJASTEH:  And, Counsel, if we're

20     about to start another line of questioning, I

21     just want to note that we've been going for an

22     hour, so if -- if it's -- if there's -- I don't

Page 79

 1    want to interrupt your flow, so if it's --

 2              MS. GREENBERGER:  I think we have five

 3    or ten minutes --

 4              MR. KHOJASTEH:  Sure.

 5              MS. GREENBERGER:  -- when it will be --

 6              MR. KHOJASTEH:  Sure.

 7              MS. GREENBERGER:  -- a good time --

 8              MR. KHOJASTEH:  Sure.

 9              MS. GREENBERGER:  -- for a break.

10    BY MS. GREENBERGER

11        Q    So you understand that Mr. Abramowitz

12    received on August 1st a notice of proposal to

13    remove, correct?

14        A    Can I see that?

15              MS. GREENBERGER:  Of course.  Can I

16    have tab 24, please?  Thank you.  The court

17    reporter can mark it, and then you can have it.

18              (Deposition Exhibit Number 7 was

19              marked for identification.)

20              MR. KHOJASTEH:  I just want to note

21    that -- is this -- is this properly within the

22    scope of this deposition?  Just -- I understand

Page 80

```
 1    there's -- there's --
 2              MS. GREENBERGER:  There's not going to
 3    be a lot of questioning, and I think that will --
 4              MR. KHOJASTEH:  Yeah.  I just want
 5    to -- I'll give you like --
 6              MS. GREENBERGER:  There's not going to
 7    be --
 8              MR. KHOJASTEH:  -- some leeway, but
 9    just --
10              MS. GREENBERGER:  -- a lot of
11    questioning.
12              MR. KHOJASTEH:  Let's not make this
13    about --
14              THE WITNESS:  I need to look this over.
15              MR. KHOJASTEH:  -- something that's
16    from another --
17    BY MS. GREENBERGER
18         Q    Okay.  But let me ask you the question
19    that I'm going to ask --
20         A    Okay.
21         Q    -- just before you spend a lot of time
22    looking it over.
```

Page 81

1          My question is just going to be that on
2      page 5, it lists you -- under "Notice of
3      Opportunity to Respond," it lists you as the
4      deciding official --
5          A     Right.
6          Q     -- and my question was just going to
7      be -- and then I'll ask it formally once you've
8      had your time -- but whether you were the
9      decision-maker and this was your decision.
10         A     That's not the question you just asked
11     previous to this, though --
12         Q     No.  It's -- I was building up to that.
13         A     -- about reassigning.  You asked a
14     question previous, which I answered.
15         Q     So I'm going to ask the question.  Just
16     take the time that you need to look at the
17     document knowing that's the question I'm going to
18     ask, and you let me know when you're ready.
19              MR. KHOJASTEH:  Ms. Lake, it's a
20     separate question.  You've made it clear that you
21     didn't understand the prior question.  She's
22     asking a separate question.

Page 82

1              THE WITNESS:  Okay.

2              MR. KHOJASTEH:  So just don't worry

3       about it.  You can --

4              MS. GREENBERGER:  And just for the

5       record, this is Exhibit 7, because I premarked

6       some other documents.

7              THE WITNESS:  What was the paragraph of

8       the page you wanted me to --

9       BY MS. GREENBERGER

10        Q    Sure.  Page 5.  And I'll just show you

11      right here, under "Notice of Opportunity to

12      Respond."

13             Let me know when you're ready.

14        A    I'm ready.

15        Q    The proposal to remove Mr. Abramowitz

16      from his position as director was a proposal that

17      was your decision, correct?

18             MR. KHOJASTEH:  Object to form.

19      Mischaracterizes the document and the testimony.

20             THE WITNESS:  The proposal to remove

21      him?

22

Page 83

1    BY MS. GREENBERGER

2        Q    I'm reading the first sentence.  It

3    says, "This is a notice I propose your removal

4    from the position of director."

5        A    This is --

6            MR. KHOJASTEH:  Object to form.  You're

7    mischaracterizing.  This was written by someone

8    else.

9            THE WITNESS:  Yes.

10           MR. KHOJASTEH:  Go to the back page.

11   It's from someone else.

12           MS. GREENBERGER:  No, I understand

13   that.

14           MR. KHOJASTEH:  So the I's are not

15   referring to her, so don't try to trick her.

16           MS. GREENBERGER:  I was not trying to

17   trick anyone.

18           MR. KHOJASTEH:  Okay.

19   BY MS. GREENBERGER

20       Q    Mr. Lake -- Ms. Lake, it says that you

21   are the deciding official on page 5; is that

22   correct?

Page 84

1          A     Correct.

2                MR. KHOJASTEH:   Object to form.

3     BY MS. GREENBERGER

4          Q     And what were you --

5                MR. KHOJASTEH:   Object --

6     BY MS. GREENBERGER

7          Q     -- the deciding official --

8                (Reporter clarification.)

9                MS. GREENBERGER:   So sorry.   Go ahead,

10    please.

11               MR. KHOJASTEH:   Object to form.

12    Mischaracterizes the document.   Go ahead.

13    BY MS. GREENBERGER

14         Q     Okay.   What you were the deciding

15    official about?

16         A     In the process of reassigning an SES,

17    we followed all of the procedures, and in the

18    process of doing that, this letter is part of

19    that process and must go out, and there must be

20    one person who sends the letter out, but that

21    person cannot be then the decider, the deciding

22    official.   It must be two separate people

Page 85

1    according to the procedures in removing somebody

2    who refuses reassignment.  We followed those

3    procedures to a T.

4         Q    After -- let me ask it a different way.

5    If Mr. Abramowitz were removed as director, who

6    would have stepped in as acting director of VOA?

7              MR. KHOJASTEH:  Object to form.  Calls

8    for speculation.

9              THE WITNESS:  If -- pardon me?  If he

10   was --

11   BY MS. GREENBERGER

12        Q    Let me ask it a different way.

13             Was there a succession plan at VOA so

14   that if the director is removed, there is an

15   acting director who steps in automatically?

16             MR. KHOJASTEH:  Object to form.  Lacks

17   foundation.

18             THE WITNESS:  Answer?

19   BY MS. GREENBERGER

20        Q    You can answer.

21        A    Leili Soltani serves as the director of

22   programming, and the director of programming in

Page 86

1    the absence of the director of VOA serves as an

2    interim director.

3        Q    Thank you.  We spoke earlier about how

4    you have an office at the State Department, and

5    that's primarily where you are; is that correct?

6        A    Occasionally.

7        Q    Okay.  And there had been reporting in

8    The Washington Post that you would be detailed to

9    the State Department.  So were you, in fact,

10   detailed to the State Department?

11       A    Yes.

12       Q    And when were you detailed to the State

13   Department?

14       A    I don't recall.

15       Q    Was it before or after you joined

16   USAGM?

17       A    After.

18       Q    And was it in the spring?

19       A    I'm assuming, yeah.

20       Q    And what's your role at the State

21   Department?

22       A    I'm a liaison.

Page 87

1        Q    A liaison between who and who?

2        A    I guess the State Department and USAGM.

3        Q    And are you still the liaison between

4    USAGM and the State Department?

5        A    Yes.

6        Q    And who decided to make you the liaison

7    between the State Department and USAGM?

8        A    Well, I guess it would go through PPO.

9        Q    Who informed you that you were going to

10   be the liaison between USAGM and the State

11   Department?

12       A    Who informed me that that was going to

13   be the title I had at State Department?

14       Q    Yes.

15       A    The White House liaison for State, Cate

16   Dillon.

17       Q    And what are your duties and

18   responsibilities as the liaison between USAGM and

19   the State Department?

20       A    Liaising between USAGM and the State

21   Department.

22       Q    On what particular issues?

Page 88

1          A    A variety of issues.

2          Q    What are some issues that you have been

3     liaising on?

4          A    Making sure that we are being

5     responsible as we run USAGM and making sure that

6     we are following local laws when it comes to our

7     overseas folks who are working there,

8     decommissioning some of our towers and

9     transmission sites, et cetera.

10               MS. GREENBERGER:  Okay.  I think this

11     is a good time for a break.

12               THE WITNESS:  Great.

13               VIDEO TECHNICIAN:  This marks the end

14     of Media Unit No. 1.  Going off the record, the

15     time is 11:10 a.m.

16               (Recess 11:10 a.m. to 11:31 a.m.)

17               VIDEO TECHNICIAN:  This marks the

18     beginning of Media Unit No. 2.  Going back on the

19     record, the time is 11:31 a.m.

20     BY MS. GREENBERGER

21          Q    Ms. Lake, I just want to follow-up on a

22     couple of questions from --

Page 89

1        A    Okay.

2        Q    -- before the break.  Was there a

3    deputy CEO before you were appointed deputy CEO?

4        A    I don't believe so.  I don't know.

5    Maybe in the past there was one.

6        Q    How about immediately before?

7        A    No.

8        Q    And during your time at the agency

9    since March, there has not been a deputy CEO?

10        A    Not that I'm aware of.

11        Q    Okay.  And while you were deputy CEO in

12    July, did you ever seek approval from

13    Mr. Morales?

14        A    For what?

15        Q    For any actions you took.

16        A    While I was deputy CEO, did I seek

17    approval for what?

18        Q    Let me -- let me start a different way.

19    Mr. Morales was on vacation in the Philippines,

20    you said?

21        A    Correct.

22        Q    And from when to when was he on

Page 90

1    vacation in the Philippines?

2              MR. KHOJASTEH:  Object to form.  Calls

3    for speculation.

4              THE WITNESS:  I don't have his

5    schedule.  I think it was sometime in June

6    through July.

7    BY MS. GREENBERGER

8         Q    And he was on vacation in the

9    Philippines while you were deputy CEO?

10        A    During the time he was on vacation, I

11   became deputy.  Reask --

12        Q    Sure.

13        A    Could you --

14        Q    Was --

15        A    -- clarify?

16        Q    While you were deputy CEO, was he in

17   the Philippines that entire time, to your

18   knowledge?

19        A    While I was deputy?

20        Q    Yes.

21        A    For part of the time.

22        Q    And did he return during part of that

Page 91

 1    time?

 2         A    Did he return --

 3              MR. KHOJASTEH:  Object to form.  Lacks

 4    foundation and --

 5              MS. GREENBERGER:  Let me --

 6              MR. KHOJASTEH:  -- confusing.

 7              MS. GREENBERGER:  Let me ask it --

 8              THE WITNESS:  I don't --

 9              MS. GREENBERGER:  -- a different way.

10              THE WITNESS:  -- get what you're

11    asking.

12    BY MS. GREENBERGER

13         Q    Okay.  When Mr. Morales was on

14    vacation, were you in communication with him?

15         A    Yes.

16         Q    And how did you -- excuse me -- how did

17    you communicate with him?

18         A    I think through maybe Teams calls and

19    e-mail.

20         Q    Okay.  And you said that there was a

21    period in July that you were deputy CEO before

22    you became acting CEO?

Page 92

```
 1        A    There was a period in July when I
 2    became deputy CEO during the month of July.
 3        Q    And during the time that you were
 4    deputy CEO, before Mr. Morales was placed on paid
 5    leave, did you ever seek his approval for any
 6    actions?
 7        A    What -- what actions?
 8        Q    Do you recall any actions that you
 9    sought his approval for?
10             MR. KHOJASTEH:  Object to --
11             THE WITNESS:  From what date --
12             MR. KHOJASTEH:  -- form.  Object to
13    form.  Lacks foundation.
14             THE WITNESS:  I don't -- I mean, give
15    me an example of what you're looking for, because
16    he was on vacation and we had minor
17    communication, maybe.  I don't recall everything,
18    but he was still checking in and perhaps, you
19    know, hey, can you take a look at this document,
20    that kind of thing.
21    BY MS. GREENBERGER
22        Q    I hear you.  I don't want perhaps.  I'm
```

Page 93

```
 1      just asking if you recall specifically any steps
 2      you took as deputy CEO that you checked with him
 3      for his approval before you took it.
 4                  MR. KHOJASTEH:  Object to form.
 5      Lacks -- lacks foundation.  Asked and answered.
 6                  THE WITNESS:  I don't know.  I may
 7      have.  I don't know what you're getting at, so
 8      I -- I may have.  If you could be more clear,
 9      more direct on what you're asking.
10      BY MS. GREENBERGER
11          Q    Well, as deputy CEO, you were running
12      the agency; is that right?
13                  MR. KHOJASTEH:  Object to form.
14      Mischaracterizes testimony.  Lacks foundation.
15                  THE WITNESS:  I think we were sharing
16      the responsibility because Victor had given me
17      delegated authorities, which means that he has
18      the authority as well.
19      BY MS. GREENBERGER
20          Q    Was there a documentation -- a document
21      that indicated that Mr. Morales was delegating
22      authority to you?
```

Page 94

1      A     Yes.

2      Q     And what did that document look like?

3      A     It looks like a memo.

4      Q     Okay.  And who wrote the memo?

5      A     I believe that may have come from our

6   general counsel, so I wouldn't want to divulge

7   too much of that.

8      Q     What was the date of the memo?

9      A     Of the memo from back in March, when

10  he --

11     Q     Well --

12     A     -- first delegated his authorities?

13     Q     So it sounds like there were multiple

14  times when he delegated authority to you?

15     A     He --

16          MR. KHOJASTEH:  Object to form.

17  Mischaracterizes testimony.  Lacks foundation.

18  BY MS. GREENBERGER

19     Q     Go ahead.

20     A     I think we already established that he

21  delegated his authorities to me back in March.

22     Q     And you said that there was a document

Page 95

```
 1      that reflected that, in March, he delegated his

 2      authority to you, correct?

 3          A    Yes.

 4          Q    And is that document a memo from March

 5      from your general counsel?

 6          A    I believe so.  I don't know who drafted

 7      it.

 8          Q    And other than that memo, are you aware

 9      of any other documentation reflecting that

10      Mr. Morales delegated authority to you?

11          A    Other than the March memo?

12          Q    Correct.

13          A    There was a July memo.

14          Q    And was -- who drafted the July memo?

15          A    GC.

16          Q    And was the July memo issued at the

17      time that you were senior advisor or deputy

18      CEO --

19              MR. KHOJASTEH:  Object to form.

20      BY MS. GREENBERGER

21          Q    -- or something else?

22              MR. KHOJASTEH:  Object to form.  If you
```

Page 96

1      know.

2                THE WITNESS:  The July memo was

3      delegating the authorities of the CEO to me as

4      deputy CEO.

5      BY MS. GREENBERGER

6          Q    And your formal title right now, is

7      that deputy CEO or acting CEO?

8          A    Acting CEO.

9          Q    I want to show you -- can you pull up

10     tab 3, please -- the President's executive order

11     that was issued on March 14th.

12                I assume you're familiar with the

13     executive order?

14         A    Very.

15         Q    Did you -- and I'll show it to you in a

16     minute, but did you play in role in drafting that

17     executive order?

18         A    No.

19         Q    Did you have any conversations with The

20     White House concerning that executive order

21     before it was issued on March 14th?

22                MR. KHOJASTEH:  Object to form.  Asked

Page 97

1    and answered.

2              And I will also say, to the extent that

3    answering the question discloses any

4    communications you had with the President, I'm

5    going to -- I'm going to instruct you not to

6    answer, as we're invoking executive privilege.

7    BY MS. GREENBERGER

8         Q    You can answer.

9         A    He instructed me not to answer.

10        Q    Did you have any communications with

11   anyone other than the President about the

12   executive order prior to it being issued?

13        A    Prior to?  No.  I didn't know about

14   this executive order until the 14th, but I had

15   seen that there were a lot of executive orders

16   coming down.

17             MS. GREENBERGER:  Did you -- well, let

18   me show you the executive order.  So it's Exhibit

19   4, if you don't mind -- it's been premarked.

20   Have you given it to counsel?

21             MS. YEOMANS:  Yes.

22             MS. GREENBERGER:  Thank you so much.

Page 98

1              (Deposition Exhibit Number 4 was

2              marked for identification.)

3              MR. KHOJASTEH:  This is Exhibit 4?

4              MS. GREENBERGER:  Yes.

5              MR. KHOJASTEH:  Okay.

6              MR. BLUMIN:  Sorry.  I just have one

7    copy for the two of you.

8              MR. KHOJASTEH:  We can share.

9    BY MS. GREENBERGER

10        Q    The EO applies to six agencies besides

11   USAGM, correct?

12        A    Let me count.  It looks like seven.

13        Q    Including USAGM?

14        A    Oh, including USAGM.  Yeah.

15        Q    Okay.  And did you tell anyone that

16   USAGM should be included in the executive order

17   other than the President?

18              MR. KHOJASTEH:  Object to form.

19   Mischaracterizes testimony.  Lacks foundation.

20   And asked and answered.  She already testified

21   she didn't speak --

22              MS. GREENBERGER:  Asked and answered is

1    the objection.  There doesn't have to be more.

2              MR. KHOJASTEH:  Okay.  I was just

3    trying to help you understand why I was doing it.

4              MS. GREENBERGER:  I appreciate that.

5              MR. KHOJASTEH:  Yeah.

6              THE WITNESS:  I think you were

7    insinuating about me speaking to the President

8    without me answering that.

9    BY MS. GREENBERGER

10        Q    I was trying to avoid the privilege

11    objection.

12        A    Okay.

13        Q    So I'm not asking about your

14    communications with the President.  I'm asking

15    about, other than any potential communications

16    with the President, did you tell anyone that

17    USAGM should be included in an executive order

18    to -- to reduce the scope of the federal

19    bureaucracy?

20              MR. KHOJASTEH:  Object to form.  Lacks

21    foundation.  Asked and answered.

22              THE WITNESS:  Asked and answered.

Page 100

```
 1     Answer?  Okay.  No, I did not have -- I did not
 2     tell anybody to add them.
 3     BY MS. GREENBERGER
 4          Q    And I think you said you didn't know
 5     about the executive order until the day it was
 6     issued, correct?
 7          A    I heard rumblings that there may be an
 8     executive order, but we didn't know if our agency
 9     or what agency could be on it.
10          Q    And the executive order was issued on
11     March 14th, correct?
12          A    Yes.
13          Q    And that's when you learned about the
14     order, correct?
15          A    Yeah.
16          Q    And the very next day, you worked to
17     implement that order, correct?
18          A    Yeah.
19               MR. KHOJASTEH:  Object to form.  Lacks
20     foundation.
21     BY MS. GREENBERGER
22          Q    And you submitted written testimony to
```

Page 101

1    Congress, correct?

2         A    At some point --

3         Q    In June?

4         A    -- yes.  Yes.

5         Q    Okay.  And in that testimony, you told

6    Congress, "I'm working with speed and precision

7    to execute that order and have already cut the

8    agency workforce by 85 percent."

9              Is that accurate?

10             MR. KHOJASTEH:  Object to form.  Lacks

11   foundation.

12             THE WITNESS:  I think at that point,

13   yes, it was accurate.

14   BY MS. GREENBERGER

15        Q    Okay.  So let's talk about the actions

16   that you took on March 15th.  Okay?

17        A    Uh-huh.

18        Q    So, on March 15th, you decided to place

19   nearly all USAGM staff on paid administrative

20   leave; is that correct?

21             MR. KHOJASTEH:  Object to form.  Lacks

22   foundation.  Mischaracterizes testimony.

Page 102

1              THE WITNESS:  What was the first part

2     of that again?

3     BY MS. GREENBERGER

4         Q    Sure.  On March 15th, you decided to

5     place nearly all USAGM staff on paid

6     administrative leave?

7              MR. KHOJASTEH:  Object to form.  Lacks

8     foundation.

9              THE WITNESS:  Yes.

10    BY MS. GREENBERGER

11        Q    Okay.  And I believe that was over

12    90 percent of the staff.  Was that about right?

13        A    I -- I don't know.

14        Q    That's fine.  And on March 15th, you

15    decided to terminate all the personal service

16    contractors, correct?

17             MR. KHOJASTEH:  Object to form.  Lacks

18    foundation.  Mischaracterizes testimony.

19    BY MS. GREENBERGER

20        Q    You can answer.

21        A    Yes.

22        Q    There were about 600.  Does that sound

Page 103

1    right?

2        A    Roughly.

3        Q    And you tweeted on that day that staff

4    should check their e-mail, correct?

5        A    Correct.

6        Q    Who did you confer with in making those

7    decisions to place staff on leave and terminate

8    the personal service contractors?

9            MR. KHOJASTEH:  I'm going to object to

10   form.  I'm also going to instruct you, you can

11   disclose the names of the individuals with whom

12   you spoke to the -- strike that.

13           To the extent that these communications

14   involved lawyers, you can disclose the names of

15   the individuals with whom you spoke, but I'm

16   going to instruct you not to divulge any of the

17   substance of the communications you had with

18   those individuals only to the extent that lawyers

19   were involved in those communications.

20           THE WITNESS:  Okay.

21           MR. KHOJASTEH:  Do you understand, Ms.

22   Lake?

Page 104

```
 1              THE WITNESS:  I think if lawyers were
 2      involved in any part of the communication --
 3              MR. KHOJASTEH:  You don't -- you don't
 4      disclose what was said, but you can disclose who
 5      was on those communications, like -- so who
 6      participated in the meeting, but not what was
 7      said at the meeting.  I'm just -- and I'm not
 8      trying to --
 9              MS. GREENBERGER:  I mean --
10              MR. KHOJASTEH:  I'm just -- I'm just
11      trying to --
12              MS. GREENBERGER:  That's a -- that's a
13      broad view of the privilege, but let me ask it a
14      different way.
15              MR. KHOJASTEH:  Well, I mean, we'll
16      drill down on it, but --
17              MS. GREENBERGER:  Well, I'm going to
18      start --
19              MR. KHOJASTEH:  -- that's a broad --
20              MS. GREENBERGER:  -- just by --
21              MR. KHOJASTEH:  Yeah.
22              MS. GREENBERGER:  -- asking with who
```

Page 105

1    before we go to --

2              MR. KHOJASTEH:  Sure.

3              MS. GREENBERGER:  -- why.

4              MR. KHOJASTEH:  Just -- yeah.

5    BY MS. GREENBERGER

6         Q    So I think there's no objection on the

7    who.  So who did you consult with before deciding

8    on March 15th to place nearly all staff on paid

9    administrative leave and terminate the personal

10   service contractors?

11        A    We had some staff that I had been

12   consulting with, hearing that there were agencies

13   that could be put on an executive order, not

14   knowing if our agency would be on there, and

15   trying to prepare to make sure what if, what

16   would we do, how do we handle that.

17        Q    So, first, who are the staff you

18   consulted with?

19        A    We had some people that we had -- that

20   were detailed over from OPM.  Mora, who was

21   senior advisor.  And I believe the OPM staffer

22   had done a lot of consulting with a litany of

1    other people who were the senior career leaders.

2        Q    Who was the OPM leader?

3        A    Tarak Macheka (ph) -- Makecha.

4        Q    And so on -- was it on March 14th or on

5    March 15th, when you learned about the EO, you

6    consulted with Tarak and Mora?  Is that correct?

7             Am I understanding your testimony?

8        A    March 14th, I learned about it at

9    night, so I don't think I -- I may have -- may

10   have sent -- you know, or called them and said,

11   hey, it looks like this came down.  And we

12   decided to get busy to work the next day.

13       Q    And what did you do the next day?

14       A    You just listed what I did the next

15   day.

16       Q    In terms of deciding to place people on

17   leave and terminate the personal service

18   contractors, did you discuss that with Tarak and

19   Mora on March 15th, or had you discussed that

20   with Tarak and Mora previously?

21       A    In terms of what?

22       Q    Placing people on leave and terminating

Page 107

1    the PSCs.

2        A    I can't recall if we discussed it

3    earlier, but in the executive order, it says

4    right here in Section 2(a), "such entities shall

5    reduce the performance of their statutory

6    functions and associated personnel to the minimum

7    presence and function required by law."

8        Q    And so, after reading the EO, you

9    understood that you were required to place nearly

10   all staff on leave and terminate the PSCs?

11           MR. KHOJASTEH:  Object to form.

12           THE WITNESS:  We made the decision to

13   determine what statutory minimum was, and in the

14   process of doing that, we worked with the senior

15   leadership at the agency to come up with what our

16   plan would be.  We placed everybody on paid leave

17   and worked with senior leadership, career

18   leadership, and they came up with the plan.

19   BY MS. GREENBERGER

20       Q    Okay.  So I'll -- I'll come back to the

21   plan because I will have many questions on that.

22           But the decision that you made to

Page 108

```
 1    determine what the statutory minimum was, that

 2    was a decision you made on March 15th that you

 3    were going to go through a process to determine

 4    the statutory minimum; is that correct?

 5         A    Yeah.

 6         Q    Okay.

 7         A    I think that's accurate.

 8         Q    And while you were determining the

 9    statutory minimum, you placed everyone on -- all

10    staff on -- strike that.

11              While you were determining the

12    statutory minimum, you terminated all contractors

13    and placed all staff on paid leave, correct?

14         A    Paid administrative leave.

15         Q    So that's correct?

16         A    Yes.

17         Q    Okay.

18         A    So they -- the staff was not fired, was

19    not terminated.  They were placed on paid leave.

20         Q    And on March 15th, you also directed

21    that VOA cease all programming, correct?

22              MR. KHOJASTEH:  Object to form.  Lacks
```

Page 109

1    foundation.

2              THE WITNESS:  I don't remember if that

3    was exactly that date.

4    BY MS. GREENBERGER

5         Q    Shortly after March 14th --

6         A    Yes.

7         Q    -- you directed that VOA cease all

8    programming, correct?

9         A    Yes.

10             MR. KHOJASTEH:  Same objection.

11   BY MS. GREENBERGER

12        Q    Within the same -- on March 15th or

13   within days after?

14        A    Correct.

15        Q    And within days after March 14th, you

16   ordered that the VOA news services, the foreign

17   news services, should shut down their

18   transmitters?

19             MR. KHOJASTEH:  Object to form.  Lacks

20   foundation.  Vague.

21             THE WITNESS:  That sounds about right.

22   I need to look back at all of the -- every step

Page 110

1     that I took, that we took.

2     BY MS. GREENBERGER

3          Q     And you made that decision to shut down

4     the foreign transmitters while the agency was

5     determining the statutory minimum, correct?

6                    MR. KHOJASTEH:  Object to --

7                    THE WITNESS:  I --

8                    MR. KHOJASTEH:  -- form.

9                    THE WITNESS:  I don't --

10                   MR. KHOJASTEH:  Same --

11                   THE WITNESS:  -- recall.

12                   MR. KHOJASTEH:  Lacks foundation.

13    BY MS. GREENBERGER

14         Q     Before directing that VOA cease all

15    programming, did you consider stakeholder

16    interest?

17         A     Define what you mean.

18         Q     Sure.  Did you consider the interest of

19    audiences abroad before cease -- ordering that

20    VOA cease all programming?

21         A     I effectuated -- I got busy working to

22    effectuate the President's executive order.

```
                                            Page 111

 1        Q    And as part of effectuating that order,

 2   you didn't think you needed or even should

 3   consider those stakeholder interests; is that --

 4            MR. KHOJASTEH:  Object to form.

 5   BY MS. GREENBERGER

 6        Q    -- fair to say?

 7            MR. KHOJASTEH:  Object to form.  I'm

 8   going to instruct the witness not to answer to

 9   the extent that doing so will disclose agency

10   deliberative process, meaning pre-decisional

11   communications you have regarding decisions made,

12   as well as attorney-client privilege, meaning

13   communications you have with your general counsel

14   or lawyers otherwise concerning the decision.

15            Go for it.

16            THE WITNESS:  I'm going to refrain from

17   answering that.

18            MS. GREENBERGER:  Let's mark that for a

19   ruling, please.

20            MR. KHOJASTEH:  Just so I understand,

21   what's the specific thing we're marking for a

22   ruling?
```

Page 112

1              MS. GREENBERGER:  Your position is that

2     any consideration she did or didn't give is

3     deliberative process and we can't probe it?

4              MR. KHOJASTEH:  Well, let's put that

5     aside.  First, to the extent those communications

6     involved lawyers, I'm asserting attorney-client

7     privilege.

8              MS. GREENBERGER:  Okay.  So let me stop

9     there.

10    BY MS. GREENBERGER

11         Q    Did you have any communications with

12    lawyers concerning whether or not before you

13    ceased VOA programming on March 15th you should

14    consider the interests of audiences abroad or

15    other stakeholders?

16             MR. KHOJASTEH:  You can answer the

17    question yes or no.

18             THE WITNESS:  Me or the team had

19    communication with lawyers, and I don't recall if

20    that was something or if I want to share if that

21    would be something that we would talk about.

22

Page 113

1     BY MS. GREENBERGER

2         Q    So I'm not interested in your

3     communications with lawyers.  Okay.

4             My question is:  Other than potential

5     communications with lawyers, did you consider the

6     interests of audiences abroad before deciding to

7     have VOA go dark --

8             MR. KHOJASTEH:  Object --

9     BY MS. GREENBERGER

10        Q    -- on or about March 15th?

11            MR. KHOJASTEH:  And you're asking

12    whether Ms. Lake personally did or the career

13    team that she was working with?

14            MS. GREENBERGER:  First I'm going to

15    ask about Ms. Lake.

16            MR. KHOJASTEH:  Okay.  Just to clarify

17    that with the you's right now.

18            THE WITNESS:  Yes, I did.

19    BY MS. GREENBERGER

20        Q    What did you determine about the import

21    of the impact on audiences abroad?

22        A    I determined that I didn't want any of

Page 114

1        the TV stations to go to what we call snow or

2        like static or go to black and had a graphic made

3        with music that had the VOA charter written on it

4        so that that could play on a loop until we

5        determined what the statutory minimum was so that

6        we could effectuate the President of the United

7        States executive order dated March 14th to reduce

8        this agency to its statutory minimum.

9             Q    And when -- from when to when did that

10       graphic with a loop play on the TV?

11                 MR. KHOJASTEH:  Object to form.  Lacks

12       foundation.

13                 THE WITNESS:  It depends.  For the --

14       for the agencies or the outlets that were brought

15       back up and the languages, it stopped once the

16       languages were brought back up.

17       BY MS. GREENBERGER

18            Q    And for other outlets --

19            A    For example --

20            Q    Go ahead.

21            A    -- Office of Cuba Broadcasting, we

22       brought that back up right away and, therefore,

Page 115

1     the graphic ceased.

2          Q    Are there outlets where that graphic is

3     up still today?

4          A    You know, Frank Wuco would be a better

5     person to answer that question.

6          Q    And how about the Persian News Network?

7     When did that come back up?

8          A    I don't have the --

9          MR. KHOJASTEH:  Object to form.

10         THE WITNESS:  I don't have the exact

11    date right now.

12    BY MS. GREENBERGER

13         Q    Roughly?

14         A    I don't know.

15         Q    It went dark for weeks, right?

16         MR. KHOJASTEH:  Object to form.  She

17    already -- well, strike that.  Asked and

18    answered.

19    BY MS. GREENBERGER

20         Q    Do you believe it went dark for weeks,

21    or are you not sure?

22         A    I'm just not sure.

Page 116

1          Q    How about the VOA website?  Did you

2    have any similar graphic with a loop to update

3    the website?

4               MR. KHOJASTEH:  Object to form.  Lacks

5    foundation.

6               THE WITNESS:  No.

7    BY MS. GREENBERGER

8          Q    So the VOA website continued to have

9    outdated journalism content, correct, after

10   March 15th?

11              MR. KHOJASTEH:  Object to form.  Lacks

12   foundation.

13              THE WITNESS:  I wouldn't -- I wouldn't

14   describe it that way, but if that's how you want

15   to describe it.

16   BY MS. GREENBERGER

17         Q    How would you describe it?

18         A    We didn't put new content on.

19         Q    Did -- are there any documents

20   reflecting your decision to put a graphic with a

21   loop instead of providing new broadcasting

22   content?

Page 117

1          A      No.

2                 MR. KHOJASTEH:  Object to form.  Lacks

3      foundation.

4      BY MS. GREENBERGER

5          Q      Are there any documents concerning your

6      decision to not put new content on the VOA

7      website?

8                 MR. KHOJASTEH:  Same objection.

9                 THE WITNESS:  Are there any documents

10     what?

11     BY MS. GREENBERGER

12         Q      Reflecting that decision?

13         A      To not put new content?

14         Q      Yeah.

15         A      Where?

16         Q      On the VOA website.

17         A      I don't believe so.

18         Q      Did you liaison with the State

19     Department about the impact of VOA going dark on

20     members of the Foreign Service?

21                MR. KHOJASTEH:  Object to form.  Lacks

22     foundation.  Also vague as to "you."

```
 1              THE WITNESS:  Could you be more
 2       specific on what you're --
 3              MR. KHOJASTEH:  And I would note that
 4       for the entire series of questions regarding what
 5       was done in response to the EO, standing
 6       objection that using -- using the term "you" is
 7       vague and lacks foundation.
 8              Go for it.
 9       BY MS. GREENBERGER
10         Q    Well, let's go back given your
11       counsel's objection.
12              I had asked about the interests of
13       audience abroad, and you spoke about how you
14       considered that interest by replacing the -- you
15       didn't want snow, and so you replaced it with a
16       graphic, correct?
17         A    Yes.
18         Q    And how did you believe that served the
19       interest of audience abroad -- audiences abroad?
20         A    I think until we determined what the
21       statutory minimum, if -- if they would have tuned
22       in to their VOA station and seen it had just gone
```

1     to black, they would think that it was gone, but

2     with that graphic and -- and the music and the

3     charter, it would let the audience know that this

4     is still the station where you can tune in to VOA

5     until we would determine what is statutorily

6     mandated, and then we could proceed from there.

7          Q    And with the graphic, would that

8     provide to audiences any journalism content?

9               MR. KHOJASTEH:  Object to form.  Asked

10    and answered.

11              THE WITNESS:  I don't -- I don't think

12    so, but, you know, the charter is interesting, so

13    they could read that.  They know that the -- they

14    know that the station still is the VOA station.

15    And that's what we did.

16    BY MS. GREENBERGER

17         Q    How about others in your agency, to

18    your knowledge?  Did they consider the interests

19    of audiences abroad who relied on VOA news that

20    weren't able to get it once you went dark --

21              MR. KHOJASTEH:  Object to --

22

Page 120

1    BY MS. GREENBERGER

2         Q    -- once VOA went dark?

3              MR. KHOJASTEH:  Object to form.  Calls

4    for speculation.

5              THE WITNESS:  I can't get into other

6    people's heads, nor do I want to.

7    BY MS. GREENBERGER

8         Q    To your knowledge.

9         A    I don't know.

10        Q    Okay.

11        A    I'm not a therapist.

12        Q    How about members of the Foreign

13   Service?  Did you consider the impact on members

14   of the Foreign Service by having -- of having VOA

15   go dark on March 15th or thereabouts?

16        A    I considered a lot of things.

17        Q    Are there any documents reflecting that

18   you considered the impact on members of the

19   Foreign Service?

20             MR. KHOJASTEH:  Object to form.  Vague

21   as to documents.  Lacks foundation.

22             THE WITNESS:  I don't know if there

Page 121

1      are.  There may be.  I don't know.

2      BY MS. GREENBERGER

3           Q    To your knowledge.

4           A    I don't know.  There may be.  I don't

5      know.

6           Q    As -- as senior advisor, you ordered

7      the cancellation of the lease at 1875

8      Pennsylvania Avenue?

9           A    Yes.

10          Q    And that --

11          A    With -- in consultation with the CEO,

12     acting CEO.

13               MR. KHOJASTEH:  Yeah.  Same objection

14     as -- on vagueness as to "you."

15               MS. GREENBERGER:  I think we premarked

16     13, right?

17               MR. BLUMIN:  Correct.  That's Exhibit

18     6.

19               MS. GREENBERGER:  I want to deal with

20     your counsel's objection -- objection about the

21     vagueness as to who.

22               MR. KHOJASTEH:  As to you.

                                                    Page 122

1              MS. GREENBERGER:  As to you.

2              MR. KHOJASTEH:  Just because there was

3       a series of questions, you did this, you did

4       that.  I'm just -- yeah.

5              MS. GREENBERGER:  Yeah.  It's just one

6       page.  Here is Exhibit 6.

7              (Deposition Exhibit Number 6 was

8              marked for identification.)

9              THE WITNESS:  Whoa.

10             MS. GREENBERGER:  I'm handing

11       you Exhibit 6.

12             THE WITNESS:  Can I have a magnifying

13       glass, guys?

14             MS. GREENBERGER:  Well, I'm actually

15       going to start asking you about the headline.

16       And, certainly, I was not intending to make this

17       an ophthalmology exam.  The --

18             MR. KHOJASTEH:  This one's exhibit --

19             MS. GREENBERGER:  Six.

20             MR. KHOJASTEH:  Six.

21       BY MS. GREENBERGER

22          Q    So, Exhibit 6, have you seen this

Page 123

 1    document before?

 2         A    I didn't know it was a document.  I

 3    think this was on a website.

 4         Q    And this was on USAGM's website,

 5    correct?

 6         A    Yes, I believe so.  Let me see.  It

 7    looks like it.  Yeah.

 8         Q    And the headline on this website is

 9    "USAGM Senior Advisor Kari Lake cancels obscenely

10    expensive 15-year lease," correct?

11         A    Correct.

12         Q    And you approved this portion of the

13    website before it was posted?

14         A    Yes.

15         Q    And this states that you were the one

16    who canceled the lease, correct?

17         A    Yes, in consultation with the team.

18         Q    And it was ultimately your decision?

19         A    In consultation with the team.

20         Q    But ultimately your decision?

21              MR. KHOJASTEH:  Asked and answered.

22              MS. GREENBERGER:  She didn't answer.

Page 124

1              MR. KHOJASTEH:  She did.

2              THE WITNESS:  I consulted with the

3      team, and we decided it was the best thing to

4      do --

5              MS. GREENBERGER:  Okay.  But that --

6              THE WITNESS:  -- for the American

7      taxpayer in light of the presidential executive

8      order, which asked for us to reduce elements of

9      the federal bureaucracy that the President has

10     determined are unnecessary.

11     BY MS. GREENBERGER

12        Q    But, Ms. Lake, you're not claiming that

13     someone else made the decision to cancel the

14     lease.  You've repeatedly taken credit for

15     canceling the lease, right?

16             MR. KHOJASTEH:  Object to form.  Asked

17     and answered.

18             THE WITNESS:  I'll take credit for it.

19     I'm proud of it.

20     BY MS. GREENBERGER

21        Q    Now, this part is a little harder to

22     read, so apologies.

Page 125

1          A     Are you serious?

2          Q     But I'm going to work with you.

3          A     Oh, boy.  You're making me feel like I

4     need to get even stronger glasses.

5          Q     So under the bullets -- there are five

6     bullets.  I'm not asking you about that.

7                Right under the bullets, it states,

8     "This agency is not salvageable," correct?

9          A     Yes.

10         Q     And that was the statement that you

11    approved --

12               MR. KHOJASTEH:  That's amazing.  Thank

13    you.

14    BY MS. GREENBERGER

15         Q     -- being --

16               MR. KHOJASTEH:  Do you want this?

17    That's awesome.

18               THE WITNESS:  Whoa.  I don't know.  Is

19    this better or -- gosh.  Okay.  Yeah.

20               What was the question again?

21               MS. GREENBERGER:  Sure.

22               THE WITNESS:  Oh, great.  Now I see my

Page 126

```
 1    cuticles.  Great.  Okay.
 2    BY MS. GREENBERGER
 3         Q    Under the bullets, it states, "This
 4    Agency is not salvageable," correct?
 5         A    That's what it says, yes.
 6         Q    And that was the statement that you
 7    approved being posted on the USAGM website,
 8    correct?
 9         A    That's my opinion.
10         Q    That was your opinion on March 15th,
11    and it's your opinion today, correct?
12         A    It's my opinion based on many bullet
13    points, but you see the five bullet points at
14    top --
15         Q    I may ask you about the basis for your
16    opinion, but right now I'm just asking that it
17    was your --
18              MR. KHOJASTEH:  She can answer the
19    question without you interrupting her.
20              MS. GREENBERGER:  I'm not interrupting.
21    I'm --
22              THE WITNESS:  That's --
```

                                                Page 127

 1                MS. GREENBERGER:  -- clarifying.

 2                THE WITNESS:  That's --

 3                MR. KHOJASTEH:  You literally

 4     interrupted --

 5                THE WITNESS:  -- my --

 6                MR. KHOJASTEH:  -- her.

 7                THE WITNESS:  -- opinion based on --

 8                MR. KHOJASTEH:  There's a video that

 9     will show it.

10                THE WITNESS:  -- massive national

11     security violations, including spies and

12     terrorist sympathizers and/or supporters

13     infiltrating the agency, eye-popping self-dealing

14     involving contracts, grants and high-value

15     settlement agreements, obscene over-spending

16     including nearly a quarter-of-a-billion-dollar

17     lease for a swanky -- I added swanky --

18     Pennsylvania Avenue high-rise that has no

19     broadcasting facilities to meet the needs of the

20     agency and included in a -- included a

21     $9 million commission to a private real estate

22     agent with connections, hundreds of millions of

 1    dollars being spent on fake news companies, a

 2    product that often parrots the talking-points of

 3    America's adversaries.

 4    BY MS. GREENBERGER

 5         Q    Ms. Lake, I have a large number of

 6    questions, and it's going to go faster if you --

 7         A    But I want to explain why --

 8         Q    -- answer my --

 9         A    Because you asked if --

10         Q    I asked --

11         A    -- how I came to --

12         Q    -- a simple -- no, I didn't ask --

13         A    You asked --

14         Q    -- how you came to it.  I asked simply

15    whether that was your view that the agency is not

16    salvageable and whether that was your view on

17    March 13th and remains so today.

18              MR. KHOJASTEH:  Object to form.

19              MS. GREENBERGER:  It's a yes or no --

20              MR. KHOJASTEH:  Compound.

21              MS. GREENBERGER:  -- question.  Sure.

22    I'll ask it --

```
 1                THE WITNESS:  That was my view --
 2                MS. GREENBERGER:  -- separately.
 3                THE WITNESS:  -- based on those
 4      findings.
 5      BY MS. GREENBERGER
 6           Q    Great.  And that's your view today?
 7           A    My view is that whatever the President
 8      decides to do with this agency in conjunction
 9      with the legislature, we will abide by that.
10           Q    Is your view today that the agency is
11      not salvageable?
12           A    I believe the agency is very corrupt.
13      We're working to make it not corrupt.
14                MS. GREENBERGER:  I want to -- can I
15      have tab 14, please?  Can you mark this tab 14 --
16      I'm sorry -- exhibit -- what are we up to?  He
17      knows.  Thank you.
18                (Deposition Exhibit Number 8 was
19                marked for identification.)
20      BY MS. GREENBERGER
21           Q    I'm showing you Exhibit 8, which is a
22      tweet that you issued on March 17th, 2025; is
```

Page 130

1    that correct?

2         A    Uh-huh.  Well, let me look.

3         Q    Sure.

4         A    March 17th, yes.

5         Q    And in that tweet, you stated that the

6    agency is irretrievably broken?  It's the end of

7    your first sentence.

8         A    Yes.

9         Q    And irretrievably broken means not

10   capable of being fixed?

11             MR. KHOJASTEH:  Object to form.

12             THE WITNESS:  I believe, at the time,

13   yes.  As you'll see, the follow-up says, "there

14   are bright spots within the agency."  So we're

15   working the best we can to make sure it's no

16   longer corrupt and wasting taxpayer dollars.

17   There's two sentences --

18             MS. GREENBERGER:  Do you --

19             THE WITNESS:  -- there.

20   BY MS. GREENBERGER

21        Q    No, I see.  Is your position today that

22   the agency is salvageable?

```
 1        A    I'm proud that we've done things to
 2   root out some of the corruption and take control
 3   of the agency so that we're not wasting
 4   exorbitant amounts of hardworking taxpayers'
 5   dollars.
 6        Q    And your position as a result of the
 7   work that you've done that the agency is
 8   salvageable?
 9        A    My opinion doesn't matter.
10        Q    Well --
11        A    It's the opinion of the President of
12   the United States that matters.  He's --
13        Q    I understand that, but you're in a
14   deposition and I'm asking you for your opinion.
15             Is your opinion today that the agency
16   is salvageable?
17        A    Maybe.  It could possibly be if we work
18   really hard and if the President decides he wants
19   to keep it and Congress decides, but --
20        Q    Have you ever made a public
21   statement --
22             MR. KHOJASTEH:  Just let her finish her
```

Page 132

1    answers, please.

2             MS. GREENBERGER:  I'm sorry.  I thought

3    she was done.  I'm so sorry.

4             THE WITNESS:  Where was I?  You know --

5    BY MS. GREENBERGER

6         Q    You said if Congress decides.

7         A    Yeah.  I mean, I am the -- I am the

8    acting CEO of the United States Agency for Global

9    Media.  I'm not the emperor of the United States

10   Agency for Global Media.  So there's a lot of --

11   there's a lot of people who have a say in this.

12        Q    Have you ever made a public statement

13   that you thought the agency was salvageable?

14        A    I don't know if I have.

15        Q    Can you point to any --

16        A    But my public --

17        Q    -- statement?

18        A    -- statements are reflective of the

19   President's agenda.  When I'm working at the

20   agency, we're working to follow the law.

21        Q    I want to show you a different -- I

22   want to turn to a different issue, which is, one

```
 1    particular criticism you have levied is that the
 2    Chinese Communist Party has infiltrated the VOA,
 3    correct?
 4              MR. KHOJASTEH:  Object to form.  Lacks
 5    foundation.  If you want to show her something,
 6    go for it.
 7    BY MS. GREENBERGER
 8         Q    Well, do you remember --
 9         A    Well, let me see.  I --
10         Q    Do you not remember making that
11    accusation?
12              MS. GREENBERGER:  It's tab 39, please.
13              THE WITNESS:  Yeah, I've talked about
14    that.
15              MS. GREENBERGER:  Okay.
16              THE WITNESS:  I've talked about that.
17    BY MS. GREENBERGER
18         Q    I'm trying not to show you excessive
19    documents because there's -- I have to show it --
20         A    Oh, okay.
21         Q    -- give it to the court reporter.  He
22    has to mark it.
```

1        A    Okay.

2        Q    It just makes the day longer, but --

3             MR. KHOJASTEH:  Right.  But, Counsel,

4    in all fairness, you showed her a document before

5    that you wanted to show her one sentence and

6    not -- if you just relied on the one sentence,

7    the record wouldn't reflect the second sentence,

8    so just --

9             THE WITNESS:  Which we never got in the

10   record --

11            MR. KHOJASTEH:  Yes.

12            THE WITNESS:  -- by the way.

13            MS. GREENBERGER:  But that's okay,

14   because your attorney at the end can ask

15   questions if he needs to and --

16            THE WITNESS:  Yeah.

17            MS. GREENBERGER:  -- I can ask the

18   questions --

19            THE WITNESS:  Which I did say there are

20   talented and dedicated public servants at the

21   agency.

22            MS. GREENBERGER:  There's no question

Page 135

1    pending, Ms. Lake.

2                 THE WITNESS:   Okay.

3                 MS. GREENBERGER:   Is the document

4    marked?

5                 (Reporter clarification.)

6                 MS. GREENBERGER:   Thank you, sir.

7                 (Deposition Exhibit Number 9 was

8                 marked for identification.)

9    BY MS. GREENBERGER

10        Q     I'm going to hand the witness Exhibit

11   9.   Ms. Lake, is Exhibit 9 is tweet that you

12   tweeted -- I'm sorry -- yes, that you tweeted on

13   August 8th, 2025?

14        A     Yeah.

15        Q     And in this tweet, you state that "the

16   CCP has infiltrated VOA and you are paying for

17   it"?

18        A     Yes.

19        Q     And CCP is the Chinese Communist Party,

20   correct?

21        A     Yes.

22        Q     And you've said to the press that the

Page 136

```
 1      Chinese Communist Party has been meeting
 2      regularly with VOA management to tell them how
 3      they should be covering China?
 4           A    In the past, they have.
 5           Q    Okay.  And are you aware of a recent
 6      Washington Post op-ed that explains how you've
 7      gotten this wrong?
 8                MR. KHOJASTEH:  Object to form.
 9                THE WITNESS:  How do I want to word
10      that?  The Washington Post is the biggest piece
11      of garbage in journalism in this country, and so
12      I know that whenever something happens in this --
13      in this agency, immediately somebody -- and I'm
14      not sure who -- runs out and reports to The
15      Washington Post --
16                MS. GREENBERGER:  And --
17                THE WITNESS:  -- and I think that was a
18      needed article for these purposes to put that
19      out.
20                MS. GREENBERGER:  Do you understand
21      that -- well, I can show it to you.
22                Can you pass me --
```

Page 137

```
 1              THE WITNESS:  I know what you're
 2    talking about.
 3    BY MS. GREENBERGER
 4         Q    Okay.  And you know that one of the
 5    op-ed authors is a senior fellow at the Hoover
 6    Institute?
 7         A    Yes.
 8         Q    And would you agree with me that the
 9    Hoover Institute is a conservative think tank?
10              MR. KHOJASTEH:  Object to form.
11              THE WITNESS:  Sometimes.
12    BY MS. GREENBERGER
13         Q    And you said that you reviewed The
14    Washington Post op-ed?
15              MR. KHOJASTEH:  Object --
16              THE WITNESS:  A bit of it.
17              MR. KHOJASTEH:  -- to form.
18    Mischaracterizes testimony.
19    BY MS. GREENBERGER
20         Q    Would you admit that your tweet is
21    erroneous?
22         A    No.
```

Page 138

1          Q    Okay.  Let's move on.  On March 13th --
2     you can put that aside, Ms. Lake.
3          A    I didn't get my information from just
4     the Hoover Institute.
5          Q    On March 13th, you also canceled the
6     wire services?
7          A    Yes.
8          Q    Okay.
9               MR. KHOJASTEH:  Same objection.  Vague
10    as to "you."
11              THE WITNESS:  Let me -- let me scratch
12    that.  I don't know if that was the exact date,
13    but, yes, I did cancel.
14    BY MS. GREENBERGER
15         Q    And you personally ordered the
16    cancellation of the wire services, correct?
17         A    In consultation with -- I think Victor
18    was made aware of it.
19         Q    And --
20         A    I believe.
21         Q    Did you consult with anyone before
22    canceling those contracts?

Page 139

```
 1        A    I'm sure --
 2             MR. KHOJASTEH:  Same --
 3             THE WITNESS:  -- I did.
 4             MR. KHOJASTEH:  I'm going to instruct
 5   you not to --
 6   BY MS. GREENBERGER
 7        Q    Other than counsel --
 8             MR. KHOJASTEH:  Yeah.  Apologies.
 9             (Reporter clarification.)
10   BY MS. GREENBERGER
11        Q    I'm going to restate the question.
12   Other than counsel, did you consult with anyone
13   before canceling the newswire contracts?
14             MR. KHOJASTEH:  Object to form.  Vague
15   as to you.
16             THE WITNESS:  Vague as to what?
17             MR. KHOJASTEH:  "You," the word "you."
18   But go ahead.  You can answer.
19             THE WITNESS:  Consult with, what do you
20   mean by consult with?
21   BY MS. GREENBERGER
22        Q    Did you -- did you personally discuss
```

```
                                            Page 140
 1     with anyone the decision to cancel the wire
 2     contracts before you canceled the contracts?
 3          A    I don't recall who I discussed it with.
 4          Q    Are you aware of any documentation
 5     reflecting that you consulted with anyone before
 6     canceling the contracts?
 7               MR. KHOJASTEH:  Object to form.  Vague
 8     as to documentation.
 9               THE WITNESS:  I'm not sure.
10     BY MS. GREENBERGER
11          Q    Did staff -- well, strike that.  Let me
12     ask something else.
13               The newswire contracts include AP,
14     correct?
15          A    Yes.
16          Q    And Reuters?
17          A    Yes.
18          Q    And did staff express any concerns
19     about the need for those wires?
20          A    Perhaps.  I mean, I think that -- I
21     think that perhaps they were wondering how they
22     would work without them because those wires had
```

1    become a crutch for a vast majority of American

2    newsrooms.

3        Q    You also ordered in late March a future

4    reduction in force and you -- of the radio

5    broadcast technicians and most other employees;

6    is that correct?

7        A    Can you give me --

8            MR. KHOJASTEH:  Object to -- object to

9    form.  Lacks foundation.  Vague as to "you."

10           MS. GREENBERGER:  Okay.  Can I have tab

11   33, please?  That's not it.

12           (Deposition Exhibit Number 5 was

13           marked for identification.)

14   BY MS. GREENBERGER

15       Q    I'm showing you a document that's been

16   premarked as Exhibit 5, which is Ms. Thomas'

17   declaration, which she submitted in this case on

18   March 27th.

19           So, first, have you seen this

20   declaration before?

21       A    I may have.  I may have.

22       Q    And did Ms. Thomas show you this

Page 142

1    declaration before it was submitted to the Court?
2    Strike that.
3           Did you see this declaration before it
4    was submitted to the Court on March 27th?
5       A    Most likely, I did.  I just need to
6    refresh my memory, if you don't mind, real quick.
7       Q    Take your time.
8       A    I'm trying to do this quick.  Sorry.
9       Q    Sure.  I'm going to be asking you about
10   paragraphs 9 and 10 specifically.
11      A    Okay.  Let me --
12      Q    Or, actually, 9 through 12, so --
13      A    Okay.  Okay.  I think I'm ready for
14   your question.
15      Q    Okay.
16      A    I'm skimming this, so -- go ahead.
17      Q    So Ms. Thomas sent an e-mail about an
18   intent to implement a reduction in force, two
19   e-mails, according to paragraphs 9 and 10,
20   correct?
21      A    Okay.  Yes.  It looks like, on March
22   25th, she sent an e-mail.

Page 143

1      Q    And Ms. Thomas did not decide on her

2  own to implement a reduction in force, correct?

3      A    Correct.

4      Q    And that -- was that your decision to

5  implement the reduction in force that's reflected

6  in this document?

7      A    Well, I think we've established that

8  the President put out an executive order calling

9  for the reduction to the statutory minimum.

10     Q    So was that your decision to issue this

11 intent to implement a reduction in force as part

12 of implementing the EO?

13     A    It was the decision of the team, the

14 senior leadership team, that we needed to follow

15 the President's executive order, and in doing so,

16 such entities shall reduce the performance to

17 their statutory functions and associated

18 personnel to the minimum presence and function

19 required by law.

20     Q    So my question is just about the who,

21 not the why.  Okay?

22          A    Okay.

Page 144

1  Q So --

2  A And I just told you.  The team.

3  Q And so who was the team?

4  A Senior career leadership.

5  Q And who was senior career leadership?

6  A Well, I -- my attorney, Royce Min, 20

7 years as a government attorney in the federal

8 government, Victor Morales, 36 years at the

9 agency, Crystal.  These are the people who signed

10 off on the -- on the statutory minimum plan.

11  Q And --

12  A Crystal --

13  Q -- ultimately, it was your --

14  A Crystal -- I'm not done.

15  Q Oh, I'm so sorry.

16  A We had the head of -- the CMO, Chris

17 Luer.  I'm trying to recall that document.  I'm

18 sure you have it.  Head of HR was Crystal.  I

19 think there were -- Roman Napoli, the chief

20 financial officer.  And I think there were a

21 couple more.  Terry Balazs and -- did I say Chris

22 Luer?

1        Q    We'll definitely come back to the

2    document, but my question was:  Who made the

3    final decision to issue the notice of intention

4    to implement a reduction in force on March 25th

5    --

6              MR. KHOJASTEH:  Object --

7    BY MS. GREENBERGER

8        Q    -- 2025?

9              MR. KHOJASTEH:  Object to form.  Lacks

10   foundation.  Vague as to "final decision."

11             THE WITNESS:  Who made the decision to

12   send the e-mail?  Well, ultimately, Crystal sent

13   the e-mail, so she had to make the decision, but

14   this is part of the process.  If you are going to

15   consider a RIF, you have to follow a process, and

16   we were following the process.

17   BY MS. GREENBERGER

18       Q    Who decided to implement a RIF?

19       A    We didn't implement a RIF --

20             MR. KHOJASTEH:  Object to form.  Asked

21   and answered.

22             THE WITNESS:  We didn't implement a RIF

1     at that point.  As it says here --

2            MS. GREENBERGER:  No, I understand

3     that.  My --

4            THE WITNESS:  USAGM's -- we are

5     "enclosing a preliminary notification to the

6     union stating USAGM's intent to implement a RIF

7     for multiple competitive areas."

8            And then it goes on to say the

9     notifications -- I'm trying to find where -- it

10    doesn't necessarily mean that those people will

11    be RIF'd.  It's just notifying.  It's a

12    requirement.

13    BY MS. GREENBERGER

14         Q    It's a requirement that arises once the

15    agency determines --

16         A    What the statutory minimum is.

17         Q    Please let me --

18         A    Sorry.

19         Q    -- finish my question.  It's a

20    requirement that arises once the agency

21    determines that it's intending to implement a

22    reduction in force, correct?

Page 147

1          A    Yes.

2          Q    And so my question is:  Who at the

3     agency decided that it intended to implement a

4     reduction in force?  That was you, correct?

5               MR. KHOJASTEH:  Object to form.  Asked

6     and answered.

7               THE WITNESS:  I think it really was the

8     team, because we had what came down on the 14th

9     as an executive order to -- so the President

10    really decided to reduce the agency to its

11    statutory minimum, and then between the 14th when

12    this came out and when the e-mail was sent out,

13    they came up with what the statutory minimum was.

14    BY MS. GREENBERGER

15         Q    Okay.  So let's turn to that.  So you

16    said that you came up with the statutory minimum

17    between the 14th when the EO came out and the

18    e-mails that were sent on March 25th?

19         A    That's what it looks like, yeah.

20         Q    And I think you're referring to a plan

21    that you gave to Congress on June 3rd?

22               Well, let me ask it a different way.

```
                                              Page 148
 1      Are you referring to the plan you gave Congress
 2      on June 3rd?
 3           A    Can you see -- can you show me what
 4      that is?
 5                MS. GREENBERGER:  Sure.  It's been
 6      premarked as Exhibit 3, so let me hand that to
 7      you.
 8                (Deposition Exhibit Number 3 was
 9                marked for identification.)
10                MR. KHOJASTEH:  Thank you.
11                MS. GREENBERGER:  You can put those
12      aside.  I'm not sure we'll need them.
13                THE WITNESS:  Are we still talking
14      about Crystal Thomas' --
15                MS. GREENBERGER:  No.  We'll come back
16      to it, but not right now.
17                THE WITNESS:  Okay.
18      BY MS. GREENBERGER
19           Q    So I'm handing you Exhibit 3 --
20           A    Three.
21           Q    -- which is a document signed by you on
22      June 3rd, 2025, enclosing what you're calling the
```

Page 149

1    USAGM Stat Min, correct?

2        A    Well, yes, I signed the first page, and

3    then senior career leadership signed the last

4    page of this exhibit.

5        Q    And, first, just as a preliminary

6    matter, you signed this as the senior advisor to

7    the chief operating officer?

8        A    Yes.

9        Q    Who was the chief operating officer on

10    June 3rd?

11        A    The acting chief operating officer is

12    Victor Morales.

13        Q    Victor Morales was both the CEO and the

14    chief operating officer?

15        A    Oh, I'm sorry.  I thought that said

16    chief -- pardon me.  That might be a typo,

17    actually.

18        Q    And so what do you believe that was

19    supposed to say?

20        A    CEO.

21        Q    It should say senior advisor to the

22    CEO?

Page 150

1        A      Yeah.

2        Q      Okay.  And turning to the first --

3    there's the letter that's on page 1 and then the

4    enclosure that's a --

5        A      Stat min document.

6        Q      -- three-page enclosure.  That's the

7    stat min document.  Okay.  So I'll try to be

8    clear as to my questioning which I'm asking

9    about.

10              Who drafted the stat min document?

11              MR. KHOJASTEH:  I'm going to object to

12    form, and I'm also going to instruct the witness

13    not to answer questions regarding the preparation

14    of this document to the extent that doing so

15    would disclose attorney-client communications.

16              You can answer the question she asked,

17    which is a who question.

18              THE WITNESS:  Well, I think it would

19    actually go to attorney-client privilege, because

20    our GC was very much involved in the creation of

21    this, so I don't want to go there.

22

Page 151

1    BY MS. GREENBERGER

2        Q    This document on the top says

3    "Recommendation," correct?

4        A    Yeah.

5        Q    And who is the recommendation being

6    made to?

7        A    I would say to, you know, the CEO,

8    recommendation to whoever is going to ultimately

9    make the decision and how we make the decision.

10   And it's going to be a recommendation to a lot of

11   people at the agency because somebody might be in

12   charge of the Farsi language.  Somebody might be

13   in charge of China.  So this is recommendation to

14   people as we go forward implementing the

15   executive order.

16       Q    So is this a recommendation that

17   somebody else at the agency needed to approve or

18   disapprove, or is this a final decision?

19       A    It's a recommendation guideline so that

20   we can go forward and effectuate the continuing

21   reduction of the federal bureaucracy executive

22   order.

Page 152

```
 1        Q    So this was a final decision of the

 2   agency, not a recommendation that needed

 3   approval, correct?

 4             MR. KHOJASTEH:  Object to form.  Calls

 5   for legal conclusion.

 6             Also will instruct you not to answer to

 7   the extent that doing so discloses communications

 8   you've had with attorneys regarding the issue of

 9   whether this is a -- what did you say, final?

10   BY MS. GREENBERGER

11        Q    Let me ask it a different way.

12             Did you understand that after this

13   document was issued, someone had to evaluate it

14   and decide whether to accept or reject the

15   recommendation?

16             MR. KHOJASTEH:  Object --

17             THE WITNESS:  Yeah, I guess.

18             MR. KHOJASTEH:  Yeah, go ahead.

19             THE WITNESS:  Yeah.

20   BY MS. GREENBERGER

21        Q    And who was that someone who had to

22   decide whether to accept or reject -- or reject
```

Page 153

1    the recommendation?

2       A    I think a lot of people had to at least

3    understand what was going on.  And I don't think

4    it needed to be accepted.  What needed to be

5    accepted was that the President had ordered us to

6    reduce the agency to its statutory minimum.  This

7    is guidance for what statutory minimum is.

8       Q    And it's guidance because the agency

9    had made its determination that this was the

10   statutory minimum, correct?

11            MR. KHOJASTEH:  Object to form.  Calls

12   for a legal conclusion.

13            You can answer.

14            THE WITNESS:  The top senior career

15   leadership signed off and made the decision that

16   this was statutory minimum.  I was simply asking

17   them, what is statutory minimum?  This is the

18   document.

19   BY MS. GREENBERGER

20       Q    And they -- when did you -- strike

21   that.

22            You spoke about the senior leadership,

Page 154

```
 1      and there's six people listed at the -- at the

 2      bottom.  That's the senior leadership you're

 3      discussing?

 4           A    Yes.

 5           Q    And when was this plan, the statutory

 6      minimum plan, completed?

 7           A    I think it was completed on the date --

 8      the 18th.  That's what I believe.

 9           Q    March 18th?

10           A    Yeah.  Based on the signatures.

11           Q    And --

12           A    It looks like Roman signed it on the

13      18th.

14           Q    He digitally signed it on the 18th,

15      correct?

16           A    Uh-huh.

17           Q    Sorry.  You have to say yes.

18           A    Yes.

19           Q    And I think you said earlier that you

20      had -- on March 15th, you took those actions

21      while the agency determined what the statutory

22      minimum was, correct?
```

 1            MR. KHOJASTEH:  Object to form.  Vague.

 2     Same objection as earlier.  Vague as to "you."

 3            Go ahead.

 4            THE WITNESS:  Yes.  It is -- I mean, I

 5     worked in consultation with the leadership and

 6     senior career leadership at the agency, including

 7     Victor.

 8     BY MS. GREENBERGER

 9        Q    When did USAGM start preparing the stat

10     minimum plan?

11            MR. KHOJASTEH:  Object to form.  Asked

12     and answered.

13            THE WITNESS:  I don't have that date.

14     I mean, it was somewhere between --

15     BY MS. GREENBERGER

16        Q    Not before March 14th, right?

17        A    I don't believe it was, no.

18        Q    Yeah.  So it would be sometime between

19     March 15th and March 18th --

20        A    I can't get --

21        Q    -- they started --

22        A    -- into the mind of general counsel if

Page 156

1      they were starting to, you know, look at the --
2      read the tea leaves of what was happening in the
3      government being -- you know, if people started
4      to think about it, but --
5          Q     But to your knowledge, it started after
6      the EO was issued, correct?
7          A     The creation of this memo or this
8      executive summary, that came after the 15th.
9          Q     And when you received this
10     recommendation -- well, first of all, when did
11     you receive this recommendation?
12         A     Somewhere around the 18th.
13         Q     And when you received it, did you adopt
14     it?
15             MR. KHOJASTEH:  Go ahead.  You can
16     answer that question.
17             THE WITNESS:  It became guidance for
18     what statutory minium was so that we could
19     effectuate the President's executive order.
20     BY MS. GREENBERGER
21         Q     And it became guidance as of what date?
22         A     Right around that date.

Page 157

1    Q    March 18th.  And you were the one who
2    determined that this should become the guidance
3    that the agency follows, correct?
4              MR. KHOJASTEH:  Object to form.
5    Mischaracterizes testimony.  Vague as to "you."
6              THE WITNESS:  I don't know if it was
7    just me, no.  I think, you know, we've --
8    obviously, there were several people who signed
9    off on this.
10   BY MS. GREENBERGER
11        Q    You had said in your letter to Congress
12   on the first page --
13        A    Okay.
14        Q    -- that it was -- the plan was
15   developed by senior career USAGM leadership.
16             Other than the six people who are
17   listed at the back of the document, are there any
18   other career USAGM leadership to your knowledge
19   that were involved in developing the plan?
20             MR. KHOJASTEH:  Object to form.  I'm
21   going to instruct you not to answer to the extent
22   that doing so reveals attorney-client

Page 158

```
 1    communications.

 2            THE WITNESS:  I'm going to pass on

 3    answering that on the recommendation of my

 4    attorney.

 5            MS. GREENBERGER:  The identity of

 6    career USAGM leadership that were involved in

 7    this is not privileged.

 8            MR. KHOJASTEH:  If she has -- if she

 9    has independent knowledge -- do you want to go

10    off the record and talk about this real quick?

11            MS. GREENBERGER:  Why don't we come

12    back to this.  Why don't we talk about it at a

13    break, because I think --

14            MR. KHOJASTEH:  Sure.

15            MS. GREENBERGER:  -- we'll take a break

16    soon.

17    BY MS. GREENBERGER

18        Q    Speaking of the signatories, Ms. Thomas

19    and Mr. Luer and Mr. Balazs -- apologies for the

20    pronunciation -- they did not either sign it or

21    digitally sign it, correct?

22        A    They did not?  No, they did.  They did
```

Page 159

1    sign it.

2         Q    Do you understand there's a difference

3    between a digital signature and someone pasting

4    somebody's name in italics?

5         A    Are you accuse --

6              MR. KHOJASTEH:  Object -- object to

7    form.  If you think there's a distinction, lay a

8    foundation.

9              MS. GREENBERGER:  Okay.

10   BY MS. GREENBERGER

11        Q    Did Mr. Min hand sign this document?

12        A    Yes.  Some people choose to hand sign.

13        Q    And did Mr. Morales hand sign this

14   document?

15        A    It looks like it.

16        Q    And did Mr. Morali (ph) digitally sign

17   this document?

18             MR. KHOJASTEH:  Mr. --

19             THE WITNESS:  Mr. Morali?

20   BY MS. GREENBERGER

21        Q    I'm sorry.  Mr. Napoli.

22        A    Yeah.  That looks like a digital

Page 160

1      signature.

2            Q    And what's a digital signature?

3            A    I think it's something that you've

4      placed your signature in a -- you've approved and

5      put it in, right.

6            Q    And the final three signatories didn't

7      digitally sign it; is that correct?

8                 MR. KHOJASTEH:  Object to form.  Lacks

9      foundation.

10                THE WITNESS:  I mean, this is kind of,

11     I guess, a form of digital signature.  They

12     adhered that themselves and sent it back.

13     BY MS. GREENBERGER

14           Q    You have personal knowledge that each

15     of those three final three signatories adhered

16     their name in italics and sent it back?

17           A    I --

18                MR. KHOJASTEH:  Object to form.  Lacks

19     foundation.

20                THE WITNESS:  Should I answer?

21                MR. KHOJASTEH:  You can answer.

22                THE WITNESS:  I did not watch them with

Page 161

1    the keystrokes, but they sent this back with

2    their signature on it, unless somebody had

3    commandeered their keyboard.

4              Are you assuming -- are you asking like

5    it was --

6              MS. GREENBERGER:  I'm just asking a

7    question.

8              THE WITNESS:  -- somebody else did

9    that?

10             MS. GREENBERGER:  Ms. Lake, I'm really

11   just asking a question.

12             THE WITNESS:  Okay.

13             MS. GREENBERGER:  I'm not making

14   accusations.

15             MR. KHOJASTEH:  It sounds like an

16   accusation.

17             THE WITNESS:  It really does.

18             MS. GREENBERGER:  It does seem to sound

19   that way --

20             MR. KHOJASTEH:  Before --

21             MS. GREENBERGER:  -- to you guys.  It

22   was not my intent, and I think we should move on.

Page 162

```
 1   BY MS. GREENBERGER
 2        Q    Did USAGM send the statutory minimum
 3   document to any other agencies before it was
 4   finalized, to your knowledge?
 5        A    Send?  What do you mean by send?
 6        Q    Share a draft of this --
 7        A    Share, yes.
 8        Q    Okay.  And what agencies saw a draft of
 9   this document before it was finalized?
10             MR. KHOJASTEH:  Object to form.  Lacks
11   foundation.
12             THE WITNESS:  Not a draft, but when
13   this form was completed and signed by the senior
14   career leadership at our agency, this was shared
15   with the United States Department of State.
16             And I believe it was shared -- I don't
17   know if it was shared with OPM.  I don't --
18   strike that.  I don't know -- I'm not sure, so I
19   don't want to say if it was.
20   BY MS. GREENBERGER
21        Q    You're not sure about OPM, but you are
22   sure about Department of --
```

1          A    Yes.

2          Q    -- State?  Okay.

3               And was this shared with Department of

4     State after the statutory minimum was finalized

5     or before the statutory minimum was finalized?

6               MR. KHOJASTEH:  Object to form.  Asked

7     and answered.

8               THE WITNESS:  This -- are you saying

9     this -- before this was created?  This was shared

10    with State -- after this was created, this

11    executive summary recommendation, it was shared

12    with the Department of State.

13    BY MS. GREENBERGER

14         Q    And was there a step between it being a

15    recommendation and it being what the agency was

16    going to follow?

17         A    I don't know about a step.  I mean --

18         Q    Was there an approval process?

19               MR. KHOJASTEH:  Object to form.  Lacks

20    foundation.

21               THE WITNESS:  This is a guideline to

22    how we would effectuate the statutory minimum.

Page 164

1    BY MS. GREENBERGER
2         Q    And once it was --
3         A    And as you can see, we've done a little
4    bit different than this, because this -- the
5    senior career leadership of this agency only
6    wanted 81 or 82 people, and we have more than
7    that.
8         Q    And I'm -- I'll ask you some questions
9    about that.
10             Does this statutory minimum plan
11    consider how many languages VOA was required to
12    broadcast in?
13        A    It looks like it did.
14        Q    Where in the document is that?
15        A    What's the question?  How many
16    languages?
17        Q    Yes.
18        A    Will you repeat that, what you are
19    asking?
20        Q    Sure.  Does this statutory minimum plan
21    consider how many languages VOA was required to
22    broadcast in?

Page 165

```
 1        A    It looks like it says Farsi, China
 2   broadcasting, Afghanistan and -- oh, here it is.
 3   Afghanistan, Cuba broadcasting, Farsi, Pashto.
 4   It would be Pashto and Dari for Afghanistan,
 5   Spanish for Cuba.
 6        Q    And is your understanding that the
 7   statutory minimum plan is saying that there is no
 8   requirement to broadcast in any other language?
 9              MR. KHOJASTEH:  Object --
10              THE WITNESS:  That's --
11              MR. KHOJASTEH:  -- to form.  To the
12   extent that -- you're just asking her to
13   understand this, not -- no communications with
14   her lawyers about what this means and --
15              MS. GREENBERGER:  I'm not asking about
16   her communications with her lawyers.  I'm asking
17   about what the document means.
18              THE WITNESS:  What I see in this
19   document, it does not have -- what was the
20   question?  What language?
21   BY MS. GREENBERGER
22        Q    Whether this document is taking the
```

Page 166

1      position that USAGM does not need to broadcast in

2      any of the other languages other than the four

3      that are mentioned.

4          A    What this document says is that these

5      four that are mentioned are the statutory

6      minimum.

7          Q    Did this document -- you said this

8      document was finalized on March 18th, correct?

9          A    That's what it looks like based on

10     the --

11         Q    And --

12         A    -- date.

13         Q    -- did it immediately become the agency

14     position as of March 18th?

15         A    It became a guideline.

16         Q    And what's the difference between a

17     guideline and a position in your view?

18              MR. KHOJASTEH:  Object to form.  Lacks

19     foundation.

20              THE WITNESS:  I mean, that's pretty

21     obvious.  A guideline is something you use as a

22     guideline to decide -- a guide to decide

Page 167

```
 1    decisions going forward.

 2    BY MS. GREENBERGER

 3        Q    Well, you understood that the EO said

 4    that you needed to reduce the performance of the

 5    agency's function to the statutory minimum,

 6    correct?

 7        A    It said -- no.  It said, "the

 8    non-statutory components and functions of the

 9    following governmental entities shall be

10    eliminated to the maximum extent consistent with

11    the law."

12        Q    And so --

13        A    To the maximum extent.

14        Q    And wasn't this statutory minimum

15    document laying out the maximum extent consistent

16    with law?

17        A    Yes.

18        Q    And so how is it that it was only a

19    guideline to guide your decision?

20        A    Well, we --

21             MR. KHOJASTEH:  Object to form.  I'm

22    going to instruct the witness not to answer to
```

1    the extent that doing so would disclose legal

2    advice you received from your general counsel.

3              THE WITNESS:  I'm going to forego

4    answering that.

5    BY MS. GREENBERGER

6         Q    So, as of March 18th, the stat minimum

7    document guided the agency's decisions; is that

8    correct?

9         A    That's correct.

10        Q    And is that true till today?  This is

11   still the document that is guiding the agency's

12   decisions in implementing the EO?

13        A    It's a foundational document that we

14   can rely on.

15        Q    Are there other foundational documents

16   that the agency is relying on in implementing the

17   EO?

18        A    I think it's just the advice of people

19   who are working in the newsroom, leading the

20   newsroom, and we want to make sure that we are

21   covering those four languages.  So we have the

22   ability to have more people occasionally if we

1    have breaking news or fewer people, but we use

2    this as the guideline for which languages we

3    should be covering.

4        Q    And are there other foundational

5    documents that you look at in guiding the

6    agency's decision-making in implementing the EO?

7        A    Executive order.

8            MR. KHOJASTEH:  Object to form.  Asked

9    and answered.

10   BY MS. GREENBERGER

11       Q    Other than that document?

12           MR. KHOJASTEH:  Same objection.

13           THE WITNESS:  The other -- what was the

14   question?

15   BY MS. GREENBERGER

16       Q    Were there any documents other than the

17   EO itself and the stat min memo that the agency

18   uses to guide its decision-making to implement

19   the EO?

20       A    Well, a lot of the statute, I guess --

21   I mean, what my attorneys, which I won't go into,

22   did to come up with -- I'll just stop that.

Page 170

```
 1        Q    Okay.  Other than the statutes and the
 2   EO itself and the stat minimum document, are
 3   there any other documents that guide the agency's
 4   decision-making in implementing the EO?
 5             MR. KHOJASTEH:  Object to form.  Vague
 6   as to documents.
 7             THE WITNESS:  The U.S. Constitution,
 8   Article II.
 9   BY MS. GREENBERGER
10        Q    Any other documents?
11        A    I think that's good.  I mean, there may
12   be others, but I can't think of any right now.
13             MR. KHOJASTEH:  Is this an okay time to
14   take a break?
15             MS. GREENBERGER:  Sure.
16             THE WITNESS:  Are we going to continue
17   on this?  How much more do we have on this?
18   Because I'm fine not eating right now.
19             MR. KHOJASTEH:  If there's --
20             MS. GREENBERGER:  I have a good amount
21   more.
22             MR. KHOJASTEH:  So why don't we wait --
```

1    why don't we take a five-minute break, and we'll
2    come back.
3                    THE WITNESS:  Okay.
4                    MS. GREENBERGER:  All right.  That's
5    fine.
6                    VIDEO TECHNICIAN:  This marks the end
7    of Media Unit No. 2.  Going off the record, the
8    time is 12:39 p.m.
9                    (Recess 12:39 p.m. to 12:55 p.m.)
10                   VIDEO TECHNICIAN:  This marks the
11   beginning of Media Unit No. 3.  Going back on the
12   record, the time is 12:55 p.m.
13   BY MS. GREENBERGER
14        Q    I guess good afternoon, Ms. Lake.  So,
15   continuing on with Exhibit 3, when did you first
16   see the statutory min document?
17        A    It would be right around between the
18   14th, but probably between Monday and -- what day
19   of the week was the 18th?  Does anybody know?
20        Q    I believe it was a Tuesday.  The 14th
21   was a Friday, Saturday, Sunday.  Tuesday.
22        A    I would guess probably -- this is a

Page 172

1  guess -- the night before or earlier in the day.
2       Q    Earlier in the day of the day --
3       A    If this was signed --
4       Q    -- before it was --
5       A    What time was this signed?  Noon.  I
6  don't remember if I saw it that -- I just don't
7  remember, so I'm -- I mean, it's within a window
8  of a few days.
9       Q    But you saw it shortly before it was
10  finalized?
11       A    I saw it before it had all of the
12  signatures.
13       Q    And did you -- did you ask for any
14  changes to the text?
15            MR. KHOJASTEH:  Object to form.  To the
16  extent that your communications regarding this
17  document were with general counsel, I'm going to
18  instruct you not to answer.
19  BY MS. GREENBERGER
20       Q    Let me ask it a different way.  Is the
21  version that you first saw the same as the
22  version that we're looking at in Exhibit 3, other

Page 173

```
 1    than the signatures?

 2         A    I relied on senior career officials to

 3    come up with this plan.  They have the experience

 4    of many, many decades at the agency and in the

 5    government, and so I did not call for them to

 6    change the plan.

 7         Q    So it sounds like the answer to my

 8    question is yes, the version you first saw is the

 9    same as the version we're looking at here in

10    Exhibit 3?

11         A    I believe so.  I mean, maybe a typo

12    here or there was -- roughly the same.

13         Q    And this document says there's an

14    executive summary.  Is there --

15         A    Where?

16         Q    I'm sorry.  On the top of the statutory

17    minimum.

18         A    It says executive summary?

19         Q    Yes.

20         A    Yeah.

21         Q    And is there another document that's

22    the longer version?
```

Page 174

1          A    I don't know.

2               MR. KHOJASTEH:  Object to form.  Lacks

3     foundation.  I think misunderstands the document.

4               THE WITNESS:  When you say document, I

5     think of this as being a document and this as

6     being a document.  Is that what you're referring

7     to?  Is there some sort of a memo or a paper that

8     would be a document?  What are you referring to

9     as document?

10    BY MS. GREENBERGER

11         Q    So, at this point, I'm saying, is there

12    a longer version of this plan, this statutory

13    minimum plan, other than this three-page version?

14         A    Anything that would have come before

15    this would be communications had with my

16    attorney.

17         Q    And I understand there was an objection

18    from your counsel, so I just want to make clear

19    that when I'm asking a question about you, I mean

20    you, Ms. Lake, personally.  Okay?

21         A    And I think I've made very clear that

22    I'm not an emperor.  I am one person at an

```
 1    agency, and I rely on a team.  I rely on the
 2    senior career leadership to help come up with
 3    this.  It wasn't just me.  If it were just me, I
 4    would have maybe had a different plan --
 5         Q    So you --
 6         A    -- but I relied on other people.  So I
 7    work with others.
 8         Q    You personally notified Senator Graham
 9    on June 3rd about the stat minimum plan, correct?
10         A    Yes.
11         Q    And why did you not -- well, let me ask
12    it a different way.
13              Did you notify Congress in any other
14    way about this plan between March 18th when it
15    was finalized and June 3rd?
16         A    Between March --
17              MR. KHOJASTEH:  Object to form.
18              THE WITNESS:  -- 18th and June 3rd.  I
19    don't know.  I'd have to look.  I may have had
20    conversations.  I talk to people all over.  And I
21    don't know, because I don't want to say that I
22    had no conversations with anybody in Congress and
```

Page 176

```
 1   maybe, in passing, we talked about the
 2   President's executive order.  So I don't know.  I
 3   really don't.
 4   BY MS. GREENBERGER
 5        Q    Do you have any specific memory of
 6   telling anybody in Congress about the stat
 7   minimum plan prior to June 3rd?
 8        A    I'd have to look at my schedule.  I
 9   don't know.
10        Q    Okay.  And --
11        A    And I should note that, you know, you
12   had asked about this, if I thought this was the
13   final -- the end all.
14             I mention right here to Lindsey
15   Graham -- and I know I mentioned it to Chairman
16   Mast and others -- "While we anticipate being
17   above the originally proposed statutory minimum
18   staffing numbers," which are in this document,
19   "the plan to effectuate the President's Executive
20   Order is still developing."
21             This was very early.  This was very
22   early in the process.
```

1            "As we work to adhere to the executive

2    order, please consider this required

3    Congressional Notification."

4        Q    And did --

5        A    So it's a little more fluid.

6        Q    And did you give any prior

7    congressional notification, any formal

8    congressional notification, prior to June 3rd

9    about the stat minimum plan?

10            MR. KHOJASTEH:  Object to form.  Asked

11    and answered.

12            THE WITNESS:  I don't -- I think this

13    was the first, but I'm not 100 percent certain.

14    BY MS. GREENBERGER

15        Q    And why did you wait until June 3rd, to

16    the best of your memory, to notify Congress?

17            MR. KHOJASTEH:  Object to form.  To the

18    extent that -- you can answer the question to the

19    extent that it does not reveal communications you

20    had with your lawyers at the agency or elsewhere.

21            THE WITNESS:  I don't think it was any

22    nefarious reason.  It was just a lot was

Page 178

1    happening.  This came down on the 14th.  We

2    have -- had a lot of decisions to make.  We

3    needed to have a plan developed really in seven

4    days.  That was -- this was required.

5              As it says in the executive order,

6    within 7 days of the date of this order, the head

7    of each governmental entity listed in subsection

8    (a) shall submit a report to the Director of

9    Office of Management and Budget confirming full

10   compliance with this order.

11             So there's a lot to accomplish, and I

12   think we were working on all -- a lot of moving

13   parts.  It's something that was very new to the

14   agency.

15   BY MS. GREENBERGER

16        Q    And did the agency issue this report to

17   OMB within seven days?

18        A    I believe we did.  One of our detailees

19   was from OMB, so I think it was --

20        Q    And are you aware that the 2024

21   Appropriations Act requires that if there's

22   significant modifications to USAGM broadcast

Page 179

1    hours that were previously justified to Congress

2    that that shall be subject to regular

3    notification procedures?

4              MR. KHOJASTEH:  Object to form.  Calls

5    for legal conclusion.

6              And to the extent that disclosing --

7    you can answer the question.  However, to the

8    extent that doing so discloses communications or

9    an understanding you've received from counsel,

10   I'm going to instruct you not to answer.

11             THE WITNESS:  Repeat the question.  I

12   apologize.

13   BY MS. GREENBERGER

14        Q    Do you understand that the 2024

15   Appropriations Act requires you to notify the

16   Committee on Appropriations if there's

17   significant modifications to USAGM broadcasting

18   hours that were previously justified to Congress?

19             MR. KHOJASTEH:  Same objection.

20             THE WITNESS:  My attorney, GC, was

21   briefing me on a lot of things.  I don't want to

22   go into details, but we worked to make sure that

1    we followed every single step.  There are a lot

2    of steps when you make any -- any action you make

3    in government, there are steps that you have to

4    follow, and we worked diligently to make sure we

5    did those.  If this is considered late, June 3rd,

6    you know, we were working as fast as we could.

7    BY MS. GREENBERGER

8         Q    Does this, in your view, constitute

9    notifying Congress of modifications to broadcast

10   hours?

11             MR. KHOJASTEH:  Object to form.

12             To the extent you have a view

13   independent from that which you learned from

14   communications with counsel, you can answer.

15             THE WITNESS:  The last --

16             MR. KHOJASTEH:  Otherwise, I'm going to

17   instruct you not to answer.

18             THE WITNESS:  Well, I'll just read

19   what's in the last sentence here.

20             "As we work to adhere to the EO, please

21   consider this the required Congressional

22   Notification to satisfy notice for the potential

```
 1    reorganization, consolidations, and/or program

 2    terminations."

 3              This way, they wouldn't be caught off

 4    guard.

 5    BY MS. GREENBERGER

 6         Q    And would you agree with me that when

 7    Congress appropriates money for broadcasting,

 8    they like to know whether that money was used as

 9    it was justified by the agency?

10              MR. KHOJASTEH:  Object to form.  Calls

11    for speculation.

12              THE WITNESS:  I don't know.

13    BY MS. GREENBERGER

14         Q    You don't know whether it would be --

15         A    Well, I don't know if somebody might --

16    somebody might be upset about it, and somebody

17    else might not.  You're asking me to get into the

18    minds of members of Congress.

19         Q    I'm not asking about whether they'd be

20    upset.  Whether they'd want to know.

21              Do you believe that the Congress would

22    want to know if money that they had appropriated,
```

```
                                        Page 182

 1     hundreds of millions of dollars, was instead not

 2     being used for the purpose that was justified to

 3     Congress --

 4               MR. KHOJASTEH:  Same --

 5     BY MS. GREENBERGER

 6          Q    -- namely, broadcasting?

 7               MR. KHOJASTEH:  Same objection.  Calls

 8     for speculation.

 9               THE WITNESS:  There's over 400 members

10     of Congress in the House.  I don't know what

11     their desires are.

12     BY MS. GREENBERGER

13          Q    Are you aware that USAGM has a plan for

14     a government shutdown?

15          A    Yes.

16          Q    And in the event of a government

17     shutdown, USAGM can only retain people who are

18     necessary to perform activities expressly

19     authorized by law?

20          A    Yes.

21          Q    And did you review the most recent

22     government shutdown plan?
```

Page 183

1          A    I --

2                MR. KHOJASTEH:  Object to form.  Lacks

3     foundation.

4                THE WITNESS:  I believe that came

5     across my desk, yes.

6     BY MS. GREENBERGER

7          Q    And are you aware -- the wrong one --

8     that the most recent government shutdown plan has

9     963 people listed as necessary to perform

10    activities expressly authorized --

11         A    Can I see that --

12         Q    -- by law?

13         A     -- please?

14               MS. GREENBERGER:  It's tab 44.

15               (Deposition Exhibit Number 10 was

16               marked for identification.)

17               THE WITNESS:  I don't know if this is

18    the most recent, to be honest.  I think there --

19               MS. GREENBERGER:  Has there --

20               THE WITNESS:  -- might be something --

21    there might be one that's more recent than this.

22    Do you know what the date --

Page 184

1                    MS. GREENBERGER:  This is from --

2                    THE WITNESS:  -- of this --

3                    MS. GREENBERGER:  -- 2024.

4                    THE WITNESS:  Oh, yeah.

5                    MR. KHOJASTEH:  Do you have anything

6      to, like, establish that other than --

7                    THE WITNESS:  Yeah.  This is --

8                    MR. KHOJASTEH:  -- say so?

9                    MS. GREENBERGER:  I mean, I was trying

10     to avoid printing dozens of pages.  I could --

11                   THE WITNESS:  I would rather --

12                   MS. GREENBERGER:  -- send you the full

13     document.

14                   MR. KHOJASTEH:  I'm just -- I just

15     mean, like, is there anything that you have like

16     the cover page of this that would show that it's

17     --

18                   MS. GREENBERGER:  You know what?  Why

19     don't we put this aside and we can come back to

20     it after lunch.

21                   THE WITNESS:  Yeah.

22                   MR. KHOJASTEH:  Again, I'm not trying

Page 185

```
 1    to --
 2               MS. GREENBERGER:  But --
 3               MR. KHOJASTEH:  -- give you a hard
 4    time, Counsel, just --
 5               MS. GREENBERGER:  But my question --
 6               MR. KHOJASTEH:  -- an unauthenticated
 7    document that you're showing us with no heading,
 8    nothing.
 9               THE WITNESS:  And this is, I believe,
10    an old one.
11    BY MS. GREENBERGER
12        Q    Okay.  I want to turn back to the plan.
13    I just have a question that I hope you can answer
14    for me.  The number on page 2, the 1,033 -- you
15    might need to squint a little.
16        A    Yeah.
17        Q    Is that the -- what -- what does that
18    number represent?
19        A    The number, it looks like the number of
20    workers at VOA that are in a competitive field.
21    There's noncompetitive and there's competitive.
22        Q    So is that the number that would be
```

Page 186

1      terminated to reach 81, or is that the total from

2      which 81 would be terminated?

3          A    I believe if you're reading this, of

4      the 936, this called -- this plan that was signed

5      off on by career agency staff called for the

6      elimination of 90.6 percent of the staff in

7      Washington, D.C., 3.1 percent in Miami,

8      2.6 percent in New York, if I'm following this,

9      .7 percent in Greenville.

10         Q    Yeah.  So, just so I understand, these

11     are the number of people that would be laid off?

12             MR. KHOJASTEH:  Strike -- object to

13     form.  I think she -- mischaracterizes her

14     testimony.

15     BY MS. GREENBERGER

16         Q    I'm really not.  This is not some sort

17     of trick question.  I'm just trying to understand

18     this document.

19         A    This -- yeah, this is a little

20     confusing.  I don't know.

21         Q    Okay.

22         A    Can you ask Frank that?  He would be

Page 187

1    better off to ask that.

2        Q    Okay.  That's fine.  Okay.  So you

3    understand that Judge Lamberth -- you can put

4    that aside; we might come back to it -- issued a

5    preliminary injunction on April 22nd?

6        A    Yes.

7        Q    And you learned of it promptly after it

8    was issued?

9        A    Yeah.  I'm sure it was promptly.

10        Q    And you understand that Part III of the

11    PI is not on appeal?

12        A    Yes.

13        Q    And that means it's in force right now?

14        A    Yes.

15        Q    And what is your understanding of what

16    Part III of the --

17            MR. KHOJASTEH:  Go ahead.  Answer.

18    I'm --

19    BY MS. GREENBERGER

20        Q    -- preliminary injunction requires?

21    I'm not asking you to disclose any information

22    from counsel.

1              MR. KHOJASTEH:  I'm going to instruct

2      you not to answer to the extent that your

3      understanding of Part III of the order is based

4      on communications you had with counsel.

5              THE WITNESS:  Okay.

6              MS. GREENBERGER:  Are you instructing

7      her not to answer at all?

8              MR. KHOJASTEH:  My instruction stands.

9      I'm going to instruct her not to answer to the

10     extent that her understanding is based on

11     communications she had with counsel.

12              If you have some independent

13     understanding, meaning you're going to put the

14     order in front of her and ask her what the words

15     on the page mean, go for it, but --

16              MS. GREENBERGER:  Let's move on.

17              MR. KHOJASTEH:  -- if it's based on

18     her -- conversations with us or agency counsel,

19     it's plainly attorney-client.

20     BY MS. GREENBERGER

21         Q     Did you understand as a defendant in

22     the case that you were required to comply with

Page 189

```
 1     Judge Lamberth's order?

 2          A     Yes.

 3          Q     And did you understand that USAGM is

 4     also a defendant and had to comply?

 5          A     Yes.

 6          Q     Okay.  And do you agree that Judge

 7     Lamberth was right to issue Part III of the

 8     preliminary injunction?

 9                MR. KHOJASTEH:  Object to form.

10                THE WITNESS:  Can I see that?  I -- I

11     want to see what -- you're asking --

12                MS. GREENBERGER:  I can read it to you.

13                THE WITNESS:  -- if I agree with the

14     judge?

15                MS. GREENBERGER:  Yeah.

16                MR. KHOJASTEH:  What -- could you --

17     could you at least explain --

18                MS. GREENBERGER:  Sure.  I can read to

19     you --

20                MR. KHOJASTEH:  -- read to her or show

21     her what --

22                MS. GREENBERGER:  I'll read to you what
```

Page 190

```
 1    --
 2              MR. KHOJASTEH:  -- Part III says?
 3              MS. GREENBERGER:  -- Part III is.  It's
 4    just a sentence, so I --
 5              THE WITNESS:  Okay.
 6              MS. GREENBERGER:  -- don't know that I
 7    printed it up.
 8    BY MS. GREENBERGER
 9        Q    But it says, Defendants must, quote,
10    restore VOA programming such that USAGM fulfills
11    its statutory mandate that VOA, quote, serve as a
12    consistently reliable and authoritative source of
13    news --
14        A    Right.
15        Q    -- 22 U.S.C. 6202.
16        A    Yes.  Yes.
17        Q    And so my question was:  Do you agree
18    that Judge Lamberth was right to issue that
19    preliminary injunction?
20        A    I believe we didn't fight that part.
21    Is that correct, we didn't fight that part?
22    Because we agree.
```

Page 191

```
 1        Q    And --
 2             MR. KHOJASTEH:  We -- yeah.
 3   BY MS. GREENBERGER
 4        Q    It's okay.  I'll go to my next
 5   question.
 6             And Part III of the preliminary
 7   injunction requires you as one of the defendants
 8   ensure that VOA continues broadcasting.
 9             Is that how you understand it?
10             MR. KHOJASTEH:  Object to form.
11   Whatever -- I'm going to instruct her not to
12   answer to the extent that any part of her
13   understanding of that order --
14             MS. GREENBERGER:  I'll -- I'll --
15             MR. KHOJASTEH:  -- is based
16   on communications --
17             THE WITNESS:  That's true.
18             MR. KHOJASTEH:  -- with lawyers.
19             MS. GREENBERGER:  I'll withdraw the
20   question.
21             THE WITNESS:  That's true.
22
```

Page 192

1    BY MS. GREENBERGER

2        Q    Did you take -- so we already

3    established that the injunction was issued on

4    April 22nd.

5        A    I think there was a TRO, right?

6        Q    And there was an earlier TRO --

7        A    Which was --

8        Q    -- from a judge in --

9        A    -- on what --

10       Q    -- New York.

11       A    -- date?

12            MR. KHOJASTEH:  For his sake, let her

13   ask the questions.

14            THE WITNESS:  Okay.

15   BY MS. GREENBERGER

16       Q    So let me -- let me focus on the

17   preliminary injunction.

18            Did you take any immediate steps after

19   April 22nd to restore VOA programming?

20       A    Yes.

21       Q    And what were the steps that you took?

22       A    Well, the reason --

```
                                              Page 193

  1              MR. KHOJASTEH:  Object to form.  If you
  2      know.
  3              THE WITNESS:  The reason I asked about
  4      the TRO is that we wanted to figure out what the
  5      stat minimum was, and as we were in the process
  6      of working through all of this, we were hit with
  7      the TRO, which froze us.
  8              We figured out immediately that Office
  9      of Cuba Broadcasting was statutorily required,
 10      and we -- even though we had taken everybody at
 11      OCB and put them on paid administrative leave, we
 12      put the graphic up, and we brought them right
 13      back.  And then we were trying to come up with
 14      our plan for statutory minimum, and we had --
 15      we're hit with a TRO and kind of froze in place.
 16              So once the preliminary order happened
 17      and we started -- were told to start back up,
 18      that we could start back up, it takes time.  The
 19      machine had not moved for that much of time
 20      because of the TRO.
 21      BY MS. GREENBERGER
 22          Q    So the TRO, I can represent to you, was
```

Page 194

1    on March 28th.

2         A    Uh-huh.

3         Q    Is your position that you could not

4    start back up, meaning start -- restore VOA

5    programming after the March 28th TRO until the PI

6    was issued?

7                   MR. KHOJASTEH:  Object to form.

8                   I'm going to instruct you not to answer

9    to the extent that your understanding of the

10   impact of the March 28th TRO is based on your

11   communications with counsel.

12                  THE WITNESS:  I'm going to pass on

13   answering that.

14   BY MS. GREENBERGER

15        Q    Let me ask it a different way.

16                  Were it not for the TRO on March 28th,

17   would you have different programming on

18   March 29th and thereafter?

19        A    No, I -- it's a process to determine

20   what the stat minimum is and then make what is a

21   big machine move.  And it's just a long -- it's a

22   process.  There's a lot of -- there's a lot of

Page 195

1    moving parts.

2         Q    And on --

3         A    So we were working diligently to make

4    that happen.

5         Q    And so, on March 18th, you determined

6    what the statutory minimum was, correct?

7              MR. KHOJASTEH:   Object to form.  Vague

8    as to "you."

9    BY MS. GREENBERGER

10        Q    So I want to -- you said to Congress

11   that the judge froze us, and maybe -- maybe the

12   better way to ask without asking about your

13   counsel is:  What did you mean when you said that

14   to Congress?

15        A    We got hit with numerous malicious

16   lawsuits, and it is a bit of a freezing pattern.

17   You are stuck in the minutia of lawsuits, and it

18   can be -- it can have a chilling effect that kind

19   of freezes you.  You're forced to be dealing with

20   this when what you're trying to do is get the

21   agency to stat min.

22        Q    And when you say you were frozen, what

Page 196

1      were you unable to do?

2           A    To put 100 percent focus on getting us

3      to stat min.

4           Q    So, when you say you were frozen, it's

5      because you were thinking about the lawsuits?   Is

6      that what you're saying?

7           A    No, I'm not saying that.   That's what

8      you're saying.

9           Q    I'm really just trying to understand.

10               When you were frozen, what couldn't the

11     agency do?

12               MR. KHOJASTEH:   Object -- I'm --

13               THE WITNESS:   I've already answered

14     that.

15     BY MS. GREENBERGER

16          Q    So between March 15th and April 22nd,

17     did any programming restart?

18          A    Office of Cuba Broadcasting, I believe,

19     started up.

20          Q    How about anything else?

21          A    I don't -- I don't recall.

22          Q    Okay.

Page 197

```
 1        A     That would be a question that maybe
 2    Leili or Frank would be better to answer.
 3        Q     And Persian News Network broadcasting
 4    on TV restarted at a certain point, correct?
 5        A     Yes.
 6        Q     Okay.  So -- and was that point after
 7    April 22nd?
 8              MR. KHOJASTEH:  Object to form.  Asked
 9    and answered.
10              THE WITNESS:  I don't have the calendar
11    in front of me.
12    BY MS. GREENBERGER
13        Q     Okay.  So what steps did VOA take to
14    restore VOA -- I'm sorry.
15              What steps did the agency take to
16    restore VOA programming after it received the PI?
17        A     Well, we --
18              MR. KHOJASTEH:  Object to form.  Lacks
19    foundation.
20              THE WITNESS:  Trying to figure out how
21    to take the stat min that the President asked
22    for, which is the reduction to non-statutory
```

Page 198

```
 1    components of functions shall be eliminated, so

 2    eliminating anything that was non-statutory,

 3    keeping what was statutory, and determining how

 4    do we take what's statutory and get that over the

 5    air.

 6    BY MS. GREENBERGER

 7         Q    In late July, you told the press that

 8    your goal is to shut the entire agency down as

 9    per the instructions of President Trump; is that

10    correct?

11              MR. KHOJASTEH:  Object to --

12              THE WITNESS:  Can I see the --

13              MR. KHOJASTEH:  Object to form.  Lacks

14    foundation.  If you want to show her something,

15    go for it.

16    BY MS. GREENBERGER

17         Q    Well, this was quoted in the Court's

18    decision.  You read the Court's decision, right?

19              MR. KHOJASTEH:  Object to form.  Lacks

20    foundation.

21    BY MS. GREENBERGER

22         Q    Okay.  Did you read the Court's
```

Page 199

1    decision?

2              MR. KHOJASTEH:  Object to form.

3              THE WITNESS:  I read a lot of things.

4              MR. KHOJASTEH:  Lacks foundation.

5              THE WITNESS:  I really do.  It would be

6    nice to have the exact quote and not just

7    skipping sentences like the fake news does.

8              MS. GREENBERGER:  It's document 27.  We

9    can mark this.

10             (Deposition Exhibit Number 11 was

11             marked for identification.)

12   BY MS. GREENBERGER

13        Q    This is the Court's order dated

14   July 30th, 2025.

15        A    Okay.

16        Q    Have you seen this document before?

17        A    I'm sure I have.

18        Q    Okay.  And did you review it soon after

19   it came out?

20             MR. KHOJASTEH:  You can -- you can

21   answer whether you reviewed this or not.

22             THE WITNESS:  I -- you realize we have

Page 200

```
 1    a lot of cases?  I've seen a lot of this.  I
 2    probably did.
 3              MS. GREENBERGER:  Okay.
 4              THE WITNESS:  I probably relied on my
 5    attorneys to advise me on this.
 6    BY MS. GREENBERGER
 7         Q    So turning to the bottom of page 9, do
 8    you see that four lines up from the bottom, the
 9    Court says, "Defendant Kari Lake made the
10    following on-the-record statement to a news
11    publication, as reported on July 22nd: Our goal
12    is to shut the entire agency down as per the
13    instructions of President Trump . . . . And so
14    I'm working to eliminate the agency, and it's
15    been a big job, but we're working hard on it."
16         A    What's the question?
17         Q    So my question was:  Did you say that
18    to the press?
19         A    Well, there's a dot dot dot dot, which
20    indicates a whole lot was left out.  If you'd
21    like to pull the exact interview and show me
22    that, then I'd be happy to make -- respond to
```

Page 201

```
 1    that, but the dot dot dot dot indicates there's a

 2    lot that -- a lot that may have been said between

 3    the words "President Trump" and the words "and

 4    so."

 5         Q    So are you accusing the judge of

 6    selectively quoting you?

 7              MR. KHOJASTEH:  She's not accusing the

 8    judge of anything.

 9              THE WITNESS:  I'm just telling you I'm

10    not going to respond to it.

11    BY MS. GREENBERGER

12         Q    Well, my --

13              MR. KHOJASTEH:  Yeah.

14    BY MS. GREENBERGER

15         Q    -- question is:  Do you recall making

16    those two sentences -- that statement?

17         A    I've said a lot of words, but I'd

18    really like to know what's in the middle of that.

19    It could be selective.

20         Q    Do you recall, or you don't recall?

21              MR. KHOJASTEH:  She just answered.

22              MS. GREENBERGER:  No, she didn't.
```

 1          THE WITNESS:  I would like to see the
 2     entire -- this is a small segment of an
 3     interview, and in typical fashion, the media
 4     likes to pull apart just little --
 5     BY MS. GREENBERGER
 6          Q    This is not a quote in the media.  This
 7     is a quote in the court order, correct?
 8          MR. KHOJASTEH:  That he's citing from
 9     media reports.
10          THE WITNESS:  Yeah.
11          MR. KHOJASTEH:  He's not -- do
12     you think -- just for the record, Counsel, do you
13     think that the judge was the reporter on this?
14          MS. GREENBERGER:  I think you're
15     misunderstanding, sir.
16          MR. KHOJASTEH:  I think, then, you
17     should ask better questions.
18          MS. GREENBERGER:  I think you don't
19     understand the citation.
20          THE WITNESS:  If you --
21     BY MS. GREENBERGER
22          Q    Let's -- let's move on.  I'm going to

Page 203

1    come back to this.

2              So, since the preliminary injunction

3    has gone into effect, the VOA has only broadcast

4    in four language -- is only providing

5    broadcasting for four language services; is that

6    correct?

7              MR. KHOJASTEH:  Object to form.

8              THE WITNESS:  I believe so.

9    Afghanistan, Persian, Cuba and Mandarin.

10   BY MS. GREENBERGER

11       Q    And prior to your takeover at USAGM,

12   how many languages was VOA broadcasting?

13       A    It depends if you're looking at just

14   VOA or you're looking at the grantees, but

15   dozens.

16       Q    Over 45?

17       A    Sounds good.

18       Q    I think 49's the right number.  And did

19   you consult with the secretary -- strike that.

20              Did you -- so, first of all, I believe

21   the number is 49.  Do you -- do you agree that's

22   accurate?

Page 204

1       A    You say so.  It sounds right.

2       Q    And did you consult with the Secretary

3   of State concerning the deletion of the other

4   approximately 45 language services?

5       A    Consulted with the Department of State.

6       Q    And what documents, whether that be

7   e-mails, memos, reflect that you consulted with

8   the Department of State?

9            MR. KHOJASTEH:  Object to form.  Lacks

10   foundation.

11            THE WITNESS:  I put -- there's a memo

12   that shows that we had that --

13            MS. GREENBERGER:  And who --

14            THE WITNESS:  -- that meeting.

15   BY MS. GREENBERGER

16       Q    And who was at the meeting?

17       A    Oh, boy.  Members of the Secretary's

18   team, high-level members of the Department of

19   State.

20       Q    And when was that meeting?

21       A    I want to say it was the 18th or the

22   19th.

1     Q   Of what month?

2     A   Of March.  So within that seven-day

3 window of the President's executive order.

4     Q   And in that meeting, you said that you

5 were going to stop language broadcast -- stop

6 broadcasting in about 45 languages?

7     A   In that meeting, we discussed the

8 President's executive order, what it meant, what

9 he was calling for us to do at the agency in the

10 executive order, which was to bring this agency

11 down to its statutory minimum, reduce -- that the

12 non-statutory components and functions of the

13 agency would be eliminated to the maximum extent

14 consistent with applicable law.

15     And then we presented them with the

16 plan that was developed by senior career

17 leadership, who assessed what the statutory

18 minimum is and signed off on it, which is your, I

19 believe, Exhibit 3, showing them which languages

20 we would be doing and would not be doing.

21     Q   And in the fiscal year 2025 budget

22 justification, VOA had represented to Congress

Page 206

1      that it would broadcast in, you know, whether

2      it's 48 or 49 languages; is that right?

3              MR. KHOJASTEH:  Object to form.  Lacks

4      foundation.

5              THE WITNESS:  In the what?  In the

6      what?  I'm sorry.

7      BY MS. GREENBERGER

8          Q    In the budget justification for the

9      2025 fiscal year.

10         A    What about it?

11         Q    In that budget justification, did VOA

12     represent how many languages it would broadcast

13     in?

14             MR. KHOJASTEH:  Object to form.  Lacks

15     foundation.

16             THE WITNESS:  The 2025 budget would

17     have been put together approximately when, that

18     justification?

19             MR. KHOJASTEH:  If you don't know, you

20     don't know, Ms. Lake --

21             THE WITNESS:  Well, I --

22             MR. KHOJASTEH:  -- it's okay.

1           THE WITNESS:  -- believe it was put

2     together by the previous administration before

3     the executive order of March 14th, Continuing the

4     Reduction of the Federal Bureaucracy, was issued.

5     Is that right?

6     BY MS. GREENBERGER

7           Q    So the budget justification that was

8     issued prior to the EO, do you understand that it

9     represented that there would be broadcasting in

10    48 or 49 languages?

11          MR. KHOJASTEH:  Object to form.  Lacks

12    foundation.

13          Do you want to ask her whether she

14    reviewed it?  Do you want to at least lay the

15    foundation?  Does she know what it is, when it

16    was created?  These are just foundation.

17          MS. GREENBERGER:  I just don't think

18    those are necessary, but I appreciate the

19    assistance.

20          MR. KHOJASTEH:  It would -- it would

21    have just cut through a lot for you.

22          THE WITNESS:  When was it created?  Do

1    you know the date?  I would like to know, because

2    I know it was --

3    BY MS. GREENBERGER

4         Q    Have you -- have you reviewed the

5    budget justification that was sent to Congress

6    prior to the EO?

7         A    I believe that I have seen that.  It

8    was a -- kind of a shiny brochure type.  Is that

9    what I'm -- do you have it in front -- do you

10   have it?  I'd like to take a look at it.  I think

11   I know what you're talking about.

12        Q    Are you aware whether USAGM, prior to

13   the EO, had informed Congress how many languages

14   it would broadcast in?

15        A    I'm assuming they did.

16        Q    Okay.  And what do you understand USAGM

17   prior to the EO had told Congress about how many

18   languages it would be broadcasting in?

19        A    Probably dozens, as you said.  But,

20   again, the EO came out on March 14th.

21        Q    And in your view, after the EO came

22   out, that controlled and USAGM had no obligation

Page 209

1    to comply with what it told Congress?

2               MR. KHOJASTEH:  Object to form.

3               You can answer that question.  However,

4    to the extent that your view of what controls and

5    what doesn't control is based on communications

6    you've had with counsel, I'm going to instruct

7    you not to answer.

8               THE WITNESS:  What was the question?

9               MS. GREENBERGER:  Can you read back the

10   question, please?

11               (Whereupon, the reporter read the

12               record as requested.)

13               MR. KHOJASTEH:  Same instruction.  If

14   you have an independent view separate from advice

15   you received from counsel, you can testify as to

16   it.  Otherwise, I'm going to instruct you not to

17   answer.

18               THE WITNESS:  I think I'm going to go

19   with that, you know, I'd rather not discuss what

20   my thoughts are on that based on what my attorney

21   just said.

22

                                        Page 210

1    BY MS. GREENBERGER

2        Q    Do you have no independent view other

3    than what you consulted with counsel?

4        A    I'd like to make sure that I'm not

5    going against counsel's advice.

6        Q    But counsel and I are both saying that

7    if you have an independent view separate from

8    what your attorney told you, you're required to

9    answer the question.

10            MR. KHOJASTEH:  Yeah, if you have a

11   view -- if it's okay -- if you have a view

12   independent of what you had -- the discussions

13   you had with agency counsel or the Department of

14   Justice as to whether the executive --

15            THE WITNESS:  Meaning my view is

16   different?

17            MR. KHOJASTEH:  Whether the executive

18   order as a matter of law governs -- controls over

19   what prior congressional -- this is what you're

20   asking, right?  Prior congressional

21   justifications, budget justifications, which

22   one's controlling?  If you have a view as to

Page 211

1    this, as a matter of law, independent of anything

2    you ever learned from us or from agency counsel,

3    then -- then you can testify --

4              THE WITNESS:  I'm not a legal expert,

5    so my view wouldn't even matter in that.  I'm

6    going to go with what my attorneys --

7              MR. KHOJASTEH:  But if you have a view

8    one way or the other as to -- like that's

9    separate and apart from --

10             THE WITNESS:  I understand what you're

11   saying.

12             MR. KHOJASTEH:  Yeah.  Yeah.  That's

13   why I'm just -- that's --

14   BY MS. GREENBERGER

15        Q    It's not about whether it matters.

16   It's about whether you have a view.  Do you have

17   a view?

18        A    No, I don't.

19        Q    Your declaration, which you can turn

20   back to, which is Exhibit 1 --

21        A    Okay.

22             MR. KHOJASTEH:  We're going August?

```
 1            MS. GREENBERGER:  August, correct.
 2    BY MS. GREENBERGER
 3        Q    And I'm going to ask you some questions
 4    about paragraph 6, if you want to look at that.
 5        A    Okay.  Let me read through that real
 6    quick.
 7        Q    Sure.
 8        A    This refers to Mr. Wuco's prior
 9    declaration.  Do you have a copy of that?
10        Q    I do, although I'm not asking about
11    that paragraph, but that's fine.  I can give that
12    to you.
13            MS. GREENBERGER:  Do you remember what
14    that is?  Yeah, it's 36.
15            THE WITNESS:  As discussed in depth in
16    Mr. Wuco's --
17            MR. KHOJASTEH:  Which paragraph are we
18    looking at?
19            MS. GREENBERGER:  I'm --
20            MR. KHOJASTEH:  Six, right?
21            MS. GREENBERGER:  Six, which doesn't --
22            THE WITNESS:  Oh, is it b --
```

Page 213

1            MS. GREENBERGER:  -- refer --

2            THE WITNESS:  -- 6(b)?

3            MR. KHOJASTEH:  I think you might be

4    looking at the wrong -- is it -- are you looking

5    at August?

6            THE WITNESS:  Six.  And then I got down

7    to b here.

8            MS. GREENBERGER:  Yeah.  Oh, here.

9    Yeah, there's a little reference to Wuco, so

10   that's fine.

11           THE WITNESS:  Okay.

12           (Deposition Exhibit Number 12 was

13           marked for identification.)

14           MR. KHOJASTEH:  Thank you.  This one is

15   marked what?

16           MR. BLUMIN:  Twelve.

17   BY MS. GREENBERGER

18       Q    And I'm handing the witness Exhibit 12,

19   which is the declaration of Frank Wuco, dated

20   June 27th, 2025, at the witness's request.

21       A    Okay.  Okay.  You're just going to ask

22   about 6?

Page 214

1          Q     Correct.

2          A     Okay.  Okay.  I'm trying to find where

3     he referred to that.  Maybe it was in here.  Dari

4     and Pashto.  Oh, here it is.  Okay.  I think I'm

5     ready.

6          Q     Okay.  So your declaration of 8/13,

7     which is Exhibit 1, paragraph 6, says that USGM

8     -- "USAGM has identified the language services it

9     is required to maintain" --

10         A     Yeah.

11         Q     -- "namely, Mandarin, Farsi, Dari, and

12    Pashto in accordance with the International

13    Broadcasting Act."

14              Is USAGM's current view that it is only

15    required to maintain those four language

16    services --

17              MR. KHOJASTEH:  I'm sorry.  Guys, do

18    you mind just --

19              Go ahead.  Sorry.  I couldn't follow

20    both.  Sorry.  Go ahead.

21    BY MS. GREENBERGER

22         Q     Is USAGM's current view that it is only

1    required to maintain those four identified

2    language services pursuant to federal statutes?

3              MR. KHOJASTEH:  Object to form.

4              Could you -- could you repeat that

5    question?  I just want to make sure that we're

6    not invading the attorney-client privilege here.

7    Go for it.

8    BY MS. GREENBERGER

9        Q    Well, this says US -- you said to the

10   Court that USAGM has identified the language

11   services it is required to maintain and lists

12   four.  Is that still USAGM's position that those

13   are the four required language services?

14       A    Well, as I stated in the June 3rd

15   congressional notification, we anticipate being

16   above the originally proposed statutory minimum.

17   And this is a -- this is what we believe is

18   statutorily required, but we could do more,

19   possibly.

20       Q    Do you understand the VOA -- that there

21   is a statute that states that VOA is required to

22   broadcast via radio to North Korea specifically?

Page 216

1          A     There's been some --

2                MR. KHOJASTEH:  Object to form.

3    Whatever you understand -- if you're asking her

4    to look at a statute and read the words on the

5    page, great.

6                Whatever you understand about any of

7    these statutes and what they require and what --

8    how we're complying with them are subject to

9    attorney-client communications.  I'm instructing

10   you not to answer.

11               THE WITNESS:  I'm going by what my

12   attorneys have told me.

13   BY MS. GREENBERGER

14         Q     Do you understand --

15         A     And general counsel.

16         Q     As the acting CEO of USAGM, do you

17   understand whether or not there is a statute

18   concerning VOA broadcasting to North Korea?

19         A     The general counsel at USAGM put

20   together the stat min documentation.  It was part

21   of that process.  I didn't pull this out of thin

22   air --

Page 217

1          Q     I'm not asking about --

2          A     -- to put this together.

3          Q     I'm not asking about the stat min --

4          A     So I'm leaning on -- I'm leaning on

5     counsel.

6                MR. KHOJASTEH:   And we're going to be

7     very careful with how we start answering these

8     questions.

9                I'm just going to ask you to slow down

10    in your responses --

11               THE WITNESS:   Okay.

12               MR. KHOJASTEH:   -- because I need to

13    make sure -- I want to give counsel the

14    opportunity to conduct her examination, and I

15    don't want to obstruct her ability to ask you

16    your personal views or personal knowledge.  But

17    we need to draw a distinction here between what

18    you've learned from counsel -- explaining it to

19    Ms. Lake, not explaining it to you.

20               You need to draw a distinction between

21    what you learned from counsel and what you

22    yourself know.  So go ahead.  Go ahead.  I'm

Page 218

1      sorry, Counsel.  Go ahead.

2                  THE WITNESS:  In coming up with what

3      statutory minimum was, as you know, I leaned on

4      the career leadership at the agency.  Primarily,

5      the general counsel decided what statutory

6      minimum was.  I didn't decide.  He did.  And the

7      rest of the senior career leadership with decades

8      and decades of experience signed off on that.

9                  That's what I lean on.  I'm not a

10     lawyer, and so I have to lean on the attorneys at

11     the agency, and I did that.

12     BY MS. GREENBERGER

13          Q    Is it fair to say that VOA has not

14     provided any broadcasting in Korea at all since

15     March 15th?

16                  MR. KHOJASTEH:  Object to form.  Object

17     to form.  Lacks foundation.  But go ahead.

18                  THE WITNESS:  So is it fair to say they

19     have not?

20                  MS. GREENBERGER:  Yeah.

21                  THE WITNESS:  No, it's not fair to say

22     that.

Page 219

```
 1    BY MS. GREENBERGER
 2         Q    Okay.  So what broadcasting has been
 3    done in North Korea since March 15th?
 4         A    I think we're currently doing some
 5    broadcasting.
 6         Q    Okay.  And when did you start doing
 7    broadcasting --
 8         A    I'm not sure --
 9         Q    -- in North Korea?
10         A    -- when we started.
11         Q    You notified the Court on August 28th
12    that you plan to resume broadcasting to North
13    Korea; is that --
14         A    Yes.
15         Q    -- correct?
16         A    Yes.
17         Q    And so, prior to August 28th, there was
18    no broadcasting to North Korea, correct?
19         A    Prior to August 28th, I don't believe
20    there was.
21         Q    Okay.  And so from March 15th to at
22    least August 28th, there was no broadcasting to
```

Page 220

1      North Korea, correct?

2           A    Correct.

3           Q    Okay.  And --

4           A    Is that the question you originally

5      asked, or did you say until now?

6                MR. KHOJASTEH:  Just let her do her

7      examination.

8                THE WITNESS:  Sorry.  I may have

9      mis-answered the first question.  I thought you

10     meant until now.

11     BY MS. GREENBERGER

12          Q    And since August 28th, what

13     broadcasting has occurred in North Korea?

14               MR. KHOJASTEH:  Object to form.  If you

15     know.

16               THE WITNESS:  I would have to have you

17     ask that question of Leili Soltani or Frank Wuco.

18     BY MS. GREENBERGER

19          Q    Do you have any knowledge about whether

20     there's been any broadcasting since August 28th

21     to North Korea?

22          A    Yes, there has.

Page 221

1          Q    But you don't know any details?

2          A    I don't have the details, and I don't

3     want to speculate.

4          Q    And is the broadcasting to North Korea

5     in Korean, or do you not know?

6          A    What other language would we put it in?

7          Q    I would hope it would be in Korean.

8     I'm just trying to get your record -- this on

9     record.

10         A    It's in Korean, yeah.

11         Q    Okay.  And when did the agency decide

12    to resume broadcasting to North Korea?

13         A    I think it's been a discussion for a

14    while, and we recently decided to do that with

15    the President's tweet about South Korea.

16         Q    And are there -- is there an e-mail or

17    a memo or other documents reflecting VOA's plan

18    to resume broadcasting to North Korea?

19         A    I don't know.  Likely, maybe.  I don't

20    know.

21         Q    None that you're aware of?

22         A    There's probably -- there may be some.

Page 222

1     I just don't know.

2         Q    None that you can identify right now?

3         A    I -- I get a lot of e-mails, so I can't

4     just say yes.  I'm sure there were -- I know how

5     I communicate with people.  I like to talk to

6     people.  Others, in making this decision, may

7     have been e-mailing.  I don't know.  I don't look

8     at other people's e-mails.

9         Q    Do you believe that the statutory

10    minimum document made a mistake in not listing

11    North Korea, or was it right?

12        A    As I said, it was a guideline.  And

13    then, as I reiterated to Congress and to Senator

14    Lindsey Graham and others, we anticipate being

15    above the originally proposed minimum staffing

16    numbers, and we plan to effectuate President

17    Trump's executive order.

18        Q    Is USAGM obligated by statute to

19    broadcast to North Korea?

20             MR. KHOJASTEH:  Object to form.  I'm

21    going to instruct you not to answer to the extent

22    that your understanding of what this agency's

                                                        Page 223

1       obligated to do or how to comply with statute is
2       based on your communications with counsel.
3                   THE WITNESS:  That's right.  This would
4       violate attorney-client privilege.
5       BY MS. GREENBERGER
6            Q    If -- you had earlier testified that
7       the -- if I understood your testimony, that the
8       EO -- let me ask it a different way.
9                   Am I right that the EO, in your view,
10      requires USAGM to only broadcast to those
11      countries that it's obligated to broadcast to?
12                  MR. KHOJASTEH:  Same objection.
13      Whatever your understanding of the EO is, if you
14      have an independent understanding based on your
15      review of the EO, great.  Otherwise, if it's
16      based on your communications with your general
17      counsel, Department of Justice or other agency
18      lawyers, I'm going to instruct you not to answer.
19                  THE WITNESS:  I'm not going to answer
20      that.
21      BY MS. GREENBERGER
22           Q    Why would USAGM broadcast to a country

Page 224

1    that it's not required to if President Trump is

2    saying, go to the statutory minimum?  I'm just

3    not understanding.

4         A    I am relying on what the attorneys are

5    telling me should be the statutory minimum.

6         Q    And is the decision to broadcast to

7    North Korea based on communications from your

8    counsel?

9              MR. KHOJASTEH:  Object to form.

10             THE WITNESS:  Yes.

11             MR. KHOJASTEH:  I --

12             THE WITNESS:  I'm sorry.

13             MR. KHOJASTEH:  I don't want to start

14   putting attorney-client communications at issue

15   here, so I'm going to -- I'm going to instruct

16   her not to answer.

17             If there's another way you can phrase

18   that question that doesn't put our communications

19   with counsel at issue, that's fine, but I'm not

20   going to walk into a situation where she's

21   putting the attorney-client privilege at issue.

22   There's a better -- there's other ways to answer

Page 225

1    the question -- to ask the question.  So you need

2    to be patient here, Kari.

3               THE WITNESS:  Okay.

4               MR. KHOJASTEH:  We have to take our

5    time here.

6    BY MS. GREENBERGER

7         Q    What's -- I already asked you about

8    what broadcasting has happened to date for North

9    Korea, and you said that I should ask --

10        A    Has happened to state?

11        Q    To date.

12        A    Oh, to date.

13        Q    From August 28th to the present.  And

14   you said that I should ask your colleagues, which

15   I appreciate.

16               What can you tell me about what the

17   agency's plan is for future broadcasting to North

18   Korea?

19        A    Again, I would have you talk to Leili

20   Soltani on that.

21        Q    Do you have any knowledge about the

22   agency's future plan for broadcasting to North

Page 226

1   Korea?

2         A    I think decisions are being made and

3   we're assessing.

4         Q    Do you view it as important to the

5   agency to broadcast to North Korea?

6         A    I think it's important to effectuate

7   the President's executive order and make sure

8   that what we're putting out is honest, truthful

9   reporting.

10        Q    And you said something earlier about a

11  tweet concerning South Korea?

12        A    Yeah.

13        Q    Tell me what that tweet said.

14        A    I don't remember the exact part.

15        Q    Roughly.

16        A    It was critical of what was happening

17  in South Korea, questioning what was happening

18  with their leadership in that country.

19        Q    And do you know whether USAGM plans to

20  broadcast in radio or TV or online to North --

21               MR. KHOJASTEH:  Object --

22

Page 227

1    BY MS. GREENBERGER

2         Q    -- Korea?

3         A    Again --

4              MR. KHOJASTEH:  Object to form.  Asked

5    and answered.

6              THE WITNESS:  Again, I hate to keep

7    saying this.

8              MS. GREENBERGER:  You don't know.

9              THE WITNESS:  Leili will be able to

10   answer that --

11             MS. GREENBERGER:  Okay.

12             THE WITNESS:  -- and maybe Frank as

13   well.

14   BY MS. GREENBERGER

15        Q    We'll talk more about the recent RIFs

16   later, but is it accurate that you sent

17   termination notices to every member of the VOA

18   Korean language service?

19             MR. KHOJASTEH:  Object to form.  Lacks

20   foundation.

21             THE WITNESS:  I would have to look at

22   the list of people that we sent letters to and

Page 228

1    compare it with people who didn't get letters.

2    BY MS. GREENBERGER

3         Q    And did you discuss with members of

4    your team whether or not to RIF members of the

5    Korean language service?

6         A    What date -- the RIF that we just had?

7         Q    Correct.   The August RIF.

8         A    Oh, yeah.   What was the question?

9         Q    Did you discuss with members of your

10   team whether or not to RIF members of the VOA

11   Korean language service in August?

12             MR. KHOJASTEH:   I'm going to object to

13   form.

14             To the extent that any counsel were

15   involved in those discussions, I'm going to

16   instruct -- you can answer yes or no as to

17   whether you had a communication about the issue,

18   but you cannot answer -- you cannot share the

19   substance of the communications if counsel were

20   involved.

21             THE WITNESS:   This is regarding the

22   Korean folks who were -- from Korean language

Page 229

1    that were RIF'd?

2                MS. GREENBERGER:  Yes.

3                THE WITNESS:  And if I had a

4    conversation with who?

5                MS. GREENBERGER:  Anyone on your

6    team --

7                THE WITNESS:  No.

8                MS. GREENBERGER:  -- other than

9    counsel.

10   BY MS. GREENBERGER

11        Q    Does USAGM have any plan to your

12   knowledge to broadcast to North Korea without

13   having staff from the Korean language services?

14                MR. KHOJASTEH:  Object to form.  Lacks

15   foundation.  Vague and confusing.

16                THE WITNESS:  Yeah.  We can broadcast

17   without those employees.  We can use contractors.

18   BY MS. GREENBERGER

19        Q    And does USAGM have a plan to use

20   Korean contractors?

21        A    I believe that's how we're going to do

22   a lot of this.

Page 230

1          Q     And have you --

2          A     But, again, this would be better asked

3    of Frank and Leili.

4          Q     Has USAGM identified how it would hire

5    Korean contractors?

6                MR. KHOJASTEH:  Object to form.  Asked

7    and answered.

8                THE WITNESS:  When you say Koreans, you

9    mean Korean nationals?

10   BY MS. GREENBERGER

11         Q     I mean Korean language speakers.

12         A     Okay.  Not Korean nationals.  We will

13   be hiring American citizens.

14         Q     I appreciate that explanation, but my

15   question is just about your plan, meaning the

16   agency's plan.

17               Does the agency have a plan to hire

18   Korean language speakers as contractors?

19         A     As opposed to people who don't speak

20   Korean?

21         Q     As opposed to not having a plan.

22         A     Yeah.  We will hire people who speak

Page 231

```
 1     Korean to do the programming.

 2          Q    And are there e-mails or memos or other

 3     documents that --

 4          A    I just don't know.

 5          Q    -- describe that plan?

 6          A    I don't know.  I'm sorry.  I didn't

 7     mean to step on her.

 8               MS. GREENBERGER:  Okay.  Why don't we

 9     go off the record.

10               VIDEO TECHNICIAN:  This marks --

11               THE WITNESS:  Off the record?

12               VIDEO TECHNICIAN:  Sorry.  This marks

13     the end of Media Unit No. 3.  Going off the

14     record, the time is 13:43 p.m.

15               (Whereupon, at 1:43 p.m., a

16               luncheon recess was taken.)

17

18

19

20

21

22
```

Page 232

1            A F T E R N O O N   S E S S I O N

2                                      (2:32 p.m.)

3            VIDEO TECHNICIAN:  This marks the

4     beginning of Media Unit No. 4.  Going back on the

5     record, the time is 14:32 p.m.

6     WHEREUPON,

7                      KARI LAKE

8     was called for continued examination, and having

9     been previously duly sworn, was examined and

10    testified further as follows:

11            EXAMINATION BY COUNSEL FOR PLAINTIFFS

12            CONTINUED

13    BY MS. GREENBERGER

14       Q    Ms. Lake, turning to Exhibit 3, which

15    is the congressional notice from June 3rd.

16       A    Okay.

17       Q    Your second to last paragraph states,

18    "While we anticipate being above the originally

19    proposed statutory minimum staffing numbers, the

20    plan to effectuate the President's Executive

21    Order is still developing."

22            Do you see that?

Page 233

1          A    Uh-huh.

2          Q    And when you say you "anticipate being

3     above the originally proposed statutory minimum

4     staffing numbers," did that mean that you also

5     anticipated being beyond the language services

6     and countries listed on page 2?

7          A    Well, when I wrote this, the plan was

8     still developing.  I mean, this was just

9     June 3rd.  We're dealing with a lot of lawsuits

10    coming in, and we're still developing the plan.

11         Q    So, possibly, is that your answer?

12         A    I guess you could say possibly.  I

13    mean, we are above the number that -- that the

14    career senior staff suggested, which was, I

15    think, 81 or 82.

16         Q    And you are also broadcasting to areas

17    that are above what is laid out in the statutory

18    minimum plan, correct?

19         A    Yes.

20         Q    And what are those areas?

21         A    Russia, I believe, and Korea.

22         Q    We've already discussed Russia -- I'm

Page 234

1      sorry -- Korea.

2              When did you -- when did the agency

3      begin broadcasting to Russia --

4              MR. KHOJASTEH:  Object to form.  Lacks

5      foundation.

6      BY MS. GREENBERGER

7          Q     -- after --

8          A     Pardon?

9          Q     -- after the March 15th shutdown?

10         A     Roughly the same time we started

11     broadcasting to Korea.

12         Q     So, earlier this month, is that about

13     right?

14         A     Earlier this month, yes, I think so.

15         Q     Have you notified the Court that you

16     are broadcasting to Russia?

17         A     I'm not --

18             MR. KHOJASTEH:  Object to form.

19     BY MS. GREENBERGER

20         Q     Are you aware whether or not you've

21     notified the Court?

22         A     I -- if we haven't, I think we may be

1    doing that shortly.  I'm not sure if we have.

2         Q    And are you --

3         A    A good question for attorneys.

4         Q    Are you using contractors or agency

5    staff to broadcast to Russia?

6         A    That --

7              MR. KHOJASTEH:  Object to form.  Lacks

8    foundation.

9              THE WITNESS:  That would be a question

10   for Frank --

11             MS. GREENBERGER:  Okay.

12             THE WITNESS:  -- or Leili.

13   BY MS. GREENBERGER

14        Q    And what is the nature in terms of the

15   medium of the broadcast to Russia?

16             MR. KHOJASTEH:  Object to form.  Lacks

17   foundation:

18             THE WITNESS:  Sorry.  My wheel is

19   caught on this little outlet under here.

20             What was the question?

21   BY MS. GREENBERGER

22        Q    Are you broadcasting to Russia in

Page 236

1    radio, TV, or some other way?

2        A    I'm not sure.

3        Q    And when did the agency decide to

4    resume broadcasting to Russia?

5        A    I think I just answered that.  Roughly

6    about the same time that we did Korea.

7        Q    And why did the agency decide to resume

8    broadcasting to Russia?

9        A    We just made --

10            MR. KHOJASTEH:  Object to form.

11            To the extent that -- you can answer

12    the question to the extent that its -- the reason

13    why we're doing -- we are or are not doing

14    anything is -- strike that.

15            Object to form.  I'm going to instruct

16    you not to answer that to the extent that doing

17    so would reveal attorney-client communications,

18    but you can answer the question if it's not based

19    on communications you had with a lawyer.

20            THE WITNESS:  It's based on

21    communications I had with a lawyer.

22

Page 237

1    BY MS. GREENBERGER

2         Q    And does the agency have any

3    documentation in terms of an e-mail, memo,

4    other -- other documents about what its plan is

5    to broadcast to Russia?

6              MR. KHOJASTEH:   Object to form.   Lacks

7    foundation.

8              THE WITNESS:   I don't have any -- I

9    don't believe I have any on that.   You might want

10   to ask Frank that, how he's communicating.

11   BY MS. GREENBERGER

12        Q    Turning back to the language that we

13   had just read in your June 3rd letter, how could

14   the agency effectuate the President's executive

15   order if it goes above the statutory minimum?

16             MR. KHOJASTEH:   Object to form.

17   Mischaracterizes the document.   Lacks foundation.

18             THE WITNESS:   How could the agency

19   effectuate the President -- well, I think we're

20   effectuating it right now.   And this was our

21   first document on statutory minimum put -- put

22   together by the career agency staff, and as I

1    said here, we anticipate being above the

2    originally proposed statutory minimum staffing --

3              MS. GREENBERGER:  Let me ask --

4              THE WITNESS:  -- as we effectuate --

5    and, you know, news -- for example, in the

6    Persian language or any news operation, if it's a

7    slow news day, you're not staffed as big,

8    perhaps, as if there's a ton of things happening.

9    A big story breaks, you bring more people in.

10   BY MS. GREENBERGER

11        Q    And is your view that if there's a big

12   story, the agency is required under the statute

13   to bring more people in?

14             MR. KHOJASTEH:  Object to form.

15             To the extent that answering that

16   question discloses attorney-client

17   communications, I'm going to instruct you not to

18   answer.  If you can answer that question

19   independent of any communications you've had with

20   counsel or any understanding you've obtained from

21   counsel, you can answer.

22             THE WITNESS:  I will use an example of

```
 1    the Farsi language, when the strikes happened and
 2    we went into breaking news mode, and we brought
 3    more people in to cover that story.  There's
 4    normal news mode and breaking news mode.
 5    BY MS. GREENBERGER
 6         Q    Yeah.  I was going to ask you some
 7    questions about that.
 8              And Mr. Wuco talks about, I think, what
 9    you just called the breaking news mode in his
10    declaration, which is in front of you.
11         A    Is that the 12-page one?
12         Q    I believe so.
13         A    That's Kari Lake, Kari Lake.
14         Q    It's already been marked.
15         A    This is Kari Lake's declaration.  Is it
16    stapled to another one?
17         Q    No.  I'm pretty sure -- because you
18    looked at it --
19         A    You took one back.  You grabbed one
20    from me.  Is it possible that was the one?
21         Q    If I did that, that was a mistake.
22              MS. GREENBERGER:  Do you know what
```

Page 240

1    exhibit it was?

2              MR. KHOJASTEH:  It's Exhibit 12.

3              MS. GREENBERGER:  It's Exhibit 12.

4              MR. KHOJASTEH:  Which I don't think

5    we've been marking them as we've been putting

6    them in front of you.

7              THE WITNESS:  No, I don't --

8              MS. GREENBERGER:  I have.

9              MR. KHOJASTEH:  Oh, they are.  That's

10   right.

11             MS. GREENBERGER:  I did mark it.

12             MR. KHOJASTEH:  Stickers are there.

13             THE WITNESS:  Yeah.  1, 6, 9, 8, 7.  I

14   don't have it, guys.  It's a thicker one, I

15   think.

16             MR. KHOJASTEH:  It's not.  It's like

17   a -- it is --

18             MS. GREENBERGER:  Okay.  We'll --

19   we'll --

20             THE WITNESS:  Oh, here it is.  Okay.

21   BY MS. GREENBERGER

22        Q    All right.  So you were just talking

                                          Page 241

1     about the surge capacity in Iran, correct?

2          A    Yes.

3          Q    And Mr. Wuco discusses that in his

4     declaration, I believe in paragraph 3 and 4.

5          A    Yeah.  Yeah.

6          Q    And do you have an understanding about

7     whether you're required to have surge capacity?

8               MR. KHOJASTEH:  Object to form.

9     Whatever understanding you have, as long -- if

10    it's based on communications you had with

11    counsel, I'm going to instruct you not to answer.

12              THE WITNESS:  I think that it was

13    important -- it was a really big moment for Iran.

14    This is possibly the biggest moment in the

15    history of -- modern history of Iran in the past

16    40, 50 years, and we decided -- we made a call to

17    surge our coverage, and I think it was an

18    excellent call.

19    BY MS. GREENBERGER

20         Q    And Mr. Wuco says, "The surge

21    operation" -- this is paragraph 4 -- "was highly

22    successful because we maintained access to

1    critical talent."

2              Do you agree with that?

3         A    Yeah.  I think -- I think there's

4    talent inherent in every human being.

5         Q    And the critical talent he was

6    referring to was journalists?

7         A    Some of them are journalists.  Some of

8    them are technicians, people who are able to

9    report.

10         Q    And it includes journalists with

11    specific knowledge about the region?

12              MR. KHOJASTEH:  Object to form.  Calls

13    for speculation.

14              THE WITNESS:  Some, yeah.

15    BY MS. GREENBERGER

16         Q    And for a journalist to cover events in

17    Iran to the Iranian people, they need specialized

18    language capacity in Farci?

19              MR. KHOJASTEH:  Object to form.  Calls

20    for speculation.

21              THE WITNESS:  I think some do.  If

22    they're on the air and we're broadcasting to

1        folks who speak Farsi, it's important to speak

2        Farsi.

3        BY MS. GREENBERGER

4            Q    And USAGM was able to maintain

5        access -- that's the phrase he uses here --

6        because it employed those journalists and was

7        able to call them back from leave; is that

8        correct?

9            A    That's right.  Paid administrative

10       leave.  They're all still working.  They're -- I

11       mean, they're still on the -- on the payroll.

12           Q    And if VOA terminates those

13       journalists, it won't be able to respond in surge

14       capacity as needed?

15           A    That's not true.

16               MR. KHOJASTEH:  Object to form.  Calls

17       for speculation.

18       BY MS. GREENBERGER

19           Q    Why is that not true?

20           A    Because we can hire contractors.

21           Q    Does it take time to hire contractors?

22               MR. KHOJASTEH:  Object to form.  Lacks

Page 244

1      foundation.

2              THE WITNESS:  Not necessarily.  It

3      doesn't take a lot of time.

4      BY MS. GREENBERGER

5          Q    Does -- do you know how long it takes

6      to locate contractors with specialized knowledge

7      of the region and language capacity?

8          A    Well, we have been able to do that so

9      far.

10         Q    And how many contractors have you

11     been -- when you say you --

12         A    I don't know.  That's a question for

13     Frank.  We just hired some Korean broadcasters.

14         Q    And you don't know how long it took to

15     hire them, correct?

16         A    Not long.

17         Q    Going back to your declaration,

18     paragraph 1, the 8/13 declaration.  I'm sorry.

19     Paragraph --

20         A    Which --

21         Q    -- 6?

22         A    Exhibit what?

Page 245

```
 1          Q    I think it's Exhibit 1.
 2               MR. KHOJASTEH:  This is August?
 3               MS. GREENBERGER:  August.
 4               THE WITNESS:  Okay.  Just gave myself a
 5     paper cut.  Ouch.
 6               MS. GREENBERGER:  Oh, I'm sorry to hear
 7     that.  I'm going to ask the court reporter to
 8     mark this.
 9               (Deposition Exhibit Number 13 was
10               marked for identification.)
11     BY MS. GREENBERGER
12          Q    I'm handing you Exhibit 13, which is a
13     section of the United States Code, 22 U.S.C.
14     6201.
15               Now, your declaration, paragraph 6(a),
16     refers to that section of the code, correct?
17          A    Give me a minute here.
18          Q    Please.
19          A    Just -- just 6(a), not 6(b)?
20          Q    Correct.  I'm starting with 6(a).
21          A    Okay.
22          Q    And your declaration cites section 4 of
```

1    6201, so I'd ask that you read that section.

2         A    Uh-huh.

3         Q    Let me know when you're ready.

4         A    Okay.

5         Q    What are the countries in Asia which

6    lack adequate sources of free information?

7              MR. KHOJASTEH:  Object to form.

8              To the extent you have independent

9    knowledge, Ms. Lake, as to that question, that's

10   fine, but if you're relying on advice you've

11   received from counsel, I'm going to instruct you

12   not to answer.  But if you have an independent

13   understanding of what countries of Asia lack

14   adequate resources -- adequate sources of free

15   information, you can answer the question.

16             THE WITNESS:  I think when we're

17   looking at statute, it's important to look at

18   other statute as well, and other statute talks

19   about not being duplicative.  As a matter of

20   fact, I think it's in the IBA.  It says, do not

21   duplicate.  And so areas where other broadcasting

22   is being duplicated -- this is what I'm assuming

Page 247

1    came into play when we were putting the statute

2    together, when folks were looking at the

3    statute -- there's already programming that's

4    playing out in many Asian countries through

5    credible -- not credible, necessarily.  I

6    wouldn't go that far with CNN -- through American

7    broadcast companies.

8    BY MS. GREENBERGER

9        Q    So my question was just:  Which

10   countries in Asia lack adequate sources of free

11   information?

12            MR. KHOJASTEH:  Same objection and same

13   instruction.

14            THE WITNESS:  I don't have an opinion

15   on that.

16   BY MS. GREENBERGER

17       Q    And as the head of USAGM, you did not

18   come -- strike that.

19            Does the agency have a conclusion as to

20   which countries of Asia lack adequate sources of

21   information --

22            MR. KHOJASTEH:  Object to form --

Page 248

1    BY MS. GREENBERGER

2        Q    -- of free information?

3            MR. KHOJASTEH:  She's not here as a

4    30(b)(6) witness.  If you want to notice a

5    30(b)(6) witness as to what the agency's position

6    is on anything -- she's a fact witness.

7            And what we discussed outside was you

8    wanted to ask her personal knowledge.  There's a

9    way you can frame the question to get to where

10   you're going, like, Ms. Lake, do you have any

11   personal knowledge of countries other than China

12   that aren't free -- don't have free information,

13   right?  You can ask that question, and you'll get

14   your -- you'll get an answer, but don't turn

15   this -- don't attempt to turn this into --

16           MS. GREENBERGER:  I'm not turning this

17   --

18           MR. KHOJASTEH:  -- a 30(b)(6)

19   deposition.

20           MS. GREENBERGER:  She is the head of

21   the -- we don't have to have more conversation.

22   I hear you.

Page 249

```
 1              MR. KHOJASTEH:  I'm with you.
 2    BY MS. GREENBERGER
 3        Q    Ms. Lake, do you have any personal
 4    knowledge of what countries in Asia lack adequate
 5    sources of free information?
 6        A    I think it's up for debate.  There's
 7    probably some countries that people think aren't
 8    fully democratic and some who are -- that are.
 9        Q    And I'm asking your personal belief.
10        A    I think one is China.
11        Q    And other than China, are there any
12    other countries of Asia which lack adequate
13    sources of free information?
14        A    There may be free information that is
15    coming in from other broadcasters, in which case
16    the statute would require that we don't compete
17    with other American broadcasters.
18              I think -- I think I get where you're
19    going with this, which is why are you not in this
20    country, country A, country B, country C.
21        Q    But I'm not asking you to get where I'm
22    going.  I'm just asking you to answer the
```

Page 250

1    question.

2                So what countries of Asia lack adequate

3    sources of free information to your personal

4    knowledge other than China?

5         A    China.

6         Q    China is the --

7         A    I believe China --

8         Q    -- only one?

9         A    I believe China is the one.

10        Q    Thank you.  Now, in paragraph 13(r) of

11   your declaration, you said that there were three

12   employees in the China team; is that correct?

13        A    Was this the one in August?

14        Q    Yes.

15        A    Okay.  13(r).  I believe that either

16   Frank or Leili help put this together.

17        Q    Do you understand that to be accurate?

18        A    If we put it in --

19             MR. KHOJASTEH:  Object to form.

20             THE WITNESS:  -- it was accurate.

21             MR. KHOJASTEH:  Mischaracterizes the

22   document.

Page 251

1           MS. GREENBERGER:  Okay.  I'm not trying
2     to mischaracterize the document.
3     BY MS. GREENBERGER
4           Q     How many employees --
5           A     This --
6           Q     -- are involved in --
7           A     This says three.
8           Q     Do you recall telling Congress, I
9     believe we have about 15 people we'll be staffing
10    for our --
11          A     Yes.
12          Q     -- Mandarin coverage?
13          A     That doesn't mean that just three --
14    that there's only three that are assisting with
15    Mandarin coverage.  There's other people who
16    assist.  There's people on this list who can do
17    more than one thing.
18          Q     And so how many people are working on
19    Mandarin coverage?
20          A     Today, I don't know.  We'd have to ask
21    Frank or Leili.
22          Q     And in June, was it about 15?

1        A    If I said it was 15 in June, then I

2    probably checked that day.

3        Q    And as of August 13th, do you believe

4    it was also 15?

5        A    We -- we may have had more.  This is

6    just three that are -- were three employees that

7    were with -- their description of their job was

8    in the Mandarin service.

9             So, if you see here, East Asia Pacific

10   division, China Branch, Mandarin Service, one

11   employee.  East Asia Pacific Division, one.  So

12   you can add up how many people.  And then you can

13   add up also when you look at people who are doing

14   the digital media.  They can do it for more than

15   one language.

16       Q    And so, when you say the digital media,

17   where are you referring to in your --

18       A    I'm --

19       Q    -- declaration?

20       A    -- just giving an example.  There's

21   other job positions where if you are a radio

22   technician or if you do work that's technical,

Page 253

1    you may work for more than one language.

2         Q    Do you understand how many employees

3    VOA will have in the Mandarin division after the

4    August 29th RIFs go through?

5              MR. KHOJASTEH:  Object to form.  Lacks

6    foundation.

7              THE WITNESS:  I'm not sure exactly how

8    many will be in the Mandarin, but I think what

9    we're doing is we're trying to have specific

10   languages for people who actually speak that

11   language where it's needed to speak that

12   language.  And then you're going to have some

13   people who work in the organization, the outlet,

14   VOA, that can do work in each language.

15   BY MS. GREENBERGER

16        Q    Ms. Lake, I realize there's a question

17   I meant to ask you earlier.

18             You spoke about the agency restarting

19   broadcasting in both -- in both Russian and

20   Korean, correct?

21        A    Yes.

22        Q    Does the agency currently have plans to

Page 254

1      restart broadcasting in any other language?

2           A    Not that we've discussed.

3           Q    And does the agency currently have

4      plans to reclass -- to restart broadcasting in

5      any other countries?

6           A    Not that we've discussed.

7           Q    And does the agency currently have

8      plans to restart broadcasting in any other

9      mediums, meaning radio where it had only been TV?

10          A    That's possible.

11          Q    Are there currently any plans to do so?

12          A    Not that I'm aware of.

13          Q    Okay.

14          A    You'll have to talk to Frank.  I mean,

15     I don't -- I don't know how far into the Korean

16     and Russian that we've gotten.  It could be a

17     little ways in and just doing digital or we could

18     be doing radio and digital, so I don't have the

19     answer.

20          Q    Would you agree with me that China is

21     important in terms of United States foreign

22     policy?

Page 255

1           A     Yes.

2           Q     I believe you discussed that when you

3    testified to Congress, there was about 15 people

4    staffing the Mandarin coverage, correct?

5           A     That's what I said, yes.

6           Q     And am I right that the Cuba team is 33

7    people?

8           A     31 or -- somewhere between 31 and 33.

9           Q     And the Iran team is 27; is that

10   correct?

11          A     Roughly.  Again --

12                MR. KHOJASTEH:  Object to form.

13   Where -- are you pulling from this thing, or is

14   there some other place you're -- are you

15   referring to --

16                MS. GREENBERGER:  I'm just asking

17   her --

18                MR. KHOJASTEH:  -- congressional

19   testimony --

20                MS. GREENBERGER:  -- a question.  If

21   she -- if she needs a document, I'm sure she can

22   tell me.

Page 256

```
 1            MR. KHOJASTEH:  Sure.  Then object to
 2       form.  Lacks foundation.  There's no date frame
 3       here.
 4            THE WITNESS:  This could -- these
 5       numbers could be a little bit different.  This
 6       was back in August.  Now we're in September.  So
 7       if you want specific numbers, I'd like -- you'd
 8       need to talk to Leili or Frank.
 9       BY MS. GREENBERGER
10            Q    How did the agency come to the decision
11       to have roughly half the number of people in the
12       Mandarin unit as compared to the Iranian team or
13       the Cuban team?
14            MR. KHOJASTEH:  Object to form.  Lacks
15       foundation.
16            THE WITNESS:  Well, the Cuban team is a
17       different -- completely in a different building
18       in a different city, and so you need -- you need
19       more people to run the operation.  You need
20       people who are in different, you know, office
21       positions.  So that's -- and that -- and that is
22       a relatively lean operation.
```

Page 257

1    BY MS. GREENBERGER

2        Q    And then how about as compared to the

3    Iranian team?

4        A    Well, I think more --

5            MR. KHOJASTEH:  Object to form.

6            THE WITNESS:  -- people are -- I think

7    more people are with the Iranian team, but

8    they're also doing other languages besides that.

9    So if somebody from the Iranian team is one of

10   the technicians who just happened to be

11   categorized in the Persian team, and then, when

12   we made changes at the agency to bring it to

13   statutory minimum, that person could also help us

14   with our programming in -- you know, in Dari and

15   Pashto or Mandarin.

16   BY MS. GREENBERGER

17       Q    So I'll just turn to right now on -- on

18   paragraph 13 of your declaration, which I think

19   is right in front of you.  It lists six employees

20   for the Persian News Network and 21 employees for

21   the Persian News Network Central News and

22   Production Unit.  You see that?

Page 258

1        A     Uh-huh.  Wait.  Which line is that, r?

2     No, wait.

3        Q     U and v, I believe.

4        A     Okay.

5        Q     Is there anyone else on this list in

6     paragraph 13 that are part of the --

7        A     If you look --

8        Q     -- Iranian team?

9        A     -- at production unit, the people that

10    we happened to -- that -- that the news operation

11    happened to utilize to get productions up

12    happened to be people who were with the Persian

13    News Network.

14           We categorize people.  There's -- in

15    different languages, and so, 21, many of them are

16    people who are in our -- the technical side, the

17    production side.  And they're also used -- being

18    used for -- the way I understand it, they do

19    production work for our Persian news, but they

20    also do production work for China for -- or for

21    the Mandarin language.  They also do production

22    work for Dari and Pashto.

Page 259

1          When it comes to the production and

2      technical side, those are people who can operate

3      in any language.  We just happen to have more of

4      them pulled from Persian.

5          Q    And what document delineates the

6      countries that people in various categories here

7      actually do the work for?  Is there an e-mail, a

8      memo --

9               MR. KHOJASTEH:  Object to form.  Lacks

10      foundation.

11               THE WITNESS:  Explain -- I don't run

12      the news operation.

13               MS. GREENBERGER:  You know what?  I'll

14      ask someone else that question.

15               THE WITNESS:  Yeah.  That would be

16      great.

17      BY MS. GREENBERGER

18          Q    Turning to paragraph 6(a) of your

19      declaration, this states, "VOA covers news in

20      Mandarin via the internet and major social media

21      platforms."

22               Do you see that?

Page 260

1          A     Yeah.

2          Q     And there is no radio broadcasting in

3     Mandarin as of August 13th, correct?

4          A     Again, Frank would be better to answer

5     this or Leili.

6          Q     Okay.  But this was your declaration

7     that you submitted --

8          A     That's right.  And I'm --

9          Q     -- to the Court.

10         A     -- answering questions that the judge

11    asked, and so in order to adhere to the judge's

12    orders, I had to lean on people like Frank and

13    Leili to come up with an answer.  So you've got

14    this here.  If you want me to read it --

15         Q     No, I don't want you to --

16         A     -- I'm happy to do so.  In accordance

17    --

18         Q     If the answer is you don't know the

19    answer, that's fine.

20         A     The answer is that my team knows the

21    answer.

22         Q     What I want to make sure, Ms. Lake, is

Page 261

```
 1     that I spend our time today making sure I

 2     understand what you know.  If the answer is,

 3     ultimately, we'll follow up with another member

 4     of your team, that's --

 5          A    Yes.

 6          Q    -- fine.  But what I don't want them to

 7     say is, oh, yes, Ms. Lake knows, and I go back to

 8     this transcript, and Ms. Lake never answered

 9     whether or not she knows.  So I just want the

10     record to be clear.

11          A    I don't run the newsroom.  I don't run

12     VOA.

13          Q    Do you know whether or not there is

14     radio broadcasting in Mandarin as of August 13th?

15          A    And as I've said, this is a question

16     you'll have to ask Leili Soltani or Frank Wuco.

17               MR. KHOJASTEH:  Can I help you,

18     Counsel?

19               MS. GREENBERGER:  You can instruct --

20               MR. KHOJASTEH:  She -- she's --

21               MS. GREENBERGER:  -- your client to

22     answer the question, sure.
```

Page 262

1                MR. KHOJASTEH:  Sure.  Yeah.  Well, I'm
2       just trying -- I think --
3                THE WITNESS:  I don't have an answer --
4                MR. KHOJASTEH:  -- the distinction --
5                THE WITNESS:  -- and I don't want --
6                MR. KHOJASTEH:  -- the distinction --
7                THE WITNESS:  I could guess.
8                MR. KHOJASTEH:  It's like the
9       distinction -- she is not asking who is best
10      suited to answer the question.
11               THE WITNESS:  She's asking --
12               MR. KHOJASTEH:  She's asking whether
13      you personally sitting here today have any
14      knowledge anywhere in your brain as to whether
15      radio is being -- Mandarin is being broadcast in
16      radio.  It's -- it's not -- you're not testifying
17      as to whether it is or not.  It's just as to
18      whether you know it is or not.
19               THE WITNESS:  It may be or may not.  I
20      don't know and I don't -- I have a guess, but I
21      don't want to guess.
22

Page 263

1    BY MS. GREENBERGER

2        Q    That's fine.  I don't know is your

3    answer to whether radio was broadcast in

4    Mandarin.  As of August 13th, you didn't -- you

5    don't know, correct?

6        A    I have a guess, but I'd rather you ask

7    somebody who can verify it with certainty.

8        Q    And do you know one way or another

9    whether USAGM -- I'm sorry -- whether VOA did TV

10   broadcasting in Mandarin at any point since

11   March 15?

12       A    Again, I would rather you ask the

13   people who can give you a certain answer.

14       Q    Would it have to be a guess for you to

15   answer the question?

16       A    Yeah.

17       Q    What radio programming has VOA been

18   broadcasting since April 22nd, when the

19   preliminary injunction was issued?

20           MR. KHOJASTEH:  Object to form.  Lacks

21   foundation.

22           THE WITNESS:  I would rather you ask

1    the people who are actually doing that.

2    BY MS. GREENBERGER

3        Q    Is your answer that you don't know what

4    radio programming?

5        A    No.  I can see what you're trying to

6    do.  I'm not running VOA.  I am the head of the

7    agency right now, and I am leaving it to the

8    people that I have put in charge to do that.

9        Q    Ms. Lake, I'm not trying to do

10    anything.  I'm just trying to understand what

11    radio programming USAGM has been broadcasting,

12    and you're here today.

13        A    Okay.

14        Q    And so if the answer is you don't know,

15    that's your answer, but I'm entitled to ask the

16    question --

17        A    You may -- you may ask the question.

18        Q    -- whether VOA --

19        A    And this is -- this is fluctuating, so

20    we may have not been doing it before and now we

21    are, and so --

22        Q    And that's what --

Page 265

1        A    -- I don't want to give an answer

2     that's inaccurate.  I'm under oath, if I may

3     remind you.

4            MR. KHOJASTEH:  Counsel, if -- this is

5     where foundation -- if you ask the question, do

6     you know whether -- right?  I'm just saying, if

7     you lay the foundation, I think it's going to --

8     BY MS. GREENBERGER

9        Q    Have you ever --

10           MR. KHOJASTEH:  It's annoying, but --

11    BY MS. GREENBERGER

12       Q    -- received any information about what

13    radio programming VOA was engaged in?

14       A    Well, let me look back at this, because

15    I know that we were doing -- well, we obviously

16    were doing radio in Cuban -- to Cuba in Spanish,

17    and I am not sure if we're doing radio -- I think

18    we're doing radio in Dari and Pashto.

19           But, again, I don't want to give you an

20    answer that is not accurate, and so I would much

21    rather you talk to Frank, who I believe is

22    scheduled for a deposition coming up here in

Page 266

1      the -- in the coming week or so.  If you're just

2      trying to get me to say I don't know, I don't

3      know, I get what you're trying to do, and I just

4      would rather you have facts, because I don't like

5      to not give solid answers.

6           Q    Ms. Lake, I don't want to argue with

7      you.

8           A    I'm not arguing with you.

9           Q    The point of a deposition is to ask

10     questions and see the information you know.  If

11     you don't know, you can say I don't know,

12     but that --

13          A    I'm not --

14          Q    -- someone else --

15          A    I'm not certain.

16          Q    -- might know better --

17          A    I'm not certain.

18          Q    And that's fine.  You can say, I'm not

19     certain, but then give the answer that you

20     believe to be true, so long as it's not a guess.

21     Okay?

22          A    I'm not certain --

Page 267

```
 1        Q    And your counsel would instruct you the
 2     same.
 3        A    I'm not certain and I'm going to let
 4     somebody who is certain answer, and that's why I
 5     hope you ask that question of Frank Wuco and
 6     Leili.
 7             MS. GREENBERGER:  Can you mark that for
 8     a ruling, please?
 9             MR. KHOJASTEH:  Counsel --
10             MS. GREENBERGER:  The standard is not
11     being certain.
12             MR. KHOJASTEH:  No, I got you, but I
13     think, again, like, you're -- when I asked you to
14     lay a foundation, you asked a slightly different
15     question, have you ever received information.
16             You're asking her, sitting here today,
17     do you -- do you know whether, and whatever your
18     question is, do you know whether.  That's -- and
19     then she's either going to say, yes, I know or,
20     no, I don't know.
21     BY MS. GREENBERGER:
22        Q    Sitting here today, do you know whether
```

1    the agency has provided any radio programming to

2    Iran?

3         A    I'm not certain.

4         Q    What is your best understanding of

5    whether or not the agency has provided any radio

6    programming to Iran since March 15th?

7         A    I'm truly not certain.  I really don't

8    know.  You need to ask Leili, who is leading

9    that.

10             MR. KHOJASTEH:  I think you have your

11   answer on that one.

12             THE WITNESS:  I really -- I mean, I'm

13   not trying to dodge the -- I'm not certain.

14             MS. GREENBERGER:  I --

15             MR. KHOJASTEH:  Ms. Lake, it's okay for

16   you -- don't worry about what you think she's

17   trying to do.

18             THE WITNESS:  Okay.

19             MR. KHOJASTEH:  It's okay for you to

20   say I don't know.

21             THE WITNESS:  Okay.

22

Page 269

1    BY MS. GREENBERGER

2         Q    Does VOA keep track of audience

3    statistics?

4         A    I believe they are tracking that

5    through -- yeah, through social media and the

6    number of hits they're getting on social media

7    and number of views that the videos are seeing.

8         Q    And how about as to radio or TV

9    broadcasting?  Does VOA track audience statistics

10   for radio or TV broadcasting?

11             MR. KHOJASTEH:  Object to form.  Lacks

12   foundation.

13   BY MS. GREENBERGER

14        Q    Do you track it?  Does the agency track

15   it?

16        A    The agency does --

17             MR. KHOJASTEH:  Object to form.

18             THE WITNESS:  -- track that --

19             MR. KHOJASTEH:  Lacks foundation.

20             THE WITNESS:  -- kind of thing.

21   BY MS. GREENBERGER

22        Q    And have you seen any statistics about

Page 270

1    VOA audience numbers?

2        A    Leili gives a report.  She tries to

3    keep updated.  I have not taken -- she sent me a

4    report a couple days ago, and I've been a little

5    bit busy with other things and I haven't had a

6    chance, but I know she sounded, like, very happy.

7        Q    And how frequently does she provide a

8    report about VOA audience statistics?

9        A    I think she tries to keep us on top of

10   what's happening with what -- relatively

11   frequently, she sends things to Frank.

12       Q    And does her report cover internet

13   audience, TV audience, radio audience or

14   something else?

15               MR. KHOJASTEH:  Object to form.

16               THE WITNESS:  I --

17               MR. KHOJASTEH:  Lacks foundation.

18               THE WITNESS:  I assume it's all

19   eyeballs and all ears.

20   BY MS. GREENBERGER

21       Q    And when you say you were -- I don't

22   want to misquote you, but I think you said

1    something like relatively happy or quite happy

2    with the most recent report.

3                What did you say?

4         A    I said --

5                MR. KHOJASTEH:  Mischaracterizes

6    testimony.

7                THE WITNESS:  I said Leili seemed very

8    happy.

9    BY MS. GREENBERGER

10        Q    Leili seemed happy.  And --

11        A    Yeah.

12        Q    -- why was Leili happy, if you know,

13   about the most recent report?

14               MR. KHOJASTEH:  Object to form.  Lacks

15   foundation.

16               THE WITNESS:  I think I heard her say

17   something -- I don't remember the exact words,

18   but she said something about it's been a great

19   week or something like that, to those effect.

20   BY MS. GREENBERGER

21        Q    Do you know how audience statistics

22   from this summer compare to audience statistics

Page 272

1    from last summer for the agency?

2              MR. KHOJASTEH:  Object to form.  Lacks

3    foundation.

4              THE WITNESS:  It would be much

5    different because we have been effectuating

6    President Donald J. Trump's executive order, and

7    so to even compare, it would be comparing apples

8    to oranges.

9    BY MS. GREENBERGER

10        Q    You would expect the audience numbers

11   to be lower?

12        A    We're covering fewer languages, but I

13   would say the way to compare would possibly be to

14   look at the languages that we're covering and

15   maybe compare that way.  The beautiful thing is

16   it's -- this is not an agency that is about

17   ratings, per se.  We don't have to -- you know,

18   it's a federally funded agency.

19        Q    Is it about impact?

20        A    It's -- it's about impact.  It's --

21             MR. KHOJASTEH:  Object to form.  Lacks

22   foundation.

Page 273

1                THE WITNESS:  And it's about if the

2       story is reaching people and the story is fair

3       and honest.

4       BY MS. GREENBERGER

5            Q    And when you say it's about whether the

6       story is reaching people, do you consider whether

7       the story is reaching a significant audience?

8                MR. KHOJASTEH:  Object to form.

9                THE WITNESS:  Not necessarily.

10               MR. KHOJASTEH:  Vague as to significant

11      audience.

12      BY MS. GREENBERGER

13           Q    Ms. Lake, what nations do you consider

14      to be affected by censorship or repression?

15           A    I don't have a list.

16           Q    Would you agree with me that Russia is

17      a nation affected by censorship or repression?

18           A    Probably to some extent.

19           Q    How about Vietnam?  Would you agree

20      with me that's a country where people are

21      prevented by censorship or repression from

22      speaking to their fellow countrymen?

Page 274

1              MR. KHOJASTEH:  Object to form.  Lacks

2      foundation.

3              THE WITNESS:  I don't have enough

4      reliable information on that to discuss it right

5      now.

6      BY MS. GREENBERGER

7          Q    How about Nicaragua?  Would you agree

8      with me that Nicaragua is a country where people

9      are prevented by censorship or repression from

10     speaking to their fellow countrymen?

11             MR. KHOJASTEH:  Same -- same objection.

12     Lacks foundation.

13             THE WITNESS:  Are we going to go

14     through every 191 countries here?

15             MS. GREENBERGER:  No.  I have about

16     eight.

17             And you can have a standing objection

18     to this line of questioning, so we can get

19     through it quickly.

20             THE WITNESS:  I don't have an opinion.

21     BY MS. GREENBERGER

22         Q    On Nicaragua?

Page 275

1           A     On Nicaragua.

2           Q     Do you have an opinion about Mali and

3    whether that's a country where people are

4    prevented by censorship or repression --

5                 MR. KHOJASTEH:  Object to --

6    BY MS. GREENBERGER

7           Q     -- from speaking to their fellow

8    countrymen?

9                 MR. KHOJASTEH:  My objection -- this is

10   just -- you've established what you're referring

11   to.  Object to form for this line of questioning.

12   It's --

13                MS. GREENBERGER:  Yeah, standing.  It's

14   a standing objection to this line.

15                THE WITNESS:  What is the question

16   again?

17   BY MS. GREENBERGER

18          Q     Mali.

19          A     I understand, but what's the rest of

20   the question?

21          Q     Would you agree with me that Mali is a

22   country where people are prevented by censorship

1    or repression from speaking to their fellow

2    countrymen?

3         A    It's possible.

4         Q    Do you have a view whether it is or it

5    isn't?

6         A    It's just possible.

7         Q    How about Sudan?  Would you agree with

8    me that Sudan is a country where people are

9    prevented by censorship or repression from

10   speaking to their fellow countrymen?

11        A    Yes, it's possible.

12        Q    Have you concluded that it is a

13   country, or you just don't know?

14             MR. KHOJASTEH:  Object to form.  Asked

15   and answered.

16             THE WITNESS:  If Sudan is a country or

17   I don't know?

18   BY MS. GREENBERGER

19        Q    If Susanne is -- Sudan is a country

20   affected by censorship or repression.  Do you

21   have a view on that?

22        A    I don't have a view on that.

Page 277

```
 1        Q     How about the Democratic Republic of

 2     Congo?  Do you have a view on whether that is a

 3     country affected by censorship or repression?

 4        A     I don't have an opinion.

 5        Q     Would you agree with me that the United

 6     States in promoting democratic values has to

 7     compete with misinformation from authoritarian

 8     regimes?

 9        A     Yeah, sure.

10        Q     And would you --

11        A     That sounds reasonable.

12        Q     And would you agree that China is a

13     source of misinformation?

14        A     I'm sure, yeah.

15        Q     And --

16        A     Definitely.

17        Q     -- Russia?

18        A     Possibly, yes.

19              (Deposition Exhibit Number 14 was

20              marked for identification.)

21              MR. KHOJASTEH:  Thank you.

22
```

Page 278

1    BY MS. GREENBERGER

2        Q    I'm handing the witness an exhibit

3    marked 14 --

4        A    Okay.

5        Q    -- which is a portion of a federal

6    statute, 22 U.S.C. 6202.

7             Are you familiar with this statute?

8        A    A bit, yes.

9        Q    And what is this statute?

10       A    It's part of the IBA, correct?  Am I

11   right?  Or I might be wrong.  International

12   Broadcasting Act?

13       Q    And turn --

14       A    Is this right?  Is that what this is?

15       Q    Let's just move on.  So turning to

16   (b)(6) --

17       A    No, you asked if I knew --

18            MR. KHOJASTEH:  But, listen,

19   she doesn't -- if you're asking her --

20            THE WITNESS:  I don't know.

21            MR. KHOJASTEH:  -- is this --

22            (Reporter clarification.)

Page 279

```
 1              MR. KHOJASTEH:  If she doesn't -- if
 2      you're showing her something and you want to
 3      start asking her questions about it and you're
 4      asking her if she's familiar with it, she's
 5      saying she doesn't know.
 6              MS. GREENBERGER:  And that's her
 7      answer.
 8              THE WITNESS:  No, no, no.  It's not
 9      that I don't know.  I said, is this the
10      International Broadcasting Act?  Is that what
11      it's titled?
12              MS. GREENBERGER:  I don't know the
13      title of this document.
14              THE WITNESS:  Okay.  That's what I was
15      asking.  I'm not trying to be a jerk.  I'm asking
16      you.  You asked if I knew what it was.  I said,
17      is this the International Broadcasting Act?
18              MS. GREENBERGER:  I want to --
19              THE WITNESS:  And then you got terse
20      and said, let's move on.  I need to know what I'm
21      looking at here.  Is this the International
22      Broadcasting Act?  Can we have an attorney who
```

1    does know answer?

2    BY MS. GREENBERGER

3        Q    So the way depositions work is I ask

4    questions, and you just give me the best answer

5    you know.

6        A    But I can't answer if I gave you an

7    answer you didn't know, either.

8             MR. KHOJASTEH:  And it lacks foundation

9    anyway.  So why don't you identify it for her or

10   refer to a document that she's identified in, and

11   she can -- at least she could frame it.

12            It's the work of a deposition.  Don't

13   roll your eyes about it.  It's -- that's what we

14   have to do.  Look, I get annoyed by having to do

15   it, too, but that's what --

16            MS. GREENBERGER:  Okay.  I --

17            MR. KHOJASTEH:  -- conducting a

18   deposition is.

19            MS. GREENBERGER:  Thank you.  I've

20   conducted one or two in my life.  I appreciate --

21            MR. KHOJASTEH:  I'm sure you're

22   talented.  I'm just saying it's -- don't get

1    terse about it because she's asking for you to

2    lay a foundation.

3                    THE WITNESS:  If I had my phone, I

4    could check, but I don't have my phone.

5                    MR. KHOJASTEH:  No.

6    BY MS. GREENBERGER

7        Q    So I'm handing you Exhibit 12, which is

8    the International Broadcasting Act.

9                    And I believe you already answered that

10   you're familiar with this generally, this

11   statute?

12                   MR. KHOJASTEH:  So this is Exhibit 12?

13                   MS. GREENBERGER:  I'm sorry.  14.

14                   MR. KHOJASTEH:  14, yeah.

15                   MS. GREENBERGER:  14.  Apologies.

16   Thank you.

17                   THE WITNESS:  Okay.

18   BY MS. GREENBERGER

19       Q    Now, paragraph (b)(6), do you see that?

20       A    Shall not duplicate activities of

21   private U.S. broadcasters?

22       Q    That's not (b)(6).

Page 282

```
 1          A      Sorry.

 2                 MR. KHOJASTEH:  You were looking at

 3     (a)(3), Ms. Lake.

 4     BY MS. GREENBERGER

 5          Q      And we can -- we can talk about (a)(3)

 6     as well later, but let's turn to (b)(6).

 7          A      Okay.

 8          Q      What is your understanding of the

 9     statutory requirement --

10                 MR. KHOJASTEH:  Go ahead.  I'm just

11     going to do my one objection on this, and then

12     you'll -- you know -- we talked about this.  I'll

13     just do the one objection, and I will let you do

14     your thing.

15     BY MS. GREENBERGER

16          Q      What is your understanding of the

17     statutory requirement that "United States

18     international broadcasting shall include

19     information about developments in each

20     significant region of the world"?

21                 And your counsel's about to have a

22     standing objection.  Go ahead.
```

 1              MR. KHOJASTEH:  Object to form.  Calls
 2    for a legal conclusion.
 3              Ms. Lake, to the extent that answering
 4    counsel's question discloses or reveals
 5    communications or an understanding you've
 6    obtained from communications with counsel, I'm
 7    going to instruct you not to answer --
 8              THE WITNESS:  I don't see that.
 9              MR. KHOJASTEH:  I'm going to instruct
10    you not to answer.  However, if you want to
11    provide your understanding of the words on this
12    page as a layperson, you're free to answer.
13              MS. GREENBERGER:  You're required to
14    answer, Counsel.
15              MR. KHOJASTEH:  Sure.
16              THE WITNESS:  B --
17              MR. KHOJASTEH:  You're required -- I'm
18    saying --
19              THE WITNESS:  B what?
20              MS. GREENBERGER:  (b)(6).
21              THE WITNESS:  Okay.  I see what it
22    says.

Page 284

1    BY MS. GREENBERGER

2        Q    What do you consider significant

3    regions of the world?

4        A    Regions that are significant to our

5    policy, I guess.  I mean, I'm not an attorney.

6    And I see you're trying to get me to say we

7    should be covering news in every significant

8    region.  I think that significant regions, we're

9    covering.

10       Q    And what are the significant regions of

11   the world in your view?

12            MR. KHOJASTEH:  Same -- same objection.

13   She's just asking about in your view --

14            THE WITNESS:  Okay.

15            MR. KHOJASTEH:  -- your personal

16   knowledge --

17            THE WITNESS:  I think --

18            MR. KHOJASTEH:  -- as Kari Lake.

19            THE WITNESS:  -- in my view, Iran is

20   significant.  I think that Cuba is significant.

21   And I think China is significant.

22

Page 285

1      BY MS. GREENBERGER

2          Q    And is your view that -- what is your

3      view as to whether Africa is a significant region

4      of the world?

5          A    I mean, you could say it's significant.

6      You could argue it is, and some could argue it's

7      not.

8          Q    Have you reached an opinion personally

9      as to whether it's a significant region of the

10     world?

11         A    No, I haven't.

12             MR. KHOJASTEH:  Object to form.  Asked

13     and answered.

14     BY MS. GREENBERGER

15         Q    You can answer.

16         A    You can -- you may think it is.  I may

17     think it's not.  I'm not saying I don't.  I just

18     haven't -- I haven't put out an opinion on that.

19     I haven't given it a lot of thought.

20         Q    How about South America?  Have you

21     reached an opinion as to whether that's a

22     significant region of the world?

Page 286

1              MR. KHOJASTEH:  Again, Ms. Lake, as a
2    layperson, not as a --
3              THE WITNESS:  Yeah.  I think there's --
4              MR. KHOJASTEH:  -- lawyer.
5              THE WITNESS:  -- some significance in
6    South Africa [sic].  There's significance
7    everywhere.  There's significance on Mars.
8    BY MS. GREENBERGER
9        Q    Have you reached an opinion as to
10   whether South America is a significant region of
11   the world?
12             MR. KHOJASTEH:  Object --
13             THE WITNESS:  Yes.
14             MR. KHOJASTEH:  -- to form.  Lacks
15   foundation.
16             THE WITNESS:  Sure.
17   BY MS. GREENBERGER
18       Q    Sure, it is a significant region?
19       A    Sure, yeah.
20       Q    And is VOA broadcasting information to
21   South America?
22       A    Actually, I think Cuba broadcasting is

Page 287

1    making it to parts of South America.
2         Q    Which parts?
3         A    I believe it's in either my declaration
4    or Frank's.
5         Q    Okay.  We can come back to that.
6         A    Yeah.  I'm not sure where.  You can --
7    that's a good question for Frank.
8         Q    How about Central America?  Would you
9    say that's a significant region of the world?
10        A    Sure.
11             MR. KHOJASTEH:  And, again, object to
12   form.  Lacks foundation.
13             In what respect are you meaning
14   significant nation of the world?  What does that
15   mean?
16             THE WITNESS:  Is it significant in
17   size?  Is it significant in culture, significant
18   in political importance, significant in import,
19   export, significant in culture?
20             MS. GREENBERGER:  So --
21             THE WITNESS:  Lots of different --
22

Page 288

```
 1    BY MS. GREENBERGER
 2         Q    As your understanding of the statute,
 3    where it says significant region of the world,
 4    what is your understanding of the word
 5    "significant region"?
 6              MR. KHOJASTEH:  Ms. Lake, if you
 7    have -- separate and apart from the words
 8    "significant region," if you're -- if you're
 9    opining as to an interpretation -- your
10    interpretation of the statute -- of the statute,
11    not the words on the page, the statute, and
12    that's based on communications you've had with
13    counsel, I'm going to instruct you not to answer.
14              THE WITNESS:  I don't have an opinion
15    of those words in that -- in the statute, and
16    I -- this is why I lean on my general counsel.
17    BY MS. GREENBERGER
18         Q    Turning to section c, which speaks
19    about the --
20         A    Are we still on the --
21         Q    Same --
22         A    -- International Broadcasting Act?
```

Page 289

1          Q    Yes.  Last page.  It speaks -- it says,
2     "The long-range interests of the United States
3     are served by communicating directly with the
4     peoples of the world by radio."
5          A    Okay.
6          Q    Do you have a belief as to whether the
7     United States' interests are served by
8     communicating directly by radio to peoples of the
9     world?
10         A    In some places, yes, maybe.
11         Q    And in what places are those?
12         A    Cuba.
13         Q    Any other places other than Cuba where
14    the United States' interests are served by
15    communicating by radio?
16         A    I haven't given it much thought.
17         Q    And why -- why is Cuba a country where
18    the United States' interests would be served by
19    communicating directly with peoples of the world?
20         A    Well, it's 90 miles from our shore, and
21    it poses a significant threat being 90 miles from
22    our country.  And the people don't have access

Page 290

1     to -- and some people don't have -- actually, I

2     think I got a stat from our office down there

3     that there's roughly 9 million people, I believe,

4     and 8 million have smartphones.  So smartphones

5     are -- they don't have -- they don't have great

6     electricity down there and -- radio is still

7     listened to in some ways, but I really think

8     smartphones are kind of where it's going.  Even

9     radio's played on digital.

10        Q    I want to talk -- I want to turn to a

11    different topic.  We might come back to some of

12    this, but you can put that aside.

13             Ms. Lake, Ms. Thomas -- I think we

14    looked at it already -- issued a declaration or

15    submitted a declaration in this case.

16        A    Crystal, Crystal Thomas?

17        Q    Crystal Thomas, yeah.  And paragraph 3

18    of that declaration, I'll refer you to.

19        A    Okay.

20        Q    Let me know when you've read it.

21        A    Okay.

22        Q    And just so I'm clear on the math, here

Page 291

1    it says, USAGM, as of March 27th, employs a total

2    of 1,147 full-time employees and has active

3    employment contracts with 598 contractors,

4    correct?

5         A    As of March 14th, 1,147.  Yeah.

6         Q    And those two numbers would be added

7    together to determine the number of staff that

8    USAGM had, correct?

9              MR. KHOJASTEH:  Object to form.  Lacks

10   foundation.

11   BY MS. GREENBERGER

12        Q    Let me ask it another way.  Are the 598

13   personal service contractors part of the 1,147?

14        A    I believe they're separate.

15        Q    Okay.  I believe so, too.  I just want

16   the record to be clear.

17             So, when I add those two numbers up, I

18   get 1,745.  Does that sound right to you?

19        A    That sounds good.  I'd need to go back

20   and double-check these numbers.

21        Q    But you believe they were accurate at

22   the time of Ms. Thomas' --

Page 292

1          A     Well, I'm --

2          Q     -- declaration?

3          A     -- assuming because she signed this

4     under penalty of perjury.  So she must have

5     looked up those numbers somewhere.

6                MS. GREENBERGER:  I think we already

7     marked the Court's July 30th order.  It's tab 27

8     and Exhibit 11.

9                MR. BLUMIN:  Eleven.

10    BY MS. GREENBERGER

11         Q     Do you have that in front of you?

12         A     Exhibit 11?

13         Q     Yes.

14         A     There we go.

15         Q     And the Court, on page 4 -- and this is

16    the start of the first full paragraph -- states,

17    "VOA's staffing levels are inextricably enmeshed

18    with its operational capacity and, in turn, its

19    ability to carry out its statutory mandate,

20    because VOA cannot operate without employees."

21               Do you agree with that statement?

22         A     Well, obviously, we need employees, but

Page 293

```
 1    the question is how many.
 2         Q    And you agree that your staffing levels
 3    are enmeshed with the operational capacity?
 4         A    Not necessarily.
 5              MR. KHOJASTEH:  Object to form.  Lacks
 6    foundation.
 7              THE WITNESS:  No.
 8    BY MS. GREENBERGER
 9         Q    So you disagree that how much -- I'll
10    strike that.
11              The term "operational capacity," what
12    do you understand that to mean?  Is that a phrase
13    you know?
14         A    Our ability to operate.
15         Q    And do you believe your ability to
16    operate is connected to the number of staff you
17    have?
18              MR. KHOJASTEH:  Object to form.  Vague
19    as to connected.
20              THE WITNESS:  I think the -- you're
21    trying to ask me how many people we need
22    to operate?
```

Page 294

1    BY MS. GREENBERGER
2         Q    I'm not yet going to the number.  I'm
3    just trying to say -- ask if you agree with the
4    Court's statement that how many people you have
5    and your ability to operate are enmeshed, they're
6    connected.
7              MR. KHOJASTEH:  Object to form.  Asked
8    and answered.
9              THE WITNESS:  I mean, you have to have
10   some staff to be able to operate, so I guess you
11   could make a correlation that having staff is
12   important to being able to operate.  The question
13   is how many staff members.
14   BY MS. GREENBERGER
15        Q    And you need a certain level of staff
16   to broadcast enough to comply with your statutory
17   mandate, correct?
18             MR. KHOJASTEH:  Object to form.  Lacks
19   foundation.  Calls for a legal conclusion.  And
20   I'll instruct you to -- that's fine.
21             THE WITNESS:  Can you repeat that,
22   please?

Page 295

1    BY MS. GREENBERGER

2        Q    Sure.  And I think this is just common

3    sense that when we looked at the June 3rd letter

4    and the attachments, you concluded -- or I'm

5    sorry -- you submitted to Congress that -- I

6    can't remember if the number's 81 or 82 -- I'll

7    withdraw the question.

8             So when we looked at the June 3rd

9    letter, you submitted to Congress that 81 people

10   were necessary for the statutory minimum,

11   correct?

12       A    The -- the career staff, the career

13   leadership, senior career leadership, determined

14   that number.

15       Q    And --

16       A    And my -- and then I followed up with

17   the CN that said this is fluctuating and we're

18   going to be determining it.

19       Q    And the basic idea that I don't think

20   is controversial is, you need a certain number of

21   people to do the broadcasting that is the

22   statutory mandate, correct?

Page 296

1        A    You need a certain number of people,

2    yes.  The question is, what is a certain number?

3        Q    Right.  And if you have too few people,

4    you can't do the statutory mandate, correct?

5              MR. KHOJASTEH:  Object to form.  Calls

6    for speculation.

7              THE WITNESS:  If you have too many

8    people, you can't do statutory minimum.

9    BY MS. GREENBERGER

10       Q    But if you have too few people, you

11   can't do what the statute obligates you to do,

12   correct?

13             MR. KHOJASTEH:  Object to form.  Calls

14   for speculation.

15             THE WITNESS:  I mean, I think

16   there's -- you could have a differing opinion.

17   You could say, there's too few, and I could say,

18   we got it.

19   BY MS. GREENBERGER

20       Q    I hear you, but whatever the number --

21   you know what?  Let's move on.

22             Now, when we were looking at

1    Ms. Thomas' declaration, paragraph 6 states that

2    the agency terminated the contracts with all

3    personal services contractors, who will be paid

4    through March 31st, 2025.

5            Do you see that?

6    A    No, I don't see that.  I see placed --

7    Q    Paragraph 6.

8    A    In paragraph 6, placed 1,042 facility

9    employees on administrative leave.

10   Q    It's the next sentence.

11   A    On March 16th, 2025, and terminated the

12   contracts with all personal service contractors

13   who are being paid through -- yes.

14   Q    Okay.  And --

15   A    "The agency has retained the ability to

16   recall employees from administrative leave to

17   work."

18   Q    And, ultimately, those personal service

19   contractors did not have their contracts

20   terminated in March, correct?

21           MR. KHOJASTEH:  Object to form.  Lacks

22   foundation.

Page 298

```
 1            THE WITNESS:  I'm not sure.  What are
 2     you referring to?
 3     BY MS. GREENBERGER
 4        Q    Do you recall that the temporary
 5     restraining order that the court in New York
 6     issued stayed the termination of the contractors?
 7        A    Yes.
 8        Q    Okay.  And then, in May, you determined
 9     that the contractors should be terminated; is
10     that correct?
11        A    Somewhere about there --
12            MR. KHOJASTEH:  Object to form.
13            THE WITNESS:  -- but we --
14            MR. KHOJASTEH:  Lacks --
15            THE WITNESS:  -- had --
16            MR. KHOJASTEH:  -- foundation.
17            THE WITNESS:  Yeah, I don't --
18            MR. KHOJASTEH:  Vague as to "you."
19            THE WITNESS:  Dates are going to be
20     tough because I don't have a calendar in front of
21     me.
22            MR. KHOJASTEH:  Kari, Ms. Lake, when
```

Page 299

```
 1        I'm objecting, you have to stop --

 2               THE WITNESS:  Okay.

 3               MR. KHOJASTEH:  You have to not answer

 4        so that he -- we can get a clean record.

 5               MS. GREENBERGER:  Did you get her

 6        answer?

 7               (Reporter clarification.)

 8               THE WITNESS:  What was the question?

 9        BY MS. GREENBERGER

10          Q    So the question was -- let me ask it

11        another way.

12               At some point, you ordered that the

13        contractors should be -- the personal services

14        contractors should have their contracts

15        terminated, correct?

16               MR. KHOJASTEH:  Object to form.  Vague

17        as to "you."

18               THE WITNESS:  Yes.  I -- when you ask

19        "you," I see the agency, so just so that you know

20        that, when you're saying "you," I -- there --

21        sometimes this was -- if it was before, when

22        Victor was there, there was consultation with
```

```
                                           Page 300
 1    Victor.  If it's -- if you're asking me about

 2    now, it would maybe be just me deciding that.

 3    BY MS. GREENBERGER

 4         Q    Okay.  So you said you don't know the

 5    date, but it was some date -- is it fair to say

 6    it was some date in the spring that the

 7    contractors' contracts were terminated?

 8         A    I don't know the date.

 9         Q    Okay.  And was it after the injunction

10    was issued?

11         A    I would have to look.  I'd have to go

12    back and look.

13         Q    Okay.  And who made the decision to

14    terminate the contracts for all the contractors?

15         A    I think that was made through --

16              THE WITNESS:  Is this kind of

17    pre-decisional through our team?  Can I talk

18    about that?

19              MR. KHOJASTEH:  No, no, you can make --

20    you can say who makes it.

21              THE WITNESS:  Ultimately, if it was in

22    March, there's a good chance that Victor -- I
```

Page 301

```
 1      would have consulted with Victor, and either
 2      Victor would have made that decision or I would
 3      have made the decision with the ability that I
 4      have.
 5      BY MS. GREENBERGER
 6          Q    And to be clear, I'm not talking about
 7      the March decision that was ultimately rescinded.
 8      I'm talking about the later decision that
 9      actually went through that -- that were -- ended
10      up that the contractors had their contracts
11      terminated.
12              MR. KHOJASTEH:  When was that, just so
13      I can --
14              MS. GREENBERGER:  May.
15              MR. KHOJASTEH:  Okay.
16              THE WITNESS:  Okay.  So you're asking
17      who made the decision?
18      BY MS. GREENBERGER
19          Q    Yes.  Who made the decision in May?
20          A    It was -- it was probably me consulting
21      with Victor, I'm guessing.
22              Q    Well, I don't want you to guess.  Is
```

Page 302

1     that your best memory?

2          A    Well, I -- yeah, I -- we -- we, as an

3     agency, made the determination to do that --

4          Q    And is your --

5          A    -- and --

6          Q    -- best memory that you made that

7     decision after consulting with Victor?

8          A    After consulting with the team, yeah.

9     Victor gave me delegated authorities.

10              MS. GREENBERGER:  You know what?  Why

11    don't we take a break now, if that's okay.

12              MR. KHOJASTEH:  Fine with us.

13              THE WITNESS:  I don't need one.

14              MR. KHOJASTEH:  Yeah, but if she wants

15    to get organized.

16              THE WITNESS:  Oh, okay.

17              MR. KHOJASTEH:  We've been going an

18    hour.  It helps her.

19              THE WITNESS:  Okay.

20              VIDEO TECHNICIAN:  This marks the end

21    of Media Unit No. 4.  Going off the record, the

22    time is 15:30 p.m.

```
 1              (Recess 3:30 p.m. to 3:48 p.m.)
 2              VIDEO TECHNICIAN:  This marks the
 3      beginning of Media Unit No. 5.  Going back on the
 4      record, the time is 15:48 p.m.
 5      BY MS. GREENBERGER
 6          Q    Paragraph 8, Ms. Lake, of Ms. Thomas'
 7      declaration, do you have that in front of you?
 8          A    I do now.
 9          Q    Okay.  Thank you so much.  Her
10      March 27th declaration.  It states that "In
11      addition to the employees recalled from
12      administrative leave at the Office of Cuba
13      Broadcasting, the agency has recalled
14      approximately 31 other employees from
15      administrative leave."
16              Do you see that?
17          A    Yes.
18          Q    And since March 27th, has the agency
19      recalled other employees from administrative
20      leave?
21          A    Yes.
22              MR. KHOJASTEH:  Object to form.
```

Page 304

1    Calls -- lacks foundation.

2    BY MS. GREENBERGER

3        Q    Can you describe to me the process the

4    agency has followed since March when recalling

5    people from administrative leave?

6            MR. KHOJASTEH:  Object to form.  Lacks

7    foundation.

8            THE WITNESS:  Well, when somebody's put

9    on paid administrative leave with the United

10   States government, you're still an employee, and

11   you can be called back at any moment.  And they

12   know that when they're put on paid administrative

13   leave, so they're being paid while they're at

14   home.  They still get all the benefits.  And at

15   times we determine we need somebody, and they

16   come back.  This has happened across the

17   government, and it's quite normal.

18   BY MS. GREENBERGER

19       Q    And what e-mail or memo or

20   documentation is created about the need to return

21   someone back from administrative leave?

22           MR. KHOJASTEH:  Object to form.  Lacks

Page 305

```
1    foundation.
2            THE WITNESS:  Usually, it will come
3    if -- if somebody in the agency says, you know, I
4    need somebody who can do this or we have a need
5    for this, we need to bring somebody back, or what
6    about bringing somebody back from admin leave,
7    and then we go through HR, contact the person,
8    and they come back from administrative leave.
9    BY MS. GREENBERGER
10        Q    Are you -- strike that.
11            Have you been involved in the decision
12    whether to recall employees back from
13    administrative leave?
14        A    Sometimes I've been asked if we can
15    call employees back, or it's suggested to me.
16        Q    And have you sometimes approved that
17    request?
18        A    I have.
19        Q    And have there been other times where
20    you have not approved that request?
21        A    Perhaps, yes.  There's probably been a
22    few times where I haven't.
```

1        Q     And what were the situations when you

2    did not approve the request?

3        A     We -- maybe -- there were several,

4    being maybe there were -- there was a situation

5    where somebody was asking for three people or

6    four people to return back to do the same job,

7    when we didn't think it was necessary to have

8    four people.  We could do it with two.

9        Q     And so you personally at that point

10   would say you think two is enough?

11              MR. KHOJASTEH:  Object to form.

12   Mischaracterizes testimony.

13              THE WITNESS:  I would interact with the

14   person requesting four -- this is hypothetical --

15   four, and I would say, do we really need four?

16   Can two do that job or three?

17              MS. GREENBERGER:  Let's turn to a

18   different topic.  Is -- can I have --

19              MR. BLUMIN:  It's not ready yet, but

20   you may not need it.

21   BY MS. GREENBERGER

22        Q     Okay.  There were RIF notices that were

1      sent out by the agency between June 5th and

2      June 20th; is that correct?

3           A      I believe those are the correct dates.

4           Q      Okay.  And the reporting -- and I can

5      show you tab 34 -- that is sourced to a senior

6      official at the agency states that there were 639

7      people who were -- received RIF notices in June

8      from the agency.

9           A      Can I see this?

10          Q      Of course.  Let me mark it as an

11     exhibit first.

12               THE WITNESS:  What's the source of

13     this?  What agency put this out?

14               MS. GREENBERGER:  This is TheDesk.net.

15               THE WITNESS:  Okay.  Oh, Matthew Keys.

16     You pick all the good ones, all the good fake

17     news.  Okay.

18               (Deposition Exhibit Number 15 was

19               marked for identification.)

20     BY MS. GREENBERGER

21          Q      Did you see this story when it was

22     published?

Page 308

1          A     No, I didn't see this.

2          Q     Did you hear this story when it was

3     published?

4          A     I try not to read the fake news.

5          Q     Did you hear about this story when it

6     was published?

7          A     What's the story?  What do you want me

8     to focus on here?

9          Q     So my question was really pretty

10    simple.  The reporting on the second paragraph on

11    page 2 says that "639 employees received RIF

12    notices between June 5th and Friday afternoon."

13              Is that accurate?

14         A     That seems very accurate, yeah.

15         Q     And the next sentence says that "Among

16    the affected employees were Persian-language

17    workers who were laid off earlier this year, but

18    asked to return to work last week in order to

19    cover the Israel-Iran conflict."

20              Do you see that?

21         A     "Among the affected employees" --

22    uh-huh.

Page 309

1            MR. KHOJASTEH:  And what's the

2    question?

3            MS. GREENBERGER:  I was getting there.

4            MR. KHOJASTEH:  Sure.

5    BY MS. GREENBERGER

6        Q    Is that accurate that the June RIF

7    included Persian language workers who had been

8    asked to return from leave to cover the

9    Israel-Iran conflict?

10           MR. KHOJASTEH:  Object to form.  Lacks

11   foundation.

12           THE WITNESS:  I mean, you're asking me

13   to verify Matthew Keys' reporting.

14   BY MS. GREENBERGER

15       Q    I'm not.  I'm asking you for facts

16   about the agency.  So what I'm trying to

17   understand --

18       A    Yes.  Some Persian language workers who

19   were laid off earlier this year but asked to

20   return to work were RIF'd, yes.

21       Q    Thank you.  And you signed the RIFs

22   that went out in June?

1          A    Yes.

2          Q    And you signed them because that was

3     your decision to RIF those workers?

4                MR. KHOJASTEH:  Object to form.  Lacks

5     foundation.

6                THE WITNESS:  We are effectuating an

7     executive order dated March 14th by the President

8     of the United States, which calls for reducing

9     the agency to its statutory minimum, including

10    personnel.

11    BY MS. GREENBERGER

12         Q    And so my question was:  You personally

13    made the decision in June to RIF 639 employees,

14    correct --

15                MR. KHOJASTEH:  Object to form.

16    BY MS. GREENBERGER

17         Q    -- in order to effectuate the executive

18    order?

19                MR. KHOJASTEH:  Object to form.  Lacks

20    foundation.  Vague as to personal decision.

21                THE WITNESS:  This was an agency

22    decision based on everything that's led up to

Page 311

1    this, that we needed to reform the agency and

2    bring it to a statutory minimum.

3    BY MS. GREENBERGER

4        Q    Why did you sign those RIF notices?

5        A    Because Victor Morales refused to do

6    his job and do that.

7        Q    And did Victor Morales tell you why he

8    was refusing to sign the RIF notices?

9        A    I don't recall.

10       Q    Did you have any communications with

11   Mr. Morales about signing the RIF notices?

12            MR. KHOJASTEH:  Object to form.  To the

13   extent that those communications happened in the

14   presence of counsel, I'm going to instruct you

15   not to answer.  If they didn't, you're free to

16   answer the question.

17            THE WITNESS:  I don't recall if he just

18   didn't feel that he wanted to do it or he just

19   said, why don't you do it.

20   BY MS. GREENBERGER

21       Q    And those 639 RIF notices were

22   rescinded, correct?

Page 312

1          A     They were.

2          Q     And why is that?

3          A     I think it was because there was some

4    sort of an error detected on a few of them, and

5    we engaged in union bargaining, so we reissued

6    those based on a couple of numbers that they said

7    weren't accurate.  And we decided to rerun the

8    RIF after we did some collective bargaining with

9    the unions.

10         Q     And there was also a union grievance

11   filed concerning the RIF?

12         A     Perhaps, yes.

13               MR. KHOJASTEH:  Object to form.  Lacks

14   foundation.

15   BY MS. GREENBERGER

16         Q     Okay.  I can show it to you and see if

17   that refreshes your recollection.

18         A     Okay.  I wasn't -- I wasn't a huge

19   part -- I mean, the RIF is done in a very

20   specific way, and I was not a huge part of

21   deciding on it.

22         Q     Who was --

1        A    What was the union grievance?  May I
2    see that?
3              MS. GREENBERGER:  Sure.  Can you hand
4    me tab 46, please?
5              MR. BLUMIN:  Yeah.
6    BY MS. GREENBERGER
7        Q    And while we're getting that, you said
8    you were not a huge part of deciding that RIF.
9              Who played a huge part in your view?
10       A    Well, we decide which employees are
11   needed, not which specific employees, but what do
12   we need to do the job.  And then we can't choose
13   an employee -- you might -- in the private
14   sector, you might say, we need our star employees
15   to remain.  That's not how it works in the
16   government.
17             You just choose the titles of -- of the
18   positions that are needed, and then it goes
19   through a process where those positions will
20   remain, but you're not certain who will be in
21   those positions.  It's a way to maintain fairness
22   in the government, and so that's how it works.

1      Q    And so when you say you didn't have a

2    huge role, you had a role in choosing the title,

3    but not -- of the positions that were needed, but

4    not a role in determining who would --

5      A    No.  I let my team decide the title.  I

6    let the people who were running the Voice of

7    America decide who -- which titles -- not who,

8    but which titles, what positions are needed to

9    run Voice of America.

10     Q    And when you say you let the people who

11   were running Voice of America decide that, who

12   were you referring to?

13     A    Management there, Leili and -- and I'm

14   sure she consulted with others to say, what do we

15   need to run our operation?

16     Q    Remind me.  What was Leili's title in

17   June?

18     A    I think she -- I don't know if she

19   was -- I don't know if she had been moved into

20   the programming director yet, so I'm not sure,

21   but she was probably the top manager in the

22   newsroom.

 1            MS. GREENBERGER:  And once there
 2    were -- well, we can get there.  Can you please
 3    mark that?
 4            (Deposition Exhibit Number 16 was
 5            marked for identification.)
 6            THE WITNESS:  Okay.
 7            MR. KHOJASTEH:  What is this marked as?
 8            MR. BLUMIN:  I'm so sorry.
 9            MR. KHOJASTEH:  It's okay.
10            MR. BLUMIN:  I think we're at 16.
11            MR. KHOJASTEH:  Okay.  And what was
12    this one, just so I'm --
13            MS. YEOMANS:  15.
14            MR. BLUMIN:  That was 15.
15            MR. KHOJASTEH:  Okay.  Great.  Thank
16    you.
17    BY MS. GREENBERGER
18        Q    And let me know when you're ready to be
19    asked questions.  And I can just tell you, I'm
20    not going to ask such specific questions, so...
21            My question will be -- when you're
22    ready is:  Does this refresh your recollection

Page 316

1    that one of the unions, AFGE, filed a grievance

2    concerning the June RIFs?

3            MR. KHOJASTEH:  And that's a yes or no

4    question, Ms. Lake.  To the extent that you

5    learned about this document or learned about the

6    grievance from counsel, I'm going to instruct you

7    not to answer as it would disclose

8    attorney-client --

9            THE WITNESS:  Yeah, I learned --

10            MR. KHOJASTEH:  -- communications.

11            THE WITNESS:  -- from counsel, and this

12    kind of thing goes through our HR people that

13    deal with the unions.

14    BY MS. GREENBERGER

15        Q    And so in -- in or about the time the

16    grievance was filed, you were aware of it,

17    correct?

18        A    The grievance on July 29th?

19        Q    Correct.

20        A    I'm sure they made me aware that there

21    had been a grievance.  We -- we expected this.

22    You know, this is not unusual to have a grievance

Page 317

1    when you're going through a RIF.

2         Q    And that's because the CBA has a

3    process for dealing with RIFs, correct?

4         A    Right.

5         Q    And there's also a process to deal with

6    the grievances?

7         A    Uh-huh.

8         Q    You have to say yes or no.

9         A    Yes.

10         Q    Now, in August, on August 29th, at that

11    point, you were acting CEO?

12         A    Yes.

13         Q    And you can put that aside.

14              You directed a RIF of 532 employees; is

15    that correct?

16         A    Uh-huh.  Yes.

17         Q    And just so the record's clear, when I

18    say you, I mean you personally directed that.

19              MR. KHOJASTEH:  Okay.  Object to form.

20    Lacks foundation.  Vague as to "you," but go

21    ahead.

22              THE WITNESS:  I mean, the original RIF,

Page 318

```
1     we're planning to reduce the force, the number of

2     people, right?  That was pretty obvious.  We

3     decided to rerun the RIF.  During that time while

4     we were rerunning it, we were -- before we reran

5     it, we started negotiating with the unions.  And

6     I think we had great negotiations from all I

7     heard.  They asked for, at one point, 42

8     different items that they requested, and I think

9     we delivered on -- out of 42, I think we

10    delivered on 39, maybe even 40.

11              And then we always planned to rerun the

12    RIF, and so this was just a rerunning of the RIF,

13    and that's how it happened.  So this was the

14    same -- the same process that went into the first

15    one.  We knew we had to reduce the size of the

16    staff because we were effectuating the

17    President's March 14th executive order, so this

18    was that process continuing out.

19    BY MS. GREENBERGER

20         Q    And just so I'm clear, when you say you

21    had to rerun the RIF, you're referring to the

22    June RIF, correct?
```

Page 319

1          A     Yes.

2          Q     Okay.  And you said you had

3     negotiations with the unions and at the -- on

4     August 29th, when you reran the RIF, had those

5     negotiations been completed, or were they

6     ongoing?

7               MR. KHOJASTEH:  Object to form.  Calls

8     for -- lacks foundation.

9               THE WITNESS:  I think we felt that they

10    were -- they had -- we had completed the -- I'm

11    not sure the union's happy, but, you know, that's

12    their prerogative as well.

13    BY MS. GREENBERGER

14         Q     Did you consult with OPM on the

15    decision to issue the RIF notices on August 29th?

16    And here, when I say "you," I mean to your -- let

17    me ask it a different way.

18               To your knowledge, did the agency

19    consult with OPM on the decision to issue the RIF

20    notices on August 29th?

21         A     I don't know that.  If it's part of

22    what we need to do, then I'm assuming we did.

1       Q    And who in the agency as a matter of

2    general practice would have been tasked with

3    coordinating with OPM?

4       A    Probably --

5            MR. KHOJASTEH:  Object to form.  Lacks

6    foundation.

7            THE WITNESS:  I don't know.

8    Probably -- probably our LER at HR, maybe

9    Michelle Stewart, perhaps somebody -- we had

10   several HR people that were working on conducting

11   the RIF.  And possibly Chris Luer, who's our

12   acting CMO.  I think he's our acting CMO.  Maybe

13   he's acting head of HR, actually.

14   BY MS. GREENBERGER

15       Q    We talked earlier about the process of

16   a RIF.  Who made the decision who would be -- as

17   to the names of the human beings who would be on

18   the retention register?

19            MR. KHOJASTEH:  Object to form.  Lacks

20   foundation.

21            THE WITNESS:  I think I just told you

22   you don't choose the name.  You just choose a

Page 321

1    position.

2    BY MS. GREENBERGER

3         Q     And who chooses the name, though, or

4    what's the process by which a name is chosen?

5         A     The process -- and I went through

6    this --

7              MR. KHOJASTEH:  Object to form and

8    instruct you not to answer to the extent that

9    your knowledge of the process is based on

10   communications you've had with your lawyers.

11             THE WITNESS:  That's true, and it's

12   also based on communication with people who were

13   involved in the RIF.

14             MR. KHOJASTEH:  So you can --

15             THE WITNESS:  So it's hearsay.

16             MR. KHOJASTEH:  Don't -- you don't have

17   to worry about hearsay.  Your -- whatever you

18   learned from the people involved in the RIF that

19   aren't the lawyers, you can --

20             THE WITNESS:  Okay.

21             MR. KHOJASTEH:  -- you can

22   communicate -- you can testify as to that.  On

Page 322

1     that stuff you learned from lawyers, I'm

2     instructing you not to answer.

3          THE WITNESS:  Okay.  So repeat the

4     question if you don't mind.

5     BY MS. GREENBERGER

6          Q    Sure.  What was the process --

7          A    Of choosing the people that were RIF'd?

8          Q    -- of choosing the people that were

9     RIF'd?

10         A    I think I already went through this

11    before.  It's the same as with the first RIF.  We

12    just reran the RIF, and you determine --

13         Q    You said you chose the titles, so I'm

14    asking --

15         A    I didn't choose the titles.

16         Q    The agency chose the titles?

17         A    Yes.

18         Q    And then how did it come to be that --

19         A    The agency -- people in the agency.

20         Q    How did it come to be that specific

21    people were on the retention list?

22         A    Well, what happens from the way I

Page 323

1    understand it -- and, again, I wasn't involved in
2    the nitty-gritty on this.  This was done through
3    people in HR, the unions.  There's a very, very
4    specific way that a reduction in force plays out,
5    and we wanted to follow every single rule and not
6    miss one line of it.
7            We asked our, you know, team members
8    who are running the VOA -- this is the way I
9    understand it went -- who do you need to -- not
10   who, not specifically who, but what positions do
11   you need to do the job, to do the programming
12   that we need.
13           And a list of positions was given, and
14   then they decide to not have -- they decide to
15   reduce in force the other positions that aren't
16   needed.  But let's say you fall in one of those
17   lines.  Let's say you're a radio broadcast
18   technician, and you happen to be a GS-14, and you
19   may be working doing the radio -- doing the news.
20   And once your position gets RIF'd -- I'm sorry --
21   if your position gets saved and somebody else's
22   position got RIF'd who's higher than your GS

Page 324

1    level, then they call a bump and retreat.  That

2    person can come in and take your job.

3         So it's a very complicated process that

4    the people who -- Leili may have said, we need

5    these positions, and maybe, you know, just for

6    hypothetical's sake, maybe John Doe was in one

7    position, and she wanted to keep that title.

8    That doesn't mean John Doe's going to remain in

9    that, because there could be somebody who has

10   seniority over him who will end up -- who was

11   RIF'd who will end up taking that job.  So it's

12   not picking individuals.  It's picking titles.

13        Q    And are there e-mails or memos or other

14   documents that reflect how the agency decided

15   what positions to eliminate or retain with the --

16             MR. KHOJASTEH:  Object to form.

17   BY MS. GREENBERGER

18        Q    -- as part of the RIF?

19             MR. KHOJASTEH:  Lacks foundation.

20             MS. GREENBERGER:  I said "are there."

21             THE WITNESS:  I don't know how --

22             MR. KHOJASTEH:  You didn't say -- ask

1    her whether she knows whether there are.

2              THE WITNESS:  Do I know whether

3    there were?  I don't know whether there were.  I

4    was not involved in that.

5    BY MS. GREENBERGER

6         Q    We talked earlier about the agency's

7    surge capacity, right?

8         A    Uh-huh.

9         Q    And I think we talked about how many of

10   the agency's journalists have specialized

11   language or subject matter skills.

12              Would you agree with that?

13        A    In some cases.

14        Q    And many of the people who -- is it

15   fair to say that many of the people who were

16   RIF'd on August 29th have specialized language or

17   subject matter skills?

18        A    I mean, yeah, specialized language, a

19   lot of people speak these languages in America.

20        Q    A lot of people speak what languages in

21   America?

22        A    Farsi.  It's a big country.

1          Q    And one of the things you said earlier

2     is that the agency could hire contractors to deal

3     with surge capacity issues, correct?

4          A    Yes.

5          Q    And is there any e-mails or memos or

6     other documents about how long they would take or

7     the process the agency would have to go through

8     to hire contractors for surge capacity?

9          A    I think you asked me that before we

10    took a break.  I'm unaware if there are.

11         Q    Okay.

12         A    Frank might know that.

13              MS. GREENBERGER:  Can I have 35,

14    please?  Can you mark this, please?

15              (Deposition Exhibit Number 17 was

16              marked for identification.)

17    BY MS. GREENBERGER

18         Q    And I just showed the witness Exhibit

19    17, which is a tweet that it looks like you sent

20    on August 29th.

21         A    Uh-huh.

22         Q    Is that correct?

Page 327

1          A     Yes.  Yes.

2          Q     And in this tweet, you're talking about

3     the August RIF, correct?

4          A     Correct.

5          Q     And you state that this RIF will,

6     quote, likely -- "will likely improve its ability

7     to function and provide the truth to people

8     across the world who live under murderous

9     Communist governments and other tyrannical

10    regimes."

11         A     Yes.

12         Q     And do you agree with me that it's

13    important that VOA broadcast to people in

14    Communist regimes?

15         A     In some, yes.

16         Q     In what?  I'm sorry.

17         A     In some, yes.

18         Q     And what countries are controlled by

19    Communist governments?

20              MR. KHOJASTEH:  Object to form.  Lacks

21    foundation.

22

1    BY MS. GREENBERGER

2        Q    To your knowledge.

3        A    I mean, we could -- we could talk about

4    China.  Let's start there.  I mean, I could go

5    down the list of countries.  I'm not interested

6    in doing that.  It's pretty obvious.  You can

7    Google it.

8        Q    Well, I'm trying to understand your

9    knowledge based on the decision we're talking

10   about here.

11           What countries other than China are

12   controlled by Communist governments?

13       A    China.

14       Q    Are you aware of any countries other

15   than China that are controlled by Communist --

16       A    It didn't say --

17       Q    -- governments?

18       A    It didn't say in my tweet, its ability

19   to function and provide the truth to all

20   Communists.  It said, "murderous Communist

21   governments."

22       Q    What are non-murderous Communist

1    governments?

2         A    I don't know.

3         Q    Okay.  Are you aware of any Communist

4    governments others than China?

5         A    I would argue that Cuba is Communist.

6    I would argue that a lot of socialist countries

7    are Communist.  Venezuela.

8         Q    Okay.  So other than the three

9    countries you just named, are you aware of any

10   other countries that are --

11        A    Yes.

12        Q    -- Communist --

13        A    There are many.  There are many.

14        Q    And I'm asking for which ones those

15   are.

16        A    I'm not going to go down and list all

17   the countries.  You can Google it right now.

18        Q    I'm asking for your knowledge, Ms.

19   Lake.  Please let me know --

20        A    I can't recall right now.

21        Q    Okay.  So your testimony is that the

22   only countries that you are aware of --

                                                    Page 330

1          A     No, I didn't say that.  I said I can't

2     recall.  I didn't say the only countries are.  I

3     said I can't recall all of them at this moment.

4          Q     And I'm not asking you whether you

5     recall all of them.  I'm asking whether -- please

6     don't interrupt me.  I'm asking whether you

7     recall whether there's any countries other than

8     China and Cuba -- and you also named Venezuela --

9     that are controlled by Communist governments.

10               MR. KHOJASTEH:  Object to form.  Asked

11     and answered.

12               THE WITNESS:  I would throw in a lot of

13     socialist countries, too, but we could disagree

14     on that.  But I've listed several, and I -- at

15     this moment, I don't recall.

16     BY MS. GREENBERGER

17          Q     Okay.  Are you aware that Vietnam is

18     controlled by a Communist --

19          A     Yeah.

20          Q     -- government?

21          A     I'm aware of that.

22          Q     And are you aware that North Korea is

                                                    Page 331

 1      controlled by a Communist government?

 2           A    Yes.

 3           Q    And are you aware that Laos is

 4      controlled by a Communist government?

 5           A    Yes.

 6           Q    And does VOA have any plans to

 7      broadcast to Laos?

 8           A    No.

 9           Q    And how about to Vietnam?  Does Vietnam

10      --

11           A    Nope.  Nope.  No.

12                MS. GREENBERGER:  Turning to tab 30 --

13      oh, sorry.  Let me see.  Have we already marked

14      this 8/28 notice, which is tab 38?

15                MR. BLUMIN:  No.

16                MS. GREENBERGER:  Okay.  So I'm going

17      to show you the notice that your attorneys filed

18      on the court docket on 8/28 about the RIFs.

19                THE WITNESS:  Okay.

20                MR. BLUMIN:  We could use a stapler.

21                MS. YEOMANS:  Stapler?

22                MR. BEATON:  I can get one.

1              MR. BLUMIN:  Should we just fold it?

2              MS. GREENBERGER:  Sure.

3              (Deposition Exhibit Number 18 was

4              marked for identification.)

5              MR. BLUMIN:  We can pass the stapler

6      around.  Sorry for this.

7              MR. KHOJASTEH:  We'll live.

8              MR. BLUMIN:  We'll pass a stapler

9      around.

10     BY MS. GREENBERGER

11         Q    And I'm handing the witness an exhibit

12     marked 18, which is notice filed on the court

13     docket on August 28th.

14         A    Okay.

15         Q    Have you seen this document before?

16         A    I don't know if I have.

17         Q    Sure.  Take your time.

18         A    Let me put my eyeballs on it.

19         Q    Please do.

20              MR. KHOJASTEH:  Counsel, was your last

21     question, have you seen this document before?

22              MS. GREENBERGER:  Yeah.

Page 333

1            MR. KHOJASTEH:  Okay.  Has Ms. Lake
2    answered yet?
3            MS. GREENBERGER:  No.
4            MR. KHOJASTEH:  Okay.
5            THE WITNESS:  I may have seen this come
6    across my e-mail.  Just reading it to be familiar
7    with it.
8            MS. GREENBERGER:  I'm just taking it
9    from you to staple it.
10            THE WITNESS:  Okay.
11            MR. BLUMIN:  Yeah, don't want to staple
12    you.
13            MS. GREENBERGER:  Thank you.
14            MR. KHOJASTEH:  Thanks.
15    BY MS. GREENBERGER
16       Q    There you go, just because there's a
17    lot of paper in front of you.
18            You'll see on the second page -- I'll
19    show you where it is on my document.  It might
20    help if you just look over.  Around here.
21       A    Was this filed before the RIF or after
22    the RIF?

```
                                              Page 334

 1         Q     Well --

 2         A     I've got to look at the date here.

 3         Q     Yeah.  Why don't you look at the dates?

 4         A     29th.  So -- okay.  It looks like it

 5    was filed before the RIF; is that right?

 6         Q     It was filed on August 28th.  You have

 7    the docket stamp on top.

 8         A     Okay.

 9         Q     And on the second page it says, "USAGM

10    plans to retain 158 employees, and VOA to retain

11    108 employees."

12              Do you see that?

13         A     No, I don't.  Where -- where are we?

14         Q     Do you see where my finger is?  That's

15    the easiest way.

16         A     "The Agency notes that these numbers

17    could change slightly."

18         Q     Right.  The sentence two sentences

19    above that.

20         A     USAGM plans to issue reduction in

21    force, yes.  Retain 158 employees.  VOA retain

22    108 employees, yes.
```

Page 335

```
 1          Q    And of those 108 employees who will
 2     remain employed, how many will remain on leave?
 3          A    I don't know that we've determined that
 4     yet.
 5          Q    Do you know how many are on leave right
 6     now?
 7          A    No.
 8          Q    Roughly?
 9          A    No.
10          Q    Okay.
11          A    I don't.
12          Q    And the sentence says that USAGM plans
13     to retain 158 employees.
14               So, just so I understand, those 158 are
15     not content producing staff, correct?
16          A    I don't know.  You'll have to ask Leili
17     that.
18          Q    Okay.  Am I right that those are
19     administrators, or you don't know?
20               MR. KHOJASTEH:  Object to form.  Asked
21     and answered.
22
```

Page 336

1    BY MS. GREENBERGER

2         Q    You can answer.

3         A    Well, some of them could be employees

4    at OCB, members of our back office, HR, people

5    who run things like transmission lines and

6    transmission towers and that kind of thing.

7         Q    Apologies if I've already asked this.

8    Do you -- have I already asked you, of the

9    employees that will remain after this RIF is

10   effectuated, how many will speak Farsi?

11        A    I don't know.  That's a great question

12   for Leili.

13        Q    Would you agree with me that after

14   these RIFs are effectuated, USGM -- USAGM will

15   not be able to spend the congressional

16   appropriation at levels approaching the prior

17   year?

18             MR. KHOJASTEH:  Object to form.  Lacks

19   foundation.

20             THE WITNESS:  Are you asking if we'll

21   be able to spend the money that was

22   appropriated -- or if we've already spent it or

1      if we'll be able to?  Clarify that if you would.

2      BY MS. GREENBERGER

3          Q    Sure.  Let me do some preliminary

4      questions.

5               Is it fair to say that a significant

6      portion of the agency's budget goes to personnel?

7               MR. KHOJASTEH:  Object to form.  Lacks

8      foundation.  Vague as to "significant portion."

9      BY MS. GREENBERGER

10         Q    You can answer.

11         A    Yeah, what is a significant portion?

12         Q    Well, do you have a rough sense of what

13     portion of the agency budget goes to personnel?

14         A    I would -- I would sense that a

15     significant portion goes to people, yeah.

16         Q    And many of those people are now being

17     terminated, correct, under the RIF?

18         A    Yes.

19         Q    And so the portion that had been going

20     to personnel, that significant portion, would not

21     be going to personnel once the terminations go

22     into effect, right?

Page 338

1          A    The terminations go into effect, I
2     believe, on the 30th of September.  Is that about
3     right, roughly?  That's what I -- that's what I
4     believe to be about the date, which is the end of
5     the fiscal year.
6          Q    So if Congress passes a continuing
7     resolution that continues the current fiscal year
8     spending into next year, a significant portion of
9     that budget would not be being spent on personnel
10    because they're being terminated, correct?
11               MR. KHOJASTEH:  Object to form.  Calls
12    for speculation.  Hypothetical and lacks
13    foundation.
14               THE WITNESS:  It's hypothetical.
15    BY MS. GREENBERGER
16         Q    Well, does the agency have any plan for
17    the spending of its appropriation if it won't be
18    spending that money on the significant costs that
19    are personnel?
20               MR. KHOJASTEH:  Object --
21               THE WITNESS:  We --
22               MR. KHOJASTEH:  -- to form.  Calls for

Page 339

1    speculation.  Lacks foundation.

2              THE WITNESS:  I'm not going to, you

3    know -- I don't have a crystal ball.  I don't

4    know what Congress is going to do.  I'm not sure

5    Congress knows what Congress is going to do.  But

6    our fiscal year ends on the 30th of September,

7    and that is when these employees will be off the

8    payroll.

9    BY MS. GREENBERGER

10         Q    And you're saying the agency has not

11   given any planning to the impact of a continuing

12   resolution for the next fiscal year.  Is that

13   your testimony?

14              MR. KHOJASTEH:  Object to form.  Lacks

15   foundation and mischaracterizes the testimony.

16              THE WITNESS:  Yeah.  I just said I'm

17   not going to do hypotheticals.  I don't know.  I

18   mean, they could pass a budget.

19   BY MS. GREENBERGER

20         Q    Absolutely, they could, and my --

21   earlier, we had talked about -- well, strike

22   that.

1          Part of good planning is to plan for

2     different outcomes.  Would you agree with that?

3          A    That's right.  That's why we're

4     planning all kinds of things, making sure that

5     we're ready just in case.  We've got contingency

6     plans.

7          Q    Exactly.  And is one of the

8     contingencies that the agency is planning for a

9     continuing resolution?

10          MR. KHOJASTEH:  Object to form.  Lacks

11     foundation.

12          THE WITNESS:  I don't want to get into

13     a hypothetical.  We don't know what Congress is

14     going to do.  We're hopeful that they will pass

15     with the -- with the majority in the House and

16     the majority in the Senate and an incredible,

17     amazing president like Donald J. Trump and The

18     White House, that we can get something resolved

19     here.

20     BY MS. GREENBERGER

21          Q    And the plan is that if your budget

22     justification goes through, you would then wind

Page 341

1      down the agency, correct?

2              A    Well, we --

3                   MR. KHOJASTEH:  Object to form.  Lacks

4      foundation.  Vague as to "wind down."

5      BY MS. GREENBERGER

6              Q    Sorry.  You can answer.

7              A    With a -- with a reduced staff, we

8      don't need close to a billion dollars at the

9      agency to -- and we're trying to save the

10     taxpayers dollars.

11             Q    Okay.  You can put that aside.

12                  Are you aware that the plaintiffs had

13     filed with the Court papers about the defendants'

14     noncompliance with Part III of the PI?

15             A    Remind me --

16                  MR. KHOJASTEH:  It's a -- object to

17     form.  It's a yes or no question.  She's not

18     asking you what you know about it, X, Y and Z.

19     She's just asking you, are you aware, yes or no.

20                  Anything -- I'm safe to say this.

21     Anything you know about that filing is based on

22     conversations you've had with the DOJ --

```
                                              Page 342
 1              THE WITNESS:  That's right.
 2              MR. KHOJASTEH:  -- or your lawyers.
 3              THE WITNESS:  That's right.
 4              MR. KHOJASTEH:  Instructing you not to
 5     answer.  You can ask the yes or no, though,
 6     whether she's aware.
 7              MS. GREENBERGER:  I did ask it.
 8              MR. KHOJASTEH:  I know.  I have to give
 9     the instruction.
10              MS. GREENBERGER:  Yeah, fine.
11              THE WITNESS:  There's been -- I think
12     we have five malicious lawsuits against us, and
13     there's been a lot of, you know, things that come
14     through, and the attorneys brief me on them.
15     BY MS. GREENBERGER
16        Q    Do you know, yes or --
17        A    So I don't know if it's -- if I look at
18     it, perhaps I might be able to tell you for
19     certain yes or no.
20        Q    Okay.  Were you aware, yes or no, that
21     on June 23rd, the Court held a hearing regarding
22     defendants' alleged noncompliance with the
```

Page 343

1    Court's preliminary injunction, Part III?

2           A    Yes.

3           Q    Okay.  And are you aware that at the

4    end of that hearing, the Court ordered defendants

5    to file a supplemental memorandum with certain

6    additional information?

7           A    I believe I am aware of that, yeah.

8                MS. GREENBERGER:  And can you hand me

9    tab 25, please?

10               (Deposition Exhibit Number 19 was

11               marked for identification.)

12   BY MS. GREENBERGER

13          Q    And I'm going to show you the Court's

14   order, which is dated June 23rd, and my question

15   will just be -- well, my first question will be:

16   Were you aware of that order?

17               I'll show it to you.

18          A    Every time I take these off, you make

19   me put them back on.

20          Q    I would show you less documents, but

21   you say, can I see the documents.

22          A    Well --

Page 344

```
 1        Q    So the question's just:  Were you aware
 2    of this order?
 3              MR. KHOJASTEH:  Yes or no, Ms. Lake?
 4              THE WITNESS:  I'm sure that I was aware
 5    of it.  I mean, am I -- I'm not overly familiar
 6    with every detail on it.
 7    BY MS. GREENBERGER
 8        Q    And did you do anything promptly --
 9    well, strike that.
10              Did you do anything in response to this
11    order that is Exhibit 19, the June 23rd order?
12              MR. KHOJASTEH:  Object to form.  I'm
13    going to instruct the witness not to answer
14    beyond -- you can say yes or no whether you did
15    something.  You can't say what you did.
16              If it was -- you can't say what you did
17    if it was done at the direction of counsel.
18    Sorry.  Apologies.
19              THE WITNESS:  Okay.  We did something,
20    but it was at the direction of counsel.  You
21    asked if we did anything?  Is that the question
22    you asked?
```

Page 345

 1              MS. GREENBERGER:  That was the
 2      question.
 3              MR. KHOJASTEH:  She asked if you did
 4      something.
 5              THE WITNESS:  Oh, if I did something?
 6              MR. KHOJASTEH:  I mean, if we want to
 7      take a quick -- I may know where you're going
 8      with this, but I have to make these objections.
 9      I have no idea what's going to -- I want to make
10      sure we're not breaching the attorney-client
11      privilege or work product.
12              MS. GREENBERGER:  Okay.  I'm going to
13      say I don't agree with that objection, but why
14      don't we move on --
15              MR. KHOJASTEH:  No, no, I'm just --
16              MS. GREENBERGER:  -- because --
17              MR. KHOJASTEH:  -- letting you know
18      that I'm happy to revisit the objection with just
19      some more clarity of where you want to go with
20      that.  And we can do that off the record like
21      we've done earlier today, and I've been able to
22      help you in terms of getting the information

Page 346

1    you're looking for for your examination.

2              MS. GREENBERGER:  Let's -- let's turn

3    to the Court's next order, which is on July 8th.

4    And tab 26, if you could get that for me, please.

5    I'm sorry.  July 8.  Yeah.  Did I say July 8?

6              (Deposition Exhibit Number 20 was

7              marked for identification.)

8              MR. KHOJASTEH:  This is 20?

9              MS. GREENBERGER:  What are we up to?

10             MR. BLUMIN:  Yes.

11   BY MS. GREENBERGER

12        Q    So I'm showing the witness a document

13   marked Exhibit 20, which is a July 8th court

14   order.  And my question is:  Have you seen this

15   document before?

16        A    I know that you live and breathe all of

17   this and you all collect a lot of billable hours

18   on this, but I'm running an agency, so some of

19   this just blends together, and I rely on my

20   attorneys.

21        Q    I hear you.  And the answer, it's a

22   yes, no, I don't know question.

Page 347

1        A    I'm not sure.  I probably am aware of

2    this, yes.

3        Q    And were you aware that the Court said

4    that it does not -- I'm turning to the third

5    page.  "The Court still does not have a clear

6    picture of what VOA is doing, what the

7    defendants' plan is for VOA moving forward, or

8    how the defendants made any of these decisions."

9            Were you aware of that?

10       A    Yes.  I think that's why we're here

11   today, right, spending so much quality time

12   together.  It's wonderful.

13       Q    Turning to the first declaration that

14   you submitted to the Court after this July 8th

15   order, which is exhibit -- which is Exhibit 2,

16   somewhere in that pile.

17       A    Let me find it.  I should put these in

18   order, perhaps.

19       Q    Yeah, let's do that on the next break.

20           MR. KHOJASTEH:  What do you mean, next

21   break?  No, I'm just kidding.

22           THE WITNESS:  Oh, 2.  Is that what you

Page 348

1    said, 2?

2              MS. GREENBERGER:  Yes.

3              THE WITNESS:  Okay.

4    BY MS. GREENBERGER

5         Q    Okay.  Now, on paragraph 4 of your

6    declaration, you told the Court that VOA has 72

7    full-time employees; is that correct?

8         A    Looks like it, yeah.  72, that's what

9    it says.

10        Q    And my understanding -- and correct me

11   if I'm wrong -- is that you did not -- you

12   personally did not understand that 72 was the

13   statutory minimum, correct?

14        A    Pardon me?

15        Q    The 72 number that you put in your

16   declaration to the Court, you did not understand

17   that to be the statutory minimum?

18             MR. KHOJASTEH:  Object to form.

19   Mischaracterizes testimony.  I think the

20   statutory minimum's been in reference to USAGM

21   and not VOA.

22

Page 349

1    BY MS. GREENBERGER

2         Q    The statutory minimum you listed in VOA

3    was 11, correct, in your letter to Congress?

4         A    In the letter to Congress, we -- we --

5    "While we anticipate being above the originally

6    proposed statutory minimum staffing numbers, the

7    plan to effectuate President Trump's Executive

8    Order is still developing.  As we work to adhere

9    to the executive order, please consider this

10   required Congressional Notification."

11        Q    Right.  I was turning to the next page

12   of that.

13        A    Okay.  The recommendation?

14        Q    Yes.

15        A    And your question is on that?

16        Q    Yeah.

17        A    What was your question?

18        Q    My question was:  Am I understanding

19   correctly this document that the statutory

20   minimum was calculated -- I'm sorry -- was

21   determined to be 11 people as compared to the 72

22   people that you told the Court on July 18th that

Page 350

 1    you were employing?

 2              MR. KHOJASTEH:  Object --

 3    BY MS. GREENBERGER

 4         Q    Is that apples to apples or not?

 5              MR. KHOJASTEH:  Object to form.  Lacks

 6    foundation.  Vague as to "apples to apples."

 7    BY MS. GREENBERGER

 8         Q    You can answer.

 9         A    We're developing the plan to run the

10    agency.  We're running the agency, and we're

11    utilizing information given to us by senior

12    career leadership who helped devise this plan.  I

13    thought it seemed very low, and I even mentioned

14    that it was a little bit -- or it seemed low, and

15    I had mentioned in the letter that we were

16    seemingly going to go above that.  We anticipate

17    being above the originally proposed statutory

18    minimum.

19         Q    When you -- just so the record's clear,

20    when you said it seemed low, you were referring

21    to the March 18th statutory minimum memo,

22    correct?

Page 351

1          A     Yeah.  I was kind of surprised by it.

2          Q     And you were surprised by it because

3    the numbers were so low?

4          A     No.  I just was surprised by it.

5          Q     Well, what were you surprised by?

6          A     It was just surprised.

7          Q     What about it surprised you?

8          A     I thought that -- I just thought that

9    the careers wanting to eliminate 90-plus percent

10   of their colleagues was a bit shocking.  But I

11   understand they understand this -- how this

12   agency works and that they know better because

13   they've been working in this agency for a long

14   time.  And many -- most of them are SESs, which

15   tells me they're extra special and extra

16   important when it comes to the federal government

17   for the skills that they have, so they truly are

18   the cream of the crop.

19         Q     And so you expected the statutory

20   minimum number to list more than 81 people,

21   correct?

22         A     I didn't know what it was going to be.

Page 352

1          Q    But you were surprised that the
2     number -- that, as you said, 90-plus percent of
3     people would be terminated?
4          A    No.  I was more surprised that why
5     would you have so many people there to start
6     with, but then I realized that it's the
7     government.  And I worked in media for 30 years
8     as a journalist, a broadcast journalist, and over
9     that time, every single news operation across
10    this country has been right-sized as technology
11    has picked up, but not the federal government.
12               They just kept growing and growing and
13    growing and adding and adding and adding and then
14    adding contractors on top of it.  And it makes
15    sense.  It's not their money.  It's the
16    hardworking people across the country paying for
17    this.  So I was more shocked at what we had
18    before when we could do it with such a small
19    amount.
20         Q    In the Court's July 8th order, which I
21    believe you have in front of you --
22         A    18th.  There we go.  19, Exhibit 19?

Page 353

1          Q    No.  Docket 126 on top.

2          A    Oh, here it is.

3          Q    Okay.

4          A    No, wait.  That's weird.  What is it?

5          Q    This is --

6          A    Oh, 20.  Okay.

7          Q    Do you see on page 4 the Court says,

8     "the supplemental memorandum contains no

9     information on how the defendants determined the

10    activities it would undertake to restore VOA

11    programming such that USAGM fulfills its

12    statutory mandate"?

13         A    Which paragraph was that, pointing it

14    out here?

15         Q    Right there, the paragraph -- the

16    sentence starting with "Furthermore."

17         A    Okay.

18         Q    Did you address that issue in your

19    July 18th declaration?

20         A    I feel that we did address everything.

21    I think we've addressed this several times.

22         Q    Okay.

Page 354

1        A     Same questions are asked, and we keep
2    readdressing them.
3        Q     Can you just point to what paragraph in
4    your July 18 declaration describes how the
5    defendants determined which -- the activities you
6    would undertake to restore VOA programming such
7    that it --
8        A     Maybe I don't understand what he's
9    asking.  What do you make of that?  What is how
10   the defendants determined the activities that
11   would undertake -- they would -- maybe I don't
12   understand that.  What is he asking there?
13   Because I feel that we've answered these
14   questions over and over.
15       Q     So I just wanted to understand what
16   paragraph of your July 18th declaration answers
17   that question or that request from the Court.
18       A     Okay.  How we are -- to restore VOA
19   programming such that it fulfills the statutory
20   mandate.  So statutory mandate is the critical
21   thing there.
22              Well, one of the things we're doing is

1    actually covering the statute that we need to,

2    which is, you know, the VOA 50 states initiative.

3    That wasn't even --

4         Q    I'm sorry.  The question was what

5    paragraph in the --

6         A    Eight.

7         Q    -- declaration?

8         A    It's one of the -- one of the answers.

9    And six and seven.  Paragraph 6, 7, 8.

10        Q    Do you believe paragraph 6, 7 and 8

11   discusses how you made the determination about

12   what activities you would undertake -- the agency

13   would undertake?

14        A    I mean, I don't know what you mean,

15   how.  Do we sit around in a circle and talk to

16   each other?  What do you mean by how?  What are

17   you -- what are you getting at?

18             MR. KHOJASTEH:  To the extent -- I'm

19   going to object to form and just caution counsel

20   to the extent -- at this stage, Ms. Lake has

21   testified that the -- the plan for statutory

22   minimum was developed --

```
 1              MS. GREENBERGER:  Sir, I think you're
 2       starting to make speaking objections.
 3              MR. KHOJASTEH:  I'm just -- I'm
 4       explaining there's a privilege call here.
 5              MS. GREENBERGER:  Okay.
 6              MR. KHOJASTEH:  The how --
 7              MS. GREENBERGER:  She answered --
 8              MR. KHOJASTEH:  How it was --
 9              THE WITNESS:  Yeah.
10              MR. KHOJASTEH:  The plan for statutory
11       minimum was developed by general counsel's office
12       and career -- career folks.  If you want to get
13       into the how, you're literally asking for
14       attorney-client --
15              MS. GREENBERGER:  No.  I was --
16              MR. KHOJASTEH:  -- communications and
17       work product.
18              THE WITNESS:  I think I've said how in
19       talking about the three-page memo that senior
20       career officials from the agency put together.
21       It may not have been satisfactory to the judge,
22       but I can't squeeze blood out of a turnip.  I'm
```

Page 357

1    telling him how, and he just doesn't like the

2    answers.

3    BY MS. GREENBERGER

4         Q    Now, in your July 18th declaration,

5    paragraph 13 -- why don't we turn to that.

6         A    What paragraph?  18?

7         Q    13, which is good because there is no

8    18.

9              And this is -- well, why don't you read

10   the paragraph and then we can ask.  Let me know

11   when you're ready.

12        A    Yeah, I'm ready.

13        Q    And in this paragraph, paragraph 13 of

14   your July 18th declaration, you're discussing why

15   USAGM has decided not to broadcast into Africa,

16   correct?

17        A    Uh-huh.  Yes.  Yes.

18        Q    And one of the factors that you point

19   to is that the statute's broadcasting principles

20   require that VOA not duplicate the activities of

21   private broadcasters or government broadcasting

22   of democratic nations, correct?

Page 358

```
 1          A    Correct.
 2          Q    And you point to the fact that CNN
 3     International already broadcasts into Africa,
 4     correct?
 5          A    As does, I believe, OAN and Fox, ABC,
 6     CBS.  They have a reach that reaches into Africa.
 7          Q    And your declaration didn't mention
 8     OAN, Fox, ABC --
 9          A    No.
10          Q    -- or CBC -- CBS?
11          A    No, but it gives you the idea that
12     there's already broadcasting going in.
13          Q    And -- and CNN, I think you already
14     said earlier in this deposition, you view as not
15     a credible news source --
16          A    Well, it's my --
17          Q    -- is that correct?
18          A    -- opinion.  I think it's garbage,
19     trash, the worst of the worst, but some people
20     love it.  Some people enjoy it.
21          Q    And do you believe that VOA should not
22     be doing broadcasting if there's already trash
```

Page 359

1      broadcasting in that space?

2           A     Well --

3                 MR. KHOJASTEH:  Object to form.

4                 THE WITNESS:  It's not my style of

5      news, but other people love it.  So it's in

6      news -- it's in airports and -- you might love

7      it.  I don't really care for it.  I'm sure you --

8      you maybe don't like other outlets that I

9      actually might like.

10                MS. GREENBERGER:  Now --

11                THE WITNESS:  Difference of opinion.

12     BY MS. GREENBERGER

13          Q     Now, CNN broadcasts only in English,

14     correct, CNN International?

15          A     I don't know.

16                MR. KHOJASTEH:  Object to form.

17     BY MS. GREENBERGER

18          Q     To your knowledge, are you aware of any

19     language other than English --

20          A     Yes.

21          Q     -- that CNN --

22          A     Spanish.

1      Q     Okay.  And are you aware of any

2    language other than English and Spanish that CNN

3    International broadcasts in?

4      A     I think through subtitles you could

5    call broadcasting -- if it's in another language,

6    say, French, they would put subtitles on, which

7    is a possibility.  I've seen that, but I'm not

8    certain.

9      Q     And how about OAN, Fox, ABC, CBS?  Do

10   any of those broadcast in languages other than

11   English, to your knowledge?

12     A     I'm just looking at the International

13   Broadcasting Act, (a)(3).  Broadcasting

14   standards.  United States international

15   broadcasting shall not duplicate the activities

16   of private U.S. -- United States broadcasters.  I

17   don't think it said in any language on there.

18     Q     And so is your understanding, personal

19   understanding of that provision, that it is

20   duplicating broadcasting even if VOA is providing

21   broadcasting in a nation's language; whereas, the

22   American broadcast is in only English?  It's

Page 361

1        still duplication in your view?

2                MR. KHOJASTEH:  Object to form.  Lacks

3        foundation.

4                THE WITNESS:  Well, I would never want

5        to rely on just my opinion.  I'm -- I'm a

6        broadcast journalist, yes, but I'm not an

7        attorney, and so I rely on my attorneys.  And I

8        don't want to get into the conversations I've had

9        with my attorneys to determine which languages

10       the agency is covering and which ones we're not.

11       That would go against attorney-client privilege.

12       BY MS. GREENBERGER

13            Q    Well, you said in your declaration that

14       because CNN International already broadcasts into

15       Africa, you view that as duplicating -- you view

16       USGM -- sorry.  Strike that.  Let's start again.

17                You stated in your declaration that

18       USAGM decided not to broadcast into Africa

19       because that would duplicate the broadcasting of

20       CNN International and other U.S.-based news

21       networks, correct?

22            A    That's what it says, yeah.

Page 362

1           Q      And --
2                  MR. KHOJASTEH:  Object to form.
3       Mischaracterizes the documents.
4       BY MS. GREENBERGER
5           Q      And you reached that determination --
6       strike that.
7                  You -- you believe it's duplication of
8       broadcasting regardless of what language VOA was
9       broadcasting in and what language the private
10      United States broadcasters are broadcasting in,
11      correct?
12          A      I just said that I was reading the
13      International Broadcasting Act, and it said not
14      -- "shall not duplicate the activities of private
15      United States broadcasters."  It didn't say what
16      language.
17          Q      Was the -- was the decision that
18      broadcasting in Africa would be duplicative of
19      major news network broadcasting a decision of the
20      agency that you adopted as the deputy CEO or the
21      acting CEO?
22                 MR. KHOJASTEH:  Object to form.  Lacks

Page 363

1    foundation.

2              THE WITNESS:  We relied on career

3    senior staff to come up with a plan, and we've

4    been working roughly from that plan in

5    conjunction with our -- our general counsel

6    helping us determine what is the statute.

7    BY MS. GREENBERGER

8         Q    The Court's July 8th order, which I

9    think you have in front of you at 4, says --

10        A    Page 4.

11        Q    Yeah.  And the third sentence down

12   says, "The Court therefore does not have a sense

13   of how the defendants are using the 260 million

14   that has been appropriated for VOA for Fiscal

15   Year 2025," correct?

16        A    Where do you see that?  Oh, right up at

17   the top.  "The Court therefore does not have."

18   Okay.

19        Q    And turning to your July 18th

20   declaration, you address this, I believe, in

21   paragraph 12.  Please confirm that I'm right on

22   that.

1       A       Paragraph 12?  Okay.  Yeah, I see that.

2       Q       And paragraph 12 provides a list of

3   spending by VOA office?

4       A       Yes.

5       Q       And in there you say that VOA, for

6   example, spent 137 million on regional

7   broadcasting operations, correct?

8       A       Yes.  That's what it says.

9       Q       And that 137 million was not spent

10  actually producing regional broadcasting

11  operations because there was almost no regional

12  broadcasting happening, correct?

13      A       I don't think --

14              MR. KHOJASTEH:  Object to form.  Lacks

15  foundation.

16  BY MS. GREENBERGER

17      Q       Go ahead.

18      A       It doesn't say regional broadcasting

19  operations producing programming.

20      Q       So most of that 137 million was spent

21  on journalists and staff salaries who were on

22  leave, correct?

 1            MR. KHOJASTEH:  Object to form.  Lacks
 2      foundation.
 3            THE WITNESS:  Paid administrative
 4      leave?  I'm assuming some of that was, yes.
 5      BY MS. GREENBERGER
 6        Q    Most of that?
 7            MR. KHOJASTEH:  Same objection.
 8      BY MS. GREENBERGER
 9        Q    To your knowledge.
10        A    I'm assuming, yeah.
11        Q    And that's not mentioned in your
12      declaration, is it?  Or show me where it is.
13            MR. KHOJASTEH:  What's not mentioned?
14            MS. GREENBERGER:  That most or some of
15      that money is being spent on paid administrative
16      leave.
17            THE WITNESS:  It just says what the --
18      it just says studio and production operations,
19      yeah.
20      BY MS. GREENBERGER
21        Q    So it's not mentioned, correct?
22        A    What?

Page 366

1          Q    Your declaration does not mention how

2     much of the money is spent on people sitting at

3     home?

4          A    Are you suggesting we don't pay people,

5     we just let them go and don't pay them?

6          Q    Not at all.  I'm --

7              MR. KHOJASTEH:  So what are you -- what

8     are you -- are you asking her to testify what's

9     in the document or not in the document?

10             MS. GREENBERGER:  Correct.  I'm asking

11    her --

12             MR. KHOJASTEH:  Okay.

13             MS. GREENBERGER:  -- to verify --

14             MR. KHOJASTEH:  So, like, we're out on

15    five?  Come on.

16             MS. GREENBERGER:  I am.

17             MR. KHOJASTEH:  Move it along.

18             MS. GREENBERGER:  I was moving along.

19             MR. KHOJASTEH:  All right.  Go ahead.

20             MS. GREENBERGER:  Actually, I

21    had moved -- I think that was an offensive

22    statement.

Page 367

```
 1              MR. KHOJASTEH:  Just come on.
 2    That's -- does it say this and this?  Either it
 3    says or it doesn't.
 4              MS. GREENBERGER:  And she might tell me
 5    I missed it.
 6              MR. KHOJASTEH:  Do you believe that?
 7              MS. GREENBERGER:  Can I have tab 27,
 8    please?
 9              MR. BLUMIN:  Sure.
10    BY MS. GREENBERGER
11         Q    You understand -- well, do you
12    understand that the Court issued an order to show
13    cause in this case on July 30th?
14         A    I think we already asked that -- asked
15    that question, right?
16         Q    We were talking about an earlier order
17    a few minutes ago.
18         A    Another show cause?
19         Q    Well, the earlier order was not styled
20    as an order to show cause.  So there was a
21    July 30th order that was called the order to show
22    cause.
```

Page 368

1           A     I'm not an attorney.

2           Q     I understand.  Did you understand that

3      the Court issued an order on July 30th?  And

4      that's Exhibit 11.  I think we have looked at it.

5                 MR. KHOJASTEH:  Yeah, it's already in

6      here somewhere.

7                 MS. GREENBERGER:  It is in here.

8      BY MS. GREENBERGER

9           Q     Do you have that in front of you?

10     Thank you.

11          A     Somewhere.  This is like malicious,

12     insane lawfare.  This is what the American people

13     are so sick of.

14          Q     Ms. Lake, I have -- I'm trying to move

15     through this.

16          A     I know you are.  And let me -- let me

17     sort through the insanity.  Which one was it

18     again?  Dated what date?

19          Q     It's July 30th.  It's document 130.

20          A     Eleven pages?

21                MR. KHOJASTEH:  It's Exhibit 11.

22                THE WITNESS:  Got it.  What does show

Page 369

1       cause mean?  You're a lawyer.

2                 MS. GREENBERGER:  I'm happy to answer

3       that question, but I think your lawyer would

4       probably prefer that he be the one to advise --

5                 MR. KHOJASTEH:  Just --

6                 MS. GREENBERGER:  -- you on that.

7                 MR. KHOJASTEH:  Just -- just out of

8       curiosity, if this is going to be another, like,

9       20, 25 minutes of questions, can we just take a

10      two-minute break?  No one needs to move.  I just

11      need to run to the restroom.

12                MS. GREENBERGER:  Sure.  Why don't we

13      take --

14                MR. KHOJASTEH:  Do you want to take

15      more than that?  It's been an hour, so --

16                MS. GREENBERGER:  Yeah, sure.  Why

17      don't we take a break.

18                MR. KHOJASTEH:  Okay.

19                MS. GREENBERGER:  We can take a

20      ten-minute break.

21                VIDEO TECHNICIAN:  This marks the end

22      of Media Unit No. 5.  Going off the record, the

Page 370

1    time is 16:49 p.m.

2              (Recess 4:49 p.m. to 5:07 p.m.)

3              VIDEO TECHNICIAN:  This marks the

4    beginning of Media Unit No. 6.  Going back on the

5    record, the time is 17:07 p.m.

6    BY MS. GREENBERGER

7         Q    Ms. Lake, prior to the break, we were

8    looking at the Court's July 30th order, which was

9    Exhibit 11 in front of you.

10        A    Okay.

11        Q    And turning to the last page of that

12   order, you see that it says, "Produce all

13   documents otherwise relating to the defendants'

14   plan to wind down USAGM's operations"?

15        A    Okay.

16        Q    And do you understand that the agency

17   ran a search for responsive documents as a result

18   of the Court's order?

19             MR. KHOJASTEH:  I'm going to object to

20   the question and instruct the witness not to

21   answer anything you know about our compliance

22   with this order.  Our collection of documents in

1    response to this order was -- is based on

2    client -- attorney-client communications.

3                MS. GREENBERGER:  Did -- was DOJ

4    involved in --

5                MR. KHOJASTEH:  Agency lawyers were.

6    Instruction stands.  The fact that you think you

7    can ask a witness about court filings in a live

8    litigation and think it's not going to be subject

9    to attorney-client communication --

10                MS. GREENBERGER:  I don't need --

11                MR. KHOJASTEH:  -- is nonsense to me.

12                MS. GREENBERGER:  I really don't need

13    the speaking objections.

14                MR. KHOJASTEH:  Okay.

15    BY MS. GREENBERGER

16        Q    Do you have a USAGM e-mail?

17        A    Yes.

18        Q    And do you have a State Department

19    e-mail?

20        A    Yes.

21        Q    And what other e-mails do you use when

22    conducting USAGM business, if any?

Page 372

1          A     I use my -- I really use my USAGM.

2          Q     And are there any other e-mails you

3     use?

4          A     I had one called, I think, sr47@usagm,

5     but I only used that, I think, once or twice, and

6     I really don't use that.

7          Q     Do you use text messaging when doing

8     USAGM work?

9          A     Not very often.  Occasionally.

10         Q     And do you use that on a personal phone

11    or a work-provided phone or both?

12         A     On my work phone.

13         Q     And what other applications do you use

14    to communicate about work-related things, such as

15    Signal, WhatsApp, et cetera?

16         A     I use my -- I use my good old-fashioned

17    telephone, sometimes even a hard line.

18         Q     And other than a telephone, do you use

19    any of the services I just talked about or any

20    other services like WhatsApp or Signal for

21    work-related --

22         A     I don't have WhatsApp.  I do have

```
1    Signal.  I use it occasionally.  I don't use that
2    for work.
3         Q    We've talked a lot about -- today about
4    the June 3rd statement to Congress, so maybe we
5    can turn back to that.  I have another question
6    about it if --
7         A    What was that one?
8         Q    -- you have it handy.  I don't -- I
9    don't even, frankly, need you to look at it, but
10   you can pull it up if you need it.
11             I want to talk about the six career
12   people that have -- that were -- signed on the
13   last page.
14             MR. KHOJASTEH:  We're talking about
15   Exhibit 3.
16             MS. GREENBERGER:  Exhibit 3.
17             THE WITNESS:  Thank you.  Let me just
18   get to that.
19   BY MS. GREENBERGER
20        Q    Is Mr. Min still with the agency?
21        A    My former GC?  No.
22        Q    And when did he leave the agency?
```

Page 374

1        A    I don't remember.  I think he took a

2    fork in the road, possibly, one of the generous

3    offers for people who were contemplating leaving.

4        Q    And do you know roughly when he took

5    that fork in the road?

6        A    I don't --

7             MR. KHOJASTEH:  Object to form.

8             THE WITNESS:  -- recall.

9    BY MS. GREENBERGER

10        Q    That's fine.  And Mr. Morales, we

11    already spoke about how he is on administrative

12    leave, correct?

13        A    I don't have this document.  I know --

14    I know -- I know it, but I'd really like to have

15    it in front of me.

16        Q    Of course.  I'm sure you have it, so we

17    can find it.

18        A    Is it there?  No.  I tried to put

19    the -- all right.  That's fine.  This is the

20    three -- this is the --

21        Q    I'm just asking you about the names.

22        A    -- stat min --

1          Q     But it must be here somewhere.

2          A     -- put together by senior career

3     leadership?

4                MR. KHOJASTEH:  You can use mine.

5                THE WITNESS:  Okay.  I've got it now.

6     He's --

7                MR. KHOJASTEH:  I gave her mine.

8                THE WITNESS:  Okay.  So Victor Morales?

9     BY MS. GREENBERGER

10         Q     Yes.  Victor Morales, we already

11    established, is on paid administrative leave?

12         A     He is a senior policy advisor on paid

13    administrative leave currently.

14         Q     And how about Mr. Napoli?  What's his

15    current status with the agency?

16         A     He is still the chief financial officer

17    and is actually going to go work in the private

18    sector soon.

19         Q     So he has announced that he's going to

20    leave the agency?

21         A     Yes.

22         Q     As of when?

Page 376

```
 1        A    I think it was like the 12th or the
 2    13th, somewhere around there.
 3        Q    Of September?
 4        A    Yes.
 5        Q    And how about Ms. Thomas?  What's her
 6    current status with the agency?
 7        A    She's on family leave.
 8        Q    And is she expected to return after
 9    family leave, to your knowledge?
10        A    I don't know -- actually, I believe she
11    took the fork in the road, DRP, the fork in the
12    road where you have the option.
13        Q    Right.  So your understanding is
14    Ms. Thomas has taken a fork in the road and
15    was -- is going to leave the agency?
16        A    I think that's what it was.  It might
17    have been VERA or VSIP.  After the first RIF,
18    between the first RIF and then when we reran the
19    RIF, the union asked if we would consider to give
20    people the option of having another -- another
21    crack at taking the opportunity to have the fork
22    in the road, which is a very generous opportunity
```

Page 377

1    to be paid, and I think she took them up.

2              I think we had about 100 and -- I made

3    the decision ultimately.  I didn't have to, but I

4    wanted to make sure that people were taken care

5    of.  And I think about 120, 130 people between

6    the first RIF.  Then we reran to the second one.

7    You notice the number came down.  It went from

8    like 630 something to 500 and something because I

9    made the generous offer to have people have

10   another crack at VSIP, VERA and the DRP.  And a

11   lot of people took us up on that.

12         Q    And when did you make that generous

13   offer?

14         A    After we reran the -- the first RIF.

15         Q    Mr. Luer, what is his current status

16   with the agency?

17         A    He is currently working.

18         Q    And has he announced any plans to leave

19   the agency?

20         A    No.

21         Q    And how about Mr. -- I'm sorry.  Is

22   Terry Balazs -- how do you pronounce Terry's --

Page 378

1          A    I think it's Balazs.

2          Q    And is Terry Balazs -- what's their

3     current situation with the -- with the agency?

4          A    He has served many decades, and I just

5     spoke to him the other day, and I think he's

6     planning to stay.  He still enjoys his work.

7          Q    We discussed earlier the 2026 budget

8     justification and -- which proposes winding down

9     the agency, correct?

10              MR. KHOJASTEH:  Object to form.  Lacks

11     foundation.

12     BY MS. GREENBERGER

13          Q    Does the 2026 budget justification seek

14     appropriations to wind down USAGM?

15              MR. KHOJASTEH:  Object to form.  Lacks

16     foundation.

17              THE WITNESS:  This is, I believe, put

18     together by Roman Napoli, our CFO, and it does

19     call for money if the agency were to be

20     eliminated to wind it down.

21              MS. GREENBERGER:  And --

22              THE WITNESS:  Or to run the agency.

Page 379

1    Same amount of money.

2    BY MS. GREENBERGER

3        Q    I'm sorry.  Can you explain that?

4        A    The amount that it calls for could

5    either be used to wind down the agency, if that's

6    what the President and Congress decide, or to

7    keep the agency running.

8        Q    And if the agency is eliminated, what

9    do you see USAGM's role in national security?

10              MR. KHOJASTEH:  Object --

11              THE WITNESS:  That's a --

12              MR. KHOJASTEH:  -- to form.  Lacks

13    foundation.  Calls for speculation.

14              THE WITNESS:  It's a hypothetical.

15              MR. KHOJASTEH:  Confusing.

16              THE WITNESS:  Yeah.

17    BY MS. GREENBERGER

18        Q    Do you believe USAGM has a role in

19    national security?

20              MR. KHOJASTEH:  If the agency's

21    eliminated?

22

Page 380

1    BY MS. GREENBERGER

2         Q    Today, do you believe the US -- USAGM

3    today has a role in national security?

4         A    Yes, I do.

5         Q    And if the agency is eliminated, what

6    happens to that role?

7         A    I think there's a way to continue to do

8    international broadcasting.  If the agency's

9    eliminated, it doesn't mean that we don't do

10   international broadcasting.  It just means an

11   agency that has not always been managed properly,

12   been mismanaged, frankly, has had major

13   corruption, doesn't exist, but broadcasting could

14   continue.  Voice of America could continue.

15             This agency has hurt Voice of America.

16   The inept people who ran this agency have hurt

17   Voice of America.  The decisions made have hurt

18   Voice of America and the people there.  The

19   corrupt people who ran it are one of the reasons

20   we're in this situation right now.  So I think

21   there is a place for it, and, you know, there's a

22   chance that we could see many different options

1    of where this agency could go.

2            And I know I talked about some of it

3    during my congressional hearing, which I'm sure

4    you're aware of.  You know, the last time --

5    arguably, the last time VOA was effective is when

6    it was under the Department of State, and so

7    there's that option.  The President has mentioned

8    in his so-called skinny budget the elimination,

9    but there's also, you know, the chance that it

10   could continue.

11            MR. KHOJASTEH:  I'm sorry.  This just

12   fell.  It's your earring, Ms. Lake.

13            THE WITNESS:  Oh, my earring.  It's

14   like -- excuse me, guys.  I'll put my earring

15   back in.

16   BY MS. GREENBERGER

17      Q    I want to go back to a question because

18   I'm concerned about the privilege invocation.

19   I'm trying to see whether we can reach an

20   agreement here.

21            To your knowledge, did USAGM search for

22   any documents, including e-mails, in response to

Page 382

```
 1    the order to show cause?
 2            MS. GREENBERGER:  Are you directing her
 3    not to answer that question?
 4            MR. KHOJASTEH:  Can I raise -- can I
 5    make my objection?
 6            MS. GREENBERGER:  Yes.
 7            MR. KHOJASTEH:  I'm instructing you not
 8    to answer to the extent you have no independent
 9    knowledge other than what your lawyers told you
10    as to what was done in connection with any
11    document collection at the agency in response to
12    this order.
13            So if, somehow, you know independently
14    that there was a document collection done and the
15    parameters of that document collection has
16    nothing to do with what the agency lawyers told
17    you or discussed with you, you're free to answer
18    it.  Otherwise, I'm instructing you not to
19    answer.
20            THE WITNESS:  And the only way I know
21    about that is through my conversations with
22    lawyers, so is there --
```

Page 383

```
 1              MR. KHOJASTEH:  So move on.
 2     BY MS. GREENBERGER
 3          Q    Are -- does --
 4              MR. KHOJASTEH:  Happy to take it to the
 5     Court.  It's -- it's flagrant and it's like --
 6              MS. GREENBERGER:  I disagree.
 7              MR. KHOJASTEH:  So it's either you --
 8              (Inaudible crosstalk.)
 9              MS. GREENBERGER:  There's no point --
10              MR. KHOJASTEH:  -- haven't done
11     commercial litigation or not --
12              MS. GREENBERGER:  That is rude.
13              MR. KHOJASTEH:  Document --
14              MS. GREENBERGER:  That was rude, and it
15     was unnecessary.
16              MR. KHOJASTEH:  I'm just saying, you're
17     drilling down on something, making it seem like
18     my attorney-client privilege invocation --
19              MS. GREENBERGER:  Can we --
20              MR. KHOJASTEH:  -- is improper.
21              MS. GREENBERGER:  I believe it is, but
22     in any event, we don't have to clutter the
```

1    transcript.  We can talk about it off the record.

2             MR. KHOJASTEH:  Okay.

3             MS. GREENBERGER:  I do believe it's

4    improper.

5             MR. KHOJASTEH:  God bless.

6    BY MS. GREENBERGER

7        Q    So my -- my question for you was:  Do

8    either of the upcoming two deponents that we

9    have, to your knowledge, were they involved in

10   the search for documents in response to the order

11   to show cause?

12            MR. KHOJASTEH:  Same objection.  Only

13   if you know independent of discussions with your

14   lawyers.

15            THE WITNESS:  I don't know other than

16   what my attorneys have told me on that.

17   BY MS. GREENBERGER

18       Q    You've had no communications with --

19   directly with Ms. -- Ms. Soltani or Mr. Wuco on

20   that?

21       A    On?

22       Q    The collection of documents.

1        A     On them searching their e-mails?

2        Q     Correct.

3        A     I have not.

4        Q     And you've had no communications with

5    anyone else in the agency other than counsel

6    about the searching for e-mails?

7        A     That's right.

8        Q     And did any custodian -- I'm sorry.

9    Did any vendor or data technician say that they

10   needed to search your documents, tell you that?

11             MR. KHOJASTEH:  Object -- object to

12   form.  That's patently improper.  Folks operating

13   at the direction of counsel, you're asking for

14   those communications?

15             MS. GREENBERGER:  I completely

16   disagree.  I'm going to move on, but I completely

17   disagree.

18             MR. KHOJASTEH:  Good.  Disagree.

19             MS. GREENBERGER:  Can we please mark

20   that?

21             THE WITNESS:  You know, we -- I am --

22   my life --

1           MR. KHOJASTEH:  You're asking -- I just
2    want to be clear on this.  You're asking -- your
3    suggestion is if we -- if the U.S. -- U.S. agency
4    hires a third-party vendor to collect documents
5    and that third-party vendor communicates at the
6    direction of counsel with a witness or a
7    custodian --
8           MS. GREENBERGER:  Why don't we have
9    this --
10          MR. KHOJASTEH:  -- you --
11          MS. GREENBERGER:  No, why don't --
12          MR. KHOJASTEH:  I'm just -- I want --
13          MS. GREENBERGER:  -- we go off the
14   record?
15          MR. KHOJASTEH:  -- the record -- I want
16   the record to be clear.  Is that the position?
17          MS. GREENBERGER:  I'd like to go off
18   the record.  I don't need to waste my time on
19   this.  Let's go off the record.
20          THE WITNESS:  Can I try to answer this
21   without --
22          MR. KHOJASTEH:  We're okay not going

Page 387

1      off the record.

2                MS. GREENBERGER:  I'd like to go off

3      the record.

4                MR. KHOJASTEH:  We're okay not going

5      off --

6                THE WITNESS:  Let me try to answer --

7                MR. KHOJASTEH:  -- the record.

8                THE WITNESS:  -- that.

9                MS. GREENBERGER:  Well, that's fine,

10     but it's my --

11               MR. KHOJASTEH:  So move on.

12               MS. GREENBERGER:  -- deposition.  No,

13     it's --

14               MR. KHOJASTEH:  It's not.  Actually,

15     both -- all parties -- D.C., all parties have to

16     agree.  I learned that.  So keep going.

17               THE WITNESS:  I'll try to --

18               MS. GREENBERGER:  Go ahead --

19               THE WITNESS:  -- answer.

20               MS. GREENBERGER:  -- Ms. Lake.  Sure.

21     Thank you.  I appreciate that.

22               THE WITNESS:  My life is an open book.

Page 388

```
1                MS. GREENBERGER:  I appreciate that.

2                THE WITNESS:  I write e-mails.  I'm

3      very professional.  And we are an agency that has

4      had FOIA requests.  We get FOIA requests all the

5      time, and so I don't go through my own e-mails.

6      We have somebody on our staff who's a

7      professional that does that when we have a FOIA

8      request, so --

9      BY MS. GREENBERGER

10          Q    And you personally have not searched

11     through your e-mails, correct, for this case?

12          A    For this case, I would leave that to

13     what my attorneys would tell me I can answer on

14     that.  I'm assuming that --

15                MR. KHOJASTEH:  You -- you can answer

16     that as a yes or no, what you personally have

17     done.

18                THE WITNESS:  I personally haven't, but

19     I'm trying to tell you, when it comes to

20     requests, I don't have time to check e-mails.

21     Somebody at the agency has a job to do that.

22                MS. GREENBERGER:  Okay.
```

```
 1            THE WITNESS:  And they have access to

 2     my e-mails, and they can get in my e-mails and

 3     look through them.

 4     BY MS. GREENBERGER

 5            Q    We were talking about your

 6     8/13 declaration with the Court.

 7            A    A13?

 8            Q    Yeah.  I think that's tab 1.  I'm

 9     sorry.  Exhibit 1.

10            A    What's in A13?

11            Q    August 13th.

12            A    Oh, 8.

13            Q    Now, I don't know that you're

14     necessarily going to have to look at this, but

15     there's no mention in this declaration of the

16     August 29th RIF notices; is that fair to say?  Or

17     is it in here?  Because I don't think it is.

18            A    I see 17 says something about a RIF.

19            Q    And 17 says your -- you have the right

20     to consider --

21            A    Right.

22            Q    -- a RIF, correct?
```

Page 390

1          A     Uh-huh.

2          Q     And it does not say that you plan to

3     issue a RIF, correct?

4          A     Yes.  I think, at that moment, we

5     didn't know when we were going to and if it was

6     going to be complete and what we were going to

7     do.

8          Q     And when did USAGM decide it would

9     rerun the RIFs?

10          A     I think that was planned.  You know, I

11     think we planned that RIF.  And when we sent out

12     the notification to pull back the RIF, I think in

13     that letter, from what I recall, it said

14     something like -- I don't know if it said it

15     would be rerun, but it basically didn't say the

16     RIF isn't happening.  I don't have the letter in

17     front of me for when we recalled the first RIF.

18          Q     You're speaking about the

19     communications in late -- in late --

20          A     The communication --

21          Q     -- June when you rescinded the RIFs?

22          A     Right.

1          Q    Okay.  And so are you saying that as

2     soon as you rescinded the RIFs, you had always

3     planned to rerun them?

4          A    It was -- after we had -- after we

5     would go through negotiations with the -- with

6     the unions.  Pardon me.

7          Q    Right.  And you talk about this, I

8     think, in paragraph 18, the negotiations with the

9     union and how you had to do that before the RIFs

10    were issued?

11         A    "Discretion to manage its workforce and

12    personnel, including the right to consider

13    statutorily authorized exercise of

14    reduction-in-force."  Yeah.

15              And then 18.  In accordance with these

16    obligations -- and we were -- I think -- I think

17    in August, we were still negotiating with the

18    unions.

19         Q    And the CBA required a 60-day notice

20    for a RIF?

21              MR. KHOJASTEH:  Object to form.  If you

22    know.  Lacks foundation.

Page 392

```
 1              THE WITNESS:  That sounds about right.
 2    BY MS. GREENBERGER
 3         Q    Okay.  And so the RIFs that you --
 4    well, let me go back.
 5              So, on August 28th, the President
 6    issued an executive order concerning unions at --
 7         A    Yes.
 8         Q    -- USAGM?  Okay.
 9              And was it the same day or the next day
10    that you terminated the CBA with the USAGM
11    unions?
12         A    I think it was --
13              MR. KHOJASTEH:  Object to form.  Lacks
14    foundation.  Vague as to "you."
15              THE WITNESS:  I didn't put that letter.
16    I believe it was Michelle Stewart in our HR --
17    our LER and our HR department, and I believe it
18    was somewhere about there, within 24 hours or so.
19    BY MS. GREENBERGER
20         Q    Okay.  And so, within 24 hours, USA --
21    I'm sorry.  Let me say that again.
22              Within 24 hours of the President's
```

Page 393

1    August 28th EO, USAGM terminated the collective

2    bargaining agreements with the unions, correct?

3         A    Yes, thus effectuating the President's

4    executive order.

5         Q    And you were the acting CEO, correct,

6    at the time?

7         A    Yes.

8         Q    And when Michelle Stewart terminated

9    the CBA, did she do that at your direction?

10        A    She told me she was going to be writing

11   the letter and that it would be put out, and I

12   glanced and took a look at the letter and

13   directed her that it was okay to send it out.

14        Q    Okay.  And then the day after the CBAs

15   were canceled, you sent the RIF notices, correct?

16   You reran the RIF notices?

17        A    Yeah, I think it was --

18             MR. KHOJASTEH:  Object to form.

19             THE WITNESS:  -- right around there.

20   I'd have to look at the calendar.  Was it 28th or

21   29th?

22

Page 394

1    BY MS. GREENBERGER

2        Q    And at that point, August 29th, by then

3    the CBAs were canceled, correct?

4        A    Yeah.

5        Q    And so you didn't have to RIF people

6    with 60 days' notice.  Now you could give them

7    just 30 days' notice; is that --

8        A    You could make --

9        Q    -- correct?

10       A    -- that argument.

11       Q    And so, because the CBAs were canceled,

12   it was easier to RIF people, correct?

13               MR. KHOJASTEH:  Object to form.  Lacks

14   foundation.  Vague as to "easier."

15               THE WITNESS:  I think that the union

16   knew that -- I mean, you'd have to have -- if

17   you're not seeing that we're reducing the force

18   in the government right now, you must be living

19   under a rock.  We have an executive order saying

20   bring this to statutory minimum signed on the --

21   is it the 14th or issued on the 14th of March?

22               You have key leadership who signed and

1    put together the statutory minimum document

2    leaving the agency, walking away from SES

3    positions, and we'd already issued one RIF.  And

4    even though it was rescinded, that was issued,

5    you know, many, many days prior.  So I think most

6    union members knew that there was a really good

7    chance of a reduction in force.

8    BY MS. GREENBERGER

9        Q    Let me ask the question again.

10            Because at the time of the August 29th

11   RIF there was no CBA, you were able to have the

12   RIFs go into effect quicker, only 30 days instead

13   of 60, correct?

14       A    Yeah.  I'm not -- I don't know if that

15   played into it or how it played into it.  I

16   don't -- I don't know if that was a calculation.

17   That just happened to come down, and we worked

18   with what we had.

19       Q    What happened to come down?  I'm sorry.

20       A    The --

21            MR. KHOJASTEH:  I'm going to object.

22   To the extent that your knowledge of what the

Page 396

1  requirements were under the CBA as it relates to
2  the -- and the legal implications of an executive
3  order and the like or the notice requirements, if
4  that's all based on attorney-client
5  communications with agency lawyers, I'm going to
6  instruct you not to answer.
7          THE WITNESS:  Okay.
8  BY MS. GREENBERGER
9      Q    Are you aware that the President issued
10 a similar EO back in March about CBAs with other
11 agencies?
12     A    I recall that when that came out, yes.
13     Q    And do you recall that after that EO,
14 some agencies canceled their CBAs and some
15 agencies kept their CBAs in place?
16     A    I was not really following that.  I was
17 focused on our agency.
18     Q    So you were not aware that any agencies
19 kept the CBAs in place?
20     A    I wasn't -- I wasn't following that.
21     Q    And did you consider keeping the CBA in
22 place after the President's August 28th EO?

Page 397

1          A    I intentionally tried to stay as far

2     away from the RIF process as possible as to not

3     have any appearance of impropriety, not -- not in

4     building with them, not talking to the unions.

5     This was done through OPM, our HR department and

6     the unions.

7          Q    But I'm not asking about the RIF.  I'm

8     asking about the decision to cancel the CBA after

9     the EO was issued.  So does that help?

10         A    Michelle, who is -- Michelle Stewart,

11    who is our union LER -- she works directly with

12    the unions -- told me that she was going to write

13    the letter.  I may have had some conversations

14    with our GC, which I won't go into, but I -- she

15    put the letter together, and she's the expert in

16    this, and we decided to move forward.

17         Q    Did you ever have any discussions with

18    people in other agencies about whether or not to

19    cancel CBAs?

20         A    That would have been something Michelle

21    would have done.

22         Q    Why did the agency cancel the CBA so --

1    well, strike that.

2              Why did the agency cancel the CBAs?

3         A    You'll have to ask somebody else that.

4    I don't know.

5         Q    Well, you approved the decision,

6    correct?

7         A    I signed off on the letter, yes.

8         Q    But you don't know why the decision was

9    made?

10        A    Well, we had an executive order by the

11   President.

12        Q    And were there any other reasons other

13   than the executive order that you canceled the

14   CBAs?

15        A    No.  Executive order.

16        Q    And did canceling -- strike that.

17             When did you find out that USAGM would

18   be added to the executive order stripping CBAs?

19        A    I heard there was an executive order

20   coming out later in the week that might deal with

21   the unions.  I think I heard like 24 hours in

22   advance, and I figured we wouldn't be on it.  We

1    weren't on the previous one.  And then it came

2    out and we were on it.

3         Q    And how did you react to learning that

4    you were on it?

5         A    What do you mean, how did I react?

6         Q    What was your -- were you happy?  Were

7    you upset?  Were --

8         A    Neutral, had no emotion.

9         Q    Did you think it was good news for the

10   agency or bad news?

11             MR. KHOJASTEH:  Object to form.  Asked

12   and answered.

13             THE WITNESS:  It doesn't matter what my

14   opinion is on that.

15   BY MS. GREENBERGER

16        Q    It does because I'm asking you, so

17   please answer the question.

18        A    I was neutral.  I didn't have an

19   opinion.

20        Q    And why did you believe that the agency

21   would not be on it?

22        A    I just didn't know if it would.  I had

```
                                                Page 400

 1     heard there might be an executive order regarding

 2     the unions, and I -- I have a lot going on.  I'm

 3     not waiting with baited breath to see what comes

 4     down.  I'm working on things at the agency.

 5          Q    Other than Michelle, was there anyone

 6     else involved in the decision to cancel the CBAs?

 7          A    I don't know.

 8               MS. GREENBERGER:  Can you give me tab

 9     12?

10               (Deposition Exhibit Number 21 was

11               marked for identification.)

12     BY MS. GREENBERGER

13          Q    I'm handing you a document that's been

14     marked as Exhibit 21.

15               Is this a tweet that you issued on

16     August 14th, 2025?

17          A    Yes.

18          Q    And it says, "I've got a judge who

19     wishes he were running the agency."

20               So, first, is that referring to Judge

21     Lamberth?

22          A    Yes.
```

1          Q    And in what way is Judge Lamberth

2     trying to run the agency in your view?

3               MR. KHOJASTEH:  I'm going to object to

4     form.  This is prejudicial and unnecessary.  You

5     want to do a line of questioning on this, all

6     good, but --

7               MS. GREENBERGER:  This is a completely

8     inappropriate speaking objection and prejudicial.

9     It's appropriate and it's not prejudicial --

10              MR. KHOJASTEH:  Do your thing.

11              MS. GREENBERGER:  Go ahead.

12              MR. KHOJASTEH:  Do your thing.  It's

13    just a room full of people --

14              THE WITNESS:  What was the question?

15              MR. KHOJASTEH:  -- and you're wasting

16    their time.

17              THE WITNESS:  What was the question

18    again?

19    BY MS. GREENBERGER

20         Q    In what way do you believe Judge

21    Lamberth is trying to run the agency?

22         A    I think there's a lack of respect for

Page 402

1    Article II and the President's powers.

2         Q    And you write, "and literally

3    threatening to put me in contempt of court if I

4    don't produce more propaganda."

5              What propaganda are you referring to

6    there?

7         A    Government-funded news is also called

8    propaganda if you look up the definition.  So

9    what we put out is propaganda.  Would you

10   disagree with that?  Government's funding this

11   agency -- actually, the American taxpayer is

12   funding it.  The U.S. government is funding this

13   agency, and they say they're independent, but

14   it's being funded by the U.S. government, and

15   when the government funds media, that's called

16   propaganda.

17        Q    So, in your view, is everything that

18   VOA publishes propaganda?

19        A    If you look up the term "propaganda,"

20   yes.

21        Q    And --

22        A    We're government funded.

Page 403

1          Q     And does that include --

2          A     And this is media.  Do you disagree

3     with that?

4          Q     And does that include under your watch

5     with your role in the agency; it's still

6     propaganda?

7          A     It -- the definition of propaganda is

8     government-funded media.  I mean, it really is.

9          Q     Have you done anything while with the

10    agency to ensure that it's truthful or accurate?

11         A     I have no say in the editorial.

12    There's something called an editorial firewall,

13    which I'm sure you're aware of.  I hope you're

14    aware of it.  Is that in the IBA?  No, that's

15    something different.  NDAA.

16         Q     And you said that you thought Judge

17    Lamberth didn't have respect for Article II of

18    the Constitution?

19         A     I think there's been a -- yes.

20         Q     And do you believe that it's improper

21    for him to be reviewing USAGM's actions?

22         A     I think it's improper for district

1       court judges to try to take control of the
2       executive branch.
3           Q    Did you --
4           A    And I'm not alone in that.
5           Q    Did you see that in his order, he said
6       that personnel decisions are within the agency's
7       purview, but that discretion is neither boundless
8       nor shielded from judicial review and
9       remediation?
10          A    I'm sure I read that at some point,
11      yeah.
12          Q    Do you agree that district courts can
13      review and remediate agency personnel decisions?
14          A    I can agree with --
15              MR. KHOJASTEH:  Object to form.  This
16      is irrelevant.
17              MS. GREENBERGER:  I disagree.  I'm
18      going to -- please continue.
19              MR. KHOJASTEH:  I'd love for you to
20      articulate how this --
21              MS. GREENBERGER:  I'm happy to off the
22      record when we're done --

Page 405

```
 1                 MR. KHOJASTEH:  I'm just saying, I'd
 2       love to hear you --
 3                 (Inaudible crosstalk.)
 4                 THE WITNESS:  Can you ask the --
 5                 MR. KHOJASTEH:  -- articulate it.
 6                 THE WITNESS:  -- ask the question --
 7                 MR. KHOJASTEH:  It seems like to me
 8       it's like a big waste of time.  But, listen,
 9       you'll get your gotcha moment so you can go back
10       to -- go back to --
11                 MS. GREENBERGER:  Excuse me.
12                 MR. KHOJASTEH:  --- (redacted) and tell
13       people you took her -- put her on the record for
14       seven hours.  Do it.  This is fine.  It's
15       entirely disrespectful.  This is a head of an
16       agency.  To go a day away from this --
17                 MS. GREENBERGER:  Excuse me.  This is
18       so deeply inappropriate.  I'm going to continue
19       my questions.
20                 MR. KHOJASTEH:  Go for it.  Go for it.
21       And it's going to be -- and I'll have the same
22       view of it.  You were --
```

 1            MS. GREENBERGER:  Can I --
 2            MR. KHOJASTEH:  Five hours through --
 3            MS. GREENBERGER:  Can you please stop?
 4            MR. KHOJASTEH:  Five hours through
 5      today, you were --
 6            MS. GREENBERGER:  Can you --
 7            MR. KHOJASTEH:  -- professional.
 8            MS. GREENBERGER:  I am --
 9            MR. KHOJASTEH:  This is nonsense.
10            MS. GREENBERGER:  This is her tweet
11      that I am asking her about, and I am asking it
12      respectfully, and I'm going to continue to ask
13      it.
14            MR. KHOJASTEH:  Go for it.
15            MS. GREENBERGER:  And I am not making
16      this personal, and you are the one who is making
17      this personal.
18            MR. KHOJASTEH:  I'm just saying, this
19      is -- it's -- this is --
20            MS. GREENBERGER:  Can you please stop
21      and let me continue my questioning?
22            MR. KHOJASTEH:  Go for it.

                                                      Page 407

 1              MS. GREENBERGER:  Can you please read

 2      back the last question?

 3              (Whereupon, the reporter read the

 4              record as requested.)

 5              THE WITNESS:  The district -- I'm not a

 6      lawyer.

 7      BY MS. GREENBERGER

 8         Q    Well, you had earlier said that you had

 9      a view that this judge was not respecting the

10      Constitution, so I'm trying to understand whether

11      you think district courts can review agency

12      personnel --

13         A    Apparently --

14         Q    -- decisions.

15         A    -- they can, because we're sitting in a

16      district court right now.

17         Q    What did you mean by you've got some

18      experience in lawfare?  What does lawfare mean?

19         A    It means malicious lawsuits that are

20      filed by overly litigious people or by attorneys

21      who stand to make millions of dollars or who have

22      already made millions of dollars from an agency

Page 408

1    by stringing people along, stringing their hopes

2    along, and suing them nonstop to make a fortune

3    off the federal government, i.e., the American

4    taxpayer, the hardworking men and women across

5    this country, funding a lot of these -- of these

6    lawfare lawsuits that have for many years come

7    through this agency.  I've been the victim of it

8    myself.

9        Q    You view --

10       A    A lot of people have.

11       Q    You view these lawsuits as lawfare as

12   you just described it?

13       A    I think it could be fit into that

14   category.

15            MS. GREENBERGER:  Can you give me tab

16   41, please?  I'm going to ask you about another

17   tweet.  Oh, so sorry.  I'm sorry.  I have to have

18   that be marked --

19            (Deposition Exhibit Number 22 was

20            marked for identification.)

21            MR. KHOJASTEH:  Thanks.

22            MS. GREENBERGER:  -- first.

Page 409

1    BY MS. GREENBERGER

2         Q    I'm handing you an Exhibit 22.

3         A    I love that you're following my tweets.

4         Q    Is this a tweet that you issued on

5    August 7th, 2025?

6         A    Can you read that for me?

7         Q    Sure.  I'm really just asking about the

8    last three sentences where you say, "A D.C.

9    District Court judge is threatening to place me

10   in contempt of court and throw me in jail for not

11   running enough VOA propaganda."

12              Do you see that?

13        A    Yeah.

14        Q    "It's absurd.  I'm just hoping that the

15   U.S. Marshals don't act on it."

16        A    Well, but, again, taking a part of it.

17   "And let me tell you, Mike, the illegal aliens

18   destroyed the border.  There was so much trash

19   and destruction on the border.  They don't give a

20   shit on the environment.  By the way, I noticed

21   your post about how the activist judge's show

22   cause order with Jeff, I have the same thing

Page 410

```
 1    happening to me.  A D.C. district court judge is
 2    threatening to place me in contempt of court and
 3    throw me in jail for not running enough VOA
 4    propaganda.  It's absurd.  I'm just hoping that
 5    the U.S. Marshals don't act on it."
 6         Q    And this was also referring to Judge
 7    Lamberth, the D.C. District Court judge?
 8         A    I don't think we have another judge
 9    that I'm aware of.
10         Q    And when did Judge Lamberth threaten to
11    throw you in jail?
12         A    Well, that's what I was told, that he's
13    threatening contempt.
14         Q    Who told you that Judge Lamberth was --
15              MR. KHOJASTEH:  Object to --
16    BY MS. GREENBERGER
17         Q    -- threatening to --
18              MR. KHOJASTEH:  Object to form.
19    I'm going to instruct her not to answer to the
20    extent that --
21    BY MS. GREENBERGER
22         Q    Did anyone other than counsel tell you
```

Page 411

1    that Judge Lamberth was threatening to throw you

2    in jail?

3         A    I am going to take the advice of my

4    counsel and not answer that.

5              MS. GREENBERGER:  Well, I don't think

6    your counsel is saying that he can't answer that

7    question.

8              MR. KHOJASTEH:  You can answer yes or

9    no whether someone other than counsel told

10   you that Judge Lamberth was trying to throw you

11   in --

12             MS. GREENBERGER:  In jail.

13             THE WITNESS:  It was counsel.  Not

14   throw me in jail.  Put me -- hold me in contempt

15   of court.

16   BY MS. GREENBERGER

17        Q    So my question was:  Did anybody tell

18   you that Judge Lamberth was threatening to throw

19   you in jail?

20             MR. KHOJASTEH:  I'm going to object to

21   form.  To the extent that a lawyer told you

22   that --

Page 412

1           MS. GREENBERGER:  Other than a lawyer.

2           MR. KHOJASTEH:  So that's asked and

3      answered.

4           MS. GREENBERGER:  No.  She didn't

5      answer it.  She -- she said --

6           THE WITNESS:  I answered -- I misheard

7      and I answered the wrong question.  My counsel

8      told me that the judge --

9           MR. KHOJASTEH:  You don't need to

10     say what your --

11          THE WITNESS:  Okay.

12          MR. KHOJASTEH:  -- counsel told you.

13     If your counsel's the one who conveyed it, I'm

14     instructing you not to answer the question.

15          THE WITNESS:  Okay.

16     BY MS. GREENBERGER

17     Q    Did anyone other than a lawyer tell you

18     that Judge Lamberth threatened to throw you in

19     jail?

20     A    Not the throw me in jail, but the

21     contempt of court, which you could then

22     extrapolate to mean throw in jail.

Page 413

1        Q    Judge Lamberth never said that he was

2    going to throw you in jail, correct?

3        A    Well, what is contempt of court?

4    What's the punishment for contempt of court?

5    Oftentimes, it's being thrown in jail.  Is that

6    right?  Has any --

7        Q    Often -- oftentimes --

8        A    Has anybody ever been held in contempt

9    of court and been put behind bars, to your

10    knowledge?

11             MR. KHOJASTEH:  Ms. Lake, it's her

12    deposition.

13             THE WITNESS:  Okay.

14             MR. KHOJASTEH:  Let her ask the

15    questions, please.

16    BY MS. GREENBERGER

17        Q    I can show you it if you want, but we

18    can go quicker.  You described Judge Lamberth

19    last week as a radical district judge; is that

20    correct?

21        A    I have a right to my opinion.

22        Q    You absolutely do.  I'm just trying to

Page 414

1    ask what your opinion is.

2              Is that how you described Judge

3    Lamberth?

4        A    That's my opinion.

5              MR. KHOJASTEH:  You're asking her

6    whether that's her opinion or whether that's how

7    she described him?

8              MS. GREENBERGER:  I'm asking her if

9    that's how she described him in a tweet, which

10   I'm happy to show her.  I'm just trying to move

11   things along.

12             THE WITNESS:  What was the date on that

13   tweet?

14   BY MS. GREENBERGER

15       Q    August 28th.

16       A    Can I read the tweet?

17       Q    Absolutely.

18       A    I'm sorry to make you --

19       Q    No, it's --

20       A    -- do that, but --

21       Q    -- fine.

22             MS. GREENBERGER:  42.

Page 415

1              (Deposition Exhibit Number 23 was

2              marked for identification.)

3              THE WITNESS:  Oh, I'm sorry.  I'll

4    figure it out.  By the time -- by the time we do

5    seven hours, I'll figure it out.

6              Update.  Oh, those guys are -- "We

7    fully intend to appeal this absurd ruling.

8    Elections have consequences, and President Trump

9    run the executive branch.  I have confidence that

10   the Constitution will eventually be in force,

11   even if not by Judge Lamberth and other radical

12   district judges."

13             Yes, that's my statement.

14   BY MS. GREENBERGER

15        Q    And in that statement, were you --

16        A    It wasn't a tweet.  It was a statement.

17   But he put that in.

18        Q    I appreciate that clarification.

19             In that statement, were you

20   characterizing Judge Lamberth as a radical

21   district judge?

22        A    Judge Lamberth, I believe, is a

Page 416

1    district judge.  Is that correct?

2        Q    He is.

3        A    And I think some of his rulings have

4    been very radical.

5        Q    And to summarize, you think -- you've

6    made public statements saying Judge Lamberth is

7    trying to run USAGM, correct?

8        A    Do I have to love this guy?  Is it

9    required that I love the judge?

10       Q    Can you answer my question, Ms. Lake?

11            MR. KHOJASTEH:  Well, let's not --

12   let's not recover ground you've already covered.

13   You've --

14            MS. GREENBERGER:  Well, I --

15            MR. KHOJASTEH:  You've -- you've got

16   testimony on each of those points already.

17            MS. GREENBERGER:  I can summarize the

18   testimony so it's clear in one place.  That's a

19   standard technique.

20            MR. KHOJASTEH:  Okay.

21   BY MS. GREENBERGER

22       Q    So, to summarize, you've made public

Page 417

1     statements saying Judge Lamberth is trying to run

2     USAGM, correct?

3          A    I've exercised --

4               MR. KHOJASTEH:  Object to form.

5     Mischaracterizes the testimony.

6               THE WITNESS:  I've exercised my First

7     Amendment right.

8               MS. GREENBERGER:  Ms. Lake --

9               THE WITNESS:  By saying that, that's my

10    First Amendment right.

11    BY MS. GREENBERGER

12         Q    I'm just trying to summarize what

13    you've said, not challenging what you've said,

14    not having a constitutional conversation about

15    your right to say it.

16              Have you or have you not said that

17    Judge Lamberth is trying to run USAGM?  You have,

18    correct?

19              MR. KHOJASTEH:  Object to form.

20    Mischaracterizes testimony.  There's a whole

21    tweet.  There's more than that one sentence.

22    Like, if you're going to -- read the whole thing

Page 418

1      she said.

2             THE WITNESS:  Do you have the tweet?  I

3      mean, I probably said that, yeah.  That's my

4      opinion, and I am the world's foremost expert in

5      my own opinion.

6      BY MS. GREENBERGER

7         Q    And your opinion is that Judge Lamberth

8      is a radical judge who produces illegitimate

9      rulings, correct?

10        A    I think --

11             MR. KHOJASTEH:  Object to form.  This

12     is irrelevant --

13             MS. GREENBERGER:  I --

14             MR. KHOJASTEH:  -- prejudicial.  I

15     mean --

16             MS. GREENBERGER:  I'm really almost

17     done --

18             MR. KHOJASTEH:  I have --

19             MS. GREENBERGER:  -- with this line, if

20     you would let me finish it.

21             THE WITNESS:  What was the last part?

22     I didn't say -- what did I say, rational, or --

1              MS. GREENBERGER:  I thought you said --

2              MR. KHOJASTEH:  You're

3     mischaracterizing something.  She didn't say --

4              MS. GREENBERGER:  These are your words.

5              MR. KHOJASTEH:  -- illegitimate

6     opinions.  Like, this was like -- you're just,

7     like, editorializing her tweets.

8              THE WITNESS:  I didn't say

9     illegitimate.

10             MS. GREENBERGER:  Would you please stop

11    with the speaking objections?

12             MR. KHOJASTEH:  I will, but this is --

13             MS. GREENBERGER:  Then just stop.

14             MR. KHOJASTEH:  At this point, we're

15    off the rails.  We're going through her tweets.

16    This has no relevance to the case or the order.

17             MS. GREENBERGER:  I completely

18    disagree.

19    BY MS. GREENBERGER

20        Q    Did you have these views about Judge

21    Lamberth when you were responding to his orders

22    in July seeking information about your plans to

Page 420

```
 1    run the agency?
 2              MR. KHOJASTEH:  Object to form.
 3              THE WITNESS:  I don't know what my
 4    views were back in July of this judge.  I know
 5    that he's made some rulings that I haven't
 6    thought were good, and I think the judicial
 7    branch has really overstepped its bounds.
 8    BY MS. GREENBERGER
 9         Q    And did your views about Judge Lamberth
10    impact your response to his orders?
11         A    Absolutely not.  No way.
12         Q    You would never do that?
13         A    No.  I'm answering to the best of my
14    ability questions that have been asked over and
15    over and over.
16         Q    And your personal views --
17         A    He's trying to force me to give new
18    answers.  I mean, my answers are my answers.
19         Q    And your personal views about the
20    district judge --
21         A    I --
22         Q    -- had no impact, correct?
```

1          MR. KHOJASTEH:  Object to form.  Asked

2     and answered.

3          THE WITNESS:  I don't hate this judge.

4     I really don't.  I don't.  I don't dislike any

5     one of you.  I don't hold -- harbor hate in my

6     heart.  I'm doing what the judge is asking.  He

7     doesn't like it.  He doesn't like it.  Four

8     times, he's asking the same questions.  He wants

9     me to create new answers.  I'm not going to

10    create an answer to make the judge happy.  I've

11    got to be honest.  I'm trying to run an agency.

12         I walked away from my life to move here

13    away from my children to work for the United

14    States Government and the Administration of

15    President Donald J. Trump because I believe that

16    man wants to save our country.  And what is going

17    on is a disgrace in this country with these

18    judges, these judges who are trying to take a

19    huge mandate that President Trump has and take

20    away and try to keep him from getting work done.

21         I don't dislike him.  I don't

22    personally know him.  I think some of his rulings

Page 422

1      have been absurd, as I said, terrible.  He went

2      crazy on the J6ers.  He wants transgender men who

3      are violent, cross-dressing men who are mentally

4      ill to be in a jail cell with women.  I actually

5      know the difference between men and women, and I

6      actually give a shit about women and their

7      safety.

8              So I don't love his rulings, but I

9      don't have any disdain in my heart for this man.

10     I don't know him.  And we're answering to the

11     best of our ability.  And he keeps asking and

12     asking and asking the same questions.  I don't

13     know what more I can give him.

14             I've sat here today away from the

15     agency that I've been charged with helping to

16     run, answering all of your questions, and you

17     keep asking the same questions over.  I don't --

18     what do you want me to say?  What would make you

19     happy?  I'm giving you the truth, and I don't

20     know what else I can do.

21     BY MS. GREENBERGER

22          Q    In official press releases, you've

Page 423

1    repeatedly explained that you're trying to
2    eliminate waste, fraud and abuse at USAGM?
3         A    Yes, I am.
4         Q    Okay.
5         A    I'm trying to stand up for the American
6    taxpayer.
7         Q    And the Court said that when Congress
8    appropriated $260 million to VOA for fiscal year
9    2025, it did not anticipate such a significant
10   sum of taxpayer funds would be used to pay
11   employees to sit at home for months on end making
12   no contribution to VOA's statutory mandate.
13            Do you agree with that?
14        A    Well, a lot of --
15            MR. KHOJASTEH:  Object to form.  Calls
16   for speculation.
17            THE WITNESS:  A lot of federal
18   employees have been sitting home for a long time.
19   Thanks to President Trump, he's getting butts
20   back in office chairs.
21   BY MS. GREENBERGER
22        Q    But it's true that since March 15th,

Page 424

1     nearly all of VOA's hundreds of millions of

2     dollars have been used to pay VOA journalists and

3     other employees to not work, right?

4          A     They're on paid administrative leave.

5     We're following the laws and the -- we are

6     doing -- we did a reduction in force.  You can't

7     just fire people.  I hope you understand that.

8     There is a process underway to reduce the size

9     and scope of the government, and you can't just

10    fire people.  You may want people just to be

11    fired willy-nilly, but I follow the law, and the

12    law requires that you go through a process.

13              And when we went to statutory minimum,

14    we didn't need thousands of people.  We needed

15    fewer people.  And it sounds like maybe you guys

16    would rather we just throw people to the curb and

17    fire them right away so that we're saving the

18    government money, but we have to go through a

19    process.  These are lives that we're talking

20    about.

21          Q     Do you think it's wasteful to spend

22    hundreds of millions of dollars to pay employees

Page 425

1    to stay at home?

2         A    I think it's wasteful to continue

3    employing thousands of people when they're not

4    needed.  That would be -- over the long term,

5    that would be very wasteful.  So we're working to

6    cut the waste, and there's a process involved.

7    When you're trying to cuts the waste, believe me,

8    of the bureaucracy of the federal government,

9    when you're trying to cut the waste, there's a

10   process.

11            I wish it were faster.  I wish it were

12   easier.  I wish it were less painful.  But

13   there's a process we must go through, and we're

14   going through that process, taking all the legal

15   steps to do so, and treating people in the best

16   way we possibly can.

17        Q    I want to turn to a different topic,

18   Ms. Lake.

19            On May 6th, you announced an agreement

20   to uses OAN's newsfeed on Voice of America and

21   other USAGM services?

22        A    I don't know about the date.  That

1    sounds right, if you're -- if you feel

2    comfortable with that date.

3        Q    I can show you your tweet.

4        A    Okay.

5            (Reporter clarification.)

6            MS. GREENBERGER:  Yes.  Thank you.

7            (Deposition Exhibit Number 24 was

8            marked for identification.)

9            THE WITNESS:  That was not my fault.

10           MS. GREENBERGER:  No, it was my fault.

11           MR. KHOJASTEH:  This is 24?

12           MR. BLUMIN:  Yeah.

13           THE WITNESS:  Okay.  Let me read this.

14   "This idea came about after OCB suggested we

15   explore OAN as a newsfeed option."  I'm a damn

16   good writer.

17   BY MS. GREENBERGER

18       Q    So does this refresh your recollection

19   that on May 6th, you announced an agreement to

20   use OAN's newsfeed?

21       A    Yes.

22       Q    And -- and the terms of this

Page 427

1      partnership are memorialized in a memorandum of

2      understanding?  I can show it to you.  I will

3      show it to you.

4           A     Yeah, let me see.  Let me take a look

5      at it.

6                 (Deposition Exhibit Number 25 was

7                 marked for identification.)

8                 MR. KHOJASTEH:  Thank you.

9      BY MS. GREENBERGER

10          Q     And I'm handing you what's been marked

11     as Exhibit 25, which is a memorandum of

12     understanding from the U.S. -- United States

13     Agency for Global Media and Herring Networks.

14          A     Thank you.

15          Q     And turning to the last page, you

16     signed this MOU on behalf of USAGM; is that

17     correct?

18          A     Yes, I did.

19          Q     As senior advisor?

20          A     To the CEO, yes, with delegated

21     authorities given to me by the CEO.

22          Q     And do you know whether this document

Page 428

1      was ever provided to the Court?

2            A    I don't know.

3            Q    Okay.  And was it --

4            A    My attorneys would know that.

5            Q    Was it your decision to enter into this

6      partnership with OAN?

7            A    This came out after a suggestion from

8      our acting director at Office of Cuba

9      Broadcasting.  He asked if it would be possible

10     if we could -- if he -- if he and his team could

11     get access to OAN, and I said, I don't know, let

12     me find out.

13           Q    And so then you reached out to OAN?

14           A    I -- I called OAN and just said, would

15     you consider -- is that something that you would

16     consider, offering your content for free?  Before

17     I explore this any further, I didn't want to bark

18     up the tree of bringing in leadership and saying,

19     how do we handle this?  I had a very brief

20     conversation, and he said, yes, we would consider

21     that.

22           Q    And what did you do next as to the OAN

Page 429

1    agreement?

2         A    Then reached out to my GC, which I

3    won't -- I guess I -- I reached out to my GC and

4    senior leadership, including Victor.  I reached

5    out, obviously, to Victor, the CEO, and his

6    right-hand person, and I said --

7              MR. KHOJASTEH:  Keep it -- to the

8    extent you're discussing communications you had

9    with counsel and Mr. Morales regarding this

10    agreement --

11             THE WITNESS:  Okay.

12             MR. KHOJASTEH:  -- I'm going to allow

13    you to answer the question, but keep it very high

14    level.

15             THE WITNESS:  Okay.

16             MR. KHOJASTEH:  She's asking what

17    happened next.  Is that fair?

18             MS. GREENBERGER:  Uh-huh.

19             MR. KHOJASTEH:  She's not asking what

20    you said to anyone.

21             THE WITNESS:  Okay.

22             MR. KHOJASTEH:  She's saying, what

Page 430

1    happened next?

2            THE WITNESS:  I wanted to -- I always

3    tried to have the leadership at the agency who

4    have been there many, many years help me make

5    decisions.  They've been there -- as I said,

6    Victor's been there 36 years.  And this is -- as

7    a leader, I like to ask the team what they need.

8    I can't tell OCB what to produce in the news.  I

9    can't tell VOA what to produce.  There's a

10   firewall.

11           But if they come to me and say, we need

12   something, could you consider providing this, I

13   like to consider it.  And -- and OCB asked about

14   it.  I asked our team, would this be a good

15   thing, bad thing, how do you feel about it?  And

16   they responded with -- I won't tell you what the

17   attorney said, but I got response from key

18   leadership that this sounds like a good idea, and

19   not only that, but they said they've done this

20   before with other media companies, where they've

21   entered into a memorandum of understanding, an

22   MOU, to share content freely.  And so then I put

1    it in their court and said, okay, let's see if we

2    can make that happen for OCB, which is requesting

3    it.

4    BY MS. GREENBERGER

5         Q    And other than Mr. Morales and your

6    counsel, who were the senior leadership you

7    discussed this with?

8         A    I don't remember.  It was an e-mail

9    with counsel -- there may have been more people

10   that I asked, but I don't know if all of them

11   responded.

12        Q    And you said this was a communication

13   that occurred over e-mail?

14        A    I believe this was an e-mail, yeah.

15        Q    And you said that there were similar --

16   did I understand you correctly that you said that

17   there were similar MOUs entered into with other

18   media companies?

19        A    Before my time.

20        Q    And what were those other media

21   companies?

22             A    I don't remember.  One of the --

                                        Page 432

1      Victor's right-hand person said, oh, yeah, we've
2      done this before, and as a matter of fact -- and
3      she sent the attachment.  This is what it looks
4      like, that we should do this, and this is great.
5      They loved it.
6           Q    Who's Victor's right-hand person that
7      you're referring to?
8           A    Joan Mower.
9           Q    And I think you already said that under
10     this deal -- let me pull it up, but I gave it to
11     you -- USAGM would pay nothing, correct?
12          A    It's free.
13          Q    And you would -- the agency would
14     license programming from OAN?
15          A    I don't know if license is the right
16     word.  They would share their programming with us
17     if the newsrooms chose to use it.  They're under
18     zero obligation to use.  And none of it has been
19     used at VOA.  VOA has not used any of it.
20          Q    And do you understand why that is?
21          A    They made the choice not to.
22          Q    Who made the choice?

Page 433

```
1          A     I'm assuming the folks in the newsroom.

2          Q     And we talked earlier about --

3          A     And the reason they haven't is because

4     in the process, apparently, of -- of the deal,

5     they might want to use a 30-second clip of what

6     ran on OAN.  Maybe it was a summit or something.

7     And it was determined through the attorneys who

8     were working out the deal that you couldn't just

9     use a 30-minute snippet.  You'd have to use the

10    entire newscast, and that's not -- that wasn't

11    conducive for VOA to do that.

12         Q     We talked earlier about the requirement

13    that VOA not duplicate domestic broadcasting.  Do

14    you recall that?

15         A     Yes.

16         Q     And did you consider whether this deal

17    where OAN would provide content -- provide its

18    own content would duplicate its domestic

19    broadcasting?

20               MR. KHOJASTEH:  Object to form.  Lacks

21    foundation.  Mischaracterizes her prior testimony

22    and what she was talking about when you guys
```

Page 434

```
 1    talked about duplication.
 2             THE WITNESS:  VOA is not broadcast
 3    domestically.  VOA is broadcast internationally.
 4    BY MS. GREENBERGER
 5         Q    Is OAN broadcast domestically?
 6         A    Yes.
 7         Q    And so if OAN is providing its domestic
 8    content for VOA to broadcast internationally, do
 9    you think that's a problem with the
10    duplication -- the non-duplication requirement?
11         A    Well, you have to talk to the attorneys
12    who pulled this up.  I was asked by Office of
13    Cuba Broadcasting if I would work a deal -- if I
14    would check into this.  I asked senior
15    leadership.  They liked the idea, and I handed it
16    off to our attorneys to do the deal.
17         Q    The second bullet says that OAN would
18    "Provide access to OAN's broadcast and select
19    content library for potential use Worldwide,
20    excluding the United States and its territories."
21             Did you understand whether the content
22    provided by OAN would include television
```

Page 435

1    broadcasts?

2         A    It says "potential use," and I just let

3    the -- the GC put that together.

4         Q    No, but I'm --

5         A    So it's --

6         Q    -- not asking a legal question.  I'm

7    asking about the type of content that OAN would

8    be providing.  Would they be providing television

9    broadcasts?

10        A    I was hoping that it would be video

11   clips that could be used just if we needed video

12   of something, sound bites, but it turned out we

13   have to run the entire show, and that wasn't

14   going to be conducive for the folks in the

15   newsroom.  And I don't make the decisions, but

16   they decided not to do it.

17        Q    And did you understand that the OAN

18   content would include any radio broadcasts?

19        A    I'm unaware of that.

20        Q    And did you have an understanding -- am

21   I right that the OAN content would only be in

22   English, or would it be in other languages?

Page 436

1          A     Well, I would say we would have to

2     translate it, and therein lies the problem.

3     There was not an ability to translate it because

4     of the -- as -- I believe as some of the

5     journalists considered using it, it came to their

6     awareness that they had to run it in its

7     entirety, and they could not translate it.  That

8     fell outside the agreement, so they never used

9     it.  So a lot of people upset about this, but

10    they never used it.  It never aired.

11         Q     Would you agree that OAN has a

12    pro-Trump perspective?

13              MR. KHOJASTEH:  Object to form.  Lacks

14    foundation.  Vague as to "pro-Trump."

15    BY MS. GREENBERGER

16         Q     Let me -- OAN has described itself in

17    its own communications as one of the greatest

18    supporters of Donald Trump.

19              Have you heard that?

20              MR. KHOJASTEH:  Object to form.  Lacks

21    foundation.

22              THE WITNESS:  I think that they love

1    this country, and President Trump loves this

2    country.

3    BY MS. GREENBERGER

4        Q    Do you understand whether OAN has a

5    conservative or liberal perspective?

6        A    I think they have --

7            MR. KHOJASTEH:  Object to form.

8            THE WITNESS:  -- common sense.

9            MR. KHOJASTEH:  Lacks foundation.

10   Vague as to "conservative."

11   BY MS. GREENBERGER

12       Q    So you don't have a view that they have

13   a politically conservative perspective?

14       A    They have a common sense, pro-America

15   perspective.

16       Q    And you think they're -- you wouldn't

17   agree that they're pro-Trump?

18       A    I think they're pro-America, and

19   because President Trump is pro-Trump [sic], they

20   kind of equal each other.

21           MS. GREENBERGER:  Why don't we take a

22   break now?

Page 438

```
 1              THE WITNESS:  How long -- much longer
 2      are we going to go?  I actually do have --
 3              MR. KHOJASTEH:  She has another hour on
 4      the record, so that's how long --
 5              THE WITNESS:  Okay.  Can we make the --
 6      can we make this a short break?
 7              MR. KHOJASTEH:  Sure.
 8              VIDEO TECHNICIAN:  This marks the end
 9      of Media Unit No. 6.  Going off the record, the
10      time is 18:01 p.m.
11              (Recess 6:01 p.m. to 6:17 p.m.)
12              VIDEO TECHNICIAN:  This marks the
13      beginning of Media Unit No. 7.  Going back on the
14      record, the time is 18:17 p.m.
15      BY MS. GREENBERGER
16          Q    Ms. Lake, have you ever appeared on
17      OAN?
18          A    In the past, yes, I have.
19          Q    Roughly how many times?
20          A    I have no idea.
21          Q    And was that before becoming senior
22      advisor, since you joined USAGM, or both?
```

 1          A    Both.
 2          Q    And did you have a view on OAN's
 3     coverage of you when you appeared?
 4          A    I thought the questioning was fair.
 5          Q    And I think, in this deposition, you've
 6     characterized some news sources as fake news; is
 7     that true?
 8          A    Fake news, yeah, biased, yeah.
 9          Q    And do you believe that OAN is fake
10     news?
11          A    No.
12          Q    And do you believe that OAN is biased?
13          A    I think -- I think everyone shows a
14     little bit of bias.  It's human nature.  The
15     question is, can you be fair?  Can you be a
16     public service to the -- to the people and put
17     out information?  They're not trying to twist the
18     story.
19          Q    And do you believe that OAN has been
20     fair?
21          A    Generally, I do.
22          Q    Okay.  In your declaration, which is

Page 440

```
 1      Exhibit 1, the August 13th declaration, you state
 2      that USAGM is in ongoing discussions with Newsmax
 3      in pursuit of a similar agreement.
 4           A    I don't know anything about those
 5      discussions because I've asked to not be a part
 6      of those intentionally.
 7           Q    And --
 8           A    So if they're ongoing, it's only
 9      because somebody told me that.
10           Q    What was the basis for you writing in
11      your declaration that there were ongoing
12      discussions with Newsmax?
13           A    I believe it was Frank or somebody told
14      me that we were in ongoing.
15           Q    And do you know when those discussions
16      began?
17           A    No.
18           Q    And have you been involved in any
19      conversations with anyone at Newsmax concerning a
20      similar agreement?
21           A    No.
22           Q    What's the status of this potential
```

Page 441

1    partnership with Newsmax?

2         A    I don't know.  I found out that

3    there -- I found out that Victor or Joan or

4    somebody was talking to them, that they had

5    inquired, and I said, I don't want to be a part

6    of any conversation because I do appear on their

7    network, and I appear on a lot of networks, and

8    it's better that I just stay completely out.

9              And if the legal department wants to

10   work on an agreement with Newsmax or any other

11   outlet, CNN, whatever outlet they want, they can

12   do that, and then, at the very end, when they're

13   close to when they have a deal, I will glance at

14   the -- at the document and then either approve it

15   or, you know, ask for changes if I see something

16   that was glaringly wrong.

17        Q    And paragraph 16 of your August 13th

18   declaration states that USAGM is taking steps to

19   supplement content by contracting with domestic

20   news networks to obtain lawful permission to use,

21   translate, disseminate --

22             A    Pardon me.  Where are we?

1        Q     Paragraph 16.

2        A     16.  "To obtain lawful permission."

3    "The goal is to share content."

4        Q     And does USAGM have a goal, if you

5    know, for what portion or percentage of the

6    content you'd like to come from domestic news

7    networks?

8        A     I like originally produced content, but

9    if our -- if our team is asking us for this, I

10   think it's important to reflect that they want

11   access to some of this.  And if they want access

12   to some of it, as they did with OAN, this was not

13   my idea.  I had no -- none of it was my idea.  It

14   all came from Office of Cuba Broadcasting.

15            And then if other outlets are saying,

16   oh, you have a deal with them, we'd like to offer

17   you free content, I think it's worth it for the

18   American taxpayer to provide free content.  If

19   people want to use it, they do.  I don't tell

20   them what to put on the air.

21       Q     I'm going to turn to another topic that

22   you testified to.  I just want to make sure I

Page 443

 1    understand your testimony.

 2            When I was asking you questions about

 3    President Trump's August 28th EO about the

 4    unions, I believe you said that you were not

 5    expecting USAGM to be on the list of agencies

 6    covered by that EO.

 7        A    I was unsure if they would be on it.  I

 8    heard there was going to be an EO, but you never

 9    know until they come out.  It's been in the past

10    where people said, there's going to be an EO,

11    potentially, and then it never comes out.

12        Q    Am I right that you never contacted

13    anyone at The White House to ask to be added to

14    the EO?

15        A    I don't --

16            MR. KHOJASTEH:  Object to form.

17            THE WITNESS:  -- recall if I did.  I

18    don't recall doing that.

19    BY MS. GREENBERGER

20        Q    And to the best of your understanding,

21    did anyone at USAGM contact anyone at The White

22    --

1        A    Actually -- actually, I think that

2    somebody -- I don't know if it was from The White

3    House -- right before -- I'm sorry.  I'm just

4    having -- I'm -- the memory's coming back to me.

5    I think it was like the day before we -- somebody

6    reached out to us from -- I don't know if it was

7    OPM or what it was.  Maybe it was The White

8    House -- and said, who is the -- what's the

9    e-mail for the person in charge of the agency?

10   They were given my e-mail, and they sent a draft

11   of that.  So I did know with a little bit of

12   knowledge in advance.

13       Q    But to clarify my question, I was

14   asking whether you or anyone at the agency, to

15   your knowledge, reached out to The White House to

16   ask to be added to the EO before you received

17   that draft.

18       A    I don't recall doing that, no.

19       Q    And to your knowledge, you have

20   no information --

21       A    To my recollection at this moment, I

22   don't recall.  I mean, I don't recall.  Are you

Page 445

1      talking about the EO of -- dated what?

2          Q     August 28th.

3          A     The EO dated August 28th, not that I

4      recall.

5          Q     And you don't recall you reaching out

6      or anyone at the agency, to your knowledge,

7      reaching out, correct?

8          A     At this moment -- at this moment, I

9      don't recall.

10             MS. GREENBERGER:  Okay.  Hold on one

11     second.  I have nothing further for you, Ms.

12     Lake, right now.

13             THE WITNESS:  We're just getting warmed

14     up.

15             MS. GREENBERGER:  It may be -- we're

16     expecting some documents.  It may be that we have

17     to call you back, and we'll deal with your

18     counsel if we do that.  I don't know if your

19     counsel has any questions, in which case, I

20     reserve the right to follow up.

21             MR. KHOJASTEH:  One second.

22             MS. GREENBERGER:  Sure.  I hope this

Page 446

1    can get you home earlier than you hoped.

2              THE WITNESS:  Pardon me?  Are you

3    talking to me?

4              MS. GREENBERGER:  It's okay.

5              MR. KHOJASTEH:  We're -- we don't need

6    to ask any questions.

7              MS. GREENBERGER:  Okay.  The deposition

8    is concluded.

9              THE WITNESS:  Thank you.

10             MS. GREENBERGER:  Thank you.

11             VIDEO TECHNICIAN:  Thank you.  We are

12   off the record.  One moment.  We are off the

13   record at 18:24 p.m.  This concludes today's

14   testimony given by Kari Lake.  The total number

15   of media units used is seven and will be retained

16   by Veritext.

17             (Whereupon, at 6:24 p.m., the

18             deposition of KARI LAKE

19             was concluded.)

20

21                      *  *  *  *  *

22

Page 447

1          CERTIFICATE OF NOTARY PUBLIC

2          I, ERICK M. THACKER, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the witness whose testimony appears

5    in the foregoing deposition was duly sworn by me;

6    that the testimony of said witness was taken by

7    me in stenotype and thereafter reduced to

8    typewriting under my direction; that said

9    deposition is a true record of the testimony

10   given by said witness; that I am neither counsel

11   for, related to, nor employed by any of the

12   parties to the action in which this deposition

13   was taken; and, further, that I am not a relative

14   or employee of any counsel or attorney employed

15   by the parties hereto, nor financially or

16   otherwise interested in the outcome of this

17   action.

18                    ERICK M. THACKER

19               Notary Public in and for the

20                  District of Columbia

21   My commission expires:

22   June 30, 2029

Page 448

1              ACKNOWLEDGMENT OF DEPONENT

2       I, KARI LAKE, do hereby acknowledge I

3       have read and examined the foregoing pages of

4       testimony, and the same is a true, correct and

5       complete transcription of the testimony given by

6       me, and any changes or corrections, if any, appear

7       in the attached errata sheet signed by me.

8

9

10

11

12

        ----------------          --------------------

13      Date                      KARI LAKE

14

15

16

17

18

19

20      7576480

21

22

Page 449

1    Sarmad M. Khojasteh, Esquire

     sarmad.khojasteh@usdoj.gov

2

                    September 15, 2025

3

     RE:  Patsy Widakuswara, et al. vs. Kari Lake,

4         et al.

5         9/9/2025, Kari Lake (7576480)

6         The above-referenced transcript is available

7    for review.

8         Within the applicable timeframe, the witness

9    should read the testimony to verify its accuracy.

10   If there are any changes, the witness should note

11   those with the reason, on the attached Errata

12   Sheet.

13        The witness should sign the Acknowledgment of

14   Deponent and Errata and return to the deposing

15   attorney.  Copies should be sent to all counsel,

16   and to Veritext at erratas-cs@veritext.com.

17        Return completed errata within 30 days of

18   receipt of testimony.

19        If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21             Yours,

22             Veritext Legal Solutions

Page 450

1    Patsy Widakuswara, et al. vs. Kari Lake, et al.

2    Kari Lake (#7576480)

3                E R R A T A   S H E E T

4    PAGE_____LINE_____CHANGE_____

5    _____

6    REASON_____

7    PAGE_____LINE_____CHANGE_____

8    _____

9    REASON_____

10   PAGE_____LINE_____CHANGE_____

11   _____

12   REASON_____

13   PAGE_____LINE_____CHANGE_____

14   _____

15   REASON_____

16   PAGE_____LINE_____CHANGE_____

17   _____

18   REASON_____

19

20

21   _____    _____

22   KARI LAKE                              Date

[& - 18]                                                           Page 1

| & | | | |
| --- | --- | --- | --- |

**&**   2:5 8:10

**0**

**00887**   1:10
7:16

**1**

**1**   4:7 6:10 7:10
17:1,2 22:2
23:6 24:22
25:5,7,8 50:21
50:22 54:10
69:5,5 88:14
150:3 211:20
214:7 240:13
244:18 245:1
389:8,9 440:1
**1,033**   185:14
**1,042**   297:8
**1,147**   291:2,5
291:13
**1,745**   291:18
**10**   4:3,21 6:12
142:10,19
183:15
**100**   177:13
196:2 377:2
**10020**   2:6
**1015**   1:5 7:14
**108**   334:11,22
335:1
**10:04**   1:17 7:3

**11**   5:4 54:2
199:10 292:8
292:12 349:3
349:21 368:4
368:21 370:9
**111**   6:10
**11:10**   88:15,16
**11:31**   88:16,19
**12**   5:5 142:12
213:12,18
239:11 240:2,3
281:7,12
363:21 364:1,2
400:9
**120**   377:5
**122**   4:14
**126**   353:1
**129**   4:19
**12:39**   171:8,9
**12:55**   171:9,12
**12th**   376:1
**13**   5:6 6:11
121:16 245:9
245:12 250:10
250:15 257:18
258:6 357:5,7
357:13
**130**   368:19
377:5
**13397**   447:17
**135**   4:20
**137**   364:6,9,20
**13:43**   231:14

**13th**   16:19 17:1
20:9 22:7
128:17 138:1,5
252:3 260:3
261:14 263:4
376:2 389:11
440:1 441:17
**14**   4:11 5:8
67:11 129:15
129:15 277:19
278:3 281:13
281:14,15
323:18
**141**   4:13
**148**   4:9
**14:32**   232:5
**14th**   56:21 57:3
63:7,19 96:11
96:21 97:14
100:11 106:4,8
109:5,15 114:7
147:8,11,17
155:16 171:18
171:20 178:1
207:3 208:20
291:5 310:7
318:17 394:21
394:21 400:16
**15**   4:15 5:9
45:4 123:10
251:9,22 252:1
252:4 255:3
263:11 307:18
315:13,14

449:2
**158**   334:10,21
335:13,14
**15:30**   302:22
**15:48**   303:4
**15th**   101:16,18
102:4,14 105:8
106:5,19 108:2
108:20 109:12
112:13 113:10
116:10 120:15
126:10 154:20
155:19 156:8
196:16 218:15
219:3,21 234:9
268:6 423:22
**16**   5:11 315:4
315:10 441:17
442:1,2
**1612**   3:8
**1625**   2:11
**16:49**   370:1
**16th**   297:11
**17**   4:7 5:12
54:19 326:15
326:19 389:18
389:19
**17:07**   370:5
**17th**   129:22
130:4
**18**   4:8 5:13
57:13 332:3,12
354:4 357:6,8
391:8,15

**[183 - 3/17/2025]**                                                        Page 2

**183**  4:21
**1875**  121:7
**18:01**  438:10
**18:17**  438:14
**18:24**  446:13
**18th**  16:19
  18:17 19:18
  20:6 54:9,15
  54:21 57:12
  58:2,8 59:4
  154:8,9,13,14
  155:19 156:12
  157:1 166:8,14
  168:6 171:19
  175:14,18
  195:5 204:21
  349:22 350:21
  352:22 353:19
  354:16 357:4
  357:14 363:19
**19**  5:15 343:10
  344:11 352:22
  352:22
**191**  274:14
**199**  5:4
**19th**  204:22
**1:43**  231:15
**1st**  79:12

**2**

**2**  4:8 17:6
  18:15,19 22:2
  25:4 54:6,6,9
  57:11 88:18

107:4 171:7
185:14 233:6
308:11 347:15
347:22 348:1
**2.6**  186:8
**20**  5:16 144:6
  346:6,8,13
  353:6 369:9
**20006**  3:8
**20036**  2:12
**20037**  1:19
  2:17
**20043**  3:4
**2022**  14:13
**2024**  14:21
  15:22 178:20
  179:14 184:3
**2025**  1:16 4:8
  4:11 7:4 25:3
  35:13 36:4
  129:22 135:13
  145:8 148:22
  199:14 205:21
  206:9,16
  213:20 297:4
  297:11 363:15
  400:16 409:5
  423:9 449:2
**2026**  378:7,13
**2029**  447:22
**20530**  3:14
**20th**  307:2
**21**  5:17 257:20
  258:15 400:10

400:14
**2100**  1:19 2:17
  7:20
**213**  5:5
**22**  5:6,8,18
  190:15 245:13
  278:6 408:19
  409:2
**22nd**  70:4
  187:5 192:4,19
  196:16 197:7
  200:11 263:18
**23**  5:19 415:1
**23rd**  342:21
  343:14 344:11
**24**  6:4 79:16
  392:18,20,22
  398:21 426:7
  426:11
**245**  5:6
**25**  1:5,10 6:5
  7:14,16 343:9
  369:9 427:6,11
**25th**  142:22
  145:4 147:18
**26**  346:4
**260**  363:13
  423:8
**265**  6:11
**27**  199:8 255:9
  292:7 367:7
**277**  5:8
**27th**  141:18
  142:4 213:20

291:1 303:10
303:18
**28th**  47:20
  194:1,5,10,16
  219:11,17,19
  219:22 220:12
  220:20 225:13
  332:13 334:6
  392:5 393:1,20
  396:22 414:15
  443:3 445:2,3
**29th**  194:18
  253:4 316:18
  317:10 319:4
  319:15,20
  325:16 326:20
  334:4 389:16
  393:21 394:2
  395:10
**2:32**  232:2

**3**

**3**  4:9 96:10
  148:6,8,19
  171:11,15
  172:22 173:10
  205:19 231:13
  232:14 241:4
  282:3,5 290:17
  360:13 373:15
  373:16
**3.1**  186:7
**3/17/2025**  4:19

**30** 14:11,12
248:4,5,18
331:12 352:7
394:7 395:12
433:5,9 447:22
449:17
**307** 5:9
**30th** 199:14
292:7 338:2
339:6 367:13
367:21 368:3
368:19 370:8
**31** 255:8,8
303:14
**315** 5:11
**31st** 297:4
**326** 5:12
**33** 22:14 23:4,5
141:11 255:6,8
**332** 5:13
**34** 307:5
**343** 5:15
**34553** 3:4
**346** 5:16
**35** 326:13
**36** 144:8
212:14 430:6
**38** 331:14
**385** 6:12
**39** 133:12
318:10
**3:30** 303:1
**3:48** 303:1

**3rd** 24:4 25:2
35:19 55:15,17
57:2,5 63:19
67:11 147:21
148:2,22
149:10 175:9
175:15,18
176:7 177:8,15
180:5 215:14
232:15 233:9
237:13 295:3,8
373:4

**4**

**4** 4:11 97:19
98:1,3 232:4
241:4,21
245:22 292:15
302:21 348:5
353:7 363:9,10
**40** 241:16
318:10
**400** 1:19 2:17
5:17 182:9
**408** 5:18
**41** 408:16
**415** 5:19
**42** 318:7,9
414:22
**426** 6:4
**427** 6:5
**44** 183:14
**45** 203:16
204:4 205:6

**46** 313:4
**48** 206:2
207:10
**49** 203:21
206:2 207:10
**49's** 203:18
**4:49** 370:2

**5**

**5** 4:13 55:10
65:16 66:6,9
66:13 81:2
82:10 83:21
141:12,16
303:3 369:22
**5/6/2025** 6:4
**50** 241:16
355:2
**500** 377:8
**532** 317:14
**598** 291:3,12
**5:07** 370:2
**5th** 307:1
308:12

**6**

**6** 4:14 6:10
121:18 122:6,7
122:11,22
212:4 213:2,22
214:7 240:13
244:21 245:15
245:19,19,20
248:4,5,18
259:18 278:16

281:19,22
282:6 283:20
297:1,7,8
355:9,10 370:4
438:9
**6/20/2025** 5:10
**6/23/2025** 5:15
**6/3/2025** 4:10
**60** 391:19
394:6 395:13
**600** 102:22
**6201** 5:6
245:14 246:1
**6202** 5:8
190:15 278:6
**630** 377:8
**639** 307:6
308:11 310:13
311:21
**6:01** 438:11
**6:17** 438:11
**6:24** 446:17
**6th** 425:19
426:19

**7**

**7** 4:17 79:18
82:5 178:6
186:9 240:13
355:9,10
438:13
**7/29/2025** 5:11
**7/8/2025** 5:16

[72 - accurate]                                    Page 4

**72** 348:6,8,12
  348:15 349:21
**7576480** 448:20
  449:5 450:2
**79** 4:17
**7th** 409:5

**8**

**8** 4:8,19 6:12
  129:18,21
  240:13 290:4
  303:6 346:5,5
  355:9,10
  389:12
**8/1/2025** 4:18
**8/13** 50:21 69:6
  214:6 244:18
  389:6
**8/14/2025** 5:17
**8/28** 331:14,18
**8/28/2025** 5:14
  5:20
**8/29/2025** 5:12
**8/7/2025** 5:18
**8/8/2025** 4:20
**81** 164:6 186:1
  186:2 233:15
  295:6,9 351:20
**82** 164:6
  233:15 295:6
**85** 101:8
**8th** 2:5 135:13
  346:3,13
  347:14 352:20

363:8

**9**

**9** 1:16 4:20
  6:11 127:21
  135:7,11,11
  142:10,12,19
  200:7 240:13
  290:3
**9/9/2025** 449:5
**90** 102:12
  289:20,21
  351:9 352:2
**90.6** 186:6
**936** 186:4
**95** 55:9 56:8,10
  56:14 57:4
  63:1,8,20 67:1
**950** 3:13
**963** 183:9
**98** 4:11
**9th** 7:4

**a**

**a.m.** 1:17 7:3
  88:15,16,16,19
**a13** 389:7,10
**abady** 2:4 8:10
**abc** 358:5,8
  360:9
**abide** 129:9
**abigail** 3:12
  9:12
**abigail.stout**
  3:15

**ability** 19:10
  168:22 217:15
  292:19 293:14
  293:15 294:5
  297:15 301:3
  327:6 328:18
  420:14 422:11
  436:3
**able** 119:20
  227:9 242:8
  243:4,7,13
  244:8 294:10
  294:12 336:15
  336:21 337:1
  342:18 345:21
  395:11
**above** 62:20
  176:17 215:16
  222:15 232:18
  233:3,13,17
  237:15 238:1
  334:19 349:5
  350:16,17
  449:6
**abramowitz**
  1:8 4:18 7:15
  8:20,22 9:2
  12:4 78:7
  79:11 82:15
  85:5
**abroad** 110:19
  112:14 113:6
  113:21 118:13
  118:19,19

119:19
**absence** 64:12
  86:1
**absences** 64:14
**absent** 64:17
**absolutely**
  339:20 413:22
  414:17 420:11
**absurd** 409:14
  410:4 415:7
  422:1
**abuse** 423:2
**accept** 152:14
  152:22
**accepted** 153:4
  153:5
**access** 241:22
  243:5 289:22
  389:1 428:11
  434:18 442:11
  442:11
**accomplish**
  16:11 46:8
  178:11
**accomplished**
  59:18
**accordance**
  214:12 260:16
  391:15
**accountability**
  3:7 9:4
**accuracy** 449:9
**accurate** 19:5,8
  20:3,15 69:10

101:9,13 108:7
203:22 227:16
250:17,20
265:20 291:21
308:13,14
309:6 312:7
403:10
**accusation**
133:11 161:16
**accusations**
161:14
**accuse** 159:5
**accusing** 201:5
201:7
**acelli** 2:7
**acknowledge**
448:2
**acknowledg...**
448:1 449:13
**act** 178:21
179:15 214:13
278:12 279:10
279:17,22
281:8 288:22
360:13 362:13
409:15 410:5
**acting** 28:1,10
36:7,9,10,17
39:20 58:18
61:5,9 62:20
63:3,8,9,22
64:11,20 68:6
68:12,14,19,21
69:7,8,12 70:8

70:15 71:5,7,9
71:10,13,16
72:1,2,7,7,15
72:18 73:3,22
74:7,10,22
75:21 77:6,12
78:6 85:6,15
91:22 96:7,8
121:12 132:8
149:11 216:16
317:11 320:12
320:12,13
362:21 393:5
428:8
**action** 180:2
447:12,17
**actions** 77:20
89:15 92:6,7,8
101:15 154:20
403:21
**active** 291:2
**activist** 409:21
**activities**
182:18 183:10
281:20 353:10
354:5,10
355:12 357:20
360:15 362:14
**actually** 15:5
43:8 122:14
142:12 149:17
150:19 253:10
259:7 264:1
286:22 290:1

301:9 320:13
355:1 359:9
364:10 366:20
375:17 376:10
387:14 402:11
422:4,6 438:2
444:1,1
**add** 100:2
252:12,13
291:17
**added** 127:17
291:6 398:18
443:13 444:16
**adding** 352:13
352:13,13,14
**addition**
303:11
**additional**
343:6
**address** 353:18
353:20 363:20
**addressed**
353:21
**adequate** 246:6
246:14,14
247:10,20
249:4,12 250:2
**adhere** 177:1
180:20 260:11
349:8
**adhered** 160:12
160:15
**admin** 305:6

**administration**
15:17 16:7
26:19 31:12
40:13 51:20
52:14 207:2
421:14
**administrative**
69:18 70:4,6,9
70:12,14,19,22
71:3 72:17
101:19 102:6
105:9 108:14
193:11 243:9
297:9,16
303:12,15,19
304:5,9,12,21
305:8,13 365:3
365:15 374:11
375:11,13
424:4
**administrators**
335:19
**admit** 137:20
**adopt** 156:13
**adopted** 362:20
**advance** 398:22
444:12
**adversaries**
128:3
**advice** 168:2,18
209:14 210:5
246:10 411:3
**advise** 36:6,7
38:8 200:5

| | | | |
|---|---|---|---|
| 369:4 | **affairs** 46:11 | 43:7,22 44:7 | 210:13 211:2 |
| **advised** 28:13 | **affected** 273:14 | 46:22 50:1,12 | 218:4,11 |
| **advising** 28:1 | 273:17 276:20 | 50:15 61:7 | 221:11 223:17 |
| 39:19,20 | 277:3 308:16 | 63:20 78:1,3 | 226:5 230:17 |
| **advisor** 4:14 | 308:21 | 89:8 93:12 | 234:2 235:4 |
| 23:20,21 25:2 | **affiliations** 8:7 | 100:8,9 101:8 | 236:3,7 237:2 |
| 27:21,22 28:1 | **afge** 5:11 316:1 | 105:14 107:15 | 237:14,18,22 |
| 28:7,8,10,14,18 | **afghanistan** | 110:4 111:9 | 238:12 247:19 |
| 29:3 30:4,13 | 165:2,3,4 | 114:8 119:17 | 253:18,22 |
| 31:6 33:2 34:8 | 203:9 | 125:8 126:4 | 254:3,7 256:10 |
| 34:11,15,20 | **afl** 2:11 8:14,17 | 127:13,20 | 257:12 264:7 |
| 35:6,17 36:5 | **africa** 285:3 | 128:15 129:8 | 268:1,5 269:14 |
| 37:2,6,12,13 | 286:6 357:15 | 129:10,12 | 269:16 272:1 |
| 38:6,14 40:10 | 358:3,6 361:15 | 130:6,14,22 | 272:16,18 |
| 40:15,21 41:1 | 361:18 362:18 | 131:3,7,15 | 297:2,15 |
| 41:15,19 43:14 | **afscme.org** | 132:8,10,13,20 | 299:19 302:3 |
| 43:18,19 46:17 | 2:12,13 | 134:21 136:13 | 303:13,18 |
| 46:19,22 47:4 | **afternoon** | 144:9 146:15 | 304:4 305:3 |
| 47:12,21 48:5 | 171:14 308:12 | 146:20 147:3 | 307:1,6,8,13 |
| 48:9,19 49:2,7 | **agencies** 78:2,3 | 147:10 151:11 | 309:16 310:9 |
| 49:9,15,18 | 78:4 98:10 | 151:17 152:2 | 310:21 311:1 |
| 54:11,15,17,21 | 105:12 114:14 | 153:6,8 154:21 | 319:18 320:1 |
| 55:14 57:8,12 | 162:3,8 396:11 | 155:6 157:3 | 322:16,19,19 |
| 58:2,16,19,22 | 396:14,15,18 | 162:14 163:15 | 324:14 326:2,7 |
| 59:3,14,22 | 397:18 443:5 | 164:5 166:13 | 334:16 337:13 |
| 60:10 65:8 | **agency** 4:16,21 | 168:16 169:17 | 338:16 339:10 |
| 67:12 95:17 | 6:5 9:15 12:19 | 173:4 175:1 | 340:8 341:1,9 |
| 105:21 121:6 | 12:20 14:19 | 177:20 178:14 | 346:18 350:10 |
| 123:9 149:6,21 | 15:4 23:15,18 | 178:16 181:9 | 350:10 351:12 |
| 375:12 427:19 | 23:22 26:18 | 186:5 188:18 | 351:13 355:12 |
| 438:22 | 31:5 32:18 | 195:21 196:11 | 356:20 361:10 |
| **advisors** 42:11 | 34:18 36:16,17 | 197:15 198:8 | 362:20 370:16 |
| 45:9,16 | 37:10 40:11,11 | 200:12,14 | 371:5 373:20 |
| | 41:17,22 42:2 | 205:9,10,13 | 373:22 375:15 |

375:20 376:6
376:15 377:16
377:19 378:3,9
378:19,22
379:5,7,8
380:5,11,15,16
381:1 382:11
382:16 385:5
386:3 388:3,21
395:2 396:5,17
397:22 398:2
399:10,20
400:4,19 401:2
401:21 402:11
402:13 403:5
403:10 404:13
405:16 407:11
407:22 408:7
420:1 421:11
422:15 427:13
430:3 432:13
444:9,14 445:6
**agency's**  167:5
168:7,11 169:6
170:3 222:22
225:17,22
230:16 248:5
325:6,10 337:6
379:20 380:8
404:6
**agenda**  16:9
38:8 39:18
132:19

**agent**  127:22
**ago**  270:4
367:17
**agree**  7:9 137:8
181:6 189:6,13
190:17,22
203:21 242:2
254:20 273:16
273:19 274:7
275:21 276:7
277:5,12
292:21 293:2
294:3 325:12
327:12 336:13
340:2 345:13
387:16 404:12
404:14 423:13
436:11 437:17
**agreed**  62:2
**agreement**
381:20 425:19
426:19 429:1
429:10 436:8
440:3,20
441:10
**agreements**
127:15 393:2
**ahead**  60:3
63:13 67:5
68:2 84:9,12
94:19 114:20
139:18 142:16
152:18 155:3
156:15 187:17

214:19,20
217:22,22
218:1,17
282:10,22
317:21 364:17
366:19 387:18
401:11
**air**  198:5
216:22 242:22
442:20
**aired**  436:10
**airports**  359:6
**al**  1:3,6,8,11
7:13,14,15,15
449:3,4 450:1
450:1
**aliens**  409:17
**alleged**  342:22
**allotted**  449:20
**allow**  429:12
**amazing**
125:12 340:17
**amendment**
417:7,10
**america**  5:10
16:8 285:20
286:10,21
287:1,8 314:7
314:9,11
325:19,21
380:14,15,17
380:18 425:20
437:14,18

**america's**
128:3
**american**  2:10
8:12,16 124:6
141:1 230:13
247:6 249:17
360:22 368:12
402:11 408:3
423:5 442:18
**amount**  170:20
352:19 379:1,4
**amounts**  131:4
**anchor**  14:5,7
**andrew**  2:3
**andy**  9:18
**anna**  3:18 9:14
**announced**
25:14 26:6
36:15 375:19
377:18 425:19
426:19
**announcements**
31:5
**annoyed**
280:14
**annoying**
265:10
**annual**  55:13
**answer**  10:18
11:3,8,16,17,20
12:13 13:11,15
15:5,9,14
23:13 26:2
28:8 32:12,15

36:13 37:15,21
38:19 39:6,7
39:11 43:10
52:1,5 56:1,1
60:5 65:4 67:8
71:20 85:18,20
97:6,8,9 100:1
102:20 111:8
112:16 115:5
123:22 126:18
128:8 139:18
150:13,16
152:6 153:13
156:16 157:21
160:20,21
167:22 172:18
173:7 177:18
179:7,10
180:14,17
185:13 187:17
188:2,7,9
191:12 194:8
197:2 199:21
209:3,7,17
210:9 216:10
222:21 223:18
223:19 224:16
224:22 227:10
228:16,18
233:11 236:11
236:16,18
238:18,18,21
241:11 246:12
246:15 248:14

249:22 254:19
260:4,13,18,19
260:20,21
261:2,22 262:3
262:10 263:3
263:13,15
264:3,14,15
265:1,20
266:19 267:4
268:11 279:7
280:1,4,6,7
283:7,10,12,14
285:15 288:13
299:3,6 311:15
311:16 316:7
321:8 322:2
336:2 337:10
341:6 342:5
344:13 346:21
350:8 369:2
370:21 382:3,8
382:17,19
386:20 387:6
387:19 388:13
388:15 396:6
399:17 410:19
411:4,6,8
412:5,14
416:10 421:10
429:13
**answered** 15:8
15:12 36:12
38:17 39:14,15
53:7 58:10

71:19 72:21
76:20,21 78:13
81:14 93:5
97:1 98:20,22
99:21,22
115:18 119:10
123:21 124:17
145:21 147:6
155:12 163:7
169:9 177:11
196:13 197:9
201:21 220:9
227:5 230:7
236:5 261:8
276:15 281:9
285:13 294:8
330:11 333:2
335:21 354:13
356:7 399:12
412:3,6,7
421:2
**answering** 11:1
43:16 55:20
97:3 99:8
111:17 158:3
168:4 194:13
217:7 238:15
260:10 283:3
420:13 422:10
422:16
**answers** 23:16
132:1 266:5
354:16 355:8
357:2 420:18

420:18,18
421:9
**anticipate**
176:16 215:15
222:14 232:18
233:2 238:1
349:5 350:16
423:9
**anticipated**
233:5
**anybody** 33:12
100:2 171:19
175:22 176:6
411:17 413:8
**anyway** 280:9
**ap** 140:13
**apart** 37:19
202:4 211:9
288:7
**apologies** 7:13
39:21 68:22
124:22 139:8
158:19 281:15
336:7 344:18
**apologize** 56:5
179:12
**apparently**
407:13 433:4
**appeal** 187:11
415:7
**appear** 441:6,7
448:6
**appearance** 8:5
397:3

**[appearances - asked]**                                    Page 9

**appearances**
    8:6
**appeared**
    438:16 439:3
**appears** 447:4
**apples** 272:7
    350:4,4,6,6
**applicable**
    205:14 449:8
**applications**
    372:13
**applies** 98:10
**appoint** 29:2,7
**appointed**
    22:18 23:8
    25:10 28:18
    30:4 48:8,19
    50:14 51:9
    52:11 53:15
    62:9 73:3,4
    89:3
**appointee**
    23:15 24:4
**appointees**
    52:18
**appointing**
    51:11
**appointment**
    30:13,20 49:1
    51:14,20 71:17
    74:6
**appreciate**
    29:12 70:1
    99:4 207:18

225:15 230:14
280:20 387:21
388:1 415:18
**approaching**
    336:16
**appropriate**
    49:20 401:9
**appropriated**
    181:22 336:22
    363:14 423:8
**appropriates**
    181:7
**appropriation**
    336:16 338:17
**appropriations**
    178:21 179:15
    179:16 378:14
**approval** 25:18
    27:3 89:12,17
    92:5,9 93:3
    152:3 163:18
**approve** 66:22
    67:14,16
    151:17 306:2
    441:14
**approved**
    123:12 125:11
    126:7 160:4
    305:16,20
    398:5
**approximately**
    204:4 206:17
    303:14

**april** 187:5
    192:4,19
    196:16 197:7
    263:18
**areas** 146:7
    233:16,20
    246:21
**arguably** 381:5
**argue** 266:6
    285:6,6 329:5
    329:6
**arguing** 266:8
**argument**
    394:10
**arises** 146:14
    146:20
**arizona** 14:13
    14:21
**article** 136:18
    170:8 402:1
    403:17
**articulate**
    404:20 405:5
**asia** 246:5,13
    247:10,20
    249:4,12 250:2
    252:9,11
**asian** 247:4
**aside** 112:5
    138:2 148:12
    184:19 187:4
    290:12 317:13
    341:11

**asked** 13:16,18
    13:20 15:7,11
    38:16 39:13
    53:6 58:9
    71:18 72:20
    76:13,19 78:18
    81:10,13 93:5
    96:22 98:20,22
    99:21,22
    115:17 118:12
    119:9 123:21
    124:8,16 128:9
    128:10,13,14
    145:20 147:5
    150:16 155:11
    163:6 169:8
    176:12 177:10
    193:3 197:8,21
    220:5 225:7
    227:4 230:2,6
    260:11 267:13
    267:14 276:14
    278:17 279:16
    285:12 294:7
    305:14 308:18
    309:8,19
    315:19 318:7
    323:7 326:9
    330:10 335:20
    336:7,8 344:21
    344:22 345:3
    354:1 367:14
    367:14 376:19
    399:11 412:2

420:14 421:1
428:9 430:13
430:14 431:10
434:12,14
440:5
**asking** 14:1
21:8 33:9
57:18,19,20
73:13 81:22
91:11 93:1,9
99:13,14
104:22 113:11
122:15 125:6
126:16 131:14
142:9 150:8
153:16 161:4,6
161:11 164:19
165:12,15,16
174:19 181:17
181:19 187:21
189:11 195:12
210:20 212:10
216:3 217:1,3
249:9,21,22
255:16 262:9
262:11,12
267:16 278:19
279:3,4,15,15
281:1 284:13
300:1 301:16
306:5 309:12
309:15 322:14
329:14,18
330:4,5,6

336:20 341:18
341:19 354:9
354:12 356:13
366:8,10
374:21 385:13
386:1,2 397:7
397:8 399:16
406:11,11
409:7 414:5,8
421:6,8 422:11
422:12,12,17
429:16,19
435:6,7 442:9
443:2 444:14
**asserting** 112:6
**assessed** 205:17
**assessing** 226:3
**assist** 251:16
**assistance**
207:19
**assisting**
251:14
**associated**
107:6 143:17
**assume** 11:21
13:6 58:2
96:12 270:18
**assumed** 51:1
69:8
**assuming** 16:20
43:11 86:19
161:4 208:15
246:22 292:3
319:22 365:4

365:10 388:14
433:1
**attached** 6:22
448:7 449:11
**attachment**
432:3
**attachments**
295:4
**attempt** 248:15
**attending** 9:16
**attorney** 8:8
12:14 13:13
111:12 112:6
134:14 144:6,7
150:15,19
157:22 158:4
174:16 179:20
188:19 209:20
210:8 215:6
216:9 223:4
224:14,21
236:17 238:16
279:22 284:5
316:8 345:10
356:14 361:7
361:11 368:1
371:2,9 383:18
396:4 430:17
447:14 449:15
**attorneys** 152:8
169:21 200:5
211:6 216:12
218:10 224:4
235:3 331:17

342:14 346:20
361:7,9 384:16
388:13 407:20
428:4 433:7
434:11,16
**audience**
118:13,19
119:3 269:2,9
270:1,8,13,13
270:13 271:21
271:22 272:10
273:7,11
**audiences**
110:19 112:14
113:6,21
118:19 119:8
119:19
**audio** 7:7
**august** 16:19
17:1 20:9 22:7
47:17,20 79:12
135:13 211:22
212:1 213:5
219:11,17,19
219:22 220:12
220:20 225:13
228:7,11 245:2
245:3 250:13
252:3 253:4
256:6 260:3
261:14 263:4
317:10,10
319:4,15,20
325:16 326:20

327:3 332:13
334:6 389:11
389:16 391:17
392:5 393:1
394:2 395:10
396:22 400:16
409:5 414:15
440:1 441:17
443:3 445:2,3
**authoritarian**
277:7
**authoritative**
190:12
**authorities**
54:18 55:4,7
65:5 73:1
93:17 94:12,21
96:3 302:9
427:21
**authority**  55:15
56:2,9,15 57:4
57:7 63:3,8,21
65:15 66:21
67:19 93:18,22
94:14 95:2,10
**authorized**
182:19 183:10
391:13
**authors**  137:5
**automatic**
71:15
**automatically**
72:10,18 85:15

**available**  72:2
72:8 449:6
**avenue**  3:13
121:8 127:18
**avoid**  99:10
184:10
**aware**  27:18
51:13 89:10
95:8 136:5
138:18 140:4
178:20 182:13
183:7 208:12
221:21 234:20
254:12 316:16
316:20 328:14
329:3,9,22
330:17,21,22
331:3 341:12
341:19 342:6
342:20 343:3,7
343:16 344:1,4
347:1,3,9
359:18 360:1
381:4 396:9,18
403:13,14
410:9
**awareness**
436:6
**awesome**
125:17

| **b** |
|---|

**b**  2:15 4:5 5:2
6:2 212:22

213:2,7 245:19
248:4,5,18
249:20 278:16
281:19,22
282:6 283:16
283:19,20
**back**  12:21
16:13 22:11
24:2 39:22
47:10 50:20
54:1 57:10
69:4 71:5 78:5
83:10 88:18
94:9,21 107:20
109:22 114:15
114:16,22
115:7 118:10
145:1 148:15
157:17 158:12
160:12,16
161:1 171:2,11
184:19 185:12
187:4 193:13
193:17,18
194:4 203:1
209:9 211:20
232:4 237:12
239:19 243:7
244:17 256:6
261:7 265:14
287:5 290:11
291:19 300:12
303:3 304:11
304:16,21

305:5,6,8,12,15
306:6 336:4
343:19 370:4
373:5 381:15
381:17 390:12
392:4 396:10
405:9,10 407:2
420:4 423:20
438:13 444:4
445:17
**background**
14:2 46:10
**backlog**  26:22
**bad**  399:10
430:15
**bag**  17:18
**baited**  400:3
**balazs**  144:21
158:19 377:22
378:1,2
**ball**  339:3
**bargaining**
312:5,8 393:2
**bark**  428:17
**bars**  413:9
**based**  126:12
127:7 129:3
154:10 166:9
188:3,10,17
191:15 194:10
209:5,20 223:2
223:14,16
224:7 236:18
236:20 241:10

**[based - board]**                                                Page 12

288:12 310:22
312:6 321:9,12
328:9 341:21
361:20 371:1
396:4
**basic**   10:14
295:19
**basically**
390:15
**basis**   126:15
440:10
**bbeaton**   2:19
**beaton**   2:16 9:1
9:1 331:22
**beautiful**
272:15
**becoming**
36:17 52:14,22
53:5 61:21
71:5 73:22
74:10,22
438:21
**began**   440:16
**beginning**   8:7
51:6 88:18
171:11 232:4
303:3 370:4
438:13
**behalf**   2:2 3:2
3:11 427:16
**beings**   320:17
**belief**   249:9
289:6

**believe**   16:8
19:7 41:18
42:12 48:22
51:6 73:22
89:4 94:5 95:6
102:11 105:21
115:20 117:17
118:18 123:6
129:12 130:12
138:20 149:18
154:8 155:17
162:16 171:20
173:11 178:18
181:21 183:4
185:9 186:3
190:20 196:18
203:8,20
205:19 207:1
208:7 215:17
219:19 222:9
229:21 233:21
237:9 239:12
241:4 250:7,9
250:15 251:9
252:3 255:2
258:3 265:21
266:20 269:4
281:9 287:3
290:3 291:14
291:15,21
293:15 307:3
338:2,4 343:7
352:21 355:10
358:5,21 362:7

363:20 367:6
376:10 378:17
379:18 380:2
383:21 384:3
392:16,17
399:20 401:20
403:20 415:22
421:15 425:7
431:14 436:4
439:9,12,19
440:13 443:4
**benefits**   304:14
**best**   19:9 50:18
124:3 130:15
177:16 262:9
268:4 280:4
302:1,6 420:13
422:11 425:15
443:20
**better**   29:8
115:4 125:19
187:1 195:12
197:2 202:17
224:22 230:2
260:4 266:16
351:12 441:8
**beyond**   233:5
344:14
**bias**   439:14
**biased**   439:8,12
**big**   194:21
200:15 238:7,9
238:11 241:13
325:22 405:8

**biggest**   136:10
241:14
**bill**   8:19
**billable**   346:17
**billion**   127:16
341:8
**bipartisan**
25:18
**bit**   18:9 21:16
39:22 40:3
65:13 137:16
164:4 195:16
256:5 270:5
278:8 350:14
351:10 439:14
444:11
**bites**   435:12
**black**   18:5
114:2 119:1
**blends**   346:19
**bless**   384:5
**blood**   356:22
**blumin**   2:9
8:12,12 54:4
98:6 121:17
213:16 292:9
306:19 313:5
315:8,10,14
331:15,20
332:1,5,8
333:11 346:10
367:9 426:12
**board**   25:19
27:4,14

**[book - brought]**                                    Page 13

**book** 387:22
**border** 409:18
  409:19
**boss** 33:13,16
  33:18 36:8
  77:14
**bottom** 154:2
  200:7,8
**boundless**
  404:7
**bounds** 22:20
  420:7
**bourland** 2:4
  9:20,20
**box** 3:4
**boy** 125:3
  204:17
**bozell** 76:5
**brain** 262:14
**branch** 77:16
  77:20,22
  252:10 404:2
  415:9 420:7
**breaching**
  345:10
**break** 11:7,9
  79:9 88:11
  89:2 158:13,15
  170:14 171:1
  302:11 326:10
  347:19,21
  369:10,17,20
  370:7 437:22
  438:6

**breaking** 169:1
  239:2,4,9
**breaks** 238:9
**breath** 400:3
**breathe** 346:16
**brian** 2:16 3:19
  9:1,22 46:17
  46:21 47:1,6
  47:11
**brief** 342:14
  428:19
**briefing** 179:21
**bright** 130:14
**brinckerhoff**
  2:4 8:10
**bring** 41:2
  205:10 238:9
  238:13 257:12
  305:5 311:2
  394:20
**bringing** 305:6
  428:18
**brings** 51:17
**broad** 104:13
  104:19
**broadcast** 14:6
  141:5 164:12
  164:22 165:8
  166:1 178:22
  180:9 203:3
  205:5 206:1,12
  208:14 215:22
  222:19 223:10
  223:11,22

224:6 226:5,20
229:12,16
235:5,15 237:5
247:7 262:15
263:3 294:16
323:17 327:13
331:7 352:8
357:15 360:10
360:22 361:6
361:18 434:2,3
434:5,8,18
**broadcasters**
  244:13 249:15
  249:17 281:21
  357:21 360:16
  362:10,15
**broadcasting**
  114:21 116:21
  127:19 165:2,3
  179:17 181:7
  182:6 191:8
  193:9 196:18
  197:3 203:5,12
  205:6 207:9
  208:18 214:13
  216:18 218:14
  219:2,5,7,12,18
  219:22 220:13
  220:20 221:4
  221:12,18
  225:8,17,22
  233:16 234:3
  234:11,16
  235:22 236:4,8

242:22 246:21
253:19 254:1,4
254:8 260:2
261:14 263:10
263:18 264:11
269:9,10
278:12 279:10
279:17,22
281:8 282:18
286:20,22
288:22 295:21
303:13 357:19
357:21 358:12
358:22 359:1
360:5,13,13,15
360:20,21
361:19 362:8,9
362:10,13,18
362:19 364:7
364:10,12,18
380:8,10,13
428:9 433:13
433:19 434:13
442:14
**broadcasts**
  358:3 359:13
  360:3 361:14
  435:1,9,18
**brochure** 208:8
**broken** 130:6,9
**brought** 40:22
  41:10 114:14
  114:16,22
  193:12 239:2

**brush** 39:22
**budget** 178:9
  205:21 206:8
  206:11,16
  207:7 208:5
  210:21 337:6
  337:13 338:9
  339:18 340:21
  378:7,13 381:8
**building** 24:12
  81:12 256:17
  397:4
**bullet** 126:12
  126:13 434:17
**bullets** 125:5,6
  125:7 126:3
**bump** 324:1
**burdened** 4:15
**bureaucracy**
  4:12 99:19
  124:9 151:21
  207:4 425:8
**bureaucrats**
  52:16
**business**
  371:22
**busy** 106:12
  110:21 270:5
**butts** 423:19

**c**

**c** 2:1 3:1 4:1 5:1
  6:1 7:1 249:20
  288:18

**calculated**
  349:20
**calculation**
  395:16
**calendar**
  197:10 298:20
  393:20
**call** 114:1
  173:5 241:16
  241:18 243:7
  305:15 324:1
  356:4 360:5
  378:19 445:17
**called** 10:7
  106:10 186:4,5
  232:8 239:9
  304:11 367:21
  372:4 381:8
  402:7,15
  403:12 428:14
**calling** 143:8
  148:22 205:9
**calls** 55:19 67:6
  76:9 85:7 90:2
  91:18 120:3
  152:4 153:11
  179:4 181:10
  182:7 242:12
  242:19 243:16
  283:1 294:19
  296:5,13 304:1
  310:8 319:7
  338:11,22
  379:4,13

  423:15
**camp** 45:20,21
**cancel** 124:13
  138:13 140:1
  397:8,19,22
  398:2 400:6
**canceled**
  123:16 138:5
  140:2 393:15
  394:3,11
  396:14 398:13
**canceling**
  124:15 138:22
  139:13 140:6
  398:16
**cancellation**
  121:7 138:16
**cancels** 4:14
  123:9
**capable** 130:10
**capacity** 241:1
  241:7 242:18
  243:14 244:7
  292:18 293:3
  293:11 325:7
  326:3,8
**care** 359:7
  377:4
**career** 106:1
  107:17 113:12
  144:4,5 149:3
  153:14 155:6
  157:15,18
  158:6 162:14

  164:5 173:2
  175:2 186:5
  205:16 218:4,7
  233:14 237:22
  295:12,12,13
  350:12 356:12
  356:12,20
  363:2 373:11
  375:2
**careers** 351:9
**careful** 217:7
**carry** 77:17
  292:19
**case** 1:4,9 7:14
  7:16 141:17
  188:22 249:15
  290:15 340:5
  367:13 388:11
  388:12 419:16
  445:19
**cases** 12:17
  200:1 325:13
**cate** 87:15
**categories**
  259:6
**categorize**
  258:14
**categorized**
  257:11
**category**
  408:14
**caught** 49:12
  181:3 235:19

cause  5:4
  367:13,18,20
  367:22 369:1
  382:1 384:11
  409:22
caution  355:19
cba  317:2
  391:19 392:10
  393:9 395:11
  396:1,21 397:8
  397:22
cbas  393:14
  394:3,11
  396:10,14,15
  396:19 397:19
  398:2,14,18
  400:6
cbc  358:10
cbs  358:6,10
  360:9
ccp  135:16,19
cease  108:21
  109:7 110:14
  110:19,20
ceased  112:13
  115:1
cell  422:4
celli  2:3,4 8:10
  9:18,18,19,21
censorship
  273:14,17,21
  274:9 275:4,22
  276:9,20 277:3

central  257:21
  287:8
ceo  28:1,2,10
  36:7,7,9,10,18
  39:20 51:2,5,8
  51:11,15,21
  52:11,14,22
  53:5,12 54:16
  54:18,22 55:4
  55:15 57:7,13
  58:7,18,18
  59:1,4,9,11,15
  59:21 60:19
  61:1,4,5,9,21
  62:9,11,18,20
  63:3,8,10,22
  64:6,9,10,11,12
  64:20 65:5,7
  65:15 66:5,8
  67:12 68:6,12
  68:14,19,21
  69:2,7,8,12
  70:8,11,15
  71:6,7,8,9,10
  71:13,15,16
  72:1,2,2,6,7,7
  72:15,18 73:1
  73:3,4,22 74:7
  74:10,22 75:21
  75:22 76:15
  77:6,12 78:6
  89:3,3,9,11,16
  90:9,16 91:21
  91:22 92:2,4

93:2,11 95:18
  96:3,4,7,7,8
  121:11,12
  132:8 149:13
  149:20,22
  151:7 216:16
  317:11 362:20
  362:21 393:5
  427:20,21
  429:5
ceo's  56:9,14
  57:4 63:21
certain  177:13
  197:4 263:13
  266:15,17,19
  266:22 267:3,4
  267:11 268:3,7
  268:13 294:15
  295:20 296:1,2
  313:20 342:19
  343:5 360:8
certainly
  122:16
certainty  263:7
certificate
  447:1
certified  16:4,5
certify  447:4
cetera  88:9
  372:15
cfo  378:18
chairman
  176:15

chairs  423:20
challenging
  417:13
chance  270:6
  300:22 380:22
  381:9 395:7
change  65:6,12
  173:6 334:17
  450:4,7,10,13
  450:16
changes  172:14
  257:12 441:15
  448:6 449:10
changing  20:2
channels  49:5
characterized
  439:6
characterizing
  415:20
charge  151:12
  151:13 264:8
  444:9
charged  422:15
chart  34:12,14
  34:18,21 35:2
  62:12,19
charter  114:3
  119:3,12
check  18:5
  103:4 281:4
  291:20 388:20
  434:14
checked  49:13
  93:2 252:2

**[checking - coming]** Page 16

checking   92:18
chief   51:4
    144:19 149:7,9
    149:11,14,16
    375:16
children
    421:13
chilling   195:18
china   136:3
    151:13 165:1
    248:11 249:10
    249:11 250:4,5
    250:6,7,9,12
    252:10 254:20
    258:20 277:12
    284:21 328:4
    328:11,13,15
    329:4 330:8
chinese   133:2
    135:19 136:1
choice   432:21
    432:22
choose   159:12
    313:12,17
    320:22,22
    322:15
chooses   321:3
choosing   314:2
    322:7,8
chose   322:13
    322:16 432:17
chosen   321:4
chris   144:16,21
    320:11

cio   2:11 8:14,17
circle   355:15
citation   202:19
cites   245:22
citing   202:8
citizens   230:13
city   256:18
claiming   52:3
    124:12
clarification
    84:8 135:5
    139:9 278:22
    299:7 415:18
    426:5
clarify   69:19
    90:15 113:16
    337:1 444:13
clarifying
    127:1
clarity   345:19
clean   10:21
    299:4
clear   63:17
    81:20 93:8
    150:8 174:18
    174:21 261:10
    290:22 291:16
    301:6 317:17
    318:20 347:5
    350:19 386:2
    386:16 416:18
cliao   3:5
client   12:14
    13:13 111:12

112:6 150:15
    150:19 157:22
    188:19 215:6
    216:9 223:4
    224:14,21
    236:17 238:16
    261:21 316:8
    345:10 356:14
    361:11 371:2,2
    371:9 383:18
    396:4
clip   433:5
clips   435:11
close   341:8
    441:13
clutter   383:22
cmo   144:16
    320:12,12
cn   295:17
cnn   247:6
    358:2,13
    359:13,14,21
    360:2 361:14
    361:20 441:11
code   5:6,8
    245:13,16
colleagues
    225:14 351:10
collect   346:17
    386:4
collection
    370:22 382:11
    382:14,15
    384:22

collective   312:8
    393:1
columbia   1:1
    7:18 447:20
come   16:13
    22:10 24:2,15
    36:22 78:5
    94:5 107:15,20
    115:7 145:1
    148:15 158:11
    169:22 171:2
    173:3 174:14
    175:2 184:19
    187:4 193:13
    203:1 247:18
    256:10 260:13
    287:5 290:11
    304:16 305:2,8
    322:18,20
    324:2 333:5
    342:13 363:3
    366:15 367:1
    395:17,19
    408:6 430:11
    442:6 443:9
comes   73:8
    88:6 259:1
    351:16 388:19
    400:3 443:11
comfortable
    426:2
coming   97:16
    218:2 233:10
    249:15 265:22

**[coming - conducive]**                                    Page 17

266:1 398:20
444:4
**commandeered**
161:3
**commercial**
383:11
**commission**
127:21 447:21
**committee**
179:16
**common** 40:12
40:13 295:2
437:8,14
**communicate**
91:17 222:5
321:22 372:14
**communicated**
32:17
**communicates**
386:5
**communicating**
237:10 289:3,8
289:15,19
**communication**
73:14 91:14
92:17 104:2
112:19 228:17
321:12 371:9
390:20 431:12
**communicati...**
12:14 13:13
32:13 37:16
52:2,9 55:21
97:4,10 99:14

99:15 103:13
103:17,19
104:5 111:11
111:13 112:5
112:11 113:3,5
150:15 152:7
158:1 165:13
165:16 172:16
174:15 177:19
179:8 180:14
188:4,11
191:16 194:11
209:5 216:9
223:2,16 224:7
224:14,18
228:19 236:17
236:19,21
238:17,19
241:10 283:5,6
288:12 311:10
311:13 316:10
321:10 356:16
371:2 384:18
385:4,14
390:19 396:5
429:8 436:17
**communist**
133:2 135:19
136:1 327:9,14
327:19 328:12
328:15,20,22
329:3,5,7,12
330:9,18 331:1
331:4

**communists**
328:20
**companies**
128:1 247:7
430:20 431:18
431:21
**compare** 228:1
271:22 272:7
272:13,15
**compared** 65:7
256:12 257:2
349:21
**comparing**
272:7
**compete** 249:16
277:7
**competitive**
146:7 185:20
185:21
**complete** 390:6
448:5
**completed**
154:6,7 162:13
319:5,10
449:17
**completely**
41:8 256:17
385:15,16
401:7 419:17
441:8
**compliance**
178:10 370:21
**complicated**
324:3

**comply** 188:22
189:4 209:1
223:1 294:16
**complying**
216:8
**components**
167:8 198:1
205:12
**compound**
128:20
**concern** 62:1
**concerned** 61:5
381:18
**concerning**
56:19 96:20
111:14 112:12
117:5 204:3
216:18 226:11
312:11 316:2
392:6 440:19
**concerns** 61:22
140:18
**concluded**
276:12 295:4
446:8,19
**concludes**
446:13
**conclusion**
55:19 67:6
152:5 153:12
179:5 247:19
283:2 294:19
**conducive**
433:11 435:14

conduct   217:14
conducted
   280:20
conducting
   280:17 320:10
   371:22
confer   103:6
confidence
   77:4 415:9
confirm   363:21
confirmations
   27:1
confirmed   16:1
   76:2
confirming
   178:9
conflict   308:19
   309:9
confusing   91:6
   186:20 229:15
   379:15
confusion
   69:15
congo   277:2
congress   101:1
   101:6 131:19
   132:6 147:21
   148:1 157:11
   175:13,22
   176:6 177:16
   179:1,18 180:9
   181:7,18,21
   182:3,10
   195:10,14

205:22 208:5
208:13,17
209:1 222:13
251:8 255:3
295:5,9 338:6
339:4,5,5
340:13 349:3,4
373:4 379:6
423:7
congressional
   5:6 177:3,7,8
   180:21 210:19
   210:20 215:15
   232:15 255:18
   336:15 349:10
   381:3
conjunction
   129:8 363:5
connected
   293:16,19
   294:6
connection
   382:10
connections
   127:22
consequences
   415:8
conservative
   137:9 437:5,10
   437:13
consider   33:15
   33:17 110:15
   110:18 111:3
   112:14 113:5

119:18 120:13
145:15 164:11
164:21 177:2
180:21 273:6
273:13 284:2
349:9 376:19
389:20 391:12
396:21 428:15
428:16,20
430:12,13
433:16
consideration
   112:2
considered
   64:13 118:14
   120:16,18
   180:5 436:5
consistent
   167:10,15
   205:14
consistently
   190:12
consolidations
   181:1
constitute
   180:8
constitution
   170:7 403:18
   407:10 415:10
constitutional
   417:14
consult   77:20
   105:7 138:21
   139:12,19,20

203:19 204:2
319:14,19
consultant
   49:21 50:1,12
   50:15
consultation
   70:21 77:3
   121:11 123:17
   123:19 138:17
   155:5 299:22
consulted
   67:16,18
   105:18 106:6
   124:2 140:5
   204:5,7 210:3
   301:1 314:14
consulting
   105:12,22
   301:20 302:7,8
contact   32:1
   305:7 443:21
contacted   21:6
   21:6 443:12
contains   353:8
contemplating
   374:3
contempt   402:3
   409:10 410:2
   410:13 411:14
   412:21 413:3,4
   413:8
content   116:9
   116:18,22
   117:6,13 119:8

[content - correct]                                          Page 19

| | | | |
|---|---|---|---|
| 335:15 428:16 | 230:18 235:4 | 428:20 441:6 | 100:14,17 |
| 430:22 433:17 | 243:20,21 | **conversations** | 101:1,20 |
| 433:18 434:8 | 244:6,10 291:3 | 7:6 73:6 96:19 | 102:16 103:4,5 |
| 434:19,21 | 291:13 297:3 | 175:20,22 | 106:6 108:4,13 |
| 435:7,18,21 | 297:12,19 | 188:18 341:22 | 108:15,21 |
| 441:19 442:3,6 | 298:6,9 299:13 | 361:8 382:21 | 109:8,14 110:5 |
| 442:8,17,18 | 299:14 300:7 | 397:13 440:19 | 116:9 118:16 |
| **contingencies** | 300:14 301:10 | **conveyed** | 121:17 123:5 |
| 340:8 | 326:2,8 352:14 | 412:13 | 123:10,11,16 |
| **contingency** | **contracts** | **coordinating** | 125:8 126:4,8 |
| 340:5 | 127:14 138:22 | 320:3 | 126:11 130:1 |
| **continue**   7:8 | 139:13 140:2,2 | **copies**   449:15 | 133:3 135:20 |
| 43:16 170:16 | 140:6,13 291:3 | **copy**   98:7 | 138:16 140:14 |
| 380:7,14,14 | 297:2,12,19 | 212:9 | 141:6 142:20 |
| 381:10 404:18 | 299:14 300:7 | **correct**   11:12 | 143:2,3 146:22 |
| 405:18 406:12 | 300:14 301:10 | 14:13 22:8 | 147:4 149:1 |
| 406:21 425:2 | **contribution** | 25:3,15,16 | 151:3 152:3 |
| **continued**   3:1 | 423:12 | 26:8,13,14 | 153:10 154:15 |
| 5:1 6:1 57:6 | **control**   131:2 | 27:4,11,15 | 154:22 156:6 |
| 116:8 232:8,12 | 209:5 404:1 | 35:21 36:16,18 | 157:3 158:21 |
| **continues** | **controlled** | 45:16 50:16 | 160:7 166:8 |
| 191:8 338:7 | 208:22 327:18 | 51:3 52:16 | 167:6 168:8,9 |
| **continuing** | 328:12,15 | 54:12,13 55:16 | 175:9 190:21 |
| 4:11 151:20 | 330:9,18 331:1 | 56:9,22 57:4 | 195:6 197:4 |
| 171:15 207:3 | 331:4 | 58:3 63:4,10 | 198:10 202:7 |
| 318:18 338:6 | **controlling** | 64:3 67:1,19 | 203:6 212:1 |
| 339:11 340:9 | 210:22 | 68:6 69:7,9 | 214:1 219:15 |
| **contracting** | **controls**   209:4 | 72:8,9 74:12 | 219:18 220:1,2 |
| 441:19 | 210:18 | 74:12 76:3 | 228:7 233:18 |
| **contractors** | **controversial** | 78:9 79:13 | 241:1 243:8 |
| 102:16 103:8 | 295:20 | 82:17 83:22 | 244:15 245:16 |
| 105:10 106:18 | **conversation** | 84:1 86:5 | 245:20 250:12 |
| 108:12 229:17 | 62:6,7 229:4 | 89:21 95:2,12 | 253:20 255:4 |
| 229:20 230:5 | 248:21 417:14 | 98:11 100:6,11 | 255:10 260:3 |

[correct - court]                                                    Page 20

| | | | |
|---|---|---|---|
| 263:5 278:10 | **corrections** | 224:19 228:14 | 329:6,9,10,17 |
| 291:4,8 294:17 | 448:6 | 228:19 229:9 | 329:22 330:2,7 |
| 295:11,22 | **correctly** | 232:11 238:20 | 330:13 |
| 296:4,12 | 349:19 431:16 | 238:21 241:11 | **country**   136:11 |
| 297:20 298:10 | **correlation** | 246:11 261:18 | 223:22 226:18 |
| 299:15 307:2,3 | 294:11 | 265:4 267:1,9 | 249:20,20,20 |
| 310:14 311:22 | **corrupt**   129:12 | 283:6,14 | 249:20 273:20 |
| 316:17,19 | 129:13 130:16 | 288:13,16 | 274:8 275:3,22 |
| 317:3,15 | 380:19 | 311:14 316:6 | 276:8,13,16,19 |
| 318:22 326:3 | **corruption** | 316:11 332:20 | 277:3 289:17 |
| 326:22 327:3,4 | 131:2 380:13 | 344:17,20 | 289:22 325:22 |
| 335:15 337:17 | **costs**   338:18 | 355:19 363:5 | 352:10,16 |
| 338:10 341:1 | **counsel**   4:3 | 385:5,13 386:6 | 408:5 421:16 |
| 348:7,10,13 | 7:12 8:5 10:4,9 | 410:22 411:4,6 | 421:17 437:1,2 |
| 349:3 350:22 | 11:12,14,15 | 411:9,13 412:7 | **countrymen** |
| 351:21 357:16 | 37:17,19 39:21 | 412:12 429:9 | 273:22 274:10 |
| 357:22 358:1,4 | 47:3,3,7 48:7 | 431:6,9 445:18 | 275:8 276:2,10 |
| 358:17 359:14 | 55:22 78:19 | 445:19 447:10 | **county**   2:10 |
| 361:21 362:11 | 94:6 95:5 | 447:14 449:15 | 8:13,16 |
| 363:15 364:7 | 97:20 111:13 | **counsel's** | **couple**   12:19 |
| 364:12,22 | 134:3 139:7,12 | 118:11 121:20 | 88:22 144:21 |
| 365:21 366:10 | 155:22 168:2 | 210:5 282:21 | 270:4 312:6 |
| 374:12 378:9 | 172:17 174:18 | 283:4 356:11 | **course**   12:15 |
| 385:2 388:11 | 179:9 180:14 | 412:13 | 16:14 23:2 |
| 389:22 390:3 | 185:4 187:22 | **count**   98:12 | 29:6 37:20 |
| 393:2,5,15 | 188:4,11,18 | **countries** | 68:18 79:15 |
| 394:3,9,12 | 194:11 195:13 | 223:11 233:6 | 307:10 374:16 |
| 395:13 398:6 | 202:12 209:6 | 246:5,13 247:4 | **court**   1:1 5:13 |
| 413:2,20 416:1 | 209:15 210:3,6 | 247:10,20 | 5:15 7:17 8:1 |
| 416:7 417:2,18 | 210:13 211:2 | 248:11 249:4,7 | 10:3 12:7 |
| 418:9 420:22 | 216:15,19 | 249:12 250:2 | 13:21 16:16 |
| 427:17 432:11 | 217:5,13,18,21 | 254:5 259:6 | 79:16 133:21 |
| 445:7 448:4 | 218:1,5 223:2 | 274:14 327:18 | 142:1,4 200:9 |
| | 223:17 224:8 | 328:5,11,14 | 202:7 215:10 |

219:11 234:15
234:21 245:7
260:9 292:15
298:5 331:18
332:12 341:13
342:21 343:4
346:13 347:3,5
347:14 348:6
348:16 349:22
353:7 354:17
363:12,17
367:12 368:3
371:7 383:5
389:6 402:3
404:1 407:16
409:9,10 410:1
410:2,7 411:15
412:21 413:3,4
413:9 423:7
428:1 431:1
**court's** 4:8
198:17,18,22
199:13 292:7
294:4 343:1,13
346:3 352:20
363:8 370:8,18
**courts** 404:12
407:11
**cover** 184:16
239:3 242:16
270:12 308:19
309:8
**coverage**
241:17 251:12

251:15,19
255:4 439:3
**covered** 416:12
443:6
**covering** 136:3
168:21 169:3
272:12,14
284:7,9 355:1
361:10
**covers** 259:19
**crack** 376:21
377:10
**crazy** 422:2
**cream** 351:18
**create** 421:9,10
**created** 163:9
163:10 207:16
207:22 304:20
**creation** 150:20
156:7
**credible** 247:5
247:5 358:15
**credit** 124:14
124:18
**critical** 226:16
242:1,5 354:20
**criticism** 133:1
**crop** 351:18
**cross** 422:3
**crosstalk** 383:8
405:3
**crutch** 141:1
**crystal** 4:13
144:9,12,14,18

145:12 148:14
290:16,16,17
339:3
**cs** 449:16
**cuba** 114:21
165:3,5 193:9
196:18 203:9
255:6 265:16
284:20 286:22
289:12,13,17
303:12 329:5
330:8 428:8
434:13 442:14
**cuban** 256:13
256:16 265:16
**culture** 287:17
287:19
**curb** 424:16
**curiosity** 369:8
**current** 22:20
214:14,22
338:7 375:15
376:6 377:15
378:3
**currently** 219:4
253:22 254:3,7
254:11 375:13
377:17
**custodian**
385:8 386:7
**cut** 101:7
207:21 245:5
425:6,9

**cuticles** 126:1
**cuts** 425:7
**cv** 1:5,10 7:14
7:16
**cynthia** 3:3 9:6

## d

**d** 7:1
**d.c.** 1:19 2:12
2:17 3:4,8,14
7:21 15:16
186:7 387:15
409:8 410:1,7
**damn** 426:15
**dari** 165:4
214:3,11
257:14 258:22
265:18
**dark** 113:7
115:15,20
117:19 119:20
120:2,15
**data** 385:9
**date** 1:16 7:3
16:21 20:4
41:5 47:16
50:18 54:2
56:3 68:9 70:7
92:11 94:8
109:3 115:11
138:12 154:7
155:13 156:21
156:22 166:12
178:6 183:22

192:11 208:1
225:8,11,12
228:6 256:2
300:5,5,6,8
334:2 338:4
368:18 414:12
425:22 426:2
448:13 450:22
**dated** 114:7
199:13 213:19
310:7 343:14
368:18 445:1,3
**dates** 42:3
58:13 298:19
307:3 334:3
**david** 3:7 5:19
9:3
**davids** 3:9
**day** 23:6 46:8
65:10,10 100:5
100:16 103:3
106:12,13,15
134:2 171:18
172:1,2,2
205:2 238:7
252:2 378:5
391:19 392:9,9
393:14 405:16
444:5
**days** 48:3,5
109:13,15
172:8 178:4,6
178:17 270:4
394:6,7 395:5

395:12 449:17
**deal** 121:19
316:13 317:5
326:2 398:20
432:10 433:4,8
433:16 434:13
434:16 441:13
442:16 445:17
**dealing** 127:13
195:19 233:9
317:3
**debate** 249:6
**debbie** 8:9
**debra** 2:3
**decades** 173:4
218:7,8 378:4
**decide** 46:13
143:1 152:14
152:22 166:22
166:22 218:6
221:11 236:3,7
313:10 314:5,7
314:11 323:14
323:14 379:6
390:8
**decided** 70:18
87:6 101:18
102:4,15
106:12 124:3
145:18 147:3
147:10 218:5
221:14 241:16
312:7 318:3
324:14 357:15

361:18 397:16
435:16
**decider** 84:21
**decides** 129:8
131:18,19
132:6
**deciding** 81:4
83:21 84:7,14
84:21 105:7
106:16 113:6
300:2 312:21
313:8
**decision** 76:17
77:5,7 81:9,9
82:17 107:12
107:22 108:2
110:3 111:14
116:20 117:6
117:12 123:18
123:20 124:13
140:1 143:4,10
143:13 145:3
145:10,11,13
151:9,9,18
152:1 153:15
167:19 169:6
169:18 170:4
198:18,18
199:1 222:6
224:6 256:10
300:13 301:2,3
301:7,8,17,19
302:7 305:11
310:3,13,20,22

319:15,19
320:16 328:9
362:17,19
377:3 397:8
398:5,8 400:6
428:5
**decisional**
111:10 300:17
**decisions** 66:22
67:14,16 103:7
111:11 167:1
168:7,12 178:2
226:2 347:8
380:17 404:6
404:13 407:14
430:5 435:15
**declaration** 4:7
4:13 5:5,6 17:1
18:17 19:19,20
20:6,9,18 21:4
50:21 69:5,6
141:17,20
142:1,3 211:19
212:9 213:19
214:6 239:10
239:15 241:4
244:17,18
245:15,22
250:11 252:19
257:18 259:19
260:6 287:3
290:14,15,18
292:2 297:1
303:7,10

**[declaration - described]**

347:13 348:6
348:16 353:19
354:4,16 355:7
357:4,14 358:7
361:13,17
363:20 365:12
366:1 389:6,15
439:22 440:1
440:11 441:18
**declarations**
16:15 18:11
19:15,17 21:12
21:18
**decommissio...**
88:8
**dedicated**
134:20
**deeply** 405:18
**defendant**
188:21 189:4
200:9
**defendants** 1:7
1:12 3:11 4:8
9:11,13 47:19
190:9 191:7
341:13 342:22
343:4 347:7,8
353:9 354:5,10
363:13 370:13
**define** 31:22
44:11 110:17
**definitely** 145:1
277:16

**definition**
402:8 403:7
**delegate** 66:11
**delegated**
54:17 55:4,11
56:8,14 57:3,7
65:5,14,14
66:7,8,20
72:22 93:17
94:12,14,21
95:1,10 302:9
427:20
**delegating**
93:21 96:3
**deletion** 204:3
**deliberative**
111:10 112:3
**delineates**
259:5
**delivered** 318:9
318:10
**democracy** 3:3
9:6
**democracyfo...**
3:5
**democratic**
249:8 277:1,6
357:22
**department**
3:13 9:10 24:8
24:14 86:4,9
86:10,13,21
87:2,4,7,11,13
87:19,21

117:19 162:15
162:22 163:3
163:12 204:5,8
204:18 210:13
223:17 371:18
381:6 392:17
397:5 441:9
**depends** 46:7
114:13 203:13
**deponent** 448:1
449:14
**deponents**
384:8
**deposed** 10:12
**deposing**
449:14
**deposition** 1:14
7:11,19 12:3,6
17:2 18:19
79:18,22 98:1
122:7 129:18
131:14 135:7
141:12 148:8
183:15 199:10
213:12 245:9
248:19 265:22
266:9 277:19
280:12,18
307:18 315:4
326:15 332:3
343:10 346:6
358:14 387:12
400:10 408:19
413:12 415:1

426:7 427:6
439:5 446:7,18
447:3,5,9,12
**depositions**
26:11 280:3
**depth** 212:15
**deputy** 51:2,4,5
51:8,11,15,20
52:11,14,22
53:5,12 54:16
54:22 57:13
58:7,18 59:1,4
59:9,11,15,21
60:19 61:1,4
61:21 62:9,11
62:18 64:6,9
65:7 66:4
67:12 68:15,22
69:2 70:11
71:8,15 72:6
73:1,4 89:3,3,9
89:11,16 90:9
90:11,16,19
91:21 92:2,4
93:2,11 95:17
96:4,7 362:20
**describe** 71:11
116:14,15,17
231:5 304:3
**described**
408:12 413:18
414:2,7,9
436:16

describes  354:4
describing  37:5
description  4:6
  5:3 6:3 37:3
  43:9,12,13,16
  47:2 64:5
  252:7
descriptions
  38:1 43:2
desires  182:11
desk  183:5
destroyed
  409:18
destruction
  409:19
detail  344:6
detailed  86:8
  86:10,12
  105:20
detailees
  178:18
details  179:22
  221:1,2
detected  312:4
determination
  153:9 302:3
  355:11 362:5
determine
  107:13 108:1,3
  113:20 119:5
  194:19 291:7
  304:15 322:12
  361:9 363:6

determined
  63:19 113:22
  114:5 118:20
  124:10 154:21
  157:2 195:5
  295:13 298:8
  335:3 349:21
  353:9 354:5,10
  433:7
determines
  146:15,21
determining
  108:8,11 110:5
  198:3 295:18
  314:4
developed
  157:15 178:3
  205:16 355:22
  356:11
developing
  157:19 176:20
  232:21 233:8
  233:10 349:8
  350:9
developments
  282:19
devise  350:12
dgreenberger
  2:6
difference
  159:2 166:16
  359:11 422:5
different  26:11
  32:5 38:1

42:18 44:13,16
62:17 65:9
73:11 74:19
78:17 85:4,12
89:18 91:9
104:14 132:21
132:22 147:22
152:11 164:4
172:20 175:4
175:12 194:15
194:17 210:16
223:8 256:5,17
256:17,18,20
258:15 267:14
272:5 287:21
290:11 306:18
318:8 319:17
340:2 380:22
403:15 425:17
differing
  296:16
digital  159:3,22
  160:2,11
  252:14,16
  254:17,18
  290:9
digitally  154:14
  158:21 159:16
  160:7
diligently  180:4
  195:3
dillon  87:16
direct  32:22
  33:3,4 93:9

directed  108:20
  109:7 317:14
  317:18 393:13
directing
  110:14 382:2
direction  32:7
  344:17,20
  385:13 386:6
  393:9 447:8
directives
  77:17
directly  31:9,11
  77:13 289:3,8
  289:19 384:19
  397:11
director  25:15
  25:19 26:6,13
  26:21 27:3
  78:7 82:16
  83:4 85:5,6,14
  85:15,21,22
  86:1,2 178:8
  314:20 428:8
directs  11:16
disagree  293:9
  330:13 383:6
  385:16,17,18
  402:10 403:2
  404:17 419:18
disapprove
  151:18
disclose  103:11
  103:14 104:4,4
  111:9 150:15

| | | | |
|---|---|---|---|
| 168:1 187:21 | **disdain** 422:9 | 334:7 353:1 | 346:15 349:19 |
| 316:7 | **disgrace** | **document** 31:1 | 366:9,9 368:19 |
| **discloses** 55:21 | 421:17 | 31:4 37:5,8 | 374:13 382:11 |
| 97:3 152:7 | **dislike** 421:4,21 | 81:17 82:19 | 382:14,15 |
| 179:8 238:16 | **dispute** 44:11 | 84:12 92:19 | 383:13 395:1 |
| 283:4 | **disputes** 44:6 | 93:20 94:2,22 | 400:13 427:22 |
| **disclosing** | 44:11 | 95:4 123:1,2 | 441:14 |
| 37:16 179:6 | **disrespectful** | 134:4 135:3 | **documentation** |
| **disconnect** | 405:15 | 141:15 143:6 | 48:10,14,21,22 |
| 69:21 | **disseminate** | 144:17 145:2 | 51:13,18 74:10 |
| **discretion** | 441:21 | 148:21 150:5,7 | 74:16,22 75:1 |
| 391:11 404:7 | **distinction** | 150:10,14 | 75:4,7,13 |
| **discuss** 106:18 | 159:7 217:17 | 151:2 152:13 | 93:20 95:9 |
| 139:22 209:19 | 217:20 262:4,6 | 153:18 157:17 | 140:4,8 216:20 |
| 228:3,9 274:4 | 262:9 | 159:11,14,17 | 237:3 304:20 |
| **discussed** 62:21 | **distributed** | 162:3,9 164:14 | **documents** |
| 77:4 106:19 | 54:4 | 165:17,19,22 | 30:12,19 31:18 |
| 107:2 140:3 | **district** 1:1,1 | 166:4,7,8 | 82:6 116:19 |
| 205:7 212:15 | 7:17,17 403:22 | 167:15 168:7 | 117:5,9 120:17 |
| 233:22 248:7 | 404:12 407:5 | 168:11,13 | 120:21 133:19 |
| 254:2,6 255:2 | 407:11,16 | 169:11 170:2 | 168:15 169:5 |
| 378:7 382:17 | 409:9 410:1,7 | 171:16 172:17 | 169:16 170:3,6 |
| 431:7 | 413:19 415:12 | 173:13,21 | 170:10 204:6 |
| **discusses** 241:3 | 415:21 416:1 | 174:3,4,5,6,8,9 | 221:17 231:3 |
| 355:11 | 420:20 447:20 | 176:18 184:13 | 237:4 324:14 |
| **discussing** 66:1 | **divide** 45:7 | 185:7 186:18 | 326:6 343:20 |
| 154:3 357:14 | 46:2,3,6 | 199:8,16 | 343:21 362:3 |
| 429:8 | **divided** 60:12 | 222:10 237:17 | 370:13,17,22 |
| **discussion** | **division** 252:10 | 237:21 250:22 | 381:22 384:10 |
| 221:13 | 252:11 253:3 | 251:2 255:21 | 384:22 385:10 |
| **discussions** | **divulge** 94:6 | 259:5 279:13 | 386:4 445:16 |
| 210:12 228:15 | 103:16 | 280:10 316:5 | **dodge** 268:13 |
| 384:13 397:17 | **docket** 5:13 | 332:15,21 | **doe** 324:6 |
| 440:2,5,12,15 | 331:18 332:13 | 333:19 346:12 | |

**doing** 12:13
  13:12 33:8
  65:11 84:18
  99:3 107:14
  111:9 143:15
  150:14 152:7
  157:22 168:1
  179:8 205:20
  205:20 219:4,6
  235:1 236:13
  236:13,16
  252:13 253:9
  254:17,18
  257:8 264:1,20
  265:15,16,17
  265:18 323:19
  323:19 328:6
  347:6 354:22
  358:22 372:7
  421:6 424:6
  443:18 444:18
**doj** 341:22
  371:3
**dollar** 127:16
**dollars** 128:1
  130:16 131:5
  182:1 341:8,10
  407:21,22
  424:2,22
**domestic**
  433:13,18
  434:7 441:19
  442:6

**domestically**
  434:3,5
**donald** 16:9
  272:6 340:17
  421:15 436:18
**dot** 200:19,19
  200:19,19
  201:1,1,1,1
**dotzel** 2:15
  8:21,21
**double** 291:20
**downsize** 4:16
**dozens** 184:10
  203:15 208:19
**draft** 162:6,8
  162:12 444:10
  444:17
**drafted** 95:6,14
  150:10
**drafting** 96:16
**drake** 3:18 9:14
  9:14
**drastically** 4:16
**draw** 217:17,20
**dressing** 422:3
**drill** 104:16
**drilling** 383:17
**drp** 376:11
  377:10
**due** 55:12
**duly** 10:7 232:9
  447:5
**duplicate**
  246:21 281:20

357:20 360:15
  361:19 362:14
  433:13,18
**duplicated**
  246:22
**duplicating**
  360:20 361:15
**duplication**
  361:1 362:7
  434:1,10,10
**duplicative**
  246:19 362:18
**duties** 33:1,3
  37:6,11,13
  38:2,5,13,14
  39:1,17 64:8
  64:11 87:17

| e |
|---|

**e** 2:1,1 3:1,1 4:1
  4:5 5:1,2 6:1,2
  7:1,1 30:16
  51:12,14,18
  73:17 91:19
  103:4 142:17
  142:19,22
  145:12,13
  147:12,18
  204:7 221:16
  222:3,7,8
  231:2 232:1,1
  237:3 259:7
  304:19 324:13
  326:5 333:6

371:16,19,21
  372:2 381:22
  385:1,6 388:2
  388:5,11,20
  389:2,2 431:8
  431:13,14
  444:9,10 450:3
  450:3,3
**earlier** 60:18
  66:12 68:14
  86:3 107:3
  154:19 155:2
  172:1,2 192:6
  223:6 226:10
  234:12,14
  253:17 308:17
  309:19 320:15
  325:6 326:1
  339:21 345:21
  358:14 367:16
  367:19 378:7
  407:8 433:2,12
  446:1
**early** 50:8
  56:17 61:2
  62:10 63:7
  67:10 176:21
  176:22
**earring** 381:12
  381:13,14
**ears** 270:19
**easier** 394:12
  394:14 425:12

**[easiest - entirety]**                                        Page 27

easiest  334:15
east  252:9,11
eating  170:18
ecbawm.com
  2:6,7,7
ed  136:6 137:5
  137:14
editorial
  403:11,12
editorializing
  419:7
effect  27:11
  48:10 195:18
  203:3 271:19
  337:22 338:1
  395:12
effective  49:10
  49:11 381:5
effectuate
  110:22 114:6
  151:20 156:19
  163:22 176:19
  222:16 226:6
  232:20 237:14
  237:19 238:4
  310:17 349:7
effectuated
  110:21 336:10
  336:14
effectuating
  111:1 237:20
  272:5 310:6
  318:16 393:3

eight  274:16
  355:6
either  20:18
  21:4 49:14
  158:20 250:15
  267:19 280:7
  287:3 301:1
  367:2 379:5
  383:7 384:8
  441:14
election  14:16
  15:2,6,15,20
elections  15:18
  415:8
electricity
  290:6
elements  124:8
eleven  292:9
  368:20
eliminate
  200:14 324:15
  351:9 423:2
eliminated
  167:10 198:1
  205:13 378:20
  379:8,21 380:5
  380:9
eliminating
  198:2
elimination
  186:6 381:8
ellen  3:20 7:22
else's  323:21

emery  2:4 8:10
  9:19,21
emotion  399:8
emperor  132:9
  174:22
employed  71:4
  243:6 335:2
  447:11,14
employee
  252:11 304:10
  313:13 447:14
employees  2:11
  8:14,17 12:19
  12:19 141:5
  229:17 250:12
  251:4 252:6
  253:2 257:19
  257:20 291:2
  292:20,22
  297:9,16
  303:11,14,19
  305:12,15
  308:11,16,21
  310:13 313:10
  313:11,14
  317:14 334:10
  334:11,21,22
  335:1,13 336:3
  336:9 339:7
  348:7 423:11
  423:18 424:3
  424:22
employing
  350:1 425:3

employment
  291:3
employs  291:1
enclosing  146:5
  148:22
enclosure
  150:4,6
ended  301:9
ends  339:6
enforces  4:15
engaged  265:13
  312:5
english  359:13
  359:19 360:2
  360:11,22
  435:22
enjoy  358:20
enjoys  378:6
enmeshed
  292:17 293:3
  294:5
ensure  191:8
  403:10
enter  428:5
entered  430:21
  431:17
entire  57:7
  90:17 118:4
  198:8 200:12
  202:2 433:10
  435:13
entirely  405:15
entirety  436:7

| | | | |
|---|---|---|---|
| **entities** 107:4 | **error** 312:4 | **exactly** 43:2 | 124:7 143:8,15 |
| 143:16 167:9 | **esquire** 2:3,3,4 | 53:8 109:3 | 147:9 151:15 |
| **entitled** 264:15 | 2:9,10,15,15,16 | 253:7 340:7 | 151:21 156:8 |
| **entity** 178:7 | 3:3,7,12,12 | **exam** 122:17 | 156:19 163:11 |
| **environment** | 449:1 | **examination** | 169:7 173:14 |
| 409:20 | **establish** 184:6 | 4:2 10:9 | 173:18 176:2 |
| **envisioning** | **established** | 217:14 220:7 | 176:19 177:1 |
| 44:15 | 94:20 143:7 | 232:8,11 346:1 | 178:5 205:3,8 |
| **eo** 56:19,21 | 192:3 275:10 | **examined** 10:8 | 205:10 207:3 |
| 98:10 106:5 | 375:11 | 232:9 448:3 | 210:14,17 |
| 107:8 118:5 | **estate** 127:21 | **example** 78:4 | 222:17 226:7 |
| 143:12 147:17 | **estimate** 24:18 | 92:15 114:19 | 232:20 237:14 |
| 156:6 167:3 | 24:20 41:6 | 238:5,22 | 272:6 310:7,17 |
| 168:12,17 | **et** 1:3,6,8,11 | 252:20 364:6 | 318:17 349:7,9 |
| 169:6,17,19 | 7:13,14,15,15 | **excellent** | 392:6 393:4 |
| 170:2,4 180:20 | 88:9 372:15 | 241:18 | 394:19 396:2 |
| 207:8 208:6,13 | 449:3,4 450:1 | **excessive** | 398:10,13,15 |
| 208:17,20,21 | 450:1 | 133:18 | 398:18,19 |
| 223:8,9,13,15 | **evaluate** | **excluding** | 400:1 404:2 |
| 393:1 396:10 | 152:13 | 434:20 | 415:9 |
| 396:13,22 | **event** 182:16 | **excuse** 19:13 | **exercise** 391:13 |
| 397:9 443:3,6 | 383:22 | 91:16 381:14 | **exercised** 417:3 |
| 443:8,10,14 | **events** 242:16 | 405:11,17 | 417:6 |
| 444:16 445:1,3 | **eventually** | **execute** 101:7 | **exhibit** 4:7,8,9 |
| **equal** 45:4 | 59:10 415:10 | **executive** 4:11 | 4:11,13,14,17 |
| 437:20 | **everybody** | 4:16 32:15 | 4:19,20,21 5:4 |
| **erick** 1:21 8:2 | 107:16 193:10 | 51:4 52:4 | 5:5,6,8,9,11,12 |
| 447:2,18 | **exact** 16:21 | 77:16 96:10,13 | 5:13,15,16,17 |
| **errata** 448:7 | 41:5 43:12 | 96:17,20 97:6 | 5:18,19 6:4,5 |
| 449:11,14,17 | 50:18 68:9 | 97:12,14,15,18 | 17:1,2,6 18:15 |
| **erratas** 449:16 | 115:10 138:12 | 98:16 99:17 | 18:19 22:2,2 |
| **erroneous** | 199:6 200:21 | 100:5,8,10 | 24:22 25:4,5,7 |
| 137:21 | 226:14 271:17 | 105:13 107:3 | 25:7 50:21 |
| | | 110:22 114:7 | 54:6,6,9,10 |

**[exhibit - fair]**                                        Page 29

57:11 69:5
79:18 82:5
97:18 98:1,3
121:17 122:6,7
122:11,18,22
129:16,18,21
135:7,10,11
141:12,16
148:6,8,19
149:4 171:15
172:22 173:10
183:15 199:10
205:19 211:20
213:12,18
214:7 232:14
240:1,2,3
244:22 245:1,9
245:12 277:19
278:2 281:7,12
292:8,12
307:11,18
315:4 326:15
326:18 332:3
332:11 343:10
344:11 346:6
346:13 347:15
347:15 352:22
368:4,21 370:9
373:15,16
389:9 400:10
400:14 408:19
409:2 415:1
426:7 427:6,11
440:1

**exhibits** 6:22
**exist** 40:11
  380:13
**exorbitant**
  131:4
**expect** 272:10
**expected**
  316:21 351:19
  376:8
**expecting**
  443:5 445:16
**expensive** 4:14
  123:10
**experience**
  173:3 218:8
  407:18
**expert** 211:4
  397:15 418:4
**expires** 447:21
**explain** 42:21
  128:7 189:17
  259:11 379:3
**explained**
  423:1
**explaining**
  217:18,19
  356:4
**explains** 136:6
**explanation**
  230:14
**explore** 426:15
  428:17
**export** 287:19

**expound** 16:12
**express** 53:14
  53:17 60:22
  71:6 140:18
**expressed**
  60:19
**expression**
  61:21
**expressly**
  182:18 183:10
**extended** 61:6
  61:12 64:13,21
**extent** 12:13
  13:10,11,12
  37:15 55:20
  75:11 97:2
  103:13,18
  111:9 112:5
  150:14 152:7
  157:21 165:12
  167:10,13,15
  168:1 172:16
  177:18,19
  179:6,8 180:12
  188:2,10
  191:12 194:9
  205:13 209:4
  222:21 228:14
  236:11,12,16
  238:15 246:8
  273:18 283:3
  311:13 316:4
  321:8 355:18
  355:20 382:8

395:22 410:20
  411:21 429:8
**extra** 351:15,15
**extrapolate**
  412:22
**eye** 127:13
**eyeballs** 270:19
  332:18
**eyes** 68:4
  280:13

**f**

**f** 232:1
**facilities**
  127:19
**facility** 297:8
**fact** 73:14,16
  86:9 246:20
  248:6 358:2
  371:6 432:2
**factors** 357:18
**facts** 266:4
  309:15
**fails** 449:19
**fair** 11:22 23:6
  30:1 32:6
  33:22 46:15
  62:11 63:16
  69:22 111:6
  218:13,18,21
  273:2 300:5
  325:15 337:5
  389:16 429:17
  439:4,15,20

**[fairness - first]**

**fairness** 134:4
  313:21
**fake** 128:1
  199:7 307:16
  308:4 439:6,8
  439:9
**fall** 323:16
**familiar** 96:12
  278:7 279:4
  281:10 333:6
  344:5
**family** 376:7,9
**far** 16:16 244:9
  247:6 254:15
  397:1
**farci** 242:18
**farsi** 151:12
  165:1,3 214:11
  239:1 243:1,2
  325:22 336:10
**fashion** 202:3
**fashioned**
  372:16
**fast** 180:6
**faster** 128:6
  425:11
**fault** 426:9,10
**february** 30:9
  30:10
**federal** 4:12
  22:21 45:2
  99:18 124:9
  144:7 151:21
  207:4 215:2

  278:5 351:16
  352:11 408:3
  423:17 425:8
**federally**
  272:18
**federation** 2:10
  8:13,16
**feel** 73:6 125:3
  311:18 353:20
  354:13 426:1
  430:15
**fell** 45:19,20
  381:12 436:8
**fellow** 137:5
  273:22 274:10
  275:7 276:1,10
**felt** 319:9
**fewer** 169:1
  272:12 424:15
**field** 185:20
**fight** 44:14
  190:20,21
**figure** 193:4
  197:20 415:4,5
**figured** 193:8
  398:22
**file** 343:5
**filed** 5:11,13
  7:16 16:15
  20:4 21:21
  47:20 54:9
  58:12 312:11
  316:1,16
  331:17 332:12

  333:21 334:5,6
  341:13 407:20
**filing** 341:21
**filings** 371:7
**fill** 72:3
**final** 145:3,10
  151:18 152:1,9
  160:6,15
  176:13
**finalized** 162:4
  162:9 163:4,5
  166:8 172:10
  175:15
**finalizes** 5:9
**financial**
  144:20 375:16
**financially**
  447:15
**find** 146:9
  214:2 347:17
  374:17 398:17
  428:12
**findings** 5:6
  129:4
**fine** 68:16 69:1
  102:14 170:18
  171:5 187:2
  212:11 213:10
  224:19 246:10
  260:19 261:6
  263:2 266:18
  294:20 302:12
  342:10 374:10
  374:19 387:9

  405:14 414:21
**finger** 334:14
**finish** 10:22
  131:22 146:19
  418:20
**fire** 424:7,10,17
**fired** 27:14,19
  78:8 108:18
  424:11
**firewall** 403:12
  430:10
**firings** 5:9
**first** 10:7 16:8
  21:13 23:14,15
  23:19 24:11
  30:1 34:13
  48:18 57:17
  83:2 94:12
  102:1 105:17
  112:5 113:14
  130:7 141:19
  149:2,5 150:2
  156:10 157:12
  171:15 172:21
  173:8 177:13
  203:20 220:9
  237:21 292:16
  307:11 318:14
  322:11 343:15
  347:13 376:17
  376:18 377:6
  377:14 390:17
  400:20 408:22
  417:6,10

fiscal   205:21
  206:9 338:5,7
  339:6,12
  363:14 423:8
fisticuffs   44:15
fit   34:11 408:13
five   79:2 125:5
  126:13 171:1
  342:12 366:15
  406:2,4
fixed   130:10
flagrant   383:5
floor   2:5
flow   79:1
fluctuating
  264:19 295:17
fluid   177:5
focus   192:16
  196:2 308:8
focused   396:17
foia   388:4,4,7
fold   332:1
folkenflik   5:19
folks   88:7
  228:22 243:1
  247:2 356:12
  385:12 433:1
  435:14
follow   88:21
  130:13 132:20
  143:14 145:15
  163:16 180:4
  214:19 261:3
  323:5 424:11

445:20
followed   38:8
  39:19 84:17
  85:2 180:1
  295:16 304:4
following   88:6
  145:16 167:9
  186:8 200:10
  396:16,20
  409:3 424:5
follows   10:8
  157:3 232:10
force   141:4
  142:18 143:2,5
  143:11 145:4
  146:22 147:4
  187:13 318:1
  323:4,15
  334:21 391:14
  394:17 395:7
  415:10 420:17
  424:6
forced   195:19
forego   168:3
foregoing
  447:3,5 448:3
foreign   109:16
  110:4 117:20
  120:12,14,19
  254:21
foremost   418:4
forgot   17:7
fork   374:2,5
  376:11,11,14

376:21
form   12:11
  15:7,11 23:10
  25:20 27:5
  28:19 29:5
  30:14 31:20
  32:11 34:2
  35:7 36:19
  37:15 38:16
  39:8,12 42:15
  44:1,8,21
  45:10,22 47:13
  48:11 50:2
  51:22 52:17
  53:6 55:1,19
  58:9 59:6 60:2
  62:14 63:11
  64:15 65:1,20
  67:6,20 71:18
  72:20 75:8
  76:9,19 77:9
  78:10 82:18
  83:6 84:2,11
  85:7,16 90:2
  91:3 92:12,13
  93:4,13 94:16
  95:19,22 96:22
  98:18 99:20
  100:19 101:10
  101:21 102:7
  102:17 103:10
  107:11 108:22
  109:19 110:8
  111:4,7 114:11

115:9,16 116:4
  116:11 117:2
  117:21 119:9
  120:3,20
  124:16 128:18
  130:11 133:4
  136:8 137:10
  137:17 139:14
  140:7 141:9
  145:9,20 147:5
  150:12 152:4
  153:11 155:1
  155:11 157:4
  157:20 159:7
  160:8,11,18
  162:10,13
  163:6,19
  165:11 166:18
  167:21 169:8
  170:5 172:15
  174:2 175:17
  177:10,17
  179:4 180:11
  181:10 183:2
  186:13 189:9
  191:10 193:1
  194:7 195:7
  197:8,18
  198:13,19
  199:2 203:7
  204:9 206:3,14
  207:11 209:2
  215:3 216:2
  218:16,17

**[form - foundational]**                                      Page 32

| | | | |
|---|---|---|---|
| 220:14 222:20 | 330:10 335:20 | **found** 441:2,3 | 235:8,17 237:7 |
| 224:9 227:4,19 | 336:18 337:7 | **foundation** 3:3 | 237:17 244:1 |
| 228:13 229:14 | 338:11,22 | 9:7 23:11 | 253:6 256:2,15 |
| 230:6 234:4,18 | 339:14 340:10 | 25:21 27:6 | 259:10 263:21 |
| 235:7,16 | 341:3,17 | 28:20 36:20 | 265:5,7 267:14 |
| 236:10,15 | 344:12 348:18 | 42:16 44:2,9 | 269:12,19 |
| 237:6,16 | 350:5 355:19 | 45:1,11 46:1 | 270:17 271:15 |
| 238:14 241:8 | 359:3,16 361:2 | 47:14 48:12 | 272:3,22 274:2 |
| 242:12,19 | 362:2,22 | 50:4 60:3 | 274:12 280:8 |
| 243:16,22 | 364:14 365:1 | 62:15 63:13 | 281:2 286:15 |
| 246:7 247:22 | 374:7 378:10 | 65:21 67:7,21 | 287:12 291:10 |
| 250:19 253:5 | 378:15 379:12 | 77:10 78:11 | 293:6 294:19 |
| 255:12 256:2 | 385:12 391:21 | 85:17 91:4 | 297:22 298:16 |
| 256:14 257:5 | 392:13 393:18 | 92:13 93:5,14 | 304:1,7 305:1 |
| 259:9 263:20 | 394:13 399:11 | 94:17 98:19 | 309:11 310:5 |
| 269:11,17 | 401:4 404:15 | 99:21 100:20 | 310:20 312:14 |
| 270:15 271:14 | 410:18 411:21 | 101:11,22 | 317:20 319:8 |
| 272:2,21 273:8 | 417:4,19 | 102:8,18 109:1 | 320:6,20 |
| 274:1 275:11 | 418:11 420:2 | 109:20 110:12 | 324:19 327:21 |
| 276:14 283:1 | 421:1 423:15 | 114:12 116:5 | 336:19 337:8 |
| 285:12 286:14 | 433:20 436:13 | 116:12 117:3 | 338:13 339:1 |
| 287:12 291:9 | 436:20 437:7 | 117:22 118:7 | 339:15 340:11 |
| 293:5,18 294:7 | 443:16 | 120:21 133:5 | 341:4 350:6 |
| 294:18 296:5 | **formal** 96:6 | 141:9 145:10 | 361:3 363:1 |
| 296:13 297:21 | 177:7 | 159:8 160:9,19 | 364:15 365:2 |
| 298:12 299:16 | **formally** 75:20 | 162:11 163:20 | 378:11,16 |
| 303:22 304:6 | 81:7 | 166:19 174:3 | 379:13 391:22 |
| 304:22 306:11 | **former** 373:21 | 183:3 197:19 | 392:14 394:14 |
| 309:10 310:4 | **fortune** 408:2 | 198:14,20 | 433:21 436:14 |
| 310:15,19 | **forward** 3:3 | 199:4 204:10 | 436:21 437:9 |
| 311:12 312:13 | 9:7 151:14,20 | 206:4,15 | **foundational** |
| 317:19 319:7 | 167:1 347:7 | 207:12,15,16 | 168:13,15 |
| 320:5,19 321:7 | 397:16 | 218:17 227:20 | 169:4 |
| 324:16 327:20 | | 229:15 234:5 | |

**four** 166:2,5
168:21 200:8
203:4,5 214:15
215:1,12,13
306:6,8,14,15
306:15 421:7
**fox** 358:5,8
360:9
**frame** 35:8
65:22 66:1
248:9 256:2
280:11
**frank** 5:5 20:20
115:4 186:22
197:2 213:19
220:17 227:12
230:3 235:10
237:10 244:13
250:16 251:21
254:14 256:8
260:4,12
261:16 265:21
267:5 270:11
287:7 326:12
440:13
**frank's** 287:4
**frankly** 28:4
373:9 380:12
**fraud** 423:2
**free** 246:6,14
247:10 248:2
248:12,12
249:5,13,14
250:3 283:12

311:15 382:17
428:16 432:12
442:17,18
**freely** 430:22
**freezes** 195:19
**freezing** 195:16
**french** 360:6
**frequently**
270:7,11
**friday** 171:21
308:12
**front** 22:2
38:20 42:3
188:14 197:11
208:9 239:10
240:6 257:19
292:11 298:20
303:7 333:17
352:21 363:9
368:9 370:9
374:15 390:17
**froze** 193:7,15
195:11
**frozen** 195:22
196:4,10
**fulfills** 190:10
353:11 354:19
**full** 178:9
184:12 291:2
292:16 348:7
401:13
**fully** 59:20
249:8 415:7

**function** 107:7
143:18 167:5
327:7 328:19
**functionally**
62:22
**functions** 107:6
143:17 167:8
198:1 205:12
**funded** 272:18
402:7,14,22
403:8
**funding** 402:10
402:12,12
408:5
**funds** 402:15
423:10
**further** 232:10
428:17 445:11
447:13
**furthermore**
353:16
**future** 22:20
25:14 26:6
141:3 225:17
225:22

**g**

**g** 2:3 7:1
**gallego** 16:2
**garbage** 136:11
358:18
**gc** 95:15 150:20
179:20 373:21
397:14 429:2,3

435:3
**general** 48:6
94:6 95:5
111:13 155:22
168:2 172:17
216:15,19
218:5 223:16
288:16 320:2
356:11 363:5
**generalized**
12:15
**generally** 14:1
21:9 281:10
439:21
**generous** 374:2
376:22 377:9
377:12
**georgina** 2:10
8:15
**getting** 17:21
26:22 54:1
59:17 93:7
196:2 269:6
309:3 313:7
345:22 355:17
421:20 423:19
445:13
**give** 12:15
13:17 18:14
54:7 66:9 80:5
92:14 112:2
133:21 141:7
177:6 185:3
212:11 217:13

| | | | |
|---|---|---|---|
| 245:17 263:13 | 67:5 68:2 69:4 | 366:19 375:17 | 88:18 97:5,5 |
| 265:1,19 266:5 | 83:10 84:9,12 | 381:1,17 | 103:9,10,16 |
| 266:19 280:4 | 84:19 87:8 | 386:13,17,19 | 104:17 108:3 |
| 342:8 376:19 | 94:19 105:1 | 387:2,18 388:5 | 111:8,16 |
| 394:6 400:8 | 108:3 111:15 | 391:5 392:4 | 113:14 117:19 |
| 408:15 409:19 | 113:7 114:1,2 | 395:12 397:14 | 122:15 125:2 |
| 420:17 422:6 | 114:20 118:8 | 401:11 405:9 | 128:6 135:10 |
| 422:13 | 118:10 120:15 | 405:10,16,20 | 139:4,11 142:9 |
| **given**  93:16 | 128:6 133:6 | 405:20 406:14 | 145:14 150:11 |
| 97:20 118:10 | 139:18 142:16 | 406:22 413:18 | 150:12 151:8 |
| 285:19 289:16 | 150:19,21 | 424:12,18 | 151:10 153:3 |
| 323:13 339:11 | 151:14,20 | 425:13 438:2 | 157:21 158:2 |
| 350:11 427:21 | 152:18 155:3 | **goal**  198:8 | 163:16 167:1 |
| 444:10 446:14 | 156:15 158:9 | 200:11 442:3,4 | 167:22 168:3 |
| 447:10 448:5 | 169:21 179:22 | **goals**  38:12 | 170:16 171:7 |
| **gives**  77:16 | 187:17 188:15 | **god**  33:21 | 171:11 172:17 |
| 270:2 358:11 | 191:4 198:15 | 384:5 | 179:10 180:16 |
| **giving**  252:20 | 209:18 211:6 | **goes**  146:8 | 188:1,9,13 |
| 422:19 | 214:19,20 | 237:15 313:18 | 191:11 194:8 |
| **glance**  441:13 | 215:7 217:22 | 316:12 337:6 | 194:12 201:10 |
| **glanced**  393:12 | 217:22 218:1 | 337:13,15 | 202:22 205:5 |
| **glaringly** | 218:17 224:2 | 340:22 | 209:6,16,18 |
| 441:16 | 231:9 247:6 | **going**  7:3 11:2 | 210:5 211:6,22 |
| **glass**  122:13 | 253:4 261:7 | 12:12 17:19 | 212:3 213:21 |
| **glasses**  17:8 | 274:13 282:10 | 22:10 26:16,20 | 216:11 217:6,9 |
| 18:8 125:4 | 282:22 291:19 | 32:14 34:10 | 222:21 223:18 |
| **global**  4:21 6:6 | 292:14 300:11 | 37:14 49:15 | 223:19 224:15 |
| 9:15 14:19 | 305:7 317:20 | 50:20 52:3 | 224:15,20 |
| 15:4 132:8,10 | 326:7 328:4 | 55:22 57:10 | 228:12,15 |
| 427:13 | 329:16 333:16 | 71:5,15 74:3 | 229:21 231:13 |
| **go**  7:9 10:14 | 337:21 338:1 | 77:21 78:21 | 232:4 236:15 |
| 17:11,13 46:14 | 345:19 350:16 | 80:2,6,19 81:1 | 238:17 239:6 |
| 49:4 50:17 | 352:22 361:11 | 81:6,15,17 | 241:11 244:17 |
| 60:3 63:13 | 364:17 366:5 | 87:9,12 88:14 | 245:7 246:11 |

248:10 249:19
249:22 253:12
265:7 267:3,19
274:13 282:11
283:7,9 288:13
290:8 294:2
295:18 298:19
302:17,21
303:3 311:14
315:20 316:6
317:1 324:8
329:16 331:16
337:19,21
339:2,4,5,17
340:14 343:13
344:13 345:7,9
345:12 350:16
351:22 355:19
358:12 369:8
369:22 370:4
370:19 371:8
375:17,19
376:15 385:16
386:22 387:4
387:16 389:14
390:5,6,6
393:10 395:21
396:5 397:12
400:2 401:3
404:18 405:18
405:21 406:12
408:16 410:19
411:3,20 413:2
417:22 419:15

421:9,16
425:14 429:12
435:14 438:2,9
438:13 442:21
443:8,10
**good**   7:2 10:11
79:7 88:11
170:11,20
171:14 203:17
235:3 287:7
291:19 300:22
307:16,16
340:1 357:7
372:16 385:18
395:6 399:9
401:6 420:6
426:16 430:14
430:18
**google**   328:7
329:17
**gor**   53:22 60:21
60:22 61:1,3
**gor's**   61:20
**gosh**   125:19
**gotcha**   405:9
**gotten**   136:7
254:16
**government**
3:7 9:3 45:3
78:3 144:7,8
156:3 173:5
180:3 182:14
182:16,22
183:8 304:10

304:17 313:16
313:22 330:20
331:1,4 351:16
352:7,11
357:21 394:18
402:7,12,14,15
402:22 403:8
408:3 421:14
424:9,18 425:8
**government's**
402:10
**governmental**
167:9 178:7
**governments**
327:9,19
328:12,17,21
329:1,4 330:9
**governor**   14:12
**governs**   210:18
**grab**   17:9
**grabbed**
239:19
**graham**   4:10
175:8 176:15
222:14
**granted**   55:4
**grantees**
203:14
**grants**   127:14
**graphic**   114:2
114:10 115:1,2
116:2,20
118:16 119:2,7
193:12

**great**   11:6
72:16 88:12
125:22 126:1
129:6 216:5
223:15 259:16
271:18 290:5
315:15 318:6
336:11 432:4
**greatest**   436:17
**greenberger**
2:3 8:9,9 10:10
13:1,6,9,19
15:9,13 16:22
17:5,10,17
18:2,6,21
19:14 22:8,10
22:13 23:12
25:6 26:1 27:9
29:1,12,14,17
29:19 30:2,18
32:4,9,21 34:6
35:9,12 37:1
38:3,18 39:9
39:16 40:9
42:20 44:5,12
45:6,14 46:5
47:18 48:16
50:7,10 52:7
52:20 53:10
54:1,5,8 55:6
56:6 58:15
59:12 60:4
62:16 63:15
64:2,18 65:3

| | | | |
|---|---|---|---|
| 66:2,3 67:9 | 116:16 117:4 | 161:21 162:1 | 211:14 212:1,2 |
| 68:1 69:19,22 | 117:11 118:9 | 162:20 163:13 | 212:13,19,21 |
| 70:2 71:21 | 119:16 120:1,7 | 164:1 165:15 | 213:1,8,17 |
| 72:5 73:2 74:2 | 121:2,15,19 | 165:21 167:2 | 214:21 215:8 |
| 74:5,17 75:9 | 122:1,5,10,14 | 168:5 169:10 | 216:13 218:12 |
| 75:12 76:11 | 122:19,21 | 169:15 170:9 | 218:20 219:1 |
| 77:1,11 78:14 | 123:22 124:5 | 170:15,20 | 220:11,18 |
| 78:17 79:2,5,7 | 124:11,20 | 171:4,13 | 223:5,21 225:6 |
| 79:9,10,15 | 125:14,21 | 172:19 174:10 | 227:1,8,11,14 |
| 80:2,6,10,17 | 126:2,20 127:1 | 176:4 177:14 | 228:2 229:2,5 |
| 82:4,9 83:1,12 | 128:4,19,21 | 178:15 179:13 | 229:8,10,18 |
| 83:16,19 84:3 | 129:2,5,14,20 | 180:7 181:5,13 | 230:10 231:8 |
| 84:6,9,13 | 130:18,20 | 182:5,12 183:6 | 232:13 234:6 |
| 85:11,19 88:10 | 132:2,5 133:7 | 183:14,19 | 234:19 235:11 |
| 88:20 90:7 | 133:12,15,17 | 184:1,3,9,12,18 | 235:13,21 |
| 91:5,7,9,12 | 134:13,17,22 | 185:2,5,11 | 237:1,11 238:3 |
| 92:21 93:10,19 | 135:3,6,9 | 186:15 187:19 | 238:10 239:5 |
| 94:18 95:20 | 136:16,20 | 188:6,16,20 | 239:22 240:3,8 |
| 96:5 97:7,17 | 137:3,12,19 | 189:12,15,18 | 240:11,18,21 |
| 97:22 98:4,9 | 138:14 139:6 | 189:22 190:3,6 | 241:19 242:15 |
| 98:22 99:4,9 | 139:10,21 | 190:8 191:3,14 | 243:3,18 244:4 |
| 100:3,21 | 140:10 141:10 | 191:19 192:1 | 245:3,6,11 |
| 101:14 102:3 | 141:14 145:7 | 192:15 193:21 | 247:8,16 248:1 |
| 102:10,19 | 145:17 146:2 | 194:14 195:9 | 248:16,20 |
| 104:9,12,17,20 | 146:13 147:14 | 196:15 197:12 | 249:2 251:1,3 |
| 104:22 105:3,5 | 148:5,11,15,18 | 198:6,16,21 | 253:15 255:16 |
| 107:19 109:4 | 151:1 152:10 | 199:8,12 200:3 | 255:20 256:9 |
| 109:11 110:2 | 152:20 153:19 | 200:6 201:11 | 257:1,16 |
| 110:13 111:5 | 155:8,15 | 201:14,22 | 259:13,17 |
| 111:18 112:1,8 | 156:20 157:10 | 202:5,14,18,21 | 261:19,21 |
| 112:10 113:1,9 | 158:5,11,15,17 | 203:10 204:13 | 263:1 264:2 |
| 113:14,19 | 159:9,10,20 | 204:15 206:7 | 265:8,11 267:7 |
| 114:17 115:12 | 160:13 161:6 | 207:6,17 208:3 | 267:10,21 |
| 115:19 116:7 | 161:10,13,18 | 209:9 210:1 | 268:14 269:1 |

| | | | |
|---|---|---|---|
| 269:13,21 | 325:5 326:13 | 383:2,6,9,12,14 | 431:4 434:4 |
| 270:20 271:9 | 326:17 328:1 | 383:19,21 | 436:15 437:3 |
| 271:20 272:9 | 330:16 331:12 | 384:3,6,17 | 437:11,21 |
| 273:4,12 274:6 | 331:16 332:2 | 385:15,19 | 438:15 443:19 |
| 274:15,21 | 332:10,22 | 386:8,11,13,17 | 445:10,15,22 |
| 275:6,13,17 | 333:3,8,13,15 | 387:2,9,12,18 | 446:4,7,10 |
| 276:18 278:1 | 336:1 337:2,9 | 387:20 388:1,9 | **greenville** |
| 279:6,12,18 | 338:15 339:9 | 388:22 389:4 | 186:9 |
| 280:2,16,19 | 339:19 340:20 | 392:2,19 394:1 | **grievance**   5:11 |
| 281:6,13,15,18 | 341:5 342:7,10 | 395:8 396:8 | 312:10 313:1 |
| 282:4,15 | 342:15 343:8 | 399:15 400:8 | 316:1,6,16,18 |
| 283:13,20 | 343:12 344:7 | 400:12 401:7 | 316:21,22 |
| 284:1 285:1,14 | 345:1,12,16 | 401:11,19 | **grievances** |
| 286:8,17 | 346:2,9,11 | 404:17,21 | 317:6 |
| 287:20 288:1 | 348:2,4 349:1 | 405:11,17 | **gritty**   323:2 |
| 288:17 291:11 | 350:3,7 356:1 | 406:1,3,6,8,10 | **ground**   10:15 |
| 292:6,10 293:8 | 356:5,7,15 | 406:15,20 | 416:12 |
| 294:1,14 295:1 | 357:3 359:10 | 407:1,7 408:15 | **growing**   352:12 |
| 296:9,19 298:3 | 359:12,17 | 408:22 409:1 | 352:12,13 |
| 299:5,9 300:3 | 361:12 362:4 | 410:16,21 | **gs**   45:4 323:18 |
| 301:5,14,18 | 363:7 364:16 | 411:5,12,16 | 323:22 |
| 302:10 303:5 | 365:5,8,14,20 | 412:1,4,16 | **guard**   181:4 |
| 304:2,18 305:9 | 366:10,13,16 | 413:16 414:8 | **guess**   28:16 |
| 306:17,21 | 366:18,20 | 414:14,22 | 30:10 31:15,22 |
| 307:14,20 | 367:4,7,10 | 415:14 416:14 | 32:2 41:8 42:4 |
| 309:3,5,14 | 368:7,8 369:2 | 416:17,21 | 42:5 43:14 |
| 310:11,16 | 369:6,12,16,19 | 417:8,11 418:6 | 50:19 56:17 |
| 311:3,20 | 370:6 371:3,10 | 418:13,16,19 | 64:16 87:2,8 |
| 312:15 313:3,6 | 371:12,15 | 419:1,4,10,13 | 152:17 160:11 |
| 315:1,17 | 373:16,19 | 419:17,19 | 169:20 171:14 |
| 316:14 318:19 | 374:9 375:9 | 420:8 422:21 | 171:22 172:1 |
| 319:13 320:14 | 378:12,21 | 423:21 426:6 | 233:12 262:7 |
| 321:2 322:5 | 379:2,17 380:1 | 426:10,17 | 262:20,21 |
| 324:17,20 | 381:16 382:2,6 | 427:9 429:18 | 263:6,14 |

**[guess - helping]**

266:20 284:5
294:10 301:22
429:3
**guessing**  12:21
30:8 58:14
301:21
**guidance**  4:21
153:7,8 156:17
156:21 157:2
**guide**  166:22
167:19 169:18
170:3
**guided**  168:7
**guideline**
151:19 163:21
166:15,17,21
166:22 167:19
169:2 222:12
**guiding**  168:11
169:5
**guy**  416:8
**guys**  17:16
122:13 161:21
214:17 240:14
381:14 415:6
424:15 433:22
**gyeomans**  2:13

**h**

**h**  4:5 5:2 6:2
20:8 450:3
**hair**  39:22
**half**  256:11

**hand**  16:18,22
17:5 135:10
148:6 159:11
159:12,13
313:3 343:8
429:6 432:1,6
**handed**  434:15
**handing**  122:10
148:19 213:18
245:12 278:2
281:7 332:11
400:13 409:2
427:10
**handle**  105:16
428:19
**handy**  373:8
**hang**  54:6
**happen**  27:18
61:7 195:4
259:3 323:18
431:2
**happened**
27:17 193:16
225:8,10 239:1
257:10 258:10
258:11,12
304:16 311:13
318:13 395:17
395:19 429:17
430:1
**happening**
156:2 178:1
226:16,17
238:8 270:10

364:12 390:16
410:1
**happens**  51:16
136:12 322:22
380:6
**happy**  69:19
200:22 260:16
270:6 271:1,1
271:8,10,12
319:11 345:18
369:2 383:4
399:6 404:21
414:10 421:10
422:19
**harbor**  421:5
**hard**  131:18
185:3 200:15
372:17
**harder**  124:21
**hardworking**
131:4 352:16
408:4
**hate**  227:6
421:3,5
**head**  10:18
53:20 76:6
144:16,18
178:6 247:17
248:20 264:6
320:13 405:15
**heading**  185:7
**headline**
122:15 123:8

**heads**  120:6
**hear**  11:11,14
92:22 245:6
248:22 296:20
308:2,5 346:21
405:2
**heard**  100:7
271:16 318:7
398:19,21
400:1 436:19
443:8
**hearing**  105:12
342:21 343:4
381:3
**hearsay**  321:15
321:17
**heart**  421:6
422:9
**hebert**  3:20
7:22
**held**  41:12,14
342:21 413:8
**help**  22:19 38:7
73:12 76:16
99:3 175:2
250:16 257:13
261:17 333:20
345:22 397:9
430:4
**helped**  350:12
**helpful**  35:15
42:9
**helping**  21:7,17
26:17,18 35:11

363:6 422:15
**helps** 302:18
**hereto** 447:15
**herring** 6:6
427:13
**hey** 92:19
106:11
**hi** 9:18
**hierarchy**
42:13 44:20
**high** 127:14,18
204:18 429:13
**higher** 323:22
**highest** 77:7
**highly** 241:21
**hire** 230:4,17
230:22 243:20
243:21 244:15
326:2,8
**hired** 244:13
**hires** 386:4
**hiring** 53:11
230:13
**history** 241:15
241:15
**hit** 193:6,15
195:15
**hits** 269:6
**hold** 40:20
411:14 421:5
445:10
**holder** 18:5
**home** 304:14
366:3 423:11

423:18 425:1
446:1
**honest** 183:18
226:8 273:3
421:11
**hoover** 137:5,9
138:4
**hope** 16:11
185:13 221:7
267:5 403:13
424:7 445:22
**hoped** 446:1
**hopeful** 340:14
**hopes** 408:1
**hoping** 409:14
410:4 435:10
**hour** 78:22
302:18 369:15
438:3
**hours** 179:1,18
180:10 346:17
392:18,20,22
398:21 405:14
406:2,4 415:5
**house** 30:5,7
31:10,12 41:12
48:9,15,19
50:13,14 51:9
51:11 53:18,19
70:16,21,22
75:5 87:15
96:20 182:10
340:15,18
443:13 444:3,8

444:15
**how's** 38:9
**hr** 20:1,5,10,14
20:15 30:16
36:22 48:13,22
51:18 144:18
305:7 316:12
320:8,10,13
323:3 336:4
392:16,17
397:5
**huge** 312:18,20
313:8,9 314:2
421:19
**huh** 12:5 14:22
26:7 35:22
45:17 58:4
101:17 130:2
154:16 194:2
233:1 246:2
258:1 308:22
317:7,16 325:8
326:21 357:17
390:1 429:18
**human** 242:4
320:17 439:14
**hundreds**
127:22 182:1
424:1,22
**hurt** 380:15,16
380:17
**hypothetical**
306:14 338:12
338:14 340:13

379:14
**hypothetical's**
324:6
**hypotheticals**
339:17

**i**

**i.e.** 408:3
**iba** 246:20
278:10 403:14
**idea** 295:19
345:9 358:11
426:14 430:18
434:15 438:20
442:13,13
**identification**
17:3 18:20
79:19 98:2
122:8 129:19
135:8 141:13
148:9 183:16
199:11 213:13
245:10 277:20
307:19 315:5
326:16 332:4
343:11 346:7
400:11 408:20
415:2 426:8
427:7
**identified**
214:8 215:1,10
230:4 280:10
**identify** 9:17
222:2 280:9

**identity** 158:5
**ii** 170:8 402:1
  403:17
**iii** 187:10,16
  188:3 189:7
  190:2,3 191:6
  341:14 343:1
**illegal** 409:17
**illegitimate**
  418:8 419:5,9
**immediate**
  192:18
**immediately**
  70:14,17 89:6
  136:13 166:13
  193:8
**impact** 113:21
  117:19 120:13
  120:18 194:10
  272:19,20
  339:11 420:10
  420:22
**implement**
  100:17 142:18
  143:2,5,11
  145:4,18,19,22
  146:6,21 147:3
  169:18
**implementing**
  143:12 151:14
  168:12,16
  169:6 170:4
**implications**
  396:2

**import** 113:20
  287:18
**importance**
  287:18
**important**
  10:16 226:4,6
  241:13 243:1
  246:17 254:21
  294:12 327:13
  351:16 442:10
**impose** 73:10
**improper**
  383:20 384:4
  385:12 403:20
  403:22
**impropriety**
  397:3
**improve** 327:6
**inaccurate**
  265:2
**inappropriate**
  401:8 405:18
**inaudible** 383:8
  405:3
**inauguration**
  25:14
**include** 140:13
  282:18 403:1,4
  434:22 435:18
**included** 34:14
  98:16 99:17
  127:20,20
  309:7

**includes** 242:10
**including** 8:5
  98:13,14
  127:11,16
  155:6 310:9
  381:22 391:12
  429:4
**incredible**
  340:16
**independent**
  12:16 37:18
  56:2 158:9
  180:13 188:12
  209:14 210:2,7
  210:12 211:1
  223:14 238:19
  246:8,12 382:8
  384:13 402:13
**independently**
  382:13
**indicated** 93:21
**indicates**
  200:20 201:1
**individual** 9:5
**individuals**
  20:13 103:11
  103:15,18
  324:12
**inept** 380:16
**inextricably**
  292:17
**infiltrated**
  133:2 135:16

**infiltrating**
  127:13
**influence** 78:2
**information**
  13:17 19:17
  20:4 138:3
  187:21 246:6
  246:15 247:11
  247:21 248:2
  248:12 249:5
  249:13,14
  250:3 265:12
  266:10 267:15
  274:4 282:19
  286:20 343:6
  345:22 350:11
  353:9 419:22
  439:17 444:20
**informed** 87:9
  87:12 208:13
**inherent** 242:4
**initiative** 355:2
**injunction**
  187:5,20 189:8
  190:19 191:7
  192:3,17 203:2
  263:19 300:9
  343:1
**inquired** 441:5
**insane** 368:12
**insanity** 368:17
**insinuating**
  99:7

| | | | |
|---|---|---|---|
| **institute**  137:6 | **intend**  22:19 | 360:12,14 | 425:6 440:18 |
| 137:9 138:4 | 415:7 | 361:14,20 | **involving** |
| **instruct**  12:12 | **intended**  147:3 | 362:13 380:8 | 127:14 |
| 55:22 97:5 | **intending** | 380:10 | **iran**  241:1,13 |
| 103:10,16 | 122:16 146:21 | **internationally** | 241:15 242:17 |
| 111:8 139:4 | **intent**  142:18 | 434:3,8 | 255:9 268:2,6 |
| 150:12 152:6 | 143:11 146:6 | **internet**  259:20 | 284:19 308:19 |
| 157:21 167:22 | 161:22 | 270:12 | 309:9 |
| 172:18 179:10 | **intention**  145:3 | **interpretation** | **iranian**  242:17 |
| 180:17 188:1,9 | **intentionally** | 288:9,10 | 256:12 257:3,7 |
| 191:11 194:8 | 397:1 440:6 | **interrupt**  79:1 | 257:9 258:8 |
| 209:6,16 | **interact**  306:13 | 330:6 | **irrelevant** |
| 222:21 223:18 | **interest**  53:14 | **interrupted** | 404:16 418:12 |
| 224:15 228:16 | 53:17 60:19,22 | 127:4 | **irretrievably** |
| 236:15 238:17 | 61:21 71:6,10 | **interrupting** | 130:6,9 |
| 241:11 246:11 | 71:11 110:16 | 126:19,20 | **israel**  308:19 |
| 261:19 267:1 | 110:18 118:14 | **interview**  53:12 | 309:9 |
| 283:7,9 288:13 | 118:19 | 200:21 202:3 | **issue**  37:17 |
| 294:20 311:14 | **interested** | **invading**  215:6 | 132:22 143:10 |
| 316:6 321:8 | 113:2 328:5 | **invocation** | 145:3 152:8 |
| 344:13 370:20 | 447:16 | 381:18 383:18 | 178:16 189:7 |
| 396:6 410:19 | **interesting** | **invoke**  32:15 | 190:18 224:14 |
| **instructed**  97:9 | 119:12 | **invoking**  97:6 | 224:19,21 |
| **instructing** | **interests**  111:3 | **involve**  20:13 | 228:17 319:15 |
| 188:6 216:9 | 112:14 113:6 | **involved** | 319:19 334:20 |
| 322:2 342:4 | 118:12 119:18 | 103:14,19 | 353:18 390:3 |
| 382:7,18 | 289:2,7,14,18 | 104:2 112:6 | **issued**  95:16 |
| 412:14 | **interim**  86:2 | 150:20 157:19 | 96:11,21 97:12 |
| **instruction** | **international** | 158:6 228:15 | 100:6,10 |
| 13:9 188:8 | 214:12 278:11 | 228:20 251:6 | 129:22 152:13 |
| 209:13 247:13 | 279:10,17,21 | 305:11 321:13 | 156:6 187:4,8 |
| 342:9 371:6 | 281:8 282:18 | 321:18 323:1 | 192:3 194:6 |
| **instructions** | 288:22 358:3 | 325:4 371:4 | 207:4,8 263:19 |
| 198:9 200:13 | 359:14 360:3 | 384:9 400:6 | 290:14 298:6 |

**[issued - june]**                                                          Page 42

300:10 367:12
368:3 391:10
392:6 394:21
395:3,4 396:9
397:9 400:15
409:4
**issues**  37:20
87:22 88:1,2
326:3
**italics**  159:4
160:16
**items**  318:8

**j**

**j**  2:16 16:9
272:6 340:17
421:15
**j6ers**  422:2
**jail**  409:10
410:3,11 411:2
411:12,14,19
412:19,20,22
413:2,5 422:4
**january**  30:9,9
**jeff**  409:22
**jerk**  279:15
**joan**  432:8
441:3
**job**  32:10 37:11
37:12 38:5
39:17 40:13
42:12 43:9,12
43:13,15 60:15
200:15 252:7

252:21 306:6
306:16 311:6
313:12 323:11
324:2,11
388:21
**jobs**  12:21
**john**  4:17 20:20
40:22 41:2,10
41:11 42:8
43:18 44:18
45:8,15 46:9
46:19 60:1,5
324:6,8
**john's**  46:14
**join**  26:13
41:16
**joined**  14:4
23:19 26:12
40:11 63:20
86:15 438:22
**joining**  36:16
36:17
**journalism**
116:9 119:8
136:11
**journalist**  14:6
242:16 352:8,8
361:6
**journalists**
242:6,7,10
243:6,13
325:10 364:21
424:2 436:5

**jr**  2:3,16
**judge**  187:3
189:1,6,14
190:18 192:8
195:11 201:5,8
202:13 260:10
356:21 400:18
400:20 401:1
401:20 403:16
407:9 409:9
410:1,6,7,8,10
410:14 411:1
411:10,18
412:8,18 413:1
413:18,19
414:2 415:11
415:20,21,22
416:1,6,9
417:1,17 418:7
418:8 419:20
420:4,9,20
421:3,6,10
**judge's**  260:11
409:21
**judges**  404:1
415:12 421:18
421:18
**judicial**  404:8
420:6
**july**  4:8 16:19
18:16,17 19:18
20:6 47:17
51:7 54:9,15
54:19,20,21

57:12,13 58:2
58:8 59:4 61:2
62:10 68:5,8
68:10 69:7,9
70:4,20 89:12
90:6 91:21
92:1,2 95:13
95:14,16 96:2
198:7 199:14
200:11 292:7
316:18 346:3,5
346:5,13
347:14 349:22
352:20 353:19
354:4,16 357:4
357:14 363:8
363:19 367:13
367:21 368:3
368:19 370:8
419:22 420:4
**june**  41:9 90:5
101:3 147:21
148:2,22
149:10 175:9
175:15,18
176:7 177:8,15
180:5 213:20
215:14 232:15
233:9 237:13
251:22 252:1
295:3,8 307:1
307:2,7 308:12
309:6,22
310:13 314:17

[june - khojasteh]                                      Page 43

| | | | |
|---|---|---|---|
| 316:2 318:22 | **katherine**  3:18 | 36:19 37:14 | 104:21 105:2,4 |
| 342:21 343:14 | 9:14 | 38:16 39:8,12 | 107:11 108:22 |
| 344:11 373:4 | **keep**  17:19 | 42:15 44:1,8 | 109:10,19 |
| 390:21 447:22 | 131:19 227:6 | 44:21 45:1,10 | 110:6,8,10,12 |
| **justice**  3:13 | 269:2 270:3,9 | 45:22 47:13 | 111:4,7,20 |
| 9:10 210:14 | 324:7 354:1 | 48:11 50:2,4 | 112:4,16 113:8 |
| 223:17 | 379:7 387:16 | 51:22 52:17 | 113:11,16 |
| **justification** | 421:20 422:17 | 53:6 55:1,18 | 114:11 115:9 |
| 205:22 206:8 | 429:7,13 | 58:9 59:6 60:2 | 115:16 116:4 |
| 206:11,18 | **keeping**  198:3 | 62:14 63:11 | 116:11 117:2,8 |
| 207:7 208:5 | 396:21 | 64:1,15 65:1 | 117:21 118:3 |
| 340:22 378:8 | **keeps**  422:11 | 65:20 67:3,5 | 119:9,21 120:3 |
| 378:13 | **kept**  60:8 | 67:20 69:14,20 | 120:20 121:13 |
| **justifications** | 352:12 396:15 | 71:18 72:20 | 121:22 122:2 |
| 210:21,21 | 396:19 | 73:12,20 74:3 | 122:18,20 |
| **justified**  179:1 | **key**  394:22 | 74:14 75:8,11 | 123:21 124:1 |
| 179:18 181:9 | 430:17 | 76:9,19 77:9 | 124:16 125:12 |
| 182:2 | **keyboard** | 78:10,19 79:4 | 125:16 126:18 |
| | 161:3 | 79:6,8,20 80:4 | 127:3,6,8 |
| **k** | **keys**  5:10 | 80:8,12,15 | 128:18,20 |
| | 307:15 309:13 | 81:19 82:2,18 | 130:11 131:22 |
| **k**  3:8 | **keystrokes** | 83:6,10,14,18 | 133:4 134:3,11 |
| **kari**  1:6,11,14 | 161:1 | 84:2,5,11 85:7 | 136:8 137:10 |
| 4:7,9,14,19,20 | **khojasteh**  3:12 | 85:16 90:2 | 137:15,17 |
| 5:12,17,18 6:4 | 9:9,9 12:11 | 91:3,6 92:10 | 138:9 139:2,4 |
| 7:11,14,15 | 13:8,10 15:7 | 92:12 93:4,13 | 139:8,14,17 |
| 10:6 123:9 | 15:11 17:13,19 | 94:16 95:19,22 | 140:7 141:8 |
| 200:9 225:2 | 22:6,9,12 | 96:22 98:3,5,8 | 145:6,9,20 |
| 232:7 239:13 | 23:10 25:5,20 | 98:18 99:2,5 | 147:5 148:10 |
| 239:13,15 | 27:5 28:19 | 99:20 100:19 | 150:11 152:4 |
| 284:18 298:22 | 29:5,11,13,16 | 101:10,21 | 152:16,18 |
| 446:14,18 | 29:18,21 30:14 | 102:7,17 103:9 | 153:11 155:1 |
| 448:2,13 449:3 | 31:20 32:8,11 | 103:21 104:3 | 155:11 156:15 |
| 449:5 450:1,2 | 34:2 35:7,10 | 104:10,15,19 | 157:4,20 158:8 |
| 450:22 | | | |

| | | | |
|---|---|---|---|
| 158:14 159:6 | 209:2,13 | 267:12 268:10 | 316:3,10 |
| 159:18 160:8 | 210:10,17 | 268:15,19 | 317:19 319:7 |
| 160:18,21 | 211:7,12,22 | 269:11,17,19 | 320:5,19 321:7 |
| 161:15,20 | 212:17,20 | 270:15,17 | 321:14,16,21 |
| 162:10 163:6 | 213:3,14 | 271:5,14 272:2 | 324:16,19,22 |
| 163:19 165:9 | 214:17 215:3 | 272:21 273:8 | 327:20 330:10 |
| 165:11 166:18 | 216:2 217:6,12 | 273:10 274:1 | 332:7,20 333:1 |
| 167:21 169:8 | 218:16 220:6 | 274:11 275:5,9 | 333:4,14 |
| 169:12 170:5 | 220:14 222:20 | 276:14 277:21 | 335:20 336:18 |
| 170:13,19,22 | 223:12 224:9 | 278:18,21 | 337:7 338:11 |
| 172:15 174:2 | 224:11,13 | 279:1 280:8,17 | 338:20,22 |
| 175:17 177:10 | 225:4 226:21 | 280:21 281:5 | 339:14 340:10 |
| 177:17 179:4 | 227:4,19 | 281:12,14 | 341:3,16 342:2 |
| 179:19 180:11 | 228:12 229:14 | 282:2,10 283:1 | 342:4,8 344:3 |
| 180:16 181:10 | 230:6 234:4,18 | 283:9,15,17 | 344:12 345:3,6 |
| 182:4,7 183:2 | 235:7,16 | 284:12,15,18 | 345:15,17 |
| 184:5,8,14,22 | 236:10 237:6 | 285:12 286:1,4 | 346:8 347:20 |
| 185:3,6 186:12 | 237:16 238:14 | 286:12,14 | 348:18 350:2,5 |
| 187:17 188:1,8 | 240:2,4,9,12,16 | 287:11 288:6 | 355:18 356:3,6 |
| 188:17 189:9 | 241:8 242:12 | 291:9 293:5,18 | 356:8,10,16 |
| 189:16,20 | 242:19 243:16 | 294:7,18 296:5 | 359:3,16 361:2 |
| 190:2 191:2,10 | 243:22 245:2 | 296:13 297:21 | 362:2,22 |
| 191:15,18 | 246:7 247:12 | 298:12,14,16 | 364:14 365:1,7 |
| 192:12 193:1 | 247:22 248:3 | 298:18,22 | 365:13 366:7 |
| 194:7 195:7 | 248:18 249:1 | 299:3,16 | 366:12,14,17 |
| 196:12 197:8 | 250:19,21 | 300:19 301:12 | 366:19 367:1,6 |
| 197:18 198:11 | 253:5 255:12 | 301:15 302:12 | 368:5,21 369:5 |
| 198:13,19 | 255:18 256:1 | 302:14,17 | 369:7,14,18 |
| 199:2,4,20 | 256:14 257:5 | 303:22 304:6 | 370:19 371:5 |
| 201:7,13,21 | 259:9 261:17 | 304:22 306:11 | 371:11,14 |
| 202:8,11,16 | 261:20 262:1,4 | 309:1,4,10 | 373:14 374:7 |
| 203:7 204:9 | 262:6,8,12 | 310:4,15,19 | 375:4,7 378:10 |
| 206:3,14,19,22 | 263:20 265:4 | 311:12 312:13 | 378:15 379:10 |
| 207:11,20 | 265:10 267:9 | 315:7,9,11,15 | 379:12,15,20 |

| | | | |
|---|---|---|---|
| 381:11 382:4,7 | 449:1 | 97:13 100:4,8 | 254:15 256:20 |
| 383:1,4,7,10,13 | **kidding**   347:21 | 102:13 106:10 | 257:14 259:13 |
| 383:16,20 | **kind**   44:3 45:3 | 115:4,14 119:3 | 260:18 261:2 |
| 384:2,5,12 | 49:20 92:20 | 119:12,13,14 | 261:13 262:18 |
| 385:11,18 | 160:10 193:15 | 120:9,22 121:1 | 262:20 263:2,5 |
| 386:1,10,12,15 | 195:18 208:8 | 121:4,5 123:2 | 263:8 264:3,14 |
| 386:22 387:4,7 | 269:20 290:8 | 125:18 132:4 | 265:6,15 266:2 |
| 387:11,14 | 300:16 316:12 | 132:14 136:12 | 266:3,10,11,11 |
| 388:15 391:21 | 336:6 351:1 | 137:1,4 138:12 | 266:16 267:17 |
| 392:13 393:18 | 437:20 | 151:7 156:1,3 | 267:18,19,20 |
| 394:13 395:21 | **kinds**   340:4 | 157:6,7 162:17 | 267:22 268:8 |
| 399:11 401:3 | **knew**   278:17 | 162:18 163:17 | 268:20 270:6 |
| 401:10,12,15 | 279:16 318:15 | 171:19 174:1 | 271:12,21 |
| 404:15,19 | 394:16 395:6 | 175:19,21 | 272:17 276:13 |
| 405:1,5,7,12,20 | **know**   11:2,20 | 176:2,9,11,15 | 276:17 278:20 |
| 406:2,4,7,9,14 | 17:7,11,17 | 180:6 181:8,12 | 279:5,9,12,20 |
| 406:18,22 | 18:7 23:16 | 181:14,15,20 | 280:1,5,7 |
| 408:21 410:15 | 29:21 30:19 | 181:22 182:10 | 282:12 290:20 |
| 410:18 411:8 | 31:1 34:7,16 | 183:17,22 | 293:13 296:21 |
| 411:20 412:2,9 | 34:22 35:3 | 184:18 186:20 | 299:19 300:4,8 |
| 412:12 413:11 | 37:22 38:1 | 190:6 193:2 | 302:10 304:12 |
| 413:14 414:5 | 40:12,16,18 | 201:18 206:1 | 305:3 314:18 |
| 416:11,15,20 | 41:4 42:19 | 206:19,20 | 314:19 315:18 |
| 417:4,19 | 43:1,8,9,10 | 207:15 208:1,1 | 316:22 319:11 |
| 418:11,14,18 | 47:16 53:4 | 208:2,11 | 319:21 320:7 |
| 419:2,5,12,14 | 54:3 55:13 | 209:19 217:22 | 323:7 324:5,21 |
| 420:2 421:1 | 58:10,11 59:7 | 218:3 220:15 | 325:2,3 326:12 |
| 423:15 426:11 | 59:8 65:10,13 | 221:1,5,19,20 | 329:2,19 |
| 427:8 429:7,12 | 67:15 70:7 | 222:1,4,7 | 332:16 335:3,5 |
| 429:16,19,22 | 75:10,11,14 | 226:19 227:8 | 335:16,19 |
| 433:20 436:13 | 76:12 81:18 | 231:4,6 238:5 | 336:11 339:3,4 |
| 436:20 437:7,9 | 82:13 89:4 | 239:22 244:5 | 339:17 340:13 |
| 438:3,7 443:16 | 92:19 93:6,7 | 244:12,14 | 341:18,21 |
| 445:21 446:5 | 95:6 96:1 | 246:3 251:20 | 342:8,13,16,17 |

345:7,17
346:16,22
351:12,22
355:2,14
357:10 359:15
368:16 370:21
374:4,13,14,14
376:10 380:21
381:2,4,9
382:13,20
384:13,15
385:21 389:13
390:5,10,14
391:22 395:5
395:14,16
398:4,8 399:22
400:7 420:3,4
421:22 422:5
422:10,13,20
425:22 427:22
428:2,4,11
431:10 432:15
440:4,15 441:2
441:15 442:5
443:9 444:2,6
444:11 445:18
**knowing** 81:17
105:14
**knowledge**
12:15 19:9
21:10 90:18
119:18 120:8
121:3 156:5
157:18 158:9

160:14 162:4
217:16 220:19
225:21 229:12
242:11 244:6
246:9 248:8,11
249:4 250:4
262:14 284:16
319:18 321:9
328:2,9 329:18
359:18 360:11
365:9 376:9
381:21 382:9
384:9 395:22
413:10 444:12
444:15,19
445:6
**knows** 29:7
129:17 260:20
261:7,9 325:1
339:5
**korea** 215:22
216:18 218:14
219:3,9,13,18
220:1,13,21
221:4,12,15,18
222:11,19
224:7 225:9,18
226:1,5,11,17
227:2 229:12
233:21 234:1
234:11 236:6
330:22
**korean** 221:5,7
221:10 227:18

228:5,11,22,22
229:13,20
230:5,9,11,12
230:18,20
231:1 244:13
253:20 254:15
**koreans** 230:8

**l**

**l** 1:19 2:3,11,17
7:20
**lack** 246:6,13
247:10,20
249:4,12 250:2
401:22
**lacked** 27:14
**lacks** 23:10
25:20 27:5
28:19 36:19
42:15 44:1,8
45:1,10,22
47:13 48:11
50:4 60:2
62:14 63:12
65:20 67:7,21
77:9 78:10
85:16 91:3
92:13 93:5,5
93:14 94:17
98:19 99:20
100:19 101:10
101:21 102:7
102:17 108:22
109:19 110:12

114:11 116:4
116:11 117:2
117:21 118:7
120:21 133:4
141:9 145:9
160:8,18
162:10 163:19
166:18 174:2
183:2 197:18
198:13,19
199:4 204:9
206:3,14
207:11 218:17
227:19 229:14
234:4 235:7,16
237:6,17
243:22 253:5
256:2,14 259:9
263:20 269:11
269:19 270:17
271:14 272:2
272:21 274:1
274:12 280:8
286:14 287:12
291:9 293:5
294:18 297:21
298:14 304:1,6
304:22 309:10
310:4,19
312:13 317:20
319:8 320:5,19
324:19 327:20
336:18 337:7
338:12 339:1

339:14 340:10
341:3 350:5
361:2 362:22
364:14 365:1
378:10,15
379:12 391:22
392:13 394:13
433:20 436:13
436:20 437:9
**laid**   186:11
233:17 308:17
309:19
**lake**   1:6,11,14
4:7,9,14,19,20
5:12,17,18 6:4
7:11,14,15
10:6,11 12:4,4
40:2 81:19
83:20,20 88:21
103:22 113:12
113:15 123:9
124:12 128:5
135:1,11 138:2
161:10 171:14
174:20 200:9
206:20 217:19
232:7,14
239:13,13
246:9 248:10
249:3 253:16
260:22 261:7,8
264:9 266:6
268:15 273:13
282:3 283:3

284:18 286:1
288:6 290:13
298:22 303:6
316:4 329:19
333:1 344:3
355:20 368:14
370:7 381:12
387:20 413:11
416:10 417:8
425:18 438:16
445:12 446:14
446:18 448:2
448:13 449:3,5
450:1,2,22
**lake's**   239:15
**lamberth**   187:3
189:7 190:18
400:21 401:1
401:21 403:17
410:7,10,14
411:1,10,18
412:18 413:1
413:18 414:3
415:11,20,22
416:6 417:1,17
418:7 419:21
420:9
**lamberth's**
189:1
**language**
151:12 165:8
165:20 203:4,5
204:4 205:5
214:8,15 215:2

215:10,13
221:6 227:18
228:5,11,22
229:13 230:11
230:18 233:5
237:12 238:6
239:1 242:18
244:7 252:15
253:1,11,12,14
254:1 258:21
259:3 308:16
309:7,18
325:11,16,18
359:19 360:2,5
360:17,21
362:8,9,16
**languages**
114:15,16
164:11,16,21
166:2 168:21
169:2 203:12
205:6,19 206:2
206:12 207:10
208:13,18
253:10 257:8
258:15 272:12
272:14 325:19
325:20 360:10
361:9 435:22
**laos**   331:3,7
**large**   128:5
**late**   50:8,15
68:5,8,10 69:7
69:9 70:20

141:3 180:5
198:7 390:19
390:19
**law**   22:21
107:7 132:20
143:19 167:11
167:16 182:19
183:12 205:14
210:18 211:1
424:11,12
**lawfare**   368:12
407:18,18
408:6,11
**lawful**   441:20
442:2
**laws**   88:6 424:5
**lawsuits**   12:10
12:16,18
195:16,17
196:5 233:9
342:12 407:19
408:6,11
**lawyer**   218:10
236:19,21
286:4 369:1,3
407:6 411:21
412:1,17
**lawyers**   12:17
73:6,9,14
103:14,18
104:1 111:14
112:6,12,19
113:3,5 165:14
165:16 177:20

191:18 223:18
321:10,19
322:1 342:2
371:5 382:9,16
382:22 384:14
396:5
**lay** 159:7
207:14 265:7
267:14 281:2
**laying** 167:15
**layperson**
283:12 286:2
**leader** 106:2
430:7
**leaders** 106:1
**leadership**
107:15,17,18
143:14 144:4,5
149:3 153:15
153:22 154:2
155:5,6 157:15
157:18 158:6
162:14 164:5
175:2 205:17
218:4,7 226:18
295:13,13
350:12 375:3
394:22 428:18
429:4 430:3,18
431:6 434:15
**leading** 168:19
268:8
**lean** 44:4 218:9
218:10 256:22

260:12 288:16
**leaned** 218:3
**leaning** 46:11
217:4,4
**learn** 28:17,22
30:3 62:8
**learned** 100:13
106:5,8 180:13
187:7 211:2
217:18,21
316:5,5,9
321:18 322:1
387:16
**learning** 399:3
**lease** 4:15
121:7 123:10
123:16 124:14
124:15 127:17
**leave** 41:21
42:2 68:13
69:13,16,18
70:4,6,10,12,14
70:19 71:1,2,3
72:17 76:18
92:5 101:20
102:6 103:7
105:9 106:17
106:22 107:10
107:16 108:13
108:14,19
193:11 243:7
243:10 297:9
297:16 303:12
303:15,20

304:5,9,13,21
305:6,8,13
309:8 335:2,5
364:22 365:4
365:16 373:22
374:12 375:11
375:13,20
376:7,9,15
377:18 388:12
424:4
**leaves** 156:2
**leaving** 264:7
374:3 395:2
**led** 310:22
**leeway** 80:8
**left** 40:3,4 42:8
61:7 200:20
**legal** 20:20
21:1 55:19
67:6 152:5
153:12 168:1
179:5 211:4
283:2 294:19
396:2 425:14
435:6 441:9
449:22
**legislative**
46:10
**legislature**
129:9
**leili** 85:21
197:2 220:17
225:19 227:9
230:3 235:12

250:16 251:21
256:8 260:5,13
261:16 267:6
268:8 270:2
271:7,10,12
314:13 324:4
335:16 336:12
**leili's** 314:16
**lens** 18:5
**ler** 320:8
392:17 397:11
**letter** 4:9,17
84:18,20 150:3
157:11 237:13
295:3,9 349:3
349:4 350:15
390:13,16
392:15 393:11
393:12 397:13
397:15 398:7
**letters** 227:22
228:1
**letting** 345:17
**level** 44:19 45:4
204:18 294:15
324:1 429:14
**levels** 292:17
293:2 336:16
**levied** 133:1
**liaising** 87:20
88:3
**liaison** 86:22
87:1,3,6,10,15
87:18 117:18

liao  3:3 9:6,6
liberal  437:5
library  434:19
license  432:14
  432:15
lies  436:2
life  280:20
  385:22 387:22
  421:12
light  124:7
liked  434:15
likely  21:5
  142:5 221:19
  327:6,6
likes  202:4
lindsey  4:10
  176:14 222:14
line  78:20
  258:1 274:18
  275:11,14
  323:6 372:17
  401:5 418:19
  450:4,7,10,13
  450:16
lines  6:10,11,12
  200:8 323:17
  336:5
list  227:22
  251:16 258:5
  273:15 322:21
  323:13 328:5
  329:16 351:20
  364:2 443:5

listed  106:14
  154:1 157:17
  178:7 183:9
  233:6 330:14
  349:2
listen  278:18
  405:8
listened  290:7
listing  222:10
lists  81:2,3
  215:11 257:19
litany  105:22
literally  127:3
  356:13 402:2
litigation  16:15
  371:8 383:11
litigious  407:20
little  18:9 21:16
  40:3 65:13
  124:21 164:3
  177:5 185:15
  186:19 202:4
  213:9 235:19
  254:17 256:5
  270:4 350:14
  439:14 444:11
live  327:8
  332:7 346:16
  371:7
lives  424:19
living  394:18
llp  1:18 2:5,16
  7:20

local  88:6
locate  244:6
location  1:18
  7:19
long  14:5 61:15
  69:16 194:21
  241:9 244:5,14
  244:16 266:20
  289:2 326:6
  351:13 423:18
  425:4 438:1,4
longer  61:17
  130:16 134:2
  173:22 174:12
  438:1
look  17:20 18:7
  43:3 50:17,22
  58:13 80:14
  81:16 92:19
  94:2 109:22
  130:2 156:1
  169:5 175:19
  176:8 208:10
  212:4 216:4
  222:7 227:21
  246:17 252:13
  258:7 265:14
  272:14 280:14
  300:11,12
  333:20 334:2,3
  342:17 373:9
  389:3,14
  393:12,20
  402:8,19 427:4

looked  239:18
  290:14 292:5
  295:3,8 368:4
looking  57:11
  80:22 92:15
  172:22 173:9
  203:13,14
  212:18 213:4,4
  246:17 247:2
  279:21 282:2
  296:22 346:1
  360:12 370:8
looks  94:3
  98:12 106:11
  123:7 142:21
  147:19 154:12
  159:15,22
  164:13 165:1
  166:9 185:19
  326:19 334:4
  348:8 432:3
loop  114:4,10
  116:2,21
lose  15:22
lost  77:4
lot  14:3 21:13
  24:12 37:22
  44:4 46:3
  67:17 80:3,10
  80:21 97:15
  105:22 120:16
  132:10,11
  151:10 153:2
  169:20 177:22

**[lot - making]** Page 50

| | **m** | **mail** 30:16 | 73:20 76:17 |
|---|---|---|---|
| 178:2,11,12 | | 51:12,14,18 | 80:12 87:6 |
| 179:21 180:1 | **m** 1:21 2:15 | 73:17 91:19 | 105:15 122:16 |
| 194:22,22 | 3:12 447:2,18 | 103:4 142:17 | 129:13 130:15 |
| 199:3 200:1,1 | 449:1 | 142:22 145:12 | 145:13 151:9,9 |
| 200:20 201:2,2 | **maazel** 2:5 8:10 | 145:13 147:12 | 168:20 174:18 |
| 201:17 207:21 | **macheka** 106:3 | 221:16 237:3 | 178:2 179:22 |
| 222:3 229:22 | **machine** | 259:7 304:19 | 180:2,2,4 |
| 233:9 244:3 | 193:19 194:21 | 333:6 371:16 | 194:20 195:3 |
| 285:19 325:19 | **made** 27:10 | 371:19 431:8 | 200:22 210:4 |
| 325:20 329:6 | 50:11 77:5 | 431:13,14 | 215:5 217:13 |
| 330:12 333:17 | 81:20 107:12 | 444:9,10 | 226:7 260:22 |
| 342:13 346:17 | 107:22 108:2 | **mailing** 222:7 | 294:11 300:19 |
| 373:3 377:11 | 110:3 111:11 | **mails** 142:19 | 343:18 345:8,9 |
| 400:2 408:5,10 | 114:2 124:13 | 147:18 204:7 | 354:9 356:2 |
| 423:14,17 | 131:20 132:12 | 222:3,8 231:2 | 377:4,12 382:5 |
| 436:9 441:7 | 138:18 145:2 | 324:13 326:5 | 394:8 407:21 |
| **lots** 287:21 | 145:11 151:6 | 371:21 372:2 | 408:2 414:18 |
| **love** 358:20 | 153:9,15 | 381:22 385:1,6 | 421:10 422:18 |
| 359:5,6 404:19 | 174:21 200:9 | 388:2,5,11,20 | 430:4 431:2 |
| 405:2 409:3 | 222:10 226:2 | 389:2,2 | 435:15 438:5,6 |
| 416:8,9 422:8 | 236:9 241:16 | **maintain** 214:9 | 442:22 |
| 436:22 | 257:12 300:13 | 214:15 215:1 | **makecha** 106:3 |
| **loved** 432:5 | 300:15 301:2,3 | 215:11 243:4 | **maker** 77:7 |
| **loves** 437:1 | 301:17,19 | 313:21 | 81:9 |
| **low** 350:13,14 | 302:3,6 310:13 | **maintained** | **makes** 31:4 |
| 350:20 351:3 | 316:20 320:16 | 241:22 | 134:2 300:20 |
| **lower** 272:11 | 347:8 355:11 | **major** 259:20 | 352:14 |
| **luer** 144:17,22 | 377:2,9 380:17 | 362:19 380:12 | **making** 39:18 |
| 158:19 320:11 | 398:9 407:22 | **majority** 141:1 | 49:8 56:16 |
| 377:15 | 416:6,22 420:5 | 340:15,16 | 88:4,5 103:6 |
| **lunch** 184:20 | 432:21,22 | **make** 20:1,3 | 125:3 133:10 |
| **luncheon** | **magnifying** | 38:7 43:15 | 161:13 169:6 |
| 231:16 | 122:12 | 63:16 68:4 | 169:18 170:4 |

201:15 222:6
261:1 287:1
340:4 383:17
406:15,16
423:11
**mali** 275:2,18
275:21
**malicious**
195:15 342:12
368:11 407:19
**man** 421:16
422:9
**manage** 391:11
**managed**
380:11
**management**
28:5,9,14,15
136:2 178:9
314:13
**manager**
314:21
**mandarin**
203:9 214:11
251:12,15,19
252:8,10 253:3
253:8 255:4
256:12 257:15
258:21 259:20
260:3 261:14
262:15 263:4
263:10
**mandate**
190:11 292:19
294:17 295:22

296:4 353:12
354:20,20
421:19 423:12
**mandated**
119:6
**march** 4:11
24:4 25:2
26:13 35:13,19
35:19 36:4
41:20 55:3,8
55:15,17 56:7
56:13,17,21
57:2,3,5 63:7,7
63:19,19 67:11
67:11,11 89:9
94:9,21 95:1,4
95:11 96:11,21
100:11 101:16
101:18 102:4
102:14 105:8
106:4,5,8,19
108:2,20 109:5
109:12,15
112:13 113:10
114:7 116:10
120:15 126:10
128:17 129:22
130:4 138:1,5
141:3,18 142:4
142:21 145:4
147:18 154:9
154:20 155:16
155:19,19
157:1 166:8,14

168:6 175:14
175:16 194:1,5
194:10,16,18
195:5 196:16
205:2 207:3
208:20 218:15
219:3,21 234:9
263:11 268:6
291:1,5 297:4
297:11,20
300:22 301:7
303:10,18
304:4 310:7
318:17 350:21
394:21 396:10
423:22
**margaret** 2:15
**mark** 79:17
111:18 129:15
133:22 199:9
240:11 245:8
267:7 307:10
315:3 326:14
385:19
**marked** 6:9
17:3 18:20
79:19 98:2
122:8 129:19
135:4,8 141:13
148:9 183:16
199:11 213:13
213:15 239:14
245:10 277:20
278:3 292:7

307:19 315:5,7
326:16 331:13
332:4,12
343:11 346:7
346:13 400:11
400:14 408:18
408:20 415:2
426:8 427:7,10
**marking**
111:21 240:5
**marks** 88:13,17
171:6,10
231:10,12
232:3 302:20
303:2 369:21
370:3 438:8,12
**mars** 286:7
**marshals**
409:15 410:5
**massive** 127:10
**mast** 176:16
**math** 56:12
290:22
**matter** 131:9
149:6 210:18
211:1,5 246:19
320:1 325:11
325:17 399:13
432:2
**matters** 7:12
131:12 211:15
**matthew** 2:9
5:10 8:12
307:15 309:13

[maximum - michael]                                              Page 52

| maximum | 287:15 293:12 | 202:9 231:13 | 237:3 259:8 |
| --- | --- | --- | --- |
| 167:10,13,15 | 294:9 296:15 | 232:4 252:14 | 304:19 350:21 |
| 205:13 | 309:12 312:19 | 252:16 259:20 | 356:19 |
| **mblumin** 2:12 | 317:18,22 | 269:5,6 302:21 | **memorandum** |
| **mdotzel** 2:18 | 319:16 324:8 | 303:3 352:7 | 5:16 6:5 343:5 |
| **mean** 13:20 | 325:18 328:3,4 | 369:22 370:4 | 353:8 427:1,11 |
| 15:20 18:2,9 | 339:18 344:5 | 402:15 403:2,8 | 430:21 |
| 19:21 23:14 | 345:6 347:20 | 427:13 430:20 | **memorialized** |
| 24:11,19 28:21 | 355:14,14,16 | 431:18,20 | 427:1 |
| 30:10 31:15 | 369:1 380:9 | 438:9,13 | **memory** 142:6 |
| 32:3 33:3,11 | 394:16 399:5 | 446:15 | 176:5 177:16 |
| 36:22 41:7 | 403:8 407:17 | **medium** 235:15 | 302:1,6 |
| 42:22 44:10,16 | 407:18 412:22 | **mediums** 254:9 | **memory's** |
| 51:16 58:13 | 418:3,15 | **meet** 127:19 | 444:4 |
| 60:8 61:13 | 420:18 444:22 | **meeting** 104:6 | **memos** 204:7 |
| 64:16 67:15 | **meaning** 74:12 | 104:7 136:1 | 231:2 324:13 |
| 71:11 73:5 | 111:10,12 | 204:14,16,20 | 326:5 |
| 77:22 92:14 | 188:13 194:4 | 205:4,7 | **men** 408:4 |
| 104:9,15 | 210:15 230:15 | **member** 227:17 | 422:2,3,5 |
| 110:17 132:7 | 254:9 287:13 | 261:3 | **mentally** 422:3 |
| 139:20 140:20 | **means** 23:16 | **members** 27:14 | **mention** 176:14 |
| 146:10 155:4 | 93:17 130:9 | 117:20 120:12 | 358:7 366:1 |
| 155:14 160:10 | 165:14,17 | 120:13,18 | 389:15 |
| 162:5 163:17 | 187:13 380:10 | 181:18 182:9 | **mentioned** |
| 166:20 169:21 | 407:19 | 204:17,18 | 166:3,5 176:15 |
| 170:11 172:7 | **meant** 66:21 | 228:3,4,9,10 | 350:13,15 |
| 173:11 174:19 | 73:15,15 205:8 | 294:13 323:7 | 365:11,13,21 |
| 184:9,15 | 220:10 253:17 | 336:4 395:6 | 381:7 |
| 188:15 195:13 | **media** 4:21 6:6 | **memo** 94:3,4,8 | **messaging** |
| 230:9,11 231:7 | 7:10 9:15 | 94:9 95:4,8,11 | 372:7 |
| 233:4,8,13 | 14:19 15:4 | 95:13,14,16 | **miami** 186:7 |
| 243:11 251:13 | 88:14,18 132:9 | 96:2 156:7 | **mic** 40:1 |
| 254:14 268:12 | 132:10 171:7 | 169:17 174:7 | **michael** 1:8 |
| 284:5 285:5 | 171:11 202:3,6 | 204:11 221:17 | 4:18 7:15 78:7 |

| | | | |
|---|---|---|---|
| **michelle** 320:9 | **minds** 181:18 | 351:20 355:22 | **misheard** 412:6 |
| 392:16 393:8 | **mine** 375:4,7 | 356:11 394:20 | **misinformation** |
| 397:10,10,20 | **minimum** | 395:1 424:13 | 277:7,13 |
| 400:5 | 107:6,13 108:1 | **minimum's** | **mismanaged** |
| **microphones** | 108:4,9,12 | 348:20 | 380:12 |
| 7:5 | 110:5 114:5,8 | **minium** 156:18 | **misquote** |
| **middle** 201:18 | 118:21 143:9 | **minor** 92:16 | 270:22 |
| **mike** 409:17 | 143:18 144:10 | **minute** 96:16 | **missed** 60:20 |
| **miles** 289:20,21 | 146:16 147:11 | 171:1 245:17 | 367:5 |
| **miller** 3:19 | 147:13,16 | 369:10,20 | **mistake** 222:10 |
| 9:22,22 46:17 | 153:6,7,10,16 | 433:9 | 239:21 |
| 46:21 47:1,7 | 153:17 154:6 | **minutes** 79:3 | **misunderstan...** |
| 47:11,21 48:4 | 154:22 155:10 | 367:17 369:9 | 202:15 |
| 48:17 52:21 | 162:2 163:4,5 | **minutia** 195:17 | **misunderstan...** |
| **miller's** 49:1 | 163:22 164:10 | **mis** 220:9 | 174:3 |
| **million** 127:21 | 164:20 165:7 | **mischaracteri...** | **mode** 239:2,4,4 |
| 290:3,4 363:13 | 166:6 167:5,14 | 251:2 | 239:9 |
| 364:6,9,20 | 168:6 170:2 | **mischaracteri...** | **modern** 241:15 |
| 423:8 | 173:17 174:13 | 39:13 55:2 | **modifications** |
| **millions** 127:22 | 175:9 176:7,17 | 63:12 65:2 | 178:22 179:17 |
| 182:1 407:21 | 177:9 193:5,14 | 67:21 82:19 | 180:9 |
| 407:22 424:1 | 194:20 195:6 | 84:12 93:14 | **moment** 31:3 |
| 424:22 | 205:11,18 | 94:17 98:19 | 33:10 241:13 |
| **min** 144:6 | 215:16 218:3,6 | 101:22 102:18 | 241:14 304:11 |
| 149:1 150:5,7 | 222:10,15 | 137:18 157:5 | 330:3,15 390:4 |
| 150:10 159:11 | 224:2,5 232:19 | 186:13 237:17 | 405:9 444:21 |
| 169:17 171:16 | 233:3,18 | 250:21 271:5 | 445:8,8 446:12 |
| 195:21 196:3 | 237:15,21 | 306:12 339:15 | **monday** 171:18 |
| 197:21 216:20 | 238:2 257:13 | 348:19 362:3 | **money** 181:7,8 |
| 217:3 373:20 | 295:10 296:8 | 417:5,20 | 181:22 336:21 |
| 374:22 | 310:9 311:2 | 433:21 | 338:18 352:15 |
| **mind** 97:19 | 348:13,17 | **mischaracteri...** | 365:15 366:2 |
| 142:6 155:22 | 349:2,6,20 | 83:7 419:3 | 378:19 379:1 |
| 214:18 322:4 | 350:18,21 | | 424:18 |

| | | | |
|---|---|---|---|
| **month** 61:17<br>69:16 92:2<br>205:1 234:12<br>234:14<br>**months** 423:11<br>**mora** 41:12,14<br>41:16,21 45:4<br>105:20 106:6<br>106:19,20<br>**morales** 28:12<br>36:14,16 55:5<br>55:8 61:10,22<br>64:21 66:21,22<br>67:13 68:13,21<br>69:3,13 70:3,9<br>70:19 72:16<br>76:18 89:13,19<br>91:13 92:4<br>93:21 95:10<br>144:8 149:12<br>149:13 159:13<br>311:5,7,11<br>374:10 375:8<br>375:10 429:9<br>431:5<br>**morales's**<br>65:18<br>**morali** 159:16<br>159:19<br>**morning** 7:2<br>10:11<br>**mou** 427:16<br>430:22 | **mous** 431:17<br>**move** 27:20<br>40:2,4 75:18<br>138:1 161:22<br>188:16 194:21<br>202:22 278:15<br>279:20 296:21<br>345:14 366:17<br>368:14 369:10<br>383:1 385:16<br>387:11 397:16<br>414:10 421:12<br>**moved** 45:5<br>193:19 314:19<br>366:21<br>**moving** 178:12<br>195:1 347:7<br>366:18<br>**mower** 432:8<br>**multiple** 28:8<br>94:13 146:7<br>**municipal** 2:11<br>8:13,16,17<br>**murderous**<br>327:8 328:20<br>328:22<br>**music** 114:3<br>119:2<br>**mute** 7:7<br>**n**<br>**n** 2:1 3:1 4:1,1<br>5:1,1 6:1,1 7:1<br>232:1,1,1 | **n.w.** 1:19<br>**namdar** 41:12<br>41:14,16,21<br>42:10,14<br>**name** 7:22<br>60:20 159:4<br>160:16 320:22<br>321:3,4<br>**named** 329:9<br>330:8<br>**names** 20:16<br>103:11,14<br>320:17 374:21<br>**napoli** 144:19<br>159:21 375:14<br>378:18<br>**narrow** 35:8<br>**nation** 273:17<br>287:14<br>**nation's** 360:21<br>**national** 127:10<br>379:9,19 380:3<br>**nationals** 230:9<br>230:12<br>**nations** 273:13<br>357:22<br>**nature** 235:14<br>439:14<br>**nbourland** 2:7<br>**ndaa** 403:15<br>**nearly** 101:19<br>102:5 105:8<br>107:9 127:16<br>424:1 | **necessarily**<br>146:10 244:2<br>247:5 273:9<br>293:4 389:14<br>**necessary**<br>182:18 183:9<br>207:18 295:10<br>306:7<br>**need** 11:6 14:3<br>29:6 31:22<br>50:17,22 54:3<br>58:13 80:14<br>81:16 109:22<br>125:4 140:19<br>142:5 148:12<br>166:1 185:15<br>217:12,17,20<br>225:1 242:17<br>256:8,18,18,19<br>268:8 279:20<br>291:19 292:22<br>293:21 294:15<br>295:20 296:1<br>302:13 304:15<br>304:20 305:4,4<br>305:5 306:15<br>306:20 313:12<br>313:14 314:15<br>319:22 323:9<br>323:11,12<br>324:4 341:8<br>355:1 369:11<br>371:10,12<br>373:9,10 |

**[need - notes]** Page 55

386:18 412:9
424:14 430:7
430:11 446:5
**needed** 19:4
25:18 27:3
111:2 136:18
143:14 151:17
152:2 153:4,4
167:4 178:3
243:14 253:11
311:1 313:11
313:18 314:3,8
323:16 385:10
424:14 425:4
435:11
**needs** 127:19
134:15 255:21
369:10
**nefarious**
177:22
**negatives** 74:21
**negotiating**
318:5 391:17
**negotiations**
318:6 319:3,5
391:5,8
**neighbor** 75:19
**neither** 404:7
447:10
**network** 115:6
197:3 257:20
257:21 258:13
362:19 441:7

**networks** 6:6
361:21 427:13
441:7,20 442:7
**neutral** 399:8
399:18
**never** 76:2
134:9 261:8
361:4 413:1
420:12 436:8
436:10,10
443:8,11,12
**new** 2:6,6 16:6
47:1 116:18,21
117:6,13
178:13 186:8
192:10 298:5
420:17 421:9
**news** 14:5,6
109:16,17
115:6 119:19
128:1 169:1
190:13 197:3
199:7 200:10
238:5,6,7
239:2,4,4,9
257:20,21,21
258:10,13,19
259:12,19
284:7 307:17
308:4 323:19
352:9 358:15
359:5,6 361:20
362:19 399:9
399:10 402:7

430:8 439:6,6
439:8,10
441:20 442:6
**newscast**
433:10
**newsfeed**
425:20 426:15
426:20
**newsmax** 440:2
440:12,19
441:1,10
**newsroom**
168:19,20
261:11 314:22
433:1 435:15
**newsrooms**
141:2 432:17
**newswire**
139:13 140:13
**nicaragua**
274:7,8,22
275:1
**nice** 199:6
**nick** 2:4 9:20
**night** 106:9
172:1
**nilly** 424:11
**nitty** 323:2
**nod** 10:19
**nominated**
75:20 76:6,8
**non** 167:8
197:22 198:2
205:12 328:22

434:10
**noncompetiti...**
185:21
**noncompliance**
341:14 342:22
**nonsense**
371:11 406:9
**nonstop** 408:2
**noon** 172:5
**nope** 331:11,11
**normal** 11:1
26:10 239:4
304:17
**north** 215:22
216:18 219:3,9
219:12,18
220:1,13,21
221:4,12,18
222:11,19
224:7 225:8,17
225:22 226:5
226:20 229:12
330:22
**northwest** 2:11
2:17 3:8,13
7:21
**notary** 1:21
447:1,19
**note** 7:4 29:17
78:21 79:20
118:3 176:11
449:10
**notes** 334:16

**[notice - object]**                                                    Page 56

**notice** 5:13
  47:20 79:12
  81:2 82:11
  83:3 145:3
  180:22 232:15
  248:4 331:14
  331:17 332:12
  377:7 391:19
  394:6,7 396:3
**noticed** 409:20
**notices** 227:17
  306:22 307:7
  308:12 311:4,8
  311:11,21
  319:15,20
  389:16 393:15
  393:16
**noticing** 8:8
**notification**
  146:5 177:3,7
  177:8 179:3
  180:22 215:15
  349:10 390:12
**notifications**
  146:9
**notified** 51:10
  175:8 219:11
  234:15,21
**notify** 77:19
  175:13 177:16
  179:15
**notifying**
  146:11 180:9

**number** 4:6 5:3
  6:3 17:2 18:19
  19:22 79:18
  98:1 122:7
  128:5 129:18
  135:7 141:12
  148:8 183:15
  185:14,18,19
  185:19,22
  186:11 199:10
  203:18,21
  213:12 233:13
  245:9 256:11
  269:6,7 277:19
  291:7 293:16
  294:2 295:14
  295:20 296:1,2
  296:20 307:18
  315:4 318:1
  326:15 332:3
  343:10 346:6
  348:15 351:20
  352:2 377:7
  400:10 408:19
  415:1 426:7
  427:6 446:14
**number's**
  295:6
**numbers** 20:12
  20:12,15
  176:18 222:16
  232:19 233:4
  256:5,7 270:1
  272:10 291:6

  291:17,20
  292:5 312:6
  334:16 349:6
  351:3
**numerous**
  195:15

**o**

**o** 4:1 5:1 6:1
  7:1 232:1,1,1
**oan** 358:5,8
  360:9 426:15
  428:6,11,13,14
  428:22 432:14
  433:6,17 434:5
  434:7,17,22
  435:7,17,21
  436:11,16
  437:4 438:17
  439:9,12,19
  442:12
**oan's** 425:20
  426:20 434:18
  439:2
**oath** 39:2 265:2
**object** 12:11
  15:7,11 23:10
  25:20 27:5
  28:19 29:5
  30:14 31:20
  32:8,11 34:2
  35:7 36:19
  37:14 38:16
  39:8,12 42:15

  44:1,8,21
  45:10,22 47:13
  48:11 50:2
  51:22 53:6
  55:1,18,18
  58:9 59:6 60:2
  62:14 63:11
  64:15 65:1,20
  67:3,5,20
  71:18 72:20
  75:8 76:9,19
  77:9 78:10
  82:18 83:6
  84:2,5,11 85:7
  85:16 90:2
  91:3 92:10,12
  93:4,13 94:16
  95:19,22 96:22
  98:18 99:20
  100:19 101:10
  101:21 102:7
  102:17 103:9
  107:11 108:22
  109:19 110:6
  111:4,7 113:8
  114:11 115:9
  115:16 116:4
  116:11 117:2
  117:21 119:9
  119:21 120:3
  120:20 124:16
  128:18 130:11
  133:4 136:8
  137:10,15

| | | | |
|---|---|---|---|
| 139:14 140:7 | 237:6,16 | 350:2,5 355:19 | 275:9,14 |
| 141:8,8 145:6 | 238:14 241:8 | 359:3,16 361:2 | 282:11,13,22 |
| 145:9,20 147:5 | 242:12,19 | 362:2,22 | 284:12 345:13 |
| 150:11 152:4 | 243:16,22 | 364:14 365:1 | 345:18 365:7 |
| 152:16 153:11 | 246:7 247:22 | 370:19 374:7 | 382:5 384:12 |
| 155:1,11 157:4 | 250:19 253:5 | 378:10,15 | 401:8 |
| 157:20 159:6,6 | 255:12 256:1 | 379:10 385:11 | **objections**   8:3 |
| 160:8,18 | 256:14 257:5 | 385:11 391:21 | 29:15 345:8 |
| 162:10 163:6 | 259:9 263:20 | 392:13 393:18 | 356:2 371:13 |
| 163:19 165:9 | 269:11,17 | 394:13 395:21 | 419:11 |
| 166:18 167:21 | 270:15 271:14 | 399:11 401:3 | **obligated** |
| 169:8 170:5 | 272:2,21 273:8 | 404:15 410:15 | 222:18 223:1 |
| 172:15 174:2 | 274:1 275:5,11 | 410:18 411:20 | 223:11 |
| 175:17 177:10 | 276:14 283:1 | 417:4,19 | **obligates** |
| 177:17 179:4 | 285:12 286:12 | 418:11 420:2 | 296:11 |
| 180:11 181:10 | 287:11 291:9 | 421:1 423:15 | **obligation** |
| 183:2 186:12 | 293:5,18 294:7 | 433:20 436:13 | 208:22 432:18 |
| 189:9 191:10 | 294:18 296:5 | 436:20 437:7 | **obligations** |
| 193:1 194:7 | 296:13 297:21 | 443:16 | 38:13,13 |
| 195:7 196:12 | 298:12 299:16 | **objected**   29:22 | 391:16 |
| 197:8,18 | 303:22 304:6 | **objecting**   11:15 | **obscene**   127:15 |
| 198:11,13,19 | 304:22 306:11 | 299:1 | **obscenely**   4:14 |
| 199:2 203:7 | 309:10 310:4 | **objection**   11:16 | 123:9 |
| 204:9 206:3,14 | 310:15,19 | 13:7,8 29:15 | **obstruct** |
| 207:11 209:2 | 311:12 312:13 | 52:17 64:1 | 217:15 |
| 215:3 216:2 | 317:19 319:7 | 99:1,11 105:6 | **obtain**   441:20 |
| 218:16,16 | 320:5,19 321:7 | 109:10 117:8 | 442:2 |
| 220:14 222:20 | 324:16 327:20 | 118:6,11 | **obtained** |
| 224:9 226:21 | 330:10 335:20 | 121:13,20,20 | 238:20 283:6 |
| 227:4,19 | 336:18 337:7 | 138:9 155:2 | **obvious**   166:21 |
| 228:12 229:14 | 338:11,20 | 169:12 174:17 | 318:2 328:6 |
| 230:6 234:4,18 | 339:14 340:10 | 179:19 182:7 | **obviously** |
| 235:7,16 | 341:3,16 | 223:12 247:12 | 157:8 265:15 |
| 236:10,15 | 344:12 348:18 | 274:11,17 | 292:22 429:5 |

**ocb** 193:11
336:4 426:14
430:8,13 431:2
**occasionally**
24:17 86:6
168:22 372:9
373:1
**occurred**
220:13 431:13
**offensive**
366:21
**offer** 377:9,13
442:16
**offering** 428:16
**offers** 374:3
**office** 24:5,6,7
24:9,13,15
31:17 86:4
114:21 178:9
193:8 196:18
256:20 290:2
303:12 336:4
356:11 364:3
423:20 428:8
434:12 442:14
**officer** 51:4
144:20 149:7,9
149:11,14
375:16 447:2
**official** 81:4
83:21 84:7,15
84:22 307:6
422:22

**officially** 30:16
**officials** 173:2
356:20
**oftentimes**
413:5,7
**oh** 19:12 47:15
54:5 68:15,16
73:19 98:14
125:3,22
133:20 144:15
149:15 165:2
184:4 204:17
212:22 213:8
214:4 225:12
228:8 240:9,20
245:6 261:7
302:16 307:15
331:13 345:5
347:22 353:2,6
363:16 381:13
389:12 408:17
415:3,6 432:1
442:16
**okay** 10:14,15
10:19,20 11:4
11:10,18 12:2
14:10 15:14
16:18,22 17:4
18:4,10,18
19:11 21:10,20
22:1,9 23:5
24:2 25:9
27:13 28:17
33:20 35:5,14

36:13,15 38:4
42:6 46:21
49:17 54:19
56:21 57:2,10
57:18,22 58:16
58:21 59:13,20
60:7 63:6 64:5
66:10,12,20
68:5,10 69:10
69:12 72:12
75:18 76:2
77:19 78:5
80:18,20 82:1
83:18 84:14
86:7 88:10
89:1,11 91:13
91:20 94:4
98:5,15 99:2
99:12 100:1
101:5,15,16
102:11 103:20
107:20 108:6
108:17 112:8
113:3,16
120:10 124:5
125:19 126:1
133:15,20
134:1,13 135:2
136:5 137:4
138:1,8 141:10
142:11,13,13
142:15,21
143:21,22
147:15 148:17

150:2,7 157:13
159:9 161:12
162:8 163:2
170:1,13 171:3
174:20 176:10
185:12 186:21
187:2,2 188:5
189:6 190:5
191:4 192:14
196:22 197:6
197:13 198:22
199:15,18
200:3 206:22
208:16 210:11
211:21 212:5
213:11,21,21
214:2,2,4,6
217:11 219:2,6
219:21 220:3
221:11 225:3
227:11 230:12
231:8 232:16
235:11 240:18
240:20 245:4
245:21 246:4
250:15 251:1
254:13 258:4
260:6 264:13
266:21 268:15
268:18,19,21
278:4 279:14
280:16 281:17
282:7 283:21
284:14 287:5

**[okay - order]** Page 59

289:5 290:19
290:21 291:15
297:14 298:8
299:2 300:4,9
300:13 301:15
301:16 302:11
302:16,19
303:9 306:22
307:4,15,17
312:16,18
315:6,9,11,15
317:19 319:2
321:20 322:3
326:11 329:3,8
329:21 330:17
331:16,19
332:14 333:1,4
333:10 334:4,8
335:10,18
341:11 342:20
343:3 344:19
345:12 348:3,5
349:13 353:3,6
353:17,22
354:18 356:5
360:1 363:18
364:1 366:12
369:18 370:10
370:15 371:14
375:5,8 384:2
386:22 387:4
388:22 391:1
392:3,8,20
393:13,14

396:7 412:11
412:15 413:13
416:20 423:4
426:4,13 428:3
429:11,15,21
431:1 438:5
439:22 445:10
446:4,7
**old** 185:10
372:16
**omb** 78:4
178:17,19
**once** 81:7
114:15 119:20
120:2 146:14
146:20 164:2
193:16 315:1
323:20 337:21
372:5
**one's** 122:18
210:22
**ones** 307:16
329:14 361:10
**ongoing** 319:6
440:2,8,11,14
**online** 226:20
**op** 136:6 137:5
137:14
**open** 68:3
387:22
**operate** 259:2
292:20 293:14
293:16,22
294:5,10,12

**operating**
149:7,9,11,14
385:12
**operation**
238:6 241:21
256:19,22
258:10 259:12
314:15 352:9
**operational**
292:18 293:3
293:11
**operations**
364:7,11,19
365:18 370:14
**ophthalmology**
122:17
**opining** 288:9
**opinion** 126:9
126:10,11,12
126:16 127:7
131:9,11,14,15
247:14 274:20
275:2 277:4
285:8,18,21
286:9 288:14
296:16 358:18
359:11 361:5
399:14,19
413:21 414:1,4
414:6 418:4,5
418:7
**opinions** 419:6
**opm** 37:10 78:4
105:20,21

106:2 162:17
162:21 319:14
319:19 320:3
397:5 444:7
**opportunity**
81:3 82:11
217:14 376:21
376:22
**opposed** 230:19
230:21
**option** 376:12
376:20 381:7
426:15
**options** 380:22
**oranges** 272:8
**order** 4:8,11,16
5:4,15,16
33:22 34:7,8
96:10,13,17,20
97:12,14,18
98:16 99:17
100:5,8,10,14
100:17 101:7
105:13 107:3
110:22 111:1
114:7 124:8
143:8,15 147:9
151:15,22
156:19 169:7
176:2,20 177:2
178:5,6,10
188:3,14 189:1
191:13 193:16
199:13 202:7

205:3,8,10
207:3 210:18
222:17 226:7
232:21 237:15
260:11 272:6
292:7 298:5
308:18 310:7
310:17,18
318:17 343:14
343:16 344:2
344:11,11
346:3,14
347:15,18
349:8,9 352:20
363:8 367:12
367:16,19,20
367:21,21
368:3 370:8,12
370:18,22
371:1 382:1,12
384:10 392:6
393:4 394:19
396:3 398:10
398:13,15,18
398:19 400:1
404:5 409:22
419:16
**ordered**  12:6
78:6 109:16
121:6 138:15
141:3 153:5
299:12 343:4
**ordering**
110:19

**orders**  97:15
260:12 419:21
420:10
**organization**
253:13
**organizational**
34:12,14,17,21
35:1 62:12,19
**organized**
302:15
**original**  317:22
**originally**
176:17 215:16
220:4 222:15
232:18 233:3
238:2 349:5
350:17 442:8
**ouch**  245:5
**outcome**
447:16
**outcomes**  340:2
**outdated**  34:4
116:9
**outlet**  12:20
235:19 253:13
441:11,11
**outlets**  114:14
114:18 115:2
359:8 442:15
**outside**  77:20
78:1 248:7
436:8
**overlap**  43:20
59:10,14

**overly**  344:5
407:20
**overseas**  88:7
**overstepped**
420:7
**own**  143:2
388:5 418:5
433:18 436:17

**p**

**p**  2:1,1 3:1,1
7:1
**p.m.**  171:8,9,9
171:12 231:14
231:15 232:2,5
302:22 303:1,1
303:4 370:1,2
370:2,5 438:10
438:11,11,14
446:13,17
**p.o.**  3:4
**pacific**  252:9
252:11
**page**  4:2,6 5:3
6:3,10,11,12
39:5 81:2 82:8
82:10 83:10,21
122:6 149:2,4
150:3,6 157:12
174:13 184:16
185:14 188:15
200:7 216:5
233:6 239:11
283:12 288:11

289:1 292:15
308:11 333:18
334:9 347:5
349:11 353:7
356:19 363:10
370:11 373:13
427:15 450:4,7
450:10,13,16
**pages**  184:10
368:20 448:3
**paid**  70:6,9,13
70:19 71:3
72:17 76:18
92:4 101:19
102:5 105:8
107:16 108:13
108:14,19
193:11 243:9
297:3,13 304:9
304:12,13
365:3,15
375:11,12
377:1 424:4
**painful**  425:12
**paper**  174:7
245:5 333:17
**papers**  341:13
**paperwork**
59:16,17
**paragraph**
22:14 23:4
24:22 50:22
54:10 57:17
69:5 82:7

212:4,11,17
214:7 232:17
241:4,21
244:18,19
245:15 250:10
257:18 258:6
259:18 281:19
290:17 292:16
297:1,7,8
303:6 308:10
348:5 353:13
353:15 354:3
354:16 355:5,9
355:10 357:5,6
357:10,13,13
363:21 364:1,2
391:8 441:17
442:1
**paragraphs**
142:10,19
**parameters**
382:15
**pardon**  16:4
31:10 45:12
85:9 149:16
234:8 348:14
391:6 441:22
446:2
**parlance**  11:2
**parrots**  128:2
**part**  32:2 49:19
49:21 50:1,11
50:15 59:2
84:18 90:21,22

102:1 104:2
111:1 124:21
143:11 145:14
187:10,16
188:3 189:7
190:2,3,20,21
191:6,12
216:20 226:14
258:6 278:10
291:13 312:19
312:20 313:8,9
319:21 324:18
340:1 341:14
343:1 409:16
418:21 440:5
441:5
**participated**
104:6
**particular**
87:22 133:1
**parties**  7:9
387:15,15
447:12,15
**partnership**
427:1 428:6
441:1
**parts**  178:13
195:1 287:1,2
**party**  133:2
135:19 136:1
386:4,5
**pashto**  165:3,4
214:4,12
257:15 258:22

265:18
**pass**  136:22
158:2 194:12
332:5,8 339:18
340:14
**passes**  338:6
**passing**  176:1
**past**  49:11 89:5
136:4 241:15
438:18 443:9
**pasting**  159:3
**patently**  385:12
**patient**  225:2
**patsy**  1:3 7:12
449:3 450:1
**pattern**  195:16
**pay**  366:4,5
423:10 424:2
424:22 432:11
**paying**  135:16
352:16
**payroll**  243:11
339:8
**pd**  38:20 42:18
65:9 71:22
72:3,6,11,19
**peggy**  8:21
**penalty**  19:1
292:4
**pending**  11:8
135:1
**pennsylvania**
3:13 121:8
127:18

**people**  20:1,17
20:19 21:3,5,7
26:11 28:9,13
28:15 44:4
49:3 84:22
105:19 106:1
106:16,22
132:11 144:9
146:10 151:11
151:14 153:2
154:1 156:3
157:8,16
159:12 164:6
168:18,22
169:1 175:6,20
182:17 183:9
186:11 222:5,6
227:22 228:1
230:19,22
238:9,13 239:3
242:8,17 249:7
251:9,15,16,18
252:12,13
253:10,13
255:3,7 256:11
256:19,20
257:6,7 258:9
258:12,14,16
259:2,6 260:12
263:13 264:1,8
273:2,6,20
274:8 275:3,22
276:8 289:22
290:1,3 293:21

294:4 295:9,21
296:1,3,8,10
304:5 306:5,6
306:8 307:7
314:6,10
316:12 318:2
320:10 321:12
321:18 322:7,8
322:19,21
323:3 324:4
325:14,15,19
325:20 327:7
327:13 336:4
337:15,16
349:21,22
351:20 352:3,5
352:16 358:19
358:20 359:5
366:2,4 368:12
373:12 374:3
376:20 377:4,5
377:9,11
380:16,18,19
394:5,12
397:18 401:13
405:13 407:20
408:1,10 424:7
424:10,10,14
424:15,16
425:3,15 431:9
436:9 439:16
442:19 443:10
**people's** 120:6
222:8

**peoples** 289:4,8
289:19
**percent** 55:9,10
56:8,10,14
57:4 63:1,8,20
65:16 66:6,9
66:13 67:1
101:8 102:12
177:13 186:6,7
186:8,9 196:2
351:9 352:2
**percentage**
442:5
**perform** 38:15
182:18 183:9
**performance**
107:5 143:16
167:4
**period** 45:18
67:10 91:21
92:1
**perjury** 19:2
292:4
**permission**
441:20 442:2
**persian** 115:6
197:3 203:9
238:6 257:11
257:20,21
258:12,19
259:4 308:16
309:7,18
**person** 84:20
84:21 115:5

174:22 257:13
305:7 306:14
324:2 429:6
432:1,6 444:9
**personal** 21:9
61:13,15
102:15 103:8
105:9 106:17
160:14 217:16
217:16 248:8
248:11 249:3,9
250:3 284:15
291:13 297:3
297:12,18
299:13 310:20
360:18 372:10
406:16,17
420:16,19
**personally**
113:12 138:15
139:22 174:20
175:8 262:13
285:8 306:9
310:12 317:18
348:12 388:10
388:16,18
421:22
**personnel**
31:17 107:6
143:18 310:10
337:6,13,20,21
338:9,19
391:12 404:6
404:13 407:12

**perspective**
436:12 437:5
437:13,15
**ph** 106:3
159:16
**philippines**
61:19 89:19
90:1,9,17
**phoenix** 14:5,8
14:9
**phone** 281:3,4
372:10,11,12
**phones** 7:7
**phrase** 224:17
243:5 293:12
**physically**
64:17
**pi** 187:11 194:5
197:16 341:14
**pick** 7:5 307:16
**picked** 352:11
**picking** 324:12
324:12
**picture** 347:6
**piece** 136:10
**pile** 347:16
**place** 7:8 70:19
76:17 101:18
102:5 103:7
105:8 106:16
107:9 193:15
255:14 380:21
396:15,19,22
409:9 410:2

416:18
**placed** 69:13,15
69:17 70:3,9
70:11,13,22
72:17 92:4
107:16 108:9
108:13,19
160:4 297:6,8
**places** 14:9
289:10,11,13
**placing** 106:22
**plainly** 188:19
**plaintiffs** 1:4,9
2:2 3:2 4:3
7:12 8:11,14
8:18,20,22 9:2
9:5,7,19,21
10:9 232:11
341:12
**plan** 85:13
107:16,18,21
144:10 147:20
148:1 154:5,6
155:10 157:14
157:19 164:10
164:20 165:7
173:3,6 174:12
174:13 175:4,9
175:14 176:7
176:19 177:9
178:3 182:13
182:22 183:8
185:12 186:4
193:14 205:16

219:12 221:17
222:16 225:17
225:22 229:11
229:19 230:15
230:16,17,21
231:5 232:20
233:7,10,18
237:4 338:16
340:1,21 347:7
349:7 350:9,12
355:21 356:10
363:3,4 370:14
390:2
**planned** 318:11
390:10,11
391:3
**planning** 318:1
339:11 340:1,4
340:8 378:6
**plans** 226:19
253:22 254:4,8
254:11 331:6
334:10,20
335:12 340:6
377:18 419:22
**plate** 46:14,15
65:18
**platforms**
259:21
**play** 96:16
114:4,10 247:1
**played** 290:9
313:9 395:15
395:15

**player** 44:4
**playing** 247:4
**plays** 323:4
**plaza** 2:5
**please** 7:4,6 8:4
9:17 10:3,17
11:20 22:17
71:21 79:16
84:10 96:10
111:19 129:15
132:1 133:12
141:11 146:17
177:2 180:20
183:13 209:10
245:18 267:8
294:22 313:4
315:2 326:14
326:14 329:19
330:5 332:19
343:9 346:4
349:9 363:21
367:8 385:19
399:17 404:18
406:3,20 407:1
408:16 413:15
419:10
**plus** 351:9
352:2
**point** 47:4 56:7
56:13 63:21
101:2,12
132:15 146:1
174:11 197:4,6
263:10 266:9

299:12 306:9
317:11 318:7
354:3 357:18
358:2 383:9
394:2 404:10
419:14
**pointing**
353:13
**points** 126:13
126:13 128:2
416:16
**policies** 77:17
**policy** 254:22
284:5 375:12
**polite** 29:18,20
30:1
**political** 23:15
24:3,4 287:18
**politically**
22:15,18 23:8
437:13
**popping** 127:13
**portion** 60:13
123:12 278:5
337:6,8,11,13
337:15,19,20
338:8 442:5
**poses** 289:21
**position** 25:11
37:3 40:19,20
43:1 64:5 72:4
82:16 83:4
112:1 130:21
131:6 166:1,14

[position - previously]                                    Page 64

| | | | |
|---|---|---|---|
| 166:17 194:3 | **power** 43:22 | **prepare** 19:20 | 310:7 340:17 |
| 215:12 248:5 | **powerful** 43:6 | 105:15 | 349:7 379:6 |
| 321:1 323:20 | **powers** 402:1 | **prepared** 11:3 | 381:7 392:5 |
| 323:21,22 | **ppo** 31:4,15,16 | 37:8 | 396:9 398:11 |
| 324:7 386:16 | 32:1 37:9 | **preparing** | 415:8 421:15 |
| **positions** | 48:14 49:1 | 155:9 | 421:19 423:19 |
| 252:21 256:21 | 50:13 51:17 | **prerogative** | 437:1,19 443:3 |
| 313:18,19,21 | 52:15,16 53:18 | 319:12 | **president's** |
| 314:3,8 323:10 | 53:19,20 62:5 | **presence** 107:7 | 38:7 56:19 |
| 323:13,15 | 73:17 74:7 | 143:18 311:14 | 96:10 110:22 |
| 324:5,15 395:3 | 75:2,15 77:3,5 | **present** 3:17 | 132:19 143:15 |
| **possibility** | 87:8 | 8:5 225:13 | 156:19 176:2 |
| 360:7 | **practice** 320:2 | **presented** | 176:19 205:3,8 |
| **possible** 239:20 | **pre** 111:10 | 205:15 | 221:15 226:7 |
| 254:10 276:3,6 | 300:17 | **president** 16:9 | 232:20 237:14 |
| 276:11 397:2 | **precision** 101:6 | 23:7 25:10,13 | 318:17 392:22 |
| 428:9 | **prefer** 369:4 | 27:13,16 31:8 | 393:3 396:22 |
| **possibly** 42:18 | **prejudicial** | 31:14 32:6,14 | 402:1 |
| 131:17 215:19 | 401:4,8,9 | 32:17,22 33:4 | **presidential** |
| 233:11,12 | 418:14 | 33:7,15,18 | 31:17 124:7 |
| 241:14 272:13 | **preliminary** | 39:18 52:3,8 | **press** 135:22 |
| 277:18 320:11 | 146:5 149:5 | 52:10,19 75:21 | 198:7 200:18 |
| 374:2 425:16 | 187:5,20 189:8 | 76:13 77:13,14 | 422:22 |
| **post** 86:8 136:6 | 190:19 191:6 | 77:15,18 97:4 | **pretty** 166:20 |
| 136:10,15 | 192:17 193:16 | 97:11 98:17 | 239:17 308:9 |
| 137:14 409:21 | 203:2 263:19 | 99:7,14,16 | 318:2 328:6 |
| **posted** 123:13 | 337:3 343:1 | 114:6 124:9 | **prevented** |
| 126:7 | **premarked** | 129:7 131:11 | 273:21 274:9 |
| **potential** 99:15 | 17:6 82:5 | 131:18 143:8 | 275:4,22 276:9 |
| 113:4 180:22 | 97:19 121:15 | 147:9 153:5 | **previous** 81:11 |
| 434:19 435:2 | 141:16 148:6 | 197:21 198:9 | 81:14 207:2 |
| 440:22 | **preparation** | 200:13 201:3 | 399:1 |
| **potentially** | 150:13 | 222:16 224:1 | **previously** |
| 443:11 | | 237:19 272:6 | 65:17 66:6 |

[previously - proposed]                                    Page 65

106:20 179:1
179:18 232:9
**primarily**
24:13 86:5
218:4
**principles**   5:8
357:19
**printed**   190:7
**printing**   184:10
**prior**   81:21
97:12,13 176:7
177:6,8 203:11
207:8 208:6,12
208:17 210:19
210:20 212:8
219:17,19
336:16 370:7
395:5 433:21
**private**   7:6
127:21 281:21
313:13 357:21
360:16 362:9
362:14 375:17
**privilege**   32:15
52:4 73:8,11
97:6 99:10
104:13 111:12
112:7 150:19
215:6 223:4
224:21 345:11
356:4 361:11
381:18 383:18
**privileged**
158:7

**pro**   436:12,14
437:14,17,18
437:19
**probably**   48:2
55:9 171:18,22
200:2,4 208:19
221:22 249:7
252:2 273:18
301:20 305:21
314:21 320:4,8
320:8 347:1
369:4 418:3
**probe**   112:3
**problem**   434:9
436:2
**problematic**
73:8
**procedures**
84:17 85:1,3
179:3
**proceed**   10:4
119:6
**proceeding**   8:4
**process**   53:12
73:21 74:7
84:16,18,19
107:14 108:3
111:10 112:3
145:14,15,16
163:18 176:22
193:5 194:19
194:22 216:21
304:3 313:19
317:3,5 318:14

318:18 320:15
321:4,5,9
322:6 324:3
326:7 397:2
424:8,12,19
425:6,10,13,14
433:4
**produce**   370:12
402:4 430:8,9
**produced**
442:8
**produces**   418:8
**producing**
335:15 364:10
364:19
**product**   128:2
345:11 356:17
**production**
257:22 258:9
258:17,19,20
258:21 259:1
365:18
**productions**
258:11
**professional**
14:2 388:3,7
406:7
**program**   181:1
**programming**
85:22,22
108:21 109:8
110:15,20
112:13 190:10
192:19 194:5

194:17 196:17
197:16 231:1
247:3 257:14
263:17 264:4
264:11 265:13
268:1,6 314:20
323:11 353:11
354:6,19
364:19 432:14
432:16
**project**   3:7 9:4
**promoting**
277:6
**promptly**   187:7
187:9 344:8
**pronounce**
377:22
**pronunciation**
158:20
**propaganda**
402:4,5,8,9,16
402:18,19
403:6,7 409:11
410:4
**proper**   49:4
**properly**   79:21
380:11
**proposal**   79:12
82:15,16,20
**propose**   83:3
**proposed**
176:17 215:16
222:15 232:19
233:3 238:2

[proposed - question]    Page 66

349:6 350:17
**proposes**  378:8
**protocol**  51:16
**proud**  124:19
131:1
**provide**  119:8
270:7 283:11
327:7 328:19
433:17,17
434:18 442:18
**provided**
218:14 268:1,5
372:11 428:1
434:22
**provides**  364:2
**providing**
116:21 203:4
360:20 430:12
434:7 435:8,8
**provision**
360:19
**pscs**  107:1,10
**public**  27:10
131:20 132:12
132:16 134:20
416:6,22
439:16 447:1
447:19
**publication**
200:11
**publicly**  27:17
27:19
**published**
307:22 308:3,6

**publishes**
402:18
**pull**  96:9
200:21 202:4
216:21 373:10
390:12 432:10
**pulled**  259:4
434:12
**pulling**  255:13
**punishment**
413:4
**purpose**  182:2
**purposes**  5:7
136:18
**pursuant**  72:18
215:2
**pursuit**  440:3
**purview**  404:7
**put**  19:16 21:7
21:17 22:1,2
48:13 68:13
105:13 112:4
116:18,20
117:6,13
136:18 138:2
143:8 148:11
160:5 184:19
187:3 188:13
193:11,12
196:2 204:11
206:17 207:1
216:19 217:2
221:6 224:18
237:21,21

250:16,18
264:8 285:18
290:12 304:8
304:12 307:13
317:13 332:18
341:11 343:19
347:17 348:15
356:20 360:6
374:18 375:2
378:17 381:14
392:15 393:11
395:1 397:15
402:3,9 405:13
411:14 413:9
415:17 430:22
435:3 439:16
442:20
**putting**  224:14
224:21 226:8
240:5 247:1

**q**

**quality**  347:11
**quarter**  127:16
**quarterly**
55:13
**question**  11:1,8
11:18,21 13:11
15:6,10,14,19
20:9,14 21:9
23:17 26:3
28:6 29:8,8,13
30:3 32:12,16
32:20 37:16,21

39:5 47:9
48:17,21 52:1
52:5 55:21
56:5 57:18
65:22 68:20
74:1 78:13
80:18 81:1,6
81:10,14,15,17
81:20,21,22
97:3 112:17
113:4 115:5
125:20 126:19
128:21 134:22
139:11 142:14
143:20 145:2
146:19 147:2
150:16,17
156:16 161:7
161:11 164:15
165:20 169:14
173:8 174:19
177:18 179:7
179:11 185:5
185:13 186:17
190:17 191:5
191:20 197:1
200:16,17
201:15 209:3,8
209:10 210:9
215:5 220:4,9
220:17 224:18
225:1,1 228:8
230:15 235:3,9
235:20 236:12

236:18 238:16
238:18 244:12
246:9,15 247:9
248:9,13 250:1
253:16 255:20
259:14 261:15
261:22 262:10
263:15 264:16
264:17 265:5
267:5,15,18
275:15,20
283:4 287:7
293:1 294:12
295:7 296:2
299:8,10 308:9
309:2 310:12
311:16 315:21
316:4 322:4
332:21 336:11
341:17 343:14
343:15 344:21
345:2 346:14
346:22 349:15
349:17,18
354:17 355:4
367:15 369:3
370:20 373:5
381:17 382:3
384:7 395:9
399:17 401:14
401:17 405:6
407:2 411:7,17
412:7,14
416:10 429:13

435:6 439:15
444:13
**question's**
344:1
**questionable**
14:18
**questioning**
78:20 80:3,11
150:8 226:17
274:18 275:11
401:5 406:21
439:4
**questions**  6:9
11:20 13:15,16
13:18 17:20
19:22 20:12,22
34:10 43:16
88:22 107:21
118:4 122:3
128:6 134:15
134:18 150:13
164:8 192:13
202:17 212:3
217:8 239:7
260:10 266:10
279:3 280:4
315:19,20
337:4 354:1,14
369:9 405:19
413:15 420:14
421:8 422:12
422:16,17
443:2 445:19
446:6

**quick**  23:1
142:6,8 158:10
212:6 345:7
**quicker**  395:12
413:18
**quickly**  274:19
**quite**  271:1
304:17
**quorum**  27:15
**quote**  190:9,11
199:6 202:6,7
327:6
**quoted**  198:17
**quoting**  201:6

**r**

**r**  2:1 3:1 7:1
232:1 250:10
250:15 258:1
450:3,3
**race**  15:22 16:1
**radical**  413:19
415:11,20
416:4 418:8
**radio**  141:4
215:22 226:20
236:1 252:21
254:9,18 260:2
261:14 262:15
262:16 263:3
263:17 264:4
264:11 265:13
265:16,17,18
268:1,5 269:8

269:10 270:13
289:4,8,15
290:6 323:17
323:19 435:18
**radio's**  290:9
**rails**  419:15
**raise**  382:4
**raised**  61:22
**ran**  14:12,20
370:17 380:16
380:19 433:6
**range**  289:2
**rather**  38:21
39:2 184:11
209:19 263:6
263:12,22
265:21 266:4
424:16
**ratings**  272:17
**rational**  418:22
**rcl**  1:5,10 7:14
7:16
**reach**  20:15
186:1 358:6
381:19
**reached**  285:8
285:21 286:9
362:5 428:13
429:2,3,4
444:6,15
**reaches**  358:6
**reaching**  273:2
273:6,7 445:5
445:7

[react - record]                                                      Page 68

| | | | |
|---|---|---|---|
| **react** 399:3,5 | **realized** 352:6 | **recall** 20:7,16 | 265:12 267:15 |
| **read** 23:1 | **really** 44:10 | 21:3 31:3 | 307:7 308:11 |
| 119:13 124:22 | 50:22 58:13 | 36:21 38:5,22 | 444:16 |
| 156:2 180:18 | 131:18 147:7 | 39:6,7,17 | **recent** 136:5 |
| 189:12,18,20 | 147:10 161:10 | 43:12 47:16 | 182:21 183:8 |
| 189:22 198:18 | 161:17 176:3 | 50:5,6 53:8 | 183:18,21 |
| 198:22 199:3 | 178:3 186:16 | 58:12 66:14,16 | 227:15 271:2 |
| 209:9,11 212:5 | 196:9 199:5 | 66:18,19 86:14 | 271:13 |
| 216:4 237:13 | 201:18 241:13 | 92:8,17 93:1 | **recently** 47:17 |
| 246:1 260:14 | 268:7,12 290:7 | 107:2 110:11 | 47:19 221:14 |
| 290:20 308:4 | 306:15 308:9 | 112:19 140:3 | **recess** 88:16 |
| 357:9 404:10 | 359:7 371:12 | 144:17 196:21 | 171:9 231:16 |
| 407:1,3 409:6 | 372:1,6 374:14 | 201:15,20,20 | 303:1 370:2 |
| 414:16 417:22 | 395:6 396:16 | 251:8 297:16 | 438:11 |
| 426:13 448:3 | 403:8 409:7 | 298:4 305:12 | **reclass** 254:4 |
| 449:9 | 418:16 420:7 | 311:9,17 | **recognized** |
| **readdressing** | 421:4 | 329:20 330:2,3 | 25:17 |
| 354:2 | **reask** 56:4 | 330:5,7,15 | **recollection** |
| **reading** 17:8 | 90:11 | 374:8 390:13 | 54:14 312:17 |
| 83:2 107:8 | **reason** 10:22 | 396:12,13 | 315:22 426:18 |
| 186:3 333:6 | 177:22 192:22 | 433:14 443:17 | 444:21 |
| 362:12 | 193:3 236:12 | 443:18 444:18 | **recommendat...** |
| **ready** 81:18 | 433:3 449:11 | 444:22,22 | 151:3,5,8,10,13 |
| 82:13,14 | 450:6,9,12,15 | 445:4,5,9 | 151:16,19 |
| 142:13 214:5 | 450:18 | **recalled** 303:11 | 152:2,15 153:1 |
| 246:3 306:19 | **reasonable** | 303:13,19 | 156:10,11 |
| 315:18,22 | 277:11 | 390:17 | 158:3 163:11 |
| 340:5 357:11 | **reasons** 380:19 | **recalling** 304:4 | 163:15 349:13 |
| 357:12 | 398:12 | **receipt** 449:18 | **record** 7:3,9 |
| **real** 23:1 62:1 | **reassigning** | **receive** 156:11 | 8:7 10:21 |
| 127:21 142:6 | 81:13 84:16 | **received** 79:12 | 11:17 17:14 |
| 158:10 212:5 | **reassignment** | 156:9,13 168:2 | 82:5 88:14,19 |
| **realize** 199:22 | 85:2 | 179:9 197:16 | 134:7,10 |
| 253:16 | | 209:15 246:11 | 158:10 171:7 |

**[record - rely]** Page 69

171:12 200:10
202:12 209:12
221:8,9 231:9
231:11,14
232:5 261:10
291:16 299:4
302:21 303:4
345:20 369:22
370:5 384:1
386:14,15,16
386:18,19
387:1,3,7
404:22 405:13
407:4 438:4,9
438:14 446:12
446:13 447:9
**record's**  317:17
350:19
**recorded**  1:14
7:11
**recording**  7:8
**recover**  416:12
**redacted**
405:12
**reduce**  99:18
107:5 114:7
124:8 143:16
147:10 153:6
167:4 205:11
318:1,15
323:15 424:8
**reduced**  341:7
447:7

**reducing**  310:8
394:17
**reduction**  4:11
141:4 142:18
143:2,5,9,11
145:4 146:22
147:4 151:21
197:22 207:4
323:4 334:20
391:14 395:7
424:6
**refer**  213:1
280:10 290:18
**reference**  213:9
348:20
**referenced**
449:6
**referred**  36:10
214:3
**referring**  36:11
62:4 69:16
83:15 147:20
148:1 174:6,8
242:6 252:17
255:15 275:10
298:2 314:12
318:21 350:20
400:20 402:5
410:6 432:7
**refers**  212:8
245:16
**reflect**  30:12,20
31:18 134:7
204:7 324:14

442:10
**reflected**  95:1
143:5
**reflecting**  95:9
116:20 117:12
120:17 140:5
221:17
**reflective**
132:18
**reform**  311:1
**refrain**  111:16
**refresh**  54:14
142:6 315:22
426:18
**refreshes**
312:17
**refused**  78:8
311:5
**refuses**  85:2
**refusing**  311:8
**regarding**
32:17 37:17
52:2 111:11
118:4 150:13
152:8 172:16
228:21 342:21
400:1 429:9
**regardless**
362:8
**regimes**  277:8
327:10,14
**region**  242:11
244:7 282:20
284:8 285:3,9

285:22 286:10
286:18 287:9
288:3,5,8
**regional**  364:6
364:10,11,18
**regions**  284:3,4
284:8,10
**register**  320:18
**regular**  179:2
**regularly**  136:2
**reissued**  312:5
**reiterated**
222:13
**reject**  152:14
152:22,22
**related**  372:14
372:21 447:11
**relates**  396:1
**relating**  370:13
**relative**  447:13
**relatively**
256:22 270:10
271:1
**releases**  422:22
**relevance**
419:16
**reliable**  190:12
274:4
**relied**  119:19
134:6 173:2
175:6 200:4
363:2
**rely**  168:14
175:1,1 346:19

361:5,7
**relying** 168:16
224:4 246:10
**remain** 313:15
313:20 324:8
335:2,2 336:9
**remains** 71:2
128:17
**remediate**
404:13
**remediation**
404:9
**remember**
30:11,15 38:2
38:5 47:2
109:2 133:8,10
172:6,7 212:13
226:14 271:17
295:6 374:1
431:8,22
**remind** 265:3
314:16 341:15
**remotely** 8:6
9:17
**removal** 83:3
**remove** 79:13
82:15,20
**removed** 85:5
85:14
**removing** 85:1
**reorganization**
181:1
**repeat** 26:3
32:19 47:9

68:17 77:2
78:12 164:18
179:11 215:4
294:21 322:3
**repeatedly**
124:14 423:1
**replace** 40:14
**replaced**
118:15
**replacing**
118:14
**report** 31:7
33:7 66:13,16
77:12,13 178:8
178:16 242:9
270:2,4,8,12
271:2,13
**reported** 1:21
31:13,19 35:5
36:4 200:11
**reporter** 1:21
8:2 10:3 79:17
84:8 133:21
135:5 139:9
202:13 209:11
245:7 278:22
299:7 407:3
426:5
**reporting**
31:21 32:2,3
33:13 86:7
226:9 307:4
308:10 309:13

**reports** 55:12
55:13,13
136:14 202:9
**represent**
185:18 193:22
206:12
**representative**
22:19 23:8
**represented**
11:12 205:22
207:9
**representing**
7:22
**repression**
273:14,17,21
274:9 275:4
276:1,9,20
277:3
**republic** 277:1
**request** 213:20
305:17,20
306:2 354:17
388:8
**requested**
209:12 318:8
407:4
**requesting**
306:14 431:2
**requests** 388:4
388:4,20
**require** 216:7
249:16 357:20
**required** 38:15
107:7,9 143:19

164:11,21
177:2 178:4
180:21 188:22
193:9 210:8
214:9,15 215:1
215:11,13,18
215:21 224:1
238:12 241:7
283:13,17
349:10 391:19
416:9
**requirement**
146:12,14,20
165:8 282:9,17
433:12 434:10
**requirements**
396:1,3
**requires**
178:21 179:15
187:20 191:7
223:10 424:12
**reran** 318:4
319:4 322:12
376:18 377:6
377:14 393:16
**rerun** 312:7
318:3,11,21
390:9,15 391:3
**rerunning**
318:4,12
**rescinded**
301:7 311:22
390:21 391:2
395:4

**reserve** 445:20
**resolution**
338:7 339:12
340:9
**resolved**
340:18
**resources**
246:14
**respect** 287:13
401:22 403:17
**respectfully**
406:12
**respecting**
407:9
**respond** 81:3
82:12 200:22
201:10 243:13
**responded**
430:16 431:11
**responding**
419:21
**response** 4:8
61:20 118:5
344:10 371:1
381:22 382:11
384:10 420:10
430:17
**responses**
217:10
**responsibilities**
37:6 45:7,19
45:20 60:12,14
60:17 64:9
65:6,11,17

66:5 87:18
**responsibility**
64:20 93:16
**responsible**
88:5
**responsive**
370:17
**rest** 218:7
275:19
**restart** 196:17
254:1,4,8
**restarted** 197:4
**restarting**
253:18
**restate** 139:11
**restore** 190:10
192:19 194:4
197:14,16
353:10 354:6
354:18
**restraining**
298:5
**restroom**
369:11
**result** 14:15,18
15:1,6,15,20
131:6 370:17
**results** 14:17
**resume** 219:12
221:12,18
236:4,7
**retain** 182:17
324:15 334:10
334:10,21,21

335:13
**retained**
297:15 446:15
**retention**
320:18 322:21
**retract** 54:20
**retreat** 324:1
**return** 90:22
91:2 304:20
306:6 308:18
309:8,20 376:8
449:14,17
**reuters** 140:16
**reveal** 12:14
13:12 177:19
236:17
**reveals** 157:22
283:4
**review** 21:20
182:21 199:18
223:15 404:8
404:13 407:11
449:7
**reviewed**
137:13 199:21
207:14 208:4
**reviewing**
403:21
**revisit** 345:18
**rif** 145:15,18
145:19,22
146:6 228:4,6
228:7,10
306:22 307:7

308:11 309:6
310:3,13 311:4
311:8,11,21
312:8,11,19
313:8 317:1,14
317:22 318:3
318:12,12,21
318:22 319:4
319:15,19
320:11,16
321:13,18
322:11,12
324:18 327:3,5
333:21,22
334:5 336:9
337:17 376:17
376:18,19
377:6,14
389:16,18,22
390:3,11,12,16
390:17 391:20
393:15,16
394:5,12 395:3
395:11 397:2,7
**rif'd** 146:11
229:1 309:20
322:7,9 323:20
323:22 324:11
325:16
**rifs** 227:15
253:4 309:21
316:2 317:3
331:18 336:14
390:9,21 391:2

[rifs - running]                                                    Page 72

| | | | |
|---|---|---|---|
| 391:9 392:3 | 264:7 265:6 | **rockefeller** 2:5 | **ruben** 16:2 |
| 395:12 | 274:4 278:11 | **role** 16:11 23:7 | **rubio** 53:2 |
| **right** 20:1 21:8 | 278:14 291:18 | 23:18 25:1 | **rude** 383:12,14 |
| 22:3 35:18,20 | 296:3 317:4 | 32:18 33:1 | **rule** 323:5 |
| 43:11 49:9 | 318:2 325:7 | 36:6 37:2 43:5 | **rules** 10:15 |
| 50:20 64:4 | 329:17,20 | 51:2 53:14 | **ruling** 111:19 |
| 69:18 70:5 | 334:5,18 335:5 | 54:11 59:22 | 111:22 267:8 |
| 74:18 77:6,7 | 335:18 337:22 | 60:8,9 69:8 | 415:7 |
| 81:5 82:11 | 338:3 340:3 | 76:14,15 86:20 | **rulings** 416:3 |
| 93:12 96:6 | 342:1,3 347:11 | 96:16 314:2,2 | 418:9 420:5 |
| 102:12 103:1 | 349:11 352:10 | 314:4 379:9,18 | 421:22 422:8 |
| 107:4 109:21 | 353:15 363:16 | 380:3,6 403:5 | **rumblings** |
| 113:17 114:22 | 363:21 366:19 | **roles** 57:21 | 100:7 |
| 115:11,15 | 367:15 374:19 | **roll** 280:13 | **run** 17:14 |
| 121:16 124:15 | 376:13 380:20 | **roman** 144:19 | 22:19 23:8,18 |
| 125:7 126:16 | 385:7 389:19 | 154:12 378:18 | 88:5 256:19 |
| 134:3 148:16 | 389:21 390:22 | **room** 5:17 | 259:11 261:11 |
| 155:16 156:22 | 391:7,12 392:1 | 401:13 | 261:11 314:9 |
| 160:5 170:12 | 393:19 394:18 | **root** 131:2 | 314:15 336:5 |
| 170:18 171:4 | 407:16 413:6 | **rough** 337:12 | 350:9 369:11 |
| 171:17 176:14 | 413:21 417:7 | **roughly** 47:16 | 378:22 401:2 |
| 187:13 189:7 | 417:10,15 | 56:10,11,14 | 401:21 415:9 |
| 190:14,18 | 424:3,17 426:1 | 57:3 63:1,7,21 | 416:7 417:1,17 |
| 192:5 193:12 | 429:6 432:1,6 | 70:4 103:2 | 420:1 421:11 |
| 198:18 203:18 | 432:15 435:21 | 115:13 173:12 | 422:16 435:13 |
| 204:1 206:2 | 443:12 444:3 | 226:15 234:10 | 436:6 |
| 207:5 210:20 | 445:12,20 | 236:5 255:11 | **running** 14:19 |
| 212:20 222:2 | **rise** 127:18 | 256:11 290:3 | 23:21 93:11 |
| 222:11 223:3,9 | **road** 374:2,5 | 335:8 338:3 | 264:6 314:6,11 |
| 234:13 237:20 | 376:11,12,14 | 363:4 374:4 | 323:8 346:18 |
| 240:10,22 | 376:22 | 438:19 | 350:10 379:7 |
| 243:9 248:13 | **roam** 49:3 | **royce** 144:6 | 400:19 409:11 |
| 255:6 257:17 | **rock** 394:19 | **rubbing** 40:1 | 410:3 |
| 257:19 260:8 | | | |

**runs** 136:14
**russia** 233:21
  233:22 234:3
  234:16 235:5
  235:15,22
  236:4,8 237:5
  273:16 277:17
**russian** 253:19
  254:16

**s**

**s** 2:1 3:1 4:1,5
  5:1,2 6:1,2 7:1
  232:1,1,1
  450:3
**safe** 341:20
**safety** 422:7
**sake** 192:12
  324:6
**salaries** 364:21
**salvageable**
  125:8 126:4
  128:16 129:11
  130:22 131:8
  131:16 132:13
**sarmad** 3:12
  9:9 449:1
**sarmad.khoja...**
  3:14 449:1
**sat** 422:14
**satisfactory**
  356:21
**satisfy** 180:22

**saturday**
  171:21
**save** 341:9
  421:16
**saved** 323:21
**saving** 424:17
**saw** 162:8
  172:6,9,11,21
  173:8
**saying** 47:20
  69:15 74:20
  163:8 165:7
  174:11 196:6,7
  196:8 210:6
  211:11 224:2
  227:7 265:6
  279:5 280:22
  283:18 285:17
  299:20 339:10
  383:16 391:1
  394:19 405:1
  406:18 411:6
  416:6 417:1,9
  428:18 429:22
  442:15
**says** 51:1 57:11
  58:1 72:3,6,11
  83:3,20 107:3
  126:5 130:13
  146:1 151:2
  165:1 166:4
  173:13,18
  178:5 190:2,9
  200:9 214:7

  215:9 241:20
  246:20 251:7
  283:22 288:3
  289:1 291:1
  305:3 308:11
  308:15 334:9
  335:12 348:9
  353:7 361:22
  363:9,12 364:8
  365:17,18
  367:3 370:12
  389:18,19
  400:18 434:17
  435:2
**schedule** 90:5
  176:8
**scheduled**
  265:22
**schultz** 2:15
  8:19,19
**scope** 79:22
  99:18 424:9
**scratch** 138:11
**se** 272:17
**search** 370:17
  381:21 384:10
  385:10
**searched**
  388:10
**searching**
  385:1,6
**seat** 14:21
**second** 17:14
  18:14 54:7,7

  134:7 232:17
  308:10 333:18
  334:9 377:6
  433:5 434:17
  445:11,21
**secretary** 53:2
  203:19 204:2
**secretary's**
  204:17
**section** 107:4
  245:13,16,22
  246:1 288:18
**sector** 313:14
  375:18
**security** 127:11
  379:9,19 380:3
**see** 20:2 22:22
  27:18 35:1
  43:4 73:19
  74:20 79:14
  123:6 125:22
  126:13 130:13
  130:21 133:9
  142:3 148:3
  164:3 165:18
  171:16 183:11
  189:10,11
  198:12 200:8
  202:1 232:22
  252:9 257:22
  259:22 264:5
  266:10 281:19
  283:8,21 284:6
  297:5,6,6

**[see - september]** Page 74

299:19 303:16
307:9,21 308:1
308:20 312:16
313:2 331:13
333:18 334:12
334:14 343:21
353:7 363:16
364:1 370:12
379:9 380:22
381:19 389:18
400:3 404:5
409:12 427:4
431:1 441:15
**seeing** 269:7
394:17
**seek** 89:12,16
92:5 378:13
**seeking** 419:22
**seem** 161:18
383:17
**seemed** 271:7
271:10 350:13
350:14,20
**seemingly**
350:16
**seems** 308:14
405:7
**seen** 34:17 35:3
97:15 118:22
122:22 141:19
199:16 200:1
208:7 269:22
332:15,21
333:5 346:14

360:7
**segment** 202:2
**seide** 3:7 9:3,3
**select** 434:18
**selective**
201:19
**selectively**
201:6
**self** 127:13
**senate** 15:22
16:1 340:16
**senator** 4:9
14:20 175:8
222:13
**send** 145:12
162:2,5,5
184:12 393:13
**sends** 84:20
270:11
**senior** 4:14
23:20,21 25:1
27:21 28:1,14
28:18 29:3
30:4,13 31:6
33:1 34:8,11
34:14,20 35:6
35:17 36:5
37:2,6,12,13
38:6,14 40:10
40:14,20 41:1
41:15,19 42:10
43:13,18,19
45:9,16 46:17
46:19,22 47:2

47:3,4,7,12,21
48:5,9,19 49:2
49:6,8,15,18
54:11,15,17,21
55:14 57:8,12
58:1,16,19,22
59:3,14,22
60:10 65:8
67:12 95:17
105:21 106:1
107:14,17
121:6 123:9
137:5 143:14
144:4,5 149:3
149:6,21
153:14,22
154:2 155:6
157:15 162:13
164:5 173:2
175:2 205:16
218:7 233:14
295:13 307:5
350:11 356:19
363:3 375:2,12
427:19 429:4
431:6 434:14
438:21
**seniority**
324:10
**sense** 295:3
337:12,14
352:15 363:12
437:8,14

**sensitive** 7:5
**sent** 106:10
142:17,22
145:12 147:12
147:18 160:12
160:16 161:1
208:5 227:16
227:22 270:3
307:1 326:19
390:11 393:15
432:3 444:10
449:15
**sentence** 83:2
130:7 134:5,6
134:7 180:19
190:4 297:10
308:15 334:18
335:12 353:16
363:11 417:21
**sentences**
130:17 199:7
201:16 334:18
409:8
**separate** 37:18
73:4,16,22
74:6,9 81:20
81:22 84:22
209:14 210:7
211:9 288:7
291:14
**separately**
129:2
**september** 1:16
7:4 256:6

338:2 339:6
376:3 449:2
**sergio** 53:22
60:20
**series** 118:4
122:3
**serious** 125:1
**servants**
134:20
**serve** 23:7 72:7
75:21 76:13,15
190:11
**served** 57:8
118:18 289:3,7
289:14,18
378:4
**serves** 85:21
86:1
**service** 102:15
103:8 105:10
106:17 117:20
120:13,14,19
227:18 228:5
228:11 252:8
252:10 291:13
297:12,18
439:16
**services** 109:16
109:17 138:6
138:16 203:5
204:4 214:8,16
215:2,11,13
229:13 233:5
297:3 299:13

372:19,20
425:21
**serving** 25:1
54:11
**ses** 45:5 84:16
395:2
**sess** 45:3
351:14
**settlement**
127:15
**seven** 98:12
178:3,17 205:2
355:9 405:14
415:5 446:15
**several** 157:8
306:3 320:10
330:14 353:21
**sge** 49:20
**shake** 10:18
**share** 98:8
112:20 162:6,7
228:18 430:22
432:16 442:3
**shared** 162:14
162:16,17
163:3,9,11
**sharing** 93:15
**sheet** 448:7
449:12
**shielded** 404:8
**shiny** 208:8
**shit** 409:20
422:6

**shocked** 352:17
**shocking**
351:10
**shore** 289:20
**short** 438:6
**shortly** 109:5
172:9 235:1
**show** 5:4 54:3
82:10 96:9,15
97:18 127:9
132:21 133:5
133:18,19
134:5 136:21
141:22 148:3
184:16 189:20
198:14 200:21
307:5 312:16
331:17 333:19
343:13,17,20
365:12 367:12
367:18,20,21
368:22 382:1
384:11 409:21
413:17 414:10
426:3 427:2,3
435:13
**showed** 134:4
326:18
**showing** 129:21
141:15 185:7
205:19 279:2
346:12
**shows** 204:12
439:13

**shut** 109:17
110:3 198:8
200:12
**shutdown** 4:21
182:14,17,22
183:8 234:9
**sic** 286:6
437:19
**sick** 368:13
**side** 22:3
258:16,17
259:2
**sign** 158:20,21
159:1,11,12,13
159:16 160:7
311:4,8 449:13
**signal** 372:15
372:20 373:1
**signatories**
158:18 160:6
160:15
**signature** 159:3
160:1,2,4,11
161:2 447:17
**signatures**
154:10 172:12
173:1
**signed** 18:11,22
21:21 144:9
148:21 149:2,3
149:6 153:15
154:12,14
157:8 162:13
172:3,5 186:4

**[signed - sorry]**

205:18 218:8
292:3 309:21
310:2 373:12
394:20,22
398:7 427:16
448:7 449:20
**significance**
286:5,6,7
**significant**
178:22 179:17
273:7,10
282:20 284:2,4
284:7,8,10,20
284:20,21
285:3,5,9,22
286:10,18
287:9,14,16,17
287:17,18,19
288:3,5,8
289:21 337:5,8
337:11,15,20
338:8,18 423:9
**signing** 311:11
**similar** 43:5
64:10 116:2
396:10 431:15
431:17 440:3
440:20
**simple** 128:12
308:10
**simply** 11:17
128:14 153:16
**single** 180:1
323:5 352:9

**sir** 135:6
202:15 356:1
**sit** 355:15
423:11
**sites** 88:9
**sitting** 14:18
15:3,16 262:13
267:16,22
366:2 407:15
423:18
**situation**
224:20 306:4
378:3 380:20
**situations**
306:1
**six** 98:10
122:19,20
154:1 157:16
212:20,21
213:6 257:19
355:9 373:11
**size** 287:17
318:15 424:8
**sized** 352:10
**skills** 325:11,17
351:17
**skimming**
142:16
**skinny** 381:8
**skipping** 199:7
**slightly** 267:14
334:17
**slow** 217:9
238:7

**small** 202:2
352:18
**smartphones**
290:4,4,8
**snippet** 433:9
**snow** 114:1
118:15
**social** 259:20
269:5,6
**socialist** 329:6
330:13
**solid** 266:5
**soltani** 85:21
220:17 225:20
261:16 384:19
**solutions**
449:22
**somebody**
17:12 20:8,14
40:18 51:17
85:1 136:13
151:11,12,17
161:2,8 181:15
181:16,16
257:9 263:7
267:4 304:15
305:3,4,5,6
306:5 320:9
323:21 324:9
388:6,21 398:3
440:9,13 441:4
444:2,5
**somebody's**
159:4 304:8

**soon** 158:16
199:18 375:18
391:2
**sorry** 17:16
22:16 36:17
41:14 46:18
47:9 54:5,19
58:5 60:20
68:11,15 77:2
84:9 98:6
129:16 132:2,3
135:12 142:8
144:15 146:18
149:15 154:17
159:21 173:16
197:14 206:6
214:17,19,20
218:1 220:8
224:12 231:6
231:12 234:1
235:18 244:18
245:6 263:9
281:13 282:1
295:5 315:8
323:20 327:16
331:13 332:6
341:6 344:18
346:5 349:20
355:4 361:16
377:21 379:3
381:11 385:8
389:9 392:21
395:19 408:17
408:17 414:18

**[sorry - staffing]**                                                Page 77

415:3 444:3
**sort**  53:11
  174:7 186:16
  312:4 368:17
**sought**  92:9
**sound**  102:22
  161:18 291:18
  435:12
**sounded**  270:6
**sounds**  28:7
  64:4 94:13
  109:21 161:15
  173:7 203:17
  204:1 277:11
  291:19 392:1
  424:15 426:1
  430:18
**source**  190:12
  277:13 307:12
  358:15
**sourced**  307:5
**sources**  246:6
  246:14 247:10
  247:20 249:5
  249:13 250:3
  439:6
**south**  221:15
  226:11,17
  285:20 286:6
  286:10,21
  287:1
**space**  24:13
  359:1

**spaeder**  1:18
  2:16 7:20 8:20
  8:22 9:2
**spanish**  165:5
  265:16 359:22
  360:2
**speak**  52:13,21
  53:2 73:7
  98:21 230:19
  230:22 243:1,1
  253:10,11
  325:19,20
  336:10
**speakers**
  230:11,18
**speaking**  29:14
  45:18 99:7
  158:18 273:22
  274:10 275:7
  276:1,10 356:2
  371:13 390:18
  401:8 419:11
**speaks**  288:18
  289:1
**special**  351:15
**specialized**
  242:17 244:6
  325:10,16,18
**specific**  20:16
  27:22 28:7
  38:14,22
  111:21 118:2
  176:5 242:11
  253:9 256:7

312:20 313:11
  315:20 322:20
  323:4
**specifically**
  11:15 16:10
  29:9 53:4 93:1
  142:10 215:22
  323:10
**speculate**  38:21
  39:3,4 221:3
**speculation**
  76:10 85:8
  90:3 120:4
  181:11 182:8
  242:13,20
  243:17 296:6
  296:14 338:12
  339:1 379:13
  423:16
**speed**  101:6
**spend**  14:3
  80:21 261:1
  336:15,21
  424:21
**spending**
  127:15 338:8
  338:17,18
  347:11 364:3
**spent**  128:1
  336:22 338:9
  364:6,9,20
  365:15 366:2
**spies**  127:11

**spoke**  53:5 86:3
  103:12,15
  118:13 153:22
  253:18 374:11
  378:5
**spots**  130:14
**spring**  50:8,16
  86:18 300:6
**squeeze**  356:22
**squint**  185:15
**sr47**  372:4
**staff**  101:19
  102:5,12 103:3
  103:7 105:8,11
  105:17 107:10
  108:10,13,18
  140:11,18
  186:5,6 229:13
  233:14 235:5
  237:22 291:7
  293:16 294:10
  294:11,13,15
  295:12 318:16
  335:15 341:7
  363:3 364:21
  388:6
**staffed**  238:7
**staffer**  105:21
**staffing**  19:22
  20:2,12 176:18
  222:15 232:19
  233:4 238:2
  251:9 255:4
  292:17 293:2

**[staffing - statutory]**                                    Page 78

| | | | |
|---|---|---|---|
| 349:6 | **started** 35:17 | 225:10 327:5 | 427:12 434:20 |
| **stage** 355:20 | 42:8 47:8,15 | 371:18 381:6 | 441:18 |
| **stakeholder** | 73:18 155:21 | 440:1 | **static** 114:2 |
| 110:15 111:3 | 156:3,5 193:17 | **stated** 130:5 | **stating** 146:6 |
| **stakeholders** | 196:19 219:10 | 215:14 361:17 | **station** 118:22 |
| 112:15 | 234:10 318:5 | **statement** | 119:4,14,14 |
| **stamp** 334:7 | **starting** 22:6 | 125:10 126:6 | **stations** 114:1 |
| **stand** 407:21 | 55:8,14,17 | 131:21 132:12 | **statistics** 269:3 |
| 423:5 | 63:6 67:10 | 132:17 200:10 | 269:9,22 270:8 |
| **standard** | 68:5 69:7 | 201:16 292:21 | 271:21,22 |
| 267:10 416:19 | 156:1 245:20 | 294:4 366:22 | **status** 375:15 |
| **standards** 5:8 | 353:16 356:2 | 373:4 415:13 | 376:6 377:15 |
| 360:14 | **starts** 51:17 | 415:15,16,19 | 440:22 |
| **standing** 118:5 | 73:21 | **statements** | **statute** 169:20 |
| 274:17 275:13 | **stat** 149:1 | 27:10 132:18 | 215:21 216:4 |
| 275:14 282:22 | 150:5,7,10 | 416:6 417:1 | 216:17 222:18 |
| **stands** 188:8 | 155:9 168:6 | **states** 1:1 6:5 | 223:1 238:12 |
| 371:6 | 169:17 170:2 | 7:17 9:10 | 246:17,18,18 |
| **staple** 333:9,11 | 175:9 176:6 | 22:14 33:16 | 247:1,3 249:16 |
| **stapled** 239:16 | 177:9 193:5 | 69:6 114:7 | 278:6,7,9 |
| **stapler** 331:20 | 194:20 195:21 | 123:15 125:7 | 281:11 288:2 |
| 331:21 332:5,8 | 196:3 197:21 | 126:3 131:12 | 288:10,10,11 |
| **star** 313:14 | 216:20 217:3 | 132:8,9 162:15 | 288:15 296:11 |
| **start** 14:1 | 290:2 374:22 | 215:21 232:17 | 355:1 363:6 |
| 19:18 35:13 | **state** 2:10 8:4,6 | 245:13 254:21 | **statute's** |
| 49:22 52:9 | 8:13,16 24:7 | 259:19 277:6 | 357:19 |
| 78:20 89:18 | 24:14,22 54:10 | 282:17 289:2,7 | **statutes** 170:1 |
| 104:18 122:15 | 86:4,9,10,12,20 | 289:14,18 | 215:2 216:7 |
| 155:9 193:17 | 87:2,4,7,10,13 | 292:16 297:1 | **statutorily** |
| 193:18 194:4,4 | 87:15,19,20 | 303:10 304:10 | 119:5 193:9 |
| 217:7 219:6 | 117:18 135:15 | 307:6 310:8 | 215:18 391:13 |
| 224:13 279:3 | 162:15 163:2,4 | 355:2 360:14 | **statutory** 107:5 |
| 292:16 328:4 | 163:10,12 | 360:16 362:10 | 107:13 108:1,4 |
| 352:5 361:16 | 204:3,5,8,19 | 362:15 421:14 | 108:9,12 110:5 |

**[statutory - summarize]** Page 79

| | | | |
|---|---|---|---|
| 114:5,8 118:21 | 394:20 395:1 | **stout** 3:12 9:12 | 290:15 295:5,9 |
| 143:9,17 | 423:12 424:13 | 9:12 | 347:14 |
| 144:10 146:16 | **stay** 46:14 | **street** 1:19 2:11 | **subsection** |
| 147:11,13,16 | 378:6 397:1 | 2:17 3:8 7:20 | 178:7 |
| 153:6,7,10,16 | 425:1 441:8 | 49:4 | **subsequently** |
| 153:17 154:5 | **stayed** 298:6 | **strengths** 46:11 | 51:1 |
| 154:21 156:18 | **staying** 65:17 | **strike** 103:12 | **substance** |
| 162:2 163:4,5 | **stenotype** | 108:10 115:17 | 32:13 33:9 |
| 163:22 164:10 | 447:7 | 140:11 142:2 | 52:2,4 103:17 |
| 164:20 165:7 | **step** 109:22 | 153:20 162:18 | 228:19 |
| 166:5 167:5,8 | 163:14,17 | 186:12 203:19 | **subtitles** 360:4 |
| 167:14 171:16 | 180:1 231:7 | 236:14 247:18 | 360:6 |
| 173:16 174:12 | **stepped** 85:6 | 293:10 305:10 | **successful** |
| 176:17 190:11 | **steps** 85:15 | 339:21 344:9 | 241:22 |
| 193:14 195:6 | 93:1 180:2,3 | 361:16 362:6 | **succession** 34:1 |
| 197:22 198:2,3 | 192:18,21 | 398:1,16 | 34:7 85:13 |
| 198:4 205:11 | 197:13,15 | **strikes** 239:1 | **sudan** 276:7,8 |
| 205:12,17 | 425:15 441:18 | **stringing** 408:1 | 276:16,19 |
| 215:16 218:3,5 | **stewart** 320:9 | 408:1 | **suggested** |
| 222:9 224:2,5 | 392:16 393:8 | **stripping** | 233:14 305:15 |
| 232:19 233:3 | 397:10 | 398:18 | 426:14 |
| 233:17 237:15 | **stickers** 240:12 | **stronger** 125:4 | **suggesting** |
| 237:21 238:2 | **sticking** 25:7 | **stuck** 195:17 | 366:4 |
| 257:13 282:9 | **stop** 48:4 58:21 | **studio** 365:18 | **suggestion** |
| 282:17 292:19 | 112:8 169:22 | **stuff** 322:1 | 386:3 428:7 |
| 294:16 295:10 | 205:5,5 299:1 | **style** 359:4 | **suing** 12:20 |
| 295:22 296:4,8 | 406:3,20 | **styled** 367:19 | 408:2 |
| 310:9 311:2 | 419:10,13 | **subject** 179:2 | **suite** 1:19 2:17 |
| 348:13,17,20 | **stopped** 114:15 | 216:8 325:11 | **suited** 262:10 |
| 349:2,6,19 | **story** 238:9,12 | 325:17 371:8 | **sum** 423:10 |
| 350:17,21 | 239:3 273:2,2 | **submit** 178:8 | **summarize** |
| 351:19 353:12 | 273:6,7 307:21 | **submitted** | 416:5,17,22 |
| 354:19,20 | 308:2,5,7 | 100:22 141:17 | 417:12 |
| 355:21 356:10 | 439:18 | 142:1,4 260:7 | |

**[summary - talk]** Page 80

| | | | |
|---|---|---|---|
| **summary**  156:8 | 158:14 162:18 | **surge**  241:1,7 | 47:10 59:21 |
| 163:11 173:14 | 162:21,22 | 241:17,20 | 60:9,13,16 |
| 173:18 | 164:20 168:20 | 243:13 325:7 | 65:16 77:21 |
| **summer**  50:9 | 170:15 179:22 | 326:3,8 | 81:16 92:19 |
| 271:22 272:1 | 180:4 187:9 | **surprised** | 124:18 131:2 |
| **summit**  433:6 | 189:18 199:17 | 351:1,2,4,5,6,7 | 142:7 158:15 |
| **sunday**  171:21 | 210:4 212:7 | 352:1,4 | 170:14 171:1 |
| **supplement** | 215:5 217:13 | **susanne**  276:19 | 192:2,18 |
| 441:19 | 219:8 222:4 | **swanky**  127:17 | 197:13,15,21 |
| **supplemental** | 226:7 235:1 | 127:17 | 198:4 208:10 |
| 343:5 353:8 | 236:2 239:17 | **swear**  10:3 | 225:4 243:21 |
| **supporters** | 253:7 255:21 | **sweet**  19:12 | 244:3 302:11 |
| 127:12 436:18 | 256:1 260:22 | **sworn**  10:8 | 324:2 326:6 |
| **supposed** | 261:1,22 262:1 | 16:15 232:9 | 332:17 343:18 |
| 149:19 | 265:17 277:9 | 447:5 | 345:7 369:9,13 |
| **sure**  17:10 20:1 | 277:14 280:21 | **sympathizers** | 369:14,17,19 |
| 20:3 22:12 | 283:15 286:16 | 127:12 | 383:4 404:1 |
| 26:4,17 30:21 | 286:18,19 | | 411:3 421:18 |
| 32:22 34:3,5,9 | 287:6,10 295:2 | **t** | 421:19 427:4 |
| 35:9 37:9 38:7 | 298:1 309:4 | **t**  4:1,1,5 5:1,1,2 | 437:21 |
| 39:18 43:10,15 | 313:3 314:14 | 6:1,1,2 85:3 | **taken**  7:11 |
| 56:7 63:16 | 314:20 316:20 | 232:1 450:3,3 | 124:14 193:10 |
| 66:2,19 68:4 | 319:11 322:6 | **tab**  54:2 79:16 | 231:16 270:3 |
| 74:2 78:14 | 332:2,17 337:3 | 96:10 129:15 | 376:14 377:4 |
| 79:4,6,8 82:10 | 339:4 340:4 | 129:15 133:12 | 447:3,6,13 |
| 88:4,5 90:12 | 344:4 345:10 | 141:10 183:14 | **takeover** |
| 102:4 105:2,15 | 347:1 359:7 | 292:7 307:5 | 203:11 |
| 110:18 115:21 | 367:9 369:12 | 313:4 331:12 | **takes**  193:18 |
| 115:22 125:21 | 369:16 374:16 | 331:14 343:9 | 244:5 |
| 128:21 130:3 | 377:4 381:3 | 346:4 367:7 | **talent**  242:1,4,5 |
| 130:15 136:14 | 387:20 403:13 | 389:8 400:8 | **talented**  134:20 |
| 139:1 140:9 | 404:10 409:7 | 408:15 | 280:22 |
| 142:9 144:18 | 438:7 442:22 | **take**  7:8 11:6,9 | **talk**  26:11 |
| 148:5,12 | 445:22 | 26:16,20 46:9 | 37:21 51:19 |

101:15 112:21
158:10,12
175:20 222:5
225:19 227:15
254:14 256:8
265:21 282:5
290:10 300:17
328:3 355:15
373:11 384:1
391:7 434:11
**talked** 37:19
133:13,16
176:1 282:12
320:15 325:6,9
339:21 372:19
373:3 381:2
433:2,12 434:1
**talking** 23:3
69:17 128:2
137:2 148:13
208:11 240:22
301:6,8 327:2
328:9 356:19
367:16 373:14
389:5 397:4
424:19 433:22
441:4 445:1
446:3
**talks** 239:8
246:18
**tank** 137:9
**tarak** 106:3,6
106:18,20

**tasked** 320:2
**tasks** 46:13
**taxpayer** 124:7
130:16 402:11
408:4 423:6,10
442:18
**taxpayers** 4:15
131:4 341:10
**tea** 156:2
**team** 19:16,19
20:11,14,17,21
21:1,3 38:8
39:19 44:4
48:7,13 49:1
112:18 113:13
123:17,19
124:3 143:13
143:14 144:2,3
147:8 175:1
204:18 228:4
228:10 229:6
250:12 255:6,9
256:12,13,16
257:3,7,9,11
258:8 260:20
261:4 300:17
302:8 314:5
323:7 428:10
430:7,14 442:9
**teams** 91:18
**technical**
252:22 258:16
259:2

**technician** 3:20
7:2 9:16 10:2
39:21 40:5,7
88:13,17 171:6
171:10 231:10
231:12 232:3
252:22 302:20
303:2 323:18
369:21 370:3
385:9 438:8,12
446:11
**technicians**
141:5 242:8
257:10
**technique**
416:19
**technology**
352:10
**telephone**
372:17,18
**television**
434:22 435:8
**tell** 38:4 61:3
71:12 98:15
99:16 100:2
136:2 225:16
226:13 255:22
311:7 315:19
342:18 367:4
385:10 388:13
388:19 405:12
409:17 410:22
411:17 412:17
430:8,9,16

442:19
**telling** 176:6
201:9 224:5
251:8 357:1
**tells** 351:15
**temporary**
298:4
**ten** 79:3 369:20
**term** 49:20
118:6 293:11
402:19 425:4
**terminate**
102:15 103:7
105:9 106:17
107:10 300:14
**terminated**
108:12,19
186:1,2 297:2
297:11,20
298:9 299:15
300:7 301:11
337:17 338:10
352:3 392:10
393:1,8
**terminates**
243:12
**terminating**
106:22
**termination**
227:17 298:6
**terminations**
181:2 337:21
338:1

**[terms - think]**                                                    Page 82

| | | | |
|---|---|---|---|
| **terms**  43:6 | 137:18 157:5 | **therapist** | 47:1 48:13 |
| 106:16,21 | 186:14 223:7 | 120:11 | 49:8 50:21 |
| 235:14 237:3 | 255:19 271:6 | **thereabouts** | 55:9 59:8,9 |
| 254:21 345:22 | 306:12 329:21 | 120:15 | 60:15,16 61:2 |
| 426:22 | 339:13,15 | **thicker**  240:14 | 61:17 62:5,21 |
| **terrible**  422:1 | 348:19 416:16 | **thin**  216:21 | 65:9 69:14 |
| **territories** | 416:18 417:5 | **thing**  10:16 | 70:16,17 71:14 |
| 434:20 | 417:20 433:21 | 92:20 111:21 | 79:2 80:3 |
| **terrorist** | 443:1 446:14 | 124:3 251:17 | 88:10 90:5 |
| 127:12 | 447:4,6,9 | 255:13 269:20 | 91:18 93:15 |
| **terry**  144:21 | 448:4,5 449:9 | 272:15 282:14 | 94:20 99:6 |
| 377:22 378:2 | 449:18 | 316:12 336:6 | 100:4 101:12 |
| **terry's**  377:22 | **text**  172:14 | 354:21 401:10 | 104:1 105:6 |
| **terse**  279:19 | 372:7 | 401:12 409:22 | 106:9 108:7 |
| 281:1 | **thacker**  1:21 | 417:22 430:15 | 111:2 118:20 |
| **testified**  10:8 | 8:2 447:2,18 | 430:15 | 119:1,11 |
| 60:18 98:20 | **thank**  10:2 | **things**  46:9,12 | 121:15 123:3 |
| 223:6 232:10 | 19:13 40:7 | 66:14,19 68:4 | 136:17 137:9 |
| 255:3 355:21 | 42:7,9 79:16 | 120:16 131:1 | 138:17 140:20 |
| 442:22 | 86:3 97:22 | 179:21 199:3 | 140:21 142:13 |
| **testify**  13:3,5 | 125:12 129:17 | 238:8 270:5,11 | 143:7 144:19 |
| 209:15 211:3 | 135:6 148:10 | 326:1 336:5 | 144:20 147:7 |
| 321:22 366:8 | 213:14 250:10 | 340:4 342:13 | 147:20 150:18 |
| **testifying** | 277:21 280:19 | 354:22 372:14 | 153:2,3 154:7 |
| 262:16 | 281:16 303:9 | 400:4 414:11 | 154:19 156:4 |
| **testimony** | 309:21 315:15 | **think**  13:14 | 157:7 158:13 |
| 10:17 39:1,13 | 333:13 368:10 | 14:3,17 21:13 | 159:7 160:3 |
| 44:18 55:2 | 373:17 387:21 | 21:16 26:4,22 | 161:22 168:18 |
| 63:12,17 65:2 | 426:6 427:8,14 | 30:8 31:21 | 170:11,12 |
| 67:21 82:19 | 446:9,10,11 | 33:11 34:3 | 174:3,5,21 |
| 93:14 94:17 | **thanks**  333:14 | 35:3 36:12 | 177:12,21 |
| 98:19 100:22 | 408:21 423:19 | 39:15 40:12,22 | 178:12,19 |
| 101:5,22 | **thedesk.net.** | 42:17 43:5,20 | 183:18 186:13 |
| 102:18 106:7 | 307:14 | 44:3,22 45:2 | 192:5 202:12 |

**[think - time]**

| | | | |
|---|---|---|---|
| 202:13,14,16 | 342:11 347:10 | **thomas**  4:13 | 306:16 329:8 |
| 202:18 203:18 | 348:19 353:21 | 141:16,22 | 356:19 374:20 |
| 207:17 208:10 | 356:1,18 | 142:17 143:1 | 409:8 |
| 209:18 213:3 | 358:13,18 | 148:14 158:18 | **throw**  330:12 |
| 214:4 219:4 | 360:4,17 363:9 | 290:13,16,17 | 409:10 410:3 |
| 221:13 226:2,6 | 364:13 366:21 | 291:22 297:1 | 410:11 411:1 |
| 233:15 234:14 | 367:14 368:4 | 303:6 376:5,14 | 411:10,14,18 |
| 234:22 236:5 | 369:3 371:6,8 | **thought**  68:15 | 412:18,20,22 |
| 237:19 239:8 | 372:4,5 374:1 | 68:22 132:2,13 | 413:2 424:16 |
| 240:4,15 | 376:1,16 377:1 | 149:15 176:12 | **thrown**  413:5 |
| 241:12,17 | 377:2,5 378:1 | 220:9 285:19 | **till**  18:7 63:9 |
| 242:3,3,21 | 378:5 380:7,20 | 289:16 350:13 | 168:10 |
| 245:1 246:16 | 389:8,17 390:4 | 351:8,8 403:16 | **time**  1:17 7:7 |
| 246:20 249:6,7 | 390:10,11,12 | 419:1 420:6 | 8:4 11:7 14:3,5 |
| 249:10,18,18 | 391:8,16,16 | 439:4 | 26:16,20 28:2 |
| 253:8 257:4,6 | 392:12 393:17 | **thoughts**  37:18 | 28:11 29:22 |
| 257:18 262:2 | 394:15 395:5 | 209:20 | 30:1 35:4,8 |
| 265:7,17 | 398:21 399:9 | **thousands** | 40:21 42:11 |
| 267:13 268:10 | 401:22 403:19 | 424:14 425:3 | 43:19 45:15,18 |
| 268:16 270:9 | 403:22 407:11 | **threat**  289:21 | 49:19,21 50:1 |
| 270:22 271:16 | 408:13 410:8 | **threaten** | 50:11,15 57:7 |
| 284:8,17,20,21 | 411:5 416:3,5 | 410:10 | 59:5,13 61:9 |
| 285:16,17 | 418:10 420:6 | **threatened** | 63:6,9,14,18 |
| 286:3,22 290:2 | 421:22 424:21 | 412:18 | 66:1,4 67:4,10 |
| 290:7,13 292:6 | 425:2 432:9 | **threatening** | 79:7 80:21 |
| 293:20 295:2 | 434:9 436:22 | 402:3 409:9 | 81:8,16 88:11 |
| 295:19 296:15 | 437:6,16,18 | 410:2,13,17 | 88:15,19 89:8 |
| 300:15 306:7 | 439:5,13,13 | 411:1,18 | 90:10,17,21 |
| 306:10 312:3 | 442:10,17 | **three**  148:20 | 91:1 92:3 |
| 314:18 315:10 | 444:1,5 | 150:6 160:6,15 | 95:17 130:12 |
| 318:6,8,9 | **thinking**  32:1 | 160:15 174:13 | 142:7 170:13 |
| 319:9 320:12 | 196:5 | 250:11 251:7 | 171:8,12 172:5 |
| 320:21 322:10 | **third**  347:4 | 251:13,14 | 185:4 193:18 |
| 325:9 326:9 | 363:11 386:4,5 | 252:6,6 306:5 | 193:19 225:5 |

**[time - true]**                                                    Page 84

231:14 232:5
234:10 236:6
243:21 244:3
261:1 291:2,22
302:22 303:4
316:15 318:3
332:17 343:18
347:11 348:7
351:14 352:9
370:1,5 381:4
381:5 386:18
388:5,20 393:6
395:10 401:16
405:8 415:4,4
423:18 431:19
438:10,14
449:19
**timeframe**
449:8
**times**  94:14
304:15 305:19
305:22 353:21
421:8 438:19
**title**  40:10
42:12 49:17
87:13 96:6
279:13 314:2,5
314:16 324:7
**titled**  279:11
**titles**  313:17
314:7,8 322:13
322:15,16
324:12

**today**  7:4 11:12
12:3 13:3,5
21:8 46:19
58:17 115:3
126:11 128:17
129:6,10
130:21 131:15
168:10 251:20
261:1 262:13
264:12 267:16
267:22 345:21
347:11 373:3
380:2,3 406:5
422:14
**today's**  446:13
**together**  19:17
21:7,17 48:14
206:17 207:2
216:20 217:2
237:22 247:2
250:16 291:7
346:19 347:12
356:20 375:2
378:18 395:1
397:15 435:3
**told**  12:17 27:8
30:16 101:5
144:2 193:17
198:7 208:17
209:1 210:8
216:12 320:21
348:6 349:22
382:9,16
384:16 393:10

397:12 410:12
410:14 411:9
411:21 412:8
412:12 440:9
440:13
**ton**  238:8
**took**  89:15 93:2
93:3 101:16
110:1,1 154:20
192:21 239:19
244:14 326:10
374:1,4 376:11
377:1,11
393:12 405:13
**top**  62:12,19
126:14 151:2
153:14 173:16
270:9 314:21
334:7 352:14
353:1 363:17
**topic**  290:11
306:18 425:17
442:21
**total**  186:1
291:1 446:14
**tough**  298:20
**towers**  88:8
336:6
**track**  269:2,9
269:14,14,18
**tracking**  269:4
**transcript**  6:22
10:17 261:8
384:1 449:6,20

**transcription**
448:5
**transfer**  78:8
**transferred**
78:8
**transgender**
422:2
**transitioned**
59:21
**translate**  436:2
436:3,7 441:21
**transmission**
88:9 336:5,6
**transmitters**
109:18 110:4
**trash**  358:19,22
409:18
**treating**  425:15
**tree**  428:18
**trick**  83:15,17
186:17
**tried**  68:3
374:18 397:1
430:3
**tries**  270:2,9
**tro**  192:5,6
193:4,7,15,20
193:22 194:5
194:10,16
**true**  57:19 58:2
168:10 191:17
191:21 243:15
243:19 266:20
321:11 423:22

439:7 447:9
448:4
**truly** 30:10
268:7 351:17
**trump** 15:17
16:9 23:8 26:5
51:19 198:9
200:13 201:3
224:1 340:17
415:8 421:15
421:19 423:19
436:12,14,18
437:1,17,19,19
**trump's** 4:15
25:13 222:17
272:6 349:7
443:3
**truth** 327:7
328:19 422:19
**truthful** 19:5,8
226:8 403:10
**try** 57:20 83:15
150:7 308:4
386:20 387:6
387:17 404:1
421:20
**trying** 39:10
47:2 59:2
83:16 99:3,10
104:8,11
105:15 133:18
142:8 144:17
146:9 184:9,22
186:17 193:13

195:20 196:9
197:20 214:2
221:8 251:1
253:9 262:2
264:5,9,10
266:2,3 268:13
268:17 279:15
284:6 293:21
294:3 309:16
328:8 341:9
368:14 381:19
388:19 401:2
401:21 407:10
411:10 413:22
414:10 416:7
417:1,12,17
420:17 421:11
421:18 423:1,5
425:7,9 439:17
**tuesday** 1:16
171:20,21
**tune** 119:4
**tuned** 118:21
**turn** 132:22
147:15 185:12
211:19 248:14
248:15 257:17
278:13 282:6
290:10 292:18
306:17 346:2
357:5 373:5
425:17 442:21
**turned** 435:12

**turning** 150:2
200:7 232:14
237:12 248:16
259:18 278:15
288:18 331:12
347:4,13
349:11 363:19
370:11 427:15
**turnip** 356:22
**tv** 14:4 114:1
114:10 197:4
226:20 236:1
254:9 263:9
269:8,10
270:13
**tweet** 4:19,20
5:12,17,18,19
6:4 129:22
130:5 135:11
135:15 137:20
221:15 226:11
226:13 326:19
327:2 328:18
400:15 406:10
408:17 409:4
414:9,13,16
415:16 417:21
418:2 426:3
**tweeted** 103:3
135:12,12
**tweets** 409:3
419:7,15
**twelve** 213:16

**twice** 372:5
**twist** 439:17
**two** 16:15 25:4
43:21 57:15,16
74:21 84:22
98:7 130:17
142:18 201:16
280:20 291:6
291:17 306:8
306:10,16
334:18 369:10
384:8
**type** 208:8
435:7
**typewriting**
447:8
**typical** 202:3
**typo** 149:16
173:11
**tyrannical**
327:9

**u**

**u** 258:3
**u.s.** 3:13 4:21
5:6,8 9:14
14:19 15:4
170:7 281:21
360:16 361:20
386:3,3 402:12
402:14 409:15
410:5 427:12
**u.s.c.** 190:15
245:13 278:6

**[uh - unnecessary]**                                      Page 86

| | | | |
|---|---|---|---|
| **uh**  12:5 14:22 | **understand** | 431:16 432:20 | 394:15 395:6 |
| 26:7 35:22 | 11:19 12:2,9 | 434:21 435:17 | 397:11 |
| 45:17 58:4 | 13:2,4 18:11 | 437:4 443:1 | **union's**  319:11 |
| 101:17 130:2 | 19:4 34:11 | **understanding** | **unions**  312:9 |
| 154:16 194:2 | 39:10 57:20 | 6:5 56:2 106:7 | 316:1,13 318:5 |
| 233:1 246:2 | 59:3 67:13 | 165:6 179:9 | 319:3 323:3 |
| 258:1 308:22 | 76:5 79:11,22 | 187:15 188:3 | 391:6,18 392:6 |
| 317:7,16 325:8 | 81:21 83:12 | 188:10,13 | 392:11 393:2 |
| 326:21 357:17 | 99:3 103:21 | 191:13 194:9 | 397:4,6,12 |
| 390:1 429:18 | 111:20 131:13 | 222:22 223:13 | 398:21 400:2 |
| **ultimately** | 136:20 146:2 | 223:14 224:3 | 443:4 |
| 25:17 26:12 | 152:12 153:3 | 238:20 241:6,9 | **unit**  7:10 88:14 |
| 27:13 123:18 | 159:2 165:13 | 246:13 268:4 | 88:18 171:7,11 |
| 123:20 144:13 | 174:17 179:14 | 282:8,16 283:5 | 231:13 232:4 |
| 145:12 151:8 | 186:10,17 | 283:11 288:2,4 | 256:12 257:22 |
| 261:3 297:18 | 187:3,10 | 348:10 349:18 | 258:9 302:21 |
| 300:21 301:7 | 188:21 189:3 | 360:18,19 | 303:3 369:22 |
| 377:3 | 191:9 196:9 | 376:13 427:2 | 370:4 438:9,13 |
| **unable**  196:1 | 202:19 207:8 | 427:12 430:21 | **united**  1:1 6:5 |
| **unauthenticat...** | 208:16 211:10 | 435:20 443:20 | 7:16 9:10 |
| 185:6 | 215:20 216:3,6 | **understood** | 33:16 114:6 |
| **unaware** | 216:14,17 | 11:21 19:1 | 131:12 132:8,9 |
| 326:10 435:19 | 250:17 253:2 | 27:2 37:12,13 | 162:15 245:13 |
| **under**  19:1 | 258:18 261:2 | 107:9 167:3 | 254:21 277:5 |
| 39:2 81:2 | 264:10 275:19 | 223:7 | 282:17 289:2,7 |
| 82:11 125:5,7 | 293:12 309:17 | **undertake** | 289:14,18 |
| 126:3 235:19 | 323:1,9 328:8 | 353:10 354:6 | 304:9 310:8 |
| 238:12 265:2 | 335:14 348:12 | 354:11 355:12 | 360:14,16 |
| 292:4 327:8 | 348:16 351:11 | 355:13 | 362:10,15 |
| 337:17 381:6 | 351:11 354:8 | **underway** | 421:13 427:12 |
| 394:19 396:1 | 354:12,15 | 424:8 | 434:20 |
| 403:4 432:9,17 | 367:11,12 | **union**  146:6 | **units**  446:15 |
| 447:8 | 368:2,2 370:16 | 312:5,10 313:1 | **unnecessary** |
| | 407:10 424:7 | 376:19 391:9 | 124:10 383:15 |

401:4

**unsure** 443:7

**unusual** 316:22

**upcoming** 384:8

**update** 116:2 415:6

**updated** 270:3

**upset** 181:16 181:20 399:7 436:9

**usa** 392:20

**usagm** 3:18,19 4:14 5:9 10:1 14:4 16:7,10 22:19 23:7,9 24:7,10,16 25:2 27:22 33:1,22 34:12 40:17,21 44:20 56:19 62:13,19 76:6 77:7 86:16 87:2,4,7 87:10,18,20 88:5 98:11,13 98:14,16 99:17 101:19 102:5 123:9 126:7 149:1 155:9 157:15,18 158:6 162:2 166:1 178:22 179:17 182:13 182:17 189:3

190:10 203:11 208:12,16,22 214:8 215:10 216:16,19 222:18 223:10 223:22 226:19 229:11,19 230:4 243:4 247:17 263:9 264:11 291:1,8 334:9,20 335:12 336:14 348:20 353:11 357:15 361:18 371:16,22 372:1,4,8 378:14 379:18 380:2 381:21 390:8 392:8,10 393:1 398:17 416:7 417:2,17 423:2 425:21 427:16 432:11 438:22 440:2 441:18 442:4 443:5,21

**usagm's** 123:4 146:4,6 214:14 214:22 215:12 370:14 379:9 403:21

**usdoj.gov** 3:14 3:15 449:1

**use** 24:13 166:21 169:1 229:17,19 238:22 331:20 371:21 372:1,1 372:3,6,7,10,13 372:16,16,18 373:1,1 375:4 426:20 432:17 432:18 433:5,9 433:9 434:19 435:2 441:20 442:19

**used** 181:8 182:2 258:17 258:18 372:5 379:5 423:10 424:2 432:19 432:19 435:11 436:8,10 446:15 449:20

**uses** 169:18 243:5 425:20

**usgm** 214:7 336:14 361:16

**using** 118:6,6 235:4 363:13 436:5

**usually** 305:2

**utilize** 258:11

**utilizing** 350:11

**v**

**v** 7:13,15 258:3

**vacation** 61:6 61:12,13,16 64:21 69:3,17 89:19 90:1,8 90:10 91:14 92:16

**vacations** 64:13

**vague** 109:20 117:22 118:7 120:20 138:9 139:14,16 140:7 141:9 145:10 155:1,2 157:5 170:5 195:7 229:15 273:10 293:18 298:18 299:16 310:20 317:20 337:8 341:4 350:6 392:14 394:14 436:14 437:10

**vagueness** 121:14,21

**value** 127:14

**values** 277:6

**variety** 19:21 20:19 88:1

**various** 259:6

**vast** 24:12 141:1

**[vendor - voice]**                                          Page 88

| | | | |
|---|---|---|---|
| **vendor**  385:9 | **video**  1:14 3:20 | 358:14 361:1 | 215:20,21 |
| 386:4,5 | 7:2,7,11 9:16 | 361:15,15 | 216:18 218:13 |
| **venezuela** | 10:2 39:21 | 401:2 402:17 | 227:17 228:10 |
| 329:7 330:8 | 40:5,7 88:13 | 405:22 407:9 | 243:12 253:3 |
| **vera**  376:17 | 88:17 127:8 | 408:9,11 | 253:14 259:19 |
| 377:10 | 171:6,10 | 437:12 439:2 | 261:12 263:9 |
| **verify**  263:7 | 231:10,12 | **views**  217:16 | 263:17 264:6 |
| 309:13 366:13 | 232:3 302:20 | 269:7 419:20 | 264:18 265:13 |
| 449:9 | 303:2 369:21 | 420:4,9,16,19 | 269:2,9 270:1 |
| **veritext**  8:1 | 370:3 435:10 | **violate**  223:4 | 270:8 286:20 |
| 446:16 449:16 | 435:11 438:8 | **violations** | 292:20 323:8 |
| 449:22 | 438:12 446:11 | 127:11 | 327:13 331:6 |
| **veritext.com.** | **videographer** | **violent**  422:3 | 334:10,21 |
| 449:16 | 8:1 10:16 | **voa**  12:20 | 347:6,7 348:6 |
| **version**  172:21 | **videos**  269:7 | 25:15 76:14,15 | 348:21 349:2 |
| 172:22 173:8,9 | **vietnam**  273:19 | 76:16 78:7 | 353:10 354:6 |
| 173:22 174:12 | 330:17 331:9,9 | 85:6,13 86:1 | 354:18 355:2 |
| 174:13 | **view**  64:14 | 108:21 109:7 | 357:20 358:21 |
| **versus**  12:3,4 | 104:13 128:15 | 109:16 110:14 | 360:20 362:8 |
| **victim**  408:7 | 128:16 129:1,6 | 110:20 112:13 | 363:14 364:3,5 |
| **victor**  28:12 | 129:7,10 | 113:7 114:3 | 381:5 402:18 |
| 36:14,15 55:5 | 166:17 180:8 | 116:1,8 117:6 | 409:11 410:3 |
| 66:8 68:3 69:2 | 180:12 208:21 | 117:16,19 | 423:8 424:2 |
| 77:5 93:16 | 209:4,14 210:2 | 118:22 119:4 | 430:9 432:19 |
| 138:17 144:8 | 210:7,11,11,15 | 119:14,19 | 432:19 433:11 |
| 149:12,13 | 210:22 211:5,7 | 120:2,14 133:2 | 433:13 434:2,3 |
| 155:7 299:22 | 211:16,17 | 135:16 136:2 | 434:8 |
| 300:1,22 301:1 | 214:14,22 | 164:11,21 | **voa's**  221:17 |
| 301:2,21 302:7 | 223:9 226:4 | 185:20 190:10 | 292:17 423:12 |
| 302:9 311:5,7 | 238:11 276:4 | 190:11 191:8 | 424:1 |
| 375:8,10 429:4 | 276:21,22 | 192:19 194:4 | **voice**  5:9 314:6 |
| 429:5 441:3 | 277:2 284:11 | 197:13,14,16 | 314:9,11 |
| **victor's**  430:6 | 284:13,19 | 203:3,12,14 | 380:14,15,17 |
| 432:1,6 | 285:2,3 313:9 | 205:22 206:11 | 380:18 425:20 |

**[vs - we've]** Page 89

| | | | |
|---|---|---|---|
| **vs** 1:5,10 449:3 450:1 | 175:21 179:21 181:20,22 | 193:4 248:8 311:18 323:5 | 78:17 85:4,12 89:18 91:9 |
| **vsip** 376:17 377:10 | 185:12 189:11 195:10 198:14 | 324:7 354:15 377:4 430:2 | 104:14 116:14 134:12 147:22 |
| **vulnerable** 61:8 | 204:21 207:13 207:14 212:4 | **wanting** 71:7 351:9 | 152:11 161:19 172:20 175:12 |

**w**

**wait** 170:22 177:15 258:1,2 353:4

**waiting** 400:3

**walk** 30:22 224:20

**walked** 421:12

**walking** 395:2

**want** 16:6 17:14 35:8 39:4 41:7 42:4 42:5 43:10,14 49:19 63:16 73:10,13 78:21 79:1,20 80:4 88:21 92:22 94:6 96:9 112:20 113:22 116:14 118:15 120:6 121:19 125:16 128:7 129:14 132:21 132:22 133:5 136:9 150:21 158:9 162:19 168:20 174:18

215:5 217:13 217:15 221:3 224:13 237:9 248:4 256:7 260:14,15,22 261:6,9 262:5 262:21 265:1 265:19 266:6 270:22 279:2 279:18 283:10 290:10,10 291:15 301:22 308:7 333:11 340:12 345:6,9 345:19 356:12 361:4,8 369:14 373:11 381:17 386:2,12,15 401:5 413:17 422:18 424:10 425:17 428:17 433:5 441:5,11 442:10,11,19 442:22

**wanted** 20:3 26:17 48:6,7 61:4 82:8 134:5 164:6

**wants** 131:18 302:14 421:8 421:16 422:2 441:9

**war** 5:17

**ward** 2:5 8:10

**warmed** 445:13

**washington** 1:19 2:12,17 3:4,8,14 7:21 15:16 86:8 136:6,10,15 137:14 186:7

**waste** 386:18 405:8 423:2 425:6,7,9

**wasteful** 424:21 425:2,5

**wasting** 130:16 131:3 401:15

**watch** 160:22 403:4

**way** 15:21 17:8 26:18 32:5 33:14 40:6 44:13,17 62:17 63:9 73:11 74:19 78:13,16

175:14 181:3 194:15 195:12 211:8 223:8 224:17 236:1 248:9 258:18 263:8 272:13 272:15 280:3 291:12 299:11 312:20 313:21 319:17 322:22 323:4,8 334:15 380:7 382:20 401:1,20 409:20 420:11 425:16

**ways** 64:10 224:22 254:17 290:7

**we've** 78:21 131:1 143:7 157:7 164:3 233:22 240:5,5 254:2,6,16 302:17 335:3 336:22 340:5 345:21 353:21 354:13 363:3 373:3 432:1

**[website - witness]**                                              Page 90

| | | | |
|---|---|---|---|
| **website** 35:4 | 443:13,21 | 34:3 36:21 | 125:22 126:22 |
| 116:1,3,8 | 444:2,7,15 | 37:22 39:15 | 127:2,5,7,10 |
| 117:7,16 123:3 | **whoa** 122:9 | 40:4,6 42:17 | 129:1,3 130:12 |
| 123:4,8,13 | 125:18 | 44:3,10,22 | 130:19 132:4 |
| 126:7 | **widakuswara** | 45:2,12 46:2 | 133:13,16 |
| **week** 49:14,16 | 1:3 7:13,13 9:4 | 47:15 48:13 | 134:9,12,16,19 |
| 49:16 171:19 | 9:8,21 12:3 | 50:3,5,8 52:6 | 135:2,10 136:9 |
| 266:1 271:19 | 449:3 450:1 | 52:18 53:8 | 136:17 137:1 |
| 308:18 398:20 | **william** 2:15 | 55:3 56:4 | 137:11,16 |
| 413:19 | **willy** 424:11 | 58:11 59:8 | 138:11 139:3 |
| **weeks** 24:20 | **win** 15:21 | 63:14 64:16 | 139:16,19 |
| 115:15,20 | **wind** 340:22 | 67:4 71:20,22 | 140:9 145:11 |
| **weird** 353:4 | 341:4 370:14 | 72:22 73:19 | 145:22 146:4 |
| **went** 115:15,20 | 378:14,20 | 74:13,15 76:21 | 147:7 148:13 |
| 119:20 120:2 | 379:5 | 78:12,16,18 | 148:17 150:12 |
| 239:2 301:9 | **winding** 378:8 | 80:14 82:1,7 | 150:18 152:17 |
| 309:22 318:14 | **window** 172:7 | 82:20 83:9 | 152:19 153:14 |
| 321:5 322:10 | 205:3 | 85:9,18 88:12 | 155:4,13 |
| 323:9 377:7 | **wire** 138:6,16 | 90:4 91:8,10 | 156:17 157:6 |
| 422:1 424:13 | 140:1 | 92:11,14 93:6 | 158:2 159:19 |
| **whatsapp** | **wires** 140:19 | 93:15 96:2 | 160:10,20,22 |
| 372:15,20,22 | 140:22 | 99:6,22 101:12 | 161:8,12,17 |
| **wheel** 235:18 | **wish** 425:11,11 | 102:1,9 103:20 | 162:12 163:8 |
| **whispering** 7:6 | 425:12 | 104:1 107:12 | 163:21 165:10 |
| **whistleblowe...** | **wishes** 400:19 | 109:2,21 110:7 | 165:18 166:20 |
| 3:9 | **withdraw** | 110:9,11 111:8 | 167:22 168:3 |
| **white** 30:5,7 | 191:19 295:7 | 111:16 112:18 | 169:13 170:7 |
| 31:8,12 41:12 | **witness** 10:4,7 | 113:18 114:13 | 170:16 171:3 |
| 48:9,14,19 | 12:12,18 13:14 | 115:10 116:6 | 174:4 175:18 |
| 50:13,14 51:9 | 17:4,7,16,18,22 | 116:13 117:9 | 177:12,21 |
| 51:11 53:18,19 | 18:4 19:12 | 118:1 119:11 | 179:11,20 |
| 70:16,21,22 | 27:7 28:21 | 120:5,22 122:9 | 180:15,18 |
| 75:4 87:15 | 29:9 30:15 | 122:12 124:2,6 | 181:12 182:9 |
| 96:20 340:18 | 31:21 32:19 | 124:18 125:18 | 183:4,17,20 |

| | | | |
|---|---|---|---|
| 184:2,4,7,11,21 | 242:21 244:2 | 307:15 309:12 | 396:7 399:13 |
| 185:9 188:5 | 245:4 246:16 | 310:6,21 | 401:14,17 |
| 189:10,13 | 247:14 248:4,5 | 311:17 315:6 | 405:4,6 407:5 |
| 190:5 191:17 | 248:6 250:20 | 316:9,11 | 411:13 412:6 |
| 191:21 192:14 | 253:7 256:4,16 | 317:22 319:9 | 412:11,15 |
| 193:3 194:12 | 257:6 259:11 | 320:7,21 | 413:13 414:12 |
| 196:13 197:10 | 259:15 262:3,5 | 321:11,15,20 | 415:3 417:6,9 |
| 197:20 198:12 | 262:7,11,19 | 322:3 324:21 | 418:2,21 419:8 |
| 199:3,5,22 | 263:22 268:12 | 325:2 326:18 | 420:3 421:3 |
| 200:4 201:9 | 268:18,21 | 330:12 331:19 | 423:17 426:9 |
| 202:1,10,20 | 269:18,20 | 332:11 333:5 | 426:13 429:11 |
| 203:8 204:11 | 270:16,18 | 333:10 336:20 | 429:15,21 |
| 204:14 206:5 | 271:7,16 272:4 | 338:14,21 | 430:2 434:2 |
| 206:16,21 | 273:1,9 274:3 | 339:2,16 | 436:22 437:8 |
| 207:1,22 209:8 | 274:13,20 | 340:12 342:1,3 | 438:1,5 443:17 |
| 209:18 210:15 | 275:15 276:16 | 342:11 344:4 | 445:13 446:2,9 |
| 211:4,10 | 278:2,20 279:8 | 344:13,19 | 447:4,6,10 |
| 212:15,22 | 279:14,19 | 345:5 346:12 | 449:8,10,13,19 |
| 213:2,6,11,18 | 281:3,17 283:8 | 347:22 348:3 | **witness's** |
| 216:11 217:11 | 283:16,19,21 | 356:9,18 359:4 | 213:20 |
| 218:2,18,21 | 284:14,17,19 | 359:11 361:4 | **women**   408:4 |
| 220:8,16 223:3 | 286:3,5,13,16 | 363:2 365:3,17 | 422:4,5,6 |
| 223:19 224:10 | 287:16,21 | 368:22 370:20 | **wonderful** |
| 224:12 225:3 | 288:14 293:7 | 371:7 373:17 | 347:12 |
| 227:6,9,12,21 | 293:20 294:9 | 374:8 375:5,8 | **wondering** |
| 228:21 229:3,7 | 294:21 296:7 | 378:17,22 | 15:19 140:21 |
| 229:16 230:8 | 296:15 298:1 | 379:11,14,16 | **word**   30:5,6 |
| 231:11 235:9 | 298:13,15,17 | 381:13 382:20 | 136:9 139:17 |
| 235:12,18 | 298:19 299:2,8 | 384:15 385:21 | 288:4 432:16 |
| 236:20 237:8 | 299:18 300:16 | 386:6,20 387:6 | **words**   188:14 |
| 237:18 238:4 | 300:21 301:16 | 387:8,17,19,22 | 201:3,3,17 |
| 238:22 240:7 | 302:13,16,19 | 388:2,18 389:1 | 216:4 271:17 |
| 240:13,20 | 304:8 305:2 | 392:1,15 | 283:11 288:7 |
| 241:12 242:14 | 306:13 307:12 | 393:19 394:15 | 288:11,15 |

**[words - yeah]**                                            Page 92

| | | | y |
|---|---|---|---|
| 419:4 | **workforce** | **worth**   442:17 | |
| **work**   16:6 | 101:8 391:11 | **write**   388:2 | **y**   341:18 |
| 19:22 20:5,10 | **working**   15:16 | 397:12 402:2 | **yeah**   11:5 |
| 21:11 46:2,3 | 88:7 101:6 | **writer**   426:16 | 16:20 17:18 |
| 60:11 65:10 | 110:21 113:13 | **writing**   55:12 | 21:19 22:5,12 |
| 106:12 125:2 | 129:13 130:15 | 66:13,17 | 28:16 32:19 |
| 131:7,17 | 132:19,20 | 393:10 440:10 | 34:19 35:16 |
| 140:22 175:7 | 168:19 178:12 | **written**   83:7 | 43:20 46:16 |
| 177:1 180:20 | 180:6 193:6 | 100:22 114:3 | 49:16 51:4 |
| 252:22 253:1 | 195:3 200:14 | **wrong**   41:8 | 59:16,19 63:2 |
| 253:13,14 | 200:15 243:10 | 136:7 183:7 | 64:4 65:9 |
| 258:19,20,22 | 251:18 320:10 | 213:4 278:11 | 67:15 68:20 |
| 259:7 280:3,12 | 323:19 351:13 | 348:11 412:7 | 72:1 80:4 |
| 297:17 308:18 | 363:4 377:17 | 441:16 | 86:19 98:14 |
| 309:20 345:11 | 400:4 425:5 | **wrote**   19:15 | 99:5 100:15,18 |
| 349:8 356:17 | 433:8 | 57:19 94:4 | 104:21 105:4 |
| 372:8,11,12,14 | **works**   313:15 | 233:7 | 108:5 117:14 |
| 372:21 373:2 | 313:22 351:12 | **wschultz**   2:18 | 121:13 122:4,5 |
| 375:17 378:6 | 397:11 | **wuco**   5:5 20:20 | 123:7 125:19 |
| 421:13,20 | **world**   282:20 | 21:2,11 49:6 | 132:7 133:13 |
| 424:3 434:13 | 284:3,11 285:4 | 49:22 115:4 | 134:16 135:14 |
| 441:10 | 285:10,22 | 213:9,19 | 139:8 147:19 |
| **worked**   19:16 | 286:11 287:9 | 220:17 239:8 | 150:1 151:4 |
| 19:19 20:11,17 | 287:14 288:3 | 241:3,20 | 152:17,18,19 |
| 20:19 21:4,13 | 289:4,9,19 | 261:16 267:5 | 154:10 155:18 |
| 21:16 46:10 | 327:8 | 384:19 | 159:22 173:20 |
| 100:16 107:14 | **world's**   418:4 | **wuco's**   212:8 | 184:4,7,21 |
| 107:17 155:5 | **worldwide** | 212:16 | 185:16 186:10 |
| 179:22 180:4 | 434:19 | | 186:19 187:9 |
| 352:7 395:17 | **worry**   82:2 | x | 189:15 191:2 |
| **workers**   185:20 | 268:16 321:17 | **x**   4:5 5:2 6:2 | 201:13 202:10 |
| 308:17 309:7 | **worst**   358:19 | 341:18 | 210:10 211:12 |
| 309:18 310:3 | 358:19 | | 211:12 212:14 |

| | | |
|---|---|---|
| 213:8,9 214:10 | 427:4 431:14 | **zuckerman** |
| 218:20 221:10 | 432:1 439:8,8 | 1:18 2:16 7:20 |
| 226:12 228:8 | **year** 4:15 | 8:19,21 9:1 |
| 229:16 230:22 | 123:10 205:21 | **zuckerman.c...** |
| 239:6 240:13 | 206:9 308:17 | 2:18,18,19 |
| 241:5,5 242:3 | 309:19 336:17 | |
| 242:14 259:15 | 338:5,7,8 | |
| 260:1 262:1 | 339:6,12 | |
| 263:16 269:5 | 363:15 423:8 | |
| 271:11 275:13 | **years** 14:11,12 | |
| 277:9,14 | 144:7,8 241:16 | |
| 281:14 286:3 | 352:7 408:6 | |
| 286:19 287:6 | 430:4,6 | |
| 290:17 291:5 | **yeomans** 2:10 | |
| 298:17 302:2,8 | 8:15,15 97:21 | |
| 302:14 308:14 | 315:13 331:21 | |
| 313:5 316:9 | **york** 2:6,6 | |
| 325:18 330:19 | 186:8 192:10 | |
| 332:22 333:11 | 298:5 | |
| 334:3 337:11 | **you's** 113:17 | |
| 337:15 339:16 | | |
| 342:10 343:7 | **z** | |
| 346:5 347:19 | **z** 3:7 341:18 | |
| 348:8 349:16 | **zadrozny** 4:17 | |
| 351:1 356:9 | 20:20 21:2,15 | |
| 357:12 361:22 | 40:22 41:3,11 | |
| 363:11 364:1 | 43:18 45:8,16 | |
| 365:10,19 | 46:19 48:8 | |
| 368:5 369:16 | 60:1,5,12 | |
| 379:16 389:8 | **zadrozny's** | |
| 391:14 393:17 | 45:21 | |
| 394:4 395:14 | **zero** 432:18 | |
| 404:11 409:13 | **zoom** 2:3,4 | |
| 418:3 426:12 | 3:19 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.