IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> —v.— <br><br> KARI LAKE *et al.*, <br><br> *Defendants.* | Case No. 25-cv-1015-RCL |
| MICHAEL ABRAMOWITZ *et al.*, <br><br> *Plaintiffs,* <br><br> —v.— <br><br> KARI LAKE *et al.*, <br><br> *Defendants.* | Case No. 25-cv-00887-RCL |

**PLAINTIFFS' JOINT NOTICE TO COURT REGARDING DEADLINES**

On September 29, 2025, this Court ordered Defendants to file with the Court "a plan for compliance with prong (3) of the preliminary injunction" by October 14, 2025. Order, ECF No. 164 at 18 in 1:25-cv-1015-RCL. The Court also ordered Plaintiffs to file any reply by today, October 21.

On October 1, the federal government's appropriations lapsed and, in response, Chief Judge Boasberg issued Standing Order No. 25-55, which generally stays the government's civil deadlines pending funding of the federal government.

On October 7, 2025, counsel for Defendants contacted counsel for the Plaintiffs notifying them that the U.S. Attorney's Office for the District of Columbia and the Department of Justice

have not been permitted to work on the above-captioned cases due to the lapse in appropriations. Plaintiffs responded on October 8 with their view that Defendants should notify this Court of any intention not to meet the Court's October 14 deadline, to resolve any ambiguity regarding the application of Paragraph 3 of Standing Order No. 25-55 which declined to extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions. Defendants did not respond to that email. On October 14, Plaintiffs reiterated their view that Defendants should notify this Court of their intention not to meet the October 14 filing deadline. Defendants again did not respond to that email and did not file anything with this Court on October 14 or since.

   Given the Defendants' purported inability to work on these cases during the government shutdown, Plaintiffs have nothing to respond to today. Assuming Defendants file their plan based on the deadlines set forth in Paragraph 1 of Standing Order No. 25-55, Plaintiffs will file their reply within seven days thereafter (the number of days accorded Plaintiffs to reply by this Court's September 29 Order).

Dated: October 21, 2025

ZUCKERMAN SPAEDER LLP

/s/
---
William B. Schultz
Margaret M. Dotzel
Brian J. Beaton, Jr.
Jacobus P. van der Ven
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
wschultz@zuckerman.com
mdotzel@zuckerman.com
cvanderven@zuckerman.com
bbeaton@zuckerman.com

*Counsel for Plaintiffs Michael Abramowitz, Anthony LaBruto, and J Doe 2*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

/s/
---
Teague Paterson
Matthew Blumin
Georgina Yeomans
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Respectfully submitted,

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

/s/
---
Andrew G. Celli, Jr.
Debra L. Greenberger
Daniel M. Eisenberg
Nick Bourland
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
dgreenberger@ecbawm.com
deisenberg@ecbawm.com
nbourland@ecbawm.com

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

GOVERNMENT ACCOUNTABILITY PROJECT

/s/
---
David Z. Seide
1612 K Street, NW
Washington, DC 20006
(202) 457-0034
davids@whistleblower.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

| DEMOCRACY FORWARD FOUNDATION | AMERICAN FOREIGN SERVICE ASSOCIATION |
|---|---|

/s/
Kristin Bateman
Cynthia Liao
Robin F. Thurston
Skye L. Perryman
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
cliao@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); the NewsGuild-CWA*

DEMOCRACY DEFENDERS FUND

/s/
Norman L. Eisen
Joshua Kolb
Taryn Wilgus Null
Sofia Fernandez Gold
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Norman@statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Taryn@democracydefenders.org
Sofia@democracydefenders.org

*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal*

/s/
Sharon Papp
Raeka Safai
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

/s/
Rushab Sanghvi
80 F. Street, NW
Washington, DC 20001
(202) 639-6424
SanghR@afge.org

*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

| | |
|---|---|
| *Employees (AFSCME); and American Federation of Government Employees (AFGE)* | MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL\*\* |

                                        /s/
                                     _____
                                     David A. Schulz
                                     127 Wall Street
                                     New Haven, CT 06520
                                     tobin.raju@YLSClinics.org
                                     David.schulz@YLSClinics.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

\*\* The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.