i

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-1015-RCL** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

i

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs respectfully move for partial summary judgment in their favor on Count 1, ECF No. 1, in Case No. 25-cv-887, and on Counts 5 and 6, ECF No. 1, in Case No. 25-cv-1015. Plaintiffs' requested relief is more fully specified in their memorandum of law in support of their motion for partial summary judgment and the proposed order accompanying these papers.

In support of this motion, Plaintiffs submit a memorandum of law in support of their motion for partial summary judgment, a statement of undisputed material facts, Exhibits A and B attached thereto, and a proposed order. Plaintiffs respectfully request a hearing on the motion at the earliest possible time.

Dated: November 17, 2025

ZUCKERMAN SPAEDER LLP

_____/s/_____
William B. Schultz
Margaret M. Dotzel
Jacobus P. van der Ven
Brian J. Beaton, Jr.

2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
wschultz@zuckerman.com
mdotzel@zuckerman.com
cvanderven@zuckerman.com
bbeaton@zuckerman.com

*Counsel for Abramowitz Plaintiffs*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

_____/s/_____
Andrew G. Celli, Jr.
Debra L. Greenberger
Daniel M. Eisenberg
Nick Bourland

One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
dgreenberger@ecbawm.com
deisenberg@ecbawm.com
nbourland@ecbawm.com

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4,*

Respectfully submitted

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson
Matthew Blumin
Georgina Yeomans

1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

DEMOCRACY FORWARD FOUNDATION

_____/s/_____
Kristin Bateman
Cynthia Liao
Robin F. Thurston
Skye L. Perryman

P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
cliao@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American*

3

| | |
|---|---|
| *American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and The NewsGuild-CWA* | *Foreign Service Association (AFSA); The NewsGuild-CWA* |
| GOVERNMENT ACCOUNTABILITY PROJECT | DEMOCRACY DEFENDERS FUND |
| _____/s/_____<br>David Z. Seide | _____/s/_____<br>Norman L. Eisen<br>Joshua Kolb<br>Taryn Wilgus Null<br>Sofia Fernandez Gold |
| 1612 K Street, NW<br>Washington, DC 20006<br>(202) 457-0034<br>davids@whistleblower.org | 600 Pennsylvania Avenue SE #15180<br>Washington, DC 20003<br>Norman@democracydefenders.org<br>Joshua@democracydefenders.org<br>Taryn@democracydefenders.org<br>Sofia@democracydefenders.org |
| *Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4* | *Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)* |
| AMERICAN FOREIGN SERVICE ASSOCIATION | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO |
| _____/s/_____<br>Sharon Papp<br>Raeka Safai | _____/s/_____<br>Rushab Sanghvi |
| 2101 E Street, N.W.<br>Washington, D.C. 20037<br>(202) 338-4045<br>papp@afsa.org<br>safai@afsa.org | 80 F. Street, NW<br>Washington, DC 20001<br>(202) 639-6424<br>SanghR@afge.org |
| *Counsel for Plaintiff American Foreign Service Association (AFSA)* | *Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)* |

MEDIA FREEDOM & INFORMATION ACCESS
CLINIC – YALE LAW SCHOOL

_____/s/_____
David A. Schulz

127 Wall Street
New Haven, CT 06520
tobin.raju@YLSClinics.org
David.schulz@YLSClinics.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

\*\* The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 17, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

_____/s/_____

Georgina C. Yeomans