# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

        Plaintiffs,

-against-

KARI LAKE, et al.,

        Defendants.

Case No. 1:25-cv-01015

**DECLARATION OF THIBAUT BRUTTIN**

    I, Thibaut Bruttin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

    2.    I am the Director General of Reporters Sans Frontières ("RSF"). I have worked for RSF for 10 years.

    3.    RSF is an international non-profit, non-governmental organization dedicated to protecting the freedom, pluralism and independence of journalism, and to defending those who embody these ideals. Our mission spans from reporting on censorship and attacks on journalists, to advocating for press freedom and the right of the public to access reliable information through government engagement, to directly supporting journalists with physical security and legal assistance.

    4.    Since VOA employees were placed on administrative leave, causing the network to go dark in March 2025, several developments have unfolded. This has created a domino effect of second-order harms in media ecosystems. As a result, there are fundamental misunderstandings about what is happening in the United States. For instance, during a call-in

1

current events show in Nigeria, callers speculated that the national anthem playing on VOA was an indication that a coup was underway in the United States.

5.  State media from countries hostile to the United States and to press freedom are expanding their operations in markets abandoned by VOA. These include Xinhua and CGTN from China and RT and Sputnik from Russia. This creates a vacuum of disinformation and propaganda that directly infringes on RSF's mission to defend the public's right to access reliable, independent information, because citizens in these markets are left with state-sponsored propaganda that suppress facts and silence independent journalism.

6.  The dismantling of VOA is causing, and will continue to cause, immediate and irreparable harm to RSF and its informed advocacy efforts. Access to reliable, independent information has already declined significantly. VOA was one of the only direct lines into North Korea. Since VOA went dark, the lack of free and open internet in North Korea limits the reach of online news to its population. With foreign radio programming broadcasts into the country decreasing by nearly 80% over a three-month period, there is now a real void in the ability of the North Korean people to know what is happening in the world—a void that no one else is filling.

7.  In China, there are similar internet restrictions that limit access to free and open internet, so VOA radio broadcasting was a critical way of disseminating information that was not controlled by the state. Residents can access foreign content, but only with great difficulty and risks of breaking the law.

8.  The same airwaves once used by VOA are being taken over by other media entities, while journalists who worked for or with VOA are being persecuted. In Latin America and Sub-Saharan Africa, the loss of VOA has deprived RSF of information on the situation of

journalism in specific countries and regions. In countries that are too unsafe or repressive for RSF to be visibly on the ground, the continued threat to VOA has made it harder, and at times impossible, for RSF to disseminate information about press freedom. A clear example is the attention the World Press Freedom Index gets every World Press Freedom Day. Last year, RSF did an interview in the VOA Washington studio, and VOA shared it with all their broadcast partners, who translated and used it in their own news reports. It was an effective way to reach the people who most needed to hear our message.

9. In Ethiopia, an RSF correspondent reported that he used VOA reporting to verify information received from sources on the arrest, prosecution, disappearance, and court proceedings of journalists persecuted by different interest groups. He also reported that VOA reporting has been used to obtain information on press freedom violations around Ethiopia, and the loss of VOA services has cut off a crucial source of information for RSF correspondents and encourage the persecution of journalists.

10. In Venezuela and Colombia, the suspension left journalists unemployed overnight, limiting on-the-ground coverage that previously fed both local newsrooms and affiliate programming.

11. Without VOA, a critical flow of information has been cut off for both RSF correspondents and listeners, an information vacuum that deprives communities of essential news and undermines RSF's mission of tracking press freedoms and protecting journalists.

12. VOA's multilingual capacity makes it uniquely dynamic and able to meet diverse information needs in ways that many local media houses are incapable of doing. VOA produced news in various local languages, enabling large audiences to access its reporting. In Kenya, for example, broadcasts were available in Kiswahili, Oromo, Amharic, Somali, and

English. Additional programming included Kinyarwanda for listeners in Burundi and Rwanda, as well as broadcasts tailored to the English spoken in South Sudan. Without VOA's local-language programs, RSF cannot effectively reach large audiences across regions due to language barriers. Because VOA's mission focused on press freedom, they were more likely than commercial or state media to cover RSF's work. VOA was a reliable partner, consistently helping RSF's message reach the people who needed them most.

13. For example, there is a dearth of international coverage in Sub-Saharan Africa, particularly in rural areas of Africa. The government has argued that CNN can fill VOA's void, but CNN's non-English broadcasts in the region are limited to Arabic and Portuguese, which cover only a small portion of the content. By contrast, VOA broadcasted 17 languages across Africa. Furthermore, CNN has previously stated that its priority is reaching "elite" or "affluent" Africans—a mission fundamentally different from that of VOA. Due to the inability to replace VOA's local-language programs, private community radio stations have been forced to reduce their broadcasts. As a result, these stations are losing listeners every day, jeopardizing their existence—an alarming setback for the right to information. The absence of news coverage imperils RSF's work—both in our ability to reach and be reached by populations.

