IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-1015-RCL** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for partial summary judgment, the legal memoranda, exhibits, testimony, and declarations submitted in support and in opposition thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Plaintiffs' motion for partial summary judgment in their favor on Count 1, ECF No. 1, in Case No. 25-cv-887, is **GRANTED**;

**ORDERED** that Plaintiffs' motion for partial summary judgment in their favor on Count 5, ECF No. 1, in Case No. 25-cv-1015, is **GRANTED**;

**DECLARED** that Defendants' decision to reduce Voice of America's (VOA) and the United States Agency for Global Media's (USAGM) operation to the so-called "statutory minimum" was arbitrary and capricious, not in accordance with law, and contrary to statute in violation of Section 706(2) of the Administrative Procedure Act, 5 U.S.C § 706(2)(A), (C), and was therefore unlawful;

**ORDERED** that Defendants' decision to reduce VOA and USAGM to the so-called "statutory minimum" is **VACATED** and **SET ASIDE**;

**ORDERED** that all actions taken pursuant to Defendants' unlawful decision to reduce VOA to the so-called "statutory minimum" are similarly **VACATED** and **SET ASIDE**, including, but not limited to:

- Defendants' placement of nearly all employees on administrative leave, including individual Plaintiffs and employees represented by Union Plaintiffs named in these actions;

- Defendants' cancellation of all contracts with personal services contractors, including individual plaintiffs named in these actions;

- Defendants' cessation of the vast majority of programming and broadcasting except for the limited functions identified by the Statutory Minimum Memorandum; and

- Defendants' issuance of reduction-in-force notices to most of USAGM staff, including the RIF notices issued in August 2025.

**ORDERED** that Defendants shall undo the actions that have been vacated and set aside and allow the agency to operate as though those actions had never been taken. To comply with this provision:

- All employees, including Plaintiffs named in these actions or employees represented by Union Plaintiffs named in these actions, on administrative leave, shall be offered the opportunity to return to work;

- All outstanding reduction-in-force notices issued to USAGM employees shall be rescinded;

- All personal services contractors, including individual Plaintiffs named in these actions whose contracts have been terminated since March 15, 2025, shall be offered the opportunity to have their contracts reinstated; and

- Defendants shall provide Plaintiffs and the Court with an inventory of all contracts and lease arrangements that have been terminated since March 15, 2025, and shall take actions, including executing contracts that have been terminated, to restore broadcasting, digital and programming capacity, as necessary to restore Voice of America programming and broadcasting that existed prior on March 15, 2025.

**ORDERED** that Plaintiffs' motion for partial summary judgment in their favor on Count 6, ECF No. 1, in Case No. 25-cv-1015, is **GRANTED**;

**DECLARED** that Defendants, by stopping required broadcasting and programming, have unlawfully withheld required agency action in violation of Section 706(1) of the Administrative Procedure Act, 5 U.S.C § 706(1); and

**ORDERED** that Defendants must provide all broadcasting and programming required by statute, including appropriations; and

**ORDERED** that in 20 days from the date of this Order, Defendants shall report to the Court on the steps taken to comply with this Order and the further steps Defendants intend to take to comply with the Order.

**SO ORDERED**.

Dated: _____                    _____
                                             The Honorable Royce C. Lamberth
                                             United States District Judge