UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>KARI LAKE, et al.,<br><br>            Defendants. | Civil Action No. 25-1015 (RCL) |

### REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND AND MOTION TO STAY BRIEFING ON PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT

Defendants, by and through undersigned counsel, respectfully file this reply in further support of their motion for extension of time to respond to Plaintiffs' supplemental complaint until sixty days after the issuance of a decision on Plaintiffs' motion for leave to supplement the complaint and to stay briefing on Plaintiffs' partial motion for summary judgment until sixty days after the Court's ruling on Defendants' pending dispositive motion and Defendants' forthcoming response to Plaintiffs' supplemental complaint.

As demonstrated, there is good cause to grant Defendants' request for an extension of time. Government counsel are carrying extremely voluminous dockets and have a slew of deadlines in the coming days and weeks, including significant briefing and hearings in other matters, and also have existing commitments in connection with the upcoming holidays. Also, Plaintiffs are not prejudiced by the extension request as the underlying challenged actions have been stayed by this Court pending additional briefing on the Court's order to show cause.

In terms of Plaintiffs' partial motion for summary judgment, the motion is premature as the Court has not issued a decision on Plaintiffs' motion to supplement the complaint and

Defendants have not had an opportunity to appropriately respond to the supplemental complaint if such a complaint is permitted. Further, for the reasons discussed in Defendants' December 9, 2025, Reply (ECF No. 176), a stay would serve the public interest.

For these reasons, the Court should: (1) extend Defendants' deadline to respond to Plaintiffs' supplemental complaint until sixty days after the issuance of a decision on Plaintiffs' motion for leave to supplement the complaint; and (2) stay briefing on Plaintiffs' partial motion for summary judgment until sixty days after the Court's ruling on Defendants' pending dispositive motion and Defendants' forthcoming response to Plaintiffs' supplemental complaint. In the alternative, the Court should extend Defendants' deadline to respond to Plaintiffs' supplemental complaint and partial motion for summary judgment until sixty days after the Court issues a decision on Defendants' motion.

| | |
|---|---|
| Dated: December 10, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:     /s/ Stephanie R. Johnson    <br>        STEPHANIE R. JOHNSON,<br>           D.C. Bar # 1632338<br>        Assistant United States Attorney<br>        Civil Division<br>        601 D Street, NW<br>        Washington, DC 20530<br>        (202) 252-7874<br>        Stephanie.Johnson5@usdoj.gov<br><br>*Attorneys for the United States of America* |