IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> –v.– <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-1015-RCL** |

**PLAINTIFFS' JOINT UNOPPOSED MOTION TO ALIGN RESPONSE FOR SUR-REPLY IN SUPPORT OF MOTION TO PAUSE REDUCTIONS IN FORCE AND OPPOSITION TO DEFENDANTS' MOTION TO DISSOLVE OR MODIFY PRONG (3) OF THE PRELIMINARY INJUNCTION**

Plaintiffs respectfully request that their deadline to file their Sur-Reply in Support of their Motion to Pause Reductions in Force be aligned with their deadline to oppose Defendants' Motion to Dissolve or Modify Prong (3) of the Preliminary Injunction, ECF No. 175, such that both filings would be due on December 22, 2025. Plaintiffs have conferred with Defendants, who consent to this request as long as their deadline to reply to their motion to dissolve or modify the preliminary injunction is also extended to January 2, 2026. Plaintiffs have no

1

objection to that extension. These motions are separate from plaintiffs' Motion for Partial Summary Judgment and should not delay the briefing or resolution of that Motion.

Good cause supports this motion. Defendants' Sur-Reply to Plaintiffs' Joint Motion to Pause Reductions in Force and their Motion to Dissolve or Modify Prong (3) of the Preliminary Injunction were both filed on December 8 and raise substantially overlapping arguments. Plaintiffs' original deadline to respond to the Sur-Reply is December 15. Their deadline to respond to the Dissolve Motion is December 22. It would promote judicial efficiency and party resources to respond to both of Defendants' filings at the same time.

Plaintiffs therefore respectfully request that this Court grant this motion and set Plaintiffs' deadline to file their Sur-Reply in Support of their Motion to Pause Reductions in Force on December 22.

Dated: December 11, 2025

ZUCKERMAN SPAEDER LLP

_____/s/_____
William B. Schultz
Margaret M. Dotzel
Jacobus P. van der Ven
Brian J. Beaton, Jr.

2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8136
wschultz@zuckerman.com
mdotzel@zuckerman.com
cvanderven@zuckerman.com
bbeaton@zuckerman.com
*Counsel for Abramowitz Plaintiffs*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

_____/s/_____
Andrew G. Celli, Jr.
Debra L. Greenberger
Daniel M. Eisenberg
Nick Bourland

One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
dgreenberger@ecbawm.com
deisenberg@ecbawm.com
nbourland@ecbawm.com
*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and The NewsGuild-CWA*

Respectfully submitted,

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson
Matthew Blumin
Georgina Yeomans

1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org
*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

DEMOCRACY FORWARD FOUNDATION

_____/s/_____
Kristin Bateman
Cynthia Liao
Robin F. Thurston
Skye L. Perryman

P.O. Box 34553
Washington, DC 20043
(202) 448-9090 kbateman@democracyforward.org
cliao@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); The NewsGuild-CWA*

| GOVERNMENT ACCOUNTABILITY PROJECT | DEMOCRACY DEFENDERS FUND |
|---|---|
| _____*/s/*_____<br>David Z. Seide<br><br>1612 K Street, NW<br>Washington, DC 20006<br>(202) 457-0034<br>davids@whistleblower.org<br><br>*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4* | _____*/s/*_____<br>Norman L. Eisen<br>Joshua Kolb<br>Taryn Wilgus Null<br>Sofia Fernandez Gold<br><br>600 Pennsylvania Avenue SE #15180<br>Washington, DC 20003<br>Norman@democracydefenders.org<br>Joshua@democracydefenders.org<br>Taryn@democracydefenders.org<br>Sofia@democracydefenders.org<br><br>*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)* |
| AMERICAN FOREIGN SERVICE ASSOCIATION | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO |
| _____*/s/*_____<br>Sharon Papp<br>Raeka Safai<br><br>2101 E Street, N.W.<br>Washington, D.C. 20037<br>(202) 338-4045<br>papp@afsa.org<br>safai@afsa.org<br><br>*Counsel for Plaintiff American Foreign Service Association (AFSA)* | _____*/s/*_____<br>Rushab Sanghvi<br><br>80 F. Street, NW<br>Washington, DC 20001<br>(202) 639-6424<br>SanghR@afge.org<br><br>*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)* |

MEDIA FREEDOM & INFORMATION ACCESS
CLINIC – YALE LAW SCHOOL

_____/s/_____
David A. Schulz

127 Wall Street
New Haven, CT 06520
tobin.raju@YLSClinics.org
David.schulz@YLSClinics.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

\*\* The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 11, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

_____/s/_____
Georgina Yeomans

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-887-RCL |
| PATSY WIDAKUSWARA, *et al.*,<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KARI LAKE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-1015-RCL |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' joint unopposed motion to align their deadline to file their sur-reply in support of their motion to pause reductions in force with their deadline to respond to Defendants' motion to dissolve or modify prong (3) of the preliminary injunction, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' deadline to file their sur-reply in support of their motion to pause reductions in force is now December 22.

It is further ORDERED that Defendants' reply in support of their motion to dissolve or modify prong (3) of the preliminary injunction is hereby extended to January 2.

SO ORDERED.


Dated:                                              _____
                                                    ROYCE C. LAMBERTH
                                                    United States District Court Judge