UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, JESSICA JERREAT, KATHRYN NEEPER, JOHN DOES 1-4, REPORTERS SANS FRONTIÈRES, REPORTERS WITHOUT BORDERS, INC., AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES (AFGE), AMERICAN FOREIGN SERVICE ASSOCIATION (AFSA), and THE NEWSGUILD-CWA,<br><br>                            Plaintiffs,<br><br>    -against-<br><br>KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media; VICTOR MORALES, in his official capacity as Acting CEO of the U.S. Agency for Global Media; and U.S. AGENCY FOR GLOBAL MEDIA,<br><br>                            Defendants. | Case No. 1:25-cv-01015-RCL |

[~~PROPOSED~~] ORDER

Upon review of Plaintiffs' Motion for Leave to Supplement Complaint, it is hereby

ORDERED that Plaintiffs' Motion for Leave to Supplement Complaint is GRANTED. Plaintiffs' Proposed First Supplemental Complaint, which was filed with the Motion, is deemed filed as of the date signed below.

SO ORDERED.

_12/12/25_
Dated

_Royce C. Lamberth_
Royce C. Lamberth
United States District Court Judge