IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, et al.,<br><br>Plaintiffs,<br><br>–v.–<br><br>KARI LAKE, et al.,<br><br>Defendants. | Case No. 1:25-cv-887-RCL |
| PATSY WIDAKUSWARA, et al.,<br><br>Plaintiffs,<br><br>–v.–<br><br>KARI LAKE, et al.,<br><br>Defendants. | Case No. 1:25-cv-1015-RCL |

## [~~PROPOSED~~] ORDER

Upon consideration of Plaintiffs' joint unopposed motion to align their deadline to file their sur-reply in support of their motion to pause reductions in force with their deadline to respond to Defendants' motion to dissolve or modify prong (3) of the preliminary injunction, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs' deadline to file their sur-reply in support of their motion to pause reductions in force is now December 22.

It is further ORDERED that Defendants' reply in support of their motion to dissolve or modify prong (3) of the preliminary injunction is hereby extended to January 2.

SO ORDERED.

Dated: 12/12/25

_____
ROYCE C. LAMBERTH
United States District Court Judge