UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 14-day extension of the deadline to January 12, 2026, to respond to Plaintiffs' supplemental complaint. *See* ECF No. 167. Pursuant to Local Civil Rule 7(m), Defendants have conferred via email with counsel for Plaintiffs on December 19 and 21, 2025, and Plaintiffs' counsel consents to this request.  Good cause supports this motion, as set forth below:

1. On November 17, 2025, Plaintiffs moved for leave to supplement their complaint, which Plaintiffs state in their motion is intended to update their appointment clause claim and include new factual allegations and a new claim under the Federal Vacancies Reform Act. *See generally* Pls.' Mot. for Leave (ECF No. 167).  Simultaneously, on the same day, Plaintiff filed a motion for partial summary judgment on their Appointments Clause claim and the newly asserted Federal Vacancies Reform Act claim.  *See* Pls.' Part. Mot. for

Summ. Judg. (ECF No. 168).[1] The filing deadline for a response to the pending summary judgment motion is currently January 12, 2026. ECF No. 181.

2. This Court entered an order granting Plaintiffs' Motion for Leave to File Supplemental Complaint, deeming it filed as of December 12, 2025. ECF No. 179. Accordingly, the current filing deadline for Defendants' response is December 29, 2025, as December 26, 2025 has been declared a federal holiday.

3. In order to align its responses, Defendants respectfully request an additional 14 days to prepare and file the response to the supplemental complaint, which would bring this deadline to January 12, 2026, the same day Defendants response to motion for partial summary judgment is due. There is good cause for the requested extension.

4. This matter was recently assigned to the undersigned and she has been diligently working to become familiar with the case. In addition, Defendants believe the contemporaneous filing on January 12 will promote judicial efficiency and avoid any possible overlapping of issues. Accordingly, for these reasons, and in light of the upcoming holiday period, Defendants request an extension of the supplemental complaint response deadline to, and including, January 12, 2026. No other existing court deadlines will be impacted by this extension request. Plaintiffs will not be prejudiced by this brief extension request and, furthermore, have consented to the relief requested.

5. A proposed order is attached.

Dated: December 24, 2025                    Respectfully submitted,
Washington, DC

                                                                JEANINE FERRIS PIRRO

---

[1] Plaintiffs also filed, on the same day, another partial motion for summary judgment on separate claims. *See generally* Pls's Mot. (ECF No. 166).

United States Attorney

<u>By:     /s/ *Samantha-Josephine Baker*     </u>
SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

    Plaintiffs,

  v.

KARI LAKE, et al.,

    Defendants.

Civil Action No. 25-1015 (RCL)

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time to File Response to Supplemental Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to the supplemental complaint on or before January 12, 2026.

**SO ORDERED**, this ___ day of _____, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge