UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

**MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT AND PARTIAL
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 14-day extension to January 26, 2026 of the existing deadline of January 12, 2026, to respond to both Plaintiffs' supplemental complaint and motion for partial summary judgment. *See* ECF No. 167-1 and 168. Pursuant to Local Civil Rule 7(m), Defendants have conferred via email with counsel for Plaintiffs on January 8, 2026, and Plaintiffs' counsel advised that they take no position on the request. Good cause supports this motion, as set forth below:

1. On November 17, 2025, Plaintiffs moved for leave to supplement their complaint, which Plaintiffs explained was intended to update their appointment clause claim and include new factual allegations and a new claim under the Federal Vacancies Reform Act. *See generally* Pls.' Mot. for Leave (ECF No. 167).  Simultaneously, on the same day, Plaintiff filed a motion for partial summary judgment on their Appointments Clause claim and the newly asserted Federal Vacancies

Reform Act claim. *See* Pls.' Part. Mot. for Summ. Judg. (ECF No. 168).[1] By order dated December 12, 2025, the Court ordered the supplemental complaint to be deemed filed as of that date and extended Defendants' deadline to respond to both the supplemental complaint and motion for partial summary judgment by January 12, 2026. *See* ECF No. 181 and Dkt. Entry (December 29, 2026).

2. Defendants request an additional 14 days to prepare and file their global response to the supplemental complaint and partial motion for summary judgment, which would bring this deadline to January 26, 2026. There is good cause for the requested extension.

3. This matter was recently assigned to the undersigned, who joined the U.S. Attorney's Office last month. In light of the recent assignment of this matter, competing deadlines in other cases that also have been assigned to undersigned counsel since joining the United States Attorney's Office, and scheduling issues associated with the recent holiday period, the undersigned requires additional time to confer with the agency and prepare a response to the supplemental complaint and partial motion for summary judgment. Accordingly, Defendants request an extension of the response deadline to, and including, January 26, 2026.

4. Other than the Plaintiffs' reply deadline, no other existing court deadlines will be impacted by this extension request. Plaintiffs will not be prejudiced by this brief extension request and, furthermore, have not opposed the relief requested. Following conferral with Plaintiffs' counsel, who advise that they take no position on a new reply deadline, Defendants propose that Plaintiffs reply in support of their motion for partial summary judgment be extended by a corresponding amount of time to February 4, 2026, in the event this motion for extension is granted.

---

[1] Plaintiffs also filed, on the same day, another partial motion for summary judgment on separate claims. *See generally* Pls's Mot. (ECF No. 166). This motion does not seek to extend the response deadline for that filing.

5. A proposed order is attached.

Dated: January 9, 2026  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

*By:      /s/ Samantha-Josephine Baker*  
SAMANTHA-JOSEPHINE BAKER  
FL Bar #105714  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
Tel: (202) 252-2435  
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KARI LAKE, et al.,<br><br>    Defendants. | Civil Action No. 25-1015 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for an Extension of Time to File Response to Supplemental Complaint and Partial Motion for Summary Judgment, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to the supplemental complaint and respond to Plaintiffs' Partial Motion for Summary on or before January 26, 2026, and Plaintiffs shall file any reply in support of their motion for partial summary judgment by February 4, 2026.

**SO ORDERED**, this ___ day of _____, 2026.

_____
ROYCE C. LAMBERTH
United States District Judge