UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0887 (RCL) |
| PATSY WIDAKUSWARA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-1015 (RCL) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), notice is respectfully given to the parties and the Court of the withdrawal of appearance of Abigail Stout as counsel for Defendants in the above-captioned matter due to counsel's upcoming departure from the United States Department of Justice. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

Dated:  January 21, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Division

- 1 -

- 2 -

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov