UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1015 (RCL) |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT AND PARTIAL
MOTION FOR SUMMARY JUDGMENT**

　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 7-day extension to February 2, 2026 of the existing deadline of January 26, 2026, to respond to both Plaintiffs' supplemental complaint and motion for partial summary judgment. *See* ECF No. 167-1 and 168. Pursuant to Local Civil Rule 7(m), Defendants have conferred via email with counsel for Plaintiffs on January 21, 2026, and Plaintiffs' counsel advised that they consent to the request. Good cause supports this motion as set forth below.

1. On November 17, 2025, Plaintiffs moved for leave to supplement their complaint, which Plaintiffs explained was intended to update their appointment clause claim and include new factual allegations and a new claim under the Federal Vacancies Reform Act. *See generally* Pls.' Mot. for Leave (ECF No. 167). Simultaneously, on the same day, Plaintiff filed a motion for partial summary judgment on their Appointments Clause claim and the newly asserted Federal Vacancies Reform Act claim. *See* Pls.' Part. Mot. for Summ. Judg. (ECF No. 168). By order dated December 12, 2025, the Court ordered the supplemental

    complaint to be deemed filed as of that date and extended Defendants' deadline to respond to both the supplemental complaint and motion for partial summary judgment to January 12, 2026. *See* ECF No. 181 and Dkt. Entry (December 29, 2026). On January 9, 2026, Defendants moved for a second extension of time which was granted. *See* ECF No. 186 and 187. The current response deadline is January 26, 2026. (ECF. No 187).

2. Defendants now request an additional 7 days to prepare and file their response to the supplemental complaint and partial motion for summary judgment, which would bring this deadline to February 2, 2026. There is good cause for the requested further extension.

3. The undersigned has been unexpectedly out of the office since Friday, January 16, 2026 due to illness that significantly restricted counsel's ability to work. Although now largely recovered, the undersigned requires additional time to confer with the agency and prepare a response to the supplemental complaint and partial motion for summary judgment. Accordingly, Defendants request an extension of the response deadline to, and including, February 2, 2026.

4. Other than the Plaintiffs' reply deadline, no other existing court deadlines will be impacted by this extension request. Plaintiffs will not be prejudiced by this brief extension request and, furthermore, consent to the relief requested. Following conferral with Plaintiffs' counsel, Defendants propose at counsel's request that Plaintiffs reply in support of their motion for partial summary judgment be extended by a corresponding amount of time to February 11, 2026, in the event this motion for extension is granted.

5. A proposed order is attached.

Dated: January 22, 2026  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By: _/s/ Samantha-Josephine Baker_  
SAMANTHA-JOSEPHINE BAKER  
FL Bar #105714  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
Tel: (202) 252-2435  
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>KARI LAKE, et al.,<br><br>   Defendants. | Civil Action No. 25-1015 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time to File Response to Supplemental Complaint and Partial Motion for Summary Judgment, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their response to the supplemental complaint and respond to Plaintiffs' Partial Motion for Summary on or before February 2, 2026, and Plaintiffs shall file any reply in support of their motion for partial summary judgment by February 11, 2026.

**SO ORDERED**, this ___ day of _____, 2026.


                  _____
                  ROYCE C. LAMBERTH
                  United States District Judge