AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Widakuswara et al. <br> *Plaintiff* <br> v. <br> Lake et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 25-cv-1015-RCL <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA

Date: 1/28/2026

/s/ Debra L. Greenberger
*Attorney's signature*

Debra L. Greenberger - PHV
*Printed name and bar number*

1 Rockefeller Plaza, 8th Floor, New York, NY 10020
*Address*

dgreenberger@ecbawm.com
*E-mail address*

212-763-5000
*Telephone number*

212-763-5001
*FAX number*