UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT AND PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 4-day extension to Friday, February 6, 2026 of the existing deadline of Monday, February 2, 2026, to respond to both Plaintiffs' supplemental complaint and motion for partial summary judgment. *See* ECF No. 167-1 and 168. Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred by telephone with counsel for Plaintiffs and sent a follow-up email request both on January 30, 2026. Counsel for Plaintiffs advised in a return email that "Plaintiffs cannot consent to a fourth extension request regarding this filing." Good cause supports this motion as set forth below.

1. On November 17, 2025, Plaintiffs moved for leave to supplement their complaint, which Plaintiffs explained was intended to update their appointment clause claim and include new factual allegations and a new claim under the Federal Vacancies Reform Act. *See generally* Pls.' Mot. for Leave (ECF No. 167). Simultaneously, on the same day, Plaintiff filed a motion for partial summary judgment on their Appointments Clause claim and the newly asserted Federal Vacancies Reform Act claim. *See* Pls.' Part. Mot. for Summ. Judg. (ECF No. 168). By order dated December

12, 2025, the Court ordered the supplemental complaint to be deemed filed as of that date and extended Defendants' deadline to respond to both the supplemental complaint and motion for partial summary judgment to January 12, 2026. *See* ECF No. 181 and Dkt. Entry (December 29, 2026). On January 9, 2026, Defendants moved for a second extension of time which was granted. *See* ECF No. 186 and 187. On January 22, 2026, a further extension motion was filed on the basis of undersigned counsel's personal illness. (ECF No 193). The current response deadline is February 2, 2026. Dkt. Entry (December 29, 2026).

    2. Defendants now request an additional 4 days to prepare and file their response to the supplemental complaint and partial motion for summary judgment, which would bring this deadline to February 6, 2026. There is good cause for the requested further extension.

    3. Regrettably, there have been scheduling disruptions upon counsel's return to the office from sick leave on January 22, 2026, including the snow event that closed federal offices for two business days.  Those unexpected disruptions, as well as other filing deadlines this week (including a summary judgment motion in a different matter that was due January 29, 2026) limited counsel's ability to prepare the filing in this matter.  As such, the undersigned requires additional time to finalize the response to the supplemental complaint and partial motion for summary judgment, complete conferral with the agency and have sufficient time for the response to undergo applicable review within the U.S. Attorney's Office before filing.   Accordingly, Defendants respectfully request an extension of the response deadline to, and including, February 6, 2026.

    4. This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good cause. Although this is not Defendants' first request, Plaintiffs will not be prejudiced by this brief extension request.  Other than the Plaintiffs' reply deadline, no other existing court deadlines will be impacted by this extension request. Defendants

propose that Plaintiffs' reply in support of their motion for partial summary judgment be extended by a corresponding amount of time to February 17, 2026, in the event this motion for extension is granted.

    A proposed order is attached.

| | |
|---|---|
| Dated: January 30, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>*By:*   */s/ Samantha-Josephine Baker*<br>SAMANTHA-JOSEPHINE BAKER<br>FL Bar #105714<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>Tel: (202) 252-2435<br>Samantha-Josephine.Baker@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KARI LAKE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1015 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for an Extension of Time to File Response to Supplemental Complaint and Partial Motion for Summary Judgment, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to the supplemental complaint and respond to Plaintiffs' Partial Motion for Summary on or before February 6, 2026, and Plaintiffs shall file any reply in support of their motion for partial summary judgment by February 17, 2026.

**SO ORDERED**, this ___ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge