UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-1015 (RCL) |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth Hedges, U.S. Department of Justice, Civil Division, as counsel for Defendants in this case.

Dated: February 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ Elizabeth Hedges
ELIZABETH HEDGES
 (DC Bar No. 1657707)
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Attorneys for Defendants*