## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-887-RCL |
| PATSY WIDAKUSWARA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KARI LAKE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-1015-RCL |

### ORDER

In light of the Consolidated Appropriations Act, P.L. 119-75 (2026), it is hereby:

**ORDERED** that the plaintiffs in these cases shall file a joint letter brief of five single-spaced pages or less no later than February 12, 2026, and the defendants shall contemporaneously file the same, describing their respective positions on whether and the extent to which the Act's funding provisions related to the U.S. Agency for Global Media affect the disposition of the pending Cross-Motions for Partial Summary Judgment, and it is further

**ORDERED** that the plaintiffs and defendants may, at their discretion, each file a joint letter of the same length addressing the other side's positions no later than February 20, 2026.

**SO ORDERED.**

Date: February 5, 2026

Royce C. Lamberth
United States District Judge