UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

**DECLARATION OF NEERAJA GUMMA**

I, Neeraja Gumma, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I have been serving in the role of Acting Human Resources Director at the U.S. Agency for Global Media (USAGM) since October 2, 2025.

2. I make the following statements based upon my personal knowledge and information provided to me in my official capacity, including through review of USAGM's personnel records.

3. On January 20, 2025, Amanda Bennett resigned as Chief Executive Officer (CEO) of USAGM.

4. On February 27, 2025, Ms. Kari Lake was appointed Senior Advisor, a non-career Senior Executive Service position, at USAGM by Roman Napoli. Mr. Napoli was the Chief Financial Officer (CFO) "carrying out delegable duties and functions of the CEO." *See* Exhibit A.

5. On March 3, 2025, the White House Presidential Personnel Office (PPO) informed USAGM's then-General Counsel that, on February 27, 2025, the President had designated Mr. Victor Morales, then in a career position as Senior Advisor at USAGM, to be Acting Chief Executive Officer (CEO) of USAGM.

6. On July 16, 2025, Acting CEO Victor Morales reassigned Ms. Lake to the position of Deputy

CEO. *See* Exhibit B. Ms. Lake remains in this position.

7. There is only one Deputy CEO position at USAGM. The Deputy CEO is the senior most position reporting to the CEO.

8. On July 31, 2025, PPO communicated that Mr. Morales' designation as Acting CEO of USAGM had ended. Since that time, Mr. Morales has remained in his position as Senior Advisor.

9. It is my understanding that the USAGM Office of General Counsel submitted a report to the U.S. Government Accountability Office ("GAO") on November 19, 2025 stating that Ms. Lake's service as Acting CEO of USAGM began on July 31, 2025, and discontinued on November 19, 2025.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on this 6th day of February 2026.

Neeraja Gumma
Digitally signed by Neeraja Gumma
Date: 2026.02.06 17:34:31 -05'00'

Neeraja Gumma
Acting Director of Human Resources
U.S. Agency for Global Media

GUMMA DECL. EXHIBIT A

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A – Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39.)

| # | Field | Value |
|---|---|---|
| 1 | Actions Requested | Non-Career SES Appointment |
| 2 | Request Number | HR-25-001 |
| 3 | For Additional Information Call (Name and Telephone Number) | |
| 4 | Proposed Effective Date | |
| 5 | Action Requested By | Crystal Thomas, Director, Human Resources — *Crystal Thomas* |
| 6 | Action Authorized By | Roman Napoli, Chief Financial Officer, carrying out delegable duties and functions of the Office of the CEO — Roman G Napoli, Digitally signed by Roman G Napoli, Date: 2025.02.27 16:17:26 -05'00' |

## PART B – For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): Lake, Kari
2. Social Security Number: 
3. Date of Birth: 
4. Effective Date: 

**FIRST ACTION**
- 5-A. Code: 
- 5-B. Nature of Action: 
- 5-C. Code: 
- 5-D. Legal Authority: 
- 5-E. Code: 
- 5-F. Legal Authority: 

**SECOND ACTION**
- 6-A. Code: 
- 6-B. Nature of Action: 
- 6-C. Code: 
- 6-D. Legal Authority: 
- 6-E. Code: 
- 6-F. Legal Authority: 

7. FROM: Position Title and Number: 

15. TO: Position Title and Number: Senior Advisor, ES25002

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ES | 0301 | 00 | 0 | $195,200.00 | PA |

12A. Basic Pay:   12B. Locality Adj:   12C. Adj. Basic Pay:   12D. Other Pay:

20A. Basic Pay:   20B. Locality Adj:   20C. Adj. Basic Pay:   20D. Other Pay:

14. Name and Location of Position's Organization: 

22. Name and Location of Position's Organization:
USAGM
U.S. Agency for Global Media
090000

## EMPLOYEE DATA

23. Veterans Preference: 1-None  2-5-Point  3-10-Point/Disability  4-10-Point/Compensable  5-10-Point/Other  6-10-Point/Compensable/30%
24. Tenure: 0-None  1-Permanent  2-Conditional  3-Indefinite
25. Agency Use: 
26. Veterans Pref for RIF: YES [ ] NO [ ]
27. FEGLI: 
28. Annuitant Indicator: 
29. Pay Rate Determinant: 
30. Retirement Plan: 
31. Service Comp. Date (Leave): 
32. Work Schedule: 
33. Part-Time Hours Per Biweekly Pay Period: 

