UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Civil Rule 7(h), Defendants respectfully submit this statement of material facts as to which there is no genuine issue.

1. On January 20, 2025, Amanda Bennett resigned from her role as Chief Executive Officer (CEO) of USAGM. *See* Gumma Decl ¶3.

2. On February 27, 2025, Ms. Kari Lake was appointed Senior Advisor, a non-career Senior Executive Service position, at USAGM. *See* Gumma Decl. ¶4, Exhibit A.

3. On March 3, 2025, the White House Presidential Personnel Office (PPO) informed USAGM's then-General Counsel that, on February 27, 2025, the President had designated Mr. Victor Morales, then in a career position as Senior Advisor at USAGM, to be Acting Chief Executive Officer (CEO) of USAGM. *See* Gumma Decl. ¶5.

4. On July 16, 2025, Acting CEO Victor Morales reassigned Ms. Lake to the position of Deputy CEO. *See* Gumma Decl. ¶6, Exhibit B.

5. There is only one Deputy CEO position at USAGM and the Deputy CEO is the senior most position reporting to the CEO. *See* Gumma Decl. ¶7.

6. On July 31, 2025, Mr. Morales ceased serving in the position as Acting CEO of USAGM. *See* Gumma Decl. ¶8.

7. Ms. Lake's service as Acting CEO of USAGAM began on July 31, 2025. *See* Gumma Decl. ¶9.

Dated: February 6, 2026  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:   */s/ Samantha-Josephine Baker*  
SAMANTHA-JOSEPHINE BAKER  
FL Bar #105714  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
Tel: (202) 252-2435  
Samantha-Josephine.Baker@usdoj.gov  
*Attorneys for the United States of America*