# EXHIBIT B



# DIVISION B – NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026

In implementing this agreement, Federal agencies, commissions, and other entities are directed to comply with the directives, reporting requirements, and instructions contained in H. Rept. 119–217 (House report) accompanying H.R. 4779 (House bill) as though stated in this explanatory statement, unless specifically directed to the contrary.

This explanatory statement, while repeating some House report language for emphasis or clarification, does not negate language in such report unless expressly provided herein. Language expressing an opinion or making an observation in the House report represents the view of such Committee unless specifically endorsed in this explanatory statement.

Reports required to be submitted pursuant to the Act, including reports required by this explanatory statement and the House report, may not be consolidated to include responses to multiple requirements in a single report, except following consultation with, and approval by, the Committees on Appropriations.

For purposes of this explanatory statement, the term "the Act" means the National Security, Department of State, and Related Programs Appropriations Act, 2026, and the term "prior Acts" means prior Acts making appropriations for the Department of State, foreign operations, and related programs.

Federal agencies funded by the Act shall notify the Committees on Appropriations of any reprogramming, as required by section 7015 of the Act, at the most detailed level of the Congressional Budget Justification (CBJ), the Act, or this explanatory statement.

Congressional notifications submitted by the heads of the Federal agencies funded in the Act for funds that are being reallocated prior to initial obligation or reprogrammed shall, to the maximum extent practicable, contain detailed information about the sources of the funds and why such funds are no longer needed or intended to be used as previously justified.

The Secretary of State is directed to submit notifications for the obligation of funds made available by the Act and prior Acts not later than 60 days prior to the expiration of such funds.

Section 7019 of the Act requires that amounts designated in the respective tables included in this explanatory statement for funds appropriated in titles III through V, including tables in

title VII, shall be made available at not less than the amounts designated, unless otherwise provided for in the Act, and shall be the basis of the report required by section 653(a) of the Foreign Assistance Act of 1961 (FAA) (653(a) report), where applicable. In lieu of the funding tables and allocations of funding contained in the House report, the tables and allocations contained in this explanatory statement shall guide agencies, commissions, and other entities when allocating funds. The Act provides that the amounts designated in the tables shall be made available notwithstanding the date of the transmission of the 653(a) report.

Proposed deviations from tables in title I in this explanatory statement are subject to the regular notification procedures of the Committees on Appropriations unless an exception or deviation authority is specifically provided in the Act or this explanatory statement.

The Secretary of State shall continue to provide the Committees on Appropriations electronic copies of all reports, notifications, spend plans, and any other documents required by the Act, prior Acts, this and prior explanatory statements and statements of managers, the House report, and prior House and Senate reports.

Notwithstanding authority included in any provision of the Act shall not be construed to exclude the requirements of such provision.

Pursuant to section 7016(b) of the Act, any Federal agency receiving funds made available by the Act shall post on its publicly available website, in a central location and in a readily accessible manner, any report required by the Act not later than 45 days following the receipt of such report by Congress. Such requirement shall also apply to prior fiscal year reports. This requirement does not apply if the head of the applicable agency determines and reports to the Committees on Appropriations in a transmittal letter accompanying such report that the public posting of the report would compromise national security, including the conduct of diplomacy, or the report contains proprietary or other privileged information, or if the public posting of the report is specifically exempted in the House report or this explanatory statement.

For purposes of the Balanced Budget and Emergency Deficit Control Act of 1985 (Public Law 99–177), with respect to appropriations contained in the Act, the term "program, project, and activity" (PPA) means any item for which a dollar amount is specified in the Act or this explanatory statement. In addition, the definition of PPA in section 7023 of the Act shall apply to

the accounts listed in that section. In carrying out any Presidential sequestration, Federal agencies funded by the Act shall conform to the definition of PPA described in this paragraph.

In submitting annual CBJs, each Federal agency funded by the Act shall include detailed information on all available resources, including estimated prior fiscal year unobligated balances and recoveries, reimbursable agreements, funds transferred pursuant to section 632(a) and (b) of the FAA and significant uses of the Economy Act (31 U.S.C. 1535). Agencies that use a Working Capital Fund (WCF) shall include in CBJs the total budgetary resources for each office that receives funds from a WCF, and include a table on WCF resources that will serve as a baseline for reprogramming and transfer purposes. CBJs shall also include estimated costs and savings from any proposed office or mission closure or reorganization, addition or elimination of special envoys and other senior-level special representatives, and actual prior fiscal year representation and entertainment expenses for each agency where such expenses are authorized.

Spend plans submitted pursuant to section 7062(b) of the Act shall: (1) include all intended sources of funds made available by the Act and any other resources, as applicable, for such program; and (2) conform to the definition of such plan under section 7034(l)(7) of the Act.

Consistent with prior fiscal years, none of the funds made available by the Act may be used to send or otherwise pay for the attendance of more than 50 employees of Federal agencies who are stationed in the United States at any single international conference occurring outside the United States, unless the Secretary of State reports to the appropriate congressional committees at least 5 days in advance that such attendance is important to the national interest. For purposes of this restriction, the term "international conference" means a conference attended by representatives of the United States Government and of foreign governments, international organizations, or other stakeholders.

The heads of Federal agencies funded by the Act shall not provide bonuses to government contractors who fail to complete their contract in a satisfactory manner, including as a result of scheduling delays or cost overruns.

# TITLE I

## DEPARTMENT OF STATE AND RELATED PROGRAMS

### DEPARTMENT OF STATE

#### ADMINISTRATION OF FOREIGN AFFAIRS

The agreement includes $12,772,212,000 for Administration of Foreign Affairs. Of the total, $5,771,528,000 is for embassy security, which are allocated according to the following table:

### EMBASSY SECURITY
[Budget authority in thousands of dollars]

| Account/Program | Budget Authority |
|---|---|
| Worldwide Security Protection | 3,758,836 |
| Embassy Security, Construction, and Maintenance | 2,012,692 |
| **Total** | **5,771,528** |

#### DIPLOMATIC PROGRAMS

The agreement includes $9,358,236,000 for Diplomatic Programs. Funds appropriated by the Act for activities, bureaus, and offices under this heading are allocated according to the following table and subject to sections 7015 and 7062 of the Act:

### DIPLOMATIC PROGRAMS
[Budget authority in thousands of dollars]

| Category | Budget Authority |
|---|---|
| Human Resources | 3,987,233 |
| *Worldwide Security Protection* | *724,204* |
| Overseas Programs | 1,437,707 |
| Diplomatic Policy and Support | 871,645 |
| Security Programs | 3,061,651 |
| *Worldwide Security Protection* | *3,034,632* |
| **Total** | **9,358,236** |

| Bureau/Office<br>(Includes salary and bureau-managed funds) | Budget<br>Authority |
|---|---|
| Ambassador-at-Large for Arctic Affairs | 2,000 |
| Bureau of Democracy, Human Rights, and Labor | |
| *Atrocities prevention training* | *500* |
| *Democracy fellowship program* | *800* |
| *Human rights vetting* | *20,000* |
| Division for Counter Threat Finance and Sanctions | 10,691 |
| Office of China Coordination | 14,475 |
| Office of International Religious Freedom | 10,900 |
| Office of the Chief Economist | 1,200 |
| Office of the Special Envoy for Holocaust Issues | 1,500 |
| Office to Monitor and Combat Anti-Semitism | 2,600 |
| Office to Monitor and Combat Trafficking in Persons | 23,107 |
| Office of Special Coordinator for Tibetan Issues | 1,000 |

*Anomalous Health Incidents.*—Not later than 30 days after the date of enactment of the Act, the Secretary of State shall consult with the appropriate congressional committees on the implementation of section 5604 of the National Defense Authorization Act for Fiscal Year 2026 (Public Law 116–90) regarding exceptions for individuals to receive HAVANA Act payments for qualifying injuries that took place since September 11, 2001.

*Arctic Issues.*—The agreement includes not less than $100,000 to promote cooperation between Arctic nations at the municipal and community levels. The Secretary of State shall work with the relevant agency heads to ensure the appropriate level of funding for the Arctic Youth Ambassadors program.

The agreement includes not less than $100,000 to support the next Conference of Parliamentarians of the Arctic Region hosted by the United States, including the participation of individuals from the United States, as appropriate.

*Bureau of Intelligence and Research.*—The agreement includes funds for the Bureau of Intelligence and Research at levels consistent with, and for the purposes described in, the classified annex accompanying the Intelligence Authorization Act for Fiscal Year 2026 (division F of Public Law 119–60), subject to prior consultation with the Committees on Appropriations.

*Columbia River Treaty.*—Not later than 30 days after the date of enactment of the Act and quarterly thereafter until September 30, 2027, the Secretary of State shall brief the

5

Committees on Appropriations on negotiations between the United States and Canada and the execution plan for a modernized agreement, including matters related to flood control operations, power, and ecological functions.

*Department of State Training Programs.*—The agreement includes funding for the Thomas R. Pickering Foreign Affairs Fellowship and Charles B. Rangel International Affairs programs as authorized by sections 5134 and 5135 of the National Defense Authorization Act of Fiscal Year 2026 (Public Law 116–90). The Secretary of State shall include planned amounts for such programs in the operating plan required by section 7062(a) of the Act.

*Enhanced Video Analytics.*—Not later than 30 days after the completion of the pilot project described under this heading in the House report, the Secretary of State shall submit a report to the appropriate congressional committees detailing the cost, status, timeline, successes, and any challenges associated with the implementation of the embassy security and video analytics pilot program.

*Intercountry Adoption.*—The Secretary of State shall include in the next annual report on Intercountry Adoptions, as required by the Intercountry Adoption Act of 2000 (Public Law 106–279): (1) details on the efforts of the Department of State to increase the accessibility of intercountry adoptions in fiscal year 2026; (2) steps taken by the Bureau of Consular Affairs to address impediments to intercountry adoption, especially in countries where American families are in the process of adoption but such adoptions have been slowed or blocked; and (3) an assessment of the country-specific technical assistance required to strengthen intercountry adoption programs in partner countries.

*International Child Abduction.*—The agreement includes $1,000,000, as authorized, to carry out the study required by section 202 of the Sean and David Goldman International Child Abduction Prevention and Return Act of 2014 (22 U.S.C. 9122). Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations on the status and timeline of such study.

*International Research Security Engagement.*—As open science and technology ecosystems are being exploited by countries of concern to the detriment of United States interests, the Secretary of State is directed to continue to support engagements with research

6

institutions, in coordination with other Federal agencies undertaking similar initiatives, to improve the security of United States science and technology research.

*Modernizing Diplomatic Security Platforms.*—The Bureau of Diplomatic Security shall modernize its diplomatic security platform to enhance post security programs, contracting, procurement, and information reporting, including the enhancement of the security of the Department of State's operational networks and buildings.

*Plan to Combat Online Holocaust Denial, Distortion, and Antisemitism.*—The Special Envoy to Monitor and Combat Antisemitism and the Special Envoy on Holocaust Issues, in consultation with the United States Holocaust Memorial Museum, are directed to prioritize efforts with international partners to address Holocaust denial, distortion, and antisemitism on social media and artificial intelligence platforms. Not later than 90 days after the date of enactment of the Act, the Special Envoys shall brief the appropriate congressional committees on a plan of action detailing the ways in which the Department is addressing such issues.

*Previously-Obligated Foreign Assistance.*—Not later than 90 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2027, the Secretary of State shall submit a report to the Committees on Appropriations detailing all funds appropriated under titles III and IV of prior Acts that were obligated during their initial period of availability, have not expired or been canceled, but for which the associated contract, grant, or cooperative agreement has been terminated. Such report shall be disaggregated by fiscal year, account, and operating unit, and include details on the amounts and purposes of such funds.

*Robert Levinson Hostage Recovery and Hostage-taking Accountability Act.*—The agreement includes funds for implementation of the Robert Levinson Hostage Recovery and Hostage-taking Accountability Act (subtitle A of title III of Public Law 116–260).

*Training.*—Consistent with section 7060(g) of the Act, the agreement includes not less than $1,000,000 under this heading for training for personnel under Chief of Mission authority on recognizing signs of human trafficking and on the protocols for reporting such cases.

*Vetting.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State is directed to submit a report to the Committees on Appropriations detailing the personnel and process changes to vetting related to implementing section 620M of the FAA under the July 2025 reorganization, including details on the allocation of such funds.

CONSULAR AND BORDER SECURITY PROGRAMS

The agreement includes $513,000,000 for Consular and Border Security Programs.

Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations on the information technology modernization strategy for consular systems, timelines, and costs associated with modernizing such vital systems.

*Visa Wait Times.*—The agreement endorses the report directed under this heading in the House report and such report should include the impact of new vetting procedures on visa wait times, preventing fraud, safeguarding security interests, the cost of visa operations, and how the Department is prioritizing the allocation of resources to posts with high visa wait times, including providing surge capacity for additional daily shifts, and the costs associated with such actions.

CAPITAL INVESTMENT FUND

The agreement includes $399,700,000 for Capital Investment Fund.

OFFICE OF INSPECTOR GENERAL

The agreement includes $135,550,000 for Office of Inspector General of the Department of State, of which $6,000,000 is for the Special Inspector General for Afghanistan Reconstruction.

*Realignment of Functions.*—The Inspector General of the Department of State and the Office of Inspector General in title II shall coordinate regularly on oversight activities related to the realignment of functions previously administered under title II of prior Acts, with the goal of ensuring continuity and effective implementation on an ongoing basis.

EDUCATIONAL AND CULTURAL EXCHANGE PROGRAMS

The agreement includes $667,000,000 for Educational and Cultural Exchange Programs. Funds under this heading are allocated according to the following table:

## EDUCATIONAL AND CULTURAL EXCHANGES

[Budget authority in thousands of dollars]

| Program/Activity | Budget Authority |
|---|---|
| Academic Programs | |
|     Fulbright Program | |
|         *Madeleine K. Albright Young Women Leaders Program* | *1,500* |
|         *McCain Fellowships* | *900* |
|     Special Academic Exchanges | |
|         *Benjamin Gilman International Scholarship Program* | |
|             *of which, McCain Scholars* | *700* |
|             *of which, South Pacific Scholarships* | *1,000* |
| Professional and Cultural Exchanges | |
|     Special Professional and Cultural Exchanges | |
|         *J. Christopher Stevens Virtual Exchange* | *5,000* |
|     Arctic Exchange Program | 750 |
| Special Initiatives | |
|     *Pawel Adamowicz Exchange Program* | *1,000* |

*Consultations.*—Not less than 30 days prior to the submission of the operating plan required by section 7062(a) of the Act for funds appropriated or otherwise made available under this heading, the Assistant Secretary of State for the Bureau of Educational and Cultural Affairs (ECA) shall consult with the Committees on Appropriations on the allocation of funding, program and country prioritization, and use of independent and external evaluations.

The operating plan shall include a table with funding by program consistent with prior fiscal year operating plans, including the allocation of any unobligated balances and recoveries, as well as any planned transfers to this account during fiscal year 2026. The operating plan shall also include amounts allocated for each of the programs and activities detailed in the House report.

The Secretary of State shall consult with the Committees on Appropriations on the establishment of the Senator Paul Simon Study Abroad Program, if authorized.

*Muskie Fellowships.*—The agreement recognizes that the Muskie Fellowship Program has helped individuals from Eurasia and Central Asia to foster mutual understanding, build democracy, and encourage the transition to market economies.

REPRESENTATION EXPENSES

The agreement includes $10,000,000 for Representation Expenses, subject to section 7010(e) of the Act.

PROTECTION OF FOREIGN MISSIONS AND OFFICIALS

The agreement includes $30,890,000 for Protection of Foreign Missions and Officials.

EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE

The agreement includes $2,012,692,000 for Embassy Security, Construction, and Maintenance. Funds appropriated under this heading are allocated according to the following table:

**EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE**
[Budget authority in thousands of dollars]

| Account/Program | Budget Authority |
|---|---|
| Repair, Construction, and Operations | 812,836 |
| Worldwide Security Upgrades | 1,199,856 |
| *Capital Security Cost Sharing and Maintenance Cost Sharing Programs* | *1,118,856* |
| *Compound Security Program* | *81,000* |
| **Total, Embassy Security, Construction, and Maintenance** | **2,012,692** |

*Accessibility*.—The Secretary of State shall increase funding above fiscal year 2024 levels for global accessibility projects in fiscal year 2026.

*Capital Security Cost Sharing and Maintenance Cost Sharing Programs*.—The agreement includes $1,118,856,000 under this heading, as well as an additional $186,569,000 in consular fees, for the Department of State contribution to the Capital Security Cost Sharing and Maintenance Cost Sharing programs. An additional $900,937,000 is available from other agency contributions.

*Compound Security Program*.—The agreement endorses the directive in the House report concerning the deployment of lightweight thermal/visual surveillance systems for embassy protection.

10

*Historic Consulate Compound in Chiang Mai, Thailand.*—The agreement includes funds and supports efforts to preserve the historic value of the current Consulate compound in Chiang Mai after its decommissioning. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the status of such initiative.

*Mail Screening.*—The agreement includes not less than $5,000,000 for mail screening facilities that protect United States interests at overseas embassies, consulates, and other diplomatic locations worldwide as directed in the House report.

*Secure Facilities.*—The Secretary of State shall increase the number of secure facilities, including secure communications capabilities, around the world to ensure that United States foreign policy priorities can be fully coordinated across all Federal agencies.

### EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE

The agreement includes $8,885,000 for Emergencies in the Diplomatic and Consular Service.

### REPATRIATION LOANS PROGRAM ACCOUNT

The agreement includes $2,550,000 for Repatriation Loans Program Account and $1,000,000 transfer authority under Emergencies in the Diplomatic and Consular Service to support the subsidy cost and a total loan level of $5,520,137.

### PAYMENT TO THE AMERICAN INSTITUTE IN TAIWAN

The agreement includes $35,964,000 for Payment to the American Institute in Taiwan.

### INTERNATIONAL CENTER, WASHINGTON, DISTRICT OF COLUMBIA

The agreement includes $745,000 for International Center, Washington, District of Columbia.

PAYMENT TO THE FOREIGN SERVICE RETIREMENT AND DISABILITY FUND

The agreement includes $60,000,000 for Payment to the Foreign Service Retirement and Disability Fund.

