AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| WIDAKUSWARA et al., *Plaintiff* <br> v. <br> LAKE et al., *Defendant* | ) ) ) ) Case No. 1:25-cv-01015 ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AFSCME, AFGE, AFSA, The Newsguild CWA.

Date: 2/17/2026

/s/ Cynthia Liao
*Attorney's signature*

Cynthia Liao (90036947)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

cliao@democracyforward.org
*E-mail address*

(202) 808-1982
*Telephone number*

(202) 796-4426
*FAX number*