UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARI LAKE, et al., <br><br> Defendants. | Civil Action No. 25-1015 (RCL) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 7-day extension, to March 3, 2026, of the current deadline of February 24, 2026, to file their Reply in Further Support of Defendants' Combined Motion to Dismiss and Cross-Motion for Partial Summary Judgment, ECF No. 202 ("Combined Motion").[1] Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff on February 20, 2026 and again on February 23, 2026, via email. Counsel for Plaintiff has advised no opposition to this request on February 23, 2026. Good cause supports this motion, as set forth below:

1. On February 6, 2026, Defendants filed their Combined Motion and, on February 17, 2026, Plaintiffs filed their memorandum in opposition to that filing. *See* ECF No. 208. Defendants' reply is currently due on February 24, 2026. *See* LCvR7(d).

---

[1] That filing also included Defendants' opposition to Plaintiffs' motion for partial summary judgment, which is now fully briefed.

2. Defendants now request an additional 7 days to prepare and file their reply, which would bring this deadline to March 3, 2026. There is good cause for the requested extension.

3. The undersigned requires additional time to confer with the agency on the opposition and its accompanying exhibits, finalize the reply draft, and allow that draft to undergo applicable review within the U.S. Attorney's Office before filing. Accordingly, Defendants respectfully request an extension of the reply deadline to, and including, March 3, 2026.

4. No existing court deadlines will be impacted by this extension request other than the existing deadline to reply in support of the combined motion. Plaintiff will not be prejudiced by this brief extension request and furthermore does not oppose the requested relief.

5. A proposed order is attached.

Dated: February 23, 2026  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

*By:    /s/ Samantha-Josephine Baker*  
SAMANTHA-JOSEPHINE BAKER  
FL Bar #105714  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
Tel: (202) 252-2435  
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KARI LAKE, et al.,<br><br>    Defendants. | Civil Action No. 25-1015 (RCL) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File Reply, and for good cause shown, it is hereby

**ORDERED** that the Unopposed Motion is **GRANTED**.  It is further

**ORDERED** that Defendants' deadline to reply in further support of their combined motion, ECF No. 202, is extended to, and including, March 3, 2026.

**SO ORDERED**, this ___ day of _____, 2026.


_____
ROYCE C. LAMBERTH
United States District Judge