UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

    *Plaintiffs,*

v.

KARI LAKE, et al.,

    *Defendants.*

Case No. 1:25-cv-1015-RCL

## ORDER

Upon consideration of the plaintiffs' [168] Motion for Partial Summary Judgment, the defendants' [202] Cross-Motion and Opposition, the plaintiffs' [208] Cross-Opposition and Reply, the defendants' [214] Cross-Reply, the plaintiffs' [216-1] Sur-Reply, the plaintiffs' [212] February 26, 2026 Notice, and the statements of fact and exhibits appended thereto, and the entire record, and for the reasons stated in the Memorandum Opinion to follow, it is hereby **ORDERED** that

the plaintiffs' [168] Motion is **GRANTED** in favor of the plaintiffs on Counts X and XI of the Supplemental Complaint; and it is further **ORDERED** that

all official actions taken by Defendant Kari Lake between July 31 and November 19, 2025, including but not limited to the reduction-in-force notices issued on August 29, 2025, and all actions otherwise taken by Defendant Lake pursuant to the delegated authorities contained in the March and/or July Delegation documents, "shall have no force or effect," *see* 5 U.S.C. § 3348(d)(1)–(2); and it is further **ORDERED** that

the defendants' [202] Cross Motion is **DENIED**; and it is further **ORDERED** that

1

the plaintiffs' [144] Motion to Enforce the Preliminary Injunction, which requested an order enjoining the August 29 RIF, is therefore **MOOT** due to the relief already granted herein; and it is further **ORDERED** that

no later than the close of business on March 11, 2026, the defendants shall file a Status Report identifying:

(i) the individual or individuals who have served as acting CEO of USAGM since November 19, 2025, and any appointing order(s) thereof;

(ii) to the extent different from (i), the individual serving as acting CEO following this Order, and any appointing order thereof;

(iii) the current succession plan for the CEO of USAGM; and

(iv) copies of all orders delegating the authorities of the CEO of USAGM entered since January 20, 2025; and it is further **ORDERED** that

should any future order or other document designate a new acting CEO, or delegate the authorities of the CEO, the defendants shall file a copy of such document in this Court within forty-eight hours of its issuance.

**SO ORDERED.**

Date: March 7, 2026

Royce C. Lamberth
United States District Judge