## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

                         Plaintiffs,

                 v.

KARI LAKE, et al.,

                         Defendants.

Civil Action No. 1:25-cv-1015 (RCL)

## <u>STATUS REPORT</u>

Defendants file this status report to provide information required by the Court's order dated March 7, 2026 (ECF No. 218).

**(i)**      **The individual or individuals who have served as acting CEO of USAGM since November 19, 2025, and any appointing order(s) thereof:**

No individual fits this description, as the time during which an acting CEO may serve has lapsed under the Federal Vacancies Reform Act of 1998 (FVRA), at least until the President nominates someone for the CEO role. *See, e.g.*, 5 U.S.C. §§ 3346, 3349a.

**(ii)**      **To the extent different from (i), the individual serving as acting CEO following this Order, and any appointing order thereof:**

No individual currently fits this description. Defendants understand the requirement that they file a copy of "any future order or other document designat[ing] a new acting CEO, or delegat[ing] the authorities of the CEO." ECF No. 218 at 2.

### (iii)    The current succession plan for the CEO of USAGM:

Defendants do not have a "succession plan for the CEO of USAGM." Defendants understand the Court's opinion to hold that USAGM may not rely on a delegation of authority to provide for continued leadership of the agency. *See* ECF No. 219 at 16. Under that reasoning, the only way to ensure leadership at the agency is through the Federal Vacancies Reform Act (FVRA), which will provide authority for a new Acting CEO to serve when it again becomes available. Defendants further understand the Court's opinion to hold that 5 U.S.C. § 3345(a)(1)'s mechanism for automatic acting service will not apply even when the FVRA becomes available again because Deputy CEO Kari Lake was not holding that position at the time that the CEO vacancy occurred. *See* ECF No. 219 at 11. Under that understanding of the Court's opinion, designating a new Acting CEO would require presidential action, including the nomination of a permanent CEO candidate so that the authority for an Acting CEO to serve springs back. *See* 5 U.S.C. § 3345(a)(2)–(3) (providing two means by which "the President (and only the President) may direct" someone to serve in an Acting role); *id.* § 3346(a)–(b) (extending time limits for acting service during pendency of first or second nominations to fill the vacancy).

Defendants further note that the CEO is the only officer at USAGM on whom the International Broadcasting Act confers express statutory authority. The Court held that the CEO's authority may not be delegated under these circumstances. ECF No. 219 at 14–16. It is therefore unclear at this time what actions and activities, if any, USAGM is currently authorized to undertake in light of the Court's order. Defendants are continuing to analyze that question.

**(iv)** **Copies of all orders delegating the authorities of the CEO of USAGM entered since January 20, 2025:**

All such orders that Defendants have identified to date are attached as Exhibits A–G.

Dated: March 11, 2026                    Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General

                                         ERIC J. HAMILTON
                                         Deputy Assistant Attorney General
                                         Civil Division, Federal Programs Branch

                                         */s/ Elizabeth Hedges*
                                         ELIZABETH HEDGES
                                          (DC Bar No. 1657707)
                                         Counsel to the Assistant Attorney General
                                         Civil Division
                                         United States Department of Justice
                                         950 Pennsylvania Avenue NW
                                         Washington, DC 20530
                                         Telephone: (202) 616-0929
                                         Elizabeth.T.Hedges@usdoj.gov

                                         *Counsel for Defendants*