# EXHIBIT A

U.S. AGENCY FOR GLOBAL MEDIA
DELEGATION ORDER 2025-01

Pursuant to the authority vested to the Chief Executive Officer (CEO) in the U.S. Agency for Global Media (USAGM) under the United States International Broadcasting Act of 1994, as amended (22 U.S.C. et seq.), the United States Information and Educational Exchange Act of 1948, as amended (22 U.S.C. 1431 et seq.), and other relevant laws, Kari Lake, Senior Advisor, USAGM, is hereby designated to perform the functions and responsibilities specified in the following provisions under 22 U.S.C. 6204:

- 6204(a)(1)
- 6204(a)(2)
- 6204(a)(3)
- 6204(a)(4)
- 6204(a)(5)
- 6204(a)(6)
- 6204(a)(7)
- 6204(a)(8)
- 6204(a)(10)
- 6204(a)(11)
- 6204(a)(12)
- 6204(a)(13)
- 6204(a)(14)
- 6204(a)(15)(A)
- 6204(a)(15)(B)
- 6204(a)(16)
- 6204(a)(17)
- 6204(a)(18)
- 6204(a)(20)
- 6204(a)(21)
- 6204(a)(22)(A)

In addition, I hereby select Kari Lake, Senior Advisor, USAGM, as the designee to carry out any delegable responsibilities specified in Executive Orders issued by the current Administration. Notwithstanding this or any other delegation of authority, the CEO retains, and may at any time exercise, the authority delegated herein.

The Delegation Order is effective upon signature.

Victor Morales
Chief Executive Officer (Acting)

3/5/2025
Date