# EXHIBIT B



**U.S. AGENCY FOR GLOBAL MEDIA**

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

May 8, 2025

<u>UNCLASSIFIED</u>

TO:	Department of the Treasury
	Bureau of the Fiscal Service
	P.O. Box 12599-0599
	Kansas City, MO 64116

FROM:	USAGM –Victor Morales, Acting Chief Executive Officer

SUBJECT:	Head of Agency (HoA) Self-delegation

In accordance with the authority vested in me as Acting Chief Executive Officer of the U.S. Agency for Global Media, Washington, DC, I hereby self-designate myself as Head of Agency. As Head of Agency, I reserve the right to delegate this authority.

If you should have any questions, please contact Andrew Warner, at [AWarner@usagm.gov](mailto:AWarner@usagm.gov) or 202-920-2342.

*Victor H Morales*
Digitally signed by Victor H Morales
Date: 2025.05.08 17:49:50 -04'00'

Victor Morales
Acting Chief Executive Officer

