# EXHIBIT C



## DELEGATION ORDER 2025-02

Pursuant to the authority vested to the Chief Executive Officer (CEO) in the U.S. Agency for Global Media (USAGM) under the United States International Broadcasting Act of 1994, as amended (22 U.S.C. § 6201 et seq.), the United States Information and Educational Exchange Act of 1948, as amended (22 U.S.C. § 1431 et seq.), and other relevant laws, Kari Lake, Deputy Chief Executive Officer, USAGM, is hereby designated to perform the functions and responsibilities specified in the following provisions under 22 U.S.C. § 6204:

- 22 U.S.C. § 6204(a)(1)
- 22 U.S.C. § 6204(a)(2)
- 22 U.S.C. § 6204(a)(3)
- 22 U.S.C. § 6204(a)(4)
- 22 U.S.C. § 6204(a)(5)
- 22 U.S.C. § 6204(a)(6)
- 22 U.S.C. § 6204(a)(7)
- 22 U.S.C. § 6204(a)(8)
- 22 U.S.C. § 6204(a)(10)
- 22 U.S.C. § 6204(a)(11)
- 22 U.S.C. § 6204(a)(12)
- 22 U.S.C. § 6204(a)(13)
- 22 U.S.C. § 6204(a)(14)
- 22 U.S.C. § 6204(a)(15)(A)
- 22 U.S.C. § 6204(a)(15)(B)
- 22 U.S.C. § 6204(a)(16)
- 22 U.S.C. § 6204(a)(17)
- 22 U.S.C. § 6204(a)(18)
- 22 U.S.C. § 6204(a)(20)
- 22 U.S.C. § 6204(a)(21)
- 22 U.S.C. § 6204(a)(22)(A)

In addition, I hereby select Kari Lake, Deputy Chief Executive Officer, USAGM, as the designee to carry out any delegable responsibilities specified in Executive Orders issued by the current Administration. Notwithstanding this or any other delegation of authority, the CEO retains, and may at any time exercise, the authority delegated herein.

The Delegation Order is effective upon signature.

_Victor H Morales_
Digitally signed by Victor H Morales
Date: 2025.07.11 16:23:17 -04'00'

_____    _____
Victor Morales                    Date
Acting Chief Executive Officer
U.S. Agency for Global Media