# EXHIBIT D



**U.S. AGENCY FOR GLOBAL MEDIA**

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

August 20, 2025

<u>MEMORANDUM TO FILE</u>

FROM:       USAGM –Kari Lake, Deputy Chief Executive Officer

SUBJECT:   Senior Procurement Executive Delegation

Pursuant to the authority vested to the Chief Executive Officer (CEO) in the U.S. Agency for Global Media (USAGM) under the United States International Broadcasting Act of 1994, as amended (22 U.S.C. § 6201 et seq.), the United States Information and Educational Exchange Act of 1948, as amended (22 U.S.C. § l43l et seq.), and other relevant laws, Christopher A. Luer, Acting Chief Management Officer, USAGM, is hereby designated to perform the functions and responsibilities of the Senior Procurement Executive.

X _____

Kari Lake
Deputy Chief Executive Officer






