# EXHIBIT E

U.S. AGENCY FOR GLOBAL MEDIA
DELEGATION ORDER 2025-03

Pursuant to the authority vested in the Chief Executive Officer (CEO) of the U.S. Agency for Global Media (USAGM), and subject to my or a future CEO or Deputy CEO's oversight, direction, and guidance, I hereby delegate to the Chief of Staff (COS), USAGM, to the extent authorized by law, all authorities vested in or delegated to the Chief Executive Officer under the United States International Broadcasting Act of 1994, as amended (22 U.S.C. 6201 et seq.), the United States Information and Educational Exchange Act of 1948, as amended (22 U.S.C. 1431 et seq.), and other relevant laws, regulations, or executive orders, now or hereafter issued.

Any function or authority delegated herein may be exercised by the CEO, or pursuant to existing delegation, the Deputy CEO.

Any reference in this delegation of authority to any statute or delegation of authority shall be deemed to be a reference to such statute or delegation of authority as amended from time to time and shall be deemed to apply to any provision of law that is the same or substantially the same as such statute.

This delegation of authority does not modify any delegation of authority currently in effect.

The delegation of authority may be redelegated by the COS, following coordination with the Office of General Counsel.

This delegation of authority is effective upon signature.

_____
Kari Lake
Chief Executive Officer (Acting)

_____11/14/2025_____
Date