# EXHIBIT F

U.S. AGENCY FOR GLOBAL MEDIA

DELEGATION ORDER 26-01

DELEGATION OF AUTHORITY TO THE CHIEF INFORMATION OFFICER

Pursuant to the authority vested in the Chief Executive Officer (CEO) of the United States Agency for Global Media (USAGM) under the U.S. International Broadcasting Act of 1994, as amended ([22 U.S.C. 6201](#) et seq), the U.S. Information and Educational Exchange Act of 1948, as amended ([22 U.S.C. 1431](#) et seq), the Foreign Affairs Consolidation Act of 1998 ([22 U.S.C. 6501](#) et seq), and other relevant laws, Executive Orders, and regulations, the CEO hereby delegates the authority required to perform the duties and responsibilities of a Federal agency's Chief Information Officer (CIO), as described below, to USAGM's CIO.

(1) PURPOSE

This Order delegates to the CIO for USAGM all authorities, duties, and responsibilities of a Federal agency's CIO.

(2) REPORTING RELATIONSHIP

The CIO reports to the CEO to carry out the statutory responsibilities of the agency with respect to federal information policy and serves as the principal advisor to the CEO and Deputy CEO on information resource management, Information Technology (IT) security, IT human capital management, and telecommunications.

(3) AUTHORITIES

The CIO for USAGM is hereby delegated all applicable authorities, duties, and responsibilities of a Federal agency's CIO under the relevant provisions of the following:

(A) The Clinger-Cohen Act, as amended [[Public Law (PL) 104-106](#), Div. E (Feb. 10, 1996)].

(B) The Paperwork Reduction Act, as amended ([44 U.S.C. 3501](#)).

(C) The E-Government Act of 2002 [[PL 107-347](#) (December 17, 2002)].

(D) The Federal Information Security Modernization Act of 2014 ([44 U.S.C. 3551](#)).

(E) All relevant authorities of the CIO of a covered agency under the Federal Information Technology Acquisition Reform Act (FITARA) [[PL 113-291](#), Section 831-837 of Div. A, Title I, Subtitle D (Dec. 19, 2014)], pursuant to recommendations in [Office of Management and Budget (OMB) Memorandum M-15-14](#), "Management and Oversight of Federal Information Technology," and guidance from the State and USAGM Office of Inspector General (OIG).

(F)  [40 U.S.C. 11315](#) ("Agency Chief Information Officer");

(G) [OMB Circular A-130](#), "Managing Information as a Strategic Resource."

(I) And all other authorities that are, or in the future may be, assigned to an agency's CIO in any other statute, regulation, Executive Order, and OMB guidance document in force or otherwise binding upon the Agency.

(4) DELEGATED RESPONSIBILITIES AND FUNCTIONS

This delegation includes, but is not limited to, all authorities required to accomplish the following:

(A) CIO COUNCIL: The CIO shall establish and serve as chairperson of a CIO Council that will promote effective IT management practices; review and evaluate proposed IT initiatives, acquisitions, and ongoing IT projects; share information of a crosscutting nature; and provide a forum for discussing decisions about information technology that will have impact across broadcast entities.

(B) The CIO shall implement OMB Circular A-130, "Managing Information as a Strategic Resource," and other directives regarding the acquisition, management, and use of IT resources.

(C) INFORMATION RESOURCE MANAGEMENT: The CIO shall have all necessary authority to implement the Clinger-Cohen Act, OMB Circular A-130 and any element of FITARA applicable to a covered agency and deemed applicable to the USAGM by the CIO, pursuant to OMB M-15-14. In implementing these acts, the CIO shall:

(i) TECHNICAL LEADERSHIP: Provide leadership to ensure the Agency's programs make full and appropriate use of IT; provide direction and oversight (including risk management) of the use of IT resources, and conduct reviews of the life cycle management of all the Agency's IT systems.

(ii) INNOVATION: Promote and support the increased use of leading-edge technology to enable the Agency to fully and efficiently accomplish its mission through the use of IT products and services.

(iii) IT STRATEGIC PLANNING: Develop, maintain, and implement an annual USAGM IT Strategic Plan, which shall align with the USAGM Strategic Plan, and annually review Broadcast Network IT Strategic Plans for alignment with the USAGM IT Strategic Plan.

