# EXHIBIT G

 Outlook

## Delegation of Authority to Execute Grant Agreements

**From** Kari Lake <​███████​>
**Date** Wed 1/14/2026 9:01 AM
**To** Anthony R. Smith <​███████​>

Tony,

As Deputy CEO with delegated authority of the CEO, I am the authorized Grants Officer for USAGM.

Effective immediately, I am delegating to you the authority to execute grant agreements and related grant documents on my behalf, when acting at my direction, for grants that have been reviewed and approved through our established internal process.

This delegation is limited to the execution of grant agreements and associated documents and does not transfer ultimate programmatic or statutory responsibility, which remains with me as Grants Officer.

Please retain this email for documentation purposes.

Kari Lake