UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATSY WIDAKUSWARA, et al.,

        Plaintiffs,

    v.

KARI LAKE, et al.,

        Defendants.

Civil Action No. 1:25-cv-1015 (RCL)

**NOTICE**

As required by the Court's order dated March 7, 2026 (ECF No. 218), Defendants are hereby filing a copy of an "order or other document designat[ing] a new acting CEO" of the U.S. Agency for Global Media (USAGM).

On March 12, 2026, the President nominated Sarah B. Rogers to be Chief Executive Officer (CEO) of USAGM. Also on March 12, the President directed Michael Rigas to perform the functions and duties of the vacant office of CEO temporarily in an acting capacity. *See* 5 U.S.C. § 3345(a)(2). A copy of the document containing that directive is attached to this filing.

Dated: March 12, 2026    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
 (DC Bar No. 1657707)
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Counsel for Defendants*