**THE WHITE HOUSE**

WASHINGTON

March 12, 2026

MEMORANDUM FOR MICHAEL RIGAS
        Deputy Secretary of State for Management
        and Resources

Pursuant to the Constitution and laws of the United States, including section 3345(a) of title 5, United States Code, you are directed to perform the duties of the office of Chief Executive Officer of the United States Agency for Global Media.

