**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PATSY WIDAKUSWARA, et al., | |
| Plaintiffs, | |
| v. | |
| KARI LAKE, et al., | Civil Action No. 25-cv-1015 (RCL) |
| Defendants. | |

## NOTICE OF APPEAL

Defendants (the U.S. Agency for Global Media; Kari Lake; and Victor Morales) hereby provide notice of appeal to the United States Court of Appeals for the District of Columbia Circuit of this Court's March 17, 2026, decision, ECF Nos. 222, 223, granting in part and denying in part Plaintiffs' motion for partial summary judgment on Count V and granting in part and denying in part Defendants' cross-motion for partial summary judgment.

Dated: March 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
 (DC Bar No. 1657707)
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Attorneys for Defendants*