**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 25-cv-1015 (RCL) |
| KARI LAKE, et al., | |
| Defendants. | |
| MICHAEL ABRAMOWITZ, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 25-cv-0887 (RCL) |
| KARI LAKE, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Partial Stay of the Court's Order Granting Partial Summary Judgment, ECF No. __, it is hereby **ORDERED** that the motion is **GRANTED**.


Dated: _____

_____
United States District Judge

Under LCvR 7(k), the following attorneys should be notified of the entry of this order:

**Michael Kenneth Velchik**
**Elizabeth Hedges**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

**Stephanie R. Johnson**
**Samantha-Josephine Baker**
United States Attorney's Office
601 D Steet NW
Washington, DC 20530

**Brian Beaton, Jr.**
**Jacobus P. van der Ven**
**Margaret M. Dotzel**
**William Barnett Schultz**
Zuckerman Spaeder LLP
2100 L Street NW Suite 400
Washington, DC 20037

**Cynthia Liao**
**Kristin Bateman**
**Robin F. Thurston**
**Skye Perryman**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

**Norman Larry Eisen**
2022 Columbia Rd NW
Washington, DC 20009

**Sofia Fernandez Gold**
**Taryn Wilgus Null**
600 Pennsylvania Ave SE
Unit 15180
Washington, DC 20003

**Georgina C. Yeomans**
**Matthew Stark Blumin**
1625 L St NW
Washington, DC 20036

2

**David A. Schulz**
Ballard Spahr LLP
1675 Broadway 19th Floor
New York, NY 10019

**David Z. Seide**
1612 K St NW
Suite 1100
Washington, DC 20006

**Jonathan G. Cedarbaum**
5208 Saratoga Avenue
Chevy Chase, MD 20815

**Lin Weeks**
**Bruce D. Brown**
Reporters Committee for Freedom of the Press
1156 15th Street NW Suite 1020
Washington, DC 20005