## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.,* | |
| *Plaintiffs,* | |
| –v.– | **Case No. 1:25-cv-887-RCL** |
| KARI LAKE, *et al.,* | |
| *Defendants.* | |
| PATSY WIDAKUSWARA, *et al.,* | |
| *Plaintiffs,* | |
| –v.– | **Case No. 1:25-cv-1015-RCL** |
| KARI LAKE, *et al.,* | |
| *Defendants.* | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S MARCH 20 ORDER

Upon consideration of Plaintiffs' motion to enforce this Court's March 20, 2026 order, and the opposition and reply thereto, the Court concludes that Defendants have not complied with an operative order of this Court. It is therefore:

**ORDERED** that Defendants file, within one business day of the entry of this Order, the "Reconstitution Plan" they developed, as described in the sworn declaration submitted to the Court on March 19, 2026 (ECF 138-1); and

**ORDERED** that Defendants file, within five days of the entry of this Order and every two weeks thereafter, a status report detailing their progress toward compliance with the vacatur remedy in the Court's March 17, 2026 order.

**SO ORDERED.**

Dated: _____

_____
The Honorable Royce C. Lamberth
United States District Judge