

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

**USAGM Reconstitution Plan**

### Introduction

The U.S. Agency for Global Media intends to fully comply with the March 17, 2026 Order of the U.S. District Court for the District of Columbia and return all employees placed on administrative leave to work as soon as possible.

The Human Resources (HR) system currently reflects a total of 803 employees on the rolls. Of these, 319 employees are in active status as of today, while 484 employees are on administrative leave.

Federal procedures require several steps to be taken by USAGM before the 484 employees on administrative leave begin working.

### Security

The Office of Security is responsible for matters affecting the security operations of all domestic and international USAGM assets. Specifically, it is responsible for the protection of USAGM personnel and facilities; the safeguarding of classified materials/information; personnel security vetting of all agency employees and contractors; a defensive counterintelligence program; an insider threat program; and an operational security program.

To ensure a safe and secure transition for these 484 employees, USAGM recommends that maximum telework be allowed so the Office of Security can plan and prepare for an orderly return to the office. Personal Identity Verification (PIV) cards will need to be issued for all personnel returning to the work; thereby allowing logical and physical access. The below outlines that process:

- Records will be updated so PIV cards can be issued.
- Appointments will have to be made to accommodate the mass production of PIV cards
- Starting March 24th, the Credentialing Office can take up to three (3) people an hour between the hours of 9am and 3pm.

### Human Resources

Once the Office of Security clears and individual, HR will initiate outreach by sending formal communication outlining the steps required to return to duty.

The return-to-work communication will provide detailed instructions, including

- Whether the employee will resume work on-site or in a remote capacity
- Where to report to collect their PIV card and the required identification to present
- Where to retrieve their Government Furnished Equipment (GFE).
- For employees returning on-site, the communication will specify their assigned workspace and ensure that, where applicable, the union is notified.
- For those returning to a remote capacity, instructions will be included on completing a new telework or remote work agreement.

**IT Equipment**

Reinstating approximately 500 employees at the U.S. Agency for Global Media creates several challenges for the Office of the Chief Information Officer in issuing government-furnished equipment (GFE), particularly laptops. Key constraints include limited device inventory and potential delays in procuring or refurbishing equipment. IT capacity to image, configure, and secure devices may also be strained without additional support.

Logistics further complicate distribution, especially for a geographically dispersed workforce, requiring coordinated shipping and onsite pickup. Finally, dependencies on PIV cards and system access must be aligned with device issuance to ensure employees can be productive immediately upon return.

**Facilities**

Reestablishing workspace for approximately 500 returning employees at the U.S. Agency for Global Media presents capacity and logistical challenges, particularly where office space has been reduced or reconfigured. Existing facilities may not support a rapid, full-scale return without creating space constraints or operational disruptions. This includes the need to quickly assess usable studio space to ensure broadcast operations can resume without disruption of existing programming.

Maximizing telework and remote work is key to reducing pressure on facilities, though it requires current agreements and reliable IT access. For onsite roles, limited space may require shared seating/hotdesking, staggered schedules, or temporary swing space, adding coordination complexity across facilities and program offices.

**USAGM's Plan**

USAGM's Reconstitution Plan outlines a phased, risk-managed approach to reinstate all 484 employees currently on administrative leave, while ensuring continuity of mission-critical operations and safeguarding agency systems and infrastructure. Grounded in mission-first prioritization, the plan sequences the return of personnel based on

operational necessity, with the majority of employees aligned to frontline broadcast, newsroom, and technical functions.

The plan is structured around a focused seven-week period of performance, beginning March 23, 2026, and concluding May 8, 2026. During this time, USAGM will onboard approximately 70 employees per week through a sequenced and disciplined approach that prioritizes speed while maintaining compliance with all applicable requirements.

Initial efforts concentrate on rapid pre-reinstatement planning, followed immediately by expedited security and suitability reviews to ensure returning employees meet all standards prior to regaining access. In parallel, IT enablement and equipment issuance are executed so that personnel receive the necessary system access, software, credentials, and government-furnished equipment to be fully operational on their first day.

Reconstitution proceeds in phases across the seven weeks, beginning with mission-critical staff to quickly restore core broadcasting and technical capabilities. This is followed by essential support personnel and then the remaining workforce, enabling a steady and manageable ramp-up to full operational capacity.

Facilities planning and telework alignment occur concurrently throughout the period of performance to address space constraints. The approach emphasizes maximizing remote work while reserving on-site capacity for roles that require a physical presence, ensuring the agency can efficiently absorb returning staff within existing infrastructure.