**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., | |
| Plaintiffs, | Civil Action No. 25-cv-1015 (RCL) |
| v. | |
| KARI LAKE, et al., | |
| Defendants. | |
| | |
| MICHAEL ABRAMOWITZ, et al., | |
| Plaintiffs, | Civil Action No. 25-cv-0887 (RCL) |
| v. | |
| KARI LAKE, et al., | |
| Defendants. | |

**DEFENDANTS' STATUS REPORT**

Defendants file this status report per the Court's order dated May 14, 2026.

**1.**    Defendants incorporate by reference their May 21, 2026, status report with respect to the vacatur portions of the Court's March 17, 2026, partial summary judgment order.

**2.**    Although the return-to-work requirement is stayed, some employees have returned to active work since March 17. In the two weeks since Defendants' June 4, 2026, status report, no additional employees have returned to active work, and USAGM has hired no new employees.

1

Dated: June 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Attorneys for Defendants*