UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.<br><br>Defendants. | Civil Action No. 25-00887 (RCL) |
| PATSY WIDAKUSWARA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, *et al.*<br><br>Defendant. | Civil Action No. 25-1015 (RCL) |

**ORDER**

Upon consideration of Defendants' unopposed motion to reschedule the hearing on Plaintiff's motion for information related to vacatur, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Motion Hearing currently set for September 4, 2026, at 11:00 a.m. is VACATED; and it is further

ORDERED that a Motion Hearing shall be held on September 11, 2026, at 11:00 a.m. Eastern Time before Judge Royce C. Lamberth.

SO ORDERED this 1st day of September, 2026.

ROYCE C. LAMBERTH
United States District Judge