UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, et al.<br><br>Defendants. | Civil Action No. 25-00887 (RCL) |
| PATSY WIDAKUSWARA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, *et al.*<br><br>Defendant. | Civil Action No. 25-1015 (RCL) |

**ORDER**

Upon consideration of Defendants' unopposed motion to reschedule the hearing on Plaintiff's motion for information related to vacatur, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Motion Hearing currently set for September 11, 2026, at 11:00 a.m. is VACATED; and it is further

ORDERED that a Motion Hearing shall be held on September 15, 2026, at 11AM Eastern Time before Judge Royce C. Lamberth. There will not be further extensions

SO ORDERED this 9th day of September, 2026.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Court Judge