**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br>*Plaintiffs*,<br>v.<br>KARI LAKE, *et al.*,<br>*Defendants*. | **Case No. 1:25-CV-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*,<br>*Plaintiffs*,<br>v.<br>KARI LAKE, *et al.*,<br>*Defendants*. | **Case No. 1:25-CV-1015-RCL** |

**ORDER**

Upon review of the parties' briefing and the hearing conducted before the Court on September 15, 2026, it is hereby **ORDERED** that Plaintiffs' motion for information related to vacatur [ECF Nos. 158 (*Abramowitz*), 249 (*Widakuswara*)] is hereby **GRANTED** in part and **DENIED IN PART** without prejudice.

The Court **GRANTS** Plaintiffs' motion as to the request for the authority that presently justifies the Agency's operation of the Agency at current operational levels.[1]

The Court **DENIES** without prejudice Plaintiffs' motion as to their request for items 2–5 in their Proposed Order, ECF Nos. 158-1 (*Abramowitz*), 249-1 (*Widakuswara*), relating to

[1] The Memorandum Opinion accompanying this Order provides a detailed discussion of the information that Defendants must provide.

information about the agency's actions in 2025 and the Reconstruction Plan developed in March 2026.

It is **FURTHER ORDERED** that Defendants brief the mootness issue as described in the Memorandum Opinion accompanying this Order by October 12, 2026; and it is

**FURTHER ORDERED** that Plaintiffs file a response by November 2, 2026; and it is

**FURTHER ORDERED** that Defendants may file a reply pursuant to LCvR 7(d) by November 9, 2026.

**IT IS SO ORDERED.**

Date: 18 September, 2026

Royce C. Lamberth
Royce C. Lamberth
United States District Judge