A

U.S. AGENCY FOR
GLOBAL MEDIA

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

July 1, 2026

The Honorable Mario Diaz-Balart
Chairman
House Subcommittee on National Security, Department of State, and Related Programs
United States House of Representatives

Dear Chairman Diaz-Balart:

The United States Agency for Global Media ("USAGM" or "the Agency") is pleased to submit its Fiscal Year 2026 Operating Plan (i.e., "the Plan" or "the Program Plan") and Congressional Notification (CN), pursuant to sections 7015(b), 7062(a), and 7009(a), as well as the "International Broadcasting Operations" heading, of the Fiscal Year (FY) 2026 Consolidated Appropriations Act, P.L. 119-75.

The founding mission of USAGM is to inform, engage, and connect people around the world in support of freedom and democracy. USAGM is responsible for executing this mission through two federal entities: the Voice of America (VOA) and the Office of Cuba Broadcasting (OCB); and four USAGM-funded non-federal entities: Radio Free Europe/Radio Liberty (RFE/RL), Radio Free Asia (RFA), the Middle East Broadcasting Networks (MBN), and the Open Technology Fund (OTF).

USAGM's five publicly funded media organizations are tasked to provide global audiences with accurate, objective, and professional news and information programming on television, radio, internet, and digital platforms. Meanwhile, OTF provides funding to support internet freedom circumvention tools and techniques to ensure that USAGM journalists and audiences can safely create, access, and share digital news and other information without fear of repressive online censorship or surveillance.

This Program Plan supports modifications that are critical to modernizing USAGM operations in alignment with U.S. foreign policy to ensure a consistently reliable source of news and information reaches audiences living under oppressive regimes without access to accurate and reliable information. Resources will support markets impacted by ongoing conflict and repression and will also allow the Agency to prioritize programming for audiences in priority languages and regions.

As required under section 7062(a), the Program Plan addresses the entirety of the $652.7 million appropriated for USAGM under the Act – $643 million for International Broadcasting Operations (IBO) and $9.7 million for Broadcasting Capital Improvements

(BCI). The Agency has taken significant steps to identify efficiencies within current operating levels to realign resources to sustain the operations of priority programs and to meet mandatory cost adjustments to salaries, benefits, rent, program delivery, and other contractual services.

Within this Plan, USAGM is not proposing any transfers across its entities (i.e., its programs, projects, and activities or "PPAs"). USAGM may request additional reprogramming among PPAs within the IBO appropriation account as the fiscal year progresses to ensure that the entities can continue mission-critical functions.

This plan includes the information listed below and reflects USAGM's efforts to operate on reduced budgetary resources for the remainder of FY 2026 due to unprecedented legal constraints directly affecting the agency's operating plans. In addition to formally required notifications related to PPA transfers and other issues, other background information has been included for the Committees, including: discussion of languages identified in the FY 2026 Consolidated Appropriations Act and its explanatory statement, a narrative description of major program initiatives, and language service and operational level funding tables for each entity. The sections are as follows:

1. FY 2026 Program Plan Table (includes the net reprogramming among USAGM's entities)
2. Discussion of Languages Identified in the FY 2026 Joint Explanatory Statement
3. USAGM Operations
4. Technology, Services, and Innovation (TSI)
5. Voice of America
6. Office of Cuba Broadcasting
7. Internet Freedom
8. Buying Power Maintenance (BPM) Account
9. Broadcasting Capital Improvements (BCI) Account

Appendix A: Detailed Entity Funding Tables
Appendix B: Weekly Broadcast Hours

## 1. FY 2026 Program Plan Table

| U.S. Agency for Global Media<br>FY 2026 Program Plan<br>*($ in thousands)* | | | |
|---|---|---|---|
| **International Broadcasting Bureau (Programs, Projects, and Activities)** | **FY 2026 Enacted** | **+/- Adjustments** | **FY 2026 Program Plan** |
| **Federal Entities** | | | |
| Voice of America | $ 199,500 | $ - | $ 199,500 |
| Office of Cuba Broadcasting | $ 30,000 | $ - | $ 30,000 |
| USAGM Operations | $ 138,000 | $ - | $ 138,000 |
| **Subtotal, Federal Entities** | **$ 367,500** | **$ -** | **$ 367,500** |
| **Non-Federal Entities** | | | |
| Radio Free Europe/Radio Liberty | $ 112,500 | $ - | $ 112,500 |
| Radio Free Asia | $ 53,500 | $ - | $ 53,500 |
| Middle East Broadcasting Networks | $ 69,000 | $ - | $ 69,000 |
| Open Technology Fund | $ 40,500 | $ - | $ 40,500 |
| **Subtotal, Non-Federal Entities** | **$ 275,500** | **$ -** | **$ 275,500** |
| **Subtotal, International Broadcasting Operations** | **$ 643,000** | **$ -** | **$ 643,000** |
| **Broadcasting Capital Improvements** | **$ 9,700** | | **$ 9,700** |
| **USAGM Total Baseline** | **$ 652,700** | **$ -** | **$ 652,700** |

## 2. Discussion of Languages Identified in the FY 2026 Joint Explanatory Statement

### Cuba

In FY 2026, OCB will broadcast to all Cuban provinces via both medium wave and shortwave, maintaining or exceeding FY 2024 coverage levels. OCB's existing infrastructure already provides nationwide reach, with the flexibility to adjust frequencies, power, and scheduling as needed. OCB will also continue monitoring signal performance to ensure consistent reliability and compliance.

