**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br>*Plaintiffs*,<br>–v.–<br>KARI LAKE, *et al.*,<br>*Defendants.* | **Case No. 1:25-cv-887-RCL** |
| PATSY WIDAKUSWARA, *et al.*,<br>*Plaintiffs*,<br>–v.–<br>KARI LAKE, *et al.*,<br>*Defendants.* | **Case No. 1:25-cv-1015-RCL** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiffs' unopposed motion for an extension of time to file their response to Defendants' memorandum regarding mootness, it is hereby:

**ORDERED** that Plaintiffs' Motion is granted. Plaintiffs shall file their response to Defendants' memorandum regarding mootness no later than November 9, 2026.

**SO ORDERED.**

Dated: 10/23/26

Royce C. Lamberth
The Honorable Royce C. Lamberth
United States District Judge