**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATSY WIDAKUSWARA, et al.,<br>Plaintiffs,<br>v.<br>KARI LAKE, et al.,<br>Defendants. | Civil Action No. 25-cv-1015 (RCL) |
| MICHAEL ABRAMOWITZ, et al.,<br>Plaintiffs,<br>v.<br>KARI LAKE, et al.,<br>Defendants. | Civil Action No. 25-cv-0887 (RCL) |

**DEFENDANTS' STATUS REPORT**

Defendants file this status report per the Court's order dated May 14, 2026.

**1.** Defendants incorporate by reference their May 21, 2026, status report with respect to the vacatur portions of the Court's March 17, 2026, partial summary judgment order.

**2.** Although the return-to-work requirement is stayed, some employees have returned since entry of the Court's partial summary judgment order. In the two weeks since Defendants' October 22, 2026, status report, no employees have returned from administrative leave, but USAGM has onboarded four new employees.

Dated: November 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

_/s/ Brantley T. Mayers_
BRANTLEY T. MAYERS
FL Bar #1039996
Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 890-9874
Brantley.t.mayers@usdoj.gov

JEANINE FERRIS PIRRO
United States Attorney

SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Telephone: (202) 252-0888
Brett.Covington@usdoj.gov

*Attorneys for Defendants*