**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL ABRAMOWITZ, *et al.*,<br><br>*Plaintiffs*,<br><br>–v.–<br><br>KARI LAKE, *in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media*;<br><br>VICTOR MORALES, *in his official capacity as Acting CEO of the United States Agency for Global Media*;<br><br>and<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA,<br>*Defendants*. | **Case No. 25-cv-00887** |

# DECLARATION OF MICHAEL ABRAMOWITZ

1. I am the director of the Voice of America (VOA), and I submit this declaration in support of Plaintiffs' memorandum regarding mootness.

2. Before the shutdown of VOA's operations on March 15, 2025, VOA broadcast weekly to 361 million people in approximately 100 countries. VOA broadcast in 49 languages.

3. After the Court entered the preliminary injunction on April 22, 2025, VOA resumed broadcasting (radio, TV, internet and social media) to a small number of countries. It is

my understanding that today VOA broadcasts in 8 languages and no more than a dozen countries.

4. In Latin America, before the shutdown, VOA had an estimated Spanish-language audience of 100 million weekly in 17 countries. VOA reached Latin America through local partners and counted roughly 700 Spanish-language affiliates and media partners.

5. Today, VOA does not broadcast in Latin America.

6. In Africa, before the shutdown, VOA had an estimated audience of 93 million people weekly. It broadcast in approximately 18 languages. There were approximately 1,000 African affiliates that received VOA broadcasting.

7. Today, VOA does not broadcast in Africa.

8. In Asia, before the shutdown, VOA had extensive reach. In Indonesia before the shutdown, VOA had an estimated weekly audience of 64.8 million adults, which it reached weekly through a network of more than 500 media outlets. VOA reached 4.7 million in Myanmar and 1.1 million in Cambodia, mainly through digital and social media.

9. Today VOA does not broadcast to Indonesia, Myanmar or Cambodia.

On this 6 day of November 2026, I declare under penalty of perjury that the foregoing is true and correct.

Michael Abramowitz

Michael Abramowitz