UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATSY WIDAKUSWARA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>KARI LAKE, *et al.*<br><br>Defendant. | Civil Action No. 25-1015 (RCL) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVISED RELIEF UNDER FED. R. CIV. P. 54(B)**

Upon consideration of Plaintiffs' motion for revised relief under Rule 54(b), the accompanying briefing, as well as this Court's Order and Opinion of March 17, 2026, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED**. The Court's Order of March 17, 2026, ECF No. 222, is hereby amended to provide:

It is further **ORDERED** that, within ninety days of the date of this amended order, Defendants shall promulgate a plan for USAGM broadcasting activities that:

a. considers and meets Congressional directives contained in the International Broadcasting Act of 1994 ("IBA"), Pub. L. 103-236, 108 Stat. 432; and

b. demonstrates reasoned decisionmaking under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), including the consideration of reliance interests.

**SO ORDERED**.

Dated: ___________________

_______________________________
The Honorable Royce C. Lamberth
United States District Judge