14. In Serbia, there is a gap in the media market caused by the shutdown of VOA's Serbian-language program—a program that was broadcast for more than 80 years. During VOA's absence, Russian state media expanded its presence, actively promoting pro-Russian and anti-Western narratives. VOA was one of the few outlets in Serbia largely free from political influence and propaganda. The loss of VOA has made it easier for disinformation and propaganda to flourish, creating a false social reality aligned with the regime's interest.

As a result, access to reliable information has diminished, making it increasingly difficult for RSF to fulfill its mission in Serbia.

15. In the Democratic Republic of Congo ("DRC"), the loss of VOA penalizes listeners who relied on its in-depth news in two of the DRC's national languages, Kiswahili and Lingala, as well as in French, with programming that was adapted to the region. Further, as I noted in my previous declaration, M23 Rebels control much of the local media in DRC, limiting accurate reporting on their activities. VOA was one of the few independent sources of information on M23 Rebels, and we relied on VOA to identify potential threats to our correspondents' safety. In fact, we had previously facilitated evacuations for journalists under imminent threat based on reliable VOA reporting in the region.

16. RSF also facilitated evacuations in other countries, including Ethiopia, Russia, and Gaza, and we know there will be more evacuations in the future. Since we cannot maintain offices in every region, we rely on VOA's accurate and timely reporting as a baseline for understanding the situation on the ground. This information directly informs our ability to decide whether and how to act in different countries and contexts. Access to up-to-date information is essential for us to respond effectively to crises, because without it, it is impossible to know when and where a crisis is unfolding. Without VOA, we can no longer protect our correspondents across different regions, leaving them exposed to physical harm.

17. The suspension of VOA and Radio Free Asia ("RFA") programming—especially RFA's Uyghur Service and VOA's emerging Uyghur-language effort—has had a devastating effect. These outlets were the only trusted international news sources producing consistent Uyghur-language coverage, as well as English and Chinese language reporting that documented repression in Xinjiang. The current blackout represents the first time since their

5

creation that no independent Uyghur-language international service is available, creating a historic and dangerous information vacuum. Uyghurs, researchers, human rights groups, and policy makers worldwide depended on RFA Uyghur—and increasingly on VOA's Uyghur-related programming—for credible coverage unavailable anywhere else. That flow of fact-checked reports has now stopped. With no independent Uyghur-language content being published, communities face deeper informational isolation. Many learned about detentions, policies, and international advocacy efforts exclusively through RFA and VOA. Now, these information sources are gone. Families once relied on their reporting to confirm who had been detained, sentenced, or released, which reduced confusion and prevented manipulation by local officials. Without it, families face more fear, rumor, and misinformation. The only sources of information left are PRC state-controlled outlets such as Xinhua, CCTV, and the Global Times, which never report on human rights abuses. There is no replacement for this kind of daily, professional, international-standard Uyghur-language journalism that RFA and VOA provided. This closure has also damaged RSF's ability to obtain and verify information. RFA and VOA desks served as trusted entry points for families to safely share cases; without them, fewer testimonies are collected, and RSF's ability to document abuses is weakened.

18.     The absence of VOA has limited the ability of local media to serve their communities and widened the information gap, including increased information insularity in closed-off countries. In Venezuela, Nicaragua, and El Salvador—where state control of information is strong—VOA played a key role as an external source of independent information, especially on issues of human rights, democracy, and censorship. This undermines RSF's advocacy against censorship by replacing independent journalism with state-controlled media.

19. In Venezuela, the disappearance of VOA left sensitive issues such as migration, elections, relations with the United States, and oil without in-depth and balanced coverage. Defendants' actions have eradicated Venezuelans' essential stream of information, making it harder for them to make informed decisions, understand government actions, and engage in public discourse. This has also irreparably harmed RSF's correspondents' ability to report freely and safely on sensitive issues in that country.

20. In Afghanistan, the destruction of VOA and Azadi Radio, a Radio Free Europe/Radio Liberty Afghan station that collaborated with VOA to deliver reliable news, has severely impaired the flow of reliable news and information. This growing absence of reliable information imperils RSF's advocacy efforts in Afghanistan. For example, RSF has been instrumental in freeing journalists held by the Taliban. Similar efforts will be more difficult going forward without VOA's sourcing.