## POSITION DATA

34. Position Occupied: 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career
35. FLSA Category: E-Exempt  N-Nonexempt
36. Appropriation Code: 
37. Bargaining Unit Status: 
38. Duty Station Code: 
39. Duty Station (City-County-State or Overseas Location): Washington DC

40. Agency Data:   41.   42.   43.   44.

45. Educational Level:   46. Year Degree Attained:   47. Academic Discipline:   48. Functional Class:   49. Citizenship: 1-USA 8-Other   50. Veterans Status:   51. Supervisory Status:

## PART C – Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature:   Approval Date:

CONTINUED ON REVERSE SIDE
52-118
OVER
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

**PART D - Remarks by Requesting Office**

(Note to Supervisors:  Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)

☐ YES ☐ NO

**PART E - Employee Resignation/Retirement**

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address *(Number, Street, City, State, ZIP Code)* |
|---|---|---|---|
| | | | |

**PART F - Remarks for SF 50**

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39.)

1. Actions Requested: Reassignment
2. Request Number: HR-25-031
3. For Additional Information Call (Name and Telephone Number):
4. Proposed Effective Date: 7/16/2025
5. Action Requested By: Alyssa Poole, Human Resources Specialist — *Alyssa Poole*
6. Action Authorized by: Victor Morales, Acting CEO — Victor H Morales, Digitally signed by Victor H Morales, Date: 2025.07.15 20:17:25 -04'00'

## PART B - For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): Lake, Kari
2. Social Security Number: 
3. Date of Birth: 
4. Effective Date: 7/16/2025

### FIRST ACTION
- 5-A. Code: 721
- 5-B. Nature of Action: Reassignment
- 5-C. Code: V9M
- 5-D. Legal Authority: 5 U.S.C. 3395(d)(1)
- 5-E. Code: AWM
- 5-F. Legal Authority: OPM Form 1652

### SECOND ACTION
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number: Senior Advisor, ES25002-20556

15. TO: Position Title and Number: Deputy CEO, ES25010

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ES | 1001 | 00 | 00 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $195,200.00 | $0 | $195,200.00 | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ES | 1001 | 00 | 00 | $195,200.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $195,200.00 | $0 | $195,200.00 | |

14. Name and Location of Position's Organization:

22. Name and Location of Position's Organization:
U.S. Agency for Global Media
Office of the Chief Executive Officer
USAGM/OCEO

## EMPLOYEE DATA

23. Veterans Preference: 1 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%)
24. Tenure: 0 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite)
25. Agency Use:
26. Veterans Pref for RIF: X NO
27. FEGLI: C0
28. Annuitant Indicator: 9
29. Pay Rate Determinant: C
30. Retirement Plan: KF
31. Service Comp. Date (Leave): 03/03/2025
32. Work Schedule: F
33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 3 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career)
35. FLSA Category: E (E-Exempt, N-Nonexempt)
36. Appropriation Code: D
37. Bargaining Unit Status: 8888
38. Duty Station Code: 11001001
39. Duty Station (City-County-State or Overseas Location): Washington, DC
40. Agency Data: GENDER: F
41. EMP ACC LVL:
42. COMP LVL: 0000
43. CITIZENSHIP: 1
44. Reports to: Victor Morales (V210060-17915)
45. Educational Level:
46. Year Degree Attained:
47. Academic Discipline: 090199
48. Functional Class: 00
49. Citizenship: 1 (1-USA, 8-Other)  X
50. Veterans Status:
51. Supervisory Status: 2

## PART C - Reviews and Approvals (Not to be used by requesting office.)

| | 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|---|
| A. | | | | D. | | |
| B. | | | | E. | | |
| C. | | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: *Alyssa Poole*
Approval Date: 7/17/2025

CONTINUED ON REVERSE SIDE
52-118
OVER
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

## PART D - Remarks by Requesting Office

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement? If "YES", please state these facts on a separate sheet and attach to SF 52.)

☐ YES  ☐ NO

## PART E - Employee Resignation/Retirement

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address *(Number, Street, City, State, ZIP Code)* |
|---|---|---|---|
|  |  |  |  |

## PART F - Remarks for SF 50