## INTERNATIONAL ORGANIZATIONS

### CONTRIBUTIONS TO INTERNATIONAL ORGANIZATIONS

The agreement includes $1,389,152,000 for Contributions to International Organizations, of which $96,240,000 may remain available until September 30, 2027.

### CONTRIBUTIONS FOR INTERNATIONAL PEACEKEEPING ACTIVITIES

The agreement includes $1,230,667,000 for Contributions for International Peacekeeping Activities, of which $615,334,000 may remain available until September 30, 2027.

## INTERNATIONAL COMMISSIONS

### INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES AND MEXICO

#### SALARIES AND EXPENSES

The agreement includes $67,300,000 for Salaries and Expenses, of which $10,095,000 may remain available until September 30, 2027.

In addition, for expenses to carry out paragraph (3) of section 5602(b) of the National Defense Authorization Act for Fiscal Year 2024 (Public Law 118–31), $12,500,000, to remain available until expended for urgent operations and maintenance needs of the International Outfall Interceptor in Nogales, Arizona.

#### CONSTRUCTION

The agreement includes $78,000,000 for Construction.

Funds appropriated by the Act and prior Acts are made available to address urgent water management and water quality improvement programs of the United States Section of the International Boundary and Water Commission (USIBWC), including the rehabilitation and expansion of the South Bay International Wastewater Treatment Plant. Not less than 30 days prior to the submission of the operating plan required by section 7062(a) of the Act for the funds

appropriated or otherwise made available under this heading, the Commissioner of the USIBWC shall brief the Committees on Appropriations on the scope, timeline, and cost of such programs and projects.

*1944 Water Treaty Assessment*.—Not later than 180 days after the date of enactment of the Act, the Commissioner of the USIBWC shall submit a report to the Committees on Appropriations with recommendations for improving existing system storage, water movement, and deliveries in the regions affected by the 1944 Water Treaty. Such report shall include the feasibility of constructing the third international reservoir, including a timeline and any cost considerations, and whether the construction of such reservoir will capture and store water sufficient to meet the needs of agricultural and municipal users in the United States.

*Sediment Removal*.—The agreement includes funds appropriated under this heading to prioritize the reduction of sediment, including in areas of the Rio Grande where there are available lands for disposal. Not later than 90 days after the date of enactment of the Act, the Commissioner of the USIBWC shall consult with the Committees on Appropriations on funds to be allocated for this purpose from the Act and prior Acts.

### AMERICAN SECTIONS, INTERNATIONAL COMMISSIONS

The agreement includes $18,204,000 for American Sections, International Commissions, of which $10,881,000 is for the International Joint Commission (IJC), $2,323,000 is for the International Boundary Commission, and $5,000,000 is for the North American Development Bank, including to support the recently established Water Resilience Fund.

*Transboundary Watershed Management*.—The agreement includes funds at not less than the prior fiscal year level for the IJC, in collaboration with the United States interagency working group led by the Office of Canadian Affairs, to address gaps and limitations in transboundary governance between British Columbia and Alaska, Washington, Idaho, and Montana.

### INTERNATIONAL FISHERIES COMMISSIONS

The agreement includes $68,570,000 for International Fisheries Commissions. Funds appropriated under this heading are allocated according to the following table:

13

## INTERNATIONAL FISHERIES COMMISSIONS
[Budget authority in thousands of dollars]

| Commission/Activity | Budget Authority |
| --- | --- |
| Great Lakes Fishery Commission | 52,403 |
| *Lake Champlain and Lake Memphremagog Basins* | *10,000* |
| *Grass Carp* | *1,000* |
| *Lake Memphremagog Fishery* | *500* |
| Pacific Salmon Commission | 5,868 |
| International Pacific Halibut Commission | 5,300 |
| Other Marine Conservation Organizations | 4,999 |
| **Total** | **68,570** |

Funds provided for the Inter-American Tropical Tuna Commission are included in the table under Other Marine Conservation Organizations.

*Fisheries Sanctions Evasion.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State, in consultation with the heads of the other relevant Federal agencies, shall submit a report to the Committees on Appropriations on the implementation of Executive Order (EO) 14068, as it relates to Russian Federation-origin seafood and fish. The report should include: (1) a description of measures that the relevant agencies have developed to ensure compliance with the EO; (2) ways to improve enforcement capabilities; and (3) information on the Russian Federation's efforts, if any, to circumvent any seafood and fish-related sanctions imposed by the United States.

*International Fisheries Management Coordination.*—The agreement notes that unresolved territorial disputes and recent modifications to the Atlantic Large Whale Take Reduction Plan have resulted in conflicting American and Canadian fisheries management measures in the Gulf of Maine, including regulations and conservation practices that undermine American protections for the sustainability of stocks. The Secretary of State shall work with Canadian officials to develop an agreement that provides for cooperative fisheries management of this unique area. Not later than 90 days after the date of enactment of the Act, the Secretary shall submit a report to the Committees on Appropriations on progress toward, and the details of, any such agreement.

RELATED AGENCY

UNITED STATES AGENCY FOR GLOBAL MEDIA

INTERNATIONAL BROADCASTING OPERATIONS

The agreement includes $643,000,000 for International Broadcasting Operations. Funds appropriated under this heading are allocated according to the following table:

**INTERNATIONAL BROADCASTING OPERATIONS**
[Budget authority in thousands of dollars]

| **Entities/Grantees** | **Budget Authority** |
|---|---|
| USAGM Operations | 138,000 |
| Voice of America | 199,500 |
| Radio Free Europe/Radio Liberty | 112,500 |
| Radio Free Asia | 53,500 |
| Middle East Broadcasting Networks | 69,000 |
| Open Technology Fund | 40,500 |

*Briefings.*—Not later than 30 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2027, the United States Agency for Global Media (USAGM) Chief Executive Officer (CEO) shall brief the appropriate congressional committees on the status of agency operations, including staffing, language services, facilities and real property, transmissions, and other related issues.

*Consultations.*—Not less than 30 days prior to the submission of the operating plan required by section 7062(a) of the Act for funds appropriated or otherwise made available under this heading, the USAGM CEO shall consult with the Committees on Appropriations on the allocation of funding by entity and prioritization of language services and audiences, and provide the level of detail consistent with the USAGM program plan submitted in fiscal year 2024.

Following consultation with the USAGM CEO, any entity receiving funds made available under this heading shall consult with the appropriate congressional committees prior to pausing, terminating, or otherwise materially altering operations, including the sale, auction, transfer, or liquidation of assets.

15

*Networks*.—The USAGM CEO is directed to use the expertise of the Office of Cuba Broadcasting to inform programming about Cuba by other USAGM networks.

### BROADCASTING CAPITAL IMPROVEMENTS

The agreement includes $9,700,000 for Broadcasting Capital Improvements.

## RELATED PROGRAMS

### THE ASIA FOUNDATION

The agreement includes $20,000,000 for The Asia Foundation.

### UNITED STATES INSTITUTE OF PEACE

The agreement includes $20,000,000 for United States Institute of Peace.

### CENTER FOR MIDDLE EASTERN-WESTERN DIALOGUE TRUST FUND

The agreement provides $203,000 from interest and earnings from the Center for Middle Eastern-Western Dialogue Trust Fund.

### EISENHOWER EXCHANGE FELLOWSHIP PROGRAM

The agreement includes $180,000 from interest and earnings from the Eisenhower Exchange Fellowship Program Trust Fund.

### ISRAELI ARAB SCHOLARSHIP PROGRAM

The agreement includes $117,000 from interest and earnings from the Israeli Arab Scholarship Endowment Fund.

### EAST-WEST CENTER

The agreement includes $22,000,000 for East-West Center.

16

### NATIONAL ENDOWMENT FOR DEMOCRACY

The agreement includes $315,000,000 for National Endowment for Democracy, of which $210,316,000 shall be allocated in the traditional and customary manner, including for the core institutes, and $104,684,000 for democracy programs.

## OTHER COMMISSIONS

### COMMISSION FOR THE PRESERVATION OF AMERICA'S HERITAGE ABROAD

#### SALARIES AND EXPENSES

The agreement includes $770,000 for the Commission for the Preservation of America's Heritage Abroad, of which $116,000 may remain available until September 30, 2027.

### UNITED STATES COMMISSION ON INTERNATIONAL RELIGIOUS FREEDOM

#### SALARIES AND EXPENSES

The agreement includes $4,000,000 for United States Commission on International Religious Freedom.

### COMMISSION ON SECURITY AND COOPERATION IN EUROPE

#### SALARIES AND EXPENSES

The agreement includes $3,059,000 for Commission on Security and Cooperation in Europe.

### CONGRESSIONAL-EXECUTIVE COMMISSION ON THE PEOPLE'S REPUBLIC OF CHINA

#### SALARIES AND EXPENSES

The agreement includes $2,300,000 for Congressional-Executive Commission on the People's Republic of China.

### UNITED STATES-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

#### SALARIES AND EXPENSES

The agreement includes $4,000,000 for United States-China Economic and Security Review Commission.

## HOUSE DEMOCRACY PARTNERSHIP

### SALARIES AND EXPENSES

The agreement includes $2,300,000 for House Democracy Partnership.

# TITLE II

## ADMINISTRATION OF ASSISTANCE

### FUNDS APPROPRIATED TO THE PRESIDENT

#### OPERATING EXPENSES

The agreement includes $111,988,000 for Operating Expenses.

#### OFFICE OF INSPECTOR GENERAL

The agreement includes $62,500,000 for Office of Inspector General.

Not later than 90 days after the date of enactment of the Act, the Inspector General shall submit to the Committees on Appropriations an oversight plan for the independent agencies under its jurisdiction to be carried out over the next two fiscal years.

## TITLE III

## BILATERAL ECONOMIC ASSISTANCE

### FUNDS APPROPRIATED TO THE PRESIDENT

#### GLOBAL HEALTH PROGRAMS

The agreement includes $9,415,775,000 for Global Health Programs. Funds under this heading are allocated according to the following table and subject to section 7019 of the Act:

### GLOBAL HEALTH PROGRAMS
[Budget authority in thousands of dollars]

| Program/Activity | Budget Authority |
|---|---|
| Maternal and Child Health | 915,000 |
| *Polio* | *85,000* |
| *The GAVI Alliance* | *300,000* |
| *Maternal and Neonatal Tetanus* | *2,000* |
| Nutrition | 165,000 |
| *Iodine Deficiency Disorder* | *3,000* |
| *Micronutrients* | *33,000* |
| *of which, Vitamin A* | *[22,500]* |
| Vulnerable Children | 29,925 |
| *Blind Children* | *4,275* |
| HIV/AIDS | 5,883,800 |
| *The Global Fund to Fight AIDS, Tuberculosis, and Malaria* | *1,250,000* |
| *Microbicides* | *45,000* |
| *Prevention, Treatment, and Response Initiative (Section 7058(e))* | *10,000* |
| *UNAIDS* | *45,000* |
| Family Planning/Reproductive Health | 523,950 |
| Global Health Security | 615,605 |
| Malaria | 795,000 |
| Tuberculosis | 378,720 |
| *Global TB Drug Facility* | *14,400* |
| Neglected Tropical Diseases | 108,775 |
| **Total** | **9,415,775** |

*Drug Resistant Forms of Infectious Diseases*.—The Secretary of State shall brief the Committees on Appropriations not later than 90 days after the date of enactment of the Act on the scale and potential health security impacts of drug-resistant infectious diseases overseas.

*GAVI Alliance*.—The agreement includes $300,000,000 for a contribution to The GAVI Alliance for the sixth strategic period and encourages other donors to increase their contributions.

*Global Fund to Fight AIDS, Tuberculosis, and Malaria*.—The agreement supports the Administration's pledge of $4,600,000,000 for the eighth replenishment of the Global Fund to Fight AIDS, Tuberculosis, and Malaria (Global Fund) and includes $1,250,000,000 for the first installment of such replenishment. Such funds shall be contributed to the Global Fund on a quarterly basis to the fullest extent practicable, while leveraging matching contributions received from other sources. Sufficient unobligated balances exist from prior Acts to fully fund the first installment of the eighth replenishment and to fulfill the United States pledge for the seventh replenishment, for which the Secretary of State is directed to contribute such funds to the Global Fund in a timely manner and which are in addition to funds provided in the Act for the eighth replenishment.

*GHS Contributions.*—The agreement includes funds for a United States contribution to the Pandemic Fund, pursuant to section 5563(i) of the Global Health Security and International Pandemic, Prevention, Preparedness, and Response Act of 2022 (subtitle D of title LV of division E of Public Law 117–263), and funds for a United States contribution to the Coalition for Epidemic Preparedness Innovations, pursuant to section 6501 of the National Defense Authorization Act for Fiscal Year 2022 (Public Law 117–81), consistent with the fiscal year 2024 level. The Secretary of State shall consult with the Committees on Appropriations not later than 45 days after the date of enactment of the Act regarding the status of such contributions.

*Health Service Delivery.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall update the report required under this heading in Senate Report 118–71 regarding telehealth and other digital solutions in health service delivery.

*Innovation Fund.*—The Secretary of State shall brief the Committees on Appropriations not later than 60 days after the date of enactment of the Act on planned efforts to support an

Innovation Fund and related health investments, including efforts to ensure partnership with both private companies and non-profit organizations.

*Market Access Strategy.*—Not later than 90 days after the date of the enactment of the Act, the Secretary of State shall submit a strategy to the appropriate congressional committees for expanding market access for United States pharmaceuticals, medical devices, and medical equipment related to child survival, HIV/AIDS, malaria, tuberculosis (TB), and global health security in low and middle income countries, including through establishing programs to reduce regulatory, procurement, and distribution barriers, and ensure that global health supply chains comply with United States standards.

*Non-communicable Diseases.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations summarizing how the Department of State's global health programs advance countries' capacity to prevent, diagnose, and treat non-communicable diseases (NCDs), including the diagnosis and treatment of severe childhood-onset chronic NCDs.

*Nutrition.*—The agreement supports effective nutrition interventions and expects not less than 50 percent of nutrition funding be devoted to the most cost-effective and evidence-based nutrition interventions, including American-made Ready-to-Use Therapeutic Foods (RUTF), breastfeeding support, prenatal vitamins, and vitamin A supplementation.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on the nutrition outcomes achieved over the previous fiscal year, which shall include: (1) the outcomes, disaggregated by regional bureau, including nutrition-specific treatment and prevention interventions on a country-by-country basis; (2) the approximate number of additional children treated for severe acute malnutrition and receiving vitamin A supplementation as a result of United States assistance; (3) the approximate number of women receiving prenatal vitamins and breastfeeding education and support as a result of such assistance; and (4) a comprehensive accounting of funds expended on procurement and distribution of RUTF. The report should include a valid estimate of funds expended to achieve each reported result and a description of the method of estimation used.

*Prevention.*—The agreement includes funding to support HIV prevention activities, including to scale-up the use of long-acting injectable antiretrovirals, to reduce HIV transmission

in vulnerable populations. The Secretary of State shall rapidly rollout this intervention through the Global Fund and bilateral programs and prioritize these technologies in high-burden countries to stem new HIV infections, particularly among those most at risk, including young women, adolescent girls, and orphans, and enable a more rapid and effective transition toward country-led ownership of the HIV response.

*RUTF.*—The agreement endorses the directives under this heading in the House report, to include the procurement and delivery costs of such commodities. Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations on the use of RUTF in the prior fiscal year, including the locations and number of beneficiaries reached.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the feasibility of funding a new public-private partnership intended to streamline and scale-up the procurement and delivery of American-made RUTF and prenatal vitamins.

*Transfers.*—To achieve the goals set forth in the September 2025 America First Global Health Strategy, the agreement supports continued transfer of funding and collaboration between the Centers for Disease Control and Prevention and the Department of State, to support functions related to key areas of collaboration, including: surveillance; laboratory, data, and health information technology systems; clinical service delivery for programs; and outbreak prevention, detection, and response.

*Tuberculosis Report.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall update the report required under this heading in Senate Report 118–71 regarding TB priority countries.

### INTERNATIONAL HUMANITARIAN ASSISTANCE

The agreement includes $5,400,000,000 for International Humanitarian Assistance. The agreement provides for life-saving humanitarian assistance under a new consolidated account which includes the funding and authorities previously made available under International Disaster Assistance and Migration and Refugee Assistance.

*Coordination and Oversight Report*.—Not later than 30 days after the date of enactment of the Act, the Secretary of State shall submit a report and brief the Committees on Appropriations on the Department of State's plans to effectively program, manage, and monitor humanitarian assistance funding. The report shall include: (1) the roles and responsibilities for each bureau responsible for implementing humanitarian assistance funding, including the proposed staff and mechanisms to monitor and oversee specific awards; (2) the guidance and criteria each bureau has been given to assess country and regional requirements for humanitarian assistance, including specific types of programs and activities that the Secretary has determined are not eligible for funding; and (3) the internal process for reporting instances of diversion or loss to the Office of Inspector General (OIG) and the Committees on Appropriations, consistent with section 7015(j) of the Act.

*Efficacy of Humanitarian Assistance Delivery Means*.—The Secretary of State shall implement a pilot program in three countries of strategic interest to the United States to assess the efficacy of humanitarian assistance delivery means, following consultation with the Committees on Appropriations. Such countries shall possess local implementation capacity.

*Global Food Security Transition Report.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit to the appropriate congressional committees a report that includes: (1) a description of the organizational structure, funding, staffing, and mechanisms to monitor and oversee United States international food assistance programs transferred to the Department of State on or after July 1, 2025; (2) an assessment of current global food insecurity; and (3) actions undertaken by the Department of State to address each emerging food crisis identified during calendar year 2025, including projected needs, United States assistance provided, and assistance provided by other donors.

*Spend Plan*.—The Secretary of State shall consult with the Committees on Appropriations on the initial planned allocation of funds prior to the submission of the initial spend plan required under this heading. The spend plan shall include planned obligations by region, country, program, and type of support, including but not limited to food, health, nutrition, shelter, protection, water and sanitation, third-party monitoring, general contributions, program support, and other administrative expenses. Subsequent quarterly spend plans shall include actual obligations and disbursements from the preceding reporting periods.

24

UNITED STATES EMERGENCY REFUGEE AND MIGRATION ASSISTANCE FUND

The agreement includes $100,000,000 for United States Emergency Refugee and Migration Assistance Fund.