(iv) IT BUDGET FORMULATION: Approve the Agency's IT budget requests. In collaboration with the Agency's Budget Office, the CIO shall review and approve the Agency IT budget, pursuant to a process established with the Office of the Chief Financial Officer (CFO), prior to the Agency's submission of the Agency budget to OMB. The CIO shall provide input on IT programs and investments to the CEO, as requested by the CEO and/or the CFO, in preparation for budget hearings, or in response to IT specific questions from the Congress. As applicable, the CIO shall certify that IT investments adequately implement incremental development.

(v) CAPITAL PLANNING AND INVESTMENT CONTROL (CPIC): Provide effective management and oversight of the Agency's IT spending through the development of policies, procedures, staff training, and other guidance for Agency-wide planning and use of IT; implement a process for maximizing the value and managing the risks of IT acquisitions which provide for the selection of IT investments, the management of such investments, and the evaluation of the results of such investments. This process shall be integrated with Agency processes for making budget, financial, and program management decisions, shall be guided by the CIO Council, and be fully coordinated with the CFO; and

(H)  E.O. 13833 (2018) ("Enhancing the Effectiveness of Agency Chief Information Officers").

(vi) IT CONTRACT APPROVAL: Review and approve requests for contracts for IT, information systems, or IT services; approve governance processes by which USAGM components may approve contracts; and delegate, as needed, contract approval duties for OMB-defined non-major IT investments.

(vii) ARCHITECTURE PLANNING AND OPERATIONS: Develop, maintain, and operationalize the implementation of an IT Enterprise Architecture (EA) in accordance with Federal guidance. Formulate and implement the Agency's IT Portfolio Management Policy and take other measures as appropriate to ensure that the Agency's and broadcast network's programs make full appropriate, efficient, and effective use of the Agency's EA and Portfolio Management Policy. Regularly review, update, and submit to OMB the Agency's EA roadmap and the IT Asset Inventory. Regularly review and assess the risk of the Agency's Legacy IT Ecosystem.

(viii) INFORMATION TECHNOLOGY AND SERVICE DELIVERY: In collaboration with the Agency's CIO Council, Chief Risk Officer (CRO), and with input from the other Agency Councils (e.g. CIO, CFO, RMC), establish goals and metrics for improving the efficiency and effectiveness of the Agency's IT operations and the delivery of IT services and products (including information products).

(ix) POLICY AND OVERSIGHT: Develop and issue policies and other guidance for the management of information resources throughout the Agency, to promote electronic Government, to include overseeing the Agency's use of IT to support the Agency's administrative systems, including property, procurement, human resources management, and financial management systems, and monitor and enforce compliance with such policies and guidance. The CIO shall also ensure compliance with relevant OMB guidelines and Executive Orders.

(x) PERFORMANCE MANAGEMENT OF IT: The CIO shall develop, coordinate, and implement the Agency's policies, directives, and guidelines for the planning, use, and evaluation of IT resources and, as appropriate, support equivalent activities in conjunction with the CFO as they relate to acquisition of IT resources; monitor and evaluate the performance of IT programs on the basis of applicable performance measurements and advise the CEO or Deputy CEO regarding whether to continue, modify, or terminate a program or project; ensure program objectives, milestones, and actions are developed and completed in response to Department of State (DOS) Inspector General and Government Accountability Office (GAO) Audits and Reports; conduct regular reviews of those programs reported on the Federal CIO Scorecard; conduct reviews of projects or programs identified as presenting higher risk to the Agency; and conduct regular PortfolioStat and TechStat reviews with OMB.

(xi) TECHNOLOGY MANAGEMENT CONSULTING SERVICES: Provide IT management and technical assistance services to the Office of the CEO, and designated operating units, and consultative services as requested by operating unit officials.

(D) IT SECURITY: The CIO shall have all necessary authority to develop, implement, maintain, and exercise governance over an Agency-wide information security program. Accordingly, the CIO shall:

(i) AGENCY IT SECURITY PROGRAM: Develop and implement an Agency IT Security Program to ensure the protection, security, confidentiality, integrity, and availability of data and information for use by USAGM and operational unit employees and stakeholders. Ensure

information security protections commensurate with the risk and magnitude of the harm resulting from unauthorized access. Apply the National Institute of Standards and Technology (NIST) Cybersecurity and Risk Management Framework to further identify and respond to any and all cyber and information security threats and vulnerabilities.