### North Korea

In FY 2026, VOA will expand Korean programming hours to FY 2024 levels. In December 2025, VOA's Korean language service resumed broadcasting including daily 15-minute shortwave broadcasts and digital content.

In early 2025, VOA's Korean Service was broadcasting seven hours per day, seven days a week on short wave radio (49 hours per week). This included two daily shows airing Monday through Friday (one 20-minute show and one 3-minute show); and two weekly shows: (one 25-minute show and one 2-minute show). The 25-minute weekly show aired four times via satellite.

In FY25, Radio Free Asia (RFA) reported 55 hours of programming broadcast into North Korea. RFA currently broadcasts into the country via privately contracted 200kW short wave transmitters. Short wave and medium wave radio remains the priority for RFA to serve the North Korean audience, but RFA also has evidence that some North Koreans in border areas use imported Chinese mobile phones to access the Internet. For the upcoming programming year, RFA will expand the reach of RFA Korean content (audio, video and text) through a multiplatform approach while remaining committed to daily radio programming.

## 3. <u>USAGM Operations</u>

USAGM Operations provides the operational, administrative, and technical services that enable Agency networks and staff to deliver programming worldwide. Its functions include human resources, workforce development, financial services, travel, records management, background investigations, non-federal entity compliance, and oversight of internet freedom programs, as well as research and data collection that inform Agency strategy and decision-making.

**Human Capital Rightsizing**
Working closely with the Office of Personnel Management, the agency continues to reassess its staffing needs. The agency's initial hiring plan was approved for implementation by OPM; however, as additional reorganizations are finalized, the plan will be updated to reflect those changes. In the interim, the agency expects an increased need for temporary contract support until approved positions are advertised and filled. These hires will help address priority needs resulting from departures under the Deferred Resignation Program, Voluntary Early Retirement Authority/Voluntary Early Retirement Program, natural attrition, as well as legacy vacancies from FY 2025. While contract support expenditures in FY 2026 will be higher than in previous years, the overall net effect of using contractors on a temporary basis is expected to be minimal and should decline in FY 2027 once new employees are onboarded.

**Office of Security**
The USAGM Office of Security's (SEC) program plan level for FY 2026 totals are largely the result of continuing expenses for guard force protection (including Federal Protective Services) at the agency's primary operating site as longer-term space requirements are evaluated. Nearly half of the total program plan for SEC, is related to ensuring physical security at the headquarters. SEC is also investing in a new case tracking system to assist its personnel security division in tracking and maintaining sensitive information related to personnel security vetting at USAGM.

**Office of the Chief Financial Officer**
During FY 2026, the Office of the Chief Financial Officer (OCFO) is focused on maintaining strong financial management and supporting the agency's operational needs while advancing improvements to financial systems and processes. OCFO continues to manage the full range of fiscal responsibilities for the agency, including payroll, travel, accounts payable, and other core financial operations.

A key priority this year is the transition to a federal shared service provider for financial management systems and services. OCFO is supporting early-stage planning and implementation activities associated with this transition, which is intended to simplify financial management processes and strengthen the agency's operational efficiency. The OCFO is also supplementing its workforce with financial management and grants management subject matter

experts to assist with critical accounting, internal control, and grants oversight functions. In parallel, the office continues to focus on strengthening financial management practices and improving the results of the agency's annual financial statement audit.

**Research and Digital Analytics**
USAGM will prioritize continued activities in digital analytics. The need for engagement analytics on VOA's digital platforms is a necessary tool to track key metric and engagement data resulting from social media and other internet-driven platforms. Spending in the Office of Policy & Research prioritizes ensuring continued use of digital analytics tools to track VOA's audience engagement with digital content.

## 4. Technology, Services, and Innovation (TSI)

The Agency's technical infrastructure and content distribution is included within the Operations budget line item but is separated here for narrative clarity. These activities include IT services through the Office of the Chief Information Officer, global satellite distribution, affiliate partnerships with television, radio, and multimedia outlets, and broadcast engineering that supports FM, shortwave, and medium wave transmissions worldwide. It must also address increasing compliance requirements stemming from new laws and regulations, Office of Inspector General (OIG) recommendations, and other oversight obligations, while continuing to improve the efficiency and effectiveness of services provided to journalists, technicians, data analysts, and staff across the Agency. FY 2026 represents a year of disciplined execution, infrastructure rationalization, and operational sustainment following significant reductions and realignments implemented in prior fiscal years.

**Facilities**
The Office of Facilities Management within TSI is actively managing the reconfiguration, reactivation, and deconstruction of office, studio, and technical spaces necessary to support mission-essential personnel and functions, while ensuring compliance with applicable legal or other standards. Facilities Management will continue to coordinate closely with agency leadership, HR, and other elements of the agency to ensure that workspace capacity and support services are scaled to meet current and anticipated staffing levels.

**Enterprise IT Consolidation and Sustainment**
In FY 2026, TSI will continue consolidating USAGM's enterprise IT environment to reduce costs, while maintaining key collaboration tools, storage and computing environments, and other mission-critical systems. New IT investments will be limited to those necessary to maintain statutory broadcasting capabilities, ensure cybersecurity compliance, enable continuity of operations, and support workspace transition planning.