21. The lack of trusted sources complicates RSF's efforts to counter disinformation and extremist narratives that dominate the media landscape in Afghanistan and beyond. The people of central Daikundi, a province in Afghanistan, no longer have access to Azadi, VOA stations, or their websites. Due to the de facto bans, journalists cannot mention these exile media outlets in their reporting, further complicating the dissemination of reliable information. This absence has created a significant information gap and increased censorship. For example, VOA's websites were completely shut down in March 2025. By mid-May 2025, VOA's websites resumed; however, a Taliban ban on Optic Fiber began in September 2025. This ban was created to prevent "immoral acts" in 14 provinces, restricting Wi-Fi access to VOA websites. This ban is going to plunge Afghanistan further into darkness, making it

harder for RSF to reach Afghans and to get information out of the country. Essentially, the ban incrementally bans the internet.

22.  As part of its mission, RSF combats censorship, propaganda, disinformation, and rumors. Because of the disruptions to VOA reporting, there has been an increase in market share for state-sponsored propaganda—thus making it extremely difficult for RSF to fulfill its mission. For instance, the closure of VOA and USAID in Peru were interpreted as an incentive to tighten legal restrictions, particularly non-profit media outlets, while increasing anti-press rhetoric.

23.  The irreparable harm to RSF correspondents and journalists working in dangerous regions has increased due to the dismantling of VOA, as the loss of VOA has heightened RSF correspondents' risk of persecution by repressive regimes. This heightened threat now forces us to reconsider whether it is safe to carry out essential activities, such as monitoring journalists' trials.

24.  In Iran, most of the press landscape is dominated or controlled by regime forces affiliated with the government or the Supreme Leader. According to RSF's press freedom rankings, Iran is one of the most dangerous countries in the world for reporters; it is always in the bottom ten countries, with journalists regularly threatened, harassed, aggressed, imprisoned, and in some cases, killed for their work. Reporters are subjected to death threats, online harassment, and doxxing. Reporters' families in Iran are also used by the regime as pressure points to blackmail exiled reporters. Violence and war in Iran embolden the Iranian regime to exercise more control over the press under the guise of national security. In the wake of the June 2025 Israeli strikes, reporting in Iran was crucial, as journalists were under increasing pressure. RSF works closely with partners and sources to shed light on these

violations, advocate for the protection of reporters inside and outside Iran, and support reporters fleeing the country for safety abroad. Although Iranian officials have liberated some reporters and paid lip service to the press—mainly to appease the international community during negotiations—journalists told RSF that repression has increased in the country. This chilling factor has made it functionally impossible for RSF to operate in any capacity in Iran.

25. The credibility of local media in Kenya has been irreparably harmed due to the disruption of VOA and lack of independent reporting. There is a historical dimension to the relationship between Kenyans and VOA. During the era of the one-party Kanu State, which tightly controlled local media and intimidated and harassed journalists who dared to report on sensitive issues, Kenyans turned to international media outlets because they had editorial independence that was out of control of the local political apparatchiks. It was entrenched in the minds of many that when stakes were high, only foreign media like VOA, BBC, and RFI could be trusted to call the government's bluff.

26. The cessation of VOA's services is a significant blow to Ethiopian audiences whose choice of media is often limited to partisan, government-owned, and ideological narratives. Other privately owned news outlets are seen as either linked to or influenced by ethnic and religious interest groups, making the media space lack diversity, professionalism, and ethical standards. VOA has successfully filled this space by providing reliable and objective information. Its closure would be catastrophic for efforts to report on the political, security, economy, and social affairs of the country at a time when it is needed more than ever.

27. Every year, VOA organizes a variety of training courses for the staff of its partner radio stations and provides material support, including stipends for international journalists.

Since March 2025, VOA stopped investing in these partnerships and programs. For example, our DRC correspondent's radio station was a VOA partner; since losing VOA's support, the station has lost funding and access to content. The media has struggled to fill the gaps left by VOA in their scheduled journalist training and support, causing a potential impact on the quality and consistency of journalism around the world. Reduced journalism coverage, in turn, leads to decreased access to information and greater societal volatility.

28. The dismantling of VOA has continued to impede RSF's mission. RSF is now forced to spend significant time advocating for VOA and assisting impacted journalists, diverting resources and attention for our core work. The ongoing threat to VOA weakens RSF's ability to amplify press freedom concerns throughout the world, highlight the struggles of journalists, and advocate for free exchange of information globally.

29. Once state-sponsored propaganda establishes dominance in information markets, the damage is long-lasting. Rebuilding trust in independent media becomes extremely difficult as audiences become conditioned to misinformation. Defendants' actions are making RSF's work increasingly difficult, causing irreparable harm.

30. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the <u>12th</u> day of November, 2025

_____
Thibaut Bruttin