## NATIONAL SECURITY INVESTMENT PROGRAMS

The agreement includes $6,766,874,000 for National Security Investment Programs. The National Security Investment Programs account consolidates bilateral economic assistance accounts funded in prior Acts, as described under this heading in the House report. Funds included under this heading to meet the directive for Africa should be focused on sub-Saharan Africa.

Funds under this heading are allocated according to the following table and subject to section 7019 of the Act:

## NATIONAL SECURITY INVESTMENT PROGRAMS
[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
| --- | --- |
| **Africa** | |
| Young African Leaders Initiative (YALI) | 16,000 |
| **East Asia and the Pacific** | |
| Cambodia countering PRC programs | 5,000 |
| Vietnam | 84,000 |
| **Europe/Eurasia** | |
| Abducted Children | 15,000 |
| BOLD Balkan Young Leaders | 2,000 |
| Moldova | 36,500 |
| **Middle East and North Africa** | |
| Iraq Scholarship Program | 10,000 |
| Lebanon Scholarship Programs | 20,000 |
| Middle East Partnership Initiative | 20,000 |
| Middle East Regional Cooperation | 7,000 |

| | |
|---|---:|
| Near East Regional Democracy | 50,000 |
| Nita M. Lowey Middle East Partnership for Peace Act | 37,500 |
| United States-Israel Development Cooperation | 3,000 |

**Western Hemisphere**

| | |
|---|---:|
| Caribbean Energy Initiative | 7,000 |
| Caribbean Economic Growth | 9,000 |
| Colombia Human Rights | 15,000 |
| Dominican Republic | 19,000 |
| Maya Biosphere | 5,700 |
| State Western Hemisphere Regional | 65,000 |

**Global Programs**

| | |
|---|---:|
| Arctic Council | 1,000 |
| Assistive technology | 8,000 |
| Atrocities prevention | 3,000 |
| Combating child marriage | 15,000 |
| Family Planning/Reproductive Health | 51,050 |
| Implementation of Public Law 99–415 | 4,000 |
| Information communications technology training | 1,000 |
| Leahy War Victims Fund | 12,000 |
| Peace process monitoring | 3,500 |
| Mobility program | 3,000 |
| Trade capacity building | 15,000 |
| Victims of torture | 9,600 |

*Cybersecurity Capacity Building.*—The agreement directs that funds under this heading be used to strengthen cybersecurity capabilities in Costa Rica, Guatemala, Paraguay, and Peru to counter cyber threats, particularly from the People's Republic of China (PRC).

*Directives.*—Not later than 45 days after the date of enactment of the Act, and prior to the initial obligation of such funds, the Secretary of State shall consult with the Committees on Appropriations on the use of funds to implement directives in the table under this heading.

*Emerging Challenges.*—Funds under this heading shall be made available to respond to emerging challenges overseas and supporting countries transitioning from conflict.

*Faith-based Organizations.*—The Secretary of State shall continue to use the faith sector, in conjunction with the public and private sectors, for the delivery of assistance under this heading and under Global Health Programs.

26

*Innovation Ventures*.—Funds made available under this heading shall be made available for an innovation ventures program at the Department of State to support early-stage ideas and scale-up proven solutions that demonstrate cost-effectiveness and measurable impact on assistance outcomes. Not later than 120 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on such program.

*Marla Fund*.—Not later than 45 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the status of the Marla Ruzicka Fund for Innocent Victims of Conflict (Marla Fund) and provide a description of plans to support the Marla Fund with funds appropriated in the Act.

*Peace Accord Implementation and Conflict Resolution*.—The agreement includes funds for evidence-based programs that assess the implementation of peace agreements and peace accords, in support of the Department of State's efforts to support peace processes and conflict resolution globally.

*Requirement*.—Not later than 120 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on efforts to provide technical assistance and other support to communities around the world to preserve indigenous cultural heritage, including the preservation and revitalization of endangered languages.

*Stoves*.—The agreement includes funding for programs that address health and safety issues arising from the use of cookstoves.

DEMOCRACY FUND

The agreement includes $205,200,000 for Democracy Fund.

INDEPENDENT AGENCIES

PEACE CORPS

(INCLUDING TRANSFER OF FUNDS)

The agreement includes $410,500,000 for Peace Corps, of which $7,800,000 is for the Office of Inspector General.

*Report*.—Not later than 60 days after the date of enactment of the Act, and every 180 days thereafter until September 30, 2027, the Director of the Peace Corps shall submit a report to

the appropriate congressional committees on the personnel levels of the domestic and overseas workforce of the Peace Corps, including United States direct hires, experts and consultants, and personal services contractors, on an organizational unit-by-organizational-unit basis.

### MILLENNIUM CHALLENGE CORPORATION

The agreement includes $830,000,000 for Millennium Challenge Corporation.

*Notifications.*—Pursuant to section 7015(a) of the Act and consistent with the criteria included in section 610(a) of the Millennium Challenge Act of 2003 (22 U.S.C. 7709), the MCC CEO shall notify the appropriate congressional committees before terminating assistance made available under a compact or threshold program. Such notifications shall include: (1) the justification for the proposed termination, based on the requirements in section 611(a) of 22 U.S.C. 7710; (2) actions required by MCC, including the Board of Directors, to effectuate the termination of assistance, and the anticipated timeline for each; (3) details on the status of the compact or program, including individual activities, and the impact the termination will have on fulfilling the intended development objectives; (4) a breakdown of funding that will be deobligated as a result of the termination, including any proposed reprogramming of funds; (5) a summary of the financial and legal obligations of the partner country at the time of termination, including the recipient government's co-investment and remaining obligations under the compact or threshold program; and (6) risks of litigation arising from early contract, employment, and other terminations.

### INTER-AMERICAN FOUNDATION

The agreement includes $29,000,000 for Inter-American Foundation.

### UNITED STATES AFRICAN DEVELOPMENT FOUNDATION

The agreement includes $12,000,000 for United States African Development Foundation.

*Oversight and Accountability.*—Not later than 30 days after the date of enactment of the Act, the President of the United States African Development Foundation (USADF) shall submit a report to the Committees on Appropriations detailing the status the Foundation's overseas

funds and assets. Such report shall also include a detailed description of mechanisms in place to retain oversight over these funds and assets.

Not later than 90 days after the date of enactment of the Act, the USADF President shall submit a report to the appropriate congressional committees detailing a comprehensive plan to address the recommendations of Government Accountability Office Report GAO-25-107574, titled "U.S. African Development Foundation: Strategic Approach Needed to Mitigate Fraud Risks" (September 15, 2025) and Inspector General Report E-ADF-25-004-M, titled "U.S. African Development Foundation: Gaps in Policy and Guidance Hindered Strategic Partnerships and Grants Administration" (August 28, 2025).

UNITED STATES FOUNDATION FOR NATURAL SECURITY AND COUNTERTERRORISM

The agreement includes $100,000,000 for United States Foundation for Natural Security and Counterterrorism.

DEPARTMENT OF THE TREASURY

INTERNATIONAL AFFAIRS TECHNICAL ASSISTANCE

The agreement includes $30,000,000 for International Affairs Technical Assistance.

DEBT RESTRUCTURING

The agreement includes $52,000,000 for Debt Restructuring.

# TITLE IV

## INTERNATIONAL SECURITY ASSISTANCE

### DEPARTMENT OF STATE

#### INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

The agreement includes $1,400,000,000 for International Narcotics Control and Law Enforcement. Funds for certain countries, programs, and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

### INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

[Budget authority in thousands of dollars]

| Country/Program/Activity | Budget Authority |
| --- | --- |
| Atrocities prevention | 3,000 |
| Central America Regional Security Initiative | 170,000 |
| *Costa Rica* | *40,000* |
| Combating Scam Centers in Southeast Asia | 10,000 |
| Combating wildlife trafficking | 47,500 |
| Demand reduction | 20,000 |
| Ecuador | 30,000 |
| Europe/Eurasia | 80,000 |
| Fighting corruption | 25,000 |
| Inter-Regional Aviation Support | 60,000 |
| Programs to combat illegal mining | 35,000 |
| *Colombia, Ecuador, Peru* | *20,000* |
| State Western Hemisphere Regional | 56,000 |
| *Caribbean Basin Security Initiative* | *45,000* |
| *Southern Cone* | *11,000* |
| Thailand | 3,500 |
| Trafficking in persons | 89,500 |
| *Office to Monitor and Combat Trafficking in Persons* | *76,000* |
| *of which, child protection compacts* | *[12,500]* |
| *of which, modern slavery* | *[25,000]* |
| Tunisia | 4,000 |
| Vietnam | 6,500 |

*Combating Human Trafficking in Latin America and the Caribbean.*—The agreement includes $2,500,000 under this heading for partnerships to combat human trafficking in Latin America and the Caribbean, as described under section 7060 in the House report.

*Combating Ritualized Murder.*—The agreement includes $2,500,000 under this heading to combat ritualized murder of children in West Africa.

*Cyber Crime and Intellectual Property Rights.*—The agreement includes funds under this heading to support capacity building efforts to counter cybercrime, including technical assistance to support partner nation efforts to develop, revise, and implement national laws, policies, and procedures that address cybercrime and strengthen law enforcement and judicial capacity to hold malign actors accountable.

The Secretary of State is encouraged to coordinate with the United States Attorney General to increase the local capacity of criminal justice sectors in partner countries to investigate and litigate criminal cases, including through the United States Transnational and High-Tech Crime Global Law Enforcement Network (GLEN), to ensure the GLEN and other related partnerships result in adequate global coverage, particularly to combat intellectual property crime and cybercrime activities.

*Fentanyl.*—Pursuant to section 7036 of the Act, the agreement includes not less than $150,000,000 to counter the flow of fentanyl and other synthetic drugs, including not less than the prior fiscal year level from funds made available under this heading.

*Maritime Security.*—Consistent with the Department of State's assessment of additional funding needs, in addition to funds otherwise made available for maritime security funded under this heading, the agreement includes not less than $20,000,000 for East Asia and Pacific Maritime Law Enforcement programs and not less than $10,000,000 for South Asia Maritime Law Enforcement programs. The agreement also includes $3,000,000 to provide enhanced maritime domain awareness in Oceania, to include the provision of data, advanced analytics, and training, to combat and deter illegal, unreported, and unregulated fishing.

*Office of Security Coordinator.*—Funds appropriated under this heading that are made available for programs of the Office of the Security Coordinator, Department of State, shall be the responsibility of such Security Coordinator. Not later than 45 days after the date of enactment

of the Act, the Secretary of State shall consult with the Committees on Appropriations on the use of such funds.

NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS

The agreement includes $870,000,000 for Nonproliferation, Anti-terrorism, Demining and Related Programs. Funds for certain programs and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

### NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS
[Budget authority in thousands of dollars]

| Program/Activity | Budget Authority |
|---|---|
| International Atomic Energy Agency | 95,000 |
| Conventional Weapons Destruction | 265,000 |
| *Humanitarian demining* | *222,000* |
| *of which, Southeast Asia* | *[77,000]* |

*Artificial Intelligence Safety and Security Initiative.*—The agreement provides $13,000,000 for the Bureau of International Security and Nonproliferation's Artificial Intelligence Safety and Security Initiative.

*Conventional Weapons Destruction.*—The agreement includes funds for humanitarian demining and unexploded ordnance (UXO) clearance activities in Angola, Cambodia, Laos, Pacific Islands countries (PICs), Sri Lanka, Vietnam, and Zimbabwe. The Secretary of State shall consult with the Committees on Appropriations on the proposed allocation of funds for humanitarian demining in fiscal year 2026 prior to submitting the 653(a) report.

PEACEKEEPING OPERATIONS

The agreement includes $335,458,000 for Peacekeeping Operations.

FUNDS APPROPRIATED TO THE PRESIDENT

INTERNATIONAL MILITARY EDUCATION AND TRAINING

The agreement includes $119,152,000 for International Military Education and Training.

FOREIGN MILITARY FINANCING PROGRAM

The agreement includes $6,158,397,000 for Foreign Military Financing Program. Funds under this heading for certain countries and programs are allocated according to the following table and subject to section 7019 of the Act:

## FOREIGN MILITARY FINANCING PROGRAM
[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
| --- | --- |
| Colombia | 37,025 |
| Costa Rica | 10,000 |
| Ecuador | 10,000 |
| Estonia | 10,000 |
| Europe/Eurasia | 100,000 |
| Latvia | 10,000 |
| Lithuania | 10,000 |
| Mongolia | 3,000 |
| Morocco | 20,000 |
| Panama | 2,000 |
| Thailand | 10,000 |
| Vietnam | 12,000 |
| Western Hemisphere Regional | 20,250 |

*Additional Regional Maritime Security Needs.*—Consistent with the Department of State's recent assessment of resource levels necessary to adequately support maritime security and enhance maritime awareness, and in addition to funds otherwise made available for maritime security, of the funds appropriated under this heading in the Act and prior Acts not less than $50,000,000 shall be made available for East Asia and Pacific regional and bilateral maritime security and not less than $41,200,000 shall be made available for South Asia regional and bilateral maritime security.

*Burden Sharing*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing opportunities to use funds appropriated under this heading for the advancement of co-production and other burden sharing initiatives with allies and partners that contribute to strategic deterrence and interoperability, including by: (1) expanding production capacity of high-demand munitions and weapon systems; and (2) incentivizing procurement of novel and non-program of record capabilities. Such report shall include lessons learned from prior such efforts.

*Unallocated Funds*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing all funds appropriated in prior Acts under this heading, or a predecessor account, that have been obligated into the Foreign Military Sales Trust Fund and are unallocated to a case as of the date of enactment of the Act.

# TITLE V

## MULTILATERAL ASSISTANCE

FUNDS APPROPRIATED TO THE PRESIDENT

INTERNATIONAL ORGANIZATIONS AND PROGRAMS

The agreement includes $339,000,000 for International Organizations and Programs.

Funds under this heading should be programmed consistent with the practice of prior years.

*Spend Plan.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit to the Committees on Appropriations a spend plan detailing the proposed allocation of funds under this heading and the entities to be funded. Such funds shall be subject to the regular notification procedures of the Committees on Appropriations. Not less than 30 days prior to submission of the spend plan, the Secretary shall consult with the Committees on Appropriations on the proposed allocation of funds appropriated under this heading for international organizations and programs, including identification of funding intended to support core contributions.

INTERNATIONAL FINANCIAL INSTITUTIONS

GLOBAL ENVIRONMENT FACILITY

The agreement includes $150,200,000 for Global Environment Facility.

CONTRIBUTION TO THE INTERNATIONAL DEVELOPMENT ASSOCIATION

The agreement includes $1,066,184,000 for Contribution to the International Development Association.

CONTRIBUTION TO THE ASIAN DEVELOPMENT FUND

The agreement includes $43,610,000 for Contribution to the Asian Development Fund.

CONTRIBUTION TO THE AFRICAN DEVELOPMENT BANK

The agreement includes $54,649,000 for Contribution to the African Development Bank.

### LIMITATION ON CALLABLE CAPITAL SUBSCRIPTIONS

The agreement includes $8,656,174,624 for Limitation on Callable Capital Subscriptions.

### CONTRIBUTION TO THE EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT

The agreement includes $87,500,000 for Contribution to the European Bank for Reconstruction and Development.

### CONTRIBUTION TO THE INTERNATIONAL FUND FOR AGRICULTURAL DEVELOPMENT

The agreement includes $54,000,000 for Contribution to the International Fund for Agricultural Development.

### TREASURY INTERNATIONAL ASSISTANCE PROGRAMS

The agreement includes $75,000,000 for Treasury International Assistance Programs.

# TITLE VI

## EXPORT AND INVESTMENT ASSISTANCE

### EXPORT-IMPORT BANK OF THE UNITED STATES

#### INSPECTOR GENERAL

The agreement includes $8,860,000 for Inspector General for the Export-Import Bank of the United States, of which $1,329,000 may remain available until September 30, 2027.

#### ADMINISTRATIVE EXPENSES

The agreement includes $125,000,000 for Administrative Expenses for the Export-Import Bank of the United States, of which up to $18,750,000 may remain available until September 30, 2027.

#### PROGRAM BUDGET APPROPRIATIONS

The agreement includes $20,000,000 for Program Budget Appropriations.

### UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION

#### INSPECTOR GENERAL

The agreement includes $7,200,000 for Inspector General for the United States International Development Finance Corporation.

*Report.*—The United States International Development Finance Corporation (DFC) CEO shall prioritize and expeditiously work with the OIG to fill all current OIG vacancies. Concurrent with the fiscal year 2027 President's Budget Request, the OIG shall submit a report to the Committees on Appropriations detailing: (1) a list of current vacancies, duration of each vacancy, and impact to OIG's work resulting from such vacancies; (2) any obstacles to filling these vacancies, including capacity or support issues on the part of DFC human resources personnel; and (3) a proposed organizational chart expanding the OIG footprint to conduct appropriate oversight of DFC resources in light of DFC's expanded mandate in the DFC Modernization and Reauthorization Act of 2025 (title LXXXVII of Public Law 119–60).

CORPORATE CAPITAL ACCOUNT

The agreement includes $983,250,000 for Corporate Capital Account, including $243,000,000 for administrative expenses, which may be paid to the United States International Development Finance Corporation Program Account.

*Account*.—The agreement notes that DFC has sufficient flexibility under this heading to make equity investments and understands that DFC is working to operationalize the Development Finance Corporate Equity Investment Account authorized under section 1421(c) of the BUILD Act of 2018 (division F of Public Law 115–254), as amended by the National Defense Authorization Act for Fiscal Year 2026 (title LXXXVII of Public Law 119–60). The DFC CEO is directed to expeditiously operationalize all components of the BUILD Act reauthorization and submit, as part of its fiscal year 2027 Congressional Budget Justification, any technical language changes needed in future appropriations bills. Any transfers from the Corporate Capital Account into the Equity Investment Account shall be subject to the regular notification procedures of the Committees on Appropriations.

*Accountability*.—The agreement includes not less than $540,000 to support the work of the DFC's Office of Accountability (OA), including funds to support no less than three full-time equivalent (FTE) staff. Not later than 45 days after the date of enactment of the Act, the OA Director shall submit a report to the appropriate congressional committees detailing: (1) the staffing posture of the OA, including the timeline for, and any challenges to, onboarding three FTEs; (2) adherence by the OA, DFC, and DFC's Board of Directors to the Terms of Reference and other operational guidelines and procedures of the OA; (3) how the OA is ensuring project-affected communities and stakeholders are adequately informed of the OA's existence, services, and methods of contact; and (4) any DFC internal challenges to, and plans to ensure, the OA's independence, including with regards to staffing, budgetary needs, and direct reporting to DFC's Board of Directors. The OA Director shall consult with the Committees on Appropriations prior to the submission of such report.