(ii) FEDERAL INFORMATION SECURITY MODERNIZATION ACT (FISMA): Ensure that the Agency is in compliance with the regulations imposed under FISMA, 2014 ([44 U.S.C. Ch. 35](#)); develop and submit annual FISMA report to Congress.

(iii) IT POLICIES: Develop Agency-wide policies, procedures, and other directives for IT security to promote a culture of cybersecurity.

(iv) NON FEDERAL ENTITIES: Ensure that, whenever non-Federal organizations (including contractors, grantees, or partners in a public/private partnership) process, store, or transmit Federal information on behalf of the Agency, the non-Federal organization's security controls are assessed against the same NIST standards and guidelines as for Government-owned or -operated systems. The CIO shall ensure that the security authorization boundary for these systems are carefully mapped to ensure that Federal information: (1) is adequately protected, (2) is segregated from contractor, partner, or grantee corporate infrastructures, and (3) there is an interconnection security agreement in place to address connections from the contractor, partner, or grantee system containing the Agency's information to systems external to the security authorization boundary. The CIO shall direct partners as well as Grantee Presidents to oversee their unique sites to ensure they have integrated business continuity/disaster recovery planning and organizational preparedness within service level agreements (SLAs), Cloud Services contracts, third party suppliers and interdependent supply chains and must document the findings/metrics in order to lower the exposure to operational risk to the USAGM mission.

(v) CONTINUOUS DIAGNOSTICS AND MONITORING: Ensure continuous diagnostics and monitoring across all IT assets of the Agency.

(vi) CYBERSTAT: Conduct annual CyberStat review with OMB.

(vii) PRIVACY CONTROLS: Coordinate with the Senior Agency Official for Privacy (SAOP) and Chief Privacy Officer in implementing the requirements of the privacy controls for Federal information systems and programs. In consultation with SAOP, require information system owners to prioritize upgrading, replacing, or retiring information systems and components that cannot be appropriately protected or secured.

(E) IT HUMAN CAPITAL MANAGEMENT: The CIO shall have all necessary authorities to ensure that Agency personnel with IT responsibilities have the IT management knowledge and skills necessary to meet Agency-wide and component organization goals and objectives for effectively managing IT. Accordingly, the CIO shall:

(i) Actively participate in the selection of Federal broadcast network CIOs, as well as any Federal, Senior Executive Service (SES)-level IT employees for the Agency.

(ii) Develop a critical element for all Federal broadcast network CIOs, which focuses on support of Agency and Government-wide goals and provide performance information to the rating official for this critical element for all Federal broadcast network CIOs.

(iii) Ensure that requested IT positions reflect priorities in the Agency's IT strategic plan.

(iv) Develop policies, strategies, and specific plans for hiring, training, and professional development of the Agency's IT workforce.

(F) TELECOMMUNICATIONS SERVICES: The CIO shall provide Agency-wide guidance for the acquisition, management, and use of telecommunications-related IT resources.

(5) SUCCESSION

The Deputy CIO shall perform the functions of the CIO in the event that the CIO is not able to carry out duties and responsibilities described in this delegation or during a vacancy in the office.

(6) FURTHER DELEGATION OF AUHTORITY

The CIO may re-delegate the CIO's authorities under this delegation, to the extent consistent with applicable law.

(7) RULE OF CONSTRUCTION

Any reference in this delegation of authority to any provision of law shall be deemed to be a reference to such provision of law as amended from time to time.

(8) EFFECT ON OTHER ORDERS

Delegation Order 99-2 is superseded by this delegation order. Any other delegations of authority to the CIO of USAGM, all policies explaining roles, responsibilities, and authorities of the CIO, and any actions taken by the CIO with respect to any function affected by this delegation, shall remain in force and effect until superseded or revoked, except that to the extent such delegations, policies, or actions are inconsistent with or derogate from, or expand, or decrease the authorities provided in this delegation, they are hereby superseded.

(9) The CEO retains all authorities assigned to a head of Agency under laws, regulations, Executive Orders, or other documents referenced in this delegation, including, but not limited to, oversight and direction of the CIO's activities pursuant to this delegation.

(10) This Delegation Order is effective immediately upon signature.

Kari Lake
Deputy Chief Executive Officer
U.S. Agency for Global Media
Date: 12.04.2025