**IT Security**
IT security remains a core statutory support function and a high-risk operational area for the agency. In FY 2023, USAGM received funding through the Technology Modernization Fund (TMF) to support implementation of a comprehensive Zero Trust Architecture (ZTA), consistent with the requirements of Executive Order 14028 and applicable Office of Management and Budget guidance. In FY 2025, as the Agency adjusted its operating posture, the scope for ZTA implementation was revised and the timeline extended.

In FY 2026, USAGM will take targeted steps to mitigate associated risks. The agency will pursue partnerships with other U.S. Government entities to identify and implement alternative

tools and capabilities to strengthen protection of its broadcasting infrastructure, content delivery systems, and workforce. In parallel, USAGM will reinforce its cybersecurity posture by augmenting staffing and reacquiring critical monitoring and defensive capabilities necessary to ensure visibility, resilience, and compliance across its IT environment.

**Global Transmission Network Realignment and Sustainment**
In FY 2026, TSI will sustain transmission infrastructure at levels required to meet statutory broadcasting obligations while completing previously approved streamline actions. In recent years, USAGM has reduced legacy shortwave and medium wave transmissions. Where approved, transmissions have ceased, and closure procedures initiated for facilities no longer required. Remaining transmission assets will be maintained to ensure coverage in priority regions, preserve surge capability, retain strategic information transmission capability, and sustain redundancy where operationally necessary. Maintenance and repair investments will focus on safety, environmental compliance, and ensuring future functionality rather than expansion.

**Satellite and Digital Distribution**
TSI will continue to manage direct-to-home satellite capacity in markets where it remains necessary to fulfill statutory broadcasting responsibilities. Satellite utilization has been optimized to eliminate underused capacity while preserving coverage in priority regions. Restoration of terminated digital distribution platforms, such as USAGM Direct and network OTT applications, will be done on an as-needed, case-by-case basis, in order to ensure content delivery to partners and audiences.

**Affiliate Placement and Partnership**
In FY 2026, USAGM will focus resources on cost-effective placement of statutory programming in priority markets. Efforts will emphasize strengthening affiliate relationships in media-restricted and adversarial environments and improving measurable distribution outcomes.

To better apply content placement resources, USAGM is closing its overseas Regional Marketing Offices and abolishing local employee positions. Content placement and partnership efforts will be based in and managed out of USAGM headquarters, ensuring closer collaboration between content placement efforts and VOA and OCB.

## 5. Voice of America

In FY 2026, Voice of America (VOA) will continue expanding its global impact while reconstituting operations under staffing and infrastructure constraints. The agency is advancing increased programming, modernized production capabilities, and strengthened editorial infrastructure through a phased implementation approach aligned with available execution capacity.

In FY26, VOA will continue broadcasting in all statutorily required languages including Russian, Korean, and Kurdish, as well as Farsi, Mandarin, Dari and Pashto.

A comprehensive overview of all budgetary line items under VOA's language services, which outlines both programming and payroll costs, is available in *Appendix A* of this plan.

**Programming Expansion**

VOA will expand its Farsi programming with increased hours of continuous, uninterrupted coverage focused on Iran, supported by regional reporting and analysis. Korean and Russian programming will also be expanded as part of broader global coverage priorities. VOA will deepen its use of international production partners to enhance its ability to deploy reporters rapidly and cover breaking news events live.

Documentary and investigative programming will focus on religious freedom, political oppression, corruption, and freedom of expression, including a dedicated investigative series targeting Western Europe. America 250 anniversary programming will highlight the founding of the United States through multilingual content, global event coverage, and live reporting from U.S. embassies worldwide. Short-form digital series will target audiences in Latin America, the Middle East, Asia, and Europe—with an emphasis on expanding digital reach and audience engagement.

**Operational Enhancements**
VOA is implementing a modernized programming structure designed to improve accuracy, timeliness, and global coordination. Investments in video licensing, content acquisition, music licensing, graphics, and production support—including expanded use of field-based journalists—are aligned with mission-driven priorities and measurable improvements in programming quality and audience reach.

**Technical Modernization and Reconstitution**
VOA is undertaking a phased reconstitution and modernization of its digital newsroom and broadcast infrastructure to improve production quality, operational efficiency, and security. Key investments include studio modernization, control room upgrades, remote production capabilities, and the modernization of radio and television control rooms.

These efforts are designed to support multi-platform content creation, enhance operational resilience, and ensure continuity of operations under a range of conditions. The modernization strategy prioritizes scalable production capabilities and the ability to respond rapidly to breaking news and evolving global events.

**Editorial Infrastructure and Support**
To support expanded programming, VOA is strengthening its editorial coordination and operational infrastructure. A centralized Programming Assignment Desk is being established to coordinate coverage across language services, in order to better serve multiple language services, and improve consistency, efficiency, and multimedia integration.

In addition, a Global Expansion Desk will support rapid response to emerging geopolitical developments and enable scalable digital coverage that can expand into broadcast operations as needed. VOA is also expanding partnerships, affiliate relationships, and structured sourcing platforms to increase global distribution and enhance content production capabilities.