*Cancellations*.—Concurrent with the submission of the quarterly unobligated balances report required by section 7002 of the Act, the DFC CEO shall brief the Committees on Appropriations on such report, including details on any cancellations during the relevant reporting period.

*Quarterly Report.*—Not later than 45 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2027, the DFC CEO shall submit a report to the Committees on Appropriations detailing current investments by country and sector, disaggregated by fiscal year.

*Strategic Priorities.*—The DFC CEO shall consult with the Committees on Appropriations concurrent with any meeting held as part of the Congressional Strategic Advisory Group established pursuant to section 1413(k) of the BUILD Act of 2018. Not later than 15 days after completion of the development of a Strategic Priorities Plan, required by section 1413(l) of such Act, or of any revisions to such Plan, the DFC CEO shall submit such Plan or revisions to the appropriate congressional committees.

## PROGRAM ACCOUNT

The agreement includes up to $740,250,000 for Program Account transferred from Corporate Capital Account.

## TRADE AND DEVELOPMENT AGENCY

The agreement includes $87,000,000 for Trade and Development Agency.

TITLE VII

GENERAL PROVISIONS

*Section 7001.  Allowances and Differentials (unchanged)*

*Section 7002.  Unobligated Balances Report (unchanged)*

   *Additional Report.*—Not later than November 1, 2026, the Secretary of State shall submit to the Committees on Appropriations a report detailing, by account and program, project, and activity, balances appropriated by the Act and prior Acts that were: (1) unobligated and expired at the end of the prior fiscal year; or (2) obligated within the initial period of availability but canceled.

*Section 7003.  Consulting Services (unchanged)*

*Section 7004.  Diplomatic Facilities (modified)*

*Section 7005.  Personnel Actions (unchanged)*

*Section 7006.  Prohibition on Publicity or Propaganda (unchanged)*

*Section 7007.  Prohibition Against Direct Funding for Certain Countries (modified)*

   *Consultation.*—The Secretary of State shall consult with the Committees on Appropriations prior to providing humanitarian assistance to a country listed under this section.

*Section 7008.  Coups d'État (unchanged)*

   *Report.*—Beginning after the date of enactment of the Act, not later than 30 days after a duly elected head of government is deposed by military coup d'état or decree, the Secretary of State, in coordination with the heads of other relevant Federal agencies, shall jointly submit a report to the appropriate congressional committees detailing: (1) all United States assistance currently allocated or planned for the applicable country by account and amount; (2) any such assistance not subject to the restriction in this section on a program, project, or activity basis; (3) any notwithstanding authorities available to continue obligating and expending assistance that is otherwise restricted by such section, and whether such authorities will be relied on to provide assistance; and (4) whether any such restricted assistance will continue pursuant to the first or second provisos in subsection (a) or the waiver in subsection (b). Such report shall be updated in a timely manner for any policy changes.

*Section 7009.  Transfer of Funds Authority (modified)*

*Pre-obligation Report Requirement.*—Not later than 15 days prior to the obligation of funds for any agreement entered into by the Department of State with any department, agency, or instrumentality of the United States Government to transfer or allocate funds appropriated by the Act or prior Acts, the Secretary of State shall submit a report to the Committees on Appropriations detailing the recipient agency for, purpose for, and amount of such transfer. Such requirements shall not apply to: (1) agreements entered into between any department, agency, or instrumentality funded by the Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs; (2) funds notified pursuant to subsection (b)(3); and (3) funds appropriated by the Act under International Humanitarian Assistance and United States Emergency Refugee and Migration Assistance Fund and under International Disaster Assistance, Migration and Refugee Assistance, and United States Emergency Refugee and Migration Assistance Fund in prior Acts.

*Section 7010.  Prohibition and Limitation on Certain Expenses (modified)*
*Section 7011.  Assistance Effectiveness and Transparency (new)*

*Independent Accountability Mechanism.*—Not later than 120 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees detailing a plan to establish an independent accountability mechanism to which external stakeholders can communicate concerns about adverse impacts resulting from Department of State-funded programs, projects, and activities, and through which the Department of State can respond. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall brief such committees on the status of the Department's effort to develop such plan.

*Localization.*—Pursuant to subsection (a)(2)(D), the Secretary of State shall include in the strategy required by subsection (a)(1) plans to provide grants, cooperative agreements, and other awards of not more than $2,000,000 to local, international, and United States-based implementers that have received less than $5,000,000 from the United States Government to implement foreign assistance programs over the previous five fiscal years. Departments or centers of educational institutions may be considered individually in determining such eligibility.

*Transparency.*—Pursuant to subsection (e) and the Foreign Aid Transparency and Accountability Act of 2016 (Public Law 114–191), the DFC CEO shall ensure timely, accurate, and complete reporting of DFC investments on the "ForeignAssistance.gov" website. Not later than 60 days after the date of enactment of the Act, the CEO shall submit a report to the appropriate congressional committees on any challenges to such reporting and a timeline for addressing such challenges.

*Section 7012.  Limitation on Assistance to Countries in Default (unchanged)*

*Section 7013.  Prohibition on Taxation of United States Assistance (modified)*

*Section 7014.  Availability and Designated Funding Levels (modified)*

*Section 7015.  Notification Requirements (modified)*

*Congressional Notifications.*—Not later than 30 days after the date of enactment of the Act, and every 30 days thereafter until September 30, 2027, the Secretary of State and the heads of other Federal agencies funded by the Act shall each submit a report to the Committees on Appropriations of all congressional notifications that are pending beyond the required time period for notification as a result of congressional action. Such report shall identify the relevant congressional notification, the impacted amount and intended uses of funds, and the relevant congressional entity or entities.

*Guantanamo Bay.*—The agreement endorses the notification requirement concerning individuals detained at United States Naval Station, Guantanamo Bay, Cuba included under this section in the House report.

*Notification Requirements.*—Notifications submitted pursuant to the requirement in this section shall, to the maximum extent practicable, include the source year of funds and the initial purpose of the funding proposed for re-obligation.

*Notifications.*—Any notification submitted pursuant to this section with respect to assistance for Burma or South Sudan shall indicate whether the proposed obligation of funds includes any new program, project, or activity.

*Requirement to Inform.*—Pursuant to the proviso in subsection (j), the Secretary of State shall inform the Committees on Appropriations not later than 10 days prior to the planned destruction of commodities that are in the possession of the Department of State or an implementing partner that have been purchased with funds made available by the Act and prior Acts, including a description and the cost of the commodities to be destroyed, a justification for the destruction, and a description of efforts made by the agency or implementing partner to find alternative uses for such commodities.

For the purposes of implementing subsection (j), the term "promptly inform" shall mean the Secretary of State informs the appropriate congressional committees within 5 days of receiving such information. Additionally, the subsection shall not apply to instances of a de minimis nature.

*Trust Funds.*—Notifications submitted pursuant to subsection (g) shall include the information described under this section in the House report, including the requirement for administrative agreements to the extent practicable.

*Section 7016.  Documents, Report Posting, Records Management, and Related Cybersecurity Protections (modified)*

*Section 7017.  Use of Funds in Contravention of this Act (unchanged)*

*Section 7018.  Prohibition on Funding for Abortions and Involuntary Sterilization (unchanged)*

*Section 7019.  Allocations and Reports (modified)*

*Report on Directives.*—Not later than 45 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations listing all funding directives included in the Act and the tables in this explanatory statement that fall under Department of State jurisdiction and the bureau or office responsible for leading on

implementation of such directive. Such list shall be updated and resubmitted semi-annually until September 30, 2027, to reflect any changes.

*Updates to Reports.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit to the Committees on Appropriations updates to the following reports: Department Report Number 006137; Department Report Number 006693; Department Report Number 006713; Department Report Number 006714; Department Report Number 006732; Department Report Number 006768; Department Report Number 006774; Department Report Number 006825; Department Report Number 006837; and Department Report Number 006851.

*Section 7020. Multi-Year Pledges (modified)*

*Section 7021. Prohibition on Assistance to Governments Supporting International Terrorism (unchanged)*

*Section 7022. Authorization Requirements (unchanged)*

*Section 7023. Definition of Program, Project, and Activity (unchanged)*

*Section 7024. Clarification (modified)*

*Section 7025. Commerce, Trade and Surplus Commodities (unchanged)*

*Section 7026. Separate Accounts (modified)*

*Section 7027. Eligibility for Assistance (modified)*

*Section 7028. Promotion of United States Economic Interests (modified)*

*Commercial Disputes.*—The agreement endorses language in the House report regarding commercial disputes between United States entities and foreign governments. Of particular concern are withheld payments by Kuwait's state-owned entities to United States firms for completed projects, and expropriation of real property and other illegal takings by foreign governments. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on actions to be taken by the Department of State to facilitate the timely resolution of such disputes.

*Commercial Initiatives.*—The agreement endorses the directives in the House report under this section.

*Section 7029.  International Financial Institutions (modified)*

*Financial Intermediary Funds.*—The Secretary of the Treasury should ensure that no United States contribution to a financial intermediary fund that Treasury oversees is used to provide any loan, extension of financial assistance, or technical assistance to the PRC or to any country or region subject to comprehensive sanctions by the United States.

*Report.*—Not later than 30 days after the date of enactment of the Act, the Secretary of the Treasury shall submit a report to the Committees on Appropriations detailing: (1) the fiscal year 2026 deadlines for payments to each of the international financial institutions, funds, or organizations funded in title V of the Act; (2) the date and amount of actual payments to each of the international financial institutions, funds, or organizations funded in title V of the Act for the last three fiscal years; and (3) whether any late payments occurred during the last three fiscal years and the impact of such delays, including the loss of early encashment credits or other penalties.

*Section 7030.  Economic Resilience Initiative (modified)*

*Geothermal Energy.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations assessing opportunities for the United States to support allies and partners, including in the Indo-Pacific, in the development and deployment of geothermal energy, including to counter the ability of United States adversaries to exploit partner energy vulnerabilities. Such report shall include an assessment detailing: (1) countries and regions in which the development or expansion of geothermal energy is most beneficial to United States national security and economic interests; (2) where geothermal energy is most feasible, based on factors such as existing geothermal production or exploration, subsurface data, regulatory and economic conditions, energy demand, and workforce capacity; and (3) the funding and personnel resources necessary at the Department of State to maximize the effectiveness of such efforts.

*Semiconductor Program.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the appropriate congressional committees on the costs and feasibility of establishing a program to expand the capacity of the semiconductor workforce, including in Japan, Malaysia, the Philippines, and Paraguay.

*Section 7031.  Financial Management, Budget Transparency, and Anti-Corruption (modified)*

*Report on Government-to-Government Assistance.*—Not later than 45 days after the date of enactment of the Act, the Secretary of State shall submit to the Committees on Appropriations a report detailing all government-to-government assistance made available during fiscal years 2025 and 2026 with funds appropriated by the Act and prior Acts. Such report shall include the recipient government, amount, and purpose for each such agreement. The report shall be updated quarterly until September 30, 2027, to include any new agreements below the threshold in the second proviso of subsection (a)(2).

*Requirement.*—Prior to the initial obligation of funds appropriated by the Act under title III and made available for technical assistance for the purposes of critical mineral extraction, the Secretary of State, in coordination with the Secretary of the Interior, shall submit a report to the appropriate congressional committees regarding steps that have been taken or are intended to be taken to maximize available domestic mining resources for the purposes of extracting critical minerals and components necessary for United States national security. The Secretary of State shall prioritize partnerships with the United States private sector in the provision of such assistance overseas.

*Section 7032.  Democracy Programs (modified)*

*Assistance.*—Pursuant to subsection (a), the agreement includes funding for programs that advance democracy in adversarial, anti-American countries, countries whose malign activities pose a national security threat to the United States, or countries seeking to strengthen democratic institutions and processes.

*Human Rights.*—The Department of State shall include in its human rights reporting an assessment of forced organ harvesting and trafficking in persons for purposes of the removal of organs. In making such assessments, the term "forced organ harvesting" means the removal of one or more organs from a person by means of coercion, abduction, deception, fraud, or abuse of power or a position of vulnerability. Reports should also include, as appropriate, an assessment of the misuse of artificial intelligence to monitor and survey the actions of religious minorities in each foreign country.

*Press and Digital Freedom.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on how funds

appropriated by the Act will be used to advance press freedom and digital freedom, consistent with the prohibition on censorship in section 7068 of the Act.

*Prioritization.*—Funds made available pursuant to subsection (a) to strengthen ministries and agencies should be prioritized in countries that demonstrate a strong commitment to the separation of powers, checks and balances, the rule of law, and credible electoral processes.

*Section 7033.  International Religious Freedom (modified)*

*Countries of Particular Concern (CPC).*—The Secretary of State shall update the CPC list annually, and if the situation in a given country calls for such country to be designated as a CPC for religious freedom prior to the annual review, the Secretary shall make the designation and promptly update the CPC list. If the United States Commission on International Religious Freedom (USCIRF) recommends a country for CPC designation in its annual report, and such country is not designated as a CPC by the Department of State, the Secretary should provide the rationale for such action to the appropriate congressional committees within 30 days of such decision.

*Expansion of Activities Report.*—The Secretary of State shall submit a report to the Committees on Appropriations not later than 90 days after the date of enactment of the Act on efforts and opportunities to expand international religious freedom programs, including through roundtables that bring together individuals of diverse religions and beliefs.

*Officials of CPC Designated Countries.*—The Secretary of State shall apply the requirements of section 7031(c) of the Act to officials of foreign governments, and their immediate family members, about whom the Secretary has credible information have been involved, directly or indirectly, or tolerated particularly severe violations of religious freedom.

*Section 7034.  Special Provisions (modified)*

*Congressional Notifications.*—Pursuant to subsection (l)(2), notifications shall include the following: (1) the funds proposed to be obligated, and whether such amounts differ from amounts previously justified to Congress or contained in a congressional directive; (2) whether such funds are being reprogrammed, and if so, an explanation of why funds are no longer being used for their original purposes; and (3) whether the obligation of funds relies on notwithstanding or other extraordinary authorities, with accompanying details regarding the authority and purpose.

*Program Coordination*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on implementation of subsection (c)(4).

*Section 7035.  Law Enforcement and Security (modified)*

*Combat Casualty Care*.—In addition to the report required in the House report regarding combat casualty care and not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the strategy of the Department of State to include such care as a component of security assistance programs funded by the Act.

*Conventional Arms Transfer Policy Oversight*.—Funds made available pursuant to subsection (a)(5) shall be used to increase staffing and resources to enable the efficient management, modernization, and robust oversight of United States security assistance programs, including implementation of United States Conventional Arms Transfer Policy and related statutory requirements.

*Foreign Military Sales*.—Not later than 180 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations that lists a summary of outstanding factors delaying or prohibiting the acceptance of each case listed under Tab A of the report required by section 36(a) of the Arms Export Control Act. Such report shall also include a detailed description of the steps taken during the previous calendar year to streamline and expedite the foreign military sales process. The Secretary shall consult with the Committees on Appropriations on the scope of such report.

*Loans*.—Subsection (b)(7) provides $8,000,000,000 in FMF direct loan authority and $8,000,000,000 in FMF loan guarantee authority through fiscal year 2027.

*Maritime Domain Awareness (MDA) and Illegal, Unreported, and Unregulated (IUU) Fishing*.—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing: (1) all ongoing MDA and IUU programs undertaken with funds appropriated by prior Acts during fiscal years 2024 and 2025, disaggregated by fiscal year, account, and bureau; and (2) a plan to increase funding for MDA and IUU programs in fiscal year 2026, including identification of highest priority strategic

gaps in partner capacity. Such report shall be drafted in consultation with the heads of other relevant Federal agencies.

*North Atlantic Treaty Organization.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State, in coordination with the heads of other relevant Federal agencies, shall submit a report to the appropriate congressional committees detailing any engagements the Department of State has conducted with North Atlantic Treaty Organization (NATO) officials and government officials from NATO member countries that explicitly addressed Hawaii's exclusion from Article 6 of the North Atlantic Treaty. Such report shall include detailed information on: (1) whether the Department of State has made any efforts to amend the North Atlantic Treaty to explicitly include Hawaii, including the specific proposals and nature of the opposition to such proposals, or an explanation of why no such effort has been made, including any assurances received from NATO member countries by the United States in lieu of such an effort; (2) challenges impeding such an amendment; and (3) any options considered by NATO member countries or proposed by the United States short of formal amendment of the North Atlantic Treaty to bolster deterrence against an attack on Hawaii.

*Restricted List.*—The Secretary of State should ensure that no funding provided in the Act is made available to a foreign institution engaging in problematic activity as described in section 1286, as amended, of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232). The Secretary of State shall coordinate with the Secretary of Defense, as appropriate, on the list of foreign talent programs that pose a threat to national security.

*Vehicles.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall brief the Committees on Appropriations on demonstrated security assistance needs of partners and allies relating to armored vehicles, including mine-resistant ambush protected vehicles and armored personnel carriers, and opportunities to strategically meet such needs through domestic production of such vehicles.

*Section 7036. Countering the Flow of Fentanyl and Other Synthetic Drugs (modified)*

*Comprehensive Programming.*—In addition to funds made available pursuant to subsection (a), the agreement provides additional funding to support broader counternarcotics, law enforcement, justice sector, and other programming that advances a comprehensive approach

49

to combating synthetic drugs, including with respect to disrupting the fentanyl supply chain and related illicit financial flows and online marketplaces.

*PRC-linked Criminal Drug Syndicates.*—Not later than 45 days after the date of enactment of the Act, the Secretary of State, in consultation with the heads of other relevant Federal agencies, shall submit a report to the appropriate congressional committees regarding PRC-linked criminal syndicates or nationals who may be directly or indirectly involved in illegal drug and money laundering operations in the United States, including in Maine, California, and Oregon. The information should include, as relevant, information on the involvement of officials of the Government of the PRC and PRC-linked syndicates operating in Southeast Asia.