Through these efforts, VOA is positioning itself as a modern, agile, and mission-driven global media organization that advances U.S. public diplomacy objectives.

## 6. <u>Office of Cuba Broadcasting</u>

In FY 2026 the Office of Cuba Broadcasting's (OCB) will strengthen its capacity to deliver timely, credible, and impactful news and information to audiences across Cuba, while modernizing the organization's digital infrastructure and expanding regional reporting

capabilities. The plan for OCB integrates newsroom operations, investigative journalism, digital transformation, and broadcast distribution, supported by the Greenville, North Carolina shortwave transmitting station—which remains a critical component of OCB's broadcast architecture, as does the medium-wave transmitting station in Marathon, Florida, currently undergoing an antenna field upgrade.

**Affiliate-Based Broadcast Expansion**
To expand distribution beyond direct broadcasting, OCB is examining innovative areas to strengthen partnerships with radio and television affiliates across Latin America and the Caribbean aimed to target nations historically aligned with Havana, as well as to reach Cuba via medium-wave (AM) transmissions across a broader geographic range than is currently capable from our transmitting station in Marathon, Florida (AM 1180).

Additionally, the objective of these affiliate services is to further expand the capacity to broadcast medium-wave transmissions into Cuba beyond the greater Havana targeted RF swath of the Marathon transmitting station, OCB is establishing affiliate agreements with AM broadcasters in Colombia to broadcast to south-central Cuba, and the Dominican Republic and Yucatan Peninsula, Mexico to reach AM audiences in eastern and western Cuba, respectively. The aim is to further frustrate Havana's efforts to jam Radio Marti broadcasts.

These Investments will additionally support carriage agreements, satellite transmission fees, and signal enhancement initiatives, improving content reach and redundancy in distribution pathways.

**Institutionalized Investigative Journalism**
OCB will establish a permanent investigative unit composed of eight investigative reporters, three data journalists, and two investigative producers. Resources will support advanced data analysis, access to research databases, and the production of long-form investigative documentaries addressing corruption, governance, and regional security issues relevant to Cuba.

**Mobile-First Digital Newsroom**
This initiative enhances OCB's modernization efforts as a digitally driven, mobile-optimized newsroom accessible to audiences who primarily access information via mobile devices—in addition to shortwave and medium wave efforts. Staffing includes multimedia journalists, short-form video editors, social media strategists, and an audience analytics specialist. Investments include CMS modernization, AI-assisted production tools, and digital studio upgrades.

**Preservation of Audiovisual Archives**
OCB will modernize and digitize its historical audiovisual archive through investments in digitization equipment, restoration services, and cloud-based storage systems. The archive will also support documentary and historical productions that leverage Martí's decades-long record of reporting on Cuba.

Together, these investments ensure that OCB remains a modern, resilient, and strategically aligned media organization capable of delivering accurate and independent information to audiences in Cuba and across the hemisphere.

## 7. <u>Internet Freedom</u>

**Open Technology Fund**

In FY2026, the Open Technology Fund (OTF) will continue to advance internet freedom in repressive environments by supporting the research, development, implementation, and maintenance of technologies that provide secure and uncensored access to the free and open internet where operable. With the current appropriation, OTF will support millions of monthly active VPN users in China, Cuba, Iran, Myanmar, and Russia.

In addition to supporting anti-censorship technologies, funds will be used to support research and development of circumvention techniques, secure communication tools, internet shutdown mitigation solutions, and decentralized messaging technologies that have proven essential for accessing and sharing uncensored information in authoritarian environments. Moreover, funds will be used to expand and iterate upon previous programming focused on countering China's information control system and supporting the Office of Cuba Broadcasting's digital-first transformation. Consistent with prior fiscal years, funds will also be used to respond to urgent state-sponsored digital threats.

## 8. Buying Power Maintenance (BPM) Account

The Buying Power Maintenance (BPM) account remains essential to sustaining overseas operations in the face of currency fluctuations and inflationary pressures. In FY 2026, BPM resources will support stabilization of overseas facility operations and transmission capabilities, reducing the risk of emergency reprogramming or service disruption.

Consistent with 22 U.S.C. 6204, USAGM plans to transfer up to $11.0 million from the FY 2021 International Broadcasting Operations (IBO) unobligated balances to the BPM for potential future Agency currency losses related to exchange rate fluctuations. This serves as the formal notification to Congress of the $11.0 million transfer from IBO into BPM, but USAGM will provide a new notification to Congress if the amount must be revised toward the end of the fiscal year, at which time the FY 2021 IBO funding must either be transferred or returned to the Treasury.

## 9. Broadcasting Capital Improvements (BCI) Account

Broadcasting Capital Improvements (BCI) resources in FY 2026 will support completion of critical upgrades at designated transmitting stations, stabilization of power and HVAC systems, and protection of essential infrastructure to ensure the long-term functionality and capability of the agency's shortwave and medium wave transmitting stations, which remain strategically critical capabilities in many parts of the world and areas where digital and satellite access has been denied.