*Section 7037. Palestinian Statehood (unchanged)*

*Section 7038. Prohibition on Assistance to the Palestinian Broadcasting Corporation (unchanged)*

*Section 7039. Assistance for the West Bank and Gaza (modified)*

*Section 7040. Limitation on Assistance for the Palestinian Authority (unchanged)*

*Section 7041. Middle East and North Africa (modified)*

*Abraham Accords Signatories.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit to the appropriate congressional committees a strategy to expand the historic Abraham Accords, including providing conventional arms transfers and transfer of certain defense items to signatories.

*Combating Antisemitism and Promoting Tolerance.*—The agreement endorses language in the House report regarding combating antisemitism and promoting tolerance. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on Department of State programs to be funded by the Act to promote tolerance, combat antisemitism, and foster cross-cultural understanding.

*Diplomatic Travel and Support Operations Facility in Libya.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations on plans and a proposed timeline for the transition of the Diplomatic Travel and Support Operations Facility in Libya to an embassy.

*Egypt.*—In addition to amounts made available pursuant to subsection (a) for assistance for Egypt, the agreement includes not less than $2,000,000 under Nonproliferation, Anti-

terrorism, Demining and Related Programs and not less than $2,000,000 under International Military Education and Training for such assistance.

Pursuant to subsection (a)(4), the Secretary of State shall certify and report to the appropriate congressional committees on whether the Government of Egypt is taking sustained and effective steps to: (1) strengthen the rule of law, democratic institutions, and human rights in Egypt, including to protect religious minorities and the rights of women, which are in addition to steps taken during the previous calendar year for such purposes; (2) implement reforms that protect freedoms of expression, association, and peaceful assembly, including the ability of civil society organizations, human rights defenders, and the media to function without interference; (3) hold Egyptian security forces accountable, including officers credibly alleged to have violated human rights; (4) investigate and prosecute cases of extrajudicial killings and forced disappearances; and (5) reduce the number of political prisoners, provide detainees with due process of law, and prevent the intimidation or harassment of American citizens.

*Iraq.*—The agreement includes funds to support American-style higher education student scholarships and institutions in Iraq, including in the Kurdistan Region of Iraq (KRI), on an open and competitive basis, following consultation with the Committees on Appropriations.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall brief the Committees on Appropriations on specific efforts the Department of State will undertake to encourage the Government of Iraq to meet its KRI budget obligations for 2026.

*Israel.*—The agreement includes $5,000,000 for historical, archaeological, and cultural initiatives that strengthen and deepen the United States-Israel special relationship.

*Jordan.*—Within the total amounts designated in the Act for assistance for Jordan, the agreement includes not less than $10,400,000 under Nonproliferation, Anti-terrorism, Demining and Related Programs and $3,800,000 under International Military Education and Training.

Not later than 30 days after the date of enactment of the Act, the Secretary of State shall consult with the appropriate congressional committees on humanitarian assistance for Jordan.

*Lebanon.*—The agreement provides $112,500,000 under title III of the Act for assistance for Lebanon.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations regarding diplomatic facilities in Lebanon, including the CMR.

*Oversight.*—Not later than 90 days after the date of enactment of the Act, the Inspectors General with authority to conduct oversight of programs carried out in the Middle East shall coordinate and submit their respective plans to the Committees on Appropriations for conducting risk-based investigations and related oversight of United States-funded implementing partners, including sub-awards, in the West Bank and Gaza that receive funds appropriated by the Act or prior Acts. Such plans should focus on, but not be limited to, reports of material support or the employment of staff or contractors that are members of, or are affiliated with, a United States designated terrorist organization or have participated in any terrorist act. Such plans should also focus on, but not be limited to, ensuring compliance with existing, and making recommendations to improve, risk mitigation measures necessary to protect taxpayer funds, complying with applicable statutory and award-based provisions, and ensuring that intended beneficiaries receive aid in accordance with core humanitarian principles. If determined to be credible, the OIGs shall refer any investigative findings, as appropriate, for potential criminal, civil, or administrative enforcement remedies.

*Syria.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees assessing the treatment of religious and ethnic minorities in Syria, including Christians, Druze, Alawites, and Kurds, during the prior year, and whether the Government of Syria has taken all sufficient actions to ensure protections for religious and ethnic minorities in Syria.

Funds appropriated under titles III and IV of the Act and prior Acts shall be made available to address the humanitarian and security challenges posed by al-Hol and other camps in Northeast Syria.

*Tunisia.*—Funds appropriated under titles III and IV of the Act shall be made available for assistance for Tunisia for programs to support democratic governance and civil society, protect due process of law, and maintain regional stability and security.

*Section 7042. Africa (modified*)

    *Coastal West Africa.*—The agreement includes funding under National Security Investment Programs and not less than $10,000,000 under title IV of the Act for assistance to promote regional security and stability in Coastal West Africa. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on regional approaches to related challenges and opportunities. Assistance should prioritize efforts to counter evolving hybrid threats and violent extremism, enhance civil-military relations, improve partner capacity to export training and security regionally, strengthen partner country governance capacity, and drive stability through economic growth and development.

    *Democratic Republic of the Congo.*—The Secretary of State shall address continuing atrocities committed against certain ethnic groups in the DRC, including the Banyamulenge, including by sanctioning responsible individuals and engaging with regional officials.

    *Nigeria.*—The agreement includes conditions on assistance and program prioritization for funds made available for Nigeria to ensure the Government of Nigeria is taking action to reduce violence in all areas where it exists and to provide technical support to further such efforts. Funds should address security, justice, and stabilization programming that protects vulnerable communities and strengthens Nigerian institutional capacity to prevent and respond to such violence, particularly in the Middle Belt and northern regions.

    For the purposes of the requirements in subsection (e)(1), the Secretary of State shall include geographic analysis of the response to violence, including in the Middle Belt. If the certification is made, the Secretary of State is directed to utilize all appropriate security assistance authorities to effectively partner with the Government of Nigeria to address counterterrorism threats and other ongoing challenges there to United States national security, including through Foreign Military Sales process enhancements to expedite the delivery of defense articles and services to Nigeria.

    The DFC CEO is directed to assess the feasibility of partnering with the private sector in Nigeria to support economic development in the Middle Belt, to sustainably develop its critical minerals sector, and for other shared developmental priorities.

The agreement includes sufficient funds to support Department of the Treasury's programs and activities that partner with Nigeria to strengthen the integrity of its financial system, safeguard United States national security, and enhance the favorable balance of trade enjoyed by the United States.

Pursuant to subsection (e)(3), such audit shall assess whether such assistance has resulted in measurable and sustained reductions in violence and instability, including intercommunal conflict, insurgent activity, and other forms of political, criminal, or religious violence. The audit shall include: (1) an inventory of funds obligated and expended by account and implementing agency; (2) an assessment of monitoring and evaluation systems used to track impact and outcomes; (3) an evaluation of coordination with Nigerian authorities and other international donors; (4) a review of any unintended consequences of such assistance; and (5) recommendations for improving the effectiveness and oversight of United States assistance in Nigeria with respect to reducing violence and instability.

Not later than 12 months after the date of enactment of the Act, the Comptroller General shall submit to the Committees on Appropriations a report containing the findings and recommendations of the audit.

*Peace Agreement.*—Pursuant to subsection (b)(1), the agreement includes $60,000,000 for the implementation of the June 27, 2025 Peace Agreement Between the Democratic Republic of the Congo and the Republic of Rwanda and implementation of: (1) the Regional Economic Integration Framework; (2) the Agreement on the Operating Procedures of the Joint Security Coordination Mechanism; and (3) the Concept of Operations for the Harmonized Plan for Neutralization of the FDLR and Disengagement of Forces/Lifting of Defensive Measures of Rwanda.

Not later than 90 days after the date of enactment of the Act, the DFC CEO shall consult with the Committees on Appropriations on opportunities for the DFC to support the Agreement.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on assistance provided in support of

the Agreement, which shall be updated on a quarterly basis until all funds made available by the Act for such purposes are obligated and expended.

*Power Africa.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing a strategy for the fiscal year to ensure Department activities are aligned with the Electrify Africa Act of 2015 (Public Law 114–121), with a focus on expanding access to electricity through support for energy systems that strengthen utility performance and enable reliable power generation and provision. The strategy shall be designed to support the level of power generation necessary to enable entrepreneurial development, market growth, and the widespread use of essential modern technologies, including refrigeration, air conditioning, high-speed internet, and computing, each of which is foundational for advancing health, productivity, and economic development in any sector.

*Republic of Rwanda.*—Not later than 45 days after the date of enactment of the Act, the Secretary of State shall consult with the appropriate congressional committees on opportunities for trilateral programming with the Government of Rwanda on shared priorities in the region, including in Burundi and the Central African Republic.

Not later than 45 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on assistance necessary to continue support for the Government of Rwanda's education reform efforts.

The agreement includes assistance under Peacekeeping Operations for support for Rwanda's peacekeeping operations in Mozambique.

*Sahel.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State, in consultation with the heads of other relevant Federal agencies, shall submit a report to the Committees on Appropriations on United States assistance for Burkina Faso, Mali, and Niger, which shall include: (1) United States policy objectives, and the resourcing of such objectives; (2) resources required to further engage with regional partners in North and West Africa to address instability in the Sahel; and (3) the scope and scale of actions by extra-regional malign actors that increase instability and violence in the region.

*Trade and Investment.*—The agreement includes funding for targeted initiatives to strengthen commercial ties and advance strategic partnerships between the United States and

countries in Africa, including to promote economic growth, job creation, and development in countries in Africa. Funding should support efforts to enhance access and commercial engagement between the private sectors in the United States and countries in Africa in sectors including energy, critical minerals, agriculture, information and communications technology, health care, financial services, arts and entertainment, and infrastructure.

*Uganda.*—The agreement includes not less than $500,000 for programs to support victims of acid violence in Uganda, including for legal and health services and to raise awareness, to be awarded on an open and competitive basis.

*United States Embassy in the Republic of the Congo.*—The operating plan required by section 7062(a) of the Act shall prioritize the resource and personnel requirements for operations of Embassy Brazzaville, including amounts needed for emergency support during crises and evacuations in the Central Africa region, strengthen the bilateral relationship, and address strategic competition and economic cooperation.

*Section 7043.  East Asia and the Pacific (modified)*

*Burma.*—For purposes of subsection (a)(1), "non-lethal assistance" shall include equipment and associated training to support: (1) atrocities prevention; (2) the protection of civilians from military attack; (3) the delivery of humanitarian assistance; (4) investigations into genocide and human rights violations committed by the Burmese military; (5) local governance and the provision of services in areas outside the control of the Burmese military; and (6) medical trauma care, supplies, and training.

*Countering PRC Influence Fund.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a comprehensive list to the appropriate congressional committees of programs supported by the Countering PRC Influence Fund (CPIF) in fiscal years 2024 and 2025, by country, activity, and amount.

The Secretary of State shall manage CPIF in a manner consistent with the prior fiscal year. Not later than 90 days after the date of enactment of the Act, the Secretary shall brief the appropriate congressional committees on program evaluation processes for the Fund, including the feasibility of developing a strategic impact measurement system to help prioritize the uses of the Fund. Funds are allocated according to the following table and subject to section 7019 of the Act:

## COUNTERING PRC INFLUENCE FUND
[Budget authority in thousands of dollars]

| Account | Budget Authority |
|---|---|
| National Security Investment Programs | 245,000 |
| International Narcotics Control and Law Enforcement | 80,000 |
| Nonproliferation, Anti-terrorism, Demining and Related Programs | 25,000 |
| Foreign Military Financing Program (Section 7043(b)(5)) | 50,000 |

The Secretary of State shall prioritize the procurement or purchase of computers, printers, or interoperable videoconferencing services needed for an office environment in which the manufacturer, bidder, or any subsidiary or parent company of the manufacturer or bidder of the equipment is not an entity, or parent company of an entity, in which the PRC has any ownership stake, including in third-party procurement.

*Data Analytics Tools.*—The Secretary of State shall increase the Department of State's utilization of advanced data analytics tools to collect and analyze data on PRC activities, including through the increased use of modern cloud infrastructure for unclassified and classified systems, the procurement of commercially available data, and data science services.

*Freely Associated States.*—The agreement endorses language in the House report regarding assistance in the Act for the Freely Associated States, including to counter PRC influence in such States, which should be made available from CPIF.

*Indo-Pacific Strategy.*—The agreement includes sufficient funds to support the operations of the Department of State in implementing the Indo-Pacific Strategy.

*Pacific Islands Countries.*—Pursuant to subsection (f), the operating plan submitted by the Secretary of State pursuant to section 7062 shall include details on the requirements and plans to open, expand, and sustain United States diplomatic presence and foreign assistance programs in PICs during fiscal year 2026. Such plan shall include: (1) planned and on-board staffing levels, an organizational chart, and a timeline for recruitment of personnel; (2) the operating costs and regional support for each post; (3) an assessment of gaps at post, including staffing, logistics, facilities, housing, secure communications capacity, or other requirements needed to support a United States presence; and (4) options and cost for operating and

maintaining dedicated transportation assets for personnel and cargo movement and emergency medical evacuation services.

Not later than 180 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees, detailing: (1) levels of UXO contamination in PICs, on a country-by-country basis; (2) past and current United States efforts to address such UXO; and (3) recommendations for future Conventional Weapons Destruction program support to address UXO in the region.

*People's Republic of China.*—None of the funds made available by the Act shall be used to implement, administer, carry out, modify, revise, or enforce any action that directly supports or facilitates forced labor and other violations of human rights, crimes against humanity, and genocide in the PRC.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations assessing how the influence and impact of PRC global development assistance has evolved during the last calendar year including funding, public messaging, participation, and representation in donor coordination mechanisms, and other activities. Such assessment shall be informed by input and reporting from United States diplomatic missions.

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on the extent of debt owed to the PRC in key regions of the world. The content of the report should include a survey of United States embassies in Asia, Africa, Eurasia, Latin America, and the Middle East on PRC equity and assets within their respective countries, and should include the following: (1) an assessment of the country's overall debt obligations to the PRC; (2) a listing of known significant infrastructure projects that are financed by capital provided by the Chinese banking system, State-owned commercial banks, and Chinese sovereign wealth funds; and (3) an assessment of which infrastructure projects listed in the report are projects under the Belt and Road Initiative. The Secretary shall consult with the committees prior to initiating the report.

Not later than 90 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2026, the Secretary of State shall submit a report to the Committees on Appropriations, detailing efforts to eliminate Iran's illicit oil and petrochemical exports to the

PRC, including the dates on which the Department of State communicated with the PRC or the Chinese Communist Party about such imports during the reporting period.

*Taiwan.*—The agreement endorses language under this heading in the House report concerning Taiwan guidelines and with respect to the admission of officials from Taiwan seeking discussions in the United States with Federal or state government officials in accordance with section 221 of Public Law 103–416.

*Tibet.*—Funds made available by the Act shall not be used to produce or disseminate documents, reports, maps, or other materials that recognize, identify, or otherwise refer to Tibet, including the Tibet Autonomous Region and other Tibetan autonomous counties and prefectures, as part of the PRC, until the Secretary of State reports to the appropriate congressional committees that the Government of the PRC has reached a final negotiated agreement on Tibet with the Dalai Lama or his representatives or with democratically-elected leaders of the Tibetan people.

The agreement includes assistance for Tibet, including Tibetan communities, in coordination with the Central Tibetan Administration (CTA), for: (1) education, shelter for refugees from PRC persecution, economic development, skills development for the next generation of Tibetan leaders, and health programs; (2) cultural preservation, digitalization of historical records, and research on Tibet; (3) democracy and human rights, including programs in the PRC to continue to document the repression of the Tibetan people; (4) programs to strengthen the capacity of the CTA to democratically govern, including leadership training, financial and human resource management, cybersecurity, information technology management, and outreach, engagement and collaboration with Tibetan communities; (5) direct budget support for the CTA, consistent with the requirements of section 7031(a) the Act; (6) activities to build and strengthen cooperative efforts of the Tibetan diaspora, including to strengthen advocacy, leadership, and political participation with youth; (7) outreach and advocacy programs to bring attention to the Tibetan cause in foreign capitals; and (8) programs to counter PRC malign influence, including for information resilience. For purposes of the Act, the CTA shall be considered the Tibetan government-in-exile.

*Section 7044.  South and Central Asia (modified)*

Pursuant to subsection (a), none of the funds appropriated by the Act may be made available for assistance to the Taliban.

Consistent with the prohibition on assistance to the Taliban and United States policy, not later than 30 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the allocation of funds for programs to support education for Afghan students online and in third countries, including for the American University of Afghanistan, and to protect the rights of women and girls in Afghanistan.

*Section 7045.  Latin America and the Caribbean (modified)*

*Argentina*.—The agreement endorses the directives on Argentina under this section in the House report.

*Assistance Prioritization*.—Pursuant to subsection (a), funds made available by the Act for countries in Latin America and the Caribbean shall be prioritized for programs that: (1) address the violence, poverty, corruption, and other factors that contribute to irregular migration to the United States, including for countries that demonstrate a commitment to offsetting large-scale migration and combating human trafficking; (2) counter fentanyl and other narcotics trafficking, including to dismantle illegal armed groups and drug trafficking organizations; (3) protect the rights of Indigenous people and support civil society and other independent institutions; and (4) advance democracy, constitutional order, and human rights, including for countries that demonstrate commitments to such norms, including by cooperating to counter regional and global authoritarian threats. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the appropriate congressional committees on the use of funds made available by the Act and prior Acts to further such priorities. Such consultation shall include detail on baseline data and metrics used to measure progress on such efforts.

*Capacity Building and Assistance.*—The agreement includes funds to support the efforts of governments in Latin America and the Caribbean to resettle migrants in such countries, including through policy reforms, capacity building and technical assistance, and enhanced community integration and economic development. The agreement also includes funds for assistance to communities in countries supporting, or otherwise impacted by, migrants from other countries in the region, including from Venezuela.

*Central America.*—Pursuant to subsection (b)(1), the agreement includes: $61,500,000 to combat impunity and corruption, including, as appropriate, with the offices of Attorneys General; $70,000,000 for programs to reduce violence against women and girls; and funds to support locally-led development in Central America.

*Colombia.*—The agreement underscores the enduring and strategic relationship between the United States and the people of Colombia, including strong support for continued cooperation with the Colombian Armed Forces and the Colombian National Police, whose efforts remain central to advancing shared security, counternarcotics, and governance objectives.