Sincerely,

Michael Rigas
Acting Chief Executive Officer

## Appendix A: Detailed Entity Funding Tables

| U.S. Agency for Global Media<br>USAGM Operations<br>Program Plan | | |
|---|---|---|
| *($ in thousands)* | | |
| **USAGM Operations** | | **FY 2026 Program Plan** |
| USAGM Chief Executive Officer | $ | 2,650 |
| Office of Management Services | $ | 2,567 |
| Office of Chief Financial Officer | $ | 10,980 |
| *International Cooperative Administrative Support Services (Non-Add)* | *$* | *923* |
| Office of Policy and Research | $ | 4,406 |
| Office of Communications and External Affairs | $ | 1,107 |
| Office of General Counsel | $ | 1,073 |
| Office of Contracting and Procurement | $ | 4,118 |
| Office of Human Resources | $ | 6,660 |
| Office of Civil Rights | $ | 808 |
| Office of Editorials | $ | 889 |
| Office of Security | $ | 8,988 |
| Office of Internet Freedom | $ | 252 |
| Office of Technology, Services, and Innovation | $ | 93,502 |
| **GRAND TOTAL, USAGM Operations** | **$** | **138,000** |

## Appendix A: Detailed Entity Funding Tables

| U.S. Agency for Global Media<br>Office of Technology, Services, and Innovation (TSI)<br>Program Plan<br>*($ in thousands)* | | |
|---|---|---|
| **Office of Technology, Services, and Innovation** | **FY 2026 Program Plan** | |
| **Technology, Services, and Innovation Director** | | |
| Director | $ | 792 |
| Home Leave and Transfer (HLT) | $ | 239 |
| **Subtotal, TSI Director** | **$** | **1,031** |
| **Office of the CIO** | | |
| Office of the CIO | $ | 2,547 |
| Global Networks Division | $ | 2,443 |
| Satellites (NOA) | $ | 9,587 |
| **Subtotal, Office of the CIO** | **$** | **14,577** |
| | | |
| **Information Technology Directorate** | **$** | **13,687** |
| | | |
| **Technology Support Directorate** | **$** | **5,625** |
| | | |
| **Office of Business Development** | $ | 1,614 |
| Regional Marketing Offices | $ | 1,152 |
| **Subtotal, Office of Business Development** | **$** | **2,766** |
| | | |
| **Resource and Project Management Directorate** | | |
| Resource and Project Management | $ | 1,972 |
| ICASS | $ | 3,831 |
| Facilities Management | $ | 12,114 |
| Global Facility Repositioning | $ | 15,324 |
| **Subtotal, Resource and Project Management Directorate** | **$** | **33,241** |
| | | |
| **Broadcast Technologies Division** | | |
| FM Transmissions | $ | 899 |
| **Subtotal, Broadcast Technologies Division** | **$** | **899** |
| **Operations Division** | | |
| Operations Division | $ | 2,414 |
| Worldwide Procurement (WWP) | $ | 2,750 |
| **Subtotal, Operations Division** | **$** | **5,164** |
| **Stations Division** | | |
| **Overseas Transmitting Stations** | | |
| Botswana | $ | 2,552 |
| Germany | $ | 4,073 |
| Kuwait | $ | 3,448 |
| Philippines | $ | 2,934 |
| Thailand | $ | 3,135 |
| **Subtotal, Overseas Stations** | **$** | **16,142** |
| **Monitoring Offices** | **$** | **370** |
| **GRAND TOTAL, TSI** | **$** | **93,502** |
| ** This table shows a detailed breakout of the Office of Technology, Services, and Innovation line item which is a part of the Mission Support table on the previous page.* | | |

## Appendix A: Detailed Entity Funding Tables

**U.S. Agency for Global Media**
**Voice of America**
**Program Plan**

*($ in thousands)*

| Voice of America | FY 2026 Program Plan | |
|---|---|---|
| VOA Director Office/Resource Management/Research/PR | $ | 72,426 |
| Digital Office, Strategy, and Audience Engagement | $ | 1,004 |
| **Subtotal, VOA Director** | **$** | **73,430** |
| **Programming Directorate** | **$** | **2,512** |
| **Studio and Production Operations** | | |
| Director of Operations | $ | 416 |
| Central Production Services Division | $ | 3,917 |
| Operations Support Division | $ | 15,475 |
| Technical Support Division | $ | 4,637 |
| **Subtotal, Associate Director, Operations** | **$** | **24,445** |
| ***Africa Division*** | | |
| Division Chief | $ | 1,857 |
| Bambara Service | $ | 583 |
| Central Africa (Kinyarwanda, Kirundi) | $ | 1,291 |
| English to Africa | $ | 3,112 |
| French To Africa Service | $ | 2,416 |
| Hausa Service | $ | 1,582 |
| Horn Of Africa (Amharic, Tigrigna, Afaan Oromoo) | $ | 2,176 |
| Portuguese Service | $ | 601 |
| Somali Service | $ | 1,174 |
| Swahili Service | $ | 1,034 |
| Zimbabwe/Shona/Ndebele/English | $ | 704 |
| **Subtotal, Africa Division** | **$** | **16,530** |
| ***China Division*** | | |
| Division Chief | $ | 491 |
| Cantonese Service | $ | 408 |
| English to Asia | $ | - |
| Mandarin Service | $ | 5,454 |
| **Subtotal, China Division** | **$** | **6,353** |
| ***East Asia and Pacific Division*** | | |
| Division Chief | $ | 514 |
| Burmese Service | $ | 2,148 |
| Indonesian Service | $ | 4,202 |
| Khmer Service | $ | 1,794 |
| Korean Service | $ | 3,604 |
| Lao Service | $ | 333 |
| Thai Service | $ | 624 |
| Tibetan Service | $ | 1,494 |
| Vietnamese Service | $ | 2,218 |
| **Subtotal, East Asia and Pacific Division** | **$** | **16,931** |