Pursuant to subsection (c)(1), the Secretary of State shall submit a report to the appropriate congressional committees on the status of United States bilateral relations with the Government of Colombia, including analysis of how such Government's current policies align with United States national interests such as the commitment to rule of law and countering narcotics.

The agreement includes $25,000,000 under National Security Investment Programs to support Afro-Colombian and Indigenous communities in Colombia, including support for organizations led by these communities.

Pursuant to subsection (c)(2)(B), the Secretary of State shall certify and report on whether, in Colombia: (1) the Special Jurisdiction for Peace and other judicial authorities, as appropriate, are sentencing perpetrators of gross violations of human rights, including those with command responsibility; (2) the Government of Colombia is making progress in reducing threats and attacks against human rights defenders and other civil society activists, and judicial authorities are prosecuting those responsible for such attacks; (3) the Government of Colombia is making progress in protecting Afro-Colombian and Indigenous communities including respecting their rights and territories; (4) senior military officers credibly alleged, or whose units

are credibly alleged, to be responsible for ordering, committing, or covering up extrajudicial killings, or of committing other gross violations of human rights, or of conducting illicit surveillance, are being held accountable; and (5) the Colombian Armed Forces are cooperating fully with the requirements described in (1) through (4). Not later than 180 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on: (1) the extent to which crop eradication and drug interdiction efforts in Colombia have reduced coca cultivation, production, and trafficking during the previous 12-month period; (2) the tonnage of seizures of illicit narcotics and precursors in Colombia during the previous 12-month period; (3) the extent to which the Government of Colombia has maintained extradition cooperation with the United States; and (4) efforts by the Government of Colombia to counter criminal activities near the Darien Gap.

*Costa Rica.*—The agreement supports enhanced security cooperation, including provision of non-lethal maritime domain awareness assets and expanded cybersecurity cooperation for critical infrastructure defense and ransomware training. The agreement includes funds to support Costa Rica's role in detecting fentanyl precursors and disrupting illicit financial networks and recommends prioritization under the Central America Regional Security Initiative.

*Cuban Doctors Report Consultation.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the content and methodology for the report required in subsection (e).

*Facilitating Irresponsible Migration.*—For the purposes of subsection (f), humanitarian assistance for migrants shall not include: (1) cash cards that are usable in countries other than where they are provided; (2) legal counselling on the United States asylum process; or (3) referrals to legal representation in the United States.

*Haiti.*—Not later than 15 days prior to the obligation of funds made available under title IV of the Act for assistance for Haiti, the Secretary of State shall consult with the Committees on Appropriations.

The agreement includes $7,500,000 under National Security Investment Programs for maternal and neonatal care as described in the House report. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the uses of such funds.

62

The agreement includes $5,000,000 for non-lethal assistance and operational support for the Haitian Armed Forces, including equipment and professional training, to be made available following consultation with the Committees on Appropriations.

The agreement includes funds to continue reforestation efforts in Haiti to combat deforestation, support agricultural development, and create economic opportunities for local communities.

Pursuant to subsection (g)(1), the agreement includes funds under titles III and IV to improve the administration of justice in Haiti, including programs to promote judicial independence, security, and capacity as well as reduce pre-trial detention and eliminate inhumane prison conditions. Successful, sustainable restoration of security in Haiti requires an effective strategy for ensuring justice, through appropriate legal channels that respect human rights, for captured and former gang members and, when feasible, their peaceful reintegration into Haitian society.

*Illicit Mining.*—The agreement includes $20,000,000 for programs to strengthen cross-border intelligence sharing for joint operations and investigations targeting criminal networks involved in illegal mining in Colombia, Peru, and Ecuador. Such programs shall enhance efforts to disrupt money laundering; train and equip regional prosecutors and judges to prosecute organized crime for such crimes; combat the supply chain of illegal mining inputs; and bolster asset forfeiture mechanisms to seize proceeds and equipment tied to illicit mining. The Secretary of State shall consult with the Committees on Appropriations prior to the initial obligation of funds for such purposes.

*Migration.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing opportunities to deter unlawful migration flows from reaching the United States by assisting partner governments in the Western Hemisphere with diplomatic efforts and assistance programs that enable successful resettlement in host and transit countries. The Secretary shall consult with such committees prior to the submission of such report regarding its contents.

*Organization of American States.*—The Secretary of State should consider voluntary contributions to the Organization of American States for human rights and democracy programs,

consistent with the Organization's charter commitments to promote representative democracy and protect human rights.

*Paraguay.*—The agreement includes funds under International Narcotics Control and Law Enforcement to support capacity building efforts to counter cybercrime, including technical assistance to support partner nation efforts to develop, revise, and implement national laws, policies, and procedures that address cybercrime and strengthen law enforcement and judicial capacity to hold malign actors accountable.

*Western Hemisphere Economic Integration.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees detailing how efforts to increase regional economic integration in the Western Hemisphere will: (1) benefit United States national interests through opportunities for United States entities to pursue trade and investment; (2) increase trade and investment between target countries; and (3) counter efforts by United States adversaries, including the PRC, to expand influence in this region.

*Section 7046. Europe and Eurasia (modified)*

*Abducted Children.*—The agreement includes $15,000,000 under National Security Investment Programs to support ongoing efforts to collect, analyze, and preserve evidence related to the forcible abduction and transfer of children to the Russian Federation. The Secretary of State shall update the report required under this heading in House Report 118–146, including amounts and status of funding programmed for the documentation of Russia's forcible abduction and deportation of children from neighboring countries.

*Balkans.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on United States policy to promote regional stability and prosperity in the Western Balkans, including through efforts to improve governance, oppose malign foreign interference, promote vigorous United States commercial diplomacy, including through infrastructure and energy projects, and expand security cooperation activities, as appropriate. Such report shall include a strategy for the use of funds made available by the Act and prior Acts to further such objectives.

*Europe, Eurasia, and Central Asia.*—Funds made available by the Act under National Security Investment Programs for countries in Europe, Eurasia, and Central Asia shall be

prioritized for countering threats from the Russian Federation and PRC, including economic coercion and other gray zone tactics.

*Security and Cooperation in Europe*.—The agreement includes funds for the Organization for Security and Cooperation in Europe (OSCE) under titles III and IV of the Act to support United States-led efforts to ensure that the OSCE fulfills its mission of furthering security in Europe, in consultation with the Committees on Appropriations.

*South Caucasus.*—Funds made available by the Act and prior Acts for assistance for countries in the South Caucasus shall be prioritized to promote the strategic interests of the United States by supporting engagement to enhance regional peace, stability, integration and connectivity, as well as to continue robust support for bilateral charters of strategic partnership active as of the date of enactment of the Act. Such funds shall be allocated based on the extent to which the Secretary of State determines the respective governments of such countries demonstrate political will to pursue such efforts, and counter the malign influence of the Russian Federation and other external actors.

The Secretary of State shall consult with the appropriate congressional committees not later than 45 days after the date of enactment of the Act, and quarterly thereafter until September 30, 2027, on the use of such funds, and shall consult with the appropriate congressional committees not less than 30 days prior to the obligation of funds made available under title IV of the Act for countries in the South Caucasus region.

Funds appropriated by the Act shall be made available to support civil society and democracy programming in Georgia at not less than the fiscal year 2024 level, and funds appropriated by the Act should only be made available for the Government of Georgia if the Secretary determines that such assistance furthers such Government's realignment toward the United States and European allies and partners.

*Section 7047.  Countering Russian Influence and Aggression (modified)*

*Countering Russian Influence Fund Obligation and Expenditure Report.*—Not later than 90 days after the date of enactment of the Act, and every 90 days thereafter until September 30, 2027, the Secretary of State shall submit a report to the Committees on Appropriations on obligations and expenditures of the Countering Russian Influence Fund on a country and project basis.

65

*Section 7048.  United Nations and Other International Organizations (modified)*

*Accountability Report.*—In carrying out the requirement of subsection (b), the Secretary of State shall also consider and report on efforts to combat antisemitism.

Not later than 120 days after the date of enactment of the Act, the Office of Inspector General for the Department of State, the Office of Inspector General funded under title II, and the Comptroller General of the United States shall jointly consult with the Committees on Appropriations on their collaboration with the investigative bodies at international organizations and any challenges with information-sharing that has impacted OIG or Government Accountability Office oversight of United States contributions pursuant to the requirements of this section.

*Briefing.*—Not later than 30 days after the date of enactment of the Act, the Secretary of State shall brief the Committees on Appropriations on the strategy regarding United States contributions to, and participation in, international organizations and multilateral peacekeeping missions. The briefing shall include: (1) a detailed spend plan for all assessed United States contributions under Contributions to International Organizations and Contributions for International Peacekeeping Activities; (2) an updated list of arrears and deferred payments for all such entities and activities; (3) the process, costs and benefits of a withdrawal from any such entity or activities, on a case-by-case basis; (4) any penalties associated with arrears, to include accumulation of arrears and the loss of voting rights; (5) the impact of arrears on mission performance, peacekeeping mandates, and United States national security interests; and (6) a classified intelligence assessment detailing the impact of arrears as it relates to strategic competitors.

*Oversight Access.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations justifying any obligation of funds to an international organization that has not entered into written agreements pursuant to section 7048(h) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (division F of Public Law 118–47) and the policies and procedures in place to provide enhanced oversight of such international organization in the absence of such agreement.

*Procurement Reforms and Restrictions.*—Funds appropriated by the Act may not be obligated by the UN for the procurement of goods or services from vendors with ties to the Russian Federation, except when required for health and safety-related activities. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall brief the Committees on Appropriations on the plan to advance procurement reforms at the UN, including to eliminate reliance on such vendors.

*Sexual Exploitation and Abuse.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees identifying each unit of the security forces of a foreign country that has served in a United Nations peacekeeping operation and for which there is credible information of involvement in sexual exploitation or abuse. The report shall also describe any consideration of assistance provided by the Secretary to the relevant government in support of holding the responsible members of such unit accountable and preventing future incidents.

*UN Children's Fund.*—The agreement includes funds for the UN Children's Fund consistent with prior year levels.

*Section 7049.  War Crimes Tribunal (unchanged)*

*Section 7050.  Internet Freedom (modified)*

*Section 7051.  Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (unchanged)*

*Section 7052.  Aircraft Transfer, Coordination, and Use (modified)*

*Section 7053.  Parking Fines and Real Property Taxes Owed by Foreign Governments (unchanged)*

*Section 7054.  International Monetary Fund (unchanged)*

*Section 7055.  Extradition (modified)*

*Section 7056.  Enterprise Funds (unchanged)*

*Enterprise Funds.*—Pursuant to subsection (a), the Secretary of State shall notify the appropriate congressional committees not later than 15 days prior to the obligation of funds made available by the Act for Enterprise Funds. Such notification shall detail how any such Funds will be managed, prioritized, monitored and evaluated, and shall only be submitted following consultation with such committees on such parameters not later than 30 days prior to the

submission of such notification. The Secretary is directed to ensure that any agreement entered into by the Department of State to support any such Fund shall require the leadership of such Fund to annually prepare, and make available to the public on a website administered by the Fund, a detailed report on the Fund's annual activities.

*Section 7057.   United Nations Population Fund (unchanged)*

*Section 7058.   Global Health Activities (modified)*

*Coordination.*—The Secretary of State shall ensure coordination with the United States Centers for Disease Control and Prevention (CDC) and other relevant Federal agencies on HIV/AIDS, global health security, maternal and child health, and other programs to strengthen health systems and combat infectious diseases, including to delineate roles and responsibilities and measure progress. All partners implementing United States global health programs shall ensure adequate monitoring and evaluation of all such programs, including by making funds available for technical advisors, as appropriate. Not later than 45 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on the status of such coordination, including details on the specific offices and staff within the Bureau of Global Health Security and Diplomacy responsible for facilitating such efforts in Washington and at embassies overseas.

*Health Workforce and Frontline Healthcare*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations that details: (1) efforts to track funding for, and measure progress on, activities to support health care workers in a consistent and standardized way; (2) the total funding made available, from all sources including partner country funds, to support frontline primary healthcare activities, including training and protection measures for health workers; and (3) a measurable target for expanding funding for, and delivery of, such frontline healthcare services within global health program funding in the next two years.

*HIV-Positive Pregnant Women*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations on efforts made to prioritize treatment for HIV-positive pregnant women to prevent mother-to-child transmission, including an estimated number of prevented transmissions supported by such efforts in recent fiscal years and a description of the method of estimation used.

68

*Initiative*.—Pursuant to subsection (e), the Prevention, Treatment, and Response Initiative shall support the research, development, and delivery of vaccines and other prevention technologies, including long-acting injectable medicines for the prevention and treatment of HIV/AIDS, malaria, and other infectious diseases, in support of the September 2025 America First Global Health Strategy. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on such Initiative.

*Innovation*.—The agreement includes funds for programs and activities to utilize data and new and emerging technologies, including innovations in prevention and treatment of malaria such as next-generation vaccines, monoclonal antibodies, improved diagnostics, and dual-ingredient bed nets, as well as data-driven early warning systems and AI-enabled tools to plan and tailor interventions for countries' unique epidemiological settings in a cost-effective manner.

*Medicine Supply Chain Security*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees assessing United States dependency on foreign suppliers of pharmaceutical ingredients, materials, and finished products, including identification of vulnerabilities and potential points of disruption. Concurrent with the submission of the report, the Secretary shall submit specific recommendations to strengthen supply chain transparency, reduce strategic reliance on adversarial nations, and enhance the long-term security and resilience of the United States medicine supply.

*Multilateral Health Engagement*.—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall brief the Committees on Appropriations on the Administration's plans, as part of the September 2025 America First Global Health Strategy, to maintain multilateral health engagement. The briefing should cover: (1) multilateral and bilateral frameworks for sharing data; (2) efforts to ensure the ability to detect, monitor, and respond to existing and emerging global health threats, including in non-United States health assistance countries; (3) efforts to maintain the role of the United States, including United States companies, in global supply chains; and (4) plans to provide technical assistance to governments and other partners responding to global health challenges.

*Transition Strategy*.—Pursuant to subsection (d), not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit to the appropriate congressional

committees a comprehensive strategy to guide the structured transition of PEPFAR-supported programs to country-led ownership, while maintaining the integrity, quality, and outcomes of the global HIV/AIDS response. Not later than 30 days after the date of enactment of the Act, the Secretary shall consult with such committees on the components of such strategy. The strategy shall be developed in consultation with: other relevant Federal agencies, including CDC; implementing partners; partner governments at the national and, where possible, the subnational level; faith- and community-based organizations; relevant multilateral partners; and the private sector.

In developing such strategy, the Secretary shall consider: (1) a phased approach for reducing reliance upon United States bilateral funding in countries deemed ready for transition, informed by clearly defined, transparent economic and programmatic criteria benchmarks; (2) the health system readiness in each country, to be assessed on an annual basis, including the degree to which partner-led public health systems have the capacity to provide HIV services and based on jointly developed agreements that define clear roles and responsibilities, milestones, and projected annual funding reductions for PEPFAR-supported activities; (3) a plan to coordinate United States Government global health investments including grants and loans, the participation of United States development finance institutions, and engagement with multilateral development banks and international partners to leverage co-financing mechanisms; (4) a framework to sustain the role of faith-based and community-based service providers; (5) a plan to engage the private sector as key actors within the transition strategy; (6) guidance for the maintenance, integration, and nationalization of data systems used for performance tracking, oversight, and accountability; (7) a plan to safeguard personally identifiable information of patients within electronic medical records, laboratory systems, and surveillance systems required by new country agreements; and (8) post-transition engagement plans outlining how the United States will continue to partner with countries to maintain HIV epidemic control, ensure uninterrupted service, safeguard populations at risk, and protect gains made across health areas.

In addition to the required strategy for PEPFAR transition, and to be submitted concurrent with the submission of such strategy, the Secretary of State is directed to submit a report to the appropriate congressional committees outlining the details of the global health compacts and bilateral agreements being developed in support of the September 2025 America

First Global Health Strategy for all programs and activities funded under Global Health Programs. Such report shall include funding levels broken down by disease area and function; transition benchmarks and milestones; government co-investment responsibilities; contingency plans should partner countries struggle to make progress towards agreed upon health outcomes; and a description of how the components of the PEPFAR transition strategy will be applied to non-HIV health program areas. The Secretary is further directed to submit copies of any new bilateral global health agreement to the appropriate congressional committees, including copies of data sharing agreements and other accompanying documents, no later than 15 days after any such agreement is signed by United States and partner officials. Any agreements signed prior to the date of enactment of the Act shall be submitted to such committees not later than 15 days after the date of such enactment.

*Section 7059.  Women's Equality and Empowerment (modified)*

*Section 7060.  Sector Allocations (modified)*

Funds for certain programs and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

## SECTOR ALLOCATIONS
[Budget authority in thousands of dollars]

| Program | Budget Authority |
| --- | --- |
| Amazon Programs | 38,000 |
| CARPE | 34,200 |
| Disability Programs | 15,000 |
| Endangered species | 34,314 |
| Global Crop Diversity Trust | 4,400 |
| Lead Exposure | 2,280 |

*Conferences.*—Funds appropriated by the Act that are made available to organize or host international conferences should not be made available for such conferences in Tier 3 countries, as defined by section 104 of the Victims of Trafficking and Violence Protection Act of 2000 (Public Law 106–386), unless the purpose of such conference is to combat human trafficking or

it is in the national interest of the United States, and any such use of funds shall be subject to prior consultation with the Committees on Appropriations.

*Data Collection.*—The Department of State shall ensure that data on suspected human trafficking cases are disaggregated by sex, age, geographic location and connectivity to personnel under Chief of Mission authority or United States-funded grants, contracts and agreements, and are recorded to reasonable levels of detail to assist law enforcement, while being cognizant of the rights and privacy of all individuals involved in suspected cases. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall report to the appropriate congressional committees on implementation of this requirement.

*Deviation Authority.*—The deviation authority provided in subsection (i) should be exercised only to address unforeseen or exigent circumstances, including opportunities to advance United States foreign policy and development interests that are not aligned with allocated funding sources.

*Early Warning.*—The agreement continues funding to support early warning systems aimed at preventing and mitigating emerging and emergency food insecurity.

*Endangered Species.*—Funds designated for endangered species shall be allocated consistent with prior fiscal years.