## Appendix A: Detailed Entity Funding Tables

| Voice of America | FY 2026 Program Plan |
|---|---|
| ***Eurasia Division*** | |
| Division Chief | $ 574 |
| Albanian Service | $ 856 |
| Armenian Service | $ 226 |
| Bosnian Service | $ 655 |
| Georgian Service | $ 410 |
| Macedonian Service | $ 406 |
| Russian Service | $ 4,999 |
| Serbian Service | $ 1,041 |
| Ukrainian Service | $ 1,585 |
| **Subtotal, Eurasia Division** | **$ 10,752** |
| ***Latin America Division*** | |
| Division Chief | $ 864 |
| Creole Service | $ 782 |
| Spanish Service | $ 1,488 |
| **Subtotal, Latin America Division** | **$ 3,134** |
| ***South Asia Division*** | |
| Division Chief | $ 2,298 |
| Afghanistan Service | $ 6,259 |
| VOA Radio Deewa (Pashto) | $ 2,419 |
| Azerbaijani Service | $ 394 |
| Bangla Service | $ 594 |
| Kurdish Service | $ 984 |
| Turkish Service | $ 1,535 |
| Urdu Service | $ 1,640 |
| Uzbek Service | $ 800 |
| **Subtotal, South Asia Division** | **$ 16,923** |
| ***VOA Persian*** | **$ 10,904** |
| **Central News** | |
| VOA Central News | $ 14,547 |
| Home Leave and Transfer (HLT) | $ 500 |
| **Subtotal, Central News** | **$ 15,047** |
| **Domestic Bureaus** | |
| Los Angeles | $ - |
| New York | $ 834 |
| **Subtotal, Domestic Bureaus** | **$ 834** |
| **Overseas Bureaus and News Centers** | |
| Bangkok | $ 141 |
| Beijing | $ - |
| Dakar | $ - |
| Hong Kong | $ - |
| Islamabad | $ 394 |
| Istanbul | $ 256 |
| Jakarta | $ 294 |
| Johannesburg | $ - |
| London | $ - |
| Moscow | $ - |
| Nairobi | $ 380 |
| Seoul | $ 240 |
| **Subtotal, Overseas Bureaus** | **$ 1,705** |
| **GRAND TOTAL, VOA** | **$ 199,500** |

**Appendix A: Detailed Entity Funding Tables**

| U.S. Agency for Global Media<br>Office of Cuba Broadcasting (OCB)<br>Program Plan | |
|---|---|
| *($ in thousands)* | |
| **Office of Cuba Broadcasting** | **FY 2026 Program Plan** |
| Administration | 4,554 |
| Radio Marti | 3,550 |
| New Media | 1,800 |
| Central News | 5,228 |
| TV Marti | 3,624 |
| Technical Operations | 1,939 |
| Computer Services | 2,575 |
| Greenville Transmitting Station | 1,977 |
| Personal Service Contractors | 4,753 |
| **GRAND TOTAL, OCB** | **$ 30,000** |

## Appendix A: Detailed Entity Funding Tables

**U.S. Agency for Global Media**
**Radio Free Europe/Radio Liberty (RFE/RL)**
**Program Plan**

*($ in thousands)*

| Radio Free Europe/Radio Liberty (RFE/RL) | FY 2026 Program Plan | |
|---|---|---|
| **News Division** | | |
| Director | $ | 4,785 |
| Votvot | $ | 1,257 |
| **Language Services** | | |
| Armenian | $ | 1,582 |
| Azerbaijani | $ | 1,174 |
| Balkans (Bosnian, Macedonian, Serbian, Albanian, Montenegrin, Croatian) | $ | 2,291 |
| Belarusian | $ | 1,700 |
| Bulgarian | $ | 628 |
| Current Time TV and Digital | $ | 9,890 |
| Georgian | $ | 1,917 |
| Hungarian | $ | 740 |
| Kazakh | $ | 1,029 |
| Kosovo | $ | 727 |
| Kyrgyz | $ | 1,472 |
| Moldovan | $ | 1,255 |
| North Macedonia | $ | 509 |
| Radio Farda (Persian) | $ | 4,209 |
| Radio Free Afghanistan (Dari and Pashto) | $ | 2,619 |
| Radio Mashaal (Pashto) | $ | 1,866 |
| Romanian | $ | 666 |
| Russian | $ | 5,385 |
| North Caucasus (Chechen) | $ | 574 |
| Tajik | $ | 1,195 |
| Tatar-Bashkir | $ | 715 |
| Turkmen | $ | 565 |
| Ukrainian | $ | 4,659 |
| Uzbek | $ | 989 |
| News and Current Affairs | $ | 4,732 |
| **Subtotal, News Division** | **$** | **59,130** |
| **Technology & Operations Division** | | |
| News Delivery Services | $ | 15,689 |
| Information Technology Division | $ | 9,531 |
| Facilities and General Operational Division | $ | 13,518 |
| **Subtotal, Technology & Operations Division** | **$** | **38,738** |
| **SUBTOTAL, RFE/RL** | **$** | **97,868** |
| Office of President | $ | 7,656 |
| Finance Division | $ | 4,215 |
| Human Resources Division | $ | 2,761 |
| **Subtotal, Admin, Mgt & Finance** | **$** | **14,632** |
| **SUBTOTAL, RFE/RL** | **$** | **112,500** |
| **FY 2026 Program Plan Transfers: Summary** | | |
| Pangea Costs from VOA and OCB | $ | 1,918 |
| **GRAND TOTAL, RFE/RL** | **$** | **114,418** |