*Feed the Future Innovation Labs.*—Consistent with subsection (e)(1), funds made available by the Act for Feed the Future Innovation Labs shall be used to establish partnerships focused on livestock innovation capacity, research and development of coffee and cacao crop productivity and their role in associated supply chains, and biosecurity in aquaculture, following consultation with the Committees on Appropriations.

*Feed the Future Target Countries.*—Not later than 120 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees identifying Feed the Future target countries, consistent with the requirements of the Global Food Security Act of 2016 (Public Law 114–195). Such report shall include a strategy detailing: how funds appropriated by the Act will be prioritized and expended for such countries, including a description of planned programs in each country and staffing requirements for successful implementation and oversight of such programs; and possible implementing partners and private sector contributors in each country.

Such report shall also detail the ways in which each country partnership seeks to: (1) advance the strategic interests of the United States, including long-term economic interests and private sector investment; (2) address poverty, instability, and child malnutrition; (3) build on pre-existing partner government commitment to agricultural investment and related policy reforms; and (4) facilitate partner country ownership and graduation from United States assistance.

*Food Security Review.*—Not later than 120 days after the date of enactment of the Act, the Secretary of State, in coordination with the heads of other relevant Federal agencies, shall submit a report to the Committees on Appropriations that assesses: (1) the impact and effectiveness of coordination across United States Government-funded emergency and non-emergency food assistance; (2) gaps in coordination at the headquarters and field level; and (3) proposed efforts to sequence such programs to enhance lasting food security.

*Higher Education in Countries Impacted by Economic Crises.*—The Secretary of State shall implement the directive in the second proviso under subsection (a)(2) in a manner consistent with prior years.

*Higher Education Partnerships.*—Funds shall be made available for new and ongoing partnerships between higher education institutions in the United States and developing countries focused on building the capacity of higher education institutions and systems in such countries at levels consistent with prior years.

*Illegal Logging and Deforestation.*—Pursuant to subsection (b)(2)(C), not less than $25,000,000 is made available for programs to address illegal logging and to halt and reverse deforestation. Such funds shall be prioritized for the disruption of illicit financing mechanisms that are utilized by transnational criminal organizations, terrorist organizations, and other malign actors to support illegal deforestation and timber trade.

In addition to amounts provided in this subsection, the agreement includes funds under National Security Investment Programs for the improvement of traceability in commodity supply chains and data collection pertaining to illegal logging and deforestation.

The Secretary of State shall consult with the Committees on Appropriations not later than 45 days after the date of enactment of the Act on plans to address current gaps in resources and data collection that hinder traceable and deforestation-free commodity supply chains and how the

73

Department plans to utilize funds made available by the Act to enhance United States Government capacity to disrupt illicit financing mechanisms pertaining to illegal logging and deforestation, including the use of funds made available by this subsection.

*Illegal, Unreported, and Unregulated Fishing.*—The agreement includes continued funding for programs to address IUU fishing, consistent with fiscal year 2024 levels, including to build the capacity of countries to comply with seafood import monitoring programs, promote the adoption of sustainable fisheries management regimes, and continue coordination with partner countries to expand maritime domain awareness and enforcement of legal fishing practices.

*Interagency Partners.*—The agreement includes funding for conservation and related programs supported by interagency implementing partners, including the United States Fish and Wildlife Service and United States Forest Service, which shall be transferred to such partners consistent with prior fiscal years.

*Land Use, Management, and Protection.*—Funds made available pursuant to subsection (b)(3) shall be made available for terrestrial and marine resources, including to conserve critical forests, prevent deforestation, and counter illicit logging and associated economic impacts to global supply chains.

*Lead.*—The agreement includes funds for programs to reduce lead poisoning in low- and middle-income countries. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on such programs.

*Marine Partnerships.*—The agreement supports efforts by United States research institutions to partner with marine science researchers in developing countries that are highly dependent on ocean health and biodiversity.

*Multilateral Education Programs.*—Pursuant to subsection (a)(1)(B), the agreement includes funding for the Global Partnership for Education and Education Cannot Wait, recognizing that these organizations leverage additional funding from other donors and complement bilateral efforts to address international basic education needs.

*National Parks.*—The Secretary of State shall implement the directive regarding law enforcement in national parks and protected areas as described under this section in Senate Report 118–71.

*Plastic Pollution.*—Funds made available by the agreement for marine conservation programs may include technical assistance for waste management.

*Report.*—Not later than 120 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on access to high-quality university education in Latin America and the Caribbean that includes an assessment of opportunities for partnerships to increase such access.

*Research Institutions.*—The agreement includes funding for programs conducted by land grant institutions of higher learning, and the Secretary of State shall continue to partner with such institutions with specialized capability in agriculture research to assist countries to improve food production. The Secretary shall establish a partnership focused on crop improvement research, following consultation with the Committees on Appropriations.

*Scholar Rescue Programs.*—Funds appropriated under National Security Investment Programs shall be made available to support projects that protect scholars at risk overseas.

*Section 7061. Debt-for-Development (modified)*

*Section 7062. Budget Documents (modified)*

*Spend Plans.*—The spend plans required pursuant to subsection (b) shall apply to funds appropriated by the Act, and not subsequent Acts making appropriations for the Department of State, foreign operations, and related programs for fiscal year 2026.

*Section 7063. Reorganization (modified)*

*Section 7064. Department of State Matters (modified)*

*Application.*—Not later than 30 days after the date of enactment of the Act, the Secretary of State, in consultation with the heads of relevant Federal agencies, shall submit a report to the appropriate congressional committees that lists any countries for which assistance is impacted by sections 116 or 502B of the FAA. Such report shall include a description of the intended purpose, amount, and recipient of such assistance. Such report shall further detail any ongoing provision of such assistance, including a justification for continuing such assistance and the specific authority utilized to do so. Such report shall be updated semiannually until September 30, 2027.

*Loan Guarantees.*—Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a plan to the appropriate congressional committees identifying

any gaps in capacity regarding administration of a loan guarantee authorized by the Act and by prior Acts, and a plan to remedy such gaps.

*Personnel.*—Not later than 30 days after the date of enactment of the Act and at the start of every quarter thereafter until September 30, 2027, the heads of Federal agencies funded under titles I and II of the Act are each directed to submit a report to the appropriate congressional committees on the on-board personnel levels, hiring, and attrition of the Civil Service, Foreign Service, Limited Non-Career Appointments, Personal Services Contractors, eligible family members, and Locally Employed staff workforce, on an operating unit-by-operating-unit basis, by domestic and overseas locations, and fund source. The first report shall include the on-board personnel levels for the specified categories above as of the date of enactment of the Act.

*Report on Terminated Awards.*—Not later than 45 days after the date of enactment of the Act, the Secretary of State shall submit to the Committees on Appropriations a comprehensive report detailing all grants, contracts, and cooperative agreements terminated during the 2025 foreign assistance reviews that remained terminated on January 30, 2026. Such report shall be updated on a quarterly basis, until September 30, 2027, for any awards terminated during the prior reporting period. Additionally, each report shall include for each terminated award the amount and status of payment for any amounts owed to the awardee and, as applicable, any impact of such termination on congressional funding directives. The Secretary shall also include in the report a detailed plan for the closeout of such terminated awards.

*Special Envoys and Strategic Missions.*—Pursuant to subsection (c)(5) funds appropriated by the Act shall be made available for operations, travel, and activities, as follows: $20,000,000 for the Office of the Special Envoy for the Middle East, of which not less than $2,000,000 shall be made available for activities in Lebanon, following consultation with the Committees on Appropriations; $4,500,000 for the Office of the Special Envoy for South and Central Asian Affairs; and $7,000,000 for the Office of the Special Envoy for Syria. The uses of such funds shall be the responsibility of each respective Envoy and such responsibility may not be delegated.

Pursuant to subsection (c)(5), not less than $15,000,000 of the funds appropriated by the Act under National Security Investment Programs shall be made available for a strategic mission

fund for support of programs and activities in targeted countries, including India, Lebanon, Panama, Pakistan, and Rwanda. Not later than 45 days after the date of enactment of the Act, the Secretary of State shall consult on the allocation of such funds, which shall include $5,000,000 each for India and Pakistan. The uses of such funds shall be the responsibility of each respective Chief of Mission, and such responsibility may not be delegated.

*Status of Funds Report.*—Not later than 60 days after the date of enactment of the Act, the Secretary of State shall submit to the Committees on Appropriations a report on the status of funds appropriated by the Act under Educational and Cultural Exchange Programs, The Asia Foundation, East-West Center, National Endowment for Democracy, Global Health Programs, International Humanitarian Assistance, National Security Investment Programs, Democracy Fund, Millennium Challenge Corporation, and International Narcotics Control and Law Enforcement. Such report shall include for each account the amount that has been: (1) apportioned, including conditions and requirements applicable to the apportionment of funds; (2) allocated to the applicable operating unit; (3) obligated; and (4) disbursed. Such report shall be updated on a quarterly basis until September 30, 2027.

*Section 7065.  Foreign Assistance Management (modified)*

*Section 7066.  Stabilization and Development (modified)*

*Section 7067.  Extension of Consular Fees and Related Authorities (modified)*

*Section 7068. Prohibition on Censorship (new)*

*Requirements.*—The agreement includes requirements on efforts to combat misinformation of foreign adversaries and authoritarian regimes. Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the appropriate congressional committees on how such programs may affect United States entities and consult with such committees on justifications for such programs.

*Section 7069.  Other Matters (modified)*

*Section 7070.  Multilateral Development Banks (new)*

The agreement provides funds and language in the Act to enable a United States contribution to the twenty-first replenishment of the International Development Association.

The agreement provides language in the Act to enable the United States to subscribe to the United States share of a capital increase for the Inter-American Investment Corporation.

The agreement provides funds and language in the Act to enable the United States to participate in a general callable capital increase for the African Development Bank.

The agreement provides language in the Act to enable the United States to subscribe to the fourteenth replenishment of the Asian Development Fund.

*Section 7071. America First Opportunity Fund (new)*

The agreement includes $850,000,000 for the America First Opportunity Fund. Funds under this section are allocated according to the following table and subject to section 7019 of the Act:

### AMERICA FIRST OPPORTUNITY FUND
[Budget authority in thousands of dollars]

| Account | Budget Authority |
| --- | --- |
| National Security Investment Programs | 575,000 |
| International Narcotics Control and Law Enforcement | 100,000 |
| Peacekeeping Operations | 125,000 |
| Foreign Military Financing Program | 50,000 |

*Section 7072. Rescissions (modified)*

Not later than 90 days after the date of enactment of the Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing any programs, projects, and activities canceled as a result of the rescission of unobligated balances directed by this section.

### DISCLOSURE OF EARMARKS AND CONGRESSIONALLY DIRECTED SPENDING ITEMS

Pursuant to clause 9 of rule XXI of the Rules of the House of Representatives and rule XLIV of the Standing Rules of the Senate, neither the bill nor the explanatory statement contains any congressional earmarks or congressionally directed spending items, limited tax benefits or limited tariff benefits as defined in the applicable House and Senate rules.

INSERT 78A-78S

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **TITLE I - DEPARTMENT OF STATE AND RELATED PROGRAMS** | | | | | |
| **DEPARTMENT OF STATE** | | | | | |
| Administration of Foreign Affairs | | | | | |
| Diplomatic Programs.................................... | 5,599,400 | 4,831,873 | 5,599,400 | --- | +767,527 |
| Worldwide Security Protection...................... | 3,813,707 | 3,737,656 | 3,758,836 | -54,871 | +21,180 |
| Total, Diplomatic Programs.................... | 9,413,107 | 8,569,529 | 9,358,236 | -54,871 | +788,707 |
| Consular and Border Security Programs................. | 50,000 | 517,000 | 513,000 | +463,000 | -4,000 |
| Offsetting Collections, Passport Application and Execution Fees........................................ | -514,000 | -517,000 | -513,000 | +1,000 | +4,000 |
| Subtotal..................................... | -464,000 | --- | --- | +464,000 | --- |
| Capital Investment Fund............................... | 389,000 | 399,700 | 399,700 | +10,700 | --- |
| Office of Inspector General........................... | 106,835 | 128,400 | 129,550 | +22,715 | +1,150 |
| Special Inspector General for Afghanistan Reconstruction..................................... | 24,835 | 6,000 | 6,000 | -18,835 | --- |
| Educational and Cultural Exchange Programs............ | 741,000 | 50,000 | 667,000 | -74,000 | +617,000 |
| Representation Expenses............................... | 7,415 | 7,415 | 10,000 | +2,585 | +2,585 |
| Protection of Foreign Missions and Officials.......... | 30,890 | 30,890 | 30,890 | --- | --- |



Insert 78A

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Embassy Security, Construction, and Maintenance | | | | | |
| Ongoing Operations........................... | 902,615 | 812,836 | 812,836 | -89,779 | --- |
| Worldwide Security Upgrades................... | 1,055,206 | 1,193,856 | 1,199,856 | +144,650 | +6,000 |
| Total, Embassy Security................... | 1,957,821 | 2,006,692 | 2,012,692 | +54,871 | +6,000 |
| Emergencies in the Diplomatic and Consular Service.... | 8,885 | 8,885 | 8,885 | --- | --- |
| Repatriation Loans Program Account: | | | | | |
| Direct Loans Subsidy.......................... | 1,800 | 2,550 | 2,550 | +750 | --- |
| Payment to the American Institute in Taiwan........... | 35,964 | 35,964 | 35,964 | --- | --- |
| International Chancery Center, Washington, District of Columbia.................................... | 744 | 745 | 745 | +1 | --- |
| Payment to the Foreign Service Retirement and Disability Fund.................................... | 60,000 | 60,000 | 60,000 | --- | --- |
| Total, Administration of Foreign Affairs........ International Organizations | 12,314,296 | 11,306,770 | 12,722,212 | +407,916 | +1,415,442 |
| Contributions to International Organizations.......... | 1,543,452 | 263,803 | 1,389,152 | -154,300 | +1,125,349 |
| Contributions for International Peacekeeping Activities.......................................... | 1,234,144 | --- | 1,230,667 | -3,477 | +1,230,667 |
| Total, International Organizations.............. | 2,777,596 | 263,803 | 2,619,819 | -157,777 | +2,356,016 |



Insert 78B

3

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **International Commissions** | | | | | |
| International Boundary and Water Commission, United States and Mexico: | | | | | |
| Operations and maintenance...................... | 64,800 | 64,800 | 67,300 | +2,500 | +2,500 |
| International Outfall Interceptor............... | --- | --- | 12,500 | +12,500 | +12,500 |
| Subtotal, Salaries and Expenses................ | 64,800 | 64,800 | 79,800 | +15,000 | +15,000 |
| Construction.................................... | 78,000 | 50,300 | 78,000 | --- | +27,700 |
| Total, International Boundary and Water Commission................................ | 142,800 | 115,100 | 157,800 | +15,000 | +42,700 |
| American Sections, International Commissions.......... | 16,204 | 13,204 | 18,204 | +2,000 | +5,000 |
| International Fisheries Commissions................... | 65,719 | 54,719 | 68,570 | +2,851 | +13,851 |
| Total, International Commissions............... | 224,723 | 183,023 | 244,574 | +19,851 | +61,551 |
| **RELATED AGENCY** | | | | | |
| United States Agency for Global Media | | | | | |
| International Broadcasting Operations................. | 857,214 | 153,000 | 643,000 | -214,214 | +490,000 |
| Broadcasting Capital Improvements.................... | 9,700 | --- | 9,700 | --- | +9,700 |
| Total, United States Agency for Global Media.... | 866,914 | 153,000 | 652,700 | -214,214 | +499,700 |



Insert 78C

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **RELATED PROGRAMS** | | | | | |
| International Broadcasting Operations and Capital Improvements........................................ | --- | --- | --- | --- | --- |
| The Asia Foundation...................................... | 22,000 | --- | 20,000 | -2,000 | +20,000 |
| United States Institute of Peace....................... | 55,000 | 18,500 | 20,000 | -35,000 | +1,500 |
| Center for Middle Eastern-Western Dialogue............. | 203 | --- | 203 | --- | +203 |
| Eisenhower Exchange Fellowship Program................. | 180 | --- | 180 | --- | +180 |
| Israeli Arab Scholarship Program....................... | 117 | --- | 117 | --- | +117 |
| East-West Center....................................... | 22,000 | --- | 22,000 | --- | +22,000 |
| National Endowment for Democracy....................... | 315,000 | --- | 315,000 | --- | +315,000 |
| Total, Related Programs......................... | 414,500 | 18,500 | 377,500 | -37,000 | +359,000 |
| **OTHER COMMISSIONS** | | | | | |
| Commission for the Preservation of America's Heritage Abroad | | | | | |
| Salaries and Expenses.............................. | 770 | 770 | 770 | --- | --- |
| Commission on International Religious Freedom | | | | | |
| Salaries and Expenses.............................. | 4,000 | 4,850 | 4,000 | --- | -850 |
| Commission on Security and Cooperation in Europe | | | | | |
| Salaries and Expenses.............................. | 2,908 | 3,059 | 3,059 | +151 | --- |



Insert
78D

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|



NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Congressional-Executive Commission on the People's Republic of China | | | | | |
| Salaries and Expenses............................ | 2,300 | 2,300 | 2,300 | --- | --- |
| United States-China Economic and Security Review Commission | | | | | |
| Salaries and Expenses............................ | 4,000 | 4,000 | 4,000 | --- | --- |
| House Democracy Partnership | | | | | |
| Salaries and Expenses............................ | --- | --- | 2,300 | +2,300 | +2,300 |
| Total, Other Commissions........................ | 13,978 | 14,979 | 16,429 | +2,451 | +1,450 |
| Total, Title I, Department of State and Related Agency....................................... | 16,612,007 | 11,940,075 | 16,633,234 | +21,227 | +4,693,159 |