## Appendix A: Detailed Entity Funding Tables

**U.S. Agency for Global Media**
**Radio Free Asia (RFA)**
**Program Plan**

*($ in thousands)*

| Radio Free Asia | FY 2026 Program Plan | |
|---|---|---|
| **Programming Division** | | |
| Executive Editor | $ | 2,254 |
| Investigative Unit & Fact Check | $ | 1,283 |
| Strategy and Innovation | $ | 895 |
| Multi-Platform Production | $ | 887 |
| Journalist Security | $ | 722 |
| **International Programming** | $ | 1,099 |
| *South China Sea* | | |
| *Pacific Coverage* | | |
| *English News* | | |
| **Program Services** | | |
| Burmese Service | $ | 1,870 |
| Cambodian Service | $ | 1,431 |
| Cantonese Service | $ | 1,087 |
| Korean Service | $ | 1,187 |
| Laotian Service | $ | 565 |
| Mandarin Service | $ | 2,447 |
| Global Mandarin | | |
| Tibetan Service | $ | 2,143 |
| Uyghur Service | $ | 896 |
| Vietnamese Service | $ | 782 |
| | | |
| **Program Offices** | | |
| Bangkok Office | $ | 1,148 |
| Dharamsala Office | $ | 264 |
| Istanbul Office | $ | 77 |
| Seoul Office | $ | 2,262 |
| Taipei Office | $ | 2,220 |
| Yangon Office | $ | 572 |
| **Subtotal, Programming Division** | **$** | **26,091** |
| Office of the President | $ | 1,113 |
| Technical Operations & HQ Facilities | $ | 19,581 |
| Communications | $ | 562 |
| Finance | $ | 3,447 |
| Human Resources | $ | 1,448 |
| Legal Services | $ | 1,258 |
| **Subtotal, Administration, Management, and Finance** | **$** | **27,409** |
| **GRAND TOTAL, RFA** | **$** | **53,500** |

## Appendix A: Detailed Entity Funding Tables

| U.S. Agency for Global Media<br>Middle East Broadcasting Networks, Inc. (MBN)<br>Program Plan | | |
|---|---|---|
| *($ in thousands)* | | |
| **Middle East Broadcasting Networks** | **FY 2026 Program Plan** | |
| **Programming** | | |
| Alhurra Television | $ | 6,500 |
| MBN Digital | $ | 25,450 |
| **Subtotal, Programming** | **$** | **31,950** |
| **Overseas Offices** | | |
| **Iraq** | **$** | **275** |
| **Pan Arab** | **$** | **1,675** |
| Beirut | $ | 600 |
| Cairo | $ | 275 |
| Dubai | $ | 650 |
| Jerusalem | $ | 150 |
| **Maghreb** | **$** | **-** |
| Rabat | | |
| Tunis | | |
| **Subtotal, Overseas Offices** | **$** | **1,950** |
| Technical Operations | $ | 13,000 |
| Administration | $ | 21,000 |
| Creative Services | $ | 1,100 |
| **GRAND TOTAL, MBN** | **$** | **69,000** |

## Appendix A: Detailed Entity Funding Tables

| U.S. Agency for Global Media<br>Open Technology Fund (OTF)<br>Program Plan | | |
|---|---|---|
| *($ in thousands)* | | |
| **Open Technology Fund** | **FY 2026 Program Plan** | |
| **Program Services** | | |
| Internet Freedom Fund | $ | 12,000 |
| Surge and Sustain (Formerly Technology at Scale Fund) | $ | 18,175 |
| Rapid Response Fund | $ | 1,142 |
| OTF Labs | $ | 1,500 |
| Research Fellowships | $ | 1,000 |
| USAGM Entity Support | $ | 250 |
| FOSS Sustainabilty Fund | $ | 1,000 |
| Programmatic Support | $ | 1,300 |
| **Subtotal, Program Services** | **$** | **36,367** |
| | | |
| **Administration, Management, and Finance** | | |
| Mission Support Operations | $ | 4,133 |
| **Subtotal, Administration, Management, and Finance** | **$** | **4,133** |
| | | |
| **GRAND TOTAL, OTF** | **$** | **40,500** |

## Appendix A: Detailed Entity Funding Tables

| U.S. Agency for Global Media<br>Broadcasting Capital Improvements (BCI)<br>Program Plan | | |
|---|---|---|
| *($ in thousands)* | | |
| **Broadcasting Capital Improvements** | **FY 2026 Program Plan** | |
| **Maintenance, Improvements, Replace, and Repair (MIRR)** | **$** | **4,116** |
| Continuing M&R | $ | 2,222 |
| VOA TV M&R | $ | 615 |
| Security M&R | $ | 582 |
| HVAC System M&R | $ | 554 |
| Office of Cuba Broadcasting | $ | 143 |
| **Upgrade of Existing Facilities Projects** | **$** | **4,550** |
| Kuwait Radio Farda SW Improvements/Realigning SW Transmission Assets | $ | 4,550 |
| TV Studio Project | $ | - |
| Radio Master Control Project | $ | - |
| **Satellites** | **$** | **1,034** |
| Satellite and Terrestrial Program Feeds | $ | 1,034 |
| **GRAND TOTAL, BCI** | **$** | **9,700** |