Insert 78 F

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **TITLE II - ADMINISTRATION OF ASSISTANCE** | | | | | |
| Funds Appropriated to the President | | | | | |
| Operating Expenses | 1,695,000 | --- | 111,988 | -1,583,012 | +111,988 |
| Capital Investment Fund | 259,100 | --- | --- | -259,100 | --- |
| Office of Inspector General | 85,500 | --- | 62,500 | -23,000 | +62,500 |
| Total, Title II, Administration of Assistance | 2,039,600 | --- | 174,488 | -1,865,112 | +174,488 |
| **TITLE III - BILATERAL ECONOMIC ASSISTANCE** | | | | | |
| Funds Appropriated to the President | | | | | |
| Global Health Programs: | | | | | |
| Global Health | 3,985,450 | 3,797,000 | 3,531,975 | -453,475 | -265,025 |
| Global Health-HIV/AIDS | 6,045,000 | --- | 5,883,800 | -161,200 | +5,883,800 |
| (Global Fund Contribution) | (1,650,000) | --- | (1,250,000) | (-400,000) | (+1,250,000) |
| Total, Global Health Programs | 10,030,450 | 3,797,000 | 9,415,775 | -614,675 | +5,618,775 |
| Development Assistance | 3,931,000 | --- | --- | -3,931,000 | --- |
| International Disaster Assistance | 4,029,000 | --- | --- | -4,029,000 | --- |
| International Disaster Assistance, Emergency | 750,000 | --- | --- | -750,000 | --- |
| Subtotal, International Disaster Assistance | (4,779,000) | --- | --- | (-4,779,000) | --- |



Insert
78G

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| International Humanitarian Assistance................. | --- | 2,500,000 | 5,400,000 | +5,400,000 | +2,900,000 |
| Transition Initiatives................................ | 75,000 | --- | --- | -75,000 | --- |
| Complex Crises Fund................................... | 55,000 | --- | --- | -55,000 | --- |
| Economic Support Fund................................. | 3,590,400 | --- | --- | -3,590,400 | --- |
| (Transfer out)................................... | (-50,000) | --- | --- | (+50,000) | --- |
| Economic Support Fund, Emergency...................... | 300,000 | --- | --- | -300,000 | --- |
| | | | | | |
| Total, Economic Support Fund.................... | 3,890,400 | --- | --- | -3,890,400 | --- |
| | | | | | |
| National Security Investment Programs................. | --- | --- | 6,766,874 | +6,766,874 | +6,766,874 |
| America First Opportunity Fund........................ | --- | 2,897,160 | --- | --- | -2,897,160 |
| Democracy Fund: | | | | | |
| Human Rights and Democracy Fund, Department of State................................................ | 205,200 | --- | 205,200 | --- | +205,200 |
| Bureau for  Democracy, Human Rights, and Governance, USAID................................... | 140,000 | --- | --- | -140,000 | --- |
| | | | | | |
| Total, Democracy Fund......................... | 345,200 | --- | 205,200 | -140,000 | +205,200 |
| | | | | | |
| Assistance for Europe, Eurasia and Central Asia....... | 460,334 | --- | --- | -460,334 | --- |
| Assistance for Europe, Eurasia and Central Asia, Emergency............................................. | 310,000 | --- | --- | -310,000 | --- |
| | | | | | |
| Subtotal, Assistance for Europe, Eurasia and Central Asia................................... | (770,334) | --- | --- | (-770,334) | --- |


Insert 78 H

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Migration and Refugee Assistance...................... | 3,178,000 | --- | --- | -3,178,000 | --- |
| Migration and Refugee Assistance, Emergency........... | 750,000 | --- | --- | -750,000 | --- |
| Subtotal, Migration and Refugee Assistance...... | (3,928,000) | --- | --- | (-3,928,000) | --- |
| United States Emergency Refugee and Migration Assistance Fund.................................... | 100 | 1,500,100 | 100,000 | +99,900 | -1,400,100 |
| **Independent Agencies** |  |  |  |  |  |
| Peace Corps........................................... | 430,500 | 430,500 | 410,500 | -20,000 | -20,000 |
| Millennium Challenge Corporation...................... | 930,000 | 224,000 | 830,000 | -100,000 | +606,000 |
| Inter-American Foundation............................. | 47,000 | 10,000 | 29,000 | -18,000 | +19,000 |
| United States African Development Foundation.......... | 45,000 | 6,000 | 12,000 | -33,000 | +6,000 |
| United States Foundation for Natural Security and Counterterrorism.................................... | --- | --- | 100,000 | +100,000 | +100,000 |
| Total, Independent Agencies..................... | 1,452,500 | 670,500 | 1,381,500 | -71,000 | +711,000 |
| **Department of the Treasury** |  |  |  |  |  |
| International Affairs Technical Assistance............ | 38,000 | 30,000 | 30,000 | -8,000 | --- |
| Debt Restructuring.................................... | 10,000 | --- | 52,000 | +42,000 | +52,000 |
| Tropical Forest and Coral Reef Conservation........... | 15,000 | --- | --- | -15,000 | --- |
| Total, Title III, Bilateral Economic Assistance. | 29,319,984 | 11,394,760 | 23,351,349 | -5,968,635 | +11,956,589 |
| (Transfer out)................................... | (-50,000) | --- | --- | (+50,000) | --- |



NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| TITLE IV - INTERNATIONAL SECURITY ASSISTANCE | | | | | |
| Department of State | | | | | |
| International Narcotics Control and Law Enforcement... | 1,285,000 | 125,000 | 1,400,000 | +115,000 | +1,275,000 |
| International Narcotics Control and Law Enforcement, Emergency........................................... | 115,000 | --- | --- | -115,000 | --- |
| Total, International narcotics control.......... | 1,400,000 | 125,000 | 1,400,000 | --- | +1,275,000 |
| Nonproliferation, Anti-terrorism, Demining and Related Programs........................................... | 870,000 | 745,000 | 870,000 | --- | +125,000 |
| Peacekeeping Operations................................ | 410,458 | --- | 335,458 | -75,000 | +335,458 |
| National Security Engagement Account.................. | --- | 30,000 | --- | --- | -30,000 |
| Funds Appropriated to the President | | | | | |
| International Military Education and Training........ | 119,152 | 95,000 | 119,152 | --- | +24,152 |
| Foreign Military Financing Program: Grants: | | | | | |
| Israel......................................... | 3,300,000 | 3,300,000 | 3,300,000 | --- | --- |
| Egypt.......................................... | 1,300,000 | 1,300,000 | 1,375,000 | +75,000 | +75,000 |
| Other.......................................... | 1,258,397 | 550,000 | 1,483,397 | +225,000 | +933,397 |


Insert 78J

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Foreign Military Financing Program, Emergency.................................... | 275,000 | --- | --- | -275,000 | --- |
| Limitation on Administrative Expenses....... | (72,000) | (82,000) | (72,000) | --- | (+10,000) |
| Total, Foreign Military Financing Program. | 6,133,397 | 5,150,000 | 6,158,397 | +25,000 | +1,008,397 |
| Total, Title IV, International Security Assistance | 8,933,007 | 6,145,000 | 8,883,007 | -50,000 | +2,738,007 |
| **TITLE V - MULTILATERAL ASSISTANCE** | | | | | |
| Multilateral Assistance | | | | | |
| Funds Appropriated to the President | | | | | |
| International Organizations and Programs.............. | 436,920 | --- | 339,000 | -97,920 | +339,000 |
| International Financial Institutions | | | | | |
| World Bank Group | | | | | |
| Global Environment Facility........................... | 150,200 | --- | 150,200 | --- | +150,200 |
| Contribution to the Clean Technology Fund............. | 125,000 | --- | --- | -125,000 | --- |


Insert 78 K

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Contribution to the International Bank for Reconstruction and Development (IBRD): | | | | | |
| IBRD Paid in Capital.............................. | 206,500 | --- | --- | -206,500 | --- |
| (Limitation on Callable Capital).................. | (1,421,276) | --- | --- | (-1,421,276) | --- |
| Contribution to the International Development Association......................................... | 1,380,256 | 1,066,184 | 1,066,184 | -314,072 | --- |
| Global Agriculture Food Security Program.............. | 10,000 | --- | --- | -10,000 | --- |
| Treasury International Assistance Programs............ | 50,000 | 50,000 | 75,000 | +25,000 | +25,000 |
| Contribution to the Inter-American Development Bank... | --- | 75,000 | --- | --- | -75,000 |
| Total, World Bank Group......................... | 1,921,956 | 1,191,184 | 1,291,384 | -630,572 | +100,200 |
| Asian Development Bank Group | | | | | |
| Contribution to the Asian Development Fund............ | 43,610 | 43,610 | 43,610 | --- | --- |
| Total, Asian Development Bank Fund.............. | 43,610 | 43,610 | 43,610 | --- | --- |
| African Development Bank Group | | | | | |
| Contribution to the African Development Bank Paid in Capital............................................. | 54,649 | 54,649 | 54,649 | --- | --- |
| (Limitation on Callable Capital)................. | (856,175) | (866,175) | (8,656,175) | (+7,800,000) | (+7,790,000) |
| Contribution to the African Development Fund.......... | 197,000 | --- | --- | -197,000 | --- |
| Total, African Development Bank................. | 251,649 | 54,649 | 54,649 | -197,000 | --- |



NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Contribution to the European Bank for Reconstruction and Development.................................... | --- | 87,500 | 87,500 | +87,500 | --- |
| Contribution to the International Fund for Agricultural Development............................ | 43,000 | --- | 54,000 | +11,000 | +54,000 |
| Total, International Financial Institutions..... | 2,260,215 | 1,376,943 | 1,531,143 | -729,072 | +154,200 |
| Total, Title V, Multilateral Assistance......... | 2,697,135 | 1,376,943 | 1,870,143 | -826,992 | +493,200 |
| (Limitation on Callable Capital)................ | (2,277,451) | (866,175) | (8,656,175) | (+6,378,724) | (+7,790,000) |

TITLE VI - EXPORT AND INVESTMENT ASSISTANCE

Export-Import Bank of the United States

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Inspector General...................................... | 8,860 | 8,860 | 8,860 | --- | --- |
| Administrative Expenses................................ | 125,000 | 125,000 | 125,000 | --- | --- |
| Program Budget......................................... | 15,000 | 15,000 | 20,000 | +5,000 | +5,000 |
| Offsetting Collections................................. | -70,000 | -80,000 | -80,000 | -10,000 | --- |
| Total, Export-Import Bank of the United States.. | 78,860 | 68,860 | 73,860 | -5,000 | +5,000 |



Insert 78 M

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| U.S. International Development Finance Corporation | | | | | |
| Inspector General...................................... | 7,200 | 7,200 | 7,200 | --- | --- |
| Corporate Capital Account: Administrative Expenses.... | 243,000 | 230,000 | 243,000 | --- | +13,000 |
| Corporate Capital Account: Program Budget............. | 755,250 | 588,000 | 755,250 | --- | +167,250 |
| Offsetting Collections................................ | -438,000 | -368,000 | -443,000 | -5,000 | -75,000 |
| (By transfer from ESF)............................ | (50,000) | --- | --- | (-50,000) | --- |
| Total, U.S. International Development Finance Corporation.................................... | 567,450 | 457,200 | 562,450 | -5,000 | +105,250 |
| Funds Appropriated to the President | | | | | |
| Trade and Development Agency.......................... | 87,000 | 87,000 | 87,000 | --- | --- |
| Total, Title VI, Export and Investment Assistance....................................... | 733,310 | 613,060 | 723,310 | -10,000 | +110,250 |
| TITLE VII - GENERAL PROVISIONS | | | | | |
| Rescission, Millennium Challenge Corporation.......... | --- | -1,215,000 | -661,250 | -661,250 | +553,750 |
| Rescission, Embassy Security Construction and Maintenance......................................... | -224,000 | --- | --- | +224,000 | --- |
| Rescission, Contributions to International Organizations...................................... | --- | --- | --- | --- | --- |


Insert
78N

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Rescission, Educational and Cultural Exchange Programs | --- | --- | -25,000 | -25,000 | -25,000 |
| Rescission, Development Assistance | --- | --- | --- | --- | --- |
| Rescission, International Narcotics Control and Law Enforcement | -65,000 | --- | -179,306 | -114,306 | -179,306 |
| Rescission, Economic Support Fund | -152,496 | --- | --- | +152,496 | --- |
| Rescission, Democracy Fund | --- | --- | -57,000 | -57,000 | -57,000 |
| Rescission, Assistance for Europe, Eurasia and Central Asia | --- | --- | --- | --- | --- |
| Rescission, Consular and Border Security Programs | -375,000 | -775,000 | -900,000 | -525,000 | -125,000 |
| Consular and Border Security Program Pop-up Score | --- | 375,000 | 375,000 | +375,000 | --- |
| Rescission, Debt Restructuring | -111,000 | -11,975 | -63,975 | +47,025 | -52,000 |
| Rescission, Peacekeeping Operations | --- | --- | -50,000 | -50,000 | -50,000 |
| America First Opportunity Fund Reappropriation | --- | 100,000 | --- | --- | -100,000 |
| Sec. 7055 New Arrangements to Borrow | --- | --- | --- | --- | --- |
| Sec. 7056 IMF Quota Increase | --- | 1,136,000 | --- | --- | -1,136,000 |
| Total, Title VII, General Provisions | -927,496 | -390,975 | -1,561,531 | -634,035 | -1,170,556 |


Insert 780

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **OTHER APPROPRIATIONS** | | | | | |
| DISASTER RELIEF SUPPLEMENTAL APPROPRIATIONS ACT, 2025 | | | | | |
| (P.L. 118-158) | | | | | |
| STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS | | | | | |
| DEPARTMENT OF STATE | | | | | |
| International Boundary and Water Commission, United States and Mexico - Construction (emergency)........ | 250,000 | --- | --- | -250,000 | --- |
| Total,  Disaster Relief Supplemental Appropriations Act, 2025...................... | 250,000 | --- | --- | -250,000 | --- |
| RESCISSIONS ACT OF 2025 | | | | | |
| DEPARTMENT OF STATE AND RELATED AGENCY | | | | | |
| International Organizations | | | | | |
| Contributions to International Organizations 1 year funding (rescission)................................ | (-168,837) | --- | --- | (+168,837) | --- |
| Contributions to International Organizations 1 year funding (rescission)................................ | (-33,009) | --- | --- | (+33,009) | --- |
| Subtotal, Contributions to International Organizations............................ | -201,846 | --- | --- | +201,846 | --- |



NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

|  | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Contributions for International Peacekeeping Activities 1 year funding (rescission) | (-157,906) | --- | --- | (+157,906) | --- |
| Contributions for International Peacekeeping Activities 2 year funding (rescission) | (-203,328) | --- | --- | (+203,328) | --- |
| Subtotal, Contributions for International Peacekeeping Activities | -361,234 | --- | --- | +361,234 | --- |
| Total, International Organizations | -563,080 | --- | --- | +563,080 | --- |
| Administration of Foreign Affairs |  |  |  |  |  |
| United States Institute of Peace (rescission) | (-15,000) | --- | --- | (+15,000) | --- |
| Total, Department of State and Related Agency | -563,080 | --- | --- | +563,080 | --- |
| UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT |  |  |  |  |  |
| Funds Appropriated to the President |  |  |  |  |  |
| Operating Expenses, USAID (rescission) | (-125,000) | --- | --- | (+125,000) | --- |
| Total, Department of State and Related Agency | -125,000 | --- | --- | +125,000 | --- |
| BILATERAL ECONOMIC ASSISTANCE |  |  |  |  |  |
| Funds Appropriated to the President |  |  |  |  |  |


Insert 78 Q

NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| **Global Health Programs** | | | | | |
| Department of State 2 year funding (rescission)... | (-500,000) | --- | --- | (+500,000) | --- |
| Department of State 5 year funding (rescission)... | --- | --- | --- | --- | --- |
| Subtotal, Department of State............... | -500,000 | --- | --- | +500,000 | --- |
| Development Assistance (rescission).................... | (-2,500,000) | --- | --- | (+2,500,000) | --- |
| International Disaster Assistance (rescission)........ | (-496,000) | --- | --- | (+496,000) | --- |
| Transition Initiatives (rescission).................... | (-57,000) | --- | --- | (+57,000) | --- |
| Complex Crises Fund (rescission)........................ | (-43,000) | --- | --- | (+43,000) | --- |
| Economic Support Fund (rescission).................... | (-1,650,000) | --- | --- | (+1,650,000) | --- |
| Human Rights and Democracy Fund, Department of State (rescission)........................................ | (-83,000) | --- | --- | (+83,000) | --- |
| Assistance for Europe, Eurasia and Central Asia (rescission)........................................ | (-460,000) | --- | --- | (+460,000) | --- |
| Total, Funds Appropriated to the President...... | -5,789,000 | --- | --- | +5,789,000 | --- |
| **Department of State** | | | | | |
| Migration and Refugee Assistance (rescission).......... | (-800,000) | --- | --- | (+800,000) | --- |
| **Independent Agencies** | | | | | |
| United States African Development Foundation (rescission)........................................ | (-22,000) | --- | --- | (+22,000) | --- |
| Inter-American Foundation (rescission)................ | (-27,000) | --- | --- | (+27,000) | --- |



NATIONAL SECURITY, DEPARTMENT OF STATE, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2026
(Amounts in thousands)

| | FY 2025 Enacted | FY 2026 Request | Final Bill | Final Bill vs Enacted | Final Bill vs Request |
|---|---|---|---|---|---|
| Subtotal, Independent Agencies.............. | -49,000 | --- | --- | +49,000 | --- |
| **MULTILATERAL ASSISTANCE** | | | | | |
| International Organizations and Programs (rescission). | (-436,920) | --- | --- | (+436,920) | --- |
| World Bank Group | | | | | |
| Contribution to the Clean Technology Fund (rescission) | (-125,000) | --- | --- | (+125,000) | --- |
| Total, Rescissions Act of 2025................ | -7,903,000 | --- | --- | +7,903,000 | --- |
| Total, Other Appropriations................... | -7,653,000 | --- | --- | +7,653,000 | --- |
| Grand total........................................ | 59,657,547 | 31,078,863 | 50,074,000 | -9,583,547 | +18,995,137 |
| Appropriations............................... | (58,857,043) | (34,045,838) | (53,046,531) | (-5,810,512) | (+19,000,693) |
| Emergency Appropriations..................... | (2,750,000) | --- | --- | (-2,750,000) | --- |
| Rescissions.................................. | (-927,496) | (-2,001,975) | (-1,936,531) | (-1,009,035) | (+65,444) |
| Offsetting collections....................... | (-1,022,000) | (-965,000) | (-1,036,000) | (-14,000) | (-71,000) |
| (By transfer)..................................... | (50,000) | --- | --- | (-50,000) | --- |
| (Transfer out).................................... | (-50,000) | --- | --- | (+50,000) | --- |
| (Limitation on Callable Capital)................. | (2,277,451) | (866,175) | (8,656,175) | (+6,378,724) | (+7,790,000) |



Insert 78S