## Appendix B: Weekly Broadcast Hours

| Language Service | FY 2026 Program Plan | | |
|---|---|---|---|
| | Total TV/Video | Total Radio/Audio | Total Digital Broadcasting |
| **Voice of America (VOA)—Weekly Broadcast Hours** | | | |
| Dari | 30 min | 30 min | 7 days/week |
| Pashto | 30 min | 30 min | 7 days/week |
| Mandarin | 30 min | 30 min | 7 days/week |
| Kurdish | - | 1 hour | 7 days/week |
| Korean | 49 hours | 2.5 hours | 7 days/week |
| Farsi | 11 hours | 11 hours | 7 days/week |
| **TOTAL, VOA** | **70.50** | **16.00** | **7 days/week** |

| Language Service | FY 2026 Program Plan | | |
|---|---|---|---|
| | Total TV/Video Hours | Total Radio/Audio Hours | Total FY 2026 Program Plan Broadcast Hours |
| **Office of Cuba Broadcasting (OCB)—Weekly Broadcast Hours** | | | |
| Radio Marti | | 168.00 | 168.00 |
| Streaming Audio/Video | 168.00 | | 168.00 |
| **TOTAL, OCB** | **168.00** | **168.00** | **336.00** |

| Language Service | FY 2026 Program Plan | | |
|---|---|---|---|
| | Total TV/Video Hours | Total Radio/Audio Hours | Total FY 2026 Program Plan Broadcast Hours |
| **Radio Free Asia (RFA)** | | | |
| Burmese Service | 4.00 | 7.00 | 11.00 |
| Cambodian Service | 6.00 | 7.00 | 13.00 |
| Cantonese Service | 2.00 | | 2.00 |
| Korean Service | 1.00 | 7.00 | 8.00 |
| Laotian Service | 1.00 | 7.00 | 8.00 |
| Mandarin Service | 1.00 | 7.00 | 8.00 |
| Tibetan Service | 3.00 | 7.00 | 10.00 |
| Uyghur Service | 1.00 | 7.00 | 8.00 |
| Vietnamese Service | 1.00 | | 1.00 |
| **TOTAL, RFA** | **20.00** | **49.00** | **69.00** |

## Appendix B: Weekly Broadcast Hours

| Language Service | FY 2026 Program Plan | | |
|---|---|---|---|
| | Total TV/Video Hours | Total Radio/Audio Hours | Total FY 2026 Program Plan Broadcast Hours |
| **Radio Free Europe/Radio Liberty (RFE/RL)** | | | |
| Armenian | 86.50 | 7.00 | 93.50 |
| Azerbaijani | 0.55 | 1.00 | 1.55 |
| Balkans (Bosnian, Serbian, Albanian, Macedonian, Montenegrin, Croatian) | 0.50 | 2.00 | 2.50 |
| Belarusian | - | 2.17 | 2.17 |
| Bulgarian | 2.00 | - | 2.00 |
| Current Time TV and Digital | 148.00 | - | 148.00 |
| Georgian | 7.95 | 4.50 | 12.45 |
| Hungarian | - | 3.50 | 3.50 |
| Kazakh | 2.50 | - | 2.50 |
| Kosovo | 0.33 | 0.42 | 0.75 |
| Kyrgyz | 2.50 | 49.00 | 51.50 |
| Moldova | - | 0.50 | 0.50 |
| North Macedonian | 0.78 | 0.33 | 1.12 |
| Radio Farda (Persian) | - | 168.00 | 168.00 |
| Radio Free Afghanistan (Dari and Pashto) | - | 166.00 | 166.00 |
| Radio Mashaal (Pashto) | - | 98.00 | 98.00 |
| Romanian | 0.67 | - | 0.67 |
| Russian | - | 168.00 | 168.00 |
| North Caucasus (Chechen) | - | 0.25 | 0.25 |
| Tajik | 4.42 | 39.33 | 43.75 |
| Tatar-Bashkir | - | - | - |
| Turkmen | - | 56.00 | 56.00 |
| Ukrainian | 12.58 | 4.42 | 17.00 |
| Uzbek | 4.07 | - | 4.07 |
| **TOTAL, RFE/RL** | **273.3490** | **770.4129** | **1,043.7619** |

| Language Service | FY 2026 Program Plan | | |
|---|---|---|---|
| | Total TV/Video Hours | Total Radio/Audio Hours | Total FY 2026 Program Plan Broadcast Hours |
| **Middle East Broadcasting Networks (MBN)** | | | |
| Alhurra | | | |
| Alhurra Pan-Arab, Alhurra Iraq | 84.00 | | 84.00 |
| MBN Digital | 60.00 | 23.00 | 83.00 |
| **TOTAL, MBN** | **144.00** | **23.00** | **